# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 23-2030        **Short Title:** Menninger v. PPD Development, L.P.

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

PPD Development, L.P. _____ as the

[✓] appellant(s)         [ ] appellee(s)         [ ] amicus curiae

[ ] petitioner(s)         [ ] respondent(s)         [ ] intervenor(s)

/s/ John P. Bueker                                    12/11/2023
Signature                                              Date

John P. Bueker
Name

Ropes & Gray LLP                                       (617) 951-7000
Firm Name (if applicable)                              Telephone Number

Prudential Tower, 800 Boylston Street                  (617) 951-7050
Address                                                Fax Number

Boston, MA 02199-3600                                  John.Bueker@ropesgray.com
City, State, Zip Code                                  Email (required)

Court of Appeals Bar Number: 90120

Has this case or any related case previously been on appeal?

[✓] No         [ ] Yes    Court of Appeals No. _____

================================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

## CERTIFICATE OF SERVICE

      I hereby certify that the above document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on December 11, 2023.

Dated: December 11, 2023

                                                          /s/ John P. Bueker
                                                          John P. Bueker