# United States Court of Appeals
## For the First Circuit

No. 23-2030

LISA MENNINGER,

Plaintiff - Appellee,

v.

PPD DEVELOPMENT, L.P.,

Defendant - Appellant.

**NOTICE**
Issued: February 5, 2024

By a previously issued Notice, the clerk's office warned that it would no longer send paper copies of court documents to those attorneys who had not registered for a CM/ECF account in this court.

The following attorneys have failed to register for an account and will no longer receive notice in this case:

Catherine Brackett, Jack Sholkoff, Andrea M. Sullivan

The following attorneys will continue to receive notice in this case:

John P. Bueker, Patrick Michael Curran Jr., Douglas H. Hallward-Driemeier, Patrick J. Hannon, Rachel Reingold Mandel

Please note that any attorney who has been removed from the service list, and later wishes to resume receiving notice, must register for a CM/ECF account and enter a notice of appearance in this case.

Maria R. Hamilton, Clerk

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT
John Joseph Moakley
United States Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210
Case Manager:  Jennifer - (617) 748-9885

cc:
Catherine Brackett
John P. Bueker
Patrick Michael Curran Jr.
Douglas H. Hallward-Driemeier
Patrick J. Hannon
Rachel Reingold Mandel
Jack Sholkoff
Andrea M. Sullivan