No. 23-2030

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

LISA MENNINGER,

*Plaintiff-Appellee,*

v.

PPD DEVELOPMENT, L.P.,

*Defendant-Appellant.*

On Appeal from a Judgment of the
United States District Court for the District of Massachusetts
Docket No. 1:19-cv-11441-LTS

**DEFENDANT-APPELLANT PPD DEVELOPMENT, L.P.'s ASSENTED-TO MOTION FOR 14-DAY EXTENSION OF TIME TO FILE OPENING BRIEF**

Douglas Hallward-Driemeier
ROPES & GRAY LLP
2099 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 508-4600
Douglas.Hallward-Driemeier@ropesgray.com

John Bueker
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199
(617) 951-7000
John.Bueker@ropesgray.com

Pursuant to Federal Rules of Appellate Procedure 26(b), 27, and 31(a)(1) and First Circuit Local Rules 27 and 31, Defendant-Appellant PPD Development, L.P., hereby moves for a 14-day extension of the deadline for filing its opening brief and appendix.  PPD's opening brief and appendix are currently due on March 25, 2024 and would be due on April 8, 2024 if this motion is granted.  Counsel for Plaintiff-Appellee has agreed to this proposed extension.

1. This is an appeal from judgment entered on a jury verdict and from the denial of PPD's post-trial motions for judgment as a matter of law and for a new trial.  Following a 10-day trial, the jury returned a $24 million verdict in favor of Plaintiff-Appellee on her claims of discrimination and retaliation.

2. PPD's appellate counsel did not represent PPD at trial.  Appellate counsel first joined the case during the post-trial phase to assist PPD's trial counsel with submission of its post-trial motions.

3. PPD's appellate counsel has undergone significant internal staffing changes since the briefing schedule was set in this appeal, with two of its attorneys involved in submission of the post-trial motions having departed for government positions.  Two of the attorneys responsible for preparing PPD's opening brief in this appeal are therefore having to do so without prior knowledge of the case.

4. In addition, appellate counsel for PPD are responsible for filing briefs and appearing in court for numerous other cases during the original briefing

schedule, including an argument at the Federal Circuit Court of Appeals, a motion to dismiss hearing in the Central District of California, and numerous other court filings.

    For these reasons, PPD has shown good cause for a 14-day extension of the March 25, 2024 deadline for filing its opening brief and appendix, and it respectfully requests that this Court grant the requested extension.

Dated: March 7, 2024                        Respectfully submitted,

                                            /s/ Douglas Hallward-Driemeier
                                            ROPES & GRAY LLP
                                            2099 Pennsylvania Avenue, NW
                                            Washington, DC 20006
                                            (202) 508-4600
                                            Douglas.Hallward-Driemeier@ropesgray.com

                                            *Attorney for Defendant-Appellant PPD Development, L.P.*

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Fed. R. App. P. 32(g)(1), the undersigned hereby certifies that this motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A).

1.　Exclusive of the exempted portions, as provided in Fed. R. App. P. 32(f), the motion contains 306 words.

2.　The motion has been prepared in proportionally spaced typeface using Microsoft Word for Office 365 in 14-point Times New Roman font.  As permitted by Fed. R. App. P. 32(g)(1), the undersigned has relied upon the word count feature of this word processing system in preparing this certificate.

Dated: March 7, 2024

/s/ Douglas Hallward-Driemeier
ROPES & GRAY LLP
2099 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 508-4600
Douglas.Hallward-Driemeier@ropesgray.com
*Attorney for Defendant-Appellant PPD Development, L.P.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 7, 2024, a copy of the foregoing was electronically filed with the United States Court of Appeals for the First Circuit by using the Court's CM/ECF system and will be sent electronically to the registered participants.

Dated: March 7, 2024

/s/ Douglas Hallward-Driemeier
ROPES & GRAY LLP
2099 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 508-4600
Douglas.Hallward-Driemeier@ropesgray.com

*Attorney for Defendant-Appellant PPD Development, L.P.*