# United States Court of Appeals
## For the First Circuit

No. 23-2030

LISA MENNINGER,

Plaintiff - Appellee,

v.

PPD DEVELOPMENT, L.P.,

Defendant - Appellant.

**ORDER OF COURT**

Entered: March 8, 2024
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of motion, it is ordered that the time for Appellant PPD Development, L.P. to file a brief and appendix be enlarged to and including **April 8, 2024**.

By the Court:

Maria R. Hamilton, Clerk

cc:
John P. Bueker
Patrick Michael Curran Jr.
Douglas H. Hallward-Driemeier
Patrick J. Hannon
Rachel Reingold Mandel