Case No. 23-2030

---

## UNITED STATES COURT OF APPEALS

## FOR THE FIRST CIRCUIT

_____

LISA MENNINGER,

*Plaintiff-Appellee*,

v.

PPD DEVELOPMENT, L.P.,

*Defendant-Appellant,*

_____

On Appeal from a Judgement of the
United States District Court for the District of Massachusetts
Docket No. 1:19-cv-11441-LTS
_____

## JOINT APPENDIX

### Volume II (JA2182 - JA2296)

Douglas Hallward-Driemeier
ROPES & GRAY LLP
2099 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 508-4600
Douglas.Hallward-
Driemeier@ropesgray.com

John Bueker
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199
(617) 951-7000
John.Bueker@ropesgray.com

Dated: April 8, 2024

*Attorneys for the Defendant-Appellant*

# TABLE OF CONTENTS

**Contents**                                                    **Page(s)**

## VOLUME I

District Court Docket ....................................................................... JA1

Complaint and Demand for Jury Trial, dated
    July 28, 2019 [Dkt. 1] ........................................................... JA25

Affidavit of Chris Fikry, dated March 24, 2021 [Dkt. 51] .......................... JA55

Order on PPD's Motion for Summary Judgment and
    Menninger's Motion to Strike, dated
    March 22, 2022 [Dkt. 81] .................................................. JA63

PPD Trial Brief, dated March 10, 2023 [Dkt. 114] ..................................... JA84

Menninger Trial Brief, dated March 10, 2023 [Dkt. 118] .......................... JA139

Charge to the Jury, dated March 30, 2023 [Dkt. 145] ................................. JA167

Response to Court Order, dated March 30, 2023 [Dkt. 147] ...................... JA202

Jury Verdict, dated March 31, 2023 [Dkt. 149] ......................................... JA204

Trial Transcript Day 1, dated March 31, 2023 [Dkt. 151] ........................... JA209

Trial Transcript Day 2, dated March 31, 2023 [Dkt. 152] ........................... JA299

Trial Transcript Day 3, dated March 31, 2023 [Dkt. 153] ........................... JA404

Trial Transcript Day 4, dated March 31, 2023 [Dkt. 154] ........................... JA558

Trial Transcript Day 5, dated March 31, 2023 [Dkt. 155] ........................... JA716

Trial Transcript Day 6, dated March 31, 2023 [Dkt. 156] ........................... JA872

Trial Transcript Day 7, dated March 31, 2023 [Dkt. 157] ........................... JA1130

i

Trial Transcript Day 8, dated March 31, 2023 [Dkt. 158]...........................JA1394

Trial Transcript Day 9, dated March 31, 2023 [Dkt. 159].........................JA1553

Trial Transcript Day 10, dated March 31, 2023 [Dkt. 160].......................JA1731

Defendant's Combined Memorandum of Law in support
    of Renewed Motion for Judgement,
        dated June 9, 2023 [Dkt. 181]............................................................JA1869

Plaintiff's Opposition to Defendant's Post-Trial Motion,
        dated July 7, 2023 [Dkt 186] ............................................................JA1914

Defendant's Reply in Support of Renewed Motion,
        dated July 28, 2023 [Dkt. 189] ........................................................JA1972

Trial Exhibit 14 .......................................................................................JA2000

Trial Exhibit 17 .......................................................................................JA2001

Trial Exhibit 18 .......................................................................................JA2002

Trial Exhibit 19 .......................................................................................JA2114

Trial Exhibit 20 .......................................................................................JA2120

Trial Exhibit 21 .......................................................................................JA2130

## VOLUME II

Trial Exhibit 23 .......................................................................................JA2182

Trial Exhibit 24 .......................................................................................JA2256

## VOLUME III

Trial Exhibit 25 .......................................................................................JA2297

Trial Exhibit 26 .......................................................................................JA2357

Trial Exhibit 27 ........................................................................................ JA2395

Trial Exhibit 33 ........................................................................................ JA2577

Trial Exhibit 35 ........................................................................................ JA2579

Trial Exhibit 41 ........................................................................................ JA2581

Trial Exhibit 47 ........................................................................................ JA2582

Trial Exhibit 48 ........................................................................................ JA2586

Trial Exhibit 49 ........................................................................................ JA2589

Trial Exhibit 50 ........................................................................................ JA2590

Trial Exhibit 57 ........................................................................................ JA2594

Trial Exhibit 58 ........................................................................................ JA2606

Trial Exhibit 59 ........................................................................................ JA2615

Trial Exhibit 60 ........................................................................................ JA2625

Trial Exhibit 62 ........................................................................................ JA2628

Trial Exhibit 67 ........................................................................................ JA2632

**VOLUME IV**

Trial Exhibit 68 ........................................................................................ JA2638

Trial Exhibit 69 ........................................................................................ JA2642

Trial Exhibit 70 ........................................................................................ JA2647

Trial Exhibit 73 ........................................................................................ JA2656

Trial Exhibit 74 ........................................................................................ JA2662

Trial Exhibit 75 ................................................................................. JA2664

Trial Exhibit 76 ................................................................................. JA2665

Trial Exhibit 80 ................................................................................. JA2666

Trial Exhibit 87 ................................................................................. JA2667

Trial Exhibit 90 ................................................................................. JA2686

Trial Exhibit 106 ............................................................................... JA2688

Trial Exhibit 109 ............................................................................... JA2705

Trial Exhibit 115 ............................................................................... JA2709

Trial Exhibit 118 ............................................................................... JA2720

Trial Exhibit 119 ............................................................................... JA2725

Trial Exhibit 121 ............................................................................... JA2730

Trial Exhibit 124 ............................................................................... JA2732

Trial Exhibit 125 ............................................................................... JA2736

Trial Exhibit 126 ............................................................................... JA2738

Trial Exhibit 132 ............................................................................... JA2743

Trial Exhibit 136 ............................................................................... JA2756

Trial Exhibit 139 ............................................................................... JA2769

Trial Exhibit 141 ............................................................................... JA2774

Trial Exhibit 142 ............................................................................... JA2777

Trial Exhibit 144 ............................................................................... JA2779

Trial Exhibit 146 ........................................................................................ JA2784

Trial Exhibit 148 ........................................................................................ JA2785

Trial Exhibit 154 ........................................................................................ JA2787

Trial Exhibit 157 ........................................................................................ JA2788

Trial Exhibit 167 ........................................................................................ JA2792

Trial Exhibit 172 ........................................................................................ JA2797

Trial Exhibit 174 ........................................................................................ JA2804

Trial Exhibit 176 ........................................................................................ JA2809

Trial Exhibit 180 ........................................................................................ JA2815

Trial Exhibit 182 ........................................................................................ JA2819

Trial Exhibit 186 ........................................................................................ JA2825

Trial Exhibit 192 ........................................................................................ JA2829

Trial Exhibit 194 ........................................................................................ JA2833

Trial Exhibit 197 ........................................................................................ JA2838

Trial Exhibit 200 ........................................................................................ JA2845

Trial Exhibit 201 ........................................................................................ JA2848

Trial Exhibit 213 ........................................................................................ JA2853

Trial Exhibit 229 ........................................................................................ JA2856

Trial Exhibit 231 ........................................................................................ JA2859

Trial Exhibit 233 ........................................................................................ JA2861

Trial Exhibit 242 ........................................................................ JA2862

Trial Exhibit 244 ........................................................................ JA2866

Trial Exhibit 245 ........................................................................ JA2868

Trial Exhibit 261 ........................................................................ JA2871

Trial Exhibit 265 ........................................................................ JA2879

Trial Exhibit 271 ........................................................................ JA2880

Trial Exhibit 277 ........................................................................ JA2883

Trial Exhibit 290 ........................................................................ JA2887

Trial Exhibit 291 ........................................................................ JA2889

Trial Exhibit 300 ........................................................................ JA2894

Trial Exhibit 301 ........................................................................ JA2899

Trial Exhibit 320 ........................................................................ JA2903

Trial Exhibit 332 ........................................................................ JA2907

Trial Exhibit 333 ........................................................................ JA2911

Trial Exhibit 338 ........................................................................ JA2912

Trial Exhibit 350 ........................................................................ JA2918

Trial Exhibit 366 ........................................................................ JA2923

Trial Exhibit 373 ........................................................................ JA2925

Trial Exhibit 378 ........................................................................ JA2926

Trial Exhibit 392 ........................................................................ JA2929

Trial Exhibit 394 ........................................................................... JA2933

Trial Exhibit 405 ........................................................................... JA2940

Trial Exhibit 433 ........................................................................... JA2943

Trial Exhibit 450 ........................................................................... JA2946

Trial Exhibit 454 ........................................................................... JA2959

Trial Exhibit 455 ........................................................................... JA2960

Trial Exhibit 456 ........................................................................... JA2961

Trial Exhibit 460 ........................................................................... JA2969

Notice of Appeal, dated November 29, 2023 [Dkt. 195]............................ JA2972

CERTIFICATE OF SERVICE

**Lisa Menninger**                                                                    **SOAP Notes**

| | |
|---|---|
| Chart Number: 9651  DOB: ▇▇/1968  Age: 51y | Services Provided at:  Sandia Psychiatry |
| Home Phone: (913) 387-9451  Gender: Female | |
| Address: 340 Live Oak Rd. Ne | |
| A buquerque, NM 87122 | Encounter Date: 07/31/2020 |
| Chief Complaint: | |

---

**Patient: Lisa Menninger**  *(Female)*                    Encounter Date: **07/31/2020**
DOB: ▇▇▇/1968 *(51)*                                            Referring: *(Fax: )*

### Allergies

- Penicillins: URITCARIA RASH

### Current Medications

- clonazepam 1 mg tablet - 1 TABLET ORAL BID
- clonidine HCl 0.1 mg tablet - 1 TABLET ORAL HS
- Prozac 40 mg capsule - 1 CAPSULE ORAL am

### Medication Management Progress Note

### Session Information:
Appointment start time: 3:00 pm
Appointment stop time: 4:00 pm

### Narrative:
Please see eDocuments for external documentation

Chief Complaint: treatment of Social phobia, panic with agoraphobia, MDD, moderate recurrent, dyssomnia

History of Present Illness:
Lisa Menninger is a 51 year old female with a diagnosis of Panic Disorder with agoraphobia, Social Anxiety Disorder, GAD, Acute stress disorder, and dyssomnia. She was most recently treated by Dr. Marianna Kessimian, MD.

Lisa has moved to Bend, Oregon to be closer to family and have a bigger support system. She states that if she did not have family support she would not be alive. She states that her depression is severe and she is 'taking one day at a time.'

Currently she is unable to take please in anything, is not using her treadmill due to severe fatigue (secondary to insomnia),

Lisa reports having severe insomnia with severe nightmares every night over the past month. She is having severe anticipatory anxiety regarding having her psychiatric evaluation by the court ordered psychiatrist. Dr. Summergrad, MD via Telehealth (8/7/2020)

Lisa reports that she is not leaving the house at all due to her agoraphobia and panic attacks.

She reports that she is excessive cleaning the house in order to help alleviate her anxiety. She has clonazepam for rescue, however she was developing a tolerance and has cut back on its use so that she does not become dependent upon it.

She feels that if her sleep was corrected she would be able to function better and have her headaches

**JA2182**                                            MENNINGER_SUPP000001

reduced. She was tested for COVID and is negative.

Lisa is taking Prozac 40 mg without any symptoms of serotonin syndrome. She reports having nose bleeds, which is a possible side effect. She also reports feeling GERD symptoms in the morning. She restarted medications due to debilitating anxiety leading up to her deposition.

She reports trying to go on hiking trails with her family in order to force her out of bed and force her out of the house. Her husband is doing his best to be supportive.

She reports that the legal stress that Lisa is undergoing is taking a toll on her whole family. Her daughter is admitting to anxiety and suicidal thoughts. Her daughter reports that 'life is corrupt and unjust and not worth living' because life is unfair. Lisa will not leave her daughter alone for safety reasons and they both fear leaving the house. She hides if the door bell rings.

Triggers for her anxiety, panic attacks, agoraphobia, nightmares include legal movement (deposing her family and doctors). She reports that she was running in races but always had to have a family member with her for emotional support. She feels invisible when she is in a crowds.

We discussed other potential sources of PTSD, including childhood or adult trauma, however she cannot recall any traumatic events that lead to her current level of panic and fear of losing her livelihood and potentially her life.

She recalls the significant moment where she had admitted her anxiety and then later was proposed with an 'exit package,' rather than giving her reasonable accommodations. She was meeting with her boss for an end of year performance evaluation which would require more presentations to internal and external clients, which would trigger panic her pre existing diagnosis of social phobia (public speaking), which she tried to explain to them it would cause her problems and needed strong medications but the anticipation of the presentations caused extreme panic and medications side effects. She disclosed her disability to them, however she did not expect that her employer would react the way that they did. She also states that public speaking was never in her original job description. That is when her panic attacks and suicidal ideations began. She tried multiple medications and then her doctor in Providence had her enter short term disability and she entered an a 10 day program (IOP program with individual therapy and groups).

She was previously on several different benzodiazepines that all had various side effects with the exception of clonazepam. She is wanting to retrial clonazepam to help with her sleep.

Lisa states that she stopped leaving the house again, stopped exercising, and stayed in bed most of the day. She reports that she has a very supportive family and they are helping her to get out of the house and to resume normal activity.

She states that she knows that her anxiety is so severe, that she would never be able to enter the corporate work field again. She feels that her career as a physician is over. She has nightmares about returning to work. We discussed nightmare rehearsal therapy.

Her husband has been helping with being a financial provider.

Lisa continues to have day dreams that she is being forced back into the work environment that she feared and the people that she feared. At home she takes care of the cats but still does not go outside of the house alone.

Lisa reports involvement ongoing discrimination suit against her former employer in Massachusetts after she disclosed that she had social anxiety and panic attacks. She has an attorney that specializes in employment and discrimination cases. She reports that 'she lost everything;' her livelihood, her financial status, began to fear working and avoiding people/life in general. She deleted social media and she feels

MENNINGER_SUPP000002

she does not have the strength for taking on any potential new stressors. She describes significant negative mood, avoidance regarding her perceived trauma (feeling extreme loss and helplessness from termination), hyper arousal and hyper vigilance, as well as sleep disruptions with intrusive thoughts and nightmares.

Safety planning was discussed in detail.

From an ADL stand point, she is physically capable of showering/cleaning and cooking but does not regularly and feels that she is a burden. She states that her anxiety paralyzes her and she hides in her bedroom most of the day.

She Denies suicidal plans or intent, access to firearms and at this point does not think a residential or intensive out patient partial program would be helpful. We are working to change these feelings.

Panic/PTSD/Insomnia: symptoms of PTSD are acutely exacerbated, her anxiety has been life long however is significantly worsening since she was terminated

Social Phobia: Symptoms remain problematic, limit her functioning with acute worsening

Did not respond to beta blockers in the past and needed high doses of Valium for minimal relief, and this is all supported by her genetic testing, continue to minor for worsening off of SSRI

Social or family history update: marital strain improved, supportive spouse, she is worried about her daughter, her daughter's mood and making friends at her school

financial strain- temporary disability approved until the end of February, waiting on approval for long term disability, completed application, medical records faxed
Safety: Passive suicidal ideation, denies intent or plan

Illicit drug use/ Nicotine: Denies
Alcohol: none
Caffeine: coffee in the morning (no effect on anxiety)

ROS: 10 point ROS: reviewed, + general: less fatigue
appetite: variable
sleep: reported to be very poor, difficulties falling and staying asleep, broken by nightmares and panic attacks

Psychiatric treatment:
Childhood: panic attacks, SAD, GAD, trauma, did poorly in school
Inpatient: denies
Outpatient: as an adult
Medication trials: hydroxyzine, xanax, lorazepam, Valium - side effects, see intake, prozac, viibryd - serotonin syndrome, beta blockers, Wellbutrin, Effexor.

Biological:
Maternal side with social phobia, GAD and father side with psychotic disorder, type II trauma secondary to father's volatile behavior and witnessing domestic violence between her parents, temperament- risk averse, sensitive, slow to warm
Maternal GP died of throat cancer
No suicidal completions known
Father suffered from schizophrenia, violent, never able to work, agoraphobia (previous Navy Enlistment)

Psychologically: empathic, caring , responsible, intelligent, timid, risk averse, introverted, thoughtful, quiet , perfectionistic at times, highly critical of self, passive- other-focused

**JA2184**

MENNINGER_SUPP000003

Social: She was a Pathologist working in the private sector; husband empathic and understanding partner, less concern for excessive accommodation as the financial burden has shifted from patient to partner
Legal: none
Military: National Guard
School: Graduated in Aurora Illinois University, Grad school at UNM, Saba University (Medical Program) - she was practicing medicine until June of 2018 as a clinical pathologist - had several jobs especially clinical jobs,

PHYSICAL EXAM:
VITAL SIGNS: see below.
HEENT: Head is normocephalic and atraumatic. Extraocular muscles are intact. Pupils are equal, round, and reactive to light and accommodation. Mouth is well hydrated and without lesions.
EXTREMITIES: Without any cyanosis, clubbing, rash, lesions or edema.
NEUROLOGIC: Cranial nerves II through XII are grossly intact.
PSYCHIATRIC: see HPI.
SKIN: No ulceration or induration present.

**Examination**:
General:

- Appearance: distressed

- Attitude: open, cooperative

- Psychomotor Activity: diminished

- Eye Contact: normal

- Gait and Station: normal

Speech:

- normal
- soft

Thought Process:

- logical
- sequential

Associations:

- intact

Abnormal/Psychotic Thoughts:

- perseverations

Judgement & Insight:

- fair

Orientation:

MENNINGER_SUPP000004

- person
- place
- date

<u>Recent and Remote Memory</u>:

- Recent Memory: intact
- Remote Memory: intact

<u>Attention and Concentration</u>:

- Attention: intact, alert

- Concentration: intact

<u>Language</u>:

- normal

<u>Fund of Knowledge</u>:

- intact

<u>Mood and Affect</u>:

- Mood: moderately depressed, anxious

- Affect: restricted

<u>Risk Assessment</u>:

- Suicidality: denies, passive SI endorsed, no plans means or intent to harm herself

- Homicidality: denies

**Review of Systems**:
Lisa reports today with:

- Moderate depression
- Severe anxiety
- Absent physical aggression
- Absent verbal aggression
- Absent alcohol abuse
- Mild anger/irritability
- Moderate anhedonia
- Mild appetite increase
- Mild appetite decrease
- Mild compulsive activities
- Moderate concentration impairment
- Moderate fatigue
- Moderate function poor – home
- Mild GI upset
- Mild guilt
- Absent auditory hallucinations

**JA2186**

MENNINGER_SUPP000005

- Absent visual hallucinations
- Absent headache
- Absent impulsivity
- Mild initial insomnia
- Mild problems with sleep maintenance
- Absent memory impairment
- Mild mood swings
- Mild obsessive thoughts
- Mild pain
- Moderate panic attacks
- Mild paranoia-suspiciousness
- Absent racing thoughts
- Absent relationship problems
- Absent substance abuse - drugs
- Absent substance abuse - alcohol
- Moderate suicidal ideation
- Mild tearfullness
- Mild tremor/shakiness
- Absent weight loss
- Absent weight gain

**Rating Scales**:

- Generalized Anxiety Disorder 7-item (GAD-7) - ***21***
- Mood Disorder Questionnaire (MDQ) - ***4***
- Patient Health Questionnaire (PHQ-9) - ***19***
- Other - ***PCL-C: 74***

**Medication Tolerability**:
Lisa has reported the following symptoms that may be the result of medication side effects:

- Sedation
- Memory impairment
- balance problems with clonazepam

**Pertinent Lab Data**:

- see eDocuments

    COVID testing negative

**Vitals - 3:15 PM**

- Height: 5 ft 3 in
- Weight: 122 lbs
- BMI: 21.61
- BSA: 1.57
- Temperature: 97.9 F
- Respirations: 14 breaths/min
- Blood Pressure:
    - Sitting: 110/65 mmHg - Right Upper Extremity; 79 Beats/Min - Regular

MENNINGER_SUPP000006

- Pain Assessment: 6/10
- Comment: morning headaches

**Diagnosis**

- F4011: Social phobia, generalized
- F4001: Agoraphobia with panic disorder
- F411: Generalized anxiety disorder
- G479: Sleep disorder, unspecified
- F331: Major depressive disorder, recurrent, moderate
- R45851: Suicidal ideations
- F4311: Post-traumatic stress disorder, acute

**Procedures**

- 99214: OFFICE/OP VISIT, EST PT, 3 KEY COMPONENTS: DETAILED HX; DETAILED EXAM; MED DECISION MOD COMPLEXITY
- 90838: PSYCHOTHERAPY, 60 MINUTES WITH PATIENT AND/OR FAMILY MEMBER WHEN PERFORMED WITH AN EVALUATION AND MANAGEMENT SERVICE

**Individualized Treatment Plan**
**Primary Treatment Plan**
**Life Area**:

- Medical
- Mental Health

**Type of Counseling**:

- Individual Counseling: greater than 90% of the treatment session was devoted to psychotherapy and psychoeducation

**Medical**:

- <u>Problem</u>: fatigue
- <u>Long Term Goal</u>: rule out underlying medical diagnosis that may be contributing to mental health symptoms
- <u>Short-term goals as a measurable outcome</u>: Labs
- <u>Specific Activity, Experience, and Therapies Towards Attainment</u>:
    - diet and exercise discussed
    - follow up with PCP per routine

**Mental Health**:

- <u>Problem</u>:
  PTSD- chronic with acute exacerbation
- Panic disorder with agoraphobia
  Social anxiety disorder
  GAD
  MDD, recurrent, moderate
  Chronic suicidal ideation
  Dyssomnia
  Serotonin syndrome - resolved
- <u>Long Term Goal</u>: resolution of symptoms and improvement in overall functioning and well being

MENNINGER_SUPP000007

- <u>Short-term goals as a measurable outcome</u>: self reporting of symptoms, medication management, therapy
- <u>Specific Activity, Experience, and Therapies Towards Attainment</u>:
  - Prozac 40 mg q day for severe social phobia, PTSD, and panic disorder symptoms resulting in depression
  - Clonazepam 1 mg q HS (prescribed as BID for rescue)
  - Start Clonidine 0.1 mg q HS for insomnia related to anxiety and PTSD
- Refer to Bend Psychiatry for future psychiatric treatment. Will continue to monitor and treat patient until she can establish care. Dr. Anthony Monteverdi, MD Fax: 541-382-6576 for referral. Phone: 541-382-1395

**Medication Information - Safety and Side Effects:**

- The risks and benefits of the proposed treatment plan was discussed with the patient/responsible party. This includes a discussion of the rational for treatment, the possible benefits and side effects of the proposed treatment, and other treatment options. The patient was encouraged to contact the office for any problems or questions regarding their treatment prior to the next office visit. The patient was informed that certain psychotropic medications by virtue of side effects of sedation could possibly impair their ability to operate a motor vehicle or other equipment and that they should refrain from engaging in potentially dangerous activities until they know how they will respond to the medication. The patient/responsible party verbalized an understanding of this information.
- The patient's risk of self harm was reviewed in detail. The patient was able to contract against self harm and was future oriented. The patient expressed an understanding of ways in which to seek help or crisis intervention if their suicidal ideation worsens including contacting our office, after hours call center, a family member or a friend.
- Information regarding the use of medications during pregnancy was discussed with the patient. This includes the potentially unknown risks of the use of medications during pregnancy and breastfeeding as there is very little information in prospective studies due to regulatory prohibitions of such studies. It was explained to the patient that the benefit to the mother must be weighed against the possible risk of exposure of the infant/child to the medication.
- **Specific side effects reviewed.**
  Side Effects:
  - Sedation, drowsiness, impaired motor skills, possible problems with gait and balance, increased risk of falls, potentially impaired ability to operate a motor vehicle or machinery.
  - The patient was informed to exercise caution when driving, operating machinery, or engaging in any activity potentially dangerous to themselves or others until they know how the new medication effects them
  - Anxiety, agitation, irritability, insomnia
  - Possible increased appetite and/or weight gain.
  - Possible decreased appetite or weight loss.
  - Possible increased risk of increasing cholesterol and triglyceride levels. Possible increased risk of metabolic syndrome or vulnerability to the development of diabetes.
  - Possible slight increased risk of seizure beyond that seen in the general population.
  - Possible risk of the development of a movement disorder such as extra-pyramidal symptoms, akathisia, tardive dyskinesia, tics, EPS/ tardive dyskinesia, etc.
  - Possible elevation of liver function tests.
  - Possible change in renal function.
  - Possible change in thyroid function requiring ongoing monitoring and possible thyroid supplementation for some patients.
  - Addiction potential.
  - Elevated blood pressure.
  - Significant drop in blood pressure.
  - Elevated pulse rate.
  - Serious rash/Stevens Johnson Syndrome.
  - Serotonin Syndrome.

**JA2189**

o Abnormal bleeding.

- The patient is requested to contact the office and report on their status during the next week.
- The patient will be given another copy of the office policies and procedures for Sandia Psychiatry.
- Directions given to the patient.

**Orders**

- Return to office in 4 weeks.
- Will make referral to Bend Psychiatry for future psychiatric needs once she transfers to Medicare.
- Make multiple appointments.
- Continue current treatment plan.

*Electronically signed by* **Alicia M. Burbano, MD**

**Sign Off Status:** Completed by Burbano, Alicia, Jul 31 2020 6:17PM (EDT)
Information included in this report is confidential.

| **Lisa Menninger** | | | | | **SOAP Notes** |
|---|---|---|---|---|---|
| Chart Number: | 9651 | **DOB:** ███ 1968 | **Age:** 51y | Services Provided at: | Sandia Psychiatry |
| Home Phone: | (913) 387-9451 | **Gender:** Female | | | |
| Address: | 340 Live Oak Rd. Ne | | | | |
| | A buquerque, NM 87122 | | | Encounter Date: 06/26/2020 | |
| Chief Complaint: | | | | | |

Patient: **Lisa Menninger**    *(Female)*                         Encounter Date: **06/26/2020**
DOB: ███/1968 *(51)*                                              Referring: *(Fax: )*

## Allergies

- Penicillins: URITCARIA RASH

## Current Medications

- clonazepam 1 mg tablet - 1 TABLET ORAL BID
- Prozac 40 mg capsule - 1 CAPSULE ORAL am
- Trintellix 5 mg tablet - 1 TABLET ORAL am with food

## Medication Management Progress Note

### Session Information:
Appointment start time: 2:00 pm
Appointment stop time: 3:00 pm

### Narrative:
Please see eDocuments for external documentation

Chief Complaint: treatment of Social phobia, panic with agoraphobia, MDD, moderate recurrent, dyssomnia

History of Present Illness:
Lisa Menninger is a 51 year old female with a diagnosis of Panic Disorder with agoraphobia, Social Anxiety Disorder, GAD, Acute stress disorder, and dyssomnia. She was most recently treated by Dr. Marianna Kessimian, MD.

Lisa previously went to the ER for an evaluation of a serotonergic syndrome manifested by jerking body motions, myoclonus, and psychotic hallucinations. She was also having nose bleeds, blood pressure swings, head and neck pressure, ear pressure, nausea and paranoia. She was experiencing confusion however she was partially oriented. Her husband reports that her speech was like she was having a conversation with two different people in different voices. She called this provider and was advised to immediately discontinue her Prozac and Viibryd and to be evaluated in the ER. Labs and records are going to be requested for evaluation. She was given a diagnosis of Serotonin Syndrome.

Lisa has moved to Bend, Oregon to be closer to family and have a bigger support system.

Lisa is Prozac, now 40 mg, without any symptoms of serotonin syndrome. She reports having nose bleeds, which is a possible side effect. She also reports feeling GERD symptoms in the morning. She restarted medications due to debilitating anxiety leading up to her deposition.

She reports trying to go on hiking trails with her family in order to force her out of bed and force her out of the house. Her husband is doing his best to be supportive.

She reports that the legal stress that Lisa is undergoing is taking a toll on her whole family. Her daughter is admitting to anxiety and suicidal thoughts. Her daughter reports that 'life is corrupt and unjust and not worth living' because life is unfair. Lisa will not leave her daughter alone for safety reasons and they both fear leaving the house. She hides if the door bell rings.

Triggers for her anxiety, panic attacks, agoraphobia, nightmares include legal movement (deposing her family and doctors). She reports that she was running in races but always had to have a family member with her for emotional support. She feels invisible when she is in a crowds.

We discussed other potential sources of PTSD, including childhood or adult trauma, however she cannot recall any traumatic events that lead to her current level of panic and fear of losing her livelihood and potentially her life.

She recalls the moment where she had admitted her anxiety and then later was proposed with an 'exit package,' rather than giving her reasonable accommodations. She was meeting with her boss for an end of year performance evaluation which would require more presentations to internal and external clients, which would trigger panic her pre existing diagnosis of social phobia (public speaking), which she tried to explain to them it would cause her problems and needed strong medications but the anticipation of the presentations caused extreme panic and medications side effects. She disclosed her disability to them, however she did not expect that her employer would react the way that they did. She also states that public speaking was never in her original job description. That is when her panic attacks and suicidal ideations began. She tried multiple medications and then her doctor in Providence had her enter short term disability and she entered an a 10 day program (IOP program with individual therapy and groups).

After the deposition, she thought that she would be relieved, however her anxiety and panic increased exponentially. She was having such severe anxiety that she was avoiding going to sleep so that she would not dream. She has stopped exercising due to fear.

She states that her husband wanted her to restart medications to help her. Since starting the Prozac, she reports that her energy levels drop about 5 hours afterwards and needs to lay down.

She was previously on several different benzodiazepines that all had various side effects with the exception of clonazepam. She is wanting to retrial clonazepam to help with her sleep.

She reports getting minimal sleep, broken, and with nightmares.

Lisa states that she stopped leaving the house again, stopped exercising, and stayed in bed most of the day. She reports that she has a very supportive family and they are helping her to get out of the house and to resume normal activity.

She states that she knows that her anxiety is so severe, that she would never be able to enter the corporate work field again. She feels that her career as a physician is over. She has nightmares about returning to work. We discussed nightmare rehearsal therapy.

Lisa reports that she is training (exercise) with a coach. She wants to isolate and is forcing herself to do some activities. She feels like a failure to her family. She feels very triggered when hearing about anything that reminds her of her court case or prior work experience.
Lisa reports her nightmares are regarding her former co-workers and being attacked by them in some way.

Her agoraphobia continue to be very prominent. She has been exercise to force herself into uncomfortable situations and to help with her agoraphobia. She states that she would not leave the house if she did not have obligations (like taking her daughter to school)

Her husband has been helping with being a financial provider.

MENNINGER_SUPP000011

Lisa continues to have day dreams that she is being forced back into the work environment that she feared and the people that she feared. At home she takes care of the cats but still does not go outside of the house alone.

Lisa reports involvement ongoing discrimination suit against her former employer in Massachusetts after she disclosed that she had social anxiety and panic attacks. She has an attorney that specializes in employment and discrimination cases. She reports that 'she lost everything;' her livelihood, her financial status, began to fear working and avoiding people/life in general. She deleted social media and she feels she does not have the strength for taking on any potential new stressors. She describes significant negative mood, avoidance regarding her perceived trauma (feeling extreme loss and helplessness from termination), hyper arousal and hyper vigilance, as well as sleep disruptions with intrusive thoughts and nightmares.

Lisa reports that her depressive symptoms returned since her termination and her overall anxiety symptoms increased to panic states. Her symptoms have reverted to depression and 'life paralyzing anxiety,' and not leaving the house. She reports that something really minor will trigger feelings of " I don't want to live anymore, it doesn't take much to throw me into all these symptoms"
Safety planning was discussed in detail.

Disability needs were discussed in detail and she feels extremely fearful of the thought of holding a job again (only to have it taken from her for having mental health issues). She panics when the door bell rings, hides from people, feels tremulous and sweaty, has significant intrusive thoughts about her former boss (the way she was treated), feels 'jumpy,' and does not have any physical interactions with anyone but her immediate family.

From an ADL stand point, she is physically capable of showering/cleaning and cooking but does not regularly and feels that she is a burden. She states that her anxiety paralyzes her and she hides in her bedroom most of the day.

She Denies suicidal plans or intent, access to firearms and at this point does not think a residential or intensive out patient partial program would be helpful. We are working to change these feelings.

Panic/PTSD/Insomnia: symptoms of PTSD are now evident, her anxiety has been life long however is significantly worsening since she was terminated which triggered the onset of her PTSD.

Social Phobia: Symptoms remain problematic, limit her functioning with acute worsening

Did not respond to beta blockers in the past and needed high doses of Valium for minimal relief, and this is all supported by her genetic testing, continue to minor for worsening off of SSRI

Social or family history update: marital strain improved, supportive spouse, she is worried about her daughter, her daughter's mood and making friends at her school

financial strain - temporary disability approved until the end of February, waiting on approval for long term disability, completed application, medical records faxed
Safety: Passive suicidal ideation, denies intent or plan

Illicit drug use/ Nicotine: Denies
Alcohol: none
Caffeine: coffee in the morning (no effect on anxiety)

ROS: 10 point ROS: reviewed, + general: less fatigue
appetite: variable
sleep: reported to be very poor, difficulties falling and staying asleep, broken by nightmares and panic

MENNINGER_SUPP000012

attacks

Psychiatric treatment:
Childhood: panic attacks, SAD, GAD, trauma, did poorly in school
Inpatient: denies
Outpatient: as an adult
Medication trials: hydroxyzine, Xanax, lorazepam, Valium - side effects, see intake, Prozac, Viibryd - serotonin syndrome, beta blockers, Wellbutrin, Effexor.

Biological:
Maternal side with social phobia, GAD and father side with psychotic disorder, type II trauma secondary to father's volatile behavior and witnessing domestic violence between her parents, temperament- risk averse, sensitive, slow to warm
Maternal GP died of throat cancer
No suicidal completions known
Father suffered from schizophrenia, violent, never able to work, agoraphobia (previous Navy Enlistment)

Psychologically: empathic, caring , responsible, intelligent, timid, risk averse, introverted, thoughtful, quiet , perfectionistic at times, highly critical of self, passive- other-focused
Social: She was a Pathologist working in the private sector; husband empathic and understanding partner, less concern for excessive accommodation as the financial burden has shifted from patient to partner
Legal: none
Military: National Guard
School: Graduated in Aurora Illinois University, Grad school at UNM, Saba University (Medical Program) - she was practicing medicine until June of 2018 as a clinical pathologist - had several jobs especially clinical jobs,

PHYSICAL EXAM:
VITAL SIGNS: see below.
HEENT: Head is normocephalic and atraumatic. Extraocular muscles are intact. Pupils are equal, round, and reactive to light and accommodation. Mouth is well hydrated and without lesions.
EXTREMITIES: Without any cyanosis, clubbing, rash, lesions or edema.
NEUROLOGIC: Cranial nerves II through XII are grossly intact.
PSYCHIATRIC: see HPI.
SKIN: No ulceration or induration present.

**Examination**:
<u>General</u>:

- Appearance: distressed

- Attitude: open, cooperative

- Psychomotor Activity: diminished

- Eye Contact: normal

- Gait and Station: normal

<u>Speech</u>:

- normal
- soft

**JA2194**

MENNINGER_SUPP000013

Thought Process:

- logical
- sequential

Associations:

- intact

Abnormal/Psychotic Thoughts:

- perseverations

Judgement & Insight:

- fair

Orientation:

- person
- place
- date

Recent and Remote Memory:

- Recent Memory: intact
- Remote Memory: intact

Attention and Concentration:

- Attention: intact, alert

- Concentration: intact

Language:

- normal

Fund of Knowledge:

- intact

Mood and Affect:

- Mood: moderately depressed, anxious

- Affect: restricted

Risk Assessment:

- Suicidality: denies, passive SI endorsed, no plans means or intent to harm herself

- Homicidality: denies

MENNINGER_SUPP000014

**Review of Systems**:
Lisa reports today with:

- Moderate depression
- Severe anxiety
- Absent physical aggression
- Absent verbal aggression
- Absent alcohol abuse
- Mild anger/irritability
- Moderate anhedonia
- Mild appetite increase
- Mild appetite decrease
- Mild compulsive activities
- Moderate concentration impairment
- Moderate fatigue
- Moderate function poor – home
- Mild GI upset
- Mild guilt
- Absent auditory hallucinations
- Absent visual hallucinations
- Absent headache
- Absent impulsivity
- Mild initial insomnia
- Mild problems with sleep maintenance
- Absent memory impairment
- Mild mood swings
- Mild obsessive thoughts
- Mild pain
- Moderate panic attacks
- Mild paranoia-suspiciousness
- Absent racing thoughts
- Absent relationship problems
- Absent substance abuse - drugs
- Absent substance abuse - alcohol
- Moderate suicidal ideation
- Mild tearfullness
- Mild tremor/shakiness
- Absent weight loss
- Absent weight gain

**Rating Scales**:

- Generalized Anxiety Disorder 7-item (GAD-7) - *18*
- Mood Disorder Questionnaire (MDQ) - *4*
- Patient Health Questionnaire (PHQ-9) - *15*
- Other - *PCL-C: 68*

**Medication Tolerability**:
Lisa has reported the following symptoms that may be the result of medication side effects:

- Nausea
- GI side effects

**JA2196**

**Pertinent Lab Data**:

- see eDocuments

**Vitals - 2:10 PM**

- Height: 5 ft 3 in
- Weight: 125 lbs
- BMI: 22.14
- BSA: 1.59
- Temperature: 98.2 F
- Respirations: 16 breaths/min
- Pain Assessment: 0/10

**Diagnosis**

- F4011: Social phobia, generalized
- F4001: Agoraphobia with panic disorder
- F411: Generalized anxiety disorder
- G479: Sleep disorder, unspecified
- F331: Major depressive disorder, recurrent, moderate
- R45851: Suicidal ideations
- F4311: Post-traumatic stress disorder, acute

**Procedures**

- 99214: OFFICE/OP VISIT, EST PT, 3 KEY COMPONENTS: DETAILED HX; DETAILED EXAM; MED DECISION MOD COMPLEXITY
- 90838: PSYCHOTHERAPY, 60 MINUTES WITH PATIENT AND/OR FAMILY MEMBER WHEN PERFORMED WITH AN EVALUATION AND MANAGEMENT SERVICE

**Individualized Treatment Plan**
**Primary Treatment Plan**
**Life Area**:

- Medical
- Mental Health

**Type of Counseling**:

- Individual Counseling: greater than 90% of the treatment session was devoted to psychotherapy and psychoeducation

**Medical**:

- <u>Problem</u>: fatigue
- <u>Long Term Goal</u>: rule out underlying medical diagnosis that may be contributing to mental health symptoms
- <u>Short-term goals as a measurable outcome</u>: Labs
- <u>Specific Activity, Experience, and Therapies Towards Attainment</u>:
    - diet and exercise discussed
    - follow up with PCP per routine

**Mental Health**:

MENNINGER_SUPP000016

- <u>Problem</u>: Panic disorder with agoraphobia
Social anxiety disorder
GAD
MDD, recurrent, moderate
Chronic suicidal ideation
Dyssomnia
Serotonin syndrome - resolved
- <u>Long Term Goal</u>: resolution of symptoms and improvement in overall functioning and well being
- <u>Short-term goals as a measurable outcome</u>: self reporting of symptoms, medication management, therapy
- <u>Specific Activity, Experience, and Therapies Towards Attainment</u>:
  - Prozac 40 mg q day for severe social phobia, PTSD, and panic disorder symptoms resulting in depression
  - Start Trintellix 5 mg q AM, plan to cross titrate from Prozac to Trintellix
  - Clonazepam 1 mg q HS (prescribed as BID for rescue)
  - Recommend light therapy and possible Transcranial Magnetic stimulation

**Medication Information - Safety and Side Effects:**

- The risks and benefits of the proposed treatment plan was discussed with the patient/responsible party. This includes a discussion of the rational for treatment, the possible benefits and side effects of the proposed treatment, and other treatment options. The patient was encouraged to contact the office for any problems or questions regarding their treatment prior to the next office visit. The patient was informed that certain psychotropic medications by virtue of side effects of sedation could possibly impair their ability to operate a motor vehicle or other equipment and that they should refrain from engaging in potentially dangerous activities until they know how they will respond to the medication. The patient/responsible party verbalized an understanding of this information.
- The patient's risk of self harm was reviewed in detail. The patient was able to contract against self harm and was future oriented. The patient expressed an understanding of ways in which to seek help or crisis intervention if their suicidal ideation worsens including contacting our office, after hours call center, a family member or a friend.
- Information regarding the use of medications during pregnancy was discussed with the patient. This includes the potentially unknown risks of the use of medications during pregnancy and breastfeeding as there is very little information in prospective studies due to regulatory prohibitions of such studies. It was explained to the patient that the benefit to the mother must be weighed against the possible risk of exposure of the infant/child to the medication.
- **Specific side effects reviewed.**
Side Effects:
  - Sedation, drowsiness, impaired motor skills, possible problems with gait and balance, increased risk of falls, potentially impaired ability to operate a motor vehicle or machinery.
  - The patient was informed to exercise caution when driving, operating machinery, or engaging in any activity potentially dangerous to themselves or others until they know how the new medication effects them
  - Anxiety, agitation, irritability, insomnia
  - Possible increased appetite and/or weight gain.
  - Possible decreased appetite or weight loss.
  - Possible increased risk of increasing cholesterol and triglyceride levels. Possible increased risk of metabolic syndrome or vulnerability to the development of diabetes.
  - Possible slight increased risk of seizure beyond that seen in the general population.
  - Possible risk of the development of a movement disorder such as extra-pyramidal symptoms, akathisia, tardive dyskinesia, tics, EPS/ tardive dyskinesia, etc.
  - Possible elevation of liver function tests.
  - Possible change in renal function.
  - Possible change in thyroid function requiring ongoing monitoring and possible thyroid

MENNINGER_SUPP000017

supplementation for some patients.
  ○ Addiction potential.
  ○ Elevated blood pressure.
  ○ Significant drop in blood pressure.
  ○ Elevated pulse rate.
  ○ Serious rash/Stevens Johnson Syndrome.
  ○ Serotonin Syndrome.
  ○ Abnormal bleeding.

- The patient is requested to contact the office and report on their status during the next week.
- The patient will be given another copy of the office policies and procedures for Sandia Psychiatry.
- Directions given to the patient.

## Orders

- Return to office as needed.
- Make multiple appointments.
- Continue current treatment plan.

*Electronically signed by* **Alicia M. Burbano, MD**

**Sign Off Status:** Completed by Burbano, Alicia, Jun 26 2020 5:09PM (EDT)
Information included in this report is confidential.

MENNINGER_SUPP000018

**Lisa Menninger**

| | | | | | **SOAP Notes** |
|---|---|---|---|---|---|

Chart Number:  9651  **DOB:** ▮▮/1968  **Age:** 51y          Services Provided at:          Sandia Psychiatry
**Home Phone:**  (913) 387-9451  **Gender:** Female
**Address:**  340 Live Oak Rd. Ne
A buquerque, NM 87122          **Encounter Date:** 02/07/2020
**Chief Complaint:**

Patient: **Lisa Menninger**  *(Female)*                Encounter Date: **02/07/2020**
DOB: ▮▮/1968 *(51)*                        Referring: *(Fax: )*

## Allergies

- Penicillins: URITCARIA RASH

## Current Medications

- No Known Medications

## Medication Management Progress Note

**Session Information**:
Appointment start time: 2:00 pm
Appointment stop time: 3:00 pm

**Narrative**:
Please see eDocuments for external documentation

Chief Complaint: treatment of Social phobia, panic with agoraphobia, MDD, moderate recurrent, dyssomnia

History of Present Illness:
Lisa Menninger is a 51 year old female with a diagnosis of Panic Disorder with agoraphobia, Social Anxiety Disorder, GAD, Acute stress disorder, and dyssomnia. She was most recently treated by Dr. Marianna Kessimian, MD.

Lisa previously went to the ER for an evaluation of a serotonergic syndrome manifested by jerking body motions, myoclonus, and psychotic hallucinations. She was also having nose bleeds, blood pressure swings, head and neck pressure, ear pressure, nausea and paranoia. She was experiencing confusion however she was partially oriented. Her husband reports that her speech was like she was having a conversation with two different people in different voices. She called this provider and was advised to immediately discontinue her Prozac and Viibryd and to be evaluated in the ER. Labs and records are going to be requested for evaluation. She was given a diagnosis of Serotonin Syndrome.

Lisa has been off all medications since her ER visit and we discussed the effects of medications (mostly side effects). She states that she is still suffering with social phobias, depression, PTSD, panic attacks, nightmares. Lisa is utilizing light therapy and extreme exercise to help with her mood and anxiety symptoms. She feels that it is somewhat helpful. She is too scared to retry medications at this time. Genetic testing was discussed as an option to help clarify why she became so sick off low doses of medications and that I predict that she has a P450 enzyme deletion or slow activity that would result in toxic build up of her medications.

Lisa states that her depression and anxiety have increased in January because she is in the discovery phase of her trial. She had to gather evidence to present to the court in her deposition. She reports that she was reliving her trauma over and over again. She states that she stopped leaving the house again, stopped

MENNINGER_SUPP000019

exercising, and stayed in bed most of the day. She reports that she has a very supportive family and they are helping her to get out of the house and to resume normal activity.

Lisa has to give her deposition March 5, 2020. She will be flying to Boston on March 3rd and preparation with her attorney March 4th.

She states that she knows that her anxiety is so severe, that she would never be able to enter the corporate work field again. She feels that her career as a physician is over. She has nightmares about returning to work. We discussed nightmare rehearsal therapy.

Lisa reports that she is training (exercise) with a coach. She wants to isolate and is forcing herself to do some activities. She feels like a failure to her family. She feels very triggered when hearing about anything that reminds her of her court case or prior work experience.
Lisa reports her nightmares are regarding her former co-workers and being attacked by them in some way.

Her agoraphobia continues to be very prominent. She has been exercise to force herself into uncomfortable situations and to help with her agoraphobia. She states that she would not leave the house if she did not have obligations (like taking her daughter to school)

Her husband has been helping with being a financial provider.

Lisa continues to have day dreams that she is being forced back into the work environment that she feared and the people that she feared. At home she takes care of the cats but still does not go outside of the house alone.

Lisa reports involvement ongoing discrimination suit against her former employer in Massachusetts after she disclosed that she had social anxiety and panic attacks. She has an attorney that specializes in employment and discrimination cases. She reports that "she lost everything;" her livelihood, her financial status, began to fear working and avoiding people/life in general. She deleted social media and she feels she does not have the strength for taking on any potential new stressors. She describes significant negative mood, avoidance regarding her perceived trauma (feeling extreme loss and helplessness from termination), hyper arousal and hyper vigilance, as well as sleep disruptions with intrusive thoughts and nightmares.

Lisa reports that her depressive symptoms returned since her termination and her overall anxiety symptoms increased to panic states. Her symptoms have reverted to depression and "life paralyzing anxiety," and not leaving the house. She reports that something really minor will trigger feelings of " I don"t want to live anymore, it doesn"t take much to throw me into all these symptoms"
Safety planning was discussed in detail.

Disability needs were discussed in detail and she feels extremely fearful of the thought of holding a job again (only to have it taken from her for having mental health issues). She panics when the door bell rings, hides from people, feels tremulous and sweaty, has significant intrusive thoughts about her former boss (the way she was treated), feels "jumpy," and does not have any physical interactions with anyone but her immediate family.

From an ADL stand point, she is physically capable of showering/cleaning and cooking but does not regularly and feels that she is a burden. She states that her anxiety paralyzes her and she hides in her bedroom most of the day.

She Denies suicidal plans or intent, access to firearms and at this point does not think a residential or intensive out patient partial program would be helpful. We are working to change these feelings.

Panic/PTSD/Insomnia: symptoms of PTSD are now evident, her anxiety has been life long however is significantly worsening since she was terminated

MENNINGER_SUPP000020

Her social security application was approved which has helped decrease the amount of stress.

Social Phobia: Symptoms remain problematic, limit her functioning with acute worsening

Did not respond to beta blockers in the past and needed high doses of Valium for minimal relief, and this is all supported by her genetic testing, continue to minor for worsening off of SSRI

Social or family history update: marital strain improved, supportive spouse, she is worried about her daughter, her daughter''s mood and making friends at her school

financial strain- temporary disability approved until the end of February, waiting on approval for long term disability, completed application, medical records faxed
Safety: Passive suicidal ideation, denies intent or plan

Illicit drug use/ Nicotine: Denies
Alcohol: none
Caffeine: coffee in the morning (no effect on anxiety)

ROS: 10 point ROS: reviewed, + general: less fatigue
appetite: variable
sleep: reported to be very poor, difficulties falling and staying asleep, broken by nightmares and panic attacks

Psychiatric treatment:
Childhood: panic attacks, SAD, GAD, trauma, did poorly in school
Inpatient: denies
Outpatient: as an adult
Medication trials: Valium - side effects, see intake, prozac, viibryd - serotonin syndrome, beta blockers

Biological:
Maternal side with social phobia, GAD and father side with psychotic disorder, type II trauma secondary to father''s volatile behavior and witnessing domestic violence between her parents, temperament- risk averse, sensitive, slow to warm
Maternal GP died of throat cancer
No suicidal completions known
Father suffered from schizophrenia, violent, never able to work, agoraphobia (previous Navy Enlistment)

Psychologically: empathic, caring , responsible, intelligent, timid, risk averse, introverted, thoughtful, quiet , perfectionistic at times, highly critical of self, passive- other-focused
Social: She was a Pathologist working in the private sector; husband empathic and understanding partner, less concern for excessive accommodation as the financial burden has shifted from patient to partner
Legal: none
Military: National Guard
School: Graduated in Aurora Illinois University, Grad school at UNM, Saba University (Medical Program) - she was practicing medicine until June of 2018 as a clinical pathologist - had several jobs especially clinical jobs,

PHYSICAL EXAM:
VITAL SIGNS: see below.
HEENT: Head is normocephalic and atraumatic. Extraocular muscles are intact. Pupils are equal, round, and reactive to light and accommodation. Mouth is well hydrated and without lesions.
EXTREMITIES: Without any cyanosis, clubbing, rash, lesions or edema.
NEUROLOGIC: Cranial nerves II through XII are grossly intact.

**JA2202**

PSYCHIATRIC: see HPI.
SKIN: No ulceration or induration present.

**Examination**:
General:

- Appearance: distressed

- Attitude: open, cooperative

- Psychomotor Activity: diminished

- Eye Contact: normal

- Gait and Station: normal

Speech:
- normal
- soft

Thought Process:
- logical
- sequential

Associations:
- intact

Abnormal/Psychotic Thoughts:
- perseverations

Judgement & Insight:
- fair

Orientation:
- person
- place
- date

Recent and Remote Memory:
- Recent Memory: intact
- Remote Memory: intact

Attention and Concentration:
- Attention: intact, alert

- Concentration: intact

    MENNINGER_SUPP000022

<u>Language</u>:

- normal

<u>Fund of Knowledge</u>:

- intact

<u>Mood and Affect</u>:

- Mood: moderately depressed, anxious

- Affect: restricted

<u>Risk Assessment</u>:

- Suicidality: denies, passive SI endorsed, no plans means or intent to harm herself

- Homicidality: denies

**Review of Systems**:
Lisa reports today with:

- Severe depression
- Severe anxiety
- Absent physical aggression
- Absent verbal aggression
- Absent alcohol abuse
- Mild anger/irritability
- Moderate anhedonia
- Mild appetite increase
- Mild appetite decrease
- Mild compulsive activities
- Moderate concentration impairment
- Moderate fatigue
- Moderate function poor – home
- Mild GI upset
- Mild guilt
- Absent auditory hallucinations
- Absent visual hallucinations
- Absent headache
- Absent impulsivity
- Mild initial insomnia
- Mild problems with sleep maintenance
- Absent memory impairment
- Mild mood swings
- Mild obsessive thoughts
- Mild pain
- Moderate panic attacks
- Mild paranoia-suspiciousness
- Absent racing thoughts
- Absent relationship problems
- Absent substance abuse - drugs
- Absent substance abuse - alcohol

**JA2204**

MENNINGER_SUPP000023

- Moderate suicidal ideation
- Mild tearfullness
- Mild tremor/shakiness
- Absent weight loss
- Absent weight gain

**Rating Scales**:

- Generalized Anxiety Disorder 7-item (GAD-7) - *21*
- Mood Disorder Questionnaire (MDQ) - *4*
- Patient Health Questionnaire (PHQ-9) - *19*
- Other - *PCL-C: 72*

**Medication Tolerability**:
Lisa has reported the following symptoms that may be the result of medication side effects:

- Nausea
- GI side effects

**Pertinent Lab Data**:

- see eDocuments

**Vitals - 2:09 PM**

- Height: 5 ft 3 in
- Weight: 125 lbs
- BMI: 22.14
- BSA: 1.59
- Temperature: 98 F
- Respirations: 14 breaths/min
- Blood Pressure:
    - Sitting: 105/69 mmHg - Right Upper Extremity; 73 Beats/Min - Regular
- Pain Assessment: 3/10
- Comment: right knee tendon strain

**Diagnosis**

- F4011: Social phobia, generalized
- F4001: Agoraphobia with panic disorder
- F411: Generalized anxiety disorder
- G479: Sleep disorder, unspecified
- F331: Major depressive disorder, recurrent, moderate
- R45851: Suicidal ideations
- F4311: Post-traumatic stress disorder, acute

**Procedures**

- 99214: OFFICE/OP VISIT, EST PT, 3 KEY COMPONENTS: DETAILED HX; DETAILED EXAM; MED DECISION MOD COMPLEXITY
- 90838: PSYCHOTHERAPY, 60 MINUTES WITH PATIENT AND/OR FAMILY MEMBER WHEN PERFORMED WITH AN EVALUATION AND MANAGEMENT SERVICE

    MENNINGER_SUPP000024

**Impression:**
**Lisa continues to suffer with PTSD, Depression, and agoraphobia. She presents more anxious and depressed as her court deposition approaches.  Her work termination two years ago has significantly affected her life on a day to day basis and her mental health has declined.  She is trying to focus on her family but feels lost and that her identity as a physician has been stolen from her.  I feel that after her court hearing is over, her symptoms may improve slightly, however her prognosis does not appear to be promising at this time. She has passive suicidal ideation but does not present as an imminent risk of danger to herself or others at this time.**

**Individualized Treatment Plan**
**Primary Treatment Plan**
**Life Area**:

- Medical
- Mental Health

**Type of Counseling**:

- Individual Counseling: greater than 90% of the treatment session was devoted to psychotherapy and psychoeducation

**Medical**:

- <u>Problem</u>: fatigue due to sleep deprivation
- <u>Long Term Goal</u>: rule out underlying medical diagnosis that may be contributing to mental health symptoms
- <u>Short-term goals as a measurable outcome</u>: follow up with PCP
- <u>Specific Activity, Experience, and Therapies Towards Attainment</u>:
    - diet and exercise discussed
    - follow up with PCP per routine

**Mental Health**:

- <u>Problem</u>:
- PTSD- Chronic with acute exacerbation
  Panic disorder with agoraphobia
  Social anxiety disorder
  GAD
  MDD, recurrent, moderate
  Chronic suicidal ideation
  Dyssomnia
  Serotonin syndrome - resolved
- <u>Long Term Goal</u>: resolution of symptoms and improvement in overall functioning and well being
- <u>Short-term goals as a measurable outcome</u>: self reporting of symptoms, medication management, therapy
- <u>Specific Activity, Experience, and Therapies Towards Attainment</u>:
    - D/C Prozac, D/C Viibryd due to suspected Serotonin Syndrome. symptoms fully resolved
    - Exercise therapy for depression is helpful.
    - medications are not wanted at this time due to severe adverse reactions
- Recommend light therapy and possible Transcranial Magnetic stimulation

**Medication Information - Safety and Side Effects:**

**JA2206**

- The risks and benefits of the proposed treatment plan was discussed with the patient/responsible party. This includes a discussion of the rational for treatment, the possible benefits and side effects of the proposed treatment, and other treatment options. The patient was encouraged to contact the office for any problems or questions regarding their treatment prior to the next office visit. The patient was informed that certain psychotropic medications by virtue of side effects of sedation could possibly impair their ability to operate a motor vehicle or other equipment and that they should refrain from engaging in potentially dangerous activities until they know how they will respond to the medication. The patient/responsible party verbalized an understanding of this information.
- The patient''s risk of self harm was reviewed in detail. The patient was able to contract against self harm and was future oriented. The patient expressed an understanding of ways in which to seek help or crisis intervention if their suicidal ideation worsens including contacting our office, after hours call center, a family member or a friend.
- Information regarding the use of medications during pregnancy was discussed with the patient. This includes the potentially unknown risks of the use of medications during pregnancy and breastfeeding as there is very little information in prospective studies due to regulatory prohibitions of such studies. It was explained to the patient that the benefit to the mother must be weighed against the possible risk of exposure of the infant/child to the medication.
- **Specific side effects reviewed.**
  Side Effects:
  - Sedation, drowsiness, impaired motor skills, possible problems with gait and balance, increased risk of falls, potentially impaired ability to operate a motor vehicle or machinery.
  - The patient was informed to exercise caution when driving, operating machinery, or engaging in any activity potentially dangerous to themselves or others until they know how the new medication effects them
  - Anxiety, agitation, irritability, insomnia
  - Possible increased appetite and/or weight gain.
  - Possible decreased appetite or weight loss.
  - Possible increased risk of increasing cholesterol and triglyceride levels. Possible increased risk of metabolic syndrome or vulnerability to the development of diabetes.
  - Possible slight increased risk of seizure beyond that seen in the general population.
  - Possible risk of the development of a movement disorder such as extra-pyramidal symptoms, akathisia, tardive dyskinesia, tics, EPS/ tardive dyskinesia, etc.
  - Possible elevation of liver function tests.
  - Possible change in renal function.
  - Possible change in thyroid function requiring ongoing monitoring and possible thyroid supplementation for some patients.
  - Addiction potential.
  - Elevated blood pressure.
  - Significant drop in blood pressure.
  - Elevated pulse rate.
  - Serious rash/Stevens Johnson Syndrome.
  - Serotonin Syndrome.
  - Abnormal bleeding.

- The patient is requested to contact the office and report on their status during the next week.
- The patient will be given another copy of the office policies and procedures for Sandia Psychiatry.
- Directions given to the patient.

**Orders**

- Return to office in 3 months, sooner if needed
- Make multiple appointments.
- Continue current treatment plan.

*Electronically signed by* **Alicia M. Burbano, MD**

**Sign Off Status:** Completed by Burbano, Alicia, Feb 7 2020 5:01PM (EDT)
Information included in this report is confidential.

MENNINGER_SUPP000027

**Lisa Menninger**                                                                                    **SOAP Notes**

| | | |
|---|---|---|
| **Chart Number:** | 9651  **DOB:** ▮▮▮/1968  **Age:** 51y | **Services Provided at:** |
| **Home Phone:** | (913) 387-9451  **Gender:** Female | Sandia Psychiatry |
| **Address:** | 340 Live Oak Rd. Ne | |
| | A buquerque, NM 87122 | **Encounter Date:** 11/08/2019 |
| **Chief Complaint:** | | |

Patient: **Lisa Menninger**  *(Female)*                    Encounter Date: **11/08/2019**
DOB: ▮▮▮▮**1968** *(51)*                                      Referring: *(Fax: )*

## Allergies

- Penicillins: URITCARIA RASH

## Current Medications

- No Known Medications

## Medication Management Progress Note

**Session Information**:
Appointment start time: 11:00 am
Appointment stop time: 12:00 pm

**Narrative**:
Please see eDocuments for external documentation

Chief Complaint: treatment of Social phobia, panic with agoraphobia, MDD, moderate recurrent, dyssomnia

History of Present Illness:
Lisa Menninger is a 51 year old female with a diagnosis of Panic Disorder with agoraphobia, Social Anxiety Disorder, GAD, Acute stress disorder, and dyssomnia. She was most recently treated by Dr. Marianna Kessimian, MD.

Lisa previously went to the ER for an evaluation of a serotonergic syndrome manifested by jerking body motions, myoclonus, and psychotic hallucinations. She was also having nose bleeds, blood pressure swings, head and neck pressure, ear pressure, nausea and paranoia. She was experiencing confusion however she was partially oriented. Her husband reports that her speech was like she was having a conversation with two different people in different voices. She called this provider and was advised to immediately discontinue her Prozac and Viibryd and to be evaluated in the ER. Labs and records are going to be requested for evaluation.

She is off all medications and we discussed the effects of medications (mostly side effects). She states that she is still suffering with social phobias, depression, PTSD, panic attacks, nightmares. She states that she knows that her anxiety is so severe, that she would never be able to enter the corporate work field again.

Lisa reports that she is training (exercise) with a coach. She wants to isolate and is forcing herself to do some activities. She feels like a failure to her family. She feels very triggered when hearing about anything that reminds her of her court case or prior work experience.

She is engaging in non-pharmacological treatment approaches such as high intensity interval training and other modalities of exercise as an alternative to medications. Now she has a fear of SSRIs due to her severe adverse reaction and would like to only focus on exercise, diet and light therapy

Lisa continues to have significant nightmares every night regarding her former co-workers and being attacked.

Her agoraphobia continue to be very prominent. She has been exercise to force herself into uncomfortable situations and to help with her agoraphobia. She states that she would not leave the house if she did not have obligations (like taking her daughter to school)

Her husband has been helping with being a financial provider.

Lisa continues to have dreams that she is being forced back into the work environment that she feared and the people that she feared. She also has anxiety during the night and early in the morning. She still cannot do anything outside of the house on her own. At home she takes care of the cats but still does not go outside of the house alone. She is trying to go outside to exercise (unless she has to be in a situation where she has to engage in conversation with people).

She heard back from the attorneys recently ███████████████████
Lisa reports involvement ongoing discrimination suit against her former employer in Massachusetts after she disclosed that she had social anxiety and panic attacks. She has an attorney that specializes in employment and discrimination cases. She reports that 'she lost everything;' her livelihood, her financial status, began to fear working and avoiding people/life in general. She has deleted social media and she feels she does not have the strength for taking on any potential new stressors. She describes significant negative mood, avoidance regarding her perceived trauma (feeling extreme loss and helplessness from termination), hyper arousal and hyper vigilance, as well as sleep disruptions with intrusive thoughts and nightmares.

Lisa reports that her depressive symptoms returned since her termination and her overall anxiety symptoms were starting to increase to panic states. She is prescribed fluoxetine 60 mg. Realizing that although the SSRI did not lead to remission, they did help her 'tread water' and now she feels like she is 'drowning again.' Her symptoms have reverted to depression and 'life paralyzing anxiety,' and not leaving the house. She reports that something really minor will trigger feelings of " I don't want to live anymore, it doesn't take much to throw me into all these symptoms"

She has only left her house over last few months to go to the mailbox and is still having suicidal ideation. Safety planning was discussed in detail.

Disability needs were discussed in detail and she feels extremely fearful of the thought of holding a job again (only to have it taken from her for having mental health issues). She panics when the door bell rings, hides from people, feels tremulous and sweaty, has significant intrusive thoughts about her former boss (the way she was treated), feels 'jumpy,' and does not have any physical interactions with anyone but her immediate family.

She feels somewhat safe, only in her house, and is capable of light house duty and cat care.

From an ADL stand point, she is physically capable of showering/cleaning and cooking but does not regularly and feels that she is a burden. She states that her anxiety paralyzes her and she hides in her bedroom most of the day.

She Denies suicidal plan intent, access to firearms and at this point does not think a residential or intensive out patient partial program would be helpful. We are working to change these feelings.

Panic/PTSD/Insomnia: symptoms of PTSD are now evident, her anxiety has been life long however is significantly worsening since she was terminated

MENNINGER_SUPP000029

Overall anxiety level severe 8/10. Has been working on separating herself from case, allowing the lawyer to handle and updates and letting go of that she cannot control.

Her social security application was approved which has helped decrease the amount of stress.

Social Phobia: Symptoms remain problematic, limit her functioning with acute worsening

Did not respond to beta blockers in the past and needed high doses of Valium for minimal relief, and this is all supported by her genetic testing, continue to minor for worsening off of SSRI

Social or family history update: marital strain improved, supportive spouse, worried about her daughter, her daughter's mood and making friends at her new school

financial strain- temporary disability approved until the end of February , waiting on approval for long term disability , completed application, medical record faxed
Safety: Passive suicidal ideation, denies intent or plan

Illicit drug use/ Nicotine: Denies
Alcohol: none
Caffeine: coffee in the morning (no effect on anxiety)

ROS: 10 point ROS: reviewed, + general: less fatigue
appetite: variable
sleep: reported to be very poor, difficulties falling and staying asleep, broken by nightmares and panic attacks

Psychiatric treatment:
Childhood: panic attacks, SAD, GAD, trauma, did poorly in school
Inpatient: denies
Outpatient: as an adult
Medications: Valium - side effects, see intake

Biological:
Maternal side with social phobia, GAD and father side with psychotic disorder, type II trauma secondary to father's volatile behavior and witnessing domestic violence between her parents, temperament- risk averse, sensitive, slow to warm
Maternal GP died of throat cancer
No suicidal completions known
Father suffered from schizophrenia, violent, never able to work, agoraphobia (previous Navy Enlistment)

Psychologically: empathic, caring , responsible, intelligent, timid, risk averse, introverted, thoughtful, quiet , perfectionistic at times, highly critical of self, passive- other-focused
Social : Pathologist working in the private sector husband empathic and understanding partner, less concern for excessive accommodation as the financial burden has shifted from patient to partner
Legal: none
Military: National Guard
School: Graduated in Aurora Illinois University, Grad school at UNM, Saba University (Medical Program) - she was practicing medicine until June of 2018 as a clinical pathologist - had several jobs especially clinical jobs,

PHYSICAL EXAM:
VITAL SIGNS: see below.
HEENT: Head is normocephalic and atraumatic. Extraocular muscles are intact. Pupils are equal, round, and reactive to light and accommodation. Mouth is well hydrated and without lesions.

MENNINGER_SUPP000030

NECK: Supple. No carotid bruits. No lymphadenopathy or thyromegaly.
LUNGS: Clear to auscultation.
HEART: Regular rate and rhythm without murmur.
ABDOMEN: Soft, nontender, and non-distended. Positive bowel sounds.
EXTREMITIES: Without any cyanosis, clubbing, rash, lesions or edema.
NEUROLOGIC: Cranial nerves II through XII are grossly intact.
PSYCHIATRIC: see HPI.
SKIN: No ulceration or induration present.

**Examination**:
<u>General</u>

- Appearance: distressed

- Attitude: open, cooperative

- Psychomotor Activity: diminished

- Eye Contact: normal

- Gait and Station: normal

<u>Speech</u>:

- normal
- soft

<u>Thought Process</u>:

- logical
- sequential

<u>Associations</u>:

- intact

<u>Abnormal/Psychotic Thoughts</u>:

- perseverations

<u>Judgement & Insight</u>:

- fair

<u>Orientation</u>:

- person
- place
- date

<u>Recent and Remote Memory</u>:

- Recent Memory: intact
- Remote Memory: intact

MENNINGER_SUPP000031

Attention and Concentration:

- Attention: intact, alert

- Concentration: intact

Language:

- normal

Fund of Knowledge:

- intact

Mood and Affect:

- Mood: moderately depressed, anxious

- Affect: restricted

Risk Assessment:

- Suicidality: denies, passive SI endorsed, no plans means or intent to harm herself

- Homicidality: denies

**Review of Systems**:
Lisa reports today with:

- Moderate depression
- Severe anxiety
- Absent physical aggression
- Absent verbal aggression
- Absent alcohol abuse
- Mild anger/irritability
- Moderate anhedonia
- Mild appetite increase
- Mild appetite decrease
- Mild compulsive activities
- Moderate concentration impairment
- Moderate fatigue
- Moderate function poor – home
- Mild GI upset
- Mild guilt
- Absent auditory hallucinations
- Absent visual hallucinations
- Absent headache
- Absent impulsivity
- Mild initial insomnia
- Mild problems with sleep maintenance
- Absent memory impairment
- Mild mood swings
- Mild obsessive thoughts
- Mild pain

MENNINGER_SUPP000032

- Moderate panic attacks
- Mild paranoia-suspiciousness
- Absent racing thoughts
- Absent relationship problems
- Absent substance abuse - drugs
- Absent substance abuse - alcohol
- Moderate suicidal ideation
- Mild tearfullness
- Mild tremor/shakiness
- Absent weight loss
- Absent weight gain

**Rating Scales**:

- Generalized Anxiety Disorder 7-item (GAD-7) - *18*
- Mood Disorder Questionnaire (MDQ) - *4*
- Patient Health Questionnaire (PHQ-9) - *15*
- Other - *PCL-C: 68*

**Medication Tolerability**:
Lisa has reported the following symptoms that may be the result of medication side effects:

- Nausea
- GI side effects

**Pertinent Lab Data**:

- see eDocuments

**Vitals - 11:02 AM**

- Height: 5 ft 3 in
- Weight: 123 lbs
- BMI: 21.79
- BSA: 1.57
- Temperature: 98 F
- Respirations: 14 breaths/min
- Blood Pressure:
  - Sitting: 115/72 mmHg - Right Upper Extremity; 58 Beats/Min - Regular
- Pain Assessment: 0/10

**Diagnosis**

- F4011: Social phobia, generalized
- F4001: Agoraphobia with panic disorder
- F411: Generalized anxiety disorder
- G479: Sleep disorder, unspecified
- F331: Major depressive disorder, recurrent, moderate
- R45851: Suicidal ideations
- F4311: Post-traumatic stress disorder, acute

**Procedures**

**JA2214**

- 99214: OFFICE/OP VISIT, EST PT, 3 KEY COMPONENTS: DETAILED HX; DETAILED EXAM; MED DECISION MOD COMPLEXITY
- 90838: PSYCHOTHERAPY, 60 MINUTES WITH PATIENT AND/OR FAMILY MEMBER WHEN PERFORMED WITH AN EVALUATION AND MANAGEMENT SERVICE

**Individualized Treatment Plan**
**Primary Treatment Plan**
**Life Area**:

- Medical
- Mental Health

**Type of Counseling**:

- Individual Counseling: greater than 50% of the treatment session was devoted to psychotherapy and psychoeducation

**Medical**:

- <u>Problem</u>: fatigue
- <u>Long Term Goal</u>: rule out underlying medical diagnosis that may be contributing to mental health symptoms
- <u>Short-term goals as a measurable outcome</u>: Labs
- <u>Specific Activity, Experience, and Therapies Towards Attainment</u>:
  - diet and exercise discussed
  - follow up with PCP per routine

**Mental Health**:

- <u>Problem</u>: Panic disorder with agoraphobia
  Social anxiety disorder
  GAD
  MDD, recurrent, moderate
  Chronic suicidal ideation
  Dyssomnia
  Serotonin syndrome - resolved
- <u>Long Term Goal</u>: resolution of symptoms and improvement in overall functioning and well being
- <u>Short-term goals as a measurable outcome</u>: self reporting of symptoms, medication management, therapy
- <u>Specific Activity, Experience, and Therapies Towards Attainment</u>:
  - D/C prozac, D/C Viibryd due to suspected Serotonin Syndrome. symptoms fully resolved
  - Exercise therapy for depression is helpful.
  - medications are not wanted at this time due to severe adverse reactions
- Recommend light therapy and possible Transcranial Magnetic stimulation

**Medication Information - Safety and Side Effects:**

- The risks and benefits of the proposed treatment plan was discussed with the patient/responsible party. This includes a discussion of the rational for treatment, the possible benefits and side effects of the proposed treatment, and other treatment options. The patient was encouraged to contact the office for any problems or questions regarding their treatment prior to the next office visit. The patient was informed that certain psychotropic medications by virtue of side effects of sedation could possibly impair their ability to operate a motor vehicle or other equipment and that they should refrain from

engaging in potentially dangerous activities until they know how they will respond to the medication. The patient/responsible party verbalized an understanding of this information.

- The patient's risk of self harm was reviewed in detail. The patient was able to contract against self harm and was future oriented. The patient expressed an understanding of ways in which to seek help or crisis intervention if their suicidal ideation worsens including contacting our office, after hours call center, a family member or a friend.
- Information regarding the use of medications during pregnancy was discussed with the patient. This includes the potentially unknown risks of the use of medications during pregnancy and breastfeeding as there is very little information in prospective studies due to regulatory prohibitions of such studies. It was explained to the patient that the benefit to the mother must be weighed against the possible risk of exposure of the infant/child to the medication.
- **Specific side effects reviewed.**
  Side Effects:
    - Sedation, drowsiness, impaired motor skills, possible problems with gait and balance, increased risk of falls, potentially impaired ability to operate a motor vehicle or machinery.
    - The patient was informed to exercise caution when driving, operating machinery, or engaging in any activity potentially dangerous to themselves or others until they know how the new medication effects them
    - Anxiety, agitation, irritability, insomnia
    - Possible increased appetite and/or weight gain.
    - Possible decreased appetite or weight loss.
    - Possible increased risk of increasing cholesterol and triglyceride levels. Possible increased risk of metabolic syndrome or vulnerability to the development of diabetes.
    - Possible slight increased risk of seizure beyond that seen in the general population.
    - Possible risk of the development of a movement disorder such as extra-pyramidal symptoms, akathisia, tardive dyskinesia, tics, EPS/ tardive dyskinesia, etc.
    - Possible elevation of liver function tests.
    - Possible change in renal function.
    - Possible change in thyroid function requiring ongoing monitoring and possible thyroid supplementation for some patients.
    - Addiction potential.
    - Elevated blood pressure.
    - Significant drop in blood pressure.
    - Elevated pulse rate.
    - Serious rash/Stevens Johnson Syndrome.
    - Serotonin Syndrome.
    - Abnormal bleeding.

- The patient is requested to contact the office and report on their status during the next week.
- The patient will be given another copy of the office policies and procedures for Sandia Psychiatry.
- Directions given to the patient.

**Orders**

- Return to office in 3 months.
- Make multiple appointments.
- Continue current treatment plan.

*Electronically signed by* **Alicia M. Burbano, MD**

**Sign Off Status:** Completed by Burbano, Alicia, Nov 8 2019 1:54PM (EDT)

MENNINGER_SUPP000035

Information included in this report is confidential.

MENNINGER_SUPP000036

**Lisa Menninger**                        **SOAP Notes**

| | |
|---|---|
| **Chart Number:**   9651   **DOB:** ███/1968   **Age:** 50y | **Services Provided at:**     Sandia Psychiatry |
| **Home Phone:**   (913) 387-9451   **Gender:** Female | |
| **Address:**     340 Live Oak Rd. Ne | |
|           A buquerque, NM 87122 | **Encounter Date:** 07/31/2019 |
| **Chief Complaint:** | |

Patient: **Lisa Menninger**   *(Female)*            Encounter Date: **07/31/2019**
DOB: ███/1968 *(50)*                      Referring: *(Fax: )*

## Allergies

- Penicillins: URITCARIA RASH

## Medication Management Progress Note

**Session Information**:
Appointment start time: 12:00 pm
Appointment stop time: 1:00 pm

**Narrative**:
Please see eDocuments for external documentation

Chief Complaint: treatment of Social phobia, panic with agoraphobia, MDD, moderate recurrent, dyssomnia

History of Present Illness:
Lisa Menninger is a 50 year old female with a diagnosis of Panic Disorder with agoraphobia, Social Anxiety Disorder, GAD, Acute stress disorder, and dyssomnia. She was most recently treated by Dr. Marianna Kessimian, MD.

Lisa presents for urgent follow up after going to the ER for an evaluation of a serotonergic syndrome manifested by jerking body motions, myoclonus, and psychotic hallucinations. She was also having nose bleeds, blood pressure swings, head and neck pressure, ear pressure, nausea and paranoia. She was experiencing confusion however she was partially oriented. Her husband reports that her speech was like she was having a conversation with two different people in different voices. She called this provider and was advised to immediately discontinue her Prozac and Viibryd and to be evaluated in the ER. Labs and records are going to be requested for evaluation.

Today, Lisa reports that her symptoms are resolving, no longer hallucinating or having myoclonus or RLS syndrome. She had a mild withdrawal from her antidepressants but is now resolved. She denies fevers, stiffness or rigidity and examination is consistent with her reports.

She is engaging in non-pharmacological treatment approaches such as high intensity interval training and other modalities of exercise as an alternative to medications. Now she has a fear of SSRIs due to her severe adverse reaction and would like to only focus on exercise, diet and light therapy

Lisa continues to have significant nightmares every night regarding her former co-workers and being attacked.

Her agoraphobia continue to be very prominent. She has been exercise to force herself into uncomfortable situations and to help with her agoraphobia.

MENNINGER_SUPP000037

Her husband has been helping with being a financial provider. She fears ever going back into the corporate work environment due to her severe anxiety and panic. She is severely avoidant and becomes very emotional when thinking about working again.

Lisa continues to have dreams that she is being forced back into the work environment that she feared and the people that she feared. She also has anxiety during the night and early in the morning. She still cannot do anything outside of the house on her own. At home she takes care of the cats but still does not go outside of the house alone. She is trying to go outside to exercise (unless she has to be in a situation where she has to engage in conversation with people).

She is renting a house, however if the land lord needs to do something in the house, she hides in a back room away from people. She gets a panic response when the phone rings or the door bell rings.

She heard back from the attorneys recently stating that her case is progressing
She is expecting to hear back from the former employer by August 16, 2019. Lisa reports involvement ongoing discrimination suit against her former employer in Massachusetts after she disclosed that she had social anxiety and panic attacks. She has an attorney that specializes in employment and discrimination cases. She reports that 'she lost everything;' her livelihood, her financial status, began to fear working and avoiding people/life in general. She has deleted social media and she feels she does not have the strength for taking on any potential new stressors. She describes significant negative mood, avoidance regarding her perceived trauma (feeling extreme loss and helplessness from termination), hyper arousal and hyper vigilance, as well as sleep disruptions with intrusive thoughts and nightmares.

Lisa reports that her depressive symptoms returned since her termination and her overall anxiety symptoms were starting to increase to panic states.
She has only left her house over last few months to go to the mailbox and is still having suicidal ideation. Safety planning was discussed in detail.

Disability needs were discussed in detail and she feels extremely fearful of the thought of holding a job again (only to have it taken from her for having mental health issues). She panics when the door bell rings, hides from people, feels tremulous and sweaty, has significant intrusive thoughts about her former boss (the way she was treated), feels 'jumpy,' and does not have any physical interactions with anyone but her immediate family.

She feels somewhat safe, only in her house, and is capable of light house duty and cat care.

From an ADL stand point, she is physically capable of showering/cleaning and cooking but does not regularly and feels that she is a burden. She states that her anxiety paralyzes her and she hides in her bedroom most of the day.

She Denies suicidal plan intent, access to firearms and at this point does not think a residential or intensive out patient partial program would be helpful. We are working to change these feelings.

She reports that she Feels supported by her husband, Mason, who works from home which decreases Lisa's risk of self harm. The Life Healing Center in Santa Fe was discussed as a potential option if she decides that she is in need of a higher level of care.

Panic/PTSD/Insomnia: symptoms of PTSD are now evident, her anxiety has been life long however is significantly worsening since she was terminated

Overall anxiety level severe 8/10. Has been working on separating herself from case, allowing the lawyer to handle and updates and letting go of that she cannot control.

**JA2219**

MENNINGER_SUPP000038

Her social security application was approved which has helped decrease the amount of stress.

Social Phobia: Symptoms remain problematic, limit her functioning with acute worsening

Did not respond to beta blockers in the past and needed high doses of Valium for minimal relief, and this is all supported by her genetic testing, continue to minor for worsening off of SSRI

Social or family history update: marital strain improved, supportive spouse, worried about her daughter , her daughter's mood and making friends at her new school

financial strain- temporary disability approved until the end of February , waiting on approval for long term disability , completed application, medical record faxed
Safety: Passive suicidal ideation, denies intent or plan

Illicit drug use/ Nicotine: Denies
Alcohol: none
Caffeine: coffee in the morning (no effect on anxiety)

ROS: 10 point ROS: reviewed, + general: less fatigue
appetite: variable
sleep: reported to be very poor, difficulties falling and staying asleep, broken by nightmares and panic attacks

Psychiatric treatment:
Childhood: panic attacks, SAD, GAD, trauma, did poorly in school
Inpatient: denies
Outpatient: as an adult
Medications: Valium - side effects, see intake

Biological:
Maternal side with social phobia, GAD and father side with psychotic disorder, type II trauma secondary to father's volatile behavior and witnessing domestic violence between her parents, temperament- risk averse, sensitive, slow to warm
Maternal GP died of throat cancer
No suicidal completions known
Father suffered from schizophrenia, violent, never able to work, agoraphobia (previous Navy Enlistment)

Psychologically: empathic, caring , responsible, intelligent, timid, risk averse, introverted, thoughtful, quiet , perfectionistic at times, highly critical of self, passive- other-focused
Social : Pathologist working in the private sector husband empathic and understanding partner, less concern for excessive accommodation as the financial burden has shifted from patient to partner
Legal: none
Military: National Guard
School: Graduated in Aurora Illinois University, Grad school at UNM, Saba University (Medical Program) - she was practicing medicine until June of 2018 as a clinical pathologist - had several jobs especially clinical jobs,

PHYSICAL EXAM:
VITAL SIGNS: see below.
HEENT: Head is normocephalic and atraumatic. Extraocular muscles are intact. Pupils are equal, round, and reactive to light and accommodation. Mouth is well hydrated and without lesions. Mucous membranes are moist. Posterior pharynx clear of any exudate or lesions.

MENNINGER_SUPP000039

NECK: Supple. No carotid bruits. No lymphadenopathy or thyromegaly.
LUNGS: Clear to auscultation.
HEART: Regular rate and rhythm without murmur.
ABDOMEN: Soft, nontender, and non-distended. Positive bowel sounds.
EXTREMITIES: Without any cyanosis, clubbing, rash, lesions or edema.
NEUROLOGIC: Cranial nerves II through XII are grossly intact.
PSYCHIATRIC: see HPI.
SKIN: No ulceration or induration present.

**Examination**:
General:
- o Appearance: distressed
- o Attitude: open, cooperative
- o Psychomotor Activity: diminished
- o Eye Contact: normal
- o Gait and Station: normal

Speech:
- o normal
- o soft

Thought Process:
- o logical
- o sequential

Associations:
- o intact

Abnormal/Psychotic Thoughts:
- o perseverations

Judgement & Insight:
- o fair

Orientation:
- o person
- o place
- o date

Recent and Remote Memory:
- o Recent Memory: intact
- o Remote Memory: intact

Attention and Concentration:
- o Attention: intact, alert
- o Concentration: intact

Language:
- o normal

Fund of Knowledge:
- o intact

Mood and Affect:
- o Mood: moderately depressed, anxious
- o Affect: restricted

Risk Assessment:
- o Suicidality: denies, passive SI endorsed, no plans means or intent to harm herself
- o Homicidality: denies

**Review of Systems**:
Lisa reports today with:
- o Moderate depression
- o Severe anxiety
- o Absent physical aggression

MENNINGER_SUPP000040

- Absent verbal aggression
- Absent alcohol abuse
- Mild anger/irritability
- Moderate anhedonia
- Mild appetite increase
- Mild appetite decrease
- Mild compulsive activities
- Moderate concentration impairment
- Moderate fatigue
- Moderate function poor – home
- Mild GI upset
- Mild guilt
- Absent auditory hallucinations
- Absent visual hallucinations
- Absent headache
- Absent impulsivity
- Mild initial insomnia
- Mild problems with sleep maintenance
- Absent memory impairment
- Mild mood swings
- Mild obsessive thoughts
- Mild pain
- Moderate panic attacks
- Mild paranoia-suspiciousness
- Absent racing thoughts
- Absent relationship problems
- Absent substance abuse - drugs
- Absent substance abuse - alcohol
- Moderate suicidal ideation
- Mild tearfullness
- Mild tremor/shakiness
- Absent weight loss
- Absent weight gain

**Rating Scales**:
- Generalized Anxiety Disorder 7-item (GAD-7) - *18*
- Mood Disorder Questionnaire (MDQ) - *4*
- Patient Health Questionnaire (PHQ-9) - *15*
- Other - ***PCL-C: 68***

**Medication Tolerability**:
Lisa has reported the following symptoms that may be the result of medication side effects:
- Nausea
- GI side effects

**Pertinent Lab Data**:
- see eDocuments

**Vitals - 12:04 PM**

- Height: 5 ft 3 in
- Weight: 127 lbs
- BMI: 22.49
- BSA: 1.60

MENNINGER_SUPP000041

- Temperature: 98 F
- Respirations: 14 breaths/min
- Blood Pressure:
  - Sitting: 110/61 mmHg - Right Upper Extremity; 64 Beats/Min - Regular
- Pain Assessment: 0/10

## Diagnosis

- F4011: Social phobia, generalized
- F4001: Agoraphobia with panic disorder
- F411: Generalized anxiety disorder
- G479: Sleep disorder, unspecified
- F331: Major depressive disorder, recurrent, moderate
- R45851: Suicidal ideations
- F4311: Post-traumatic stress disorder, acute

## Procedures

- 99214: OFFICE/OP VISIT, EST PT, 3 KEY COMPONENTS: DETAILED HX; DETAILED EXAM; MED DECISION MOD COMPLEXITY
- 90838: PSYCHOTHERAPY, 60 MINUTES WITH PATIENT AND/OR FAMILY MEMBER WHEN PERFORMED WITH AN EVALUATION AND MANAGEMENT SERVICE

## Individualized Treatment Plan

**Primary Treatment Plan**
**Life Area**:
  - Medical
  - Mental Health


**Type of Counseling**:
  - Individual Counseling: greater than 50% of the treatment session was devoted to psychotherapy and psychoeducation

**Medical**:
  - <u>Problem</u>: fatigue
  - <u>Long Term Goal</u>: rule out underlying medical diagnosis that may be contributing to mental health symptoms
  - <u>Short-term goals as a measurable outcome</u>: Labs
  - <u>Specific Activity, Experience, and Therapies Towards Attainment</u>:
    - diet and exercise discussed
    - follow up with PCP per routine

**Mental Health**:
  - <u>Problem</u>: Panic disorder with agoraphobia
    Social anxiety disorder
    GAD
    MDD, recurrent, moderate
    Chronic suicidal ideation
    Dyssomnia
    Serotonin syndrome - resolved
  - <u>Long Term Goal</u>: resolution of symptoms and improvement in overall functioning and well being
  - <u>Short-term goals as a measurable outcome</u>: self reporting of symptoms, medication

JA2223

MENNINGER_SUPP000042

management, therapy
- o Specific Activity, Experience, and Therapies Towards Attainment:
  - D/C Prozac, D/C Viibryd due to suspected Serotonin Syndrome. symptoms fully resolved
  - Exercise therapy for depression is helpful.
  - medications are not wanted at this time due to severe adverse reactions
- o Recommend light therapy and possible Transcranial Magnetic stimulation

**Medication Information - Safety and Side Effects:**
- o The risks and benefits of the proposed treatment plan was discussed with the patient/responsible party. This includes a discussion of the rational for treatment, the possible benefits and side effects of the proposed treatment, and other treatment options. The patient was encouraged to contact the office for any problems or questions regarding their treatment prior to the next office visit. The patient was informed that certain psychotropic medications by virtue of side effects of sedation could possibly impair their ability to operate a motor vehicle or other equipment and that they should refrain from engaging in potentially dangerous activities until they know how they will respond to the medication. The patient/responsible party verbalized an understanding of this information.
- o The patient's risk of self harm was reviewed in detail. The patient was able to contract against self harm and was future oriented. The patient expressed an understanding of ways in which to seek help or crisis intervention if their suicidal ideation worsens including contacting our office, after hours call center, a family member or a friend.
- o Information regarding the use of medications during pregnancy was discussed with the patient. This includes the potentially unknown risks of the use of medications during pregnancy and breastfeeding as there is very little information in prospective studies due to regulatory prohibitions of such studies. It was explained to the patient that the benefit to the mother must be weighed against the possible risk of exposure of the infant/child to the medication.
- o **Specific side effects reviewed.**
  - Side Effects:
    - Sedation, drowsiness, impaired motor skills, possible problems with gait and balance, increased risk of falls, potentially impaired ability to operate a motor vehicle or machinery.
    - The patient was informed to exercise caution when driving, operating machinery, or engaging in any activity potentially dangerous to themselves or others until they know how the new medication effects them
    - Anxiety, agitation, irritability, insomnia
    - Possible increased appetite and/or weight gain.
    - Possible decreased appetite or weight loss.
    - Possible increased risk of increasing cholesterol and triglyceride levels. Possible increased risk of metabolic syndrome or vulnerability to the development of diabetes.
    - Possible slight increased risk of seizure beyond that seen in the general population.
    - Possible risk of the development of a movement disorder such as extra-pyramidal symptoms, akathisia, tardive dyskinesia, tics, EPS/ tardive dyskinesia, etc.
    - Possible elevation of liver function tests.
    - Possible change in renal function.
    - Possible change in thyroid function requiring ongoing monitoring and possible thyroid supplementation for some patients.
    - Addiction potential.
    - Elevated blood pressure.
    - Significant drop in blood pressure.
    - Elevated pulse rate.
    - Serious rash/Stevens Johnson Syndrome.
    - Serotonin Syndrome.
    - Abnormal bleeding.
- o The patient is requested to contact the office and report on their status during the next week.

MENNINGER_SUPP000043

- o The patient will be given another copy of the office policies and procedures for Sandia Psychiatry.
- o Directions given to the patient.

**Orders**

- Return to office in 4 weeks.
- Make multiple appointments.
- Continue current treatment plan.



*Electronically signed by* **Alicia M. Burbano, MD**

**Sign Off Status:** Completed by Burbano, Alicia, Jul 31 2019 2:57PM (EDT)

Information included in this report is confidential.

MENNINGER_SUPP000044

| **Lisa Menninger** | | **SOAP Notes** |
|---|---|---|
| **Chart Number:** 9651 **DOB:** ___/1968 **Age:** 50y | **Services Provided at:** | Sandia Psychiatry |
| **Home Phone:** (913) 387-9451 **Gender:** Female | | |
| **Address:** 340 Live Oak Rd. Ne | | |
| A buquerque, NM 87122 | **Encounter Date:** 06/05/2019 | |
| **Chief Complaint:** | | |

Patient: **Lisa Menninger**   *(Female)*                Encounter Date: **06/05/2019**
DOB: ███**1968** *(50)*                        Referring: *(Fax: )*

## Allergies

- Penicillins: URITCARIA RASH

## Current Medications

- Prozac 20 mg capsule - 3 CAPSULE ORAL am
- Viibryd 40 mg tablet - 1 TABLET ORAL Q Day
- Xanax 0.5 mg tablet - 1 TABLET ORAL BID

## Medication Management Progress Note

**Session Information**:
Appointment start time: 12:00 pm
Appointment stop time: 1:00 pm

**Narrative**:
Please see eDocuments for external documentation

Chief Complaint: treatment of Social phobia, panic with agoraphobia, MDD, moderate recurrent, dyssomnia

History of Present Illness:
Lisa Menninger is a 50 year old female with a diagnosis of Panic Disorder with agoraphobia, Social Anxiety Disorder, GAD, Acute stress disorder, and dyssomnia. She was most recently treated by Dr. Marianna Kessimian, MD.

Lisa presents for urgent follow up after going to the ER for an evaluation of a serotonergic syndrome manifested by jerking body motions, myoclonus, and psychotic hallucinations. She was also having nose bleeds, blood pressure swings, head and neck pressure, ear pressure, nausea and paranoia. She was experiencing confusion however she was partially oriented. Her husband reports that her speech was like she was having a conversation with two different people in different voices. She called this provider and was advised to immediately discontinue her Prozac and Viibryd and to be evaluated in the ER. Labs and records are going to be requested for evaluation.

Today, Lisa reports that her symptoms are resolving, no longer hallucinating or having myoclonus. She denies fevers, stiffness or rigidity and examination is consistent with her reports.

She is wanting to discuss non pharmacological treatment approaches such as high intensity interval training and other modalities of exercise as an alternative to medications. Now she has a fear of SSRIs due to her severe adverse reaction and would like to only focus on exercise, diet and light therapy

**JA2226**                    MENNINGER_SUPP000045

Lisa continues to have dreams that she is being forced back into the work environment that she feared and the people that she feared. She also has anxiety during the night and early in the morning. She still cannot do anything outside of the house on her own. At home she takes care of the cats but still does not go outside of the house alone. She is trying to get to the point where she can go outside to exercise (unless she has to be in a situation where she has to engage in conversation with people).


She is renting a house, however if the land lord needs to do something in the house, she hides in a back room away from people. She gets a panic response when the phone rings or the door bell rings.

She heard back from the attorneys recently stating that her case is progressing
Lisa reports involvement ongoing discrimination suit against her former employer in Massachusetts after she disclosed that she had social anxiety and panic attacks. She has an attorney that specializes in employment and discrimination cases. She reports that 'she lost everything;' her livelihood, her financial status, began to fear working and avoiding people/life in general. She has deleted social media and she feels she does not have the strength for taking on any potential new stressors. She describes significant negative mood, avoidance regarding her perceived trauma (feeling extreme loss and helplessness from termination), hyper arousal and hyper vigilance, as well as sleep disruptions with intrusive thoughts and nightmares.

Lisa reports that her depressive symptoms returned since her termination and her overall anxiety symptoms were starting to increase to panic states. She is prescribed fluoxetine 60 mg. Realizing that although the SSRI did not lead to remission, they did help her 'tread water' and now she feels like she is 'drowning again.' Her symptoms have reverted to depression and 'life paralyzing anxiety,' and not leaving the house. She reports that something really minor will trigger feelings of " I don't want to live anymore, it doesn't take much to throw me into all these symptoms"

She has only left her house over last few months to go to the mailbox and is still having suicidal ideation. Safety planning was discussed in detail.

Disability needs were discussed in detail and she feels extremely fearful of the thought of holding a job again (only to have it taken from her for having mental health issues). She panics when the door bell rings, hides from people, feels tremulous and sweaty, has significant intrusive thoughts about her former boss (the way she was treated), feels 'jumpy,' and does not have any physical interactions with anyone but her immediate family.

She feels somewhat safe, only in her house, and is capable of light house duty and cat care.

From an ADL stand point, she is physically capable of showering/cleaning and cooking but does not regularly and feels that she is a burden. She states that her anxiety paralyzes her and she hides in her bedroom most of the day.

She Denies suicidal plan intent, access to firearms and at this point does not think a residential or intensive out patient partial program would be helpful. We are working to change these feelings.

She reports that she Feels supported by her husband, Mason, who works from home which decreases Lisa's risk of self harm. The Life Healing Center in Santa Fe was discussed as a potential option if she decides that she is in need of a higher level of care.

Panic/PTSD/Insomnia: symptoms of PTSD are now evident, her anxiety has been life long however is significantly worsening since she was terminated

Overall anxiety level severe 8/10. Has been working on separating herself from case, allowing the

    MENNINGER_SUPP000046

lawyer to handle and updates and letting go of that she cannot control.

Her social security application was approved which has helped decrease the amount of stress.

Social Phobia: Symptoms remain problematic, limit her functioning with acute worsening

Did not respond to beta blockers in the past and needed high doses of Valium for minimal relief, and this is all supported by her genetic testing, continue to minor for worsening off of SSRI

Social or family history update: marital strain improved, supportive spouse, worried about her daughter , her daughter's mood and making friends at her new school

financial strain- temporary disability approved until the end of February , waiting on approval for long term disability , completed application, medical record faxed
Safety: Passive suicidal ideation, denies intent or plan

Illicit drug use/ Nicotine: Denies
Alcohol: none
Caffeine: coffee in the morning (no effect on anxiety)

ROS: 10 point ROS: reviewed, + general: less fatigue
appetite: variable
sleep: reported to be very poor, difficulties falling and staying asleep, broken by nightmares and panic attacks

Psychiatric treatment:
Childhood: panic attacks, SAD, GAD, trauma, did poorly in school
Inpatient: denies
Outpatient: as an adult
Medications: Valium - side effects, see intake

Biological:
Maternal side with social phobia, GAD and father side with psychotic disorder, type II trauma secondary to father's volatile behavior and witnessing domestic violence between her parents, temperament- risk averse, sensitive, slow to warm
Maternal GP died of throat cancer
No suicidal completions known
Father suffered from schizophrenia, violent, never able to work, agoraphobia (previous Navy Enlistment)

Psychologically: empathic, caring , responsible, intelligent, timid, risk averse, introverted, thoughtful, quiet , perfectionistic at times, highly critical of self, passive- other-focused
Social : Pathologist working in the private sector husband empathic and understanding partner, less concern for excessive accommodation as the financial burden has shifted from patient to partner
Legal: none
Military: National Guard
School: Graduated in Aurora Illinois University, Grad school at UNM, Saba University (Medical Program) - she was practicing medicine until June of 2018 as a clinical pathologist - had several jobs especially clinical jobs,

PHYSICAL EXAM:
VITAL SIGNS: see below.
HEENT: Head is normocephalic and atraumatic. Extraocular muscles are intact. Pupils are equal, round, and reactive to light and accommodation. Mouth is well hydrated and without lesions. Mucous

JA2228

MENNINGER_SUPP000047

membranes are moist. Posterior pharynx clear of any exudate or lesions.
NECK: Supple. No carotid bruits. No lymphadenopathy or thyromegaly.
LUNGS: Clear to auscultation.
HEART: Regular rate and rhythm without murmur.
ABDOMEN: Soft, nontender, and non-distended. Positive bowel sounds.
EXTREMITIES: Without any cyanosis, clubbing, rash, lesions or edema.
NEUROLOGIC: Cranial nerves II through XII are grossly intact.
PSYCHIATRIC: see HPI.
SKIN: No ulceration or induration present.


**Examination**:
General:
- o Appearance: distressed
- o Attitude: open, cooperative
- o Psychomotor Activity: diminished
- o Eye Contact: normal
- o Gait and Station: normal
Speech:
- o normal
- o soft
Thought Process:
- o logical
- o sequential
Associations:
- o intact
Abnormal/Psychotic Thoughts:
- o perseverations
Judgement & Insight:
- o fair
Orientation:
- o person
- o place
- o date
Recent and Remote Memory:
- o Recent Memory: intact
- o Remote Memory: intact
Attention and Concentration:
- o Attention: intact, alert
- o Concentration: intact
Language:
- o normal
Fund of Knowledge:
- o intact
Mood and Affect:
- o Mood: moderately depressed, anxious
- o Affect: restricted
Risk Assessment:
- o Suicidality: denies, passive SI endorsed, no plans means or intent to harm herself
- o Homicidality: denies


**Review of Systems**:
Lisa reports today with:
- o Moderate depression
- o Severe anxiety

MENNINGER_SUPP000048

- Absent physical aggression
- Absent verbal aggression
- Absent alcohol abuse
- Mild anger/irritability
- Moderate anhedonia
- Mild appetite increase
- Mild appetite decrease
- Mild compulsive activities
- Moderate concentration impairment
- Moderate fatigue
- Moderate function poor – home
- Mild GI upset
- Mild guilt
- Absent auditory hallucinations
- Absent visual hallucinations
- Absent headache
- Absent impulsivity
- Mild initial insomnia
- Mild problems with sleep maintenance
- Absent memory impairment
- Mild mood swings
- Mild obsessive thoughts
- Mild pain
- Moderate panic attacks
- Mild paranoia-suspiciousness
- Absent racing thoughts
- Absent relationship problems
- Absent substance abuse - drugs
- Absent substance abuse - alcohol
- Moderate suicidal ideation
- Mild tearfullness
- Mild tremor/shakiness
- Absent weight loss
- Absent weight gain

**Rating Scales**:
- Generalized Anxiety Disorder 7-item (GAD-7) - *18*
- Mood Disorder Questionnaire (MDQ) - *4*
- Patient Health Questionnaire (PHQ-9) - *15*
- Other - ***PCL-C: 68***

**Medication Tolerability**:
Lisa has reported the following symptoms that may be the result of medication side effects:
- Nausea
- GI side effects

**Pertinent Lab Data**:
- see eDocuments

**Vitals - 12:58 PM**

- Height: 5 ft 3 in
- Weight: 125 lbs
- BMI: 22.14

- BSA: 1.59
- Temperature: 98 F
- Respirations: 14 breaths/min
- Blood Pressure:
  - Sitting: 111/71 mmHg - Right Upper Extremity; 70 Beats/Min - Regular
- Pain Assessment: 1/10

**Diagnosis**

- F4011: Social phobia, generalized
- F4001: Agoraphobia with panic disorder
- F411: Generalized anxiety disorder
- G479: Sleep disorder, unspecified
- F331: Major depressive disorder, recurrent, moderate
- R45851: Suicidal ideations
- F4311: Post-traumatic stress disorder, acute

**Procedures**

- 99214: OFFICE/OP VISIT, EST PT, 3 KEY COMPONENTS: DETAILED HX; DETAILED EXAM; MED DECISION MOD COMPLEXITY
- 90838: PSYCHOTHERAPY, 60 MINUTES WITH PATIENT AND/OR FAMILY MEMBER WHEN PERFORMED WITH AN EVALUATION AND MANAGEMENT SERVICE

**Individualized Treatment Plan**

**Primary Treatment Plan**
**Life Area**:
  - Medical
  - Mental Health


**Type of Counseling**:
  - Individual Counseling: greater than 50% of the treatment session was devoted to psychotherapy and psychoeducation

**Medical**:
  - Problem: fatigue
  - Long Term Goal: rule out underlying medical diagnosis that may be contributing to mental health symptoms
  - Short-term goals as a measurable outcome: Labs
  - Specific Activity, Experience, and Therapies Towards Attainment:
    - diet and exercise discussed
    - follow up with PCP per routine

**Mental Health**:
  - Problem: Panic disorder with agoraphobia
    Social anxiety disorder
    GAD
    MDD, recurrent, moderate
    Chronic suicidal ideation
    Dyssomnia
    Serotonin syndrome
  - Long Term Goal: resolution of symptoms and improvement in overall functioning and well being

**JA2231**

MENNINGER_SUPP000050

- Short-term goals as a measurable outcome: self reporting of symptoms, medication management, therapy
- Specific Activity, Experience, and Therapies Towards Attainment:
  - D/C Prozac, D/C Viibryd due to suspected Serotonin Syndrome.
    Wash out period discussed as symptoms resolve. Future consideration of exercise, light therapy and alternative measures for treatment of severe anxiety and depression
  - consider a benzodiazepine for rescue of panic attacks
  - consider lithium for suicidal ideation
- Consider agent such as Wellbutrin for depression and anxiety in the future. Recommend light therapy and possible Transcranial Magnetic stimulation

**Medication Information - Safety and Side Effects:**

- The risks and benefits of the proposed treatment plan was discussed with the patient/responsible party. This includes a discussion of the rational for treatment, the possible benefits and side effects of the proposed treatment, and other treatment options. The patient was encouraged to contact the office for any problems or questions regarding their treatment prior to the next office visit. The patient was informed that certain psychotropic medications by virtue of side effects of sedation could possibly impair their ability to operate a motor vehicle or other equipment and that they should refrain from engaging in potentially dangerous activities until they know how they will respond to the medication. The patient/responsible party verbalized an understanding of this information.
- The patient's risk of self harm was reviewed in detail. The patient was able to contract against self harm and was future oriented. The patient expressed an understanding of ways in which to seek help or crisis intervention if their suicidal ideation worsens including contacting our office, after hours call center, a family member or a friend.
- Information regarding the use of medications during pregnancy was discussed with the patient. This includes the potentially unknown risks of the use of medications during pregnancy and breastfeeding as there is very little information in prospective studies due to regulatory prohibitions of such studies. It was explained to the patient that the benefit to the mother must be weighed against the possible risk of exposure of the infant/child to the medication.
- **Specific side effects reviewed.**
  Side Effects:
  - Sedation, drowsiness, impaired motor skills, possible problems with gait and balance, increased risk of falls, potentially impaired ability to operate a motor vehicle or machinery.
  - The patient was informed to exercise caution when driving, operating machinery, or engaging in any activity potentially dangerous to themselves or others until they know how the new medication effects them
  - Anxiety, agitation, irritability, insomnia
  - Possible increased appetite and/or weight gain.
  - Possible decreased appetite or weight loss.
  - Possible increased risk of increasing cholesterol and triglyceride levels. Possible increased risk of metabolic syndrome or vulnerability to the development of diabetes.
  - Possible slight increased risk of seizure beyond that seen in the general population.
  - Possible risk of the development of a movement disorder such as extra-pyramidal symptoms, akathisia, tardive dyskinesia, tics, EPS/ tardive dyskinesia, etc.
  - Possible elevation of liver function tests.
  - Possible change in renal function.
  - Possible change in thyroid function requiring ongoing monitoring and possible thyroid supplementation for some patients.
  - Addiction potential.
  - Elevated blood pressure.
  - Significant drop in blood pressure.
  - Elevated pulse rate.
  - Serious rash/Stevens Johnson Syndrome.

MENNINGER_SUPP000051

- ▪ Serotonin Syndrome.
- ▪ Abnormal bleeding.
- ○ The patient is requested to contact the office and report on their status during the next week.
- ○ The patient will be given another copy of the office policies and procedures for Sandia Psychiatry.
- ○ Directions given to the patient.

**Orders**

- Return to office in 4 weeks.
- Make multiple appointments.
- Continue current treatment plan.

*Electronically signed by* **Alicia M. Burbano, MD**

---

## Chart Corrections

---

**{Alicia Burbano - June 5, 2019 3:01:50 pm}**

     (1) Deplin only at this time for medication management, hold Xanax.

**Sign Off Status:** Completed by Burbano, Alicia, Jun 5 2019 3:01PM (EDT)

Information included in this report is confidential.

**Lisa Menninger**                **SOAP Notes**

| | | |
|---|---|---|
| **Chart Number:** 9651 **DOB:** ▮▮/1968 **Age:** 50y | **Services Provided at:** | Sandia Psychiatry |
| **Home Phone:** (913) 387-9451 **Gender:** Female | | |
| **Address:** 340 Live Oak Rd. Ne | | |
| A buquerque, NM 87122 | **Encounter Date:** 05/25/2019 | |
| **Chief Complaint:** | | |

Patient: **Lisa Menninger**   *(Female)*             Encounter Date: **05/25/2019**
DOB: ▮▮▮/1968 *(50)*                                 Referring: *(Fax: )*

## Allergies

- Penicillins: URITCARIA RASH

## Current Medications

- Prozac 20 mg capsule - 3 CAPSULE ORAL am
- Viibryd 40 mg tablet - 1 TABLET ORAL Q Day
- Xanax 0.5 mg tablet - 1 TABLET ORAL BID

## Medication Management Progress Note

**Session Information**:
Appointment start time: 2:00 pm
Appointment stop time: 3:00 pm

**Narrative**:
Please see eDocuments for external documentation

Chief Complaint: treatment of Social phobia, panic with agoraphobia, MDD, moderate recurrent, dyssomnia

History of Present Illness:
Lisa Menninger is a 50 year old female with a diagnosis of Panic Disorder with agoraphobia, Social Anxiety Disorder, GAD, Acute stress disorder, and dyssomnia. She was most recently treated by Dr. Marianna Kessimian, MD.

Lisa presents for scheduled follow up after seeming very distant and cut off from the primary session. After further retrospective thought, she appeared to be in an acute, mild dissociative stage likely related to anxiety and trauma. Her interview became better with time, until time was no longer available.

Lisa continues to have dreams that she is being forced back into the work environment that she feared and the people that she feared. She also has anxiety during the night and early in the morning. She still cannot do anything outside of the house on her own. At home she takes care of the cats but still does not go outside of the house alone. She is trying to get to the point where she can go outside to exercise (unless she has to be in a situation where she has to engage in conversation with people).

She is renting a house, however if the land lord needs to do something in the house, she hides in a back room away from people. She gets a panic response when the phone rings or the door bell rings.

She heard back from the attorneys recently ██████████████████

Lisa reports involvement ongoing discrimination suit against her former employer in Massachusetts after she disclosed that she had social anxiety and panic attacks. She has an attorney that specializes in employment and discrimination cases. She reports that 'she lost everything;' her livelihood, her financial status, began to fear working and avoiding people/life in general. She has deleted social media and she feels she does not have the strength for taking on any potential new stressors. She describes significant negative mood, avoidance regarding her perceived trauma (feeling extreme loss and helplessness from termination), hyper arousal and hyper vigilance, as well as sleep disruptions with intrusive thoughts and nightmares.

Lisa reports that her depressive symptoms returned since her termination and her overall anxiety symptoms were starting to increase to panic states. She is prescribed fluoxetine 60 mg. Realizing that although the SSRI did not lead to remission, they did help her 'tread water' and now she feels like she is 'drowning again.' Her symptoms have reverted to depression and 'life paralyzing anxiety,' and not leaving the house. She reports that something really minor will trigger feelings of " I don't want to live anymore, it doesn't take much to throw me into all these symptoms"

She has only left her house over last few months to go to the mailbox and is still having suicidal ideation. Safety planning was discussed in detail.

Disability needs were discussed in detail and she feels extremely fearful of the thought of holding a job again (only to have it taken from her for having mental health issues). She panics when the door bell rings, hides from people, feels tremulous and sweaty, has significant intrusive thoughts about her former boss (the way she was treated), feels 'jumpy,' and does not have any physical interactions with anyone but her immediate family.

She feels somewhat safe, only in her house, and is capable of light house duty and cat care.

From an ADL stand point, she is physically capable of showering/cleaning and cooking but does not regularly and feels that she is a burden. She states that her anxiety paralyzes her and she hides in her bedroom most of the day.

She Denies suicidal plan intent, access to firearms and at this point does not think a resident or intensive out patient partial program would be helpful. We are working to change these feelings.

She reports that she Feels supported by her husband, Mason, who works from home which decreases Lisa's risk of self harm. The Life Healing Center in Santa Fe was discussed as a potential option if she decides that she is in need of a higher level of care.

Panic/PTSD/Insomnia: symptoms of PTSD are now evident, her anxiety has been life long however is significantly worsening since she was terminated

Overall anxiety level severe 8/10. Has been working on separating herself from case, allowing the lawyer to handle and updates and letting go of that she cannot control.

Her social security application was approved which has helped decrease the amount of stress.

Social Phobia: Symptoms remain problematic, limit her functioning with acute worsening

Did not respond to beta blockers in the past and needed high doses of Valium for minimal relief, and this is all supported by her genetic testing, continue to minor for worsening off of SSRI

Social or family history update: marital strain improved, supportive spouse, worried about her daughter , her daughter's mood and making friends at her new school

    MENNINGER_SUPP000054

financial strain- temporary disability approved until the end of February , waiting on approval for long term disability , completed application, medical record faxed
Safety: Passive suicidal ideation, denies intent or plan

Illicit drug use/ Nicotine: Denies
Alcohol: none
Caffeine: coffee in the morning (no effect on anxiety)

ROS: 10 point ROS: reviewed, + general: less fatigue
appetite: variable
sleep: reported to be very poor, difficulties falling and staying asleep, broken by nightmares and panic attacks

Psychiatric treatment:
Childhood: panic attacks, SAD, GAD, trauma, did poorly in school
Inpatient: denies
Outpatient: as an adult
Medications: Valium - side effects, see intake

Biological:
Maternal side with social phobia, GAD and father side with psychotic disorder, type II trauma secondary to father's volatile behavior and witnessing domestic violence between her parents, temperament- risk averse, sensitive, slow to warm
Maternal GP died of throat cancer
No suicidal completions known
Father suffered from schizophrenia, violent, never able to work, agoraphobia (previous Navy Enlistment)

Psychologically: empathic, caring , responsible, intelligent, timid, risk averse, introverted, thoughtful, quiet , perfectionistic at times, highly critical of self, passive- other-focused
Social : Pathologist working in the private sector husband empathic and understanding partner, less concern for excessive accommodation as the financial burden has shifted from patient to partner
Legal: none
Military: National Guard
School: Graduated in Aurora Illinois University, Grad school at UNM, Saba University (Medical Program) - she was practicing medicine until June of 2018 as a clinical pathologist - had several jobs especially clinical jobs,

**Examination**:
<u>General</u>:
- o Appearance: distressed
- o Attitude: open, cooperative
- o Psychomotor Activity: diminished
- o Eye Contact: normal
- o Gait and Station: normal

<u>Speech</u>:
- o normal
- o soft

<u>Thought Process</u>:
- o logical
- o sequential

<u>Associations</u>:
- o intact

**JA2236**

MENNINGER_SUPP000055

<u>Abnormal/Psychotic Thoughts</u>:
- ruminations

<u>Judgement & Insight</u>:
- intact

<u>Orientation</u>:
- person
- place
- date

<u>Recent and Remote Memory</u>:
- Recent Memory: intact
- Remote Memory: intact

<u>Attention and Concentration</u>:
- Attention: intact, alert
- Concentration: intact

<u>Language</u>:
- normal

<u>Fund of Knowledge</u>:
- intact

<u>Mood and Affect</u>:
- Mood: moderately depressed, anxious
- Affect: restricted

<u>Risk Assessment</u>:
- Suicidality: denies, passive SI endorsed, no plans means or intent to harm herself
- Homicidality: denies

**Review of Systems**:
Lisa reports today with:
- Moderate depression
- Severe anxiety
- Absent physical aggression
- Absent verbal aggression
- Absent alcohol abuse
- Mild anger/irritability
- Moderate anhedonia
- Mild appetite increase
- Mild appetite decrease
- Mild compulsive activities
- Moderate concentration impairment
- Moderate fatigue
- Moderate function poor – home
- Mild GI upset
- Mild guilt
- Absent auditory hallucinations
- Absent visual hallucinations
- Absent headache
- Absent impulsivity
- Mild initial insomnia
- Mild problems with sleep maintenance
- Absent memory impairment
- Mild mood swings
- Mild obsessive thoughts
- Mild pain
- Moderate panic attacks
- Mild paranoia-suspiciousness

MENNINGER_SUPP000056

- Absent racing thoughts
- Absent relationship problems
- Absent substance abuse - drugs
- Absent substance abuse - alcohol
- Moderate suicidal ideation
- Mild tearfullness
- Mild tremor/shakiness
- Absent weight loss
- Absent weight gain

**Rating Scales**:
- Generalized Anxiety Disorder 7-item (GAD-7) - *21*
- Mood Disorder Questionnaire (MDQ) - *4*
- Patient Health Questionnaire (PHQ-9) - *17*
- Other - *PCL-C: 68*

**Medication Tolerability**:
Lisa has reported the following symptoms that may be the result of medication side effects:
- Nausea
- GI side effects

**Pertinent Lab Data**:
- see eDocuments

## Vitals - 2:02 PM

- Height: 5 ft 3 in
- Weight: 124 lbs
- BMI: 21.96
- BSA: 1.58
- Temperature: 98 F
- Respirations: 16 breaths/min
- Blood Pressure:
  - Sitting: 110/70 mmHg - Right Upper Extremity; 68 Beats/Min - Regular
- Pain Assessment: 0/10
- Comment: Patient reports having no physical pain.

## Diagnosis

- F4011: Social phobia, generalized
- F4001: Agoraphobia with panic disorder
- F411: Generalized anxiety disorder
- G479: Sleep disorder, unspecified
- F331: Major depressive disorder, recurrent, moderate
- R45851: Suicidal ideations
- F4311: Post-traumatic stress disorder, acute

## Procedures

- 99214: OFFICE/OP VISIT, EST PT, 3 KEY COMPONENTS: DETAILED HX; DETAILED EXAM; MED DECISION MOD COMPLEXITY
- 90838: PSYCHOTHERAPY, 60 MINUTES WITH PATIENT AND/OR FAMILY MEMBER WHEN PERFORMED WITH AN EVALUATION AND MANAGEMENT SERVICE

**JA2238**

**Individualized Treatment Plan**

**Primary Treatment Plan**

**Life Area**:
- Medical
- Mental Health

**Type of Counseling**:
- Individual Counseling: greater than 50% of the treatment session was devoted to psychotherapy and psychoeducation

**Medical**:
- <u>Problem</u>: fatigue
- <u>Long Term Goal</u>: rule out underlying medical diagnosis that may be contributing to mental health symptoms
- <u>Short-term goals as a measurable outcome</u>: Labs
- <u>Specific Activity, Experience, and Therapies Towards Attainment</u>:
  - diet and exercise discussed
  - follow up with PCP per routine

**Mental Health**:
- <u>Problem</u>: Panic disorder with agoraphobia
  Social anxiety disorder
  GAD
  MDD, recurrent, moderate
  Chronic suicidal ideation
  Dyssomnia
- <u>Long Term Goal</u>: resolution of symptoms and improvement in overall functioning and well being
- <u>Short-term goals as a measurable outcome</u>: self reporting of symptoms, medication management, therapy
- <u>Specific Activity, Experience, and Therapies Towards Attainment</u>:
  - Continue Prozac 40 mg daily, cross titrate to Viibryd 40
  - start Xanax 0.5 mg prn severe panic
  - consider lithium for suicidal ideation

**Medication Information - Safety and Side Effects:**
- The risks and benefits of the proposed treatment plan was discussed with the patient/responsible party. This includes a discussion of the rational for treatment, the possible benefits and side effects of the proposed treatment, and other treatment options. The patient was encouraged to contact the office for any problems or questions regarding their treatment prior to the next office visit. The patient was informed that certain psychotropic medications by virtue of side effects of sedation could possibly impair their ability to operate a motor vehicle or other equipment and that they should refrain from engaging in potentially dangerous activities until they know how they will respond to the medication. The patient/responsible party verbalized an understanding of this information.
- The patient's risk of self harm was reviewed in detail. The patient was able to contract against self harm and was future oriented. The patient expressed an understanding of ways in which to seek help or crisis intervention if their suicidal ideation worsens including contacting our office, after hours call center, a family member or a friend.
- Information regarding the use of medications during pregnancy was discussed with the patient. This includes the potentially unknown risks of the use of medications during pregnancy and breastfeeding as there is very little information in prospective studies due to regulatory prohibitions of such studies. It was explained to the patient that the benefit to the mother must be weighed against the possible risk of exposure of the infant/child to the medication.

MENNINGER_SUPP000058

○ **Specific side effects reviewed.**

Side Effects:

- Sedation, drowsiness, impaired motor skills, possible problems with gait and balance, increased risk of falls, potentially impaired ability to operate a motor vehicle or machinery.
- The patient was informed to exercise caution when driving, operating machinery, or engaging in any activity potentially dangerous to themselves or others until they know how the new medication effects them
- Anxiety, agitation, irritability, insomnia
- Possible increased appetite and/or weight gain.
- Possible decreased appetite or weight loss.
- Possible increased risk of increasing cholesterol and triglyceride levels. Possible increased risk of metabolic syndrome or vulnerability to the development of diabetes.
- Possible slight increased risk of seizure beyond that seen in the general population.
- Possible risk of the development of a movement disorder such as extra-pyramidal symptoms, akathisia, tardive dyskinesia, tics, EPS/ tardive dyskinesia, etc.
- Possible elevation of liver function tests.
- Possible change in renal function.
- Possible change in thyroid function requiring ongoing monitoring and possible thyroid supplementation for some patients.
- Addiction potential.
- Elevated blood pressure.
- Significant drop in blood pressure.
- Elevated pulse rate.
- Serious rash/Stevens Johnson Syndrome.
- Serotonin Syndrome.
- Abnormal bleeding.

○ The patient is requested to contact the office and report on their status during the next week.

○ The patient will be given another copy of the office policies and procedures for Sandia Psychiatry.

○ Directions given to the patient.

**Orders**

- Return to office in 4 weeks.
- Make multiple appointments.
- Continue current treatment plan.

*Electronically signed by* **Alicia M. Burbano, MD**

**Sign Off Status:** Completed by Burbano, Alicia, May 25 2019 5:12PM (EDT)
Information included in this report is confidential.

MENNINGER_SUPP000059

**Lisa Menninger**

| | | | |
|---|---|---|---|
| Chart Number: | 9651 **DOB:** ▓▓/1968 **Age:** 50y | Services Provided at: | Sandia Psychiatry |
| Home Phone: | (913) 387-9451 **Gender:** Female | | |
| Address: | 340 Live Oak Rd. Ne | | |
| | A buquerque, NM 87122 | Encounter Date: 05/01/2019 | |
| Chief Complaint: | | | |

**SOAP Notes**

Patient: **Lisa Menninger** *(Female)*      Encounter Date: **05/01/2019**
DOB: ▓▓/1968 *(50)*      Referring: *(Fax: )*

## Allergies

- Penicillins: URITCARIA RASH

## Current Medications

- Prozac 20 mg capsule - 3 CAPSULE ORAL am

## Medication Management Progress Note

**Session Information**:
Appointment start time: 11:00 pm
Appointment stop time: 12:00 pm

**Narrative**:
Please see eDocuments for external documentation

Chief Complaint: treatment of Social phobia, panic with agoraphobia, MDD, moderate recurrent, dyssomnia

History of Present Illness:
Lisa Menninger is a 50 year old female with a diagnosis of Panic Disorder with agoraphobia, Social Anxiety Disorder, GAD, Acute stress disorder, and dyssomnia. She was most recently treated by Dr. Marianna Kessimian, MD.

Lisa presents for her second evaluation after seeming very distant and cut off from the primary session. After further retrospective thought, she appeared to be in an acute, mild dissociative stage likely related to anxiety and trauma. Her interview became better with time, until time was no longer available. She had ample time to fill out her paperwork as she showed up an hour early and was instructed to fill out her intake packet in the lobby, however when returning an hour later she only filled out one page of a 21 page intake. We spent the majority of the session having to go through questions individually and have her verbally respond.

Lisa reports involvement ongoing discrimination suit against her former employer in Massachusetts after she disclosed that she had social anxiety and panic attacks. She has an attorney that specializes in employment and discrimination cases. She reports that 'she lost everything;' her livelihood, her financial status, began to fear working and avoiding people/life in general. She has deleted social media and she feels she does not have the strength for taking on any potential new stressors. She describes significant negative mood, avoidance regarding her perceived trauma (feeling extreme loss and helplessness from termination), hyper arousal and hyper vigilance, as well as sleep disruptions with intrusive thoughts and nightmares.

Lisa reports that her depressive symptoms returned since her termination and her overall anxiety symptoms were starting to increase to panic states. She is prescribed fluoxetine 60 mg. Realizing that although the SSRI did not lead to remission, they did help her 'tread water' and now she feels like she is 'drowning again.' Her symptoms have reverted to depression and 'life paralyzing anxiety,' and not leaving the house. She reports that something really minor will trigger feelings of " I don't want to live anymore, it doesn't take much to throw me into all these symptoms"

She has only left her house over last few months to go to the mailbox and is still having suicidal ideation. Safety planning was discussed in detail.

Disability needs were discussed in detail and she feels extremely fearful of the thought of holding a job again (only to have it taken from her for having mental health issues). She panics when the door bell rings, hides from people, feels tremulous and sweaty, has significant intrusive thoughts about her former boss (the way she was treated), feels 'jumpy,' and does not have any physical interactions with anyone but her immediate family.

She feels somewhat safe, only in her house, and is capable of light house duty and cat care.

From an ADL stand point, she is physically capable of showering/cleaning and cooking but does not regularly and feels that she is a burden. She states that her anxiety paralyzes her and she hides in her bedroom most of the day.

She Denies suicidal plan intent, access to firearms and at this point does not think a residential or intensive out patient partial program would be helpful. We are working to change these feelings.

She reports that she Feels supported by her husband, Mason, who works from home which decreases Lisa's risk of self harm. The Life Healing Center in Santa Fe was discussed as a potential option if she decides that she is in need of a higher level of care.

Panic/PTSD/Insomnia: symptoms of PTSD are now evident, her anxiety has been life long however is significantly worsening since she was terminated

Overall anxiety level severe 8/10. Has been working on separating herself from case, allowing the lawyer to handle and updates and letting go of that she cannot control.

Her social security application was approved which has helped decrease the amount of stress.

Social Phobia: Symptoms remain problematic, limit her functioning with acute worsening

Did not respond to beta blockers in the past and needed high doses of Valium for minimal relief, and this is all supported by her genetic testing, continue to minor for worsening off of SSRI

Social or family history update: marital strain improved, supportive spouse, worried about her daughter , her daughter's mood and making friends at her new school

financial strain- temporary disability approved until the end of February , waiting on approval for long term disability , completed application, medical record faxed
Safety: Passive suicidal ideation, denies intent or plan

Illicit drug use/ Nicotine: Denies
Alcohol: none
Caffeine: coffee in the morning (no effect on anxiety)

ROS: 10 point ROS: reviewed, + general: less fatigue

**JA2242**

appetite: variable
sleep: reported to be very poor, difficulties falling and staying asleep, broken by nightmares and panic attacks

Psychiatric treatment:
Childhood: panic attacks, SAD, GAD, trauma, did poorly in school
Inpatient: denies
Outpatient: as an adult
Medications: Valium - side effects, see intake

Biological:
Maternal side with social phobia, GAD and father side with psychotic disorder, type II trauma secondary to father's volatile behavior and witnessing domestic violence between her parents, temperament- risk averse, sensitive, slow to warm
Maternal GP died of throat cancer
No suicidal completions known
Father suffered from schizophrenia, violent, never able to work, agoraphobia (previous Navy Enlistment)

Psychologically: empathic, caring , responsible, intelligent, timid, risk averse, introverted, thoughtful, quiet , perfectionistic at times, highly critical of self, passive- other-focused
Social : Pathologist working in the private sector husband empathic and understanding partner, less concern for excessive accommodation as the financial burden has shifted from patient to partner
Legal: none
Military: National Guard
School: Graduated in Aurora Illinois University, Grad school at UNM, Saba University (Medical Program) - she was practicing medicine until June of 2018 as a clinical pathologist - had several jobs especially clinical jobs,

PHYSICAL EXAM:
VITAL SIGNS: see below.
HEENT: Head is normocephalic and atraumatic. Extraocular muscles are intact. Pupils are equal, round, and reactive to light and accommodation. Mouth is well hydrated and without lesions. Mucous membranes are moist. Posterior pharynx clear of any exudate or lesions.
NECK: Supple. No carotid bruits. No lymphadenopathy or thyromegaly.
LUNGS: Clear to auscultation.
HEART: Regular rate and rhythm without murmur.
ABDOMEN: Soft, nontender, and non-distended. Positive bowel sounds.
EXTREMITIES: Without any cyanosis, clubbing, rash, lesions or edema.
NEUROLOGIC: Cranial nerves II through XII are grossly intact.
PSYCHIATRIC: see HPI.
SKIN: No ulceration or induration present.

**Examination**:
General:
   o Appearance: distressed
   o Attitude: open, cooperative
   o Psychomotor Activity: diminished
   o Eye Contact: normal
   o Gait and Station: normal
Speech:
   o normal
   o soft
Thought Process:

MENNINGER_SUPP000062

- logical
- sequential

<u>Associations</u>:
- intact

<u>Abnormal/Psychotic Thoughts</u>:
- perseverations

<u>Judgement & Insight</u>:
- fair

<u>Orientation</u>:
- person
- place
- date

<u>Recent and Remote Memory</u>:
- Recent Memory: intact
- Remote Memory: intact

<u>Attention and Concentration</u>:
- Attention: intact, alert
- Concentration: intact

<u>Language</u>:
- normal

<u>Fund of Knowledge</u>:
- intact

<u>Mood and Affect</u>:
- Mood: moderately depressed, anxious
- Affect: restricted

<u>Risk Assessment</u>:
- Suicidality: denies, passive SI endorsed, no plans means or intent to harm herself
- Homicidality: denies

**Review of Systems**:
Lisa reports today with:
- Moderate depression
- Severe anxiety
- Absent physical aggression
- Absent verbal aggression
- Absent alcohol abuse
- Mild anger/irritability
- Moderate anhedonia
- Mild appetite increase
- Mild appetite decrease
- Mild compulsive activities
- Moderate concentration impairment
- Moderate fatigue
- Moderate function poor – home
- Mild GI upset
- Severe guilt
- Absent auditory hallucinations
- Absent visual hallucinations
- Absent headache
- Absent impulsivity
- Moderate initial insomnia
- Mild problems with sleep maintenance
- Absent memory impairment
- Mild mood swings

**JA2244**

- Mild obsessive thoughts
- Mild pain
- Moderate panic attacks
- Mild paranoia-suspiciousness
- Absent racing thoughts
- Absent relationship problems
- Absent substance abuse - drugs
- Absent substance abuse - alcohol
- Moderate suicidal ideation
- Mild tearfullness
- Mild tremor/shakiness
- Absent weight loss
- Absent weight gain

**Rating Scales**:
- Generalized Anxiety Disorder 7-item (GAD-7) - *18*
- Mood Disorder Questionnaire (MDQ) - *4*
- Patient Health Questionnaire (PHQ-9) - *15*
- Other - ***PCL-C: 68***

**Medication Tolerability**:
Lisa has reported the following symptoms that may be the result of medication side effects:
- Nausea
- GI side effects

**Pertinent Lab Data**:
- see eDocuments

## Vitals - 10:56 AM

- Height: 5 ft 3 in
- Weight: 126 lbs
- BMI: 22.32
- BSA: 1.59
- Temperature: 98 F
- Respirations: 14 breaths/min
- Blood Pressure:
  - Sitting: 112/69 mmHg - Right Upper Extremity; 67 Beats/Min - Regular
- Pain Assessment: 0/10

## Diagnosis

- F4011: Social phobia, generalized
- F4001: Agoraphobia with panic disorder
- F411: Generalized anxiety disorder
- G479: Sleep disorder, unspecified
- F331: Major depressive disorder, recurrent, moderate
- R45851: Suicidal ideations
- F4311: Post-traumatic stress disorder, acute

## Procedures

- 99214: OFFICE/OP VISIT, EST PT, 3 KEY COMPONENTS: DETAILED HX; DETAILED EXAM; MED DECISION MOD COMPLEXITY

**JA2245**

- 90838: PSYCHOTHERAPY, 60 MINUTES WITH PATIENT AND/OR FAMILY MEMBER WHEN PERFORMED WITH AN EVALUATION AND MANAGEMENT SERVICE

**Individualized Treatment Plan**

**Primary Treatment Plan**
**Life Area**:
- Medical
- Mental Health

**Type of Counseling**:
- Individual Counseling: greater than 50% of the treatment session was devoted to psychotherapy and psychoeducation

**Medical**:
- <u>Problem</u>: fatigue
- <u>Long Term Goal</u>: rule out underlying medical diagnosis that may be contributing to mental health symptoms
- <u>Short-term goals as a measurable outcome</u>: Labs
- <u>Specific Activity, Experience, and Therapies Towards Attainment</u>:
    - diet and exercise discussed
    - follow up with PCP per routine

**Mental Health**:
- <u>Problem</u>: Panic disorder with agoraphobia
  Social anxiety disorder
  GAD
  MDD, recurrent, moderate
  Chronic suicidal ideation
  Dyssomnia
- <u>Long Term Goal</u>: resolution of symptoms and improvement in overall functioning and well being
- <u>Short-term goals as a measurable outcome</u>: self reporting of symptoms, medication management, therapy
- <u>Specific Activity, Experience, and Therapies Towards Attainment</u>:
    - Continue Prozac 60 mg daily (in split doses)
    - Consider cross titration to Viibryd due to her P4502D6 ultra rapid metabolism
    - Exercise highly recommended for depression and anxiety
    - low dose clonazepam 0.25 for panic rescue
    - consider lithium for suicidal ideation

**Medication Information - Safety and Side Effects:**
- The risks and benefits of the proposed treatment plan was discussed with the patient/responsible party. This includes a discussion of the rational for treatment, the possible benefits and side effects of the proposed treatment, and other treatment options. The patient was encouraged to contact the office for any problems or questions regarding their treatment prior to the next office visit. The patient was informed that certain psychotropic medications by virtue of side effects of sedation could possibly impair their ability to operate a motor vehicle or other equipment and that they should refrain from engaging in potentially dangerous activities until they know how they will respond to the medication. The patient/responsible party verbalized an understanding of this information.
- The patient's risk of self harm was reviewed in detail. The patient was able to contract against self harm and was future oriented. The patient expressed an understanding of ways in which to seek help or crisis intervention if their suicidal ideation worsens including contacting our office, after hours call center, a family member or a friend.

MENNINGER_SUPP000065

○ Information regarding the use of medications during pregnancy was discussed with the patient. This includes the potentially unknown risks of the use of medications during pregnancy and breastfeeding as there is very little information in prospective studies due to regulatory prohibitions of such studies. It was explained to the patient that the benefit to the mother must be weighed against the possible risk of exposure of the infant/child to the medication.

○ **Specific side effects reviewed.**

Side Effects:

- Sedation, drowsiness, impaired motor skills, possible problems with gait and balance, increased risk of falls, potentially impaired ability to operate a motor vehicle or machinery.
- The patient was informed to exercise caution when driving, operating machinery, or engaging in any activity potentially dangerous to themselves or others until they know how the new medication effects them
- Anxiety, agitation, irritability, insomnia
- Possible increased appetite and/or weight gain.
- Possible decreased appetite or weight loss.
- Possible increased risk of increasing cholesterol and triglyceride levels. Possible increased risk of metabolic syndrome or vulnerability to the development of diabetes.
- Possible slight increased risk of seizure beyond that seen in the general population.
- Possible risk of the development of a movement disorder such as extra-pyramidal symptoms, akathisia, tardive dyskinesia, tics, EPS/ tardive dyskinesia, etc.
- Possible elevation of liver function tests.
- Possible change in renal function.
- Possible change in thyroid function requiring ongoing monitoring and possible thyroid supplementation for some patients.
- Addiction potential.
- Elevated blood pressure.
- Significant drop in blood pressure.
- Elevated pulse rate.
- Serious rash/Stevens Johnson Syndrome.
- Serotonin Syndrome.
- Abnormal bleeding.

○ The patient is requested to contact the office and report on their status during the next week.

○ The patient will be given another copy of the office policies and procedures for Sandia Psychiatry.

○ Directions given to the patient.

## Orders

- Return to office in 2 <sup>(1){AB May 1, 2019 2:05:28 pm}</sup> months.
- Make multiple appointments.
- Continue current treatment plan.

*Electronically signed by* **Alicia M. Burbano, MD**

---

## Chart Corrections

---

JA2247

MENNINGER_SUPP000066

**{Alicia Burbano - May 1, 2019 2:05:28 pm}**

    (1) 1

**Sign Off Status:** Completed by Burbano, Alicia, May 1 2019 2:05PM (EDT)
Information included in this report is confidential.

MENNINGER_SUPP000067

**Lisa Menninger**                                                                    **SOAP Notes**

| | | |
|---|---|---|
| **Chart Number:** 9651 **DOB:** �မ/1968 **Age:** 50y | **Services Provided at:** | Sandia Psychiatry |
| **Home Phone:** (913) 387-9451 **Gender:** Female | | |
| **Address:** 340 Live Oak Rd. Ne | | |
| A buquerque, NM 87122 | **Encounter Date:** 03/19/2019 | |
| **Chief Complaint:** Self Pay/ Anxiety Depression, | | |

Patient: **Lisa Menninger**  *(Female)*                    Encounter Date: **03/19/2019**
DOB: ▮▮▮▮ **1968** *(50)*                                        Referring: *(Fax: )*

## Allergies

- Penicillins: URITCARIA RASH

## Current Medications

- Prozac 20 mg capsule - 3 CAPSULE ORAL am

## Medication Management Progress Note

**Session Information**:
Appointment start time: 11:00 pm
Appointment stop time: 12:30 pm

**Narrative**:
Please see eDocuments for external documentation

Chief Complaint: treatment of Social phobia, panic with agoraphobia, MDD, moderate recurrent, dyssomnia

History of Present Illness:
Lisa Menninger is a 50 year old female with a diagnosis of Panic Disorder with agoraphobia, Social Anxiety Disorder, GAD, Acute stress disorder, and dyssomnia. She was most recently treated by Dr. Marianna Kessimian, MD.

Lisa reports having an ongoing discrimination suit against her former employer in Massachusetts after she disclosed that she had social anxiety and panic attacks. She has an attorney that specializes in employment and discrimination causes. She reports that she lost everything; her livelihood, her financial status, fear of working and avoiding people/life in general. She has deleted social media and she feels she does not have the strength for taking on any potential new stressors.

Lisa reports that her depressive symptoms are returning and her overall anxiety symptoms were starting to increase. She is prescribed fluoxetine 60 mg. Realizing that although the SSRI did not lead to remission, they did help her tread water and now she feels like she is sinking again. Her symptoms have reverted to depression and 'life paralyzing anxiety,' and not leaving the house. She reports that something really minor will trigger feelings of " I don't want to live anymore, it doesn't take much to throw me into all these symptoms"

She has only left house over last few months to go to the mailbox and is having suicidal ideation. Struggling with " how I got to this place,' no longer hiking, going for walks. Safety planning was discussed in detail.

Denies suicidal plan intent, access to firearms and at this point does not think a partial program would be helpful. Feels supported by her husband Mason who works from home which decreases safety risk. The Life Healing Center in Santa Fe was discussed as a potential option if she decides that she is in need of a higher level of care.

Panic/ Acute stress/Insomnia: all symptoms have increased secondary to recent increase in symptoms, has an appointment to transfer care to a local provider

Overall anxiety level severe 6/10. Has been working on separating herself from case, allowing the lawyer to handle and updates and letting go of that she cannot control.

Her social security application was approved which has helped decrease the amount of stress.

Social Phobia: Symptoms remain problematic, limit her functioning with acute worsening

Did not respond to beta blockers in the past and needed high doses of Valium for minimal relief, and this is all supported by her genetic testing, continue to minor for worsening off of SSRI

Social or family history update: marital strain improved, supportive spouse, worried about her daughter , her daughter's mood and making friends at her new school

financial strain- temporary disability approved until the end of February , waiting on approval for long term disability , completed application , medical record faxed

Safety: Passive suicidal ideation, denies intent or plan

Illicit drug use/ Nicotine: Denies
Alcohol:
Caffeine:

ROS: 10 point ROS: reviewed, + general: less fatigue
appetite: variable
sleep: reported to be very poor, difficulties falling and staying asleep, broken by nightmares and panic attacks

Psychiatric treatment:
Childhood: panic attacks, SAD, GAD, trauma, did poorly in school
Inpatient: denies
Outpatient: as an adult
Medications: Valium - side effects, see intake

Biological:
Maternal side with social phobia, GAD and father side with psychotic disorder, type II trauma secondary to father's volatile behavior and witnessing domestic violence between her parents, temperament- risk averse, sensitive, slow to warm
Maternal GP died of throat cancer
No suicidal completions known
Father suffered from schizophrenia, violent, never able to work, agoraphobia (previous Navy Enlistment)

Psychologically: empathic, caring , responsible, intelligent, timid, risk averse, introverted, thoughtful, quiet , perfectionistic at times, highly critical of self, passive- other-focused
Social : Pathologist working in the private sector husband empathic and understanding partner, less concern for excessive accommodation as the financial burden has shifted from patient to partner

MENNINGER_SUPP000069

Legal: none
Military: National Guard
School: Graduated in Aurora Illinois University, Grad school at UNM, Saba University (Medical Program) - she was practicing medicine until June of 2018 as a clinical pathologist - had several jobs especially clinical jobs,

PHYSICAL EXAM:
VITAL SIGNS: see below.
HEENT: Head is normocephalic and atraumatic. Extraocular muscles are intact. Pupils are equal, round, and reactive to light and accommodation. Mouth is well hydrated and without lesions. Mucous membranes are moist. Posterior pharynx clear of any exudate or lesions.
NECK: Supple. No carotid bruits. No lymphadenopathy or thyromegaly.
LUNGS: Clear to auscultation.
HEART: Regular rate and rhythm without murmur.
ABDOMEN: Soft, nontender, and non-distended. Positive bowel sounds.
EXTREMITIES: Without any cyanosis, clubbing, rash, lesions or edema.
NEUROLOGIC: Cranial nerves II through XII are grossly intact.
PSYCHIATRIC: see HPI.
SKIN: No ulceration or induration present.

**Examination**:
General:
- Appearance: distressed
- Attitude: open, cooperative
- Psychomotor Activity: diminished
- Eye Contact: normal
- Gait and Station: normal

Speech:
- normal
- soft

Thought Process:
- logical
- sequential

Associations:
- intact

Abnormal/Psychotic Thoughts:
- perseverations

Judgement & Insight:
- fair

Orientation:
- person
- place
- date

Recent and Remote Memory:
- Recent Memory: intact
- Remote Memory: intact

Attention and Concentration:
- Attention: intact, alert
- Concentration: intact

Language:
- normal

Fund of Knowledge:
- intact

Mood and Affect:

MENNINGER_SUPP000070

- Mood: moderately depressed, anxious
- Affect: restricted

Risk Assessment:
- Suicidality: denies, passive SI endorsed, no plans means or intent to harm herself
- Homicidality: denies

**Review of Systems**:

Lisa reports today with:
- Moderate depression
- Severe anxiety
- Absent physical aggression
- Absent verbal aggression
- Absent alcohol abuse
- Mild anger/irritability
- Moderate anhedonia
- Mild appetite increase
- Mild appetite decrease
- Mild compulsive activities
- Moderate concentration impairment
- Moderate fatigue
- Moderate function poor – home
- Mild GI upset
- Mild guilt
- Absent auditory hallucinations
- Absent visual hallucinations
- Absent headache
- Absent impulsivity
- Mild initial insomnia
- Mild problems with sleep maintenance
- Absent memory impairment
- Mild mood swings
- Mild obsessive thoughts
- Mild pain
- Moderate panic attacks
- Mild paranoia-suspiciousness
- Absent racing thoughts
- Absent relationship problems
- Absent substance abuse - drugs
- Absent substance abuse - alcohol
- Moderate suicidal ideation
- Mild tearfullness
- Mild tremor/shakiness
- Absent weight loss
- Absent weight gain

**Medication Tolerability**:

Lisa has reported the following symptoms that may be the result of medication side effects:
- Nausea
- GI side effects

**Pertinent Lab Data**:
- no labs available at this time

**Vitals - 11:39 AM**

JA2252

MENNINGER_SUPP000071

- Height: 5 ft 3 in
- Weight: 122 lbs
- BMI: 21.61
- BSA: 1.57
- Temperature: 98 F
- Respirations: 14 breaths/min
- Blood Pressure:
  - Sitting: 99/63 mmHg - Right Upper Extremity; 76 Beats/Min - Regular
- Pain Assessment: 2/10
- Comment: nervous stomach

## Diagnosis

- F4011: Social phobia, generalized
- F4001: Agoraphobia with panic disorder
- F411: Generalized anxiety disorder
- G479: Sleep disorder, unspecified
- F331: Major depressive disorder, recurrent, moderate
- R45851: Suicidal ideations

## Procedures

- 99214: OFFICE/OP VISIT, EST PT, 3 KEY COMPONENTS: DETAILED HX; DETAILED EXAM; MED DECISION MOD COMPLEXITY
- 90838: PSYCHOTHERAPY, 60 MINUTES WITH PATIENT AND/OR FAMILY MEMBER WHEN PERFORMED WITH AN EVALUATION AND MANAGEMENT SERVICE

## Individualized Treatment Plan

**Primary Treatment Plan**
**Life Area**:
- Medical
- Mental Health


**Type of Counseling**:
- Individual Counseling: greater than 50% of the treatment session was devoted to psychotherapy and psychoeducation

**Medical**:
- Problem: fatigue
- Long Term Goal: rule out underlying medical diagnosis that may be contributing to mental health symptoms
- Short-term goals as a measurable outcome: Labs
- Specific Activity, Experience, and Therapies Towards Attainment:
  - diet and exercise discussed
  - follow up with PCP per routine

**Mental Health**:
- Problem: Panic disorder with agoraphobia
  Social anxiety disorder
  GAD
  MDD, recurrent, moderate
  Chronic suicidal ideation

**JA2253**

MENNINGER_SUPP000072

Dyssomnia
- <u>Long Term Goal</u>: resolution of symptoms and improvement in overall functioning and well being
- <u>Short-term goals as a measurable outcome</u>: self reporting of symptoms, medication management, therapy
- <u>Specific Activity, Experience, and Therapies Towards Attainment</u>:
  - Continue Prozac 60 mg daily
  - consider a benzodiazepine for rescue of panic attacks
  - consider lithium for suicidal ideation

**Medication Information - Safety and Side Effects:**
- The risks and benefits of the proposed treatment plan was discussed with the patient/responsible party. This includes a discussion of the rational for treatment, the possible benefits and side effects of the proposed treatment, and other treatment options. The patient was encouraged to contact the office for any problems or questions regarding their treatment prior to the next office visit. The patient was informed that certain psychotropic medications by virtue of side effects of sedation could possibly impair their ability to operate a motor vehicle or other equipment and that they should refrain from engaging in potentially dangerous activities until they know how they will respond to the medication. The patient/responsible party verbalized an understanding of this information.
- The patient's risk of self harm was reviewed in detail. The patient was able to contract against self harm and was future oriented. The patient expressed an understanding of ways in which to seek help or crisis intervention if their suicidal ideation worsens including contacting our office, after hours call center, a family member or a friend.
- Information regarding the use of medications during pregnancy was discussed with the patient. This includes the potentially unknown risks of the use of medications during pregnancy and breastfeeding as there is very little information in prospective studies due to regulatory prohibitions of such studies. It was explained to the patient that the benefit to the mother must be weighed against the possible risk of exposure of the infant/child to the medication.
- **Specific side effects reviewed.**
  Side Effects:
  - Sedation, drowsiness, impaired motor skills, possible problems with gait and balance, increased risk of falls, potentially impaired ability to operate a motor vehicle or machinery.
  - The patient was informed to exercise caution when driving, operating machinery, or engaging in any activity potentially dangerous to themselves or others until they know how the new medication effects them
  - Anxiety, agitation, irritability, insomnia
  - Possible increased appetite and/or weight gain.
  - Possible decreased appetite or weight loss.
  - Possible increased risk of increasing cholesterol and triglyceride levels. Possible increased risk of metabolic syndrome or vulnerability to the development of diabetes.
  - Possible slight increased risk of seizure beyond that seen in the general population.
  - Possible risk of the development of a movement disorder such as extra-pyramidal symptoms, akathisia, tardive dyskinesia, tics, EPS/ tardive dyskinesia, etc.
  - Possible elevation of liver function tests.
  - Possible change in renal function.
  - Possible change in thyroid function requiring ongoing monitoring and possible thyroid supplementation for some patients.
  - Addiction potential.
  - Elevated blood pressure.
  - Significant drop in blood pressure.
  - Elevated pulse rate.
  - Serious rash/Stevens Johnson Syndrome.
  - Serotonin Syndrome.
  - Abnormal bleeding.

MENNINGER_SUPP000073

○ The patient is requested to contact the office and report on their status during the next week.
○ The patient will be given another copy of the office policies and procedures for Sandia Psychiatry.
○ Directions given to the patient.

**Orders**

- Iron and TIBC
- Hemoglobin A1c
- T4, Free
- TSH
- CBC w Diff w Plt
- Lipid Panel
- Comp. Metabolic Panel (14)
- Return to office in 4 weeks.
- T3, Free
- EKG
- Vitamin D 25 Hydroxy D2 + D3
- Urine Drug Screen
- Make multiple appointments.
- Continue current treatment plan.

*Electronically signed by* **Alicia M. Burbano, MD**

**Sign Off Status:** Completed by Burbano, Alicia, Mar 19 2019 2:37PM (EDT)
Information included in this report is confidential.

MENNINGER_SUPP000074



# Deschutes County Health Services
## Behavioral Health Division

**2577 NE Courtney Drive; Bend, OR 97701**
**Health Services; PO Box 6005; Bend, OR 97708-6005**
**Phone: (541) 322-7500 ● Fax: (541) 322-7565**
**www.deschutes.org**

# Fax

Friday, January 15, 2021 11:50:26 AM
**Pages including this cover sheet:** 41

**To:** Hampton Watson
Company:
**Fax:** 6174472800
Phone:

**From:** Amanda McAdams
**Fax:** 541-322-7621
**Phone:** 541-322-7613
**E-mail:** Amanda.McAdams@deschutes.org

**Notes:** re: Lisa Menninger

---

**Confidentiality Notice:** The information transmitted by this facsimile is considered confidential and may include confidential medical information. It is intended for the use of only the individual or entity named above. If the reader of this transmission is not the intended recipient, you are hereby notified that any dissemination, distribution, copying or taking of any action on the contents of this transmission is strictly prohibited. If you received this communication in error, please immediately notify the sender by telephone and shred the original facsimile message.

If this information has been disclosed to you from records protected by the Federal confidentiality rules (42 CFR Part 2), the Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR Part 2. A general authorization for the release of medical or other information is not sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient.

*Our Mission: "To promote and protect the health and safety of our community."*

**JA2256**



**AUTHORIZATION FOR USE AND DISCLOSURE OF PERSONAL HEALTH INFORMATION**

MRN: _____

| Legal Last Name of Client: Menninger | First: Lisa | MI: A | Date of Birth ▮▮/1968 |
|---|---|---|---|
| Other names used by Client: | | | |

By signing this form, I authorize the following record holder to disclose the following specific confidential information.

**RECORD HOLDER**

| Record Holder's Identity: | Specific information to be disclosed: (include date range if applicable): All medical records | *Mutual Exchange: Please Initial and Circle LM |
|---|---|---|
| Lisa A Menninger | | |
| | | (YES) or NO Yes |

If the information contains any of the types of records or information listed below, additional laws relating to use and disclosure may apply. I understand that this information will not be disclosed unless I place my initials in the space next to the information: Please Initial

HIV/AIDS: _____     Mental Health (except psychotherapy notes): ___LM___     Genetic Testing Information: _____

Alcohol/drug diagnoses, treatment, referral: ___LM___

*Mutual exchange allows information to be released back and forth between the record holder(s) and the recipient(s).

**RECIPIENT**

| Release to: (address required if information is to be mailed to recipient). If releasing to a team, list members. | Purpose of release: | Expiration date or event:** |
|---|---|---|
| Patrick Hannon | Legal | None |
| Hampton Watson | Legal | None |

**ACKNOWLEDGEMENT**

**This authorization is valid for one year from the date of signing unless otherwise specified.

I understand that I can cancel this authorization at any time by providing written notice of cancellation to the above-identified record holder(s). Such cancellation will not affect any information that was already disclosed. I understand that I may refuse to sign this form. I know that, except when services are provided for research purposes or solely for the purpose of creating protected health information for disclosure to a third person, Deschutes County cannot deny Client services if I do not sign this authorization.

I understand that information disclosed pursuant to this authorization may be re-disclosed by the recipient and no longer protected under federal or state law, EXCEPT THAT re-disclosure by the recipient of information related to HIV/AIDS, mental health, alcohol or drug treatment, or genetic testing information is prohibited without my authorization unless otherwise permitted by federal or state law.

I understand that Client's personal health information is confidential and may be protected by state and federal laws, and I approve the release of Client's personal health information in accordance with this authorization. I am signing this authorization voluntarily and without pressure or coercion. I acknowledge that I have been offered a copy of this form. I acknowledge that I have reviewed Deschutes County's written "Notice of Privacy Practices For Deschutes County."

**SIGNATURE**

| Full legal signature of individual or authorized personal representative | Relationship to Client: Self | Date: 01/08/2021 |
|---|---|---|
| X  *Lisa A. Menninger* | | |
| Print Name of Person Signing This Authorization: | | |
| X Lisa A. Menninger | | |

Revised 3/2018

MENNINGER_SUPP000076



DC MAIN CLINIC BH
2577 NE COURTNEY DR
BEND OR 97701-7638

Menninger, Lisa A
MRN: 886869, DOB: ███ 1968, Sex: F

## Patient

### Demographics

Name: **Lisa A Menninger**
Address: **1496 NW Discovery Park Dr BEND OR 97703**
Date of birth: **███/1968**          Sex: **Female**          Gender identity: **Female**
Email: **menningerl@gmail.com**          Mobile: **913-387-9451**

### Allergies

Allergies last reviewed by Sepideh Ahmadpour, PMHNP on 12/29/2020 1322

**PENICILLINS** *[last edited by Sepideh Ahmadpour, PMHNP on 12/28/2020 1119]*

Reactions: **Rash**          Severity: **Low**
Reaction type: **Not Verified**          Noted on: **12/02/2020**
Comments: **As a child**

### Current Medications

#### Medications

**This report is for documentation purposes only. The patient should not follow medication instructions within.
For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.**

#### Current Medications

Medications last reviewed by Sepideh Ahmadpour, PMHNP on 12/29/2020 1322

##### FLUoxetine (PROZAC) 10 mg capsule

Instructions: Take 1 Capsule by mouth once daily (start 01/11/2021)
Authorized by: **Sepideh Ahmadpour, PMHNP**          Ordered on: **12/28/2020**
Start date: **12/28/2020**          Quantity: **30 Capsule**
Refill: **1 refill by 12/28/2021**

##### FLUoxetine (PROZAC) 20 mg capsule

Instructions: Take 1 Capsule by mouth once daily
Authorized by: **Sepideh Ahmadpour, PMHNP**          Ordered on: **12/28/2020**
Start date: **12/28/2020**          Quantity: **30 Capsule**
Refill: **1 refill by 12/28/2021**

##### indomethacin (INDOCIN) 50 mg capsule *[reconciled by Sepideh Ahmadpour, PMHNP on 12/28/2020 1121]*

Entered by: **Sepideh Ahmadpour, PMHNP**          Entered on: **12/28/2020**
Start date: **11/27/2020**

CONFIDENTIAL          MENNINGER_SUPP000077

**JA2258**



DC MAIN CLINIC BH
2577 NE COURTNEY DR
BEND OR 97701-7638

Menninger, Lisa A
MRN: 886869, DOB: ▇▇▇ 1968, Sex: F

## 01/13/2021 - BH/MH Visits in Deschutes County Behavioral Health Main Clinic

### Reason for Visit

#### Chief Complaint
- Individual Counseling (Ind Coun)

#### Visit Diagnosis
- Other specified trauma- and stressor-related disorder (primary) [F43.8]

### Visit Information

#### Provider Information

| Encounter Provider | Authorizing Provider |
|---|---|
| Haley Piarulli, MSW, LCSW | Haley Piarulli, MSW, LCSW |

#### Department

| Name | Address | Phone | Fax |
|---|---|---|---|
| Deschutes County Behavioral Health Main Clinic | 2577 NE COURTNEY DR Bend OR 97701-7638 | 541-322-7500 | 541-322-7565 |

#### Level of Service

**Level of Service**
PSYCHOTHERAPY W/PATIENT 60 MINUTES

### Progress Notes

Progress Notes by Haley Piarulli, MSW, LCSW at 1/13/2021 1345

| Author: Haley Piarulli, MSW, LCSW | Service: — | Author Type: Licensed Clinical Social Worker |
|---|---|---|
| Filed: 1/13/2021 2:05 PM | Encounter Date: 1/13/2021 | Creation Time: 1/13/2021 1:45 PM |
| Status: Signed | Editor: Haley Piarulli, MSW, LCSW (Licensed Clinical Social Worker) | |

### Behavioral Health Service Note (GIRPP)

This encounter was conducted via phone. Due to health related concerns, Telemedicine has been advised at a State level and was deemed necessary for the wellbeing of client and staff. Clinician spoke with client to discuss the privacy risk associated with video/phone services, and client verbally consented to proceed.

**PHQ 2/9 DEPRESSION SCREENING (Required for Age 12+, NOT MDD or Bipolar DX): Not screened, due to warm-hand off session and not clinically relevant. Client did endorse in this session, her depression as been better since starting the Prozac and denied having SI.**

**Goal:** *(Pull OBJECTIVE directly from Service Plan)*: Lisa will reduce current severity of anxiety symptoms from baseline of 8/10 to below a 5/10. 8=weekly panic attacks, disturbed sleep 6x weekly, chronic suicidality; 5=0 panic attacks for 45 days, improved sleep, elimination of suicidal ideation.

**Intervention:** *(What did you do?)*: This session was a warm-hand off, due to her current therapist not being able to continue services because of complications with insurance. During the session, we discussed therapy goals and reviewed the client's views on her current situation. Provided reflective listening and validation throughout the session. Asked clarifying questions regarding the client's case, to better understand her situation and symptoms. Attempted to identify any triggers in childhood and family relation that might have contributed to the start of the client's anxiety.

**Response:** *(How did the Individual respond to intervention and other relevant information?)*: Lisa's mood was pleasant, calm and appropriate. This writer was unable to see the client's ADL's and affect, due to this being a phone session. She reported

Printed at Deschutes County Health Department [541-322-7400]                                      Page 2



DC MAIN CLINIC BH
2577 NE COURTNEY DR
BEND OR 97701-7638

Menninger, Lisa A
MRN: 886869, DOB: ███/1968, Sex: F

---

### 01/13/2021 - BH/MH Visits in Deschutes County Behavioral Health Main Clinic (continued)

**Progress Notes (continued)**

struggling with catastrophizing every situation and feeling fear around leaving her home. Her thought process was clear and alert, though slightly negativistic and avoidant towards her current situation. Lisa's speech was appropriately organized, with a normal tone and speed.

**Progress**: (*Towards measurable objectives*): Lisa made some improvement, denying having SI and reported working on puzzles helped with her anxiety recently.

**Plan**: (*What will you and/or Individual do between now and next meeting?*): The client will meet with this writer next on 1/28 @ 10 AM. Her next medication management meeting with Sepi is scheduled for 1/25 @ 8:30 AM.

Electronically signed by Haley Piarulli, MSW, LCSW at 1/13/2021 2:05 PM

CONFIDENTIAL                                                          MENNINGER_SUPP000079

**JA2260**



DC MAIN CLINIC BH
2577 NE COURTNEY DR
BEND OR 97701-7638

Menninger, Lisa A
MRN: 886869, DOB: ▮▮▮/1968, Sex: F

## 12/30/2020 - BH/MH Visits in Deschutes County Behavioral Health Main Clinic

### Reason for Visit

#### Chief Complaint
- Individual Counseling (phone)

#### Visit Diagnosis
- Generalized anxiety disorder [F41.1]

### Visit Information

#### Provider Information

| Encounter Provider | Authorizing Provider |
| --- | --- |
| Katherine L Chancellor, QMHP / CADC Intern | Katherine L Chancellor, QMHP / CADC Intern |

#### Department

| Name | Address | Phone | Fax |
| --- | --- | --- | --- |
| Deschutes County Behavioral Health Main Clinic | 2577 NE COURTNEY DR Bend OR 97701-7638 | 541-322-7500 | 541-322-7565 |

#### Level of Service

**Level of Service**
NP NON-BILLABLE VISIT

### Progress Notes

**Progress Notes by Katherine L Chancellor, QMHP / CADC Intern at 12/30/2020 1029**

| | | |
| --- | --- | --- |
| Author: Katherine L Chancellor, QMHP / CADC Intern | Service: — | Author Type: Masters MH Sp-Non Licensed QMHP |
| Filed: 1/4/2021 10:19 AM | Encounter Date: 12/30/2020 | Creation Time: 12/30/2020 10:29 AM |
| Status: Signed | Editor: Katherine L Chancellor, QMHP / CADC Intern (Masters MH Sp-Non Licensed QMHP) | |

#### Behavioral Health Service Note (GIRPP)

This encounter was conducted via phone. Due to health related concerns, Telemedicine has been advised at a State level and was deemed necessary for the wellbeing of client and staff. Clinician spoke with client to discuss the privacy risk associated with video/phone services, and client verbally consented to proceed.

**PHQ 2/9 DEPRESSION SCREENING (Required for Age 12+, NOT MDD or Bipolar DX):** Patient not screened, Patient declined

**Suicide Risk Assessment Completed using Columbia Tool (Required for Age 6-17 _WITH_ MDD DX):** Suicide risk not assessed (Ages 18+)

**Goal:** *(Pull OBJECTIVE directly from Service Plan)* Lisa will reduce current severity of anxiety symptoms from baseline of 8/10 to below a 5/10. 8=weekly panic attacks, disturbed sleep 6x weekly, chronic suicidality; 5=0 panic attacks for 45 days, improved sleep, elimination of suicidal ideation.

**Intervention:** *(What did you do?)* Utilized person centered therapy and reflective listening to check in with Lisa about symptoms and progress over the last week. Provided support through empathetic listening and validating Client's feelings and experiences. Asked open-ended questions to gather information about trauma symptoms and administered PTSD Screening tool. Provided psychoeducation on the window of tolerance, hyperarousal, hyperarousal, and coping strategies to stay in the window of tolerance. Assisted Lisa in identifying where intense anxiety around financial insecurity originated, as well as identifying sources of meaning and purpose in life while grieving professional identity. Recommended a book- Wisdom of Anxiety.

Printed at Deschutes County Health Department [541-322-7400]                                    Page 4



DC MAIN CLINIC BH
2577 NE COURTNEY DR
BEND OR 97701-7638

Menninger, Lisa A
MRN: 886869, DOB: ▓/1968, Sex: F

---

**12/30/2020 - BH/MH Visits in Deschutes County Behavioral Health Main Clinic (continued)**

**Progress Notes (continued)**

**Response**: (*How did the Individual respond to intervention and other relevant information?*) Lisa spoke with this writer over the phone for a scheduled individual therapy session. She presented as pleasant and appropriate. Lisa answered questions on PTSD checklist and elaborated on how the trauma around losing her job has impacted her daily functioning; including flashbacks, avoidance behaviors, intense panic, and hypervigilance. Lisa reports that's she initiated medication again and shared other details that she wants this writer to share with her new therapist. Lisa shared her history of financial security and reports now it feels like "I am in a constant state of feeling like we're about to fall off a cliff" currently. Lisa shared that she was able to set some of her anxiety aside for Christmas to "make it fun for my daughter and I pretended to be happy for my family's sake" but that she has returned to feeling overwhelmed.

**Progress**: (*Towards measurable objectives*) No progress to report, She continues to report very high anxiety, panic attacks and sleep disturbances.

**Plan**: (*What will you and/or Individual do between now and next meeting?*) This week Lisa will engage in getting the book recommended by this writer, work on identifying coping tools that keep her in her window of tolerance and scheduled individual therapy with this writer on 1/13 at 10 am. At that session warm hand off will be completed with Haley Piarulli, Lisa's new therapist.

Electronically signed by Katherine L. Chancellor, QMHP / CADC Intern at 1/4/2021 10:19 AM

---

CONFIDENTIAL                                          MENNINGER_SUPP000081

**JA2262**



DC MAIN CLINIC BH
2577 NE COURTNEY DR
BEND OR 97701-7638

Menninger, Lisa A
MRN: 886869, DOB:   1968, Sex: F

## 12/28/2020 - BH/MH Visits in Deschutes County Behavioral Health Main Clinic

### Reason for Visit

#### Chief Complaint
- Behavioral Health Assessment (Initial Psychiatric Evaluation )

#### Visit Diagnosis
- **Generalized anxiety disorder (primary) [F41.1]**

### Visit Information

#### Provider Information

| Encounter Provider | Authorizing Provider |
|---|---|
| Sepideh Ahmadpour, PMHNP | Sepideh Ahmadpour, PMHNP |

#### Department

| Name | Address | Phone | Fax |
|---|---|---|---|
| Deschutes County Behavioral Health Main Clinic | 2577 NE COURTNEY DR Bend OR 97701-7638 | 541-322-7500 | 541-322-7565 |

#### Level of Service

**Level of Service**
PSYCHIATRIC DIAGNOSTIC EVAL W/MEDICAL SERVICES

### Progress Notes

#### Progress Notes by Sepideh Ahmadpour, PMHNP at 12/28/2020 0900

| | | |
|---|---|---|
| Author: Sepideh Ahmadpour, PMHNP | Service: — | Author Type: Nurse Practitioner |
| Filed: 12/29/2020 1:22 PM | Encounter Date: 12/28/2020 | Creation Time: 12/28/2020 9:00 AM |
| Status: Signed | Editor: Sepideh Ahmadpour, PMHNP (Nurse Practitioner) | |

**Telehealth**

**Demographics:** 52 yr old female patient with hx of F41.1 Generalized anxiety disorder

**Chief Complaint:** Initial Psychiatric Evaluation

**History of Present Illness:**

Due to the medical necessity and in conjunction with *Coronavirus Preparedness and Response Supplemental Appropriations Act of 2020*, this telehealth appointment with the patient is being conducted by phone. The patient consented to proceed with the visit.

Ms. Menninger is a 52 yr old female patient with past hx of PTSD, Panic Disorder with agoraphobia, Social anxiety disorder, GAD, MDD and Dyssomnia. Has been struggling with social anxiety since childhood with worsening of symptoms the last 2.5 yrs due to trauma experienced during her last employment. Reports severe symptoms of PTSD related to employment discrimination experienced and the subsequent legal process involved with the discrimination lawsuit. Reports the last few years, on numerous medication trials and did best on Prozac, which she puts on hold for short periods due to its loss of efficacy. Last on Prozac about 3 months ago and today requesting to restart med due to severe worsening of her symptoms. Reports increased hypervigilance, ruminations and intrusive thoughts r/t trauma. Avoids people due to social anxiety and panic attacks, has become more isolated at home and not going out at all. Reports easily triggered with conversations or thoughts related to the trauma or lawsuit leading to panic attacks (severe SOB, tachycardia and feeling out being out of control). Reports panic attacks were daily but has been managing better and experiencing 2-3 times a month since her attorney ▓▓▓▓▓▓▓▓▓▓▓▓. Reports anxiety 9/10 (0-10 scale) today.

CONFIDENTIAL                                                                                          MENNINGER_SUPP000082

**JA2263**



DC MAIN CLINIC BH
2577 NE COURTNEY DR
BEND OR 97701-7638

Menninger, Lisa A
MRN: 886869, DOB: ▮/1968, Sex: F

**12/28/2020 - BH/MH Visits in Deschutes County Behavioral Health Main Clinic (continued)**

**Progress Notes (continued)**

Depression rating 9/10 (0-10 scale), prior to Christmas, with increased feelings of hopelessness and increased insomnia and ruminations. Struggle with initial and middle insomnia due to contant negative intrusive thoughts, waking up several times a night. On some nights not getting any sleep at all and others about 2-6 hours of interrupted sleep. Experiencing passive thoughts of suicide and active thoughts of suicide in recent past. No attempted self-harm.

Had been prescribed benzo's in the past, which she tapered off due to increased tolerance and SE experienced at higher doses. Serotonin syndrome on Prozac 60 mg w added Viibryd. No trials of mood stabilizers. Ambien in the past for sleep. Reports genetic profile testing done and will provide report to review and include in the chart.

Reports no alcohol. No Cannabis. No Nicotine. No illicit drugs. Medical hx of HLA B27 positive, seeing Dr. Christensen at High Lakes and Rheumatologist Dr. Hansen at St. Charles.
Currently living with husband and daughter. Recently moved to Bend, OR to be closer to Mom and siblings for increased support and family contact.

From Intake note dated 09/28/2020 by Erin Brunner, LMFT:   F41.1 Generalized anxiety disorder, with Panic Attacks . Justification: Lisa endorses current symptoms of Generalized Anxiety Disorder with Panic Attacks. Lisa reports a history of chronic anxiety, with former diagnosis and treatment with regard to anxiety symptoms. Lisa endorses the following criteria: A. Excessive anxiety and worry, occurring more days than not for at least 6 months, about a number of events or activities (Lisa reports chronic anxiety and panic about a number of situations, including her employment status, recent lawsuit, home life and "the fact that the world is falling apart"). B. The individual finds it difficult to control the worry (Lisa reports that the anxiety is overwhelming to the degree that she struggles with a number of profound symptoms and cannot control the worry. Lisa also reports frequent panic attacks as noted below). C. The anxiety and worry are associated with the following symptoms: Restlessness, feeling keyed up or on edge (Lisa reports feeling restless, unable to relax, profound chronic discomfort). Being easily fatigued (Lisa reports ongoing fatigue and difficult managing daily tasks). Difficulty concentrating or mind going blank (Lisa reports difficulty concentrating). Irritability (Lisa reports ongoing irritability and also difficulty managing surprises or unexpected changes without severe distress). Muscle tension (Lisa reports ongoing tension and physical pain). Sleep disturbance (difficulty falling or staying asleep, or restless, unsatisfying sleep). D. The anxiety, worry, or physical symptoms cause clinically significant distress or impairment in social, occupational, or other important areas of functioning (Anxiety has required Lisa to obtain medication management, resulted in hospitalization, outpatient intensive care, loss of work and short term disability and long-term disability. Lisa has moved many times and has been unable to establish natural supports). E. The disturbance is not attributable to the physiological effects of a substance or another medical condition (Lisa has had her medical history cleared). F. The disturbance is not better explained by another medical disorder (e.g., anxiety or worry about having panic attacks in panic disorder, negative evaluation in social anxiety disorder [social phobia], contamination or other obsessions in obsessive-compulsive disorder, separation from attachment figures in separation anxiety disorder, reminders of traumatic events in posttraumatic stress disorder, gaining weight in anorexia nervosa, physical complaints in somatic symptom disorder, perceived appearance flaws in body dysmorphic disorder, having a serious illness in illness anxiety disorder, or the content of delusional beliefs in schizophrenia or delusional disorder). Lisa also indicates symptoms of Panic Attacks including the following: Racing heart, disordered breathing, complications leading to hospitalization, difficulty with chest pain and acute sense of fear and despair.

**Condition:** Chronic

Printed at Deschutes County Health Department [541-322-7400]                                                    Page 7

CONFIDENTIAL                                                                    MENNINGER_SUPP000083

**JA2264**



**Psychosis:** None
**SI/[redacted]I:** No active thoughts of suicide, no intent, no plan

**Allergies:**
Penicillin

**Past Psychiatric History:**
DCBH therapy since 09/2020 - currently seeing Katherine Chancellor QMHP
Last treatment through psychiatrist Dr. Alicia Burbano in New Mexico (see progress note scanned in Epic)
Psychiatric treatment since 2018 - medication management only until recent therapy through DCBH.
Completed 10 day outpatient hospital treatment in Rhode Island - recommended by psychiatrist
HX of treatment in grad and post grad for social anxiety - taking Valium for presentations and public speaking
No past HX of attempted suicides. No HX of self-harm.

Past medication trials: Used benzo's for sleep and severe panic attacks which experienced medication tolerance and SE with higher doses. Was last on Benzo's 09/2020.
Clonidine caused insomnia. Topamax ineffective. Ambien and hydroxyzine? Prozac 60 mg and Viibryd together caused Serotonin Syndrome.

**Medical History**:
PCP: Dr. Christensen Highlakes Health Care - visits up to date
Rheumatologist: Hansen Dispenza, Heather at St. Charles - labs done and up to date
HLA B27 positive, Osteoarthrosis, Osteopenia, Raynaud's disease
HX of seizures at 5 yrs old.

**Alcohol/Drug/Tobacco History**:
No alcohol. No Cannabis. No illicit drugs. No nicotine.

**Social History:**
Moved to Bend, OR in 2020 with husband and daughter to be closer to Mom and sibling for increased support.
Has supportive husband. Tries not to burden daughter as she is also struggling with anxiety and doing remote learning.
Last employment in 2018 as a Pathologist - currently on disability due to mental health issues r/t discrimination experienced at her job.

**Abuse History:**
Hx of witness to domestic abuse with parents in childhood.

**Family Psychiatric and Medical History:**
Father: Schizophrenia
Mom's family: Struggles with anxiety

**MSE:**
Attitude: Cooperative

DC MAIN CLINIC BH          Menninger, Lisa A
2577 NE COURTNEY DR        MRN: 886869, DOB:     /1968, Sex: F
BEND OR 97701-7638

---

### 12/28/2020 - BH/MH Visits in Deschutes County Behavioral Health Main Clinic (continued)

**Progress Notes (continued)**

Speech: Fluent and spontaneous. Normal rate, rhythm and volume. Conversational
Thought content:  No A/V hallucinations. No delusions/obsessions.
Thought process: Logical, sequential, goal oriented and coherent.
Associations: No evidence of flight of ideas, loose associations, perseveration
Mood: Depressed mood, anxiety
Affect: normal, stable, congruent to mood and appropriate to situation
Insight/Judgment: Fair
Reliability: Fair
Orientation: Oriented x3
Attention and Concentration: Intact
Fund of knowledge: Adequate
Recent and remote memory: Adequate
Language: Adequate
Overall Cognition: grossly intact

**Assessment:**

Ms. Menninger is a 52 yr old female patient with reported history of PTSD, GAD and Panic Disorder leading to MDD and Agoraphobia.  Currently on disability due to her current mental health issues related to trauma experienced at her last employment as a pathologist.  Has terminated her position since then (2018) and recently moved to Bend, OR to be closer to Mom and siblings. Has been off meds and receiving therapy through DCBH Since Sept 2020. At this time need for med due to severe anxiety, depression and insomnia. Prozac somewhat efficacious in improving symptoms but little change in ruminations, intrusive negative thoughts about the trauma. Requesting to restart Prozac and may consider mood stabilizers or sleep aid moving forward if appropriate.

**Diagnosis:**
F41.1 Generalized anxiety disorder
PTSD
Agoraphobia
Social anxiety disorder
MDD

**Plan/Treatment:**
Start Prozac 20 mg 1 po q day
May increase to 30 mg daily after two weeks
Cont counseling as negotiated and scheduled
Follow up in 3-4 weeks

Discussed with patient the options in case of worsening of emotional condition or safety concerns as follows:
To call clinic during work hours for recommendation.
To call crisis line, 911 or nearest emergency room if it is after hours.
Patient voiced understanding and agreed to do so.

Patient meets medical necessity for treatment based on their mental illness and functional impairments.
Informed Consent: Patient verbalizes understanding of, and agreement with, plan of care.

Electronically signed by Sepideh Ahmadpour, PMHNP at 12/29/2020  1:22 PM

Printed at Deschutes County Health Department [541-322-7400]                                        Page 9

CONFIDENTIAL                                                        MENNINGER_SUPP000085



DC MAIN CLINIC BH
2577 NE COURTNEY DR
BEND OR 97701-7638

Menninger, Lisa A
MRN: 886869, DOB: ███/1968, Sex: F

**12/28/2020 - BH/MH Visits in Deschutes County Behavioral Health Main Clinic (continued)**

Progress Notes (continued)

CONFIDENTIAL                                         MENNINGER_SUPP000086

**JA2267**



DC MAIN CLINIC BH                    Menninger, Lisa A
2577 NE COURTNEY DR                  MRN: 886869, DOB ████ 1968, Sex: F
BEND OR 97701-7638

### 12/22/2020 - BH/MH Visits in Deschutes County Behavioral Health Main Clinic

**Reason for Visit**

#### Chief Complaint
- Crisis Counseling

#### Visit Diagnosis
- Generalized anxiety disorder [F41.1]

**Visit Information**

#### Provider Information

| Encounter Provider | Authorizing Provider |
| --- | --- |
| Katherine L Chancellor, QMHP / CADC Intern | Katherine L Chancellor, QMHP / CADC Intern |

#### Department

| Name | Address | Phone | Fax |
| --- | --- | --- | --- |
| Deschutes County Behavioral Health Main Clinic | 2577 NE COURTNEY DR Bend OR 97701-7638 | 541-322-7500 | 541-322-7565 |

#### Level of Service

Level of Service
**CRISIS INTERVENTION SERVICE, PER 15 MINUTES**

**Progress Notes**

#### Progress Notes by Katherine L Chancellor, QMHP / CADC Intern at 12/22/2020 1442

| | | |
| --- | --- | --- |
| Author: Katherine L Chancellor, QMHP / CADC Intern | Service: — | Author Type: Masters MH Sp-Non Licensed QMHP |
| Filed: 12/22/2020 2:57 PM | Encounter Date: 12/22/2020 | Creation Time: 12/22/2020 2:42 PM |
| Status: Signed | Editor: Katherine L Chancellor, QMHP / CADC Intern (Masters MH Sp-Non Licensed QMHP) | |

#### Behavioral Health Service Note (GIRPP)

This encounter was conducted via phone. Due to health related concerns, Telemedicine has been advised at a State level and was deemed necessary for the wellbeing of client and staff. Clinician spoke with client to discuss the privacy risk associated with video/phone services, and client verbally consented to proceed.

**Goal:** *(Pull OBJECTIVE directly from Service Plan)* Lisa will reduce current severity of anxiety symptoms from baseline of 8/10 to below a 5/10. 8=weekly panic attacks, disturbed sleep 6x weekly, chronic suicidality; 5=0 panic attacks for 45 days, improved sleep, elimination of suicidal ideation.

**Intervention:** *(What did you do?)* This writer called Lisa after receiving the following text message: "HI Katie. I'm not doing well right now (in fight or flight 24/7). I've has moments where I feel like I should go to the hospital for treatment and safety, but we held off due to the COVID-19 risk. I think I urgently need to start Meds again. Do you think it would be possible for me to talk with a doctor or NP soon? I have Prozac left from my fall prescription , but not sure if that's what they will want me to start back up. Thanks, Lisa." Provided support through empathetic listening and validating Client's feelings and experiences with recent increase in symptoms and to identify risk factors. Assisted Lisa in identifying strategies to get her through today and the weekend should she be unable to see a psychiatric provider. Provided information about Deschutes County Stabilization Center and encouraged Lisa to utilize after hours or on weekends as an alternative to the hospital. Also discussed LMP referral process and her insurance change that necessitates a switch in therapists.

**Response:** *(How did the Individual respond to intervention and other relevant information?)* Lisa presented as tearful and anxious. She expressed concern about the complexity of her case and reports that she has contemplated

Printed at Deschutes County Health Department [541-322-7400]                    Page 11

CONFIDENTIAL                                           MENNINGER_SUPP000087



DC MAIN CLINIC BH
2577 NE COURTNEY DR
BEND OR 97701-7638

Menninger, Lisa A
MRN: 886869, DOB: ▮▮▮1968, Sex: F

## 12/22/2020 - BH/MH Visits in Deschutes County Behavioral Health Main Clinic (continued)

### Progress Notes (continued)

seeking a "trauma specialist". She was reassured by this writer that our psychiatric providers work with clients with a variety of trauma backgrounds. She denies any imminent risk to herself. She expressed that she feels like "giving up" but denies any actual thoughts of killing herself. She reports her legal case was delayed again; "I don't know how I'm going to make it through the next year an a half." She shared information about her current PCP and emailed this writer her previous records from her psychiatrist in New Mexico.

**Progress**: (*Towards measurable objectives*) Lisa rates her anxiety at a 9/10 today.

**Plan**: (*What will you and/or Individual do between now and next meeting?*) This writer will complete a psychiatric referral ASAP, Lisa will attempt to use positive coping strategies and keep her appointment with this writer on 12/30 at 10 am/ This writer will also consult with Haley Piarelli who will be taking over Lisa's case to staff and coordinate a warm hand off.

Electronically signed by Katherine L Chancellor, QMHP / CADC Intern at 12/22/2020  2:57 PM

Printed at Deschutes County Health Department [541-322-7400]

Page 12

CONFIDENTIAL

**JA2269**



DC MAIN CLINIC BH
2577 NE COURTNEY DR
BEND OR 97701-7638

Menninger, Lisa A
MRN: 886869, DOB: ▉/1968, Sex: F

## 12/15/2020 - BH/MH Visits in Deschutes County Behavioral Health Main Clinic

### Reason for Visit

#### Chief Complaint
- Individual Counseling (phone)

#### Visit Diagnosis
- Generalized anxiety disorder [F41.1]

### Visit Information

#### Provider Information

| Encounter Provider | Authorizing Provider |
|---|---|
| Katherine L Chancellor, QMHP / CADC Intern | Katherine L Chancellor, QMHP / CADC Intern |

#### Department

| Name | Address | Phone | Fax |
|---|---|---|---|
| Deschutes County Behavioral Health Main Clinic | 2577 NE COURTNEY DR Bend OR 97701-7638 | 541-322-7500 | 541-322-7565 |

#### Level of Service

**Level of Service**
NP NON-BILLABLE VISIT
**Log History**
LOS History

### Progress Notes

**Progress Notes by Katherine L Chancellor, QMHP / CADC Intern at 12/15/2020 0904**

| | | |
|---|---|---|
| Author: Katherine L Chancellor, QMHP / CADC Intern | Service: — | Author Type: Masters MH Sp-Non Licensed QMHP |
| Filed: 12/21/2020  9:05 PM | Encounter Date: 12/15/2020 | Creation Time: 12/15/2020  9:04 AM |
| Status: Signed | Editor: Katherine L Chancellor, QMHP / CADC Intern (Masters MH Sp-Non Licensed QMHP) | |

#### Behavioral Health Service Note (GIRPP)

This encounter was conducted via phone.  Due to health related concerns, Telemedicine has been advised at a State level and was deemed necessary for the wellbeing of client and staff. Clinician spoke with client to discuss the privacy risk associated with video/phone services, and client verbally consented to proceed.

**PHQ 2/9 DEPRESSION SCREENING (Required for Age 12+, NOT MDD or Bipolar DX):** Patient not screened, Patient declined

**Suicide Risk Assessment Completed using Columbia Tool (Required for Age 6-17 _WITH_ MDD DX):** Suicide risk not assessed (Ages 18+)

**Goal:** _(Pull OBJECTIVE directly from Service Plan)_ Lisa will reduce current severity of anxiety symptoms from baseline of 8/10 to below a 5/10. 8=weekly panic attacks, disturbed sleep 6x weekly, chronic suicidality; 5=0 panic attacks for 45 days, improved sleep, elimination of suicidal ideation.

**Intervention:** _(What did you do?)_ Utilized person centered therapy and reflective listening to check in with Lisa about symptoms and progress over the last week. Provided support through empathetic listening and validating Client's feelings and experiences. Utilized solutions focused therapy to assist Lisa in identifying what aspects of her life are currently within her control as well as other strategies to cope with anxiety. Provided psychoeducation about anxiety and the nervous system. Encouraged Lisa to attempt to connect with her daughter as a positive source of distraction.

Printed at Deschutes County Health Department [541-322-7400]                                                                 Page 13

CONFIDENTIAL                                                                 MENNINGER_SUPP000089



DC MAIN CLINIC BH
2577 NE COURTNEY DR
BEND OR 97701-7638

Menninger, Lisa A
MRN: 886869, DOB: ▮▮▮/1968, Sex: F

---

**12/15/2020 - BH/MH Visits in Deschutes County Behavioral Health Main Clinic (continued)**

Progress Notes (continued)

---

**Response**: *(How did the Individual respond to intervention and other relevant information?)* Lisa spoke with this writer over the phone for a scheduled individual therapy session. She presented as anxious and tearful. She reports almost continuous anxiety around her legal case. " I just want it over, it just seems like it never never ends." She describes herself as "paralyzed by anxiety. It feels like everything is burning down around me." She reports that she is also expereincing guilt around how this is impacting her daughter and husband. Lisa discussed her strategies for coping with anxiety- "exercise, cleaning house, long walks, things I can control" but goes on to say "I worry about everything, my health, that I am not going to be around for my family."She reports that she has been replaying conversations, and states "it feeling like we're living on a cliff." Reflected on covid impacting her social anxiety, she states that it is worse currently. Lisa reports that she has no purpose currently and in regards to seeking future employment, "I feel like I can never allow myself to take the risk of being in a stiruation like that again.

**Progress**: *(Towards measurable objectives)* Lisa rates her anxiety at an 8 or 9 today. She seemed somewhat open to practicing strategies to increase a sense of safety in her body including breathwork, and gentle movement, "I just want to survive each day."

**Plan**: *(What will you and/or Individual do between now and next meeting?)* This week Lisa will engage in practicing breathing, use other positive coping strategies, to take her anxiety one day at a time, and scheduled individual therapy with this writer on 12/30 at 10 am.

Electronically signed by Katherine L Chancellor, QMHP / CADC Intern at 12/21/2020  9:05 PM

CONFIDENTIAL

MENNINGER_SUPP000090

**JA2271**



DC MAIN CLINIC BH
2577 NE COURTNEY DR
BEND OR 97701-7638

Menninger, Lisa A
MRN: 886869, DOB: ███1968, Sex: F

## 11/30/2020 - BH/MH Visits in Deschutes County Behavioral Health Main Clinic

### Reason for Visit

#### Chief Complaint
- Individual Counseling (phone FTA)

#### Visit Diagnosis
- Generalized anxiety disorder [F41.1]

### Visit Information

#### Provider Information

| Encounter Provider | Authorizing Provider |
|---|---|
| Katherine L Chancellor, QMHP / CADC Intern | Katherine L Chancellor, QMHP / CADC Intern |

#### Department

| Name | Address | Phone | Fax |
|---|---|---|---|
| Deschutes County Behavioral Health Main Clinic | 2577 NE COURTNEY DR Bend OR 97701-7638 | 541-322-7500 | 541-322-7565 |

#### Level of Service

**Level of Service**
BEHAVIORAL HEALTH COUNSELING AND THERAPY, PER 15 MINUTES

### Progress Notes

Progress Notes by Katherine L Chancellor, QMHP / CADC Intern at 11/30/2020 1052

| | | |
|---|---|---|
| Author: Katherine L Chancellor, QMHP / CADC Intern | Service: — | Author Type: Masters MH Sp-Non Licensed QMHP |
| Filed: 12/4/2020 2:04 PM | Encounter Date: 11/30/2020 | Creation Time: 11/30/2020 10:52 AM |
| Status: Signed | Editor: Katherine L Chancellor, QMHP / CADC Intern (Masters MH Sp-Non Licensed QMHP) | |

+
**Behavioral Health Service Note (GIRPP)**

This encounter was conducted via phone. Due to health related concerns, Telemedicine has been advised at a State level and was deemed necessary for the wellbeing of client and staff. Clinician spoke with client to discuss the privacy risk associated with video/phone services, and client verbally consented to proceed.

**PHQ 2/9 DEPRESSION SCREENING (Required for Age 12+, NOT MDD or Bipolar DX):** Positive screen for depression. PHQ 9 score = 10 or greater, document a follow up plan Suicide Risk Assessment (Columbia Tool)

**Suicide Risk Assessment Completed using Columbia Tool (Required for Age 6-17 _WITH_ MDD DX):**
Suicide risk assessed (Ages 18+)

**Goal:** *(Pull OBJECTIVE directly from Service Plan)* Lisa will reduce current severity of anxiety symptoms from baseline of 8/10 to below a 5/10. 8=weekly panic attacks, disturbed sleep 6x weekly, chronic suicidality; 5=0 panic attacks for 45 days, improved sleep, elimination of suicidal ideation.

**Intervention:** *(What did you do?)* Utilized person centered approach, open ended questions and reflective listening to begin building rapport with Lisa.
Provided her with DCBH's treatment philosophy, this writers PDS, group schedule, reviewed service plan objectives, and collaborated with her to update her safety plan. Discussed limits of confidentiality and this writer's role as a mandatory reporter. Introduced DBT skill- Mindfulness of emotion, non judgement. Provided psychoeducation about vagus nerve and central nervous system including fight or flight response. Taught Vagal Breathing technique to reduce

CONFIDENTIAL                                                                                MENNINGER_SUPP000091

**JA2272**



DC MAIN CLINIC BH
2577 NE COURTNEY DR
BEND OR 97701-7638

Menninger, Lisa A
MRN: 886869, DOB: ███/1968, Sex: F

---

### 11/30/2020 - BH/MH Visits in Deschutes County Behavioral Health Main Clinic (continued)

**Progress Notes (continued)**

symptoms of anxiety and assist with sleep.

**Response**: (*How did the Individual respond to intervention and other relevant information?*) Lisa spoke with this writer over the phone for a scheduled individual first treatment appointment. Lisa presented as friendly and appropriate, she became tearful at times when discussing different challenges. She expressed understanding of information provided by this writer including limits of confidentiality. Lisa shared details of her current stressors including chronic pain, and legal issues. She shared what has been helpful about therapy in the past and that she is more action oriented and wants tools to utilize. Lisa participated in vagal breathing exercise with this writer. Lisa responded well to this exercise and reported she felt more relaxed. She shared she is struggling to trust people and though she has always struggled with social anxiety and panic it is currently more challenging than ever.

**Progress**: (*Towards measurable objectives*) This was our first session, progress will be assessed and reported on an ongoing basis. Lisa is engaged, willing to share openly and honestly.

**Plan**: (*What will you and/or Individual do between now and next meeting?*) This week Lisa will engage in identifying emotions she is experiencing with legal issues, create space and time for herself to feel these, practice vagal breathing with tactile component to assist with sleep and scheduled individual therapy with this writer on 12/15 at 9am.

Electronically signed by Katherine L Chancellor, QMHP / CADC Intern at 12/4/2020 2:04 PM

CONFIDENTIAL                                                            MENNINGER_SUPP000092

**JA2273**



DC MAIN CLINIC BH
2577 NE COURTNEY DR
BEND OR 97701-7638

Menninger, Lisa A
MRN: 886869, DOB: ▓/1968, Sex: F

## 10/30/2020 - BH/MH INTERIM in Deschutes County Behavioral Health Main Clinic

### Reason for Visit

#### Chief Complaint
- Follow Up (phone contact)

### Visit Information

#### Provider Information

##### Encounter Provider
Juveen Buckner, MSW, LCSW

#### Department

| Name | Address | Phone | Fax |
|------|---------|-------|-----|
| Deschutes County Behavioral Health Main Clinic | 2577 NE COURTNEY DR Bend OR 97701-7638 | 541-322-7500 | 541-322-7565 |

### Progress Notes

#### Progress Notes by Juveen Buckner, MSW, LCSW at 10/30/2020 1729

| | | |
|---|---|---|
| Author: Juveen Buckner, MSW, LCSW | Service: — | Author Type: Licensed Clinical Social Worker |
| Filed: 10/30/2020  5:32 PM | Encounter Date: 10/30/2020 | Creation Time: 10/30/2020  5:29 PM |
| Status: Signed | Editor: Juveen Buckner, MSW, LCSW (Licensed Clinical Social Worker) | |

This supervisor contacted client at her listed phone number. Discussed her recent request to change therapists and her current life issues she wants to make sure new therapist is aware of. Based on client's described needs, she has been reassigned to Katie Chancellor. Client given appointment time and she is in agreement with her scheduled appointment for 11/30 @ 10:30am.

Electronically signed by Juveen Buckner, MSW, LCSW at 10/30/2020  5:32 PM

CONFIDENTIAL

MENNINGER_SUPP000093

**JA2274**



DC MAIN CLINIC BH
2577 NE COURTNEY DR
BEND OR 97701-7638

Menninger, Lisa A
MRN: 886869, DOB: ▉/1968, Sex: F

## 10/28/2020 - BH/MH INTERIM in Deschutes County Behavioral Health Main Clinic

### Reason for Visit

#### Chief Complaint
- Missed Appointment (No Show)

#### Visit Diagnosis
- Generalized anxiety disorder [F41.1]

### Visit Information

#### Provider Information
##### Encounter Provider
Bryant Vette, MSW, LCSW

### Department

| Name | Address | Phone | Fax |
|---|---|---|---|
| Deschutes County Behavioral Health Main Clinic | 2577 NE COURTNEY DR Bend OR 97701-7638 | 541-322-7500 | 541-322-7565 |

### Progress Notes

#### Progress Notes by Bryant Vette, MSW, LCSW at 10/28/2020 1513

| | | |
|---|---|---|
| Author: Bryant Vette, MSW, LCSW | Service: — | Author Type: Licensed Clinical Social Worker |
| Filed: 10/28/2020 3:14 PM | Encounter Date: 10/28/2020 | Creation Time: 10/28/2020 3:13 PM |
| Status: Signed | Editor: Bryant Vette, MSW, LCSW (Licensed Clinical Social Worker) | |

Individual no showed for appointment on: 10/28/2020
Attempted to contact client. LVM and text

Electronically signed by Bryant Vette, MSW, LCSW at 10/28/2020 3:14 PM

CONFIDENTIAL                                        MENNINGER_SUPP000094

JA2275



DC MAIN CLINIC BH
2577 NE COURTNEY DR
BEND OR 97701-7638

Menninger, Lisa A
MRN: 886869, DOB: ▉/1968, Sex: F

## 10/13/2020 - BH/MH Visits in Deschutes County Behavioral Health Main Clinic

### Reason for Visit

#### Chief Complaint
- Individual Counseling (FTA)

#### Visit Diagnosis
- Generalized anxiety disorder [F41.1]

### Visit Information

#### Provider Information

| Encounter Provider | Authorizing Provider |
| --- | --- |
| Bryant Vette, MSW, LCSW | Bryant Vette, MSW, LCSW |

#### Department

| Name | Address | Phone | Fax |
| --- | --- | --- | --- |
| Deschutes County Behavioral Health Main Clinic | 2577 NE COURTNEY DR Bend OR 97701-7638 | 541-322-7500 | 541-322-7565 |

#### Level of Service

| Level of Service |
| --- |
| BEHAVIORAL HEALTH COUNSELING AND THERAPY, PER 15 MINUTES |

### Progress Notes

#### Progress Notes by Bryant Vette, MSW, LCSW at 10/13/2020 0936

| | | |
| --- | --- | --- |
| Author: Bryant Vette, MSW, LCSW | Service: — | Author Type: Licensed Clinical Social Worker |
| Filed: 10/13/2020 10:51 AM | Encounter Date: 10/13/2020 | Creation Time: 10/13/2020 9:36 AM |
| Status: Signed | Editor: Bryant Vette, MSW, LCSW (Licensed Clinical Social Worker) | |

This encounter was conducted via video. Due to health related concerns, Telemedicine has been advised at a State level and was deemed necessary for the wellbeing of client and staff. Clinician spoke with client to discuss the privacy risk associated with video/phone services, and client verbally consented to proceed.

GOAL: The focus of today's session was to build rapport and review the brief intervention program with client to support their goal of: Lisa will reduce current severity of anxiety symptoms from baseline of 8/10 to below a 5/10. 8=weekly panic attacks, disturbed sleep 6x weekly, chronic suicidality; 5=0 panic attacks for 45 days, improved sleep, elimination of suicidal ideation.

INTERVENTION: Reviewed and discussed psychosocial data, developed rapport, used active listening and reflection to help create an alliance with the client, to gain trust, and build rapport. We also discussed what individual wants to work on in therapy. We discussed expectations about the Acorn survey and why it's important to complete and reviewed the group schedule to help individual determine the best groups for needs and schedule availability. Processed legal situation and stress from this and waiting. St neg thoughts about about legal case or related sources, I let family down, I'm a burden. Talked through fears of group setting due to panic as well as Ed on sev cping skills: container, writing, mindful awareness. Comp safety plan and st husband is safety support and checks on her as well as plans to lock up medications. Prov empathic listening and support.

RESPONSE: Individual was cooperative and seems motivated and ready to begin counseling. Fearful of "nothing working"

PROGRESS: Individual committed to attending and shared openly.

Printed at Deschutes County Health Department [541-322-7400]

Page 19



DC MAIN CLINIC BH
2577 NE COURTNEY DR
BEND OR 97701-7638

Menninger, Lisa A
MRN: 886869, DOB: ▓/1968, Sex: F

## 10/13/2020 - BH/MH Visits in Deschutes County Behavioral Health Main Clinic (continued)

**Progress Notes (continued)**

PLAN:  Scheduled next individual session

Electronically signed by Bryant Vette, MSW, LCSW at 10/13/2020 10:51 AM

CONFIDENTIAL                                    MENNINGER_SUPP000096

**JA2277**



DC MAIN CLINIC BH                    Menninger, Lisa A
2577 NE COURTNEY DR                  MRN: 886869, DOB: ▮▮▮/1968, Sex: F
BEND OR 97701-7638

## 09/29/2020 - BH/MH Visits in Deschutes County Behavioral Health Main Clinic

### Reason for Visit

#### Chief Complaint
- Behavioral Health Assessment (Initial)

#### Visit Diagnosis
- Generalized anxiety disorder (primary) [F41.1]

### Visit Information

#### Provider Information

| Encounter Provider | Authorizing Provider |
|---|---|
| Erin Brunner, LMFT | Erin Brunner, LMFT |

#### Department

| Name | Address | Phone | Fax |
|---|---|---|---|
| Deschutes County Behavioral Health Main Clinic | 2577 NE COURTNEY DR Bend OR 97701-7638 | 541-322-7500 | 541-322-7565 |

#### Level of Service

| Level of Service |
|---|
| PSYCHIATRIC DIAGNOSTIC EVALUATION |

### Progress Notes

#### Progress Notes by Erin Brunner, LMFT at 10/5/2020 1252

| Author: Erin Brunner, LMFT | Service: — | Author Type: Masters MH Sp-Non Licensed QMHP |
|---|---|---|
| Filed: 10/6/2020 11:29 AM | Encounter Date: 9/29/2020 | Creation Time: 10/5/2020 12:52 PM |
| Status: Signed | Editor: Erin Brunner, LMFT (Masters MH Sp-Non Licensed QMHP) | |

**Assessment Service Summary:** Individual was provided with information regarding informed consent and confidentiality and given the opportunity to ask any questions to ensure they understood this information. Individual and this reporter completed a collaborative behavioral health assessment and service plan on this date (please see a copy of assessment and service plan dated today's date in individual's chart). Based on symptom presentation, individual meets criteria for F41.1    Generalized anxiety disorder, with Panic Attacks. Individual's primary assessed need is stabilization of mood and engaging in medication management and their primary goal is improve functioning and better manage overwhelming symptoms of anxiety and depression.

**Response:** Individual was cooperative and engaged in the assessment and service planning process. Individual identifies chronic symptoms of anxiety and overwhelming recent stressors that have led to severe deficits in her functioning. Individual notes that she has recently moved to Bend to be near family, is going through a lawsuit, has profound anxiety that has impacted her ability to work and function. Individual is impacted every day and has been relying on medication for the last several months. Individual is seeking to taper of medications and engage in therapeutic and behavioral treatments for her anxiety. Individual has had a career as a Clinical Pathologist, but is currently on disability.

**Plan:** Individual was scheduled for a first treatment appt on 10/13/20. It is recommended that the individual initially attend individual therapy sessions with the frequency to be determined by their therapist.

Electronically signed by Erin Brunner, LMFT at 10/6/2020 11:29 AM

CONFIDENTIAL                                        MENNINGER_SUPP000097

**JA2278**



DC MAIN CLINIC BH
2577 NE COURTNEY DR
BEND OR 97701-7638

Menninger, Lisa A
MRN: 886869, DOB: ▮▮/1968, Sex: F

## 09/29/2020 - Ancillary Services in Deschutes County Behavioral Health Main Clinic

**Reason for Visit**

### Chief Complaint

- Behavioral Health Assessment (Initial)

### Visit Diagnoses

- **Generalized anxiety disorder (primary) [F41.1]**
- Other specified trauma- and stressor-related disorder [F43.8]

**Visit Information**

### Provider Information

| Encounter Provider | Authorizing Provider |
|---|---|
| Erin Brunner, LMFT | Erin Brunner, LMFT |

### Department

| Name | Address | Phone | Fax |
|---|---|---|---|
| Deschutes County Behavioral Health Main Clinic | 2577 NE COURTNEY DR Bend OR 97701-7638 | 541-322-7500 | 541-322-7565 |

### Level of Service

| Log History |
|---|
| LOS History |

**Progress Notes**

#### Progress Notes by Erin Brunner, LMFT at 10/5/2020 1255

| | | |
|---|---|---|
| Author: Erin Brunner, LMFT | Service: — | Author Type: Masters MH Sp-Non Licensed QMHP |
| Filed: 10/6/2020 11:15 AM | Encounter Date: 9/29/2020 | Creation Time: 10/5/2020 12:55 PM |
| Status: Signed | Editor: Erin Brunner, LMFT (Masters MH Sp-Non Licensed QMHP) | |

### DESCHUTES COUNTY HEALTH SERVICES
### 2577 NE COURTNEY DR.
### BEND, OR 97701
### (541) 322-7500

BEHAVIORAL HEALTH ASSESSMENT, AGES 6+

**INDIVIDUAL ASSESSED**: Lisa A Menninger
**BIRTHDATE**: 8/27/1968    **AGE:** 52 year old

**DATE OF INITIAL ASSESSMENT**: 9/28/2020
**COMPLETED BY:** Erin Brunner, LMFT
**COLLATERAL SOURCE(S) USED**: No other collateral sources used at time of assessment.

---

**PRESENTING PROBLEM (IDENTIFYING INFO, REFERRAL SOURCE, BRIEF REASON FOR SEEKING SERVICES IN INDIVIDUAL'S OWN WORDS):**

Please note: The following assessment was completed through Zoom teleconference app. Telemedicine has been advised at a State level and was deemed necessary for the wellbeing of client and staff due to community risk of

CONFIDENTIAL    MENNINGER_SUPP000098

**JA2279**



DC MAIN CLINIC BH          Menninger, Lisa A
2577 NE COURTNEY DR        MRN: 886869, DOB:    /1968, Sex: F
BEND OR 97701-7638

---

**09/29/2020 - Ancillary Services in Deschutes County Behavioral Health Main Clinic (continued)**

**Progress Notes (continued)**

Covid-19. Clinician spoke with client to discuss the privacy risk associated with video/phone services, and client verbally consented to proceed. Informed consent and client paperwork was completed at time of scheduling.

Lisa is a 52 year-old woman who presents to Deschutes County Health Services for a mental health assessment and to engage in ongoing counseling. Lisa states that she just moved to Bend in June and has been working on transferring to a local psychiatrist. Lisa says that she is in the process of tapering off her medications and would like to set up ongoing services while she goes through a discrimination lawsuit against a former employer. Lisa says that she has been on disability for a little over two years due to her mental health symptoms and she has "only seen a psychiatrist in the past" and has not had therapy. Lisa says that she has "had a lot of problems with medications in the past, so [she] is hoping to not go back on medications". Lisa says that she is seeking treatment for overwhelming and profound symptoms of anxiety and current depression that has been increasing in severity over the last year. Lisa says that she is hoping that therapy can reduce the intensity of her symptoms of depression and anxiety and support her in stabilizing her mood. Lisa states that she has private insurance now but will transition to Medicare in December.

**HISTORY OF PRESENTING PROBLEM(S) (DESCRIBE CURRENT SYMPTOMS: ONSET, DURATION, FREQUENCY, TRIGGERS, COURSE OVER TIME):**

Lisa states that she has a lot of her records that go into detail about her mental health history. Lisa says that she has had social anxiety disorder and panic disorder for her entire life, with frequent panic attacks and problems managing her anxiety as far back as grade school. Lisa says that she was diagnosed with generalized anxiety disorder in her adulthood and she has long had medication management for anxiety. Lisa states that she is a Clinical Pathologist, completed her doctorate and has a history of working a number of high level positions. Lisa says that she moved with her husband and daughter throughout the country and was last working in an executive position that suddenly changed to incorporate speaking engagements, and when she was unable to manage the severe panic attacks and purely overwhelming anxiety, she went to her boss requesting accomodations. Lisa states that she had been able to carefully manage her anxiety before this point, but essentially it went downhill and "they started bullying [her] at work". Lisa says that they refused to accommodate her and Lisa filed a discrimination lawsuit. Lisa says that she had already been through medical leave and short term disability and they encouraged her to take a severance package. Lisa says that she was diagnosed with Acute Stress Disorder at the time and doctors later noted Post-traumatic Stress Disorder from the ordeal. Lisa says that she became suicidal at that time, and she was nearly incapacitated from panic attacks. Lisa says that she was prescribed Fluoxetine as an alternative to Benzodiazepines and different medications prescribed to help her sleep. She also went through a partial hospitalization program for 10 days. Before she moved out to New Mexico, she was having all kinds of side effects from medications, felt she was constantly sedated and drugged. Lisa says that she was having nightmares if she was sleeping. She tapered off medications at that time, moved to New Mexico where she had family support and attempted to take a step back. Lisa says that she was prescribed medications again after setting up a psychologist in New Mexico, but then she got Serotonin Syndrome and had to mix up her medications, then began using intensive exercise to fill in the gap. Lisa says that once things started to ramp up again with the legal case, it became too much to deal with. Lisa says that she put her back on medication at a lower dose, and was prescribed Clonazepam to deal with the panic attacks. Lisa says that she has been taking Clonazepam for most of the year due to the persistence of panic symptoms. Lisa reports periods of not leaving the house, ongoing and persistent fear, panic and worry about her ability to maintain her home. Lisa says that she was always afraid to be called on in class, she would have shaky voice. Back then she was just labeled shy, she always got panic attacks before having to speak publicly in front of the class. She would know it was her turn coming up. Lisa says that she is always worried about taking care of her family and being a perfectionist and not failing. Panic attacks happening very often, weekly or every other week. She has been avoiding the triggers, but she had a very bad one about a week ago. That lasted over thirty minutes. She usually can't talk when it happens. Breathing is very disordered, she has felt she has needed medical attention for severe panic and depression. She was afraid about the covid situation. Her husband is watching her very closely.

Lisa says that she has always had anxiety and panic attacks that were triggered daily, public speaking would require her to take Valium. Lisa says that she didn't really have to take it with the exception of rare occasions in 2015-2018. Lisa says that she was managing her life and she stayed busy, had normal work stress. Lisa says that she felt stable

Printed at Deschutes County Health Department [541-322-7400]                                    Page 23

CONFIDENTIAL                                                              MENNINGER_SUPP000099



DC MAIN CLINIC BH
2577 NE COURTNEY DR
BEND OR 97701-7638

Menninger, Lisa A
MRN: 886869, DOB: 8/27/1968, Sex: F

---

### 09/29/2020 - Ancillary Services in Deschutes County Behavioral Health Main Clinic (continued)

**Progress Notes (continued)**

financially, and was comfortable. Lisa says that it was in late 2017 that her position changed, and it was in January, 2018 that she disclosed her disability. Lisa says that in realizing they wanted her out of the company, she was having panic attacks and she was overwhelmed with fear about how she was going to take care of her family as the sole provider at the time. Lisa says that "every day they were scrutinizing [her] and finding a way to get [her] out". She was to the point that she could not have a conversation with her boss without having a Benzodiazapine. Lisa says that with social anxiety disorder, she rarely has left the house even to step outside, and her husband has to let her know in advance if there's going to be a delivery so she doesn't get startled. She never knows what the next day is going to bring. Lisa feels overwhelming irritability and difficulty with loss of concentration and overall fatigue. Lisa says that she feels depression, but notes an overall and unbearable sense of fatigue, irritability, hopelessness. Lisa says that it's hard to get out of bed and she will have days she feels she can not take anymore pain. Lisa says that she feels passively suicidal. Lisa says that when she moved to Bend, she was having trouble sleeping, and having nightmares every night. Lisa says that she can't bear the uncertainty. Lisa says that she tried Clonidine and Topamax and nothing was helping with the sleep, and she was having more side effects. She was taking more Clonazepam to fall asleep and then she became concerned because she feared that her brain had developed a dependence on it. Lisa says that she "just wants to give [her] body a break from all of it" and she is "on [her] last doses". Lisa says that physically she feels terrible, off balance, dizzy, confused, forgetting things, asking family what day of the week it is. In the tapering off of the Clonazepam, she has had heightened mental health symptoms. Lisa says that she has been really tired, low energy, feel like she can't find joy in anything, even things she wanted to do she doesn't feel like she has the energy and motivation to do them anymore. She really just tries to get through the day. She will use distraction to get through the day. Too tired to read. Mild headaches, mild muscle tension, especially in her back. Occasional diarrhea.

<div align="center">MENTAL HEALTH SCREENING CHECKLIST:</div>

Individual and/or family Endorses depressive symptoms.

See above for description.

Individual and/or family Denies hypomanic and manic symptoms.

Individual and/or family Endorses the presence of sleep issues.

See above for description.

Individual and/or family Denies the presence of compulsive behaviors.

Lisa says that she "has been screened for that and never met criteria", but she will "read and reread emails before [she] sends them, feeling [she] is going to make a mistake".

Individual and/or family Denies the presence of obsessive thoughts.

Individual and/or family Endorses symptoms related to trauma and/or attachment issues.

Lisa says that she has been diagnosed with Post-traumatic Stress Disorder due to the impact of the situation around the termination of her last position. Lisa does not meet criteria for this disorder at the time of this assessment.

Individual and/or family Denies anxiety symptoms.

See above for description.

Individual and/or family Denies somatic symptoms.

Printed at Deschutes County Health Department [541-322-7400]                                                  Page 24

CONFIDENTIAL                                                                          MENNINGER_SUPP000100



DC MAIN CLINIC BH
2577 NE COURTNEY DR
BEND OR 97701-7638

Menninger, Lisa A
MRN: 886869, DOB: ███ 1968, Sex: F

### 09/29/2020 - Ancillary Services in Deschutes County Behavioral Health Main Clinic (continued)

**Progress Notes (continued)**

See above for description.

Individual and/or family Denies inattention and/or impulse control symptoms.

Individual and/or family Denies concerns related to appetite or eating behaviors.

Individual and/or family Denies the presence of auditory hallucinations.

Individual and/or family Denies the presence of visual hallucinations.

Individual and/or family Denies feelings of paranoia.

### PRIOR BEHAVIORAL HEALTH TREATMENT (INCLUDING PSYCHIATRIC ■OSPITALIZATIO■S):

Psychiatrist for the last couple of years, and a psychiatrist who prescribed Valium a couple of times a year if she was in a situation she would need it.

---

SAFETY (RISKS AND CONCERNS)

### RISK TO SELF (HISTORY OF SUICIDE ATTEMPTS, CURRENT SUICIDAL CONCERNS/PLANS, SELF-HARM BEHAVIOR):

Lisa says that thoughts of suicide started in early 2018, when she was still working but knew they wanted her out. She had just felt like she didn't know what she was going to do. Lisa says that she has been having thoughts about it almost daily. Lisa says that it's been really bad the past couple of weeks and she doesn't know if that's the withdrawal, or the stage she's at in the legal case. There's more stress right now, and the world falling apart and she hasn't been able to separate from that. Lisa says that since her husband is aware, he has been talking to her and her sister also checks in with her daily. Lisa says that basically knowing that she could swallow a bunch of pills and do it, but she "doesn't want to hurt anyone". Lisa says that she is compassionate so she doesn't want to hurt her family. Lisa says that she is reaching out to her family when having those thoughts. Lisa is currently at a 6/10 on a scale of suicidality (1-no risk, 10-highest risk).

**Does this individual have depressive symptoms?** YES. If Yes, Columbia Tool required.

**Suicide Risk Assessment completed using Columbia Tool:** Suicide risk assessed (Ages 18+)

### RISK TO OTHERS (HISTORY OF VIOLENCE, CURRENT HOMICIDAL CONCERNS/PLANS):

Lisa denies having a history of violence, denies current or prior homicidal ideation, denies violent thoughts or plans.

**SAFETY PLAN CREATED**: YES.  If Yes, see recommendations section below.

---

FAMILY & SOCIAL HISTORY

### CURRENT FAMILY/LIVING ENVIRONMENT (HOW IT IMPACTS PRESENTING PROBLEM, PRIMARY CAREGIVER ATTACHMENTS, OTHER SOURCE OF SUPPORT, HOUSING):

Lisa states that she currently lives in Bend with her 12 year-old daughter and husband. Lisa says that her mother, sister and brother-in-law also live in Bend. Lisa says that she had been living in Albuquerque, NM and prior to that she lived in Rhode Island, and prior to that Massachusetts. Lisa says that she realized she needed more support. Lisa

CONFIDENTIAL                                                            MENNINGER_SUPP000101

**JA2282**



DC MAIN CLINIC BH
2577 NE COURTNEY DR
BEND OR 97701-7638

Menninger, Lisa A
MRN: 886869, DOB: ██/1968, Sex: F

---

**09/29/2020 - Ancillary Services in Deschutes County Behavioral Health Main Clinic (continued)**

**Progress Notes (continued)**

says that her daughter is also struggling and struggling with anxiety and depression. That makes it difficult for everyone in the home. Daughter is attending school remotely and her husband works from home, and he is a software developer, working with a start-up company. They are working together to generate business. Lisa says that the stress right now has resulted in the home environment being very difficult and strained at times. Right now Lisa says that they are all trying to take tings one day at a time. So much that's so overwhelming in their lives right now.

**HISTORY OF FAMILY/LIVING ENVIRONMENT (FAMILY DYNAMICS, PRIMARY CAREGIVER ATTACHMENTS):**

Lisa says that things were unpredictable with her father growing up as he had Schizophrenia. Lisa says that they tried to have friends outside of the house, so they could escape when their father was not well, but it was often scary when they were growing up. Lisa says that eventually her parents did get divorced. There was a time when mother left with Lisa and her sister and they lived with grandparents. Lisa says that she has since tried to focus on the happy memories.

**TRAUMA & ABUSE HISTORY (INCLUDING DOMESTIC VIOLENCE):**

Lisa says that there was domestic violence between mother and father but not directed at her. Lisa denies a history of other trauma or abuse in her life.

**EARLY CHILDHOOD DEVELOPMENT (INCLUDING PRENATAL AND BIRTH HISTORY):**

Lisa says that she had generalized seizures until she was 5 and was medicated for that.

**FAMILY HISTORY OF MENTAL ILLNESS/SUBSTANCE ABUSE (INCLUDING BEHAVIORAL/LEARNING PROBLEMS):**

Lisa's father had Schizophrenia, he rarely worked. On Mom's side, she and grandmother and sister all suffer from anxiety to different degrees. Daughter has been diagnosed.

---

SUBSTANCE USE/ADDICTIVE BEHAVIORS

*FOR EACH SUBSTANCE INCLUDE PREFERENCE, FREQUENCY/AMOUNT, AGE 1ST USED, ROUTE OF ADMINISTRATION, AND LAST USE. EXPLAIN ANY SYMPTOMS RELATED TO CRAVINGS, PROBLEMS ASSOCIATED WITH USE, TOLERANCE, WITHDRAWAL/RISK, READINESS FOR CHANGE, AND RELAPSE POTENTIAL.*

**NICOTINE:** None-Never

**ALCOHOL:** None- Never

**HOW MANY TIMES IN THE PAST YEAR HAVE YOU CONSUMED 5 (FOR MEN) OR MORE OR 4 (FOR WOMEN) OR MORE ALCOHOLIC DRINKS IN ONE DAY?**
0-1

**EXPLAIN ANSWERS OF 2 OR MORE:** None

**BRIEF COUNSELING (Brief counseling required for an answer of 2 or more times):** Score of 0-1, counseling not required

Printed at Deschutes County Health Department [541-322-7400]                                                    Page 26

CONFIDENTIAL                                                                              MENNINGER_SUPP000102



DC MAIN CLINIC BH
2577 NE COURTNEY DR
BEND OR 97701-7638

Menninger, Lisa A
MRN: 886869, DOB: ███ 1968, Sex: F

## 09/29/2020 - Ancillary Services in Deschutes County Behavioral Health Main Clinic (continued)

**Progress Notes (continued)**

**STIMULANTS**      None-Never

**CANNABIS**        None-Never

**HALLUCINOGENS**   None-Never

**INHALANTS**       None-Never

**OPIOIDS**         None-Never

**SEDATIVES**       Current Use

Lisa endorses the use of sedatives including Clonazepam, Valium, Clonidine and other medications. Lisa states that she uses as prescribed, but has used up to 3mg daily prior to tapering down. Lisa says that she has used Clonazepam regualrly for over the last year, with a sense of some mild withdrawal symptoms as she cuts down. Lisa says that she has been feeling physically off-balance, dizzy, confused, forgetting things, asking family what day of the week it is. Heightened mental health symptoms, Suicidal. Lisa denies the abuse of these substances.

**OTHER SUBSTANCES (SPECIFY)**   None-Never

Individual Denies gambling concerns.
Individual Denies sex addiction and/or pornography concerns.
Individual Denies compulsive shopping concerns.
Individual Denies internet and/or video game use concerns.

### SUBSTANCE USE TREATMENT (CURRENT AND PAST HISTORY):

Clonozepam: at the highest rate she was taking 3mg, has been tapering down since. Currently at .75mg Daily.

---

### HEALTH

### PHYSICAL HEALTH (MEDICAL CONCERNS, NUTRITION, SAFE SEX PRACTICES):

Lisa denies any physical health or medical concerns. Knee concerns and joint issues, but otherwise nothing.

**BMI IS:** There is no height or weight on file to calculate BMI.,
Age 18-64: Above = 25 or greater, Below = 18.5 or less
Age 65+: Above = 30 or greater, Below = 23 or less
**BMI IS CONSIDERED:** Not Documented, This was a telehealth visit

### INFECTIOUS DISEASE CONCERNS AND PLAN FOR FOLLOW-UP/REFERRAL, IF APPLICABLE:

**DOES THE CLIENT CURRENTLY HAVE A PCP?:** Yes. Name of provider and clinic: Lisa states that she is in the process of identifying a doctor but is waiting until her insurance switches to Medicare.

### APPROXIMATE DATE OF LAST VISIT: 06/2020

### ALLERGIES: Not on File

### CURRENT MEDICATIONS (TAKING AS PRESCRIBED?):
No current outpatient medications on file.
Printed at Deschutes County Health Department [541-322-7400]                                    Page 27

CONFIDENTIAL
MENNINGER_SUPP000103



DC MAIN CLINIC BH
2577 NE COURTNEY DR
BEND OR 97701-7638

Menninger, Lisa A
MRN: 886869, DOB: ▮▮/1968, Sex: F

---

**09/29/2020 - Ancillary Services in Deschutes County Behavioral Health Main Clinic (continued)**

**Progress Notes (continued)**

No current facility-administered medications for this visit.

---

### ADDITIONAL BIO/PSYCHO/SOCIAL INFORMATION

**EDUCATION (INCLUDING LEARNING DISABILITIES AND SPECIAL EDUCATION):**

Lisa states that she has a Doctorate. Lisa denies the presence of learning disabilities or special education concerns.

**EMPLOYMENT (CURRENT AND RELEVANT HISTORY):**

Lisa applied for and was granted disability in late 2018. Lisa says that she worked until the end of May, 2018. A lot of back and forth about accommodations, and she was essentially still working while taking medication, was seeing doctor weekly, and then for safety reasons, it was recommended that Lisa go on Medical leave in early June and short term disability though her employer. Then long-term disability started in December, 2018. She was on long-term disability for a year on her employer plan, and simultaneously on SSDI. She is currently still on SSDI.

**MILITARY SERVICE:** None

**COMBAT ZONE EXPERIENCE, IF APPLICABLE:** None

**LEGAL HISTORY AND CURRENT STATUS:** None

**CULTURAL CONSIDERATION:** None

**POTENTIAL IMPACT ON TREATMENT:** None

**INDIVIDUAL/FAMILY STRENGTHS (INCLUDING COPING SKILLS):**

Lisa says that her family, her husband got a guitar for her and has been encouraging her to play. That's something her dad did. She used to walk with a little bit of running in ultra marathons, but she stopped doing that again.

---

### MENTAL STATUS EXAM

*Select as many answers as apply for each category

**APPEARANCE:**
APPROPRIATE

**HYGIENE:**
GOOD

**ATTITUDE:**
COOPERATIVE

**MOOD:**
ANXIOUS

Printed at Deschutes County Health Department [541-322-7400]                    Page 28

CONFIDENTIAL                                                    MENNINGER_SUPP000104

**JA2285**



DC MAIN CLINIC BH
2577 NE COURTNEY DR
BEND OR 97701-7638

Menninger, Lisa A
MRN: 886869, DOB: ▓▓▓/1968, Sex: F

---

**09/29/2020 - Ancillary Services in Deschutes County Behavioral Health Main Clinic (continued)**

Progress Notes (continued)

**AFFECT**:
APPROPRIATE

**SPEECH**:
WITHIN NORMAL LIMITS

**BEHAVIOR**:
WITHIN NORMAL LIMITS

**ORIENTATION**:
PERSON, PLACE, TIME and SITUATION

**THOUGHT CONTENT, PROCESSES & PERCEPTIONS**:
WITHIN NORMAL LIMITS

**INSIGHT/JUDGEMENT**:
GOOD

**MEMORY**:
WITHIN NORMAL LIMITS

**REALITY CONTACTS**:
INTACT

**INTELLECTUAL**:
AVERAGE

**ADDITIONAL MSE INFORMATION (IF APPLICABLE)**:

---

**CLINICAL FORMULATION (brief summary of conditions, DSM 5 diagnostic justification with individual examples, medical necessity for ongoing treatment including functional impairments)**:

Lisa is a 52 year-old woman who presents to Deschutes County Health Services with symptoms of chronic anxiety and current depression with overwhelming symptoms of distress. Lisa has a history of anxiety leading to significant impacts on her health, occupational functioning and family functioning. Lisa states that she has moved several times in the last year in an attempt to be close with natural supports and build better strategies for coping and managing stress. Lisa states that she has been relying on medication management up until recently to manage symptoms of anxiety, but she is fearful of dependence on medication and is seeking counseling support to recover a sense of balance in her mental health.

Primary:
F41.1      Generalized anxiety disorder, with Panic Attacks
Justification: Lisa endorses current symptoms of Generalized Anxiety Disorder with Panic Attacks. Lisa reports a history of chronic anxiety, with former diagnosis and treatment with regard to anxiety symptoms. Lisa endorses the following criteria: A. Excessive anxiety and worry, occurring more days than not for at least 6 months, about a number of events or activities (Lisa reports chronic anxiety and panic about a number of situations, including her employment status, recent lawsuit, home life and "the fact that the world is falling apart"). B. The individual finds it difficult to control the worry (Lisa reports that the anxiety is overwhelming to the degree that she struggles with a number of profound symptoms and cannot control the worry. Lisa also reports frequent panic attacks as noted below). C. The anxiety and

Printed at Deschutes County Health Department [541-322-7400]                                        Page 29



DC MAIN CLINIC BH
2577 NE COURTNEY DR
BEND OR 97701-7638

Menninger, Lisa A
MRN: 886869, DOB: ▇▇▇ 1968, Sex: F

---

**09/29/2020 - Ancillary Services in Deschutes County Behavioral Health Main Clinic (continued)**

**Progress Notes (continued)**

worry are associated with the following symptoms: Restlessness, feeling keyed up or on edge (Lisa reports feeling restless, unable to relax, profound chronic discomfort). Being easily fatigued (Lisa reports ongoing fatigue and difficult managing daily tasks). Difficulty concentrating or mind going blank (Lisa reports difficulty concentrating). Irritability (Lisa reports ongoing irritability and also difficulty managing surprises or unexpected changes without severe distress). Muscle tension (Lisa reports ongoing tension and physical pain). Sleep disturbance (difficulty falling or staying asleep, or restless, unsatisfying sleep). D. The anxiety, worry, or physical symptoms cause clinically significant distress or impairment in social, occupational, or other important areas of functioning (Anxiety has required Lisa to obtain medication management, resulted in hospitalization, outpatient intensive care, loss of work and short term disability and long-term disability. Lisa has moved many times and has been unable to establish natural supports). E. The disturbance is not attributable to the physiological effects of a substance or another medical condition (Lisa has had her medical history cleared). F. The disturbance is not better explained by another medical disorder (e.g., anxiety or worry about having panic attacks in panic disorder, negative evaluation in social anxiety disorder [social phobia], contamination or other obsessions in obsessive-compulsive disorder, separation from attachment figures in separation anxiety disorder, reminders of traumatic events in posttraumatic stress disorder, gaining weight in anorexia nervosa, physical complaints in somatic symptom disorder, perceived appearance flaws in body dysmorphic disorder, having a serious illness in illness anxiety disorder, or the content of delusional beliefs in schizophrenia or delusional disorder). Lisa also indicates symptoms of Panic Attacks including the following: Racing heart, disordered breathing, complications leading to hospitalization, difficulty with chest pain and acute sense of fear and despair.

Rule-Out:
F32.1     Major Depressive Disorder, Single episode, moderate
Justification: Lisa reports symptoms of depression that do not currently meet criteria for another disorder. Lisa reports a loss of interest in activities, difficulty managing her sadness and feelings of hopelessness. Lisa reports that she has been experiencing low self-worth and thoughts of suicide leading to more acute risk. Lisa does indicate that the above symptoms of depression are likely related to the loss of her job, the challenges inherent in her legal situation and the difficulty relocating. Lisa also reports there have been impacts in her relationships as a result of the anxiety and this could be contributing to feelings of depression. Further assessment is recommended.


Lisa demonstrates medical necessity for ongoing behavioral health services due to the chronic nature of her symptoms, the significant impact those symptoms have had on her life and functioning and the difficulty she has had in reducing those symptoms and managing their impact on her life. Lisa indicates that she has suffered complete loss of an ability to work, has been traumatized by a lawsuit and has been suffering severe challenges in her ability to engage in social functioning. Lisa reports suicidal ideation and difficulty with her personal relationships including her husband and daughter. Lisa indicates that it may be possible she is dealing with chronic, cluster C traits, and may be suffering from treatment resistant anxiety. Lisa is strongly recommended for comprehensive behavioral care to improve strategies for managing anxiety and improving sense of agency with regard to physiological regulation.

**T/V/Z/ Codes (applicable biopsychosocial factors)**: Z56.0 Unemployment; Z60.5 Target of Perceived Adverse Discrimination and persecution; Z65.8 Support System Deficit


<u>RECOMMENDATIONS / PLAN</u>

**CLINICAL RECOMMENDATIONS**:

Lisa demonstrates profound symptoms of anxiety and is strongly recommended for behavioral health care. Lisa is recommended for individual therapy, group therapy, case management and medication consultation, with treatment modalities including Cognitive Behavioral Therapy, EMDR, and ACT. Lisa is strongly recommended for treatment to support her in increasing knowledge of triggers, adequate responses to address physiological regulation and build a sense of confidence in her ability to self-manage and prevent relapse in her anxiety. Lisa is recommended for an episode of between 9-12 months at a Level of Care Three. Lisa demonstrates chronic symtpoms, a history of

Printed at Deschutes County Health Department [541-322-7400]                                              Page 30

CONFIDENTIAL

MENNINGER_SUPP000106

**JA2287**



DC MAIN CLINIC BH
2577 NE COURTNEY DR
BEND OR 97701-7638

Menninger, Lisa A
MRN: 886869, DOB: ▮/1968, Sex: F

---

**09/29/2020 - Ancillary Services in Deschutes County Behavioral Health Main Clinic (continued)**

Progress Notes (continued)

treatment and reliance on the highest medication management support. Lisa is recommended for adequate and focused behavioral health services to support her as she moves through the next phase of her symptom management.

**REFERRALS MADE:**

Lisa was scheduled with individual therapist at Deschutes County Health Services in the Adult Outpatient program.

**IF SUD CONCERNS IDENTIFIED, RECOMMENDED SUD/ASAM LEVEL OF CARE:** N/A

**IF CURRENT SUBSTANCE ABUSE WHAT REFERRALS WERE MADE (INTERNAL AND EXTERNAL):**

Lisa does not indicate the presence of substance use concerns or the need for substance use treatment at the time of this assessment.

**CLIENT'S LEVEL OF CARE:  Level of Care 3 - Length of Stay 270 to 365 Days of Service (9-12 months), 21-50 Encounters** (pulled from flowsheet)

**SAFETY PLAN (IF APPLICABLE):**

Lisa notes a reliable safety plan at this time and this writer discussed safety with Lisa at the time of assessment. Lisa reports that she is in contact with her husband and her sister almost daily about her thoughts of suicide. Sister is checking on her face-to-face most days, and calling every day. Lisa is speaking with her husband anytime she feels ideation of self-harm or suicide and her husband is "keeping track" of both her medications and her affect. Lisa and this writer discuss providing sister and husband with a daily "scale of 1-10" rating of suicidal ideation with the intent to express need for further treatment if rating rises above a 7 or 8. Treatment options explored included Stabilization Center, Psychological Respite, Hospital. Lisa and this writer also discussed locking medications or putting them out of Lisa's reach with the exception of "a pill or two for emergency use" and providing Lisa with the support of having to stop with her husband before having access to her medication so that she never has access to all of her medications at once. Lisa communicates agreement in this safety plan.

Electronically signed by Erin Brunner, LMFT at 10/6/2020 11:15 AM

---

**Progress Notes by Katherine L Chancellor, QMHP / CADC Intern at 1/13/2021 0920**

| | | |
|---|---|---|
| Author: Katherine L Chancellor, QMHP / CADC Intern | Service: — | Author Type: Masters MH Sp-Non Licensed QMHP |
| Filed: 1/13/2021  9:53 AM | Encounter Date: 9/29/2020 | Creation Time: 1/13/2021  9:20 AM |
| Status: Signed | Editor: Katherine L Chancellor, QMHP / CADC Intern (Masters MH Sp-Non Licensed QMHP) | |

Assessment Update – DIAGNOSIS CHANGE

**INDIVIDUAL ASSESSED:** Lisa A Menninger
**BIRTHDATE:** ▮1968          **AGE:** 52 year old

**DATE OF UPDATED ASSESSMENT:** 1/13/2021

This is an other assessment update completed by Katherine L Chancellor, QMHP / CADC Intern.

---

Printed at Deschutes County Health Department [541-322-7400]                    Page 31



DC MAIN CLINIC BH
2577 NE COURTNEY DR
BEND OR 97701-7638

Menninger, Lisa A
MRN: 886869, DOB: ▇/1968, Sex: F

**09/29/2020 - Ancillary Services in Deschutes County Behavioral Health Main Clinic (continued)**

Progress Notes (continued)

**PRESENTING PROBLEM AND HISTORY OF PRESENTING PROBLEM** DESCRIBE CURRENT/PAST SYMPTOMS: ONSET, DURATION, FREQUENCY, TRIGGERS, COURSE OVER TIME (and any notable changes to clinical presentation, mental status and symptoms): Symptoms are consistent with initial assessment, however with further information symptoms of response to trauma have led this writer to add a Diagnosis of Other Specified Trauma- and Stressor Related Disorder based on the following- Exposure to a traumatic event as perceived by the client (threatened loss of livelihood based on job discrimination and subsequent job loss); intrusive symptoms including recurrent unwanted distressing memories of the event ("replayng vivid details of event over and over in my mind"), dissociative reactions ( flashbacks with somatic symptoms inability to stay in the present moment with her family); intense and prolonged psychological distress at exposure to cues related to event (talking with lawyer, discussing events, being around people outside her family, reading emails); avoidance (moving away from area where event occurred, avoidance of any future work, groups of people); negative beliefs about herself as a result of the events ("feelings of failure, I can't trust anyone."); persistent negative emotional state (distant from family, fearful, depressed, anxious); Alterations in arousal (exagerated startle response even with family "they have to warn me if people are coming to the house").  These symptoms have been present for more than 1.5 years since the event and cannot be attributed to a substance or another condition.  These symptoms impair Lisa's functioning in ability to work, parent, and engage socially-(enable to work since the event, she feels that she struggles to stay present with her daughter at times, and does not engage socially outside her immediate familiy). Lisa Scored a 65 in PTSD screening tool T PCL-5 indicating significant impairment due to trauma symptoms.  PTSD is not being provided at this time due to the traumatic event not being related to exposure to actual or threatened death, serious injury, or sexual violence.

**HAVE THERE BEEN ANY CRISIS CONTACTS, HOSPITALIZATIONS, OR CHANGE IN RISK TO SELF OR OTHERS?**
No

_____

FAMILY & SOCIAL HISTORY

**HAVE THERE BEEN ANY OTHER CHANGES TO INDIVIDUAL'S FAMILY AND SOCIAL LIFE CIRCUMSTANCES?** (i.e. living arrangements, trauma history, physical health, education, employment, legal status, etc.)
No

_____

SUBSTANCE USE/ADDICTIVE BEHAVIORS

**HAVE THERE BEEN ANY CHANGES TO INDIVIDUAL'S SUBSTANCE USE OR OTHER ADDICTIVE BEHAVIORS?**
No

_____

HEALTH

**HAVE THERE BEEN ANY NOTABLE CHANGES TO INDIVIDUAL'S PHYSICAL HEALTH CONDITION?**
No

**DOES THE CLIENT CURRENTLY HAVE A PCP?:** Yes. Name of provider and clinic: High Lakes Health Care-

CONFIDENTIAL                                                        MENNINGER_SUPP000108

**JA2289**



DC MAIN CLINIC BH
2577 NE COURTNEY DR
BEND OR 97701-7638

Menninger, Lisa A
MRN: 886869, DOB: ▮▮/1968, Sex: F

**09/29/2020 - Ancillary Services in Deschutes County Behavioral Health Main Clinic (continued)**

**Progress Notes (continued)**

Jeness Christensen

*ADULT BMI ONLY FOR 180-DAY UPDATE:*

**BMI IS:** There is no height or weight on file to calculate BMI.
Age 18-64: Above = 25 or greater, Below = 18.5 or less
Age 65+: Above = 30 or greater, Below = 23 or less

**BMI IS CONSIDERED:** Not Documented, This was a telehealth visit

**CURRENT MEDICATIONS** (Taking as prescribed?)**:**

Current Outpatient Medications

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • FLUoxetine (PROZAC) 10 mg capsule | Take 1 Capsule by mouth once daily (start 01/11/2021) | 30 Capsule | 1 |
| • FLUoxetine (PROZAC) 20 mg capsule | Take 1 Capsule by mouth once daily | 30 Capsule | 1 |
| • indomethacin (INDOCIN) 50 mg capsule | | | |

No current facility-administered medications for this visit.

---

ADDITIONAL BIO/PSYCHO/SOCIAL INFORMATION

**HAVE THERE BEEN ANY OTHER CHANGES TO INDIVIDUAL'S LIFE CIRCUMSTANCES?** (i.e. education, employment, legal, etc.)
No

---

**CLINICAL FORMULATION (brief summary of condition(s), DSM 5 diagnostic justification with individual examples, and medical necessity for treatment including functional impairments):**

Changed or New Diagnosis:
F43.8    Other specified trauma-and stressor related disorder
Justification: Exposure to a traumatic event as perceived by the client (threatened loss of livelihood based on job discrimination and subsequent job loss); intrusive symptoms including recurrent unwanted distressing memories of the event ("replaying vivid details of event over and over in my mind"); dissociative reactions ( flashbacks with somatic symptoms inability to stay in the present moment with her family); intense and prolonged psychological distress at exposure to cues related to event (talking with lawyer, discussing events, being around people outside her family, reading emails); avoidance (moving away from area where event occurred, avoidance of any future work, groups of people); negative beliefs about herself as a result of the events ("feelings of failure, I can't trust anyone."); persistent negative emotional state (distant from family, fearful, depressed, anxious); Alterations in arousal (exagerated startle response even with family "they have to warn me if people are coming to the house"). These symptoms have been present for more than 1.5 years since the event and cannot be attributed to a substance or another condition. These symptoms impair Lisa's functioning in ability to work, parent, and engage socially-(enable to work since the event, she feels that she struggles to stay present with her daughter at times, and does not engage socially outside her immediate familiy). Lisa Scored a 65 in PTSD screening tool T PCL-5 indicating significant impairment due to trauma

Printed at Deschutes County Health Department [541-322-7400]                                    Page 33



DC MAIN CLINIC BH          Menninger, Lisa A
2577 NE COURTNEY DR        MRN: 886869, DOB: ▮▮/1968, Sex: F
BEND OR 97701-7638

**09/29/2020 - Ancillary Services in Deschutes County Behavioral Health Main Clinic (continued)**

**Progress Notes (continued)**

symptoms. PTSD is not being provided at this time due to the traumatic event not being related to exposure to actual or threatened death, serious injury, or sexual violence.

Continuing Diagnosis is from the most recent Initial Assessment by Erin Brunner LMFT dated 9/28/20:
F41.1       Generalized anxiety disorder with Panic Attacks
Justification: Lisa endorses current symptoms of Generalized Anxiety Disorder with Panic Attacks. Lisa reports a history of chronic anxiety, with former diagnosis and treatment with regard to anxiety symptoms. Lisa endorses the following criteria: A. Excessive anxiety and worry, occurring more days than not for at least 6 months, about a number of events or activities (Lisa reports chronic anxiety and panic about a number of situations, including her employment status, recent lawsuit, home life and "the fact that the world is falling apart"). B. The individual finds it difficult to control the worry (Lisa reports that the anxiety is overwhelming to the degree that she struggles with a number of profound symptoms and cannot control the worry. Lisa also reports frequent panic attacks as noted below). C. The anxiety and worry are associated with the following symptoms: Restlessness, feeling keyed up or on edge (Lisa reports feeling restless, unable to relax, profound chronic discomfort). Being easily fatigued (Lisa reports ongoing fatigue and difficult managing daily tasks). Difficulty concentrating or mind going blank (Lisa reports difficulty concentrating). Irritability (Lisa reports ongoing irritability and also difficulty managing surprises or unexpected changes without severe distress). Muscle tension (Lisa reports ongoing tension and physical pain). Sleep disturbance (difficulty falling or staying asleep, or restless, unsatisfying sleep). D. The anxiety, worry, or physical symptoms cause clinically significant distress or impairment in social, occupational, or other important areas of functioning (Anxiety has required Lisa to obtain medication management, resulted in hospitalization, outpatient intensive care, loss of work and short term disability and long-term disability. Lisa has moved many times and has been unable to establish natural supports). E. The disturbance is not attributable to the physiological effects of a substance or another medical condition (Lisa has had her medical history cleared). F. The disturbance is not better explained by another medical disorder (e.g., anxiety or worry about having panic attacks in panic disorder, negative evaluation in social anxiety disorder [social phobia], contamination or other obsession in obsessive-compulsive disorder, separation from attachment figures in separation anxiety disorder, reminders of traumatic events in posttraumatic stress disorder, gaining weight in anorexia nervosa, physical complaints in somatic symptom disorder, perceived appearance flaws in body dysmorphic disorder, having a serious illness in illness anxiety disorder, or the content of delusional beliefs in schizophrenia or delusional disorder). Lisa also indicates symptoms of Panic Attacks including the following: Racing heart, disordered breathing, complications leading to hospitalization, difficulty with chest pain and acute sense of fear and despair

**T/Z Codes (applicable biopsychosocial factors):** Z56.0 Unemployment; Z60.5 Target of Perceived Adverse Discrimination and persecution; Z65.8 Support System Deficit

RECOMMENDATIONS / PLAN

**CLINICAL RECOMMENDATIONS:** Lisa demonstrates profound symptoms of anxiety and is strongly recommended for behavioral health care. Lisa is recommended for individual therapy, group therapy, case management and medication consultation, with treatment modalities including Cognitive Behavioral Therapy, EMDR, and ACT. Lisa is strongly recommended for treatment to support her in increasing knowledge of triggers, adequate responses to address physiological regulation and build a sense of confidence in her ability to self-manage and prevent relapse in her anxiety. Lisa is recommended for an episode of between 9-12 months at a Level of Care Three. Lisa demonstrates chronic symptpoms, a history of treatment and reliance on the highest medication management support. Lisa is recommended for adequate and focused behavioral health services to support her as she moves through the next phase of her symptom management

Printed at Deschutes County Health Department [541-322-7400]                                      Page 34



DC MAIN CLINIC BH
2577 NE COURTNEY DR
BEND OR 97701-7638

Menninger, Lisa A
MRN: 886869, DOB: ▮1968, Sex: F

---

## 09/29/2020 - Ancillary Services in Deschutes County Behavioral Health Main Clinic (continued)

**Progress Notes (continued)**

**REFERRALS MADE:** Lisa will continue to work with a therapist on the Adult Outpatient team

**IF SUD CONCERNS IDENTIFIED, RECOMMENDED SUD/ASAM LEVEL OF CARE:** N/A

**IF CURRENT SUBSTANCE ABUSE, WHAT REFERRALS WERE MADE (INTERNAL AND EXTERNAL):**

**CLIENT'S CURRENT LEVEL OF CARE:**

10/6/2020 11:00 AM

Level of Care 3 - Length of Stay 270 to 365 Days of Service (9-12 months), 21-50 Encounters
(pulled from flowsheet)

**IF LOC HAS CHANGE, BRIEFLY DESCRIBE REASONS:**

**CURRENT DLA 20 SCORE: 42 (10/06/20 1100)** (pulled from flowsheet)

**WAS THE DLA 20 UPDATED?** (Required at 180 Day Update): Not applicable

**WAS MOTS REVIEWED OR UPDATED?** (Required at 180 Day Update): Not applicable

Electronically signed by Katherine L. Chancellor, QMHP / CADC Intern at 1/13/2021  9:53 AM

---

Printed at Deschutes County Health Department [541-322-7400]

Page 35

CONFIDENTIAL                    MENNINGER_SUPP000111

**JA2292**



DC MAIN CLINIC BH          Menninger, Lisa A
2577 NE COURTNEY DR        MRN: 886869, DOB: ███/1968, Sex: F
BEND OR 97701-7638

## ASSESSMENT

### 09/29/2020 - DCBH (BHMH)

#### Overview as of 10/6/2020 11:21 AM

The DCBH Assessment document is located in the Ancillary Services Encounter, dated 09/29/20.

All information listed in the Clinical Summary is in conjunction with the DCBH Assessment.

#### Allergies as of 1/15/2021                                                    Reviewed on 12/29/2020

|                        | Noted      | Reaction Type | Reactions |
|------------------------|------------|---------------|-----------|
| Penicillins<br>As a child | 12/02/2020 | Not Verified  | Rash      |

#### Medical History

No past medical history on file.

#### Surgical History

No past surgical history on file.

#### Family History

No family history on file.

#### Assessment Education as of 10/6/2020 11:21 AM

Highest school grade completed:
20

Legal Status:
14=None

*Historical = greater than one year ago*

#### Symptoms

#### Assessment Signoffs as of 10/6/2020 11:21 AM

| Clinician          | Date/time              | Type               | Date of Service |
|--------------------|------------------------|--------------------|-----------------|
| Erin Brunner, LMFT | 10/6/2020 11:21 AM PDT | Initial Assessment | 9/29/2020       |

## ASSESSMENT

#### Overview as of 10/6/2020 11:21 AM

The DCBH Assessment document is located in the Ancillary Services Encounter, dated 09/29/20.

All information listed in the Clinical Summary is in conjunction with the DCBH Assessment.

#### Allergies as of 1/15/2021                                                    Reviewed on 12/29/2020

|                        | Noted      | Reaction Type | Reactions |
|------------------------|------------|---------------|-----------|
| Penicillins<br>As a child | 12/02/2020 | Not Verified  | Rash      |

#### Medical History

No past medical history on file.

Printed at Deschutes County Health Department [541-322-7400]                        Page 36

CONFIDENTIAL                                                    MENNINGER_SUPP000112

**JA2293**



DC MAIN CLINIC BH
2577 NE COURTNEY DR
BEND OR 97701-7638

Menninger, Lisa A
MRN: 886869, DOB: ▮/1968, Sex: F

## 09/29/2020 - DCBH (BHMH) (continued)

**Surgical History**

No past surgical history on file.

**Family History**

No family history on file.

**Assessment Education as of 10/6/2020 11:21 AM**

Highest school grade completed:
20

Legal Status:
14=None

*Historical = greater than one year ago*

**Symptoms**

**Assessment Signoffs as of 10/6/2020 11:21 AM**

| Clinician | Date/time | Type | Date of Service |
|---|---|---|---|
| Erin Brunner, LMFT | 10/6/2020 11:21 AM PDT | Initial Assessment | 9/29/2020 |

## Service Plan

Level of Service
Outpatient

Today's work is a/an:
New

**Assessed Needs/Goals/Objectives/Services as of 10/6/2020 11:29 AM**

| | Status | | Priority |
|---|---|---|---|
| Assessed Needs 1: Mental Health | | | |

| | | Status | | Target Date |
|---|---|---|---|---|
| Goal 1.1: Lisa will stabilize anxiety and recover a sense of agency over her symptoms. | | Active | | 9/29/2021 |

| | | Status | | Target Date |
|---|---|---|---|---|
| Objective 1.1.1: Lisa will reduce current severity of anxiety symptoms from baseline of 8/10 to below a 5/10. 8=weekly panic attacks, disturbed sleep 6x weekly, chronic suicidality; 5=0 panic attacks for 45 days, improved sleep, elimination of suicidal ideation. | | Active | | 9/29/2021 |

| | Services | Duration | Amount | Frequency | Provider | Provider |
|---|---|---|---|---|---|---|
| | Indiv Counseling | 60 - Mins | 1x | Weekly | 03=LMP, LPC, LMFT, LCSW, Psychologist, QMHP | |
| | Group Counseling | 90 - Mins | 1x | Weekly | 03=LMP, LPC, LMFT, | |

Printed at Deschutes County Health Department [541-322-7400]

Page 37

CONFIDENTIAL

MENNINGER_SUPP000113

**JA2294**



DC MAIN CLINIC BH
2577 NE COURTNEY DR
BEND OR 97701-7638

Menninger, Lisa A
MRN: 886869, DOB: ___/1968, Sex: F

## 09/29/2020 - DCBH (BHMH) (continued)

### Assessed Needs/Goals/Objectives/Services as of 10/6/2020 11:29 AM (continued)

| | | | | | |
|---|---|---|---|---|---|
| | | | | LCSW, Psychologist, QMHP | |
| Interpretation, Explanation, Advising | 15 - Mins | 1x | Weekly | 03=LMP, LPC, LMFT, LCSW, Psychologist, QMHP | |
| Environmental Intervention | 15 - Mins | 1x | Weekly | 04=LMP, LPC, LMFT, LCSW, Psychologist, QMHP, QMHA | |
| Case Management | 30 - Mins | 1x | Weekly | 11=LPC, LMFT, LCSW, Psychologist, QMHP, QMHA, Certified Peer Support Specialist | |
| Med Consultation | 30 - Mins | 1x | Monthly | | LMP (Licensed Medical Provider) |
| Med Management | 15 - Mins | 1x | Weekly | 01=LMP, RN | |

### Administration & Signoff as of 10/6/2020 11:29 AM

**The following people contributed to this plan:**
Client /Individual

**Client's/individual's level of agreement and concurrence:**
Involved and concurs

**Copy given to whom:**
No One

**Criteria for service conclusion reviewed during this session:**
Yes

**Next service review should take place on or before:**
9/29/2021

**This plan should be reviewed:**
Annually

| Clinician Signature | Date |
|---|---|
| Erin Brunner, LMFT | 10/6/2020 11:29 AM PDT |

## 09/29/2020 - DCBH (BHMH)
## CLIENT SAFETY PLAN

### All Edits

CONFIDENTIAL                                                                          MENNINGER_SUPP000114

**JA2295**



DC MAIN CLINIC BH
2577 NE COURTNEY DR
BEND OR 97701-7638

Menninger, Lisa A
MRN: 886869, DOB: ███/1968, Sex: F

---

**09/29/2020 - DCBH (BHMH)**
**CLIENT SAFETY PLAN (continued)**

**All Edits (continued)**

10/13/2020  9:49 AM [Bryant Vette, MSW, LCSW]
11/30/2020 11:05 AM [Katherine L Chancellor, QMHP / CADC Intern]
11/30/2020 11:05 AM [Katherine L Chancellor, QMHP / CADC Intern]
**Current draft**

**09/29/2020 - DCBH (BHMH) (continued)**

# END OF REPORT

CONFIDENTIAL                                                                                MENNINGER_SUPP000115

**JA2296**