Case No. 23-2030

---

## UNITED STATES COURT OF APPEALS

## FOR THE FIRST CIRCUIT

_____

LISA MENNINGER,

*Plaintiff-Appellee*,

v.

PPD DEVELOPMENT, L.P.,

*Defendant-Appellant,*

_____

On Appeal from a Judgement of the
United States District Court for the District of Massachusetts
Docket No. 1:19-cv-11441-LTS
_____

## JOINT APPENDIX

## Volume III (JA2297 - JA2637)

Douglas Hallward-Driemeier
ROPES & GRAY LLP
2099 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 508-4600
Douglas.Hallward-
Driemeier@ropesgray.com

John Bueker
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199
(617) 951-7000
John.Bueker@ropesgray.com

Dated: April 8, 2024

*Attorneys for the Defendant-Appellant*

## <u>TABLE OF CONTENTS</u>

**Contents**                                                                 **Page(s)**

### VOLUME I

District Court Docket ................................................................................ JA1

Complaint and Demand for Jury Trial, dated
    July 28, 2019 [Dkt. 1] ........................................................................ JA25

Affidavit of Chris Fikry, dated March 24, 2021 [Dkt. 51] ......................... JA55

Order on PPD's Motion for Summary Judgment and
    Menninger's Motion to Strike, dated
    March 22, 2022 [Dkt. 81] ................................................................. JA63

PPD Trial Brief, dated March 10, 2023 [Dkt. 114] .................................... JA84

Menninger Trial Brief, dated March 10, 2023 [Dkt. 118] ......................... JA139

Charge to the Jury, dated March 30, 2023 [Dkt. 145] ............................... JA167

Response to Court Order, dated March 30, 2023 [Dkt. 147] ...................... JA202

Jury Verdict, dated March 31, 2023 [Dkt. 149] ......................................... JA204

Trial Transcript Day 1, dated March 31, 2023 [Dkt. 151] .......................... JA209

Trial Transcript Day 2, dated March 31, 2023 [Dkt. 152] .......................... JA299

Trial Transcript Day 3, dated March 31, 2023 [Dkt. 153] .......................... JA404

Trial Transcript Day 4, dated March 31, 2023 [Dkt. 154] .......................... JA558

Trial Transcript Day 5, dated March 31, 2023 [Dkt. 155] .......................... JA716

Trial Transcript Day 6, dated March 31, 2023 [Dkt. 156] .......................... JA872

Trial Transcript Day 7, dated March 31, 2023 [Dkt. 157] .......................... JA1130

Trial Transcript Day 8, dated March 31, 2023 [Dkt. 158]...........................JA1394

Trial Transcript Day 9, dated March 31, 2023 [Dkt. 159].........................JA1553

Trial Transcript Day 10, dated March 31, 2023 [Dkt. 160]........................JA1731

Defendant's Combined Memorandum of Law in support
    of Renewed Motion for Judgement,
    dated June 9, 2023 [Dkt. 181]............................................................JA1869

Plaintiff's Opposition to Defendant's Post-Trial Motion,
    dated July 7, 2023 [Dkt 186] .............................................................JA1914

Defendant's Reply in Support of Renewed Motion,
    dated July 28, 2023 [Dkt. 189] ..........................................................JA1972

Trial Exhibit 14 ...........................................................................................JA2000

Trial Exhibit 17 ...........................................................................................JA2001

Trial Exhibit 18 ...........................................................................................JA2002

Trial Exhibit 19 ...........................................................................................JA2114

Trial Exhibit 20 ...........................................................................................JA2120

Trial Exhibit 21 ...........................................................................................JA2130

## VOLUME II

Trial Exhibit 23 ...........................................................................................JA2182

Trial Exhibit 24 ...........................................................................................JA2256

## VOLUME III

Trial Exhibit 25 ...........................................................................................JA2297

Trial Exhibit 26 ...........................................................................................JA2357

Trial Exhibit 27 ......................................................................................... JA2395

Trial Exhibit 33 ......................................................................................... JA2577

Trial Exhibit 35 ......................................................................................... JA2579

Trial Exhibit 41 ......................................................................................... JA2581

Trial Exhibit 47 ......................................................................................... JA2582

Trial Exhibit 48 ......................................................................................... JA2586

Trial Exhibit 49 ......................................................................................... JA2589

Trial Exhibit 50 ......................................................................................... JA2590

Trial Exhibit 57 ......................................................................................... JA2594

Trial Exhibit 58 ......................................................................................... JA2606

Trial Exhibit 59 ......................................................................................... JA2615

Trial Exhibit 60 ......................................................................................... JA2625

Trial Exhibit 62 ......................................................................................... JA2628

Trial Exhibit 67 ......................................................................................... JA2632

**VOLUME IV**

Trial Exhibit 68 ......................................................................................... JA2638

Trial Exhibit 69 ......................................................................................... JA2642

Trial Exhibit 70 ......................................................................................... JA2647

Trial Exhibit 73 ......................................................................................... JA2656

Trial Exhibit 74 ......................................................................................... JA2662

Trial Exhibit 75 ................................................................................JA2664

Trial Exhibit 76 ................................................................................JA2665

Trial Exhibit 80 ................................................................................JA2666

Trial Exhibit 87 ................................................................................JA2667

Trial Exhibit 90 ................................................................................JA2686

Trial Exhibit 106 ..............................................................................JA2688

Trial Exhibit 109 ..............................................................................JA2705

Trial Exhibit 115 ..............................................................................JA2709

Trial Exhibit 118 ..............................................................................JA2720

Trial Exhibit 119 ..............................................................................JA2725

Trial Exhibit 121 ..............................................................................JA2730

Trial Exhibit 124 ..............................................................................JA2732

Trial Exhibit 125 ..............................................................................JA2736

Trial Exhibit 126 ..............................................................................JA2738

Trial Exhibit 132 ..............................................................................JA2743

Trial Exhibit 136 ..............................................................................JA2756

Trial Exhibit 139 ..............................................................................JA2769

Trial Exhibit 141 ..............................................................................JA2774

Trial Exhibit 142 ..............................................................................JA2777

Trial Exhibit 144 ..............................................................................JA2779

Trial Exhibit 146 ....................................................................................... JA2784

Trial Exhibit 148 ....................................................................................... JA2785

Trial Exhibit 154 ....................................................................................... JA2787

Trial Exhibit 157 ....................................................................................... JA2788

Trial Exhibit 167 ....................................................................................... JA2792

Trial Exhibit 172 ....................................................................................... JA2797

Trial Exhibit 174 ....................................................................................... JA2804

Trial Exhibit 176 ....................................................................................... JA2809

Trial Exhibit 180 ....................................................................................... JA2815

Trial Exhibit 182 ....................................................................................... JA2819

Trial Exhibit 186 ....................................................................................... JA2825

Trial Exhibit 192 ....................................................................................... JA2829

Trial Exhibit 194 ....................................................................................... JA2833

Trial Exhibit 197 ....................................................................................... JA2838

Trial Exhibit 200 ....................................................................................... JA2845

Trial Exhibit 201 ....................................................................................... JA2848

Trial Exhibit 213 ....................................................................................... JA2853

Trial Exhibit 229 ....................................................................................... JA2856

Trial Exhibit 231 ....................................................................................... JA2859

Trial Exhibit 233 ....................................................................................... JA2861

Trial Exhibit 242 ........................................................................... JA2862

Trial Exhibit 244 ........................................................................... JA2866

Trial Exhibit 245 ........................................................................... JA2868

Trial Exhibit 261 ........................................................................... JA2871

Trial Exhibit 265 ........................................................................... JA2879

Trial Exhibit 271 ........................................................................... JA2880

Trial Exhibit 277 ........................................................................... JA2883

Trial Exhibit 290 ........................................................................... JA2887

Trial Exhibit 291 ........................................................................... JA2889

Trial Exhibit 300 ........................................................................... JA2894

Trial Exhibit 301 ........................................................................... JA2899

Trial Exhibit 320 ........................................................................... JA2903

Trial Exhibit 332 ........................................................................... JA2907

Trial Exhibit 333 ........................................................................... JA2911

Trial Exhibit 338 ........................................................................... JA2912

Trial Exhibit 350 ........................................................................... JA2918

Trial Exhibit 366 ........................................................................... JA2923

Trial Exhibit 373 ........................................................................... JA2925

Trial Exhibit 378 ........................................................................... JA2926

Trial Exhibit 392 ........................................................................... JA2929

Trial Exhibit 394 ........................................................................... JA2933

Trial Exhibit 405 ........................................................................... JA2940

Trial Exhibit 433 ........................................................................... JA2943

Trial Exhibit 450 ........................................................................... JA2946

Trial Exhibit 454 ........................................................................... JA2959

Trial Exhibit 455 ........................................................................... JA2960

Trial Exhibit 456 ........................................................................... JA2961

Trial Exhibit 460 ........................................................................... JA2969

Notice of Appeal, dated November 29, 2023 [Dkt. 195]............................ JA2972

CERTIFICATE OF SERVICE



**BUTLER HOSPITAL**

Date: 1/13/21

Dear Sir or Madam:

Enclosed please find the information you requested. This information is confidential and is intended for your use only. It is not to be further disclosed without the written consent of the patient or as specifically permitted by Rhode Island and Federal laws.

Should you have any questions please do not hesitate to call us at (401) 455-6321.

Sincerely,

Correspondence Section
Health Information Management
Butler Hospital

Enclosure

THIS INFORMATION HAS BEEN DISCLOSED TO YOU FROM MEDICAL RECORDS PROTECTED UNDER RHODE ISLAND GENERAL LAW AND CANNOT BE FURTHER DISCLOSED. RECORDS OF ALCOHOL OR DRUG ABUSE ARE ALSO PROTECTED UNDER FEDERAL REGULATION 42 CFR PART 2.



345 Blackstone Boulevard, Providence, RI 02906
Affiliated with the Brown University School of Medicine
(401)-455-6200. TDD/TTY (401)-455-6239

MENNINGER_SUPP000116

**JA2297**

**Care New England**

RECEIVED

DEC 10 2020

**AUTHORIZATION TO RELEASE HEALTH INFORMATION**

By

10136 (3-2015)

1   Patient name Lisa Menninger ("Patient") Date of Birth: ▮▮/1968 Telephone: 913-387-945▮

Address: 1496 NW Discovery Park Dr. Bend, OR 97703   Med. Rec. #
      Street         City     State   Zip

2   The undersigned hereby authorizes the following CNE Provider  Butler Hospital
                                           (Insert Hospital/Facility/Physician name) (the **"Provider"**)

Address: 345 Blackstone Blvd. Providence, RI 02906
      Street         City     State   Zip

Telephone: 401-455-6321 Fax:

☑ to release/disclose to the individual and/or entity named in Section 3 (**"Recipient"**)

**AND/OR**

☑ to request/receive from the individual and/or entity named in Section 3 (**"Disclosing Party"**)

the protected health information (**"Health Information"**) specified in Section 4

3.   Recipient or Disclosing Party: Patrick Hannon, Hartley Michael Robb Legal Firm
                                            (Insert Individual/Entity Name)

Telephone: 617-723-8000 Fax Number (if Health Information is to be faxed):

Address: 155 Seaport Blvd, 2nd Floor, Boston, MA 02210-2698
      Street         City     State   Zip

4.   Please check one or more types of Health Information to be released/requested:

| | | |
|---|---|---|
| ___ Allergies | ___ Laboratory Results | ___ Operative Report |
| ___ Immunization Records | ___ X-Ray/Imaging Results | ___ Psychiatric Exam |
| ___ Emergency Dept. Records** | ___ History & Physical | ___ Psychological Tests |
| ___ Registration Record | ___ Progress Notes | ___ Treatment Plan(s) |
| ___ Discharge Summary | ___ Consultation Reports | ✓ Entire Record |

OTHER (Please specify):
**An authorization for Emergency Department Records may include any of the above listed Health Information records.*

5.   Time frame for which the Health Information authorized in Section 4 above should be released/requested:
For the period from _____ (insert start date) through _____ (insert end date);  2018 all dates
*OR ALL DATES OF TREATMENT*  LM  (Please initial)

6.   The undersigned acknowledges, agrees, and understands that unless specifically limited below, any Health Information released may include mental health treatment information, alcohol and substance abuse treatment information, STDs and/or HIV/AIDS-related information.
DO NOT RELEASE THE FOLLOWING HEALTH INFORMATION (Please specify)

7.   This authorization is being requested by the undersigned for the following purpose(s) (initial all that apply)
___ Medical Care  ✓ Legal  ___ Insurance  ___ Personal
Other (Please describe):

8.   The undersigned acknowledges and understands each of the following:
   - authorizing the release of the Patient's Health Information is voluntary;
   - refusal to sign this authorization does not affect the Patient's treatment, payment of claims, health plan enrollment or eligibility for benefits.
   - This authorization may be revoked at any time upon written request to the Provider's privacy officer or health information department except to the extent that release of Patient's Health Information has already occurred in reliance on this authorization;
   - unless previously revoked, this authorization will automatically expire SIX (6) months from the date of signature below;
   - any information released to the Recipient may be re-disclosed and may no longer be protected by federal or state privacy and or confidentiality laws.

THE UNDERSIGNED (1) HAS READ AND UNDERSTANDS THIS AUTHORIZATION; (2) HAS HAD ANY QUESTIONS WITH RESPECT TO THIS AUTHORIZATION EXPLAINED TO HIS/HER SATISFACTION; (3) IS AUTHORIZED TO SIGN THIS AUTHORIZATION INDIVIDUALLY AS THE PATIENT OR AS THE PATIENT'S LEGAL REPRESENTATIVE; AND (4) HEREBY EXPRESSLY AND VOLUNTARILY AUTHORIZES THE RELEASE/REQUEST OF THE PATIENT'S HEALTH INFORMATION AS SPECIFIED ABOVE.

_Lisa A. Menninger_
Signature of Patient or Legal Representative of Patient

Lisa A. Menninger
PRINT name of Patient or Legal Representative of Patient

12/31/2020
Date/Time

self
Relationship to Patient or Authority to Act for Patient

WITNESS

*THIS AUTHORIZATION SHALL BE INVALID UNLESS ALL APPLICABLE SECTIONS ARE COMPLETE*

MENNINGER_SUPP000117



**BUTLER**
**HOSPITAL**

Date: 1/13/21

Dear Sir or Madam:

Enclosed please find the information you requested. This information is confidential and is intended for your use only. It is not to be further disclosed without the written consent of the patient or as specifically permitted by Rhode Island and Federal laws.

Should you have any questions please do not hesitate to call us at (401) 455-6321.

Sincerely,

Correspondence Section
Health Information Management
Butler Hospital

Enclosure

THIS INFORAMTION HAS BEEN DISCLOSED TO YOU FROM MEDICAL RECORDS PROTECTED UNDER RHODE ISLAND GENERAL LAW AND CANNOT BE FURTHER DISCLOSED. RECORDS OF ALCOHOL OR DRUG ABUSE ARE ALSO PROTECTED UNDER FEDERAL REGULATION 42 CFR PART 2.

345 Blackstone Boulevard, Providence, RI 02906
Affiliated with the Brown University School of Medicine
(401)-455-6200. TDD/TTY (401)-455-6739    MENNINGER_SUPP000118

JA2299



MENNINGER, LISA (194085)
DOB: ▓▓▓/1968 49F
8 WATERFORD CIRCLE
DIGHTON, MA 02715

ITP ADM: 3626 (07/02/2018)
ITP MD: JAMES SULLIVAN
UBH

## Integrated Therapies Program, Discharge Summary

| Admission 07/02/2018 | LOS: 7 | | ITP adm#: 3626 |
|---|---|---|---|
| Discharge 07/11/2018 | | | |

**Reason for Admission:** Ms. Menninger was referred by her outpatient psychiatrist, Dr. Marianna Kessimian, for worsening depression, anxiety, and panic in the context of work related stress and fear of loosing her job.

**Case Formulation and Therapy Focus:** This was the first ITP PHP admission for this 49 year old, married, white woman with history of social anxiety and panic. She was referred by her outpatient psychiatrist, Dr. Marianna Kessimian, for worsening depression, anxiety, and panic in the context of work related stress and fear of loosing her job. Upon admission to ITP Ms. Menninger reported that her employment responsibilities changed from "an analytical technical oversight position to having to attend sales meetings and give presentations." She reported an exacerbation in symptoms after disclosing the increased panic, caused by change is job description, to her boss. She reported daily panic attacks starting in January, noted some decrease since starting Prozac and Klonopin. She endorsed neurovegetative changes consistent with MDD and further described feeling hopeless since learning that her employer was not going to provide accommodations, and guilt for letting her family down ("I can't control the social anxiety or panic, I can't control how I respond"). She denied SI, HI, AVH, history of mania, PTSD or substance abuse. Ms. Menninger completed a total of 7 days in the program where she participated in both individual and group therapy. She used group sessions to explore patterns of interpersonal relationships, her current psychosocial stressors in the context of existential themes, and to access support from peers. Her engagement in groups increased over the course of her admission and as a result, she reported feeling more able to confront painful emotions and more connected to peers. She further noted that challenging herself to share in group sessions assisted in reducing panic and increased her desire to seek out meaningful connections in her personal life outside of ITP, "I want to lean to translate those skills." In individual sessions Ms. Menninger worked toward building self-confidence, prioritizing her needs, and better understand her values. She explored ways in which her experience of anxiety exacerbated occupational stressors and processed thoughts about leaving her job. She identified that her current job is not in line with her values and discussed wish to "simplify her life." She worked toward understanding and fulfilling her framework of meaning (mostly around career). She acknowledged and implementing her personal strengths and explored ways in which this may assist in shaping her future. Over the course of treatment she demonstrated increased ability to solve problems and increased ability to manage symptoms of anxiety. She expressed benefit of program daily structure and peer support, feedback, and connection, particularly within the context of interpersonal group therapy, and reported overall improvement in her mood and anxiety. She reported significant gains in terms of outlook and her ability to take action to address concerns in her life.

**Medication Adjustments and Refills:** none

**Discharge Status:** Ms. Menninger completed the expected course of treatment. At her final session she was alert and oriented x3 and denied SI/HI. She reported marked decrease in depression and anxiety, which was reflected in quantitative measures of symptoms.

### Discharge Diagnoses
F33.2  Major depressive disorder, recurrent severe without psychotic features
F41.0  Panic disorder [episodic paroxysmal anxiety] without agoraphobia
F40.11  Social phobia, generalized

*printed: 7/12/2018, 3:00:04 PM*

MENNINGER_SUPP000119



*BUTLER HOSPITAL*
*a Care New England Hospital*

MENNINGER, LISA (194085)
DOB: ▮▮▮/1968  49F
8 WATERFORD CIRCLE
DIGHTON, MA 02715

ITP ADM: 3626  (07/02/2018)
ITP MD:  JAMES SULLIVAN
UBH

## Integrated Therapies Program, Discharge Summary

Medical Dxs:  unremarkable

**Discharge Medication**
Ambien CR 12.5 mg PO QHS, prn insomnia
clonazepam 1 mg PO QHS
fluoxetine 40 mg PO daily

**Follow-UP Care:**
Psychiatry: Dr. Marianna Kessimian, appt: 7/13/2018, 3:30 PM
Psychotherapy: Dr. Marianna Kessimian, appt: 7/13/2018, 3:30 PM
Primary Care Physician: Affinity Primary Care, appt: Referral Provided

| | | | |
|---|---|---|---|
| *James Sullivan* | 7/12/2018 | *Rosanne Janes* | 7/11/2018 |
| James Sullivan | Date | Rosanne Janes | Date |

*printed: 7/12/2018, 3:00:04 PM*

MENNINGER_SUPP000120

**JA2301**



MENNINGER, LISA (194085)
DOB: /1968 49F
8 WATERFORD CIRCLE
DIGHTON, MA 02715

ITP ADM: 3626 (07/02/2018)
ITP MD: RENDUELES VILLALBA
UBH

## Integrated Therapies Program Discharge Instructions

| | | | ITP adm#: | 3626 |
| | | | Admitted: | 07/02/2018 |
| FOLLOW-UP CARE: | | | Discharged: | 7/11/2018 |

| Psychiatrist: | Appt date: | Appt time: | Phone & FAX: | Address: |
| --- | --- | --- | --- | --- |
| Dr. Marianna Kessimian | 7/13/2018 | 3:30 PM | P: 401-267-8850 F: | 10 Elmgrove Ave Providence, RI 02906 |
| Psychotherapist: Dr. Marianna Kessimian | 7/13/2018 | 3:30 PM | P: 401-267-8850 F: | 10 Elmgrove Ave Providence, RI 02906 |
| Group: | | | P: F: | |
| PCP: Affinity Primary Care | Referral Provided | | P: 401-347-2550 F: | 345 Blackstone Blvd Providence, RI 02906 |

DISCHARGE MEDICATIONS:

**Ambien CR**       12.5 mg by mouth at bedtime every night as needed for insomnia

**clonazepam**       1 mg by mouth at bedtime every night for anxiety

**fluoxetine**       40 mg by mouth daily for depression

RECOMMENDATIONS:

Emergency Care is available 24 hours a day. Call 401-456-6214 or go to the Emergency room if you need immediate service. This information has been reviewed with me and I understand these instructions.

Rondueles Villalba, MD
JAMES SULLIVAN, MD

Rosanne Janes, LCSW

Lisa Menninger       Date

MENNINGER_SUPP000121



*Butler Hospital*
*a Care New England Hospital*

**MENNINGER, LISA** (194085)
DOB:     /1958 49F
8 WATERFORD CIRCLE
DIGHTON, MA 02715

ITP ADM: 3626 (07/02/2018)
ITP MD: RENDUELES VILLALBA
UBH

## Integrated Therapies Program

### Initial Psychiatric Evaluation *(page 1)*

Assessment Date/Time: 7/2/2018, 9:28:05 AM
Sources of Information: patient

**CHIEF COMPLAINT:** change in employment responsibilities

### HISTORY OF PRESENT ILLNESS

This is the first ITP PHP admission for this 49 year old, married, white woman with history of social anxiety and panic. She was referred by her outpatient psychiatrist, Dr. Marianna Kessimian, for worsening anxiety and panic in the context of change in job description, "it triggers panic." She describes significant "social anxiety" and reports "just going around and introducing myself will trigger extreme panic." Pt's employment responsibilities changed from "an analytical technical oversight position to having to attend sales meetings and give presentations." Pt fears that she will not represent the company well. She informed her boss that change "triggers panic" in January. Pt describes herself as the provider for her family and reports an exacerbation in symptoms after disclosing increased panic to her boss, reports "they floated the idea of an exit package or a small consulting practice." Reports daily panic attacks starting in January, notes some decrease since starting Prozac and Klonopin. Pt notes "because of the implications of what has happened with my work and to my family it has led to depression as well. I feel like I've essentially lost control of my life because I can't take care of my family." She reports hopelessness since learning that her employer was not going to provide accommodations, and guilt for letting her family down ("I can't control the social anxiety or panic, I can't control how I respond"). Regarding SI she reports recent thoughts about suicide with no specific plan, describes "it more feeling like I don't want to let my family down anymore, or constantly live in anxiety, panic, or fear." Pt denies intent. Pt denies HI, AVH, symptoms of mania or OCD. She denies substance use.

Summary of neurovegetative symptoms:
appetite: Decreased
weight: Lost 10lbs since January
sleep: "not well" -> 4 hours a night since January
concentration: Impaired, "hard to concentrate when I feel like my future is up in the air"

### PSYCHIATRIC HISTORY

**Past Psychiatric Sx/Dx:** panic. Pt denies attempting suicide in the past. Pt denies a history of self-injurious behavior, harm to others, or destruction of property.

**History of Psychiatric Treatment:** Pt has not received any prior inpatient, partial hospitalization, or residential psychiatric care.

**Past Psychotropic Medication Trials:**
Valium As Needed for panic

### DEVELOPMENTAL HISTORY: none

### TRAUMA/ABUSE HISTORY:
emotional abuse from father

Pt did not report bullying, physical abuse, sexual abuse, neglect, domestic violence, intimate partner violence, exploitation or motor vehicle accident.

### SUBSTANCE MISUSE HISTORY
Denies all substance use
Treatment: n/a
Negative Consequences: DUI in college

### FAMILY PSYCHIATRIC HISTORY
Father- suspects he had Schizophrenia

*printed: 7/6/2018, 9:48:31 PM*

MENNINGER_SUPP000122



MENNINGER, LISA (194085)
DOB:     /1968  49F
8 WATERFORD CIRCLE
DIGHTON, MA 02715

ITP ADM: 3626 (07/02/2018)
ITP MD: RENDUELES VILLALBA
UBH

## Integrated Therapies Program

Initial Psychiatric Evaluation *(page 2)*

**SOCIAL HISTORY:** Pt is a 49 years old married woman. She has 1 daughter 10 y/o children.

**LEGAL HISTORY**
Charges: DUI in college

**MILITARY HISTORY**
Rank & Status: National Guard/ROTC program

**MEDICAL HISTORY**
Primary Care Physician: Referral Needed
Medical/Surgical hx: none
Neurological hx: seizure disorder in childhood – stopped at 5 y/o

**ALLERGIES:** Penicillin

**CURRENT MEDICATION**
Ambien CR 12.5 mg PO QHS, prn insomnia
clonazepam 1 mg PO QHS
fluoxetine 40 mg PO daily

Current pharmacy: CVS, 481 Angell Street, Providence, RI 02906,  phone: (401) 521-4340

**REVIEW OF SYSTEMS**

**Pain Assessment:** Pt does not report pain currently. She rates her pain severity as a 0 on a scale of 0 to 10.

**PATIENT/FAMILY STRENGTHS, RESOURCES, & PROTECTIVE FACTORS:**
- supportive family or friends
- access to stable housing
- established in ongoing treatment
- responsibility for the well-being of another (e.g. child, elderly parent, pet)
- pt wants to get better
- pt verbalizes reasons to live
- problem solving or conflict resolution skills
- capacity for self-regulation
- involved in activities/passions/hobbies outside of work

**Spirituality**
Beliefs: Not religious

**Leisure**
Interests: Painting, ultra running

**MENTAL STATUS EXAM**
Patient is a thin, unremarkable white woman appearing her stated age of . Her general manner is cooperative. Eye contact is good; motor activity is normal; and speech displays a normal rate, rhythm, and volume. Her station and gait are normal. Mood is moderately depressed, affect is anxious. Thought process is organized and coherent. Thought content is within normal limits and abstractions are normal. She reports passive suicidal thoughts, but denies homicidal ideation. Pt has specific thoughts to: recent thoughts about suicide with no specific plan, denies intent . She denies hallucinations. Memory is ; concentration and attention are fair. Insight and judgment are fair.

*printed: 7/6/2018, 9:48:31 PM*

MENNINGER_SUPP000123



*Butler Hospital*
*a Care New England Hospital*

MENNINGER, LISA (194085)
DOB  /1968  49F
8 WATERFORD CIRCLE
DIGHTON, MA 02715

ITP ADM: 3626 (07/02/2018)
ITP MD: RENDUELES VILLALBA
UBH

## Integrated Therapies Program

### Initial Psychiatric Evaluation *(page 3)*

**Cognitive exam:** Pt is oriented to the day of the week, the date, time of day, place and person. Spelling exam is not applicable. Current events testing is not applicable. Pt has average intelligence.

**Psychometric Data** for 07/02/2018    *(z scores derived from ITP archive, $N \geq 3078$)*

PDOQ Scores:
- Depression 43 (moderate), range: 0-64, ($z = .59$)
- Anxiety 52 (severe), range: 0-80, ($z = .91$)
- Anger 7, range: 0-56, ($z = -.63$)

Hope: 8, range: 6-48, ($z = -1.21$)
- agency: 4 ($z = -.85$)
- instrumentality/pathway: 4 ($z = -1.44$)

Satisfaction with Life: 12, range: 5-35, ($z = -.06$)

Personal Growth Initiative Scale:
PGIS total: 32, range: 0-80, ($z = -.21$)
- Readiness for change: 9 ($z = .01$)
- Planfulness: 9 ($z = -.34$)
- Using outside resources: 7 ($z = .01$)
- Intentional behavior: 7 ($z = -.45$)

### ASSESSMENT OF RISK
Pt denies access to guns.

Risk factors for suicide:
- current suicidal ideation or recurring suicidal ideation during week prior to this assessment
- hopelessness
- panic attacks

Risk factors for violence toward others: none

### DIAGNOSES
F33.2   Major depressive disorder, recurrent severe without psychotic features
F41.0   Panic disorder [episodic paroxysmal anxiety] without agoraphobia
F40.11   Social phobia, generalized

Medical Dxs: unremarkable

### FORMULATION
49 y/o married woman with a h/o panic, trauma hx, presents with an exacerbation of depression, anxiety and panic in the context of work related stress and fear of loosing her job. Pt endorses neurovegetative changes c/w MDD. Also c/o chronic social anxiety and recent panic attacks. She denies SI, HI, AVH, h/o mania, PTSD or substance abuse. Pt is currently taking fluoxetine, Ambien CR, and clonazepam. Will monitor medication adherence and response, and adjust as indicated. Pt agreed to abide by ITP policies regarding safety and sobriety.

### TREATMENT PLAN

*printed: 7/6/2018, 9:48:31 PM*

MENNINGER_SUPP000124



*BUTLER HOSPITAL*
*a Care New England Hospital*

MENNINGER, LISA (194085)
DOB: ████ 1968  49F
8 WATERFORD CIRCLE
DIGHTON, MA 02715

ITP ADM: 3626 (07/02/2018)
ITP MD: RENDUELES VILLALBA
UBH

## Integrated Therapies Program

### Initial Psychiatric Evaluation *(page 4)*

Admit to Integrated Therapies Program on 7/2/2018

Review medication regimen and consider alternative options. Monitor treatment response and side effects. Obtain routine laboratory test as indicated.

Continue Ambien CR 12.5 mg PO QHS prn insomnia; clonazepam 1 mg PO QHS; fluoxetine 40 mg PO daily.

Patient will participate in Individual, group, and ITP milieu psychotherapy. Family therapy is recommended.
Monitor progress with psychometrics.
Arrange follow-up outpatient care.

Discussed medication risks, benefits, side effects, drug interactions, and alternatives. Pt provided informed consent for his current medication regimen.

SIGNATURES

Therapist

*Rosanne Janes*

Date: 7/2/2018          Time: 12:59:53 PM

Rosanne Janes, LCSW

Discussed case with: (if applicable)

Psychiatrist    I personally evaluated the patient and completed the assessment and treatment plan as documented above. I also completed the medication reconciliation.

*R Villalba*

Date: 7/2/2018          Time: 9:39:59 PM

Rendueles Villalba, MD

*printed: 7/6/2018, 9:48:31 PM*



BUTLER HOSPITAL
*a Care, New England Hospital*

PHP adm#:  3626

MENNINGER, LISA (194085)
DOB: ▇▇▇▇/1968 49F
8 WATERFORD CIRCLE
DIGHTON, MA 02715

ITP ADM: 3626 (07/02/2018)
ITP MD: RENDUELES VILLALBA
UBH

Date  7/3/18                    **Multi-Disciplinary Treatment Plan**

ICD-10: F40.11  F41.0

Med Dx: unremarkable

| Strengths: (1) open to self-inspection; (2) motivated, ready for change | Preferred Learning Style: |
| Weaknesses: (1) poor stress management skills | CGI-S: 5 |

Pt will attend 5 groups sessions daily, and a total of 20+ hours per week of therapeutic programing

**Target Problems**

1. **Anxiety/Panic**: describes significant "social anxiety" and reports "just going around and introducing myself will trigger extreme panic."

Qualitative Goals: Ms. Menninger will report a reduction of her agitation, nervousness, restlessness, impaired ability to make decisions, and/or panic. Quantitative Goal: Ms. Menninger will score less than 40 on the PDOQ Anxiety Inventory by the day of her discharge.

Interventions: Dr. Villalba will prescribe anxiolytic medication (when necessary) and monitor treatment response and side effects. Rosanne Janes will offer individual therapy with an emphasis on anxiety reduction strategies. Group therapy will be provided by all team members to address interpersonal elements of Ms. Menninger's anxiety.

2. **Depressed Mood**: Ms. Menninger notes "because of the implications of what has happened with my work and to my family it has led to depression as well."

Qualitative Goals: Ms. Menninger will report an improvement in her mood by her discharge date. Quantitative Goal: Ms. Menninger will score less than 30 on the PDOQ Depression Inventory by the day of her discharge.

Interventions: Dr. Villalba will perform any necessary medical work-up for depression (e.g. physical exam, lab tests, Internal Medicine consultation). Dr Villalba will also evaluate the utility of, and prescribe antidepressant medication as needed. Dr Villalba will provide medication education and monitor Ms. Menninger's treatment response and side effects. Rosanne Janes will provide individual psychotherapy. All team members will take turns leading the program's group therapy sessions.

3. **Ineffective Individual Coping**: "I feel like I've essentially lost control of my life because I can't take care of my family."

Qualitative Goals: Ms. Menninger will display improved frustration tolerance, increased flexibility, and improved ability to solve problems. Quantitative Goal: Ms. Menninger will identify a minimum of 2 new coping strategies by the day of her discharge.

Interventions: Rosanne Janes will offer individual and family therapy with an emphasis in developing problem solving skills. All team members will provide guidance in the program's various group therapy sessions to foster Ms. Menninger's acquisition of insight regarding her maladaptive choices and adaptive alternatives.

Discharge Criteria: An authorized discharge is contingent on Ms. Menninger adequately meeting the treatment goals and demonstrating a capacity to safely manage her illness outside of the Partial Hospitalization Program. Ms. Menninger's discharge is planned for 7/11/2018

| Rendueles Villalba, MD | Rosanne Janes LCSW VICTORIA SCHOENHOLZ, LICSW | Lisa A. Menninger Patient |

| Review Date | Progress for Problem(s) | | | | M.D. | Therapist | Patient | Revised DC date | Reason for Discharge Date Revision |
| | CGI-I | 1 | 2 | 3 | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

Progress Status: 0 = No progress, regression  1 = minimal progress  2 = moderate progress  3 = goal achieved  X = noncompliant

☐ Patient given an updated medication reconciliation sheet and handout information regarding new medication prescriptions.    N/A

As Ms. Menninger's admitting psychiatrist, I certify that she would require inpatient treatment to safely address her acute psychiatric illness, were she not able to utilize the partial hospitalization program (PHP). The need for this intensive treatment was determined by the presence of an incapacitating anxiety disorder. Given Ms. Menninger's DTAS (Day Treatment Appropriateness Scale) score of 30, participation in the PHP is expected to improve her functional level and mitigate the need for inpatient treatment.

Rendueles Villalba, MD                    7/3/18  Date

MENNINGER_SUPP000126

**JA2307**

𝓑UTLER 𝓗OSPITAL
*a Care New England Hospital*

MR: 194085    ITP PHP
MENNINGER, LISA
MD: JAMES SULLIVAN
/1968  49F
07/02/2018
UBH
8 WATERFORD CIRCLE
DIGHTON, MA  02715

## Integrated Therapies Program Psychometric Summary

| Admission 07/02/2018 | Discharge 07/11/2018 | # of days: 7 | PHP #: 3626 |
|---|---|---|---|

### I. Personal Growth Initiative Scale (Version II)

|  | Admission | Day #5 | Last Day Attended | Ranges |
|---|---|---|---|---|
| Date | 07/02/2018 | 7/9/2018 | 7/11/2018 | |
| Total | 32 | | | Total: 0 - 80 |
| Readiness for change | 9 | | | Readiness for change: 0 - 20 |
| Planfulness | 9 | | | Planfulness: 0 - 25 |
| Using outside resources | 7 | | | Using outside resources: 0 - 15 |
| Intentional behavior | 7 | | | Intentional behavior: 0 - 20 |

### II. Social Provisions Scale

| | Ranges |
|---|---|
| Total | Total: 0 - 96 |
| Attachment | Attachment: 4 - 16 |
| Social Integration | Social Integration: 4 - 16 |
| Opportunity for nurturance | Opportunity for nurturance: 4 - 16 |
| Reassurance of worth | Reassurance of Worth: 4 - 16 |
| Reliable alliance | Reliable alliance: 4 - 16 |
| Guidance | Guidance: 4 - 16 |

### III. Satisfaction with Life Scale

| | | Range |
|---|---|---|
| Total | 12 | Total: 5 - 35 |

### VI. Hope Scale
(Range: 6-48)

| Date | Score |
|---|---|
| 7/2/2018 | 8 |
| 7/3/2018 | 10 |
| 7/5/2018 | 13 |
| 7/6/2018 | |
| 7/9/2018 | 10 |
| 7/10/2018 | |
| 7/11/2018 | |

### V. Patient Diagnostic Outcome Questionnaire

| | Depression | Anxiety | Anger |
|---|---|---|---|
| 7/2/2018 | 43 | 52 | 7 |
| 7/3/2018 | 34 | 50 | 3 |
| 7/5/2018 | 34 | 53 | 6 |
| 7/6/2018 | | | |
| 7/9/2018 | 39 | 49 | 14 |
| 7/10/2018 | | | |
| 7/11/2018 | 31 | | |

**Ranges**

**Depression: 0-64**
0-10 not depressed
11-20 minimal
21-30 mild
31-45 moderate
46-64 severe

**Anxiety: 0-80**
0-10 not anxious
11-20 minimal
21-30 mild
31-40 moderate
41-81 severe

**Anger: 0-56**

\* Patient did not answer all inventory questions. Therefore, the true score may be higher.

*James Sullivan*

James Sullivan, MD

*Rosanne Janes*

Rosanne Janes, LCSW

MENNINGER_SUPP000127

MR 194085    ITP PHP
**MENNINGER, LISA**
MD: JAMES SULLIVAN
/1968 49F
07/02/2018
UBH
8 WATERFORD CIRCLE
DIGHTON, MA 02715

## Integrated Therapies Program
## Interpersonal Group Psychotherapy Summary

| | Group Parameters | | | | Therapists' | Patient-rated | | | | Patient's History | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Group level | Group size | mean seniority (days) | M / F ratio | GCQ Engagement score | GCQ Engagement raw | Z | Group Roles | | Doing to Others | Reacting to Others | Doing to Self |
| 7/2/2018 | 1 | 9 | 5.2 | 2 : 7 | 3.8 | 4.0 | -0.6 | A | A | + affirming & understanding | + disclosing & expressing | + self-accepting & exploring |
| 7/3/2018 | 1 | 7 | | 2 : 5 | 3.2 | 4.4 | -0.1 | P | A | - watching & inhibiting | + disclosing & expressing | + self-accepting & exploring |
| 7/5/2018 | | | | | | | | | | | | |
| 7/6/2018 | 1 | 7 | | 0 : 7 | 4.4 | 4.8 | -0.7 | 1 | A | + affirming & understanding | + disclosing & expressing | + self-accepting & exploring |
| 7/9/2018 | 1 | 10 | 3.5 | 2 : 8 | 3.2 | 5.0 | 0.6 | A | A | + approaching & caring | + disclosing & expressing | + self-loving & cherishing |
| 7/10/2018 | 1 | 5 | 3.4 | 0 : 5 | 5.0 | 4.4 | 0.2 | 1 | W | + affirming & understanding | + connecting & bonding | + self-accepting & exploring |
| 7/11/2018 | | | | | | | | | | | | |

| | | |
|---|---|---|
| **Group Level** 1 = higher functioning (more insight oriented), 2 or 3 = lower functioning (more support oriented)<br>**Mean Seniority**: average number of treatment days in the PHP<br>**M/F ratio** male to female ratio | **Therapists' *Group Climate Questionnaire* Engagement score**. When the group is lead by two co-therapists, this score is a mean of the two ratings. | **Patient's Engagement**: raw score = *patient's* ratingof the group's engagement in gainful therapy (scale range: 0 to 6) Z score = deviance of the patient's score from the group's mean. (e.g. 1.5 = 1.5 standard deviations above the mean)<br>**Group Roles** *(therapists'* assessment of the patient for each half session): A = active, P = passive, W = work leader, S = social leader, F = fight leader, E = escape leader, M = monopolizer, G = scapegoat, L = was late or left early |

James Sullivan, MD

Rosanne Janes, LCSW

MENNINGER_SUPP000128

**JA2309**



**ITP Partial Hospitalization Program**
**Doctor's Orders Sheet**

**MENNINGER, LISA** (194085)
DOB: ▮▮▮/1968  49F
8 WATERFORD CIRCLE
DIGHTON, MA 02715

ITP ADM: 3626  (07/02/2018)
ITP MD:  JAMES SULLIVAN
UBH

## Standing Orders
## Psychiatric Admission Orders

Admit to PHP to: **James Sullivan, MD**

Psychiatric Dxs: **F33.2  F41.0  F40.11**

Medical Dxs: **unremarkable**

Diet:

Allergies: ☐ NKDA   ☒ Yes: **Penicillin**

Consultations:

LABS: ☐ UA   ☐ Chem 14   ☐ Comp U-TOX   ☐ Blood level:

☐ CBC   ☐ B-HCG   Metabolic labs (FBS, Fasting Lipids, LDL, HDL, Total Cholesterol, Triglycerides)

☐ Lytes   ☐ TFT   ☐ Other:

Medication:

**Ambien CR 12.5 mg PO QHS prn insomnia**

**clonazepam 1 mg PO QHS**

**fluoxetine 40 mg PO daily**

_James Sullivan_
James Sullivan, MD

07/02/2018
Date

MENNINGER_SUPP000129


BUTLER HOSPITAL
a Care New England Hospital

**MENNINGER, LISA** (194085)
DOB: ████/1968 49F
8 WATERFORD CIRCLE
DIGHTON, MA 02715

ITP ADM: 3626 (07/02/2018)
ITP MD: JAMES SULLIVAN
UBH

ITP Partial Hospitalization Program
Doctor's Orders Sheet

## ITP Discharge Orders

7/12/2018  2:59:35 PM        Discharge from Integrated Therapies Program.

*James Sullivan*

James Sullivan, MD

MENNINGER_SUPP000130



*Butler Hospital*
*a Care New England Hospital*

**MENNINGER, LISA** (194085)
DOB: ▮▮▮/1968 49F
8 WATERFORD CIRCLE
DIGHTON, MA 02715

ITP ADM: 3626 (07/02/2018)
ITP MD: JAMES SULLIVAN
UBH

## ITP Partial Hospitalization Program
## Individual Insight Oriented Therapy

**7/3/2018, Session Duration:**                                    PHP admission day #2

**Purpose/Theme:** achieve insight regarding dynamics of presenting problems

**Issues Raised/Addressed:** 1. anxiety management
2. coping with changes and life transitions
3. finding or creating meaning in her life

**Patient's response to therapy as it relates to the treatment goals and issues raised:** Met with patient in coverage for Rosanne Janes, LCSW. Reviewed treatment plan, discussed psychometrics, and provided patient with a copy of treatment plan. Patient was amenable to this process. Patient processed her reaction to her first day in the ITP and discussed hx of anxiety dating back to childhood. Patient discussed how her experience of anxiety exacerbates occupational stressors and processed thoughts about leaving her job. Patient reported that current job is not in line with her values and discussed wish to "simplify her life". Discussed how she plans to use time in the ITP. Patient denied any safety concerns.

**Observations of the patient's status:** Patient is unremarkable and her general manner is cooperative. Eye contact is good; motor activity is normal; and speech displays a normal rate, rhythm, and volume. Mood is moderately depressed, affect is anxious. Thought process is organized and coherent. Thought content is within normal limits. She denies suicidal and homicidal ideation. She denies hallucinations. Concentration and attention are fair. Insight and judgment are fair.

Summary clinical impression: initial assessment, patient appears ready for change.

**How individual therapy relates to the treatment goals:** The Treatment Plan target problems are: Anxiety/Panic, Depressed Mood, and Ineffective Individual Coping.

Ms. Menninger may:
(1) acknowledge ways for coping with the anxiety evoked by major life transitions
(2) learn how meaning supplies a form of coping that helps her manage anxiety
(3) recognize ways in which her mood may be affected by transition and change
(4) learn how the fulfillment of her framework of meaning can help her find relief from depression
(5) identify pathways for overcoming adversity.

*Victoria Sokolowski, LCSW*

*printed: 7/13/2018  2:28:31 PM*                                    *page 1*



*Butler Hospital*
*a Care New England Hospital*

**MENNINGER, LISA** (194085)
DOB: ▮/1968 49F
8 WATERFORD CIRCLE
DIGHTON, MA 02715

ITP ADM: 3626 (07/02/2018)
ITP MD: JAMES SULLIVAN
UBH

## ITP Partial Hospitalization Program
## Individual Supportive Therapy

**7/5/2018, Session Duration: 30 mins**                              PHP admission day #3

<u>Purpose/Theme:</u> provide psychological support and case management

<u>Issues Raised/Addressed:</u> 1. stress management
2. coping with changes and life transitions
3. finding sources of hope

<u>Patient's response to therapy as it relates to the treatment goals and issues raised:</u> Ms. Menninger processed ITP experience thus far; discussed her time with family yesterday as positive. She reports ultra running and painting as activities that bring her peace and joy. She discussed her long-term pattern of interpersonal relating as helping and listening to others but feeling "unworthy" of discussing her own needs or problems. She discussed her early childhood experiences as adverse "my father would wake us up in the middle of the night to lecture us...he was abusive to my mother" and "not trusting my own successes, I feel like an impostor." She reports finding groups as helpful and supportive. Used part of session to provide psychoeducation on career counseling, which she is considering.

<u>Observations of the patient's status:</u> Patient is unremarkable and her general manner is cooperative. Eye contact is good; motor activity is normal; and speech displays a normal rate, rhythm, and volume. Mood is anxious, affect is anxious. Thought process is organized and coherent. Thought content is within normal limits. She denies suicidal and homicidal ideation. She denies hallucinations. Concentration and attention are average. Insight and judgment are fair.

Summary clinical impression: patient making gradual progress.

<u>How individual therapy relates to the treatment goals:</u> The Treatment Plan target problems are: Anxiety/Panic, Depressed Mood, and Ineffective Individual Coping.

Ms. Menninger may:
(1) cultivate stress reducing skill to control anxiety symptoms
(2) acknowledge ways for coping with the anxiety evoked by major life transitions
(3) practice healthy stress management strategies to alleviate depressive symptoms
(4) recognize ways in which her mood may be affected by transition and change
(5) understand how ineffective coping exacerbates stress
(6) identify pathways for overcoming adversity.

*printed: 7/13/2018, 2:28:32 PM*                                                                        *page 1*

MENNINGER_SUPP000132


*ℬUTLER ℋOSPITAL*
*a Care New England Hospital*

MENNINGER, LISA (194085)
DOB: ███/1968 49F
8 WATERFORD CIRCLE
DIGHTON, MA 02715

ITP ADM 3626 (07/02/2018)
ITP MD: JAMES SULLIVAN
UBH

## ITP Partial Hospitalization Program
## Individual Supportive Therapy

**7/5/2018, Session Duration: 30 mins**

PHP admission day #3

*Ming Lee Prospero*

Ming Lee Prospero, MHC

MENNINGER_SUPP000133

**JA2314**



*Butler Hospital*
*a Care New England Hospital*

**MENNINGER, LISA** (194085)
DOB: ███/1968  49F
8 WATERFORD CIRCLE
DIGHTON, MA 02715

ITP ADM 3626 (07/02/2018)
ITP MD:  JAMES SULLIVAN
UBH

## ITP Partial Hospitalization Program
## Individual Insight Oriented Therapy

**7/6/2018, Session Duration: 35 mins**                                  PHP admission day #4

<u>Purpose/Theme:</u>  provide psychological support and case management

<u>Issues Raised/Addressed:</u>  1. acknowledging and making use of her personal strengths
2. finding or creating meaning in her life
3. developing self esteem, acknowledging personal assets

<u>Patient's response to therapy as it relates to the treatment goals and issues raised:</u>  Ms. Menninger processed program experience; in interpersonal groups she is working on opening up about her feelings, values and dreams and noticing her inner dialogue of "selfishness" when talking about her self. She reports that her short-term disability has been extended until 8/28/18 ("what a relief, I have breathing room"). She discussed long-term goal of moving to Bend OR as her mother and sister will be living there ("living there would support my interests"). She reports increased feelings of hopefulness. Her weekend plans include training for a race in August, sleeping and quality time with her family.

<u>Observations of the patient's status:</u>  Patient is unremarkable and her general manner is affable.  Eye contact is good; motor activity is normal; and speech displays a normal rate, rhythm, and volume.  Mood is improved, affect is appropriate.  Thought process is organized and coherent.  Thought content is within normal limits.  She denies suicidal and homicidal ideation.  She denies hallucinations.  Concentration and attention are good.  Insight and judgment are good.

Summary clinical impression: patient making moderate progress.

<u>How individual therapy relates to the treatment goals:</u>  The Treatment Plan target problems are: Anxiety/Panic; Depressed Mood, and Ineffective Individual Coping.

Ms. Menninger may:
(1) cultivate goals of anxiety-ameliorating resilience
(2) learn how meaning supplies a form of coping that helps her manage anxiety
(3) cultivate self-esteem by learning to tolerate anxiety-evoking triggers
(4) acknowledge and implement her personal strengths to reduce her depressive symptoms
(5) learn how the fulfillment of her framework of meaning can help her find relief from depression
(6) consider the challenges of building self-esteem despite current mood symptoms
(7) fortify her existing strengths to help her adjust to ongoing life challenges
(8) appraise the role that self-esteem plays in health promotion.

MENNINGER_SUPP000134

**JA2315**



**ITP Partial Hospitalization Program**
**Individual Insight Oriented Therapy**

MENNINGER, LISA  (194085)
DOB: ██████/1968  49F
8 WATERFORD CIRCLE
DIGHTON, MA 02715

ITP ADM: 3626  (07/02/2018)
ITP MD:  JAMES SULLIVAN
UBH

7/6/2018, Session Duration: 35 mins                    PHP admission day #4

*Ming Lee Prospero*
Ming Lee Prospero, MHC

MENNINGER_SUPP000135

**JA2316**



### ITP Partial Hospitalization Program
### Individual Supportive Therapy

MENNINGER, LISA  (194085)
DOB ███████/1968  49F
8 WATERFORD CIRCLE
DIGHTON, MA  02715

ITP ADM: 3626  (07/02/2018)
ITP MD:  JAMES SULLIVAN
UBH

**7/9/2018, Session Duration: 30 mins**                                                    PHP admission day #5

**Purpose/Theme:**  provide psychological support and case management

**Issues Raised/Addressed:**  1. acknowledging and making use of her personal strengths
2. recognizing physiological, cognitive, and emotional responses to anxiety
3. stress management

**Patient's response to therapy as it relates to the treatment goals and issues raised:**  Pt reported increased anxiety over the weekend and this morning in the context of "disappointing my family," mainly her 10 y/o daughter re: possible move, struggling with anxiety. She noted significant guilt and acknowledged that she is hard on herself. Encouraged pt to reframe experience and explore strengths. Discussed participation in the program and pt's difficulty speaking in group, provided techniques for coping with panic and sharing in group sessions.

**Observations of the patient's status:**  Patient is unremarkable and her general manner is affable. Eye contact is good; motor activity is normal; and speech displays a normal rate, rhythm, and volume. Mood is anxious, affect is anxious. Thought process is organized and coherent. Thought content is within normal limits. She denies suicidal and homicidal ideation. She denies hallucinations. Concentration and attention are good. Insight and judgment are good.

Summary clinical impression: patient making gradual progress.

**How individual therapy relates to the treatment goals:**  The Treatment Plan target problems are: Anxiety/Panic, Depressed Mood, and Ineffective Individual Coping.

Ms. Menninger may:
(1) cultivate goals of anxiety-ameliorating resilience
(2) cultivate stress reducing skill to control anxiety symptoms
(3) acknowledge and implement her personal strengths to reduce her depressive symptoms
(4) practice healthy stress management strategies to alleviate depressive symptoms
(5) fortify her existing strengths to help her adjust to ongoing life challenges
(6) understand how ineffective coping exacerbates stress.

*Rosanne Janes*
_____
Rosanne Janes, LCSW

MENNINGER_SUPP000136



**MENNINGER, LISA** (194085)
DOB: ▉▉/1968 49F
8 WATERFORD CIRCLE
DIGHTON, MA 02715

ITP ADM: 3626 (07/02/2018)
ITP MD: JAMES SULLIVAN
UBH

## ITP Partial Hospitalization Program
## Individual Supportive Therapy

**7/10/2018, Session Duration: 30 mins**                                    PHP admission day #6

**Purpose/Theme:** provide psychological support and case management

**Issues Raised/Addressed:** 1. occupational issues
2. prioritizing her needs
3. acknowledging and making use of her personal strengths

**Patient's response to therapy as it relates to the treatment goals and issues raised:** Pt reported improvement in mood, sleep, and anxiety; she appeared happier in affect. She discussed the impact of employment stress on anxiety and process decision to return to work. Explored alternative career options and existential freedom as it relates to decisions. Reviewed creative outlets for stress management.

**Observations of the patient's status:** Patient is unremarkable and her general manner is affable. Eye contact is good; motor activity is normal; and speech displays a normal rate, rhythm, and volume. Mood is improved, affect is appropriate. Thought process is organized and coherent. Thought content is within normal limits. She denies suicidal and homicidal ideation. She denies hallucinations. Concentration and attention are good. Insight and judgment are good.

Summary clinical impression: patient making gradual progress.

**How individual therapy relates to the treatment goals:** The Treatment Plan target problems are: Anxiety/Panic, Depressed Mood, and Ineffective Individual Coping.

Ms. Menninger may cultivate goals of anxiety-ameliorating resilience, acknowledge and implement her personal strengths to reduce her depressive symptoms and fortify her existing strengths to help her adjust to ongoing life challenges.

*Rosanne Janes*

Rosanne Janes, LCSW

MENNINGER_SUPP000137

**JA2318**



**BUTLER HOSPITAL**
*a Care New England Hospital*

**MENNINGER, LISA** (194085)
DOB: ███/1968  49F
8 WATERFORD CIRCLE
DIGHTON, MA 02715

ITP ADM: 3626  (07/02/2018)
ITP MD:  JAMES SULLIVAN
UBH

## ITP Partial Hospitalization Program
## Final Assessment and Discharge

**7/11/2018, Session Duration: 30 mins**                     PHP admission day #7

**Purpose/Theme:** assess response to treatment

**Issues Raised/Addressed:** 1. aftercare planning
2. treatment progress
3. review of symptoms and functioning

**Patient's response to therapy as it relates to the treatment goals and issues raised:** Met with pt for exit
interviewed. Discussed engagement in treatment and progress in terms of insight, identifying values and strengths.
Assessed response to treatment. Pt reported overall improvement in mood, anxiety, panic, and outlook since day
of admission. She noted significant benefit after challenging herself to share in group sessions, reported feeling
connected to peers. Confirmed aftercare appointments and discussed goals for the future.

**Observations of the patient's status:** Patient is unremarkable and her general manner is affable. Eye contact is
good; motor activity is normal; and speech displays a normal rate, rhythm, and volume. Mood is improved, affect
is appropriate. Thought process is organized and coherent. Thought content is within normal limits. She denies
suicidal and homicidal ideation. She denies hallucinations. Concentration and attention are good. Insight and
judgment are good.

Summary clinical impression: patient making moderate progress.

**How individual therapy relates to the treatment goals:** The Treatment Plan target problems are: Anxiety/Panic,
Depressed Mood, and Ineffective Individual Coping.

Assessment of mood, safety, outlook, and readiness to discharge. Review of treatment progress and aftercare
plans.

*Rosanne Janes*
_____
Rosanne Janes, LCSW

MENNINGER_SUPP000138

**JA2319**

BUTLER HOSPITAL
*a Care New England Hospital*

NEXT, NEW ()
DOB:

ITP ADM 3626 ()
ITP MD:

## Integrated Therapies Program
## Interpersonal Psychotherapy Group , Progress Note

| 7/2/2018 | Start: 11:30 AM | End: 12:15 PM | Duration: 45 mins. |
|---|---|---|---|
| Pt. Initials: JM RO MD DG PF EO LM NP MS | | | Pt. Attendance: 9 |

**Purpose:** to increase one's awareness of adaptive and self-defeating thoughts, emotions and behavior.  Members are challenged to test self-perceptions against the perceptions that others form of them.  The group offers experiential learning intended to foster self-growth, reduce psychiatric symptoms, and/or optimize interpersonal relationships.

**Issues Raised:** 1. fear of anger; 2. shame - fear of judgment, rejection or humiliation; 3. using life narratives for insight and coping

**Patient's clinically pertinent response:** Ms. Menninger actively participated in the therapeutic work of the group.

**Observations of the patient's status:** Action toward others: affirming and understanding; Reacting to others: disclosing and expressing; Doing to self: self-accepting and exploring

**Relevance of this group to the treatment plan:** Ms. Menninger may receive opportunities to achieve desensitization from anxiety related to social triggers.  She may also achieve mood improvement via social reparation and greater insight regarding interpersonal determinants of her mood.  Finally, Ms. Menninger may have opportunities to identify and exercise effective way of coping with stress.

**Group Structure and Dynamics:**  One new member joined the group today.  The average tenure of group participation (for this group of 7 women and 2 men) was 5.2 treatment days.  The members ranged from 25 to 74 years old.  Overall, the amount of work accomplished was exceptionally good.  Refer to the Group Climate Questionnaire (below) for a review of the group's dynamics.

### Group Climate Questionnaire

| 0 not at all | 1 a little bit | 2 somewhat | 3 moderately | 4 quite a bit | 5 a great deal | | | | 6 extremely |
|---|---|---|---|---|---|---|---|---|---|

| | Pt scores (n=9) Mean SD | G (N=41) Mean SD | Therapist scores mo |
|---|---|---|---|
| 1.  The members liked and cared about each other. | 5.0 0.9 | 4.7 0.7 | 5 |
| 2.  The members tried to understand why they do the things they do, tried to reason it out. | 4.9 0.9 | 4.5 0.7 | 3 |
| 3.  The members avoided looking at important issues going on between them. | 1.3 1.6 | 1.1 0.6 | 2 |
| 4.  The members felt what was happening was important and there was a sense of participation. | 4.8 1.0 | 4.4 0.7 | 5 |
| 5.  The members depended on the group leader(s) for direction. | - 0.4 0.5 | 1.3 0.6 | 1 |
| 6.  There was friction and anger between the members. | 0.0 0.0 | 0.5 0.7 | 0 |
| 7.  The members were distant and withdrawn from each other. | 0.4 0.7 | 1.0 0.7 | 0 |
| 8.  The members challenged and confronted each other in their efforts to sort things out. | 3.1 1.4 | 3.8 0.8 | 3 |
| 9.  The members appeared to do things the way they thought would be acceptable to the group. | 2.0 1.8 | 2.6 0.7 | 4 |
| 10.  The members rejected and distrusted each other. | 0.0 0.0 | 0.4 0.6 | 0 |
| 11.  The members revealed sensitive personal information or feelings. | 4.4 1.2 | 4.5 0.8 | 3 |
| 12.  The members appeared tense and anxious. | 2.1 1.2 | 1.9 0.7 | 1 |

G = meta mean of Pt scores controlled for variables A,B&C (N = # of groups)
A = group level, B = group size, C = mean tenure, D = # of new members, E = sex ratio, F = day of week

* Pt mean >1.0 SD higher than G.
- Pt mean >1.0 SD lower than G.

*Melissa Winsor*

Melissa Winsor, BA

MENNINGER_SUPP000139



NEXT, NEW ()
DOB:

ITP ADM: 3626 ()
ITP MD:

## Integrated Therapies Program
## Directed Interpers. Group Psychotherapy, Progress Note

| 7/2/2018 | Start: 10:45 AM | End: 11:30 AM | Duration: 45 mins. |
|---|---|---|---|
| **Pt. Initials:** JM RO MD DG PF EO LM NP MS | | | **Pt. Attendance:** 9 |

**Purpose/ Theme:** to practice here-and-now skills of interpersonal relating. Members are directed to prioritize spontaneous experiencing and emotional expression, in an effort to optimize interpersonal communication and cultivate relational depth. Meaningful relationships are acknowledged as critical to mental health and their healing power is demonstrated through firsthand experiences.

**Issues addressed in this session:**
1. fear of anger: 2. shame - fear of judgment, rejection or humiliation; 3. using life narratives for insight and coping

**Patient's clinically pertinent response:**
Ms. Menninger actively participated in the therapeutic work of the group.

**Observations of the patient's status:**
During this session, Ms. Menninger displayed an anxious affect. Her level of psychomotor activity was normal, and her motivation/cooperation was high.

**Relevance of this group to the treatment plan:**
Ms. Menninger may receive opportunities to achieve desensitization from anxiety related to social triggers. She may also achieve mood improvement via social reparation and greater insight regarding interpersonal determinants of her mood. Finally, Ms. Menninger may have opportunities to identify and exercise effective way of coping with stress.

**Observations of the group's dynamics:**
Group members were supportive and challenged each other to take new perspectives. Everyone participated.

*Melissa Winsor*

Melissa Winsor, BA

MENNINGER_SUPP000140



NEXT, NEW ()
DOB:

ITP ADM: 3626 ()
ITP MD:

## Integrated Therapies Program
## Existential Psychotherapy Group, Progress Note

| 7/2/2018 | Start: 9:15 AM | End: 10:00 AM | Duration: 45 mins. |
|---|---|---|---|
| Pt. Initials: | | | Pt. Attendance: 15 |

**Purpose/ Theme:** to increase one's awareness of the universal problems of living: the fear of death, isolation, meaninglessness and freedom. Individuals are encouraged to view their clinical problems as idiomatic derivatives of these basic life problems. In so doing, individuals gain a global perspective of their distress and are able to appreciate their illness as rooted in the common concerns of all humans rather than viewing themselves as psychologically deviant. Strategies are then explored to assist the development of adaptive patterns of thought and action. The group is a structured didactic program oriented toward the acquisition of insight that may foster self-growth and reduce psychiatric symptoms.

**Issues addressed in this session:**

**Patient's clinically pertinent response:**
Ms. Menninger contributed little and then left the session early.

**Observations of the patient's status:**
During this session, Ms. Menninger displayed an appropriate affect. Her level of psychomotor activity was normal, and her motivation/cooperation was fair.

**Relevance of this group to the treatment plan:**
Ms. Menninger may examine the existential sources of this anxiety - thereby achieving greater insight and tolerance of anxiety. She may also examine the existential determinants and consequences of her depressed mood in an effort to cultivate greater personal responsibility for her quality of life. Finally, Ms. Menninger may learn to view her chosen stress management style as a compromise designed to address competing existential concerns (e.g. isolation versus freedom).

**Observations of the group's dynamics:**
Brief overview of existentialism. Pt applied the theory to their lives. Topics of addiction and grief were discussed. Pt read a poem with existential themes and discussed. Pt engaged in an activity to write their own existential poem and discussed.

Carolyn Bouley, LMHC

MENNINGER_SUPP000141

**JA2322**



NEXT, NEW ()
DOB:

ITP ADM: 3626 ()
ITP MD:

## Integrated Therapies Program
## Focused Psychoeducational Group, Progress Note

| 7/2/2018 | Start: 1:15 PM | End: 2:00 PM | Duration: 45 mins. |
|---|---|---|---|
| **Pt. Initials:** RA GC NC YC MD PF DG DM JM LM RO EO NP BS MS | | | **Pt. Attendance: 15** |

**Purpose/ Theme:** The overarching goals for the psychoeducation groups are to overcome knowledge deficits in the following areas: (1) the diagnosis and natural history of one's illness, (2) causal factors thought to be important in the initiation and perpetuation of the illness, (3) treatment alternatives, and (4) methods of self-empowerment.

**Issues addressed in this session:**
1. accepting responsibility for one's world-view; 2. developing self esteem, acknowledging personal assets; 3. patterns of interpersonal relationships

**Patient's clinically pertinent response:**
Ms. Menninger actively participated in the therapeutic work of the group.

**Observations of the patient's status:**
During this session, Ms. Menninger displayed an anxious affect. Her level of psychomotor activity was normal, and her motivation/cooperation was fair.

**Relevance of this group to the treatment plan:**
Ms. Menninger may review the anxiety-reducing effects of developing a sense of autonomy, examine the beneficial mood effects of establishing an internalized locus of control and acknowledge the value of accepting responsibility as a means of coping.

**Observations of the group's dynamics:**
Group members were engaged in group discussion. All members engaged in group activity. Dialogue remained relevant to group topic. Three new members joined the group today. The average tenure of group participation (for this group of 11 women and 4 men) was 4.9 treatment days. The members ranged from 24 to 74 years old. Overall, the amount of work accomplished was good.

Victoria Sokolowski

Victoria Sokolowski, LCSW

MENNINGER_SUPP000142



MENNINGER, LISA (194085)
DOB: ████/1958 49F
8 WATERFORD CIRCLE
DIGHTON, MA 02715

ITP ADM: 3626 (07/02/2018)
ITP MD: RENDUELES VILLALBA
UBH

## Integrated Therapies Program
## Opening Session, Group Note

| 7/3/2018 | Start: 8:00 AM | End: 8:45 AM | Duration: 45 mins. |
|---|---|---|---|
| Pt. Initials: RA NC MD DE PF DG KG DM JM RO LM EO BS MT | | | Pt. Attendance: 14 |

**Purpose/ Theme:**

to provide an orientation to the Partial Hospitalization Program, to identify individual treatment goals, and to assess treatment progress.

**Observations of the patient's status:**

During this session, Ms. Menninger displayed an appropriate affect. Her level of psychomotor activity was normal, and her motivation/cooperation was fair.

**Patient's self-reported psychometrics**

PDOQ Depression score = 34    PDOQ Anxiety score = 50    PDOQ Anger score = 3    Hope score = 10

**Additional Comments:**

*Melissa Winsor*

Melissa Winsor, BA

MENNINGER_SUPP000143



BUTLER HOSPITAL
*a Care New England Hospital*

**MENNINGER, LISA** (194085)
DOB: ███/1968 49F
8 WATERFORD CIRCLE
DIGHTON, MA 02715

ITP ADM: 3626 (07/02/2018)
ITP MD: RENDUELES VILLALBA
UBH

## Integrated Therapies Program
## Interpersonal Psychotherapy Group , Progress Note

| 7/3/2018 | Start: 11:30 AM | End: 12:15 PM | Duration: 45 mins. |
|---|---|---|---|
| Pt. Initials: | | | Pt. Attendance: 7 |

**Purpose:** to increase one's awareness of adaptive and self-defeating thoughts, emotions and behavior. Members are challenged to test self-perceptions against the perceptions that others form of them. The group offers experiential learning intended to foster self-growth, reduce psychiatric symptoms, and/or optimize interpersonal relationships.

**Issues Raised:**

**Patient's clinically pertinent response:** Ms. Menninger passively attended the session, contributing little to the therapeutic work of the group.

**Observations of the patient's status:** Action toward others: watching and inhibiting; Reacting to others: disclosing and expressing; Doing to self: self-accepting and exploring

**Relevance of this group to the treatment plan:** Ms. Menninger may receive opportunities to achieve desensitization from anxiety related to social triggers. She may also achieve mood improvement via social reparation and greater insight regarding interpersonal determinants of her mood. Finally, Ms. Menninger may have opportunities to identify and exercise effective way of coping with stress.

**Group Structure and Dynamics:** Refer to the Group Climate Questionnaire (below) for a review of the group's dynamics.

| 0 not at all | 1 a little bit | 2 somewhat | Group Climate Questionnaire | 3 moderately | 4 quite a bit | 5 a great deal | | 6 extremely |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Pt scores (n=7) Mean SD | G (N=0) Mean SD | Therapist scores |
| 1. The members liked and cared about each other. | | | | | | | | 4 |
| 2. The members tried to understand why they do the things they do, tried to reason it out. | | | | | | | | 4 |
| 3. The members avoided looking at important issues going on between them. | | | | | | | | 1 |
| 4. The members felt what was happening was important and there was a sense of participation. | | | | | | | | 4 |
| 5. The members depended on the group leader(s) for direction. | | | | | | | | 1 |
| 6. There was friction and anger between the members. | | | | | | | | 0 |
| 7. The members were distant and withdrawn from each other. | | | | | | | | 2 |
| 8. The members challenged and confronted each other in their efforts to sort things out. | | | | | | | | 1 |
| 9. The members appeared to do things the way they thought would be acceptable to the group. | | | | | | | | 3 |
| 10. The members rejected and distrusted each other. | | | | | | | | 2 |
| 11. The members revealed sensitive personal information or feelings. | | | | | | | | 3 |
| 12. The members appeared tense and anxious. | | | | | | | | 1 |

G = meta mean of Pt scores controlled for variables B (N = # of groups)
A = group level, B = group size, C = mean tenure, D = # of new members, E = sex ratio, F = day of week

\* Pt mean >1.0 SD higher than G.
- Pt mean >1.0 SD lower than G.

*R. Villalba*

Rendueles Villalba, MD

MENNINGER_SUPP000144



BUTLER HOSPITAL
a Care New England Hospital

**MENNINGER, LISA** (194085)
DOB: ███/1968  49F
8 WATERFORD CIRCLE
DIGHTON, MA 02715

ITP ADM: 3626 (07/02/2018)
ITP MD: RENDUELES VILLALBA
UBH

## Integrated Therapies Program
### Directed Interpers. Group Psychotherapy, Progress Note

| 7/3/2018 | Start: 10:45 AM | End: 11:30 AM | Duration: 45 mins. |
|----------|-----------------|---------------|--------------------|
| Pt. Initials: | | | Pt. Attendance: 7 |

**Purpose/ Theme:** to practice here-and-now skills of interpersonal relating. Members are directed to prioritize spontaneous experiencing and emotional expression, in an effort to optimize interpersonal communication and cultivate relational depth. Meaningful relationships are acknowledged as critical to mental health and their healing power is demonstrated through firsthand experiences.

**Issues addressed in this session:**

**Patient's clinically pertinent response:**
Ms. Menninger actively participated in the therapeutic work of the group.

**Observations of the patient's status:**
During this session, Ms. Menninger displayed a constricted affect. Her level of psychomotor activity was normal, and her motivation/cooperation was fair.

**Relevance of this group to the treatment plan:**
Ms. Menninger may receive opportunities to achieve desensitization from anxiety related to social triggers. She may also achieve mood improvement via social reparation and greater insight regarding interpersonal determinants of her mood. Finally, Ms. Menninger may have opportunities to identify and exercise effective way of coping with stress.

**Observations of the group's dynamics:**
The group was engaged and motivated to work on interpersonal issues.

R Villalba

Rendueles Villalba, MD

MENNINGER_SUPP000145



*BUTLER HOSPITAL*
*a Care New England Hospital*

**MENNINGER, LISA** (194085)
DOB: ▮▮▮/1968  49F
8 WATERFORD CIRCLE
DIGHTON, MA 02715

ITP ADM 3626 (07/02/2018)
ITP MD: RENDUELES VILLALBA
UBH

## Integrated Therapies Program
## Existential Psychotherapy Group, Progress Note

| 7/3/2018 | Start: 9:15 AM | End: 10:00 AM | Duration: 45 mins. |
|---|---|---|---|
| **Pt. Initials:** RA NC MD DE PF DG KG DM JM LM RO EO ER BS MT | | | **Pt. Attendance:** 15 |

**Purpose/ Theme:** To increase one's awareness of the universal problems of living: the fear of death, isolation, meaninglessness and freedom. Individuals are encouraged to view their clinical problems as idiomatic derivatives of these basic life problems. In so doing, individuals gain a global perspective of their distress and are able to appreciate their illness as rooted in the common concerns of all humans rather than viewing themselves as psychologically deviant. Strategies are then explored to assist the development of adaptive patterns of thought and action. The group is a structured didactic program oriented toward the acquisition of insight that may foster self-growth and reduce psychiatric symptoms.

**Issues addressed in this session:**
1. accepting responsibility for one's world-view; 2. finding or creating meaning in one's life; 3. coping with changes and life transitions

**Patient's clinically pertinent response:**
Ms. Menninger actively participated in the therapeutic work of the group.

**Observations of the patient's status:**
During this session, Ms. Menninger displayed an appropriate affect. Her level of psychomotor activity was normal, and her motivation/cooperation was fair.

**Relevance of this group to the treatment plan:**
Ms. Menninger may examine the existential sources of this anxiety - thereby achieving greater insight and tolerance of anxiety. She may also examine the existential determinants and consequences of her depressed mood in an effort to cultivate greater personal responsibility for her quality of life. Finally, Ms. Menninger may learn to view her chosen stress management style as a compromise designed to address competing existential concerns (e.g. isolation versus freedom).

**Observations of the group's dynamics:**
Group members were engaged in group discussion. All members participated in group activity. Dialogue remained relevant to group content. One new member joined the group today. The average tenure of group participation (for this group of 10 women and 5 men) was 4.7 treatment days. The members ranged from 24 to 74 years old. Overall, the amount of work accomplished was good.

Victoria S̶̶̶̶

_____
Victoria Sokolowski, LCSW

MENNINGER_SUPP000146



**BUTLER HOSPITAL**

*a Care New England Hospital*

**MENNINGER, LISA** (194085)
DOB: ▓▓▓/1968  49F
8 WATERFORD CIRCLE
DIGHTON, MA 02715

ITP ADM: 3626 (07/02/2018)
ITP MD: RENDUELES VILLALBA
UBH

## Integrated Therapies Program
## Focused Psychoeducational Group, Progress Note

| 7/3/2018 | Start: 1:15 PM | End: 2:00 PM | Duration: 45 mins. |
|---|---|---|---|
| Pt. Initials: RA NC MD DE EE PF DG DM JM LM RO EO ER BS MT | | | Pt. Attendance: 15 |

<u>Purpose/ Theme:</u> The overarching goals for the psychoeducation groups are to overcome knowledge deficits in the following areas: (1) the diagnosis and natural history of one's illness, (2) causal factors thought to be important in the initiation and perpetuation of the illness, (3) treatment alternatives, and (4) methods of self-empowerment.

### Issues addressed in this session:
1. accepting responsibility for one's world-view; 2. acknowledging and making use of one's personal strengths; 3. challenging unhealthy belief systems.

### Patient's clinically pertinent response:
Ms. Menninger contributed little and then left the session early.

### Observations of the patient's status:
During this session, Ms. Menninger displayed an appropriate affect. Her level of psychomotor activity was normal, and her motivation/cooperation was fair.

### Relevance of this group to the treatment plan:
Ms. Menninger may review the anxiety-reducing effects of developing a sense of autonomy, examine the beneficial mood effects of establishing an internalized locus of control and acknowledge the value of accepting responsibility as a means of coping.

### Observations of the group's dynamics:
All group members were engaged in the discussion related to self esteem and self worth. Group members actively participated in the "Meet Yourself" exercise and discussed their experience. Two new members joined the group today. The average tenure of group participation (for this group of 9 women and 6 men) was 4.7 treatment days. The members ranged from 24 to 74 years old. Overall, the amount of work accomplished was good.

*Melissa Winsor*

Melissa Winsor, BA.

MENNINGER_SUPP000147



*BUTLER HOSPITAL*

*a Care New England Hospital*

MENNINGER, LISA (194085)
DOB    /1968  49F
8 WATERFORD CIRCLE
DIGHTON, MA 02715

ITP ADM: 3626 (07/02/2018)
ITP MD: RENDUELES VILLALBA
UBH

## Integrated Therapies Program
## Opening Session, Group Note

| 7/5/2018 | Start: 8:00 AM | End: 8:45 AM | Duration: 45 mins. |
|---|---|---|---|
| Pt. Initials: YC DE EE KF LM RO EO ER BS MS MT | | | Pt. Attendance: 11 |

**Purpose/ Theme:**

to provide an orientation to the Partial Hospitalization Program, to identify individual treatment goals, and to assess treatment progress.

**Observations of the patient's status:**

During this session, Ms. Menninger displayed an appropriate affect. Her level of psychomotor activity was normal, and her motivation/cooperation was fair.

**Patient's self-reported psychometrics**

PDOQ Depression score = 34    PDOQ Anxiety score = 53    PDOQ Anger score = 6    Hope score = 13

**Additional Comments:**

*Melissa Winsor*

Melissa Winsor, BA

MENNINGER_SUPP000148

**JA2329**



MENNINGER, LISA (194085)
DOB: ████/1968 49F
8 WATERFORD CIRCLE
DIGHTON, MA 02715

ITP ADM: 3626 (07/02/2018)
ITP MD: RENDUELES VILLALBA
UBH

## Integrated Therapies Program
## Existential Psychotherapy Group, Progress Note

| 7/5/2018 | Start: 9:15 AM | End: 10:00 AM | Duration: 45 mins. |
|---|---|---|---|
| Pt. Initials: BS MT EO ER LM MS RO KE EE DE MT BE YC | | | Pt. Attendance: 13 |

**Purpose/ Theme:** to increase one's awareness of the universal problems of living: the fear of death, isolation, meaninglessness and freedom. Individuals are encouraged to view their clinical problems as idiomatic derivatives of these basic life problems. In so doing, individuals gain a global perspective of their distress and are able to appreciate their illness as rooted in the common concerns of all humans rather than viewing themselves as psychologically deviant. Strategies are then explored to assist the development of adaptive patterns of thought and action. The group is a structured didactic program oriented toward the acquisition of insight that may foster self-growth and reduce psychiatric symptoms.

**Issues addressed in this session:**
1. finding or creating meaning in one's life; 2. accepting responsibility for one's world-view; 3. coping with changes and life transitions

**Patient's clinically pertinent response:**
Ms. Menninger actively participated in the therapeutic work of the group.

**Observations of the patient's status:**
During this session, Ms. Menninger displayed an appropriate affect. Her level of psychomotor activity was normal, and her motivation/cooperation was high.

**Relevance of this group to the treatment plan:**
Ms. Menninger may examine the existential sources of this anxiety - thereby achieving greater insight and tolerance of anxiety. She may also examine the existential determinants and consequences of her depressed mood in an effort to cultivate greater personal responsibility for her quality of life. Finally, Ms. Menninger may learn to view her chosen stress management style as a compromise designed to address competing existential concerns (e.g. isolation versus freedom).

**Observations of the group's dynamics:**
Group members were engaged with the material and fully participated in group. Three new members joined the group today. The average tenure of group participation (for this group of 10 women and 3 men) was 3.6 treatment days. The members ranged from 29 to 78 years old. Overall, the amount of work accomplished was good.

Ming Lee Prospero, MHC.

MENNINGER_SUPP000149



MENNINGER, LISA (194085)
DOB: ▮▮▮/1968  49F
8 WATERFORD CIRCLE
DIGHTON, MA 02715

ITP ADM 3626 (07/02/2018)
ITP MD: RENDUELES-VILLALBA
UBH

## Integrated Therapies Program
## Focused Psychoeducational Group, Progress Note

| 7/5/2018 | Start: 1:15 PM | End: 2:00 PM | Duration: 45 mins. |
|---|---|---|---|
| Pt. Initials: DE KF RO MS LM ER BS MT YC | | | Pt. Attendance: 9 |

**Purpose/ Theme:** The overarching goals for the psychoeducation groups are to overcome knowledge deficits in the following areas: (1) the diagnosis and natural history of one's illness, (2) causal factors thought to be important in the initiation and perpetuation of the illness, (3) treatment alternatives, and (4) methods of self-empowerment.

**Issues addressed in this session:**
1. finding or creating meaning in one's life; 2. developing self esteem, acknowledging personal assets; 3. intimacy and affiliation - the value of contact with others beyond a superficial level

**Patient's clinically pertinent response:**
Ms. Menninger actively participated in the therapeutic work of the group.

**Observations of the patient's status:**
During this session, Ms. Menninger displayed an appropriate affect. Her level of psychomotor activity was normal, and her motivation/cooperation was fair.

**Relevance of this group to the treatment plan:**
Ms. Menninger may Better understand the relationship between intimacy and anxiety. Explore the connection between mood and intimacy. and Strengthen intimacy to maximize adaptive coping.

**Observations of the group's dynamics:**
Group was focused on the theme of deepening social connections and the barriers to doing so. Group members were active and engaged. Two new members joined the group today. The average tenure of group participation (for this group of 7 women and 2 men) was 3.4 treatment days. The members ranged from 29 to 78 years old. Overall, the amount of work accomplished was good.

Adam Vose-Oneal, LCSW

MENNINGER_SUPP000150



MENNINGER, LISA (194085)
DOB:     /1968  49F
8 WATERFORD CIRCLE
DIGHTON, MA 02715

ITP ADM: 3626 (07/02/2018)
ITP MD: RENDUELES VILLALBA
UBH

## Integrated Therapies Program
## Opening Session, Group Note

| 7/6/2018 | Start: 8:00 AM | End: 8:45 AM | Duration: 45 mins. |
|---|---|---|---|
| Pt. Initials: | | | Pt. Attendance: 11 |

**Purpose/ Theme:**

to provide an orientation to the Partial Hospitalization Program, to identify individual treatment goals, and to assess treatment progress.

**Observations of the patient's status:**

During this session, Ms. Menninger displayed a constricted affect. Her level of psychomotor activity was normal, and her motivation/cooperation was fair.

**Additional Comments:**

*Melissa Winsor*

Melissa Winsor, BA

MENNINGER_SUPP000151

**JA2332**



MENNINGER, LISA (194085)
DOB: /1968  49F
8 WATERFORD CIRCLE
DIGHTON, MA 02715

ITP ADM 3626 (07/02/2018)
ITP MD: RENDUELES VILLALBA
UBH

## Integrated Therapies Program
## Interpersonal Psychotherapy Group , Progress Note

| 7/6/2018 | Start: 11:30 AM | End: 12:15 PM | Duration: 45 mins. |
|---|---|---|---|
| Pt. Initials: | | | Pt. Attendance: 7 |

**Purpose:** to increase one's awareness of adaptive and self-defeating thoughts, emotions and behavior. Members are challenged to test self-perceptions against the perceptions that others form of them. The group offers experiential learning intended to foster self-growth, reduce psychiatric symptoms, and/or optimize interpersonal relationships.

**Issues Raised:**

**Patient's clinically pertinent response:**

**Observations of the patient's status:** Action toward others: affirming and understanding; Reacting to others: disclosing and expressing; Doing to self: self-accepting and exploring

**Relevance of this group to the treatment plan:** Ms. Menninger may receive opportunities to achieve desensitization from anxiety related to social triggers. She may also achieve mood improvement via social reparation and greater insight regarding interpersonal determinants of her mood. Finally, Ms. Menninger may have opportunities to identify and exercise effective way of coping with stress.

**Group Structure and Dynamics:** Refer to the Group Climate Questionnaire (below) for a review of the group's dynamics.

| | | | Group Climate Questionnaire | | | | |
|---|---|---|---|---|---|---|---|
| 0 not at all | 1 a little bit | 2 somewhat | 3 moderately | 4 quite a bit | 5 a great deal | | 6 extremely |
| | | | | | Pt scores (n=7) Mean SD | G (N=0) Mean SD | Therapist scores |
| 1. The members liked and cared about each other. | | | | | | | 5 |
| 2. The members tried to understand why they do the things they do, tried to reason it out. | | | | | | | 4 |
| 3. The members avoided looking at important issues going on between them. | | | | | | | 3 |
| 4. The members felt what was happening was important and there was a sense of participation. | | | | | | | 5 |
| 5. The members depended on the group leader(s) for direction. | | | | | | | 1 |
| 6. There was friction and anger between the members. | | | | | | | 0 |
| 7. The members were distant and withdrawn from each other. | | | | | | | 0 |
| 8. The members challenged and confronted each other in their efforts to sort things out. | | | | | | | 3 |
| 9. The members appeared to do things the way they thought would be acceptable to the group. | | | | | | | 4 |
| 10. The members rejected and distrusted each other. | | | | | | | 0 |
| 11. The members revealed sensitive personal information or feelings. | | | | | | | 5 |
| 12. The members appeared tense and anxious. | | | | | | | 3 |

G = meta mean of Pt scores controlled for variables B (N = # of groups)        * Pt mean >1.0 SD higher than G.
A = group level, B = group size, C = mean tenure, D = # of new members, E = sex ratio, F = day of week        - Pt mean >1.0 SD lower than G.

Carolyn Bouley, LMHC

MENNINGER_SUPP000152



**BUTLER HOSPITAL**
*a Care New England Hospital*

MENNINGER, LISA (194085)
DOB: ▮▮▮/1968 49F
8 WATERFORD CIRCLE
DIGHTON, MA 02715

ITP ADM: 3626 (07/02/2018)
ITP MD: RENDUELES VILLALBA
UBH

## Integrated Therapies Program
## Directed Interpers. Group Psychotherapy, Progress Note

| 7/6/2018 | **Start:** 10:45 AM | **End:** 11:30 AM | **Duration:** 45 mins. |
|---|---|---|---|
| **Pt. Initials:** | | | **Pt. Attendance:** 7 |

**Purpose/ Theme:** to practice here-and-now skills of interpersonal relating. Members are directed to prioritize spontaneous experiencing and emotional expression, in an effort to optimize interpersonal communication and cultivate relational depth. Meaningful relationships are acknowledged as critical to mental health and their healing power is demonstrated through firsthand experiences.

**Issues addressed in this session:**

**Patient's clinically pertinent response:**
Ms. Menninger actively participated in the therapeutic work of the group.

**Observations of the patient's status:**
During this session, Ms. Menninger displayed an appropriate affect. Her level of psychomotor activity was normal, and her motivation/cooperation was fair.

**Relevance of this group to the treatment plan:**
Ms. Menninger may receive opportunities to achieve desensitization from anxiety related to social triggers. She may also achieve mood improvement via social reparation and greater insight regarding interpersonal determinants of her mood. Finally, Ms. Menninger may have opportunities to identify and exercise effective way of coping with stress.

**Observations of the group's dynamics:**
Pt processed topics of eating behaviors, self-esteem, relationships and abuse in relationships, and taking risks to be authentic to self. Pt were supportive yet challenged one another.

Carolyn Bouley, LMHC

MENNINGER_SUPP000153

**JA2334**


*BUTLER HOSPITAL*
*a Care New England Hospital*

**MENNINGER, LISA** (194085)
DOB: ███ /1968  49F
8 WATERFORD CIRCLE
DIGHTON, MA 02715

ITP ADM: 3626 (07/02/2018)
ITP MD: RENDUELES VILLALBA
UBH

## Integrated Therapies Program
## Existential Psychotherapy Group, Progress Note

| 7/6/2018 | Start: 9:15 AM | End: 10:00 AM | Duration: 45 mins. |
|---|---|---|---|
| **Pt. Initials:** DM YC TS KE KF MS RO EO LM ER BE BS RA MT | | | **Pt. Attendance:** 14 |

**Purpose/ Theme:** to increase one's awareness of the universal problems of living: the fear of death, isolation, meaninglessness and freedom. Individuals are encouraged to view their clinical problems as idiomatic derivatives of these basic life problems. In so doing, individuals gain a global perspective of their distress and are able to appreciate their illness as rooted in the common concerns of all humans rather than viewing themselves as psychologically deviant. Strategies are then explored to assist the development of adaptive patterns of thought and action. The group is a structured didactic program oriented toward the acquisition of insight that may foster self-growth and reduce psychiatric symptoms.

**Issues addressed in this session:**
1, finding or creating meaning in one's life; 2, intimacy and affiliation – the value of contact with others beyond a superficial level; 3, developing self esteem, acknowledging personal assets.

**Patient's clinically pertinent response:**
Ms. Menninger actively participated in the therapeutic work of the group.

**Observations of the patient's status:**
During this session, Ms. Menninger displayed an appropriate affect. Her level of psychomotor activity was normal, and her motivation/cooperation was fair.

**Relevance of this group to the treatment plan:**
Ms. Menninger may examine the existential sources of this anxiety - thereby achieving greater insight and tolerance of anxiety. She may also examine the existential determinants and consequences of her depressed mood in an effort to cultivate greater personal responsibility for her quality of life. Finally, Ms. Menninger may learn to view her chosen stress management style as a compromise designed to address competing existential concerns (e.g. isolation versus freedom).

**Observations of the group's dynamics:**
Groups was focused on the existential theme of isolation. Groups members completed a Remembering exercise. Group members were active and engaged. One new member joined the group today. The average tenure of group participation (for this group of 11 women and 3 men) was 4.1 treatment days. The members ranged from 25 to 78 years old. Overall, the amount of work accomplished was very good.

Adam Vose-Oneal, LCSW

MENNINGER_SUPP000154



**MENNINGER, LISA** (194085)
DOB: ██████/1968  49F
8 WATERFORD CIRCLE
DIGHTON, MA 02715

ITP ADM: 3626 (07/02/2018)
ITP MD: RENDUELES VILLALBA
UBH

## Integrated Therapies Program
## Focused Psychoeducational Group, Progress Note

| 7/6/2018 | Start: 1:15 PM | End: 2:00 PM | Duration: 45 mins. |
|---|---|---|---|
| Pt. Initials: RA YC BE KE KF DM LM RO EO ER TS MT | | | Pt. Attendance: 12 |

**Purpose/ Theme:** The overarching goals for the psychoeducation groups are to overcome knowledge deficits in the following areas: (1) the diagnosis and natural history of one's illness, (2) causal factors thought to be important in the initiation and perpetuation of the illness, (3) treatment alternatives, and (4) methods of self-empowerment.

**Issues addressed in this session:**
1. finding or creating meaning in one's life; 2. stress management; 3. time management

**Patient's clinically pertinent response:**
Ms. Menninger actively participated in the therapeutic work of the group.

**Observations of the patient's status:**
During this session, Ms. Menninger displayed an anxious affect. Her level of psychomotor activity was normal, and her motivation/cooperation was fair.

**Relevance of this group to the treatment plan:**
Ms. Menninger may learn how meaning supplies a form of coping that helps one manage anxiety and learn how the fulfillment of one's framework of meaning can help one find relief from depression.

**Observations of the group's dynamics:**
Group members were engaged in group discussion. All members participated. Dialogue remained relevant to group topic. One new member joined the group today. The average tenure of group participation (for this group of 10 women and 2 men) was 3.8 treatment days. The members ranged from 25 to 78 years old. Overall, the amount of work accomplished was good.

Victoria Sokolowski, LCSW

MENNINGER_SUPP000155



**MENNINGER, LISA** (194085)
DOB: ███/1968  49F
8 WATERFORD CIRCLE
DIGHTON, MA 02715

ITP ADM: 3626 (07/02/2018)
ITP MD: RENDUELES VILLALBA
UBH

## Integrated Therapies Program
## Opening Session, Group Note

| 7/9/2018 | Start: 8:00 AM | End: 8:45 AM | Duration: 45 mins |
|---|---|---|---|
| Pt. Initials: YC KE JG LM RO MT | | | Pt. Attendance: 6 |

**Purpose/ Theme:**
to provide an orientation to the Partial Hospitalization Program, to identify individual treatment goals, and to assess treatment progress.

**Observations of the patient's status:**
During this session, Ms. Menninger displayed a labile affect. Her level of psychomotor activity was normal, and her motivation/cooperation was low.

**Patient's self-reported psychometrics**
PDOQ Depression score = 39    PDOQ Anxiety score = 49    PDOQ Anger score = 14    Hope score = 10

**Additional Comments:**

*Melissa Winsor*

Melissa Winsor, BA

MENNINGER_SUPP000156


*Butler Hospital*
*a Care New England Hospital*

MENNINGER, LISA (194085)
DOB: ███/1968 49F
8 WATERFORD CIRCLE
DIGHTON, MA 02715

ITP ADM: 3626 (07/02/2018)
ITP MD: RENDUELES VILLALBA
UBH

## Integrated Therapies Program
## Interpersonal Psychotherapy Group , Progress Note

| 7/9/2018 | Start: 11:30 AM | End: 12:15 PM | Duration: 45 mins. |
|---|---|---|---|
| Pt. Initials: YC KE JG MK KM LM RO BS TS MT | | | Pt. Attendance: 10 |

**Purpose:** to increase one's awareness of adaptive and self-defeating thoughts, emotions and behavior. Members are challenged to test self-perceptions against the perceptions that others form of them. The group offers experiential learning intended to foster self-growth, reduce psychiatric symptoms, and/or optimize interpersonal relationships.

**Issues Raised:** 1. finding or creating meaning in one's life; 2. developing self esteem, acknowledging personal assets; 3. authenticity - living up to one's full potential and accepting of one's imperfections

**Patient's clinically pertinent response:** Ms. Menninger actively participated in the therapeutic work of the group.

**Observations of the patient's status:** Action toward others: approaching and caring; Reacting to others: disclosing and expressing; Doing to self: self-loving and cherishing

**Relevance of this group to the treatment plan:** Ms. Menninger may receive opportunities to achieve desensitization from anxiety related to social triggers. She may also achieve mood improvement via social reparation and greater insight regarding interpersonal determinants of her mood. Finally, Ms. Menninger may have opportunities to identify and exercise effective way of coping with stress.

**Group Structure and Dynamics:** Three new members joined the group today. The average tenure of group participation (for this group of 8 women and 2 men) was 3.5 treatment days. The members ranged from 28 to 78 years old. Overall, the amount of work accomplished was very good. Refer to the Group Climate Questionnaire (below) for a review of the group's dynamics.

### Group Climate Questionnaire

| 0<br>not at all | 1<br>a little bit | 2<br>somewhat | 3<br>moderately | 4<br>quite a bit | 5<br>a great deal | 6<br>extremely |
|---|---|---|---|---|---|---|

| | Pt scores (n=10)<br>Mean SD | G (N=15)<br>Mean SD | Therapist scores<br>VS |
|---|---|---|---|
| 1. The members liked and cared about each other. | * 5.3  0.9 | 4.6  0.5 | 4 |
| 2. The members tried to understand why they do the things they do, tried to reason it out. | 5.0  1.0 | 4.4  0.7 | 3 |
| 3. The members avoided looking at important issues going on between them. | - 0.7  1.1 | 1.3  0.5 | 2 |
| 4. The members felt what was happening was important and there was a sense of participation. | * 4.9  1.0 | 4.2  0.6 | 4 |
| 5. The members depended on the group leader(s) for direction. | 1.4  0.9 | 1.5  0.4 | 2 |
| 6. There was friction and anger between the members. | - 0.0  0.0 | 0.2  0.2 | 1 |
| 7. The members were distant and withdrawn from each other. | - 0.4  0.5 | 1.0  0.5 | 1 |
| 8. The members challenged and confronted each other in their efforts to sort things out. | - 1.7  2.2 | 2.9  0.9 | 2 |
| 9. The members appeared to do things the way they thought would be acceptable to the group. | 3.0  2.2 | 2.8  0.6 | 3 |
| 10. The members rejected and distrusted each other. | 0.0  0.0 | 0.3  0.4 | 1 |
| 11. The members revealed sensitive personal information or feelings. | 4.1  1.9 | 4.4  0.5 | 3 |
| 12. The members appeared tense and anxious. | 2.2  1.1 | 2.1  0.3 | 2 |

G = meta mean of Pt scores controlled for variables A,B,C&D (N = # of groups)         * Pt mean >1.0 SD higher than G.
A = group level, B = group size, C = mean tenure, D = # of new members, E = sex ratio, F = day of week         - Pt mean >1.0 SD lower than G.

Victoria Sokolowski, LCSW

MENNINGER_SUPP000157

**JA2338**


**BUTLER HOSPITAL**
*a Care New England Hospital*

**MENNINGER, LISA** (194085)
DOB: ████ 1968 49F
8 WATERFORD CIRCLE
DIGHTON, MA 02715

ITP ADM: 3626 (07/02/2018)
ITP MD: RENDUELES VILLALBA
UBH

## Integrated Therapies Program
## Directed Interpers. Group Psychotherapy, Progress Note

| 7/9/2018 | Start: 10:45 AM | End: 11:30 AM | Duration: 45 mins. |
|---|---|---|---|
| Pt. Initials: YC KE JG MK KM LM RO BS TS MT | | | Pt. Attendance: 10 |

**Purpose/ Theme:** to practice here-and-now skills of interpersonal relating. Members are directed to prioritize spontaneous experiencing and emotional expression, in an effort to optimize interpersonal communication and cultivate relational depth. Meaningful relationships are acknowledged as critical to mental health and their healing power is demonstrated through firsthand experiences.

**Issues addressed in this session:**
1. finding or creating meaning in one's life; 2. developing self esteem, acknowledging personal assets; 3. authenticity - living up to one's full potential and accepting of one's imperfections

**Patient's clinically pertinent response:**
Ms. Menninger actively participated in the therapeutic work of the group.

**Observations of the patient's status:**
During this session, Ms. Menninger displayed an appropriate affect. Her level of psychomotor activity was normal, and her motivation/cooperation was high.

**Relevance of this group to the treatment plan:**
Ms. Menninger may receive opportunities to achieve desensitization from anxiety related to social triggers. She may also achieve mood improvement via social reparation and greater insight regarding interpersonal determinants of her mood. Finally, Ms. Menninger may have opportunities to identify and exercise effective way of coping with stress.

**Observations of the group's dynamics:**
Group members were engaged in group discussion. Some members were able to identify here and now emotions. Members were supportive of one another.

Victoria Sokolowski

Victoria Sokolowski, LCSW

MENNINGER_SUPP000158



MENNINGER, LISA (194085)
DOB: ███/1968  49F
8 WATERFORD CIRCLE
DIGHTON, MA 02715

ITP ADM  3626  (07/02/2018)
ITP MD: RENDUELES VILLALBA
UBH

## Integrated Therapies Program
## Existential Psychotherapy Group, Progress Note

| 7/9/2018 | Start: 9:15 AM | End: 10:00 AM | Duration: 45 mins. |
|---|---|---|---|
| **Pt. Initials:** KM RO YC TS KE MT JG MK LM | | | **Pt. Attendance:** 9 |

**Purpose/ Theme:** to increase one's awareness of the universal problems of living: the fear of death, isolation, meaninglessness and freedom. Individuals are encouraged to view their clinical problems as idiomatic derivatives of these basic life problems. In so doing, individuals gain a global perspective of their distress and are able to appreciate their illness as rooted in the common concerns of all humans rather than viewing themselves as psychologically deviant. Strategies are then explored to assist the development of adaptive patterns of thought and action. The group is a structured didactic program oriented toward the acquisition of insight that may foster self-growth and reduce psychiatric symptoms.

**Issues addressed in this session:**
1. acknowledging and making use of one's personal strengths; 2. finding or creating meaning in one's life; 3. developing self esteem, acknowledging personal assets

**Patient's clinically pertinent response:**
Ms. Menninger actively participated in the therapeutic work of the group.

**Observations of the patient's status:**
During this session, Ms. Menninger displayed an appropriate affect. Her level of psychomotor activity was normal, and her motivation/cooperation was fair.

**Relevance of this group to the treatment plan:**
Ms. Menninger may examine the existential sources of this anxiety - thereby achieving greater insight and tolerance of anxiety. She may also examine the existential determinants and consequences of her depressed mood in an effort to cultivate greater personal responsibility for her quality of life. Finally, Ms. Menninger may learn to view her chosen stress management style as a compromise designed to address competing existential concerns (e.g. isolation versus freedom).

**Observations of the group's dynamics:**
Group was focused on the existential pillars of isolation and meaning. Discussed the Re-authoring practice in Narrative Therapy. Group members were active and engaged. Three new members joined the group today. The average tenure of group participation (for this group of 8 women and 1 man) was 3.3 treatment days. The members ranged from 28 to 78 years old. Overall, the amount of work accomplished was good.

Adam Vose-Oneal, LCSW

MENNINGER_SUPP000159



BUTLER HOSPITAL
a Care New England Hospital

MENNINGER, LISA (194085)
DOB: ///1968  49F
8 WATERFORD CIRCLE
DIGHTON, MA 02715

ITP ADM 3626 (07/02/2018)
ITP MD: RENDUELES VILLALBA
UBH

## Integrated Therapies Program
## Focused Psychoeducational Group, Progress Note

| 7/9/2018 | Start: 1:15 PM | End: 2:00 PM | Duration: 45 mins. |
|---|---|---|---|
| **Pt. Initials:** YC KE JG MK KM LM RO TS MT | | | **Pt. Attendance:** 9 |

**Purpose/ Theme:** The overarching goals for the psychoeducation groups are to overcome knowledge deficits in the following areas: (1) the diagnosis and natural history of one's illness, (2) causal factors thought to be important in the initiation and perpetuation of the illness, (3) treatment alternatives, and (4) methods of self-empowerment.

**Issues addressed in this session:**
1. intimacy and affiliation - the value of contact with others beyond a superficial level; 2. challenging oneself to grow in emotional sophistication, recognizing that feelings are usually mixed; 3. stress management

**Patient's clinically pertinent response:**
Ms. Menninger actively participated in the therapeutic work of the group.

**Observations of the patient's status:**
During this session, Ms. Menninger displayed an appropriate affect. Her level of psychomotor activity was normal, and her motivation/cooperation was fair.

**Relevance of this group to the treatment plan:**
Ms. Menninger may Better understand the relationship between intimacy and anxiety., Explore the connection between mood and intimacy. and Strengthen intimacy to maximize adaptive coping.

**Observations of the group's dynamics:**
Pt shared in "rag and rose" exercise, one thing that went well and one thing they are still working on in past 24 hours. Discussed connection vs isolation and had group participate in exercise with conversation topic starters. Pt processed experience following exercise. Three new members joined the group today. The average tenure of group participation (for this group of 8 women and 1 man) was 3.3 treatment days. The members ranged from 28 to 78 years old. Overall, the amount of work accomplished was poor.

Carolyn Bouley, LMHC

MENNINGER_SUPP000160



MENNINGER, LISA (194085)
DOB:      /1968  49F
8 WATERFORD CIRCLE
DIGHTON, MA 02715

ITP ADM: 3626 (07/02/2018)
ITP MD: JAMES SULLIVAN
UBH

## Integrated Therapies Program
## Opening Session, Group Note

| 7/10/2018 | Start: 8:00 AM | End: 8:45 AM | Duration: 45 mins. |
|---|---|---|---|
| Pt. Initials: | | | Pt. Attendance: 11 |

**Purpose/ Theme:**
to provide an orientation to the Partial Hospitalization Program, to identify individual treatment goals, and to assess treatment progress.

**Observations of the patient's status:**
During this session, Ms. Menninger displayed an anxious affect. Her level of psychomotor activity was normal, and her motivation/cooperation was high.

**Additional Comments:**

*Melissa Winsor*

Melissa Winsor, BA

MENNINGER_SUPP000161



*Butler Hospital*
*a Care New England Hospital*

MENNINGER, LISA (194085)
DOB:        /1968  49F
8 WATERFORD CIRCLE
DIGHTON, MA 02715

ITP ADM: 3626 (07/02/2018)
ITP MD: RENDUELES VILLALBA
UBH

## Integrated Therapies Program
## Interpersonal Psychotherapy Group , Progress Note

| 7/10/2018 | Start: 11:30 AM | End: 12:15 PM | Duration: 45 mins. |
|---|---|---|---|
| Pt. Initials: KM MK KF LM MT | | | Pt. Attendance: 5 |

**Purpose:** to increase one's awareness of adaptive and self-defeating thoughts, emotions and behavior. Members are challenged to test self-perceptions against the perceptions that others form of them. The group offers experiential learning intended to foster self-growth, reduce psychiatric symptoms, and/or optimize interpersonal relationships.

**Issues Raised:** 1. finding or creating meaning in one's life; 2. developing self esteem, acknowledging personal assets; 3. using life narratives for insight and coping

**Patient's clinically pertinent response:**

**Observations of the patient's status:** Action toward others: affirming and understanding; Reacting to others: connecting and bonding; Doing to self: self-accepting and exploring

**Relevance of this group to the treatment plan:** Ms. Menninger may receive opportunities to achieve desensitization from anxiety related to social triggers. She may also achieve mood improvement via social reparation and greater insight regarding interpersonal determinants of her mood. Finally, Ms. Menninger may have opportunities to identify and exercise effective way of coping with stress.

**Group Structure and Dynamics:** The average tenure of group participation (for this group of 5 women) was 3.4 treatment days. The members ranged from 42 to 78 years old. Overall, the amount of work accomplished was fair. Some progress however, was acheived in the second half of the session. Refer to the Group Climate Questionnaire (below) for a review of the group's dynamics.

### Group Climate Questionnaire

| 0<br>not at all | 1<br>a little bit | 2<br>somewhat | 3<br>moderately | 4<br>quite a bit | 5<br>a great deal | 6<br>extremely |
|---|---|---|---|---|---|---|

| | Pt scores (n=5)<br>Mean  SD | G (N=23)<br>Mean  SD | Therapis<br>scores<br>cb |
|---|---|---|---|
| 1. The members liked and cared about each other. | 5.2  0.4 | 4.7  0.8 | 6 |
| 2. The members tried to understand why they do the things they do, tried to reason it out. | 4.6  0.8 | 4.6  0.7 | 5 |
| 3. The members avoided looking at important issues going on between them. | 0.6  0.5 | 1.1  0.8 | 0 |
| 4. The members felt what was happening was important and there was a sense of participation | 5.0  0.6 | 4.6  0.9 | 6 |
| 5. The members depended on the group leader(s) for direction. | - 0.4  0.5 | 1.7  0.8 | 0 |
| 6. There was friction and anger between the members. | 0.0  0.0 | 0.6  1.0 | 0 |
| 7. The members were distant and withdrawn from each other. | 0.2  0.4 | 0.7  0.5 | 0 |
| 8. The members challenged and confronted each other in their efforts to sort things out. | - 2.6  1.4 | 3.7  0.7 | 4 |
| 9. The members appeared to do things the way they thought would be acceptable to the group. | 2.6  1.7 | 3.0  0.9 | 5 |
| 10. The members rejected and distrusted each other. | 0.0  0.0 | 0.3  0.4 | 0 |
| 11. The members revealed sensitive personal information or feelings. | 4.0  0.9 | 4.5  0.8 | 4 |
| 12. The members appeared tense and anxious. | - 1.4  1.4 | 2.1  0.6 | 3 |

G = meta mean of Pt scores controlled for variables A,B&C (N = # of groups)
A = group level, B = group size, C = mean tenure, D = # of new members, E = sex ratio, F = day of week

\* Pt mean >1.0 SD higher than G.
- Pt mean >1.0 SD lower than G.

Carolyn Bouley, LMHC



BUTLER HOSPITAL
a Care New England Hospital

**MENNINGER, LISA** (194085)
DOB:     1968  49F
8 WATERFORD CIRCLE
DIGHTON, MA 02715

ITP ADM: 3626 (07/02/2018)
ITP MD: RENDUELES VILLALBA
UBH

## Integrated Therapies Program
## Directed Interpers. Group Psychotherapy, Progress Note

| 7/10/2018 | Start: 10:45 AM | End: 11:30 AM | Duration: 45 mins. |
|---|---|---|---|
| Pt. Initials: KM MK KF LM MT | | | Pt. Attendance: 5 |

**Purpose/ Theme:** to practice here-and-now skills of interpersonal relating. Members are directed to prioritize spontaneous experiencing and emotional expression, in an effort to optimize interpersonal communication and cultivate relational depth. Meaningful relationships are acknowledged as critical to mental health and their healing power is demonstrated through firsthand experiences.

**Issues addressed in this session:**
1. finding or creating meaning in one's life; 2. developing self esteem, acknowledging personal assets; 3. using life narratives for insight and coping

**Patient's clinically pertinent response:**
Ms. Menninger actively participated in the therapeutic work of the group. In fact, she served as a work leader.

**Observations of the patient's status:**
During this session, Ms. Menninger displayed an appropriate affect. Her level of psychomotor activity was normal, and her motivation/cooperation was fair.

**Relevance of this group to the treatment plan:**
Ms. Menninger may receive opportunities to achieve desensitization from anxiety related to social triggers. She may also achieve mood improvement via social reparation and greater insight regarding interpersonal determinants of her mood. Finally, Ms. Menninger may have opportunities to identify and exercise effective way of coping with stress.

**Observations of the group's dynamics:**
Pt brought up topics of low self worth, invalidation, perfectionism vs being good enough, stigma against mental health treatment, and living an authentic life. Pt were open to exploration and balance being supportive as well as challenging.

Carolyn Bouley, LMHC

MENNINGER_SUPP000163

**JA2344**



**MENNINGER, LISA** (194085)
DOB: ████/1968  49F
8 WATERFORD CIRCLE
DIGHTON, MA 02715

ITP ADM: 3626 (07/02/2018)
ITP MD: RENDUELES VILLALBA
UBH

## Integrated Therapies Program
## Existential Psychotherapy Group, Progress Note

| 7/10/2018 | Start: 9:15 AM | End: 10:00 AM | Duration: 45 mins. |
|---|---|---|---|
| **Pt. Initials:** YC BE KF JG MK KM LM RO BS TS MT | | | **Pt. Attendance:** 11 |

**Purpose/ Theme:** to increase one's awareness of the universal problems of living: the fear of death, isolation, meaninglessness and freedom. Individuals are encouraged to view their clinical problems as idiomatic derivatives of these basic life problems. In so doing, individuals gain a global perspective of their distress and are able to appreciate their illness as rooted in the common concerns of all humans rather than viewing themselves as psychologically deviant. Strategies are then explored to assist the development of adaptive patterns of thought and action. The group is a structured didactic program oriented toward the acquisition of insight that may foster self-growth and reduce psychiatric symptoms.

#### Issues addressed in this session:
1. challenging oneself to grow in emotional sophistication, recognizing that feelings are usually mixed; 2. accepting responsibility for one's world-view; 3. finding or creating meaning in one's life.

#### Patient's clinically pertinent response:
Ms. Menninger actively participated in the therapeutic work of the group.

#### Observations of the patient's status:
During this session, Ms. Menninger displayed an appropriate affect. Her level of psychomotor activity was normal, and her motivation/cooperation was high.

#### Relevance of this group to the treatment plan:
Ms. Menninger may examine the existential sources of this anxiety - thereby achieving greater insight and tolerance of anxiety. She may also examine the existential determinants and consequences of her depressed mood in an effort to cultivate greater personal responsibility for her quality of life. Finally, Ms. Menninger may learn to view her chosen stress management style as a compromise designed to address competing existential concerns (e.g. isolation versus freedom).

#### Observations of the group's dynamics:
Group members were engaged in group discussion. Members were supportive of one another. All members participated in activity. The average tenure of group participation (for this group of 9 women and 2 men) was 4.3 treatment days. The members ranged from 28 to 78 years old. Overall, the amount of work accomplished was good.

Victoria Sokolowski, LCSW

MENNINGER_SUPP000164



MENNINGER, LISA (194085)
DOB: ███/1968  49F
8 WATERFORD CIRCLE
DIGHTON, MA 02715

ITP ADM: 3626 (07/02/2018)
ITP MD: RENDUELES VILLALBA
UBH

## Integrated Therapies Program
## Focused Psychoeducational Group, Progress Note

| 7/10/2018 | Start: 1:15 PM | End: 2:00 PM | Duration: 45 mins. |
|---|---|---|---|
| Pt. Initials: KM MT LM BE JG YC MK TS KF | | | Pt. Attendance: 9 |

**Purpose/ Theme:** The overarching goals for the psychoeducation groups are to overcome knowledge deficits in the following areas: (1) the diagnosis and natural history of one's illness, (2) causal factors thought to be important in the initiation and perpetuation of the illness, (3) treatment alternatives, and (4) methods of self-empowerment.

**Issues addressed in this session:**
1. developing self esteem, acknowledging personal assets; 2. acknowledging and making use of one's personal strengths; 3. stress management

**Patient's clinically pertinent response:**
Ms. Menninger actively participated in the therapeutic work of the group.

**Observations of the patient's status:**
During this session, Ms. Menninger displayed an appropriate affect. Her level of psychomotor activity was normal, and her motivation/cooperation was high.

**Relevance of this group to the treatment plan:**
Ms. Menninger may cultivate self-esteem by learning to tolerate anxiety-evoking triggers, consider the challenges of building self-esteem despite current mood symptoms and appraise the role that self-esteem plays in health promotion.

**Observations of the group's dynamics:**
The group experienced a high level of of participation. All group members were actively engaged in art therapy exercise. The average tenure of group participation (for this group of 8 women and 1 man) was 3.6 treatment days. The members ranged from 28 to 78 years old. Overall, the amount of work accomplished was good.

*Rosanne Janes*

Rosanne Janes, LCSW

MENNINGER_SUPP000165


*BUTLER HOSPITAL*
*a Care New England Hospital*

**MENNINGER, LISA** (194085)
DOB: ███/1968 49F
8 WATERFORD CIRCLE
DIGHTON, MA 02715

ITP ADM: 3626 (07/02/2018)
ITP MD: JAMES SULLIVAN
UBH

## Integrated Therapies Program
## Opening Session, Group Note

| 7/11/2018 | Start: 8:00 AM | End: 8:45 AM | Duration: 45 mins. |
|---|---|---|---|
| Pt. Initials: KF  MK  KM  LM  BS  TS  MT | | | Pt. Attendance: 7 |

**Purpose/ Theme:**
to provide an orientation to the Partial Hospitalization Program, to identify individual treatment goals, and to assess treatment progress.

**Observations of the patient's status:**
During this session, Ms. Menninger displayed an appropriate affect. Her level of psychomotor activity was normal, and her motivation/cooperation was high.

**Patient's self-reported psychometrics**
PDOQ Depression score = 31

**Additional Comments:**

*Melissa Winsor*

Melissa Winsor, BA

MENNINGER_SUPP000166

**JA2347**

MENNINGER, LISA (194085)
DOB: [    ]/1968 49F
8 WATERFORD CIRCLE
DIGHTON, MA 02715

**BUTLER HOSPITAL**
*a Care New England Hospital*

ITP ADM: 3626 (07/02/2018)
ITP MD: JAMES SULLIVAN
UBH

## Integrated Therapies Program
## Interpersonal Psychotherapy Group , Progress Note

| 7/11/2018 | Start: 11:30 AM | End: 12:15 PM | Duration: 45 mins. |
|---|---|---|---|
| Pt. Initials: | | | Pt. Attendance: 9 |

**Purpose:** to increase one's awareness of adaptive and self-defeating thoughts, emotions and behavior. Members are challenged to test self-perceptions against the perceptions that others form of them. The group offers experiential learning intended to foster self-growth, reduce psychiatric symptoms, and/or optimize interpersonal relationships.

**Issues Raised:**

**Patient's clinically pertinent response:**

**Observations of the patient's status:** Action toward others: freeing and forgiving; Reacting to others: disclosing and expressing; Doing to self: self-loving and cherishing

**Relevance of this group to the treatment plan:** Ms. Menninger may receive opportunities to achieve desensitization from anxiety related to social triggers. She may also achieve mood improvement via social reparation and greater insight regarding interpersonal determinants of her mood. Finally, Ms. Menninger may have opportunities to identify and exercise effective way of coping with stress.

**Group Structure and Dynamics:** Refer to the Group Climate Questionnaire (below) for a review of the group's dynamics.

### Group Climate Questionnaire

| 0 not at all | 1 a little bit | 2 somewhat | 3 moderately | 4 quite a bit | 5 a great deal | 6 extremely |
|---|---|---|---|---|---|---|

| | Pt scores (n=9) Mean SD | G (N=0) Mean SD | Therapist scores |
|---|---|---|---|
| 1. The members liked and cared about each other. | | | 4 |
| 2. The members tried to understand why they do the things they do, tried to reason it out. | | | 4 |
| 3. The members avoided looking at important issues going on between them. | | | 2 |
| 4. The members felt what was happening was important and there was a sense of participation. | | | 5 |
| 5. The members depended on the group leader(s) for direction. | | | 1 |
| 6. There was friction and anger between the members. | | | 0 |
| 7. The members were distant and withdrawn from each other. | | | 0 |
| 8. The members challenged and confronted each other in their efforts to sort things out. | | | 2 |
| 9. The members appeared to do things the way they thought would be acceptable to the group. | | | 4 |
| 10. The members rejected and distrusted each other. | | | 0 |
| 11. The members revealed sensitive personal information or feelings. | | | 4 |
| 12. The members appeared tense and anxious. | | | 3 |

G = meta mean of Pt scores controlled for variables B (N = # of groups)
A = group level, B = group size, C = mean tenure, D = # of new members, E = sex ratio, F = day of week

\* Pt mean >1.0 SD higher than G.
- Pt mean >1.0 SD lower than G.

Carolyn Bouley, LMHC

MENNINGER_SUPP000167



BUTLER HOSPITAL
*a care New England Hospital*

**MENNINGER, LISA** (194085)
DOB: ▮▮▮/1968  49F
8 WATERFORD CIRCLE
DIGHTON, MA 02715

ITP ADM: 3626 (07/02/2018)
ITP MD: JAMES SULLIVAN
UBH

## Integrated Therapies Program
## Directed Interpers. Group Psychotherapy, Progress Note

| 7/11/2018 | **Start:** 10:45 AM | **End:** 11:30 AM | **Duration:** 45 mins. |
|---|---|---|---|
| **Pt. Initials:** | | | **Pt. Attendance:** 9 |

**Purpose/ Theme:** to practice here-and-now skills of interpersonal relating. Members are directed to prioritize spontaneous experiencing and emotional expression, in an effort to optimize interpersonal communication and cultivate relational depth. Meaningful relationships are acknowledged as critical to mental health and their healing power is demonstrated through firsthand experiences.

**Issues addressed in this session:**

**Patient's clinically pertinent response:**
Ms. Menninger actively participated in the therapeutic work of the group. In fact, she served as a work leader.

**Observations of the patient's status:**
During this session, Ms. Menninger displayed an appropriate affect. Her level of psychomotor activity was normal, and her motivation/cooperation was fair.

**Relevance of this group to the treatment plan:**
Ms. Menninger may receive opportunities to achieve desensitization from anxiety related to social triggers. She may also achieve mood improvement via social reparation and greater insight regarding interpersonal determinants of her mood. Finally, Ms. Menninger may have opportunities to identify and exercise effective way of coping with stress.

**Observations of the group's dynamics:**
Pt processed feelings around occupational challenges and feeling unappreciated at work. Pt discussed loss and transition as well as acceptance for what can not be changed.

Carolyn Bouley, LMHC

MENNINGER_SUPP000168

**JA2349**



*Butler Hospital*
*a Care New England Hospital*

MENNINGER, LISA (194085)
DOB: ███/1968  49F
8 WATERFORD CIRCLE
DIGHTON, MA  02715

ITP ADM: 3626  (07/02/2018)
ITP MD:  JAMES SULLIVAN
UBH

## Integrated Therapies Program
## Existential Psychotherapy Group, Progress Note

| 7/11/2018 | Start: 9:15 AM | End: 10:00 AM | Duration: 45 mins. |
|---|---|---|---|
| **Pt. Initials:** YC KF MK KM LM RO KQ BS TS MT | | | **Pt. Attendance:** 10 |

**Purpose/ Theme:** to increase one's awareness of the universal problems of living: the fear of death, isolation, meaninglessness and freedom. Individuals are encouraged to view their clinical problems as idiomatic derivatives of these basic life problems. In so doing, individuals gain a global perspective of their distress and are able to appreciate their illness as rooted in the common concerns of all humans rather than viewing themselves as psychologically deviant. Strategies are then explored to assist the development of adaptive patterns of thought and action. The group is a structured didactic program oriented toward the acquisition of insight that may foster self-growth and reduce psychiatric symptoms.

**Issues addressed in this session:**
1. accepting responsibility for one's world-view; 2. finding or creating meaning in one's life; 3. acknowledging and making use of one's personal strengths

**Patient's clinically pertinent response:**
Ms. Menninger actively participated in the therapeutic work of the group.

**Observations of the patient's status:**
During this session, Ms. Menninger displayed an appropriate affect. Her level of psychomotor activity was normal, and her motivation/cooperation was high.

**Relevance of this group to the treatment plan:**
Ms. Menninger may examine the existential sources of this anxiety - thereby achieving greater insight and tolerance of anxiety. She may also examine the existential determinants and consequences of her depressed mood in an effort to cultivate greater personal responsibility for her quality of life. Finally, Ms. Menninger may learn to view her chosen stress management style as a compromise designed to address competing existential concerns (e.g. isolation versus freedom).

**Observations of the group's dynamics:**
The group experienced a high level of participation. All group members were engaged in discussion and activity. Conversation was relevant to the topic of existentialism. One new member joined the group today. The average tenure of group participation (for this group of 9 women and 1 man) was 5.2 treatment days. The members ranged from 31 to 78 years old. Overall, the amount of work accomplished was fair.

*Rosanne Janes*

Rosanne Janes, LCSW

MENNINGER_SUPP000169



**MENNINGER, LISA** (194085)
DOB: ███/1968 49F
8 WATERFORD CIRCLE
DIGHTON, MA 02715

ITP ADM: 3626 (07/02/2018)
ITP MD: JAMES SULLIVAN
UBH

## Integrated Therapies Program
## Focused Psychoeducational Group, Progress Note

| 7/11/2018 | Start: 1:15 PM | End: 2:00 PM | Duration: 45 mins. |
|---|---|---|---|
| **Pt. Initials:** KM RO YC MT MK LM KF TS KQ BS | | | **Pt. Attendance:** 10 |

**Purpose/ Theme:** The overarching goals for the psychoeducation groups are to overcome knowledge deficits in the following areas: (1) the diagnosis and natural history of one's illness, (2) causal factors thought to be important in the initiation and perpetuation of the illness, (3) treatment alternatives, and (4) methods of self-empowerment.

The purpose of this specific discussion group is to learn the difference between controllable and uncontrollable stress and increase insight into what control group members have.

### Issues addressed in this session:
1. stress management; 2. coping with changes and life transitions; 3. relapse prevention

### Patient's clinically pertinent response:
Ms. Menninger actively participated in the therapeutic work of the group.

### Observations of the patient's status:
During this session, Ms. Menninger displayed an appropriate affect. Her level of psychomotor activity was normal, and her motivation/cooperation was fair.

### Relevance of this group to the treatment plan:
Ms. Menninger may cultivate stress reducing skill to control anxiety symptoms, practice healthy stress management strategies to alleviate depressive symptoms and understand how ineffective coping exacerbates stress.

### Observations of the group's dynamics:
Group was focused on mindfulness. Group members participated in 4 mindfulness exercises. All group members were active and engaged. One new member joined the group today. The average tenure of group participation (for this group of 9 women and 1 man) was 5.2 treatment days. The members ranged from 31 to 78 years old. Overall, the amount of work accomplished was good.

Adam Vose-Oneal, LCSW

MENNINGER_SUPP000170



**MENNINGER, LISA** (194085)
DOB:    /1968  49F
8 WATERFORD CIRCLE
DIGHTON, MA 02715

ITP ADM: 3626 (07/02/2018)
ITP MD:  JAMES SULLIVAN
UBH

## Integrated Therapies Program, Correspondence Summary

admission  07/02/2018                                      PHP adm#:  3626
discharge  07/11/2018

**Telephone Contacts:**
**Psychiatrist**
7/3/2018 2:50 PM   Spoke to Dr. Kessimian letting her know that Lisa has begun treatment eith us.- MJ

MENNINGER_SUPP000171

## Integrated Therapies Program: Billing Report

# 3626

## Menninger, Lisa

| Medical Record # | **194085** |
| Date of Birth | **/1968** |
| Emergency phone | **Mason Menninger - 913** |
| Home phone | **913-387-9451** |
| Address | **8 Waterford Circle** |
| | **Dighton, MA 02715** |
| Referral Source | **Marianna Kessimian** |
| Primary therapist | **RJ** |
| MD | **JS** |
| Admission | **07/02/2018** |
| Discharge | **07/11/2018** |
| Days of Service | **7** |
| Insurance | **UBH** |

| Attendance | Authorization # |
|------------|-----------------|
| 7/2/2018 | FMSGLW-01 |
| 7/3/2018 | |
| 7/5/2018 | |
| 7/6/2018 | |
| 7/9/2018 | |
| 7/10/2018 | |
| 7/11/2018 | |
| | |
| | |
| | |
| | X |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

### Group Attendance

| | IPT | EXT | Foc | DA | Com |
|----|-----|-----|-----|-----|-----|
| ** | 1 | | | | |
| ** | 1 | | | | |
| ** | | | | | |
| ** | 1 | | | | |
| ** | 1 | | | | |
| ** | 1 | | | | |
| ** | | | | | |

| NA | Cancelled | No Showed |
|----|-----------|-----------|
| | | |
| | | |
| | | |
| | | |

MENNINGER_SUPP000172

BH-34 (12

## MEDICAL REVIEW:
## PSYCHIATRIC PARTIAL HOSPITAL

194085 ___ /68  F  49
MENNINGER,
LISA

BUTLER HOSPITAL          Providence, RI

Name: Lisa A. Menninger  MRN: ___

INSTRUCTIONS:          Please place a check mark beside any of the following symptoms which you currently have or experienced in the past month.

| | |
|---|---|
| ___ fever | ___ cough |
| ___ night sweats | ✓ shortness of breath |
| ✓ weight loss | ___ wheezing |
| ___ weight gain | ___ difficulty breathing at night |
| ___ problems walking | ___ coughing blood |
| ✓ getting tired easily | ___ chest pain |
| ___ headache | ___ irregular heartbeat |
| ✓ dizziness (from Klonopin) | ___ extra or missed heartbeats |
| ___ speech problems | ___ swelling in legs |
| ___ loss of strength in an arm or leg | ___ nausea |
| ___ loss of feeling in part of your body | ___ vomiting |
| ___ tingling in an arm or leg | ✓ diarrhea |
| ___ tremor | ___ constipation |
| ___ loss of or change in vision | ___ blood in stools |
| ___ loss of or change in hearing | ___ tarry stools |
| ___ loss of bladder or bowel control | ___ light color stools |
| ___ frequent urination | ___ vomiting blood |
| ___ dark or bloody urine | ___ abdominal pain |
| ___ kidney stone | ___ painful urination |
| ___ irregular menstrual periods | ___ increased thirst |
| ___ pain during intercourse | ✓ intolerance to heat |
| ___ sexual dysfunction | ✓ intolerance to cold |
| ✓ back pain | ___ dryness of skin |
| ___ pain in arm(s) or leg(s) | ___ easy bruising |
| ___ itching | ___ change in hair |
| ___ joint pain or swelling | ___ skin rash |

Have you had a physical examination within the past year?  ☐ Yes   ☑ No

Above Medical Review Completed by: _____  Date: _____
Relationship to patient: _____

PHYSICIAN ASSESSMENT: _____

Referral/recommendation for PE provided? ☐ Yes   ☐ No  (A referral is not required if PE completed within past ye
Patient Response:   ☑ Patient agrees to referral/recommendation   ☐ Other_____

_____
Attending Psychiatrist Signature

_____
Print Name

7/2/18
Date

BH-47 (5-2005)

MENNINGER_SUPP000173

**JA2354**

*a Care New England Hospital*

## Integrated Therapies Program Patient Contract

I understand that I am expected to arrive at 7:45 am and stay until 2:15pm each day. I am expected to register with the secretary prior to starting the morning session. If I am unable to attend the program, I will notify the program (401) 680-4111 by 9:00 am. I understand that if I arrive after 9:00 am I may not be able to attend the morning treatment session.

If I arrive after 10:45 am, <u>without</u> calling the program, I may not be able to attend treatment for the day.

<u>I understand that if I do not present to the program on my 2nd scheduled day of treatment, and do not contact ITP or respond to an outreach call from the program I will be discharged .</u>

<u>I understand that if I do not attend treatment for two days I may be discharged from the program</u>

I am expected to report thoughts of harm to self or others to program staff

I acknowledge the responsibility to take my own medications without explicit supervision.

I am expected to abstain from alcohol and narcotics during my period of treatment in the Integrated Therapies Program. I will comply with random drug screens as requested by the staff. Grounds for dismissal from the Integrated Therapies Program includes failure to comply with drug screens, finding unexpected positive results, and the continued use of the substance(s) that was (were) being abused. <u>I understand that smoking is prohibited on the Butler Hospital Campus. Non- compliance with this policy may result in discharge from the Integrated Therapies Program.</u>

Communication with fellow patients outside of the Integrated Therapies Program is strongly discouraged. The Integrated Therapies Program shall not be held liable for personal harm sustained in the context of this outside socializing.

I understand that I may use my personal cell phone during the specified break times, but that otherwise cell phones and hand held devices should remain off or on silent mode. I understand that for confidentiality and privacy reasons photographs or recordings of staff members, groups or patients is prohibited.

I understand that Butler Hospital shall not be held liable for the loss or damage to any money or valuables.

I understand that my continued care and treatment in the Integrated Therapies Program is contingent upon my compliance, safety, and level of care needs.

I understand that a digital photo will be taken upon my admission and used for identification purposes only. This picture will become part of my medical record.

I understand that the confidentiality of patients is to be maintained at all times by program staff, other patients and myself. My sharing of information revealed by other patients to individuals outside the program is not permitted and could result in my discharge. I also understand that the program staff may need to break confidentiality when I am believed to be a danger to myself or others, or there is suspected or disclosed current physical or sexual abuse of a child as required by law.

By signing below, I understand and accept these limitations. If I have specific questions or concerns regarding these policies, I will discuss them with a staff member.

Lisa A. Menninger
Signature

Megan B Fuller
Witness

/1968
Date of Birth

02 JUL 2018
Date

7/2/18
Date

Rev 7/2017

MENNINGER_SUPP000174

# Butler Hospital

## 345 Blackstone Boulevard, Providence, RI 02906

| | | | | |
|---|---|---|---|---|
| **Patient Name:** | Menninger, Lisa | | | |
| **FIN:** | 194085-1-1 | | **MRN:** | 194085 |
| **Birth Date/Age/Sex:** | /1968   52 years | Female | **Registration Date:** | 7/2/2018 |
| **Admitting Provider:** | Villalba II,MD,Renduleles | | **Discharge Date:** | 7/11/2018 |
| **Attending Provider:** | Villalba II,MD,Renduleles | | **Patient Type:** | B-Outpatient |

### *Clinical Diagnoses*

| Diagnosis: Major depressive disorder,recurrent severe without psychotic features (Qualifier: ) | |
|---|---|
| **Last Reviewed Date:** | **Responsible Provider:** |
| Diagnosis Date: 7/11/2018 | **Status:** Active |
| Clinical Service: ; Classification: ; Confirmation: ; Type: Final; Code: F33.2 (ICD-10-CM) | |

| Diagnosis: Panic disorder [episodic paroxysmal anxiety](Qualifier: ) | |
|---|---|
| **Last Reviewed Date:** | **Responsible Provider:** |
| Diagnosis Date: 7/11/2018 | **Status:** Active |
| Clinical Service: ; Classification: ; Confirmation: ; Type: Final; Code: F41.0 (ICD-10-CM) | |

| Diagnosis: Social phobia,generalized (Qualifier: ) | |
|---|---|
| **Last Reviewed Date:** | **Responsible Provider:** |
| Diagnosis Date: 7/11/2018 | **Status:** Active |
| Clinical Service: ; Classification: ; Confirmation: ; Type: Final; Code: F40.11 (ICD-10-CM) | |

| Diagnosis: Major depressive disorder,recurrent severe without psychotic features (Qualifier: ) | |
|---|---|
| **Last Reviewed Date:** | **Responsible Provider:** |
| Diagnosis Date: 7/2/2018 | **Status:** Active |
| Clinical Service: ; Classification: ; Confirmation: ; Type: Admitting; Code: F33.2 (ICD-10-CM) | |

All laboratory testing performed at Women and Infants Hospital of Rhode Island, 101 Dudley Street, Providence RI 0290

| Legend | C=Critical | L=Low | H=High | @=Abnormal | (c=Corrected | f=Footnotes |
|---|---|---|---|---|---|---|

| Print Date/Time: | 12/21/2020 12:45 EST | Page 1 of 1 | XR Chart ID: | 63945270 |
|---|---|---|---|---|

MENNINGER_SUPP000175



**AUTHORIZATION FOR USE AND DISCLOSURE OF PERSONAL HEALTH INFORMATION**
**DESCHUTES COUNTY HEALTH SERVICES**

Department: North County Clinic 14011001    MRN: 886869

| Legal Last Name of Client: Menninger | First Name: Lisa | MI: A | Date of Birth: 1968 |
|---|---|---|---|

| Other names used by Client: none |
|---|

By signing this form, I authorize the following record holder to disclose the following specific confidential information.

<table>
<tr><td rowspan="10"><strong>RECORDS</strong></td><td><strong>Record Holder's Identity:</strong></td><td><strong>Specific information to be disclosed:</strong><br><em>(include date range if applicable)</em></td><td><strong>Mutual Exchange*:</strong></td></tr>
<tr><td>Deschutes County Health Services (DCHS)</td><td>All medical records</td><td><strong>Select One:</strong><br>☑ Yes or ☐ No<br>Initial: <em>LM</em></td></tr>
<tr><td colspan="3">If the information contains any of the types of records or information listed below, additional laws relating to use and disclosure may apply. I understand that this information will not be disclosed unless I place my initials in the space next to the information: Place your initials under Authorize or Refuse:<br><br><strong>Authorize or Refuse</strong></td></tr>
<tr><td colspan="3">● ___ or ○ ___   <strong>Mental Health</strong> <em>(except psychotherapy notes)</em>   Initial <em>LM</em></td></tr>
<tr><td colspan="3">● ___ or ○ ___   <strong>Alcohol/Drug Diagnosis, Treatment, Referral</strong>   Initial <em>LM</em></td></tr>
<tr><td colspan="3">● ___ or ○ ___   <strong>HIV/AIDS</strong>   Initial <em>LM</em></td></tr>
<tr><td colspan="3">● ___ or ○ ___   <strong>Genetic Testing</strong>   Initial <em>LM</em></td></tr>
</table>

<table>
<tr><td rowspan="2"><strong>RECIPIENT</strong></td><td><strong>Release to:</strong><br><em>(Address required if information is to be mailed to recipient. If releasing to a team, list members.)</em></td><td><strong>Purpose of release:</strong></td><td><strong>Expiration date or event**:</strong></td></tr>
<tr><td>Hampton Watson<br>Hartley Michon Robb Hannon LLP<br>Fax: 617-447-2800  Main Line: 617-723-8000</td><td>LEGAL</td><td>None</td></tr>
</table>

**ACKNOWLEDGEMNT**

**\*Mutual exchange allows information to be released back and forth between the record holder(s) and the recipient(s).**

**\*\*This authorization is valid for one year from the date of signing unless otherwise specified.**

I understand that I can cancel this authorization at any time by providing written notice of cancellation to the above-identified record holder(s). Such cancellation will not affect any information that was already disclosed. I understand that I may refuse to sign this form. **I know that, except when services are provided for research purposes or solely for the purpose of creating protected health information for disclosure to a third person, Deschutes County cannot deny Client services if I do not sign this authorization.**

I understand that information disclosed pursuant to this authorization may be re-disclosed by the recipient and no longer protected under federal or state law, EXCEPT THAT re-disclosure by the recipient of information related to HIV/AIDS, mental health, alcohol or drug treatment, or genetic testing information is prohibited without my authorization unless otherwise permitted by federal or state law.

I understand that Client's personal health information is confidential and may be protected by state and federal laws, and I approve the release of Client's personal health information in accordance with this authorization. I am signing this authorization voluntarily and without pressure or coercion. I acknowledge that I have been offered a copy of this form. I acknowledge that I have reviewed Deschutes County's written "Notice of Privacy Practices For Deschutes County."

<table>
<tr><td rowspan="2"><strong>SIGNATURE</strong></td><td><strong>Signature of Individual or Authorized Representative</strong><br>X <em>Lisa A Menninger</em></td><td><strong>Relationship to Client:</strong><br>self</td><td><strong>Date:</strong><br>10/12/2022</td></tr>
<tr><td colspan="3"><strong>Print Name of Person Signing This Authorization</strong>   Lisa A Menninger<br>X</td></tr>
</table>

MENNINGER_SUPP000176

DC COURTNEY CLINIC BH          Menninger, Lisa A
2577 NE COURTNEY DR            MRN: 886869, DOB: ▇▇▇ 1968, Sex: F
BEND OR 97701-7638

---

## Patient

### Demographics

Name: **Lisa A Menninger**
Address: **9495 NW Ember Lane PORTLAND OR 97229**

| | | |
|---|---|---|
| Date of birth ▇▇▇/**1968** | Sex: **Female** | Gender identity: **Female** |
| Aliases: **MENNINGER,LISA** | Ethnicity: **Non-Hispanic or Latino/a** | Race: **White** |
| Language: **English** | Email: **menningerl@gmail.com** | Mobile: **913-387-9451** |

### Allergies

Allergies last reviewed by Sepideh Ahmadpour, PMHNP on 3/15/2021 1533

**PENICILLINS**

Reactions: **Rash**                              Severity: **Low**
Reaction type: **Not Verified**                  Noted on: **12/02/2020**
Comments: **As a child**
SNOMED-CT: **6369005**

### Current Medications

#### Medications

**This report is for documentation purposes only. The patient should not follow medication instructions within.
For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.**

#### Current Medications

**FLUoxetine (PROZAC) 40 mg capsule**

Instructions: **Take 1 Capsule by mouth once daily**
Authorized by: **Sepideh Ahmadpour, PMHNP**          Ordered on: **3/15/2021**
Start date: **3/15/2021**                            Quantity: **30 Capsule**
Refill: **5 refills by 3/15/2022**

**indomethacin (INDOCIN) 50 mg capsule**

Entered by: **Sepideh Ahmadpour, PMHNP**            Entered on: **12/28/2020**
Start date: **11/27/2020**

---

MENNINGER_SUPP000177

**JA2358**

## 05/13/2021 - BH/MH Visits in Deschutes County Behavioral Health Courtney Clinic

### Reason for Visit

#### Chief Complaint

- Behavioral Health Discharge Summary (Discharge from Services )

#### Visit Diagnosis

- **Other specified trauma- and stressor-related disorder (primary) [F43.8]**

### Visit Information

#### Provider Information

| Encounter Provider | Authorizing Provider |
|---|---|
| Haley Piarulli, LCSW, CADC Intern | Haley Piarulli, LCSW, CADC Intern |

#### Department

| Name | Address | Phone | Fax |
|---|---|---|---|
| Deschutes County Behavioral Health Courtney Clinic | 2577 NE COURTNEY DR Bend OR 97701-7638 | 541-322-7500 | 541-322-7565 |

#### Questionnaires

##### PROGRAM AREA

| Prog Area | **Adult NSPMI (Non-Severe Persistent Mental Illness) [337]** |
|---|---|
| | Entered by Haley Piarulli, LCSW, CADC Intern Entered on 5/14/2021 10:23 AM |

##### SA14 ASSOCIATED NON-BILLABLE TIME

| Total Time- in minutes only: | **0** |
|---|---|
| | Entered by Haley Piarulli, LCSW, CADC Intern Entered on 5/14/2021 10:23 AM |

##### OCHIN BHMH QUESTIONNAIRE

| POS | **TELEMEDICINE [10001001]** |
|---|---|

##### BH RELATED QUESTIONNAIRE

| Is this Group, PCIT, GenPMTO, Jail Diversion or Group as Jail Diversion? | **No to All** |
|---|---|
| | Entered by Haley Piarulli, LCSW, CADC Intern Entered on 5/14/2021 10:23 AM |

#### Level of Service

| Level of Service |
|---|
| **PSYCHOTHERAPY W/PATIENT 45 MINUTES** |
| **Log History** |
| LOS History |

### Progress Notes

**Progress Notes by Haley Piarulli, LCSW, CADC Intern at 5/14/2021 1023**


DC COURTNEY CLINIC BH          Menninger, Lisa A
2577 NE COURTNEY DR            MRN: 886869, DOB:____/1968, Sex: F
BEND OR 97701-7638

---

**Progress Notes (continued)**

| | | |
|---|---|---|
| Author: Haley Piarulli, LCSW, CADC Intern | Service: — | Author Type: Licensed Clinical Social Worker |
| Filed: 5/14/2021 10:52 AM | Encounter Date: 5/13/2021 | Creation Time: 5/14/2021 10:23 AM |
| Status: Signed | Editor: Haley Piarulli, LCSW, CADC Intern (Licensed Clinical Social Worker) | |

**Behavioral Health Service Note (GIRPP)**

This encounter was conducted via phone. Due to health related concerns, Telemedicine has been advised at a State level and was deemed necessary for the wellbeing of client and staff. Clinician spoke with client to discuss the privacy risk associated with video/phone services, and client verbally consented to proceed.

**PHQ 2/9 DEPRESSION SCREENING**:  Patient not screened,  Patient declined; Client denied having recent suicidal ideation.

**Goal:**  Lisa will reduce current severity of anxiety symptoms from baseline of 8/10 to below a 5/10. 8=weekly panic attacks, disturbed sleep 6x weekly, chronic suicidality; 5=0 panic attacks for 45 days, improved sleep, elimination of suicidal ideation.

**Intervention**:  Lisa reported that she would to discharge services after today's visit and was ok with canceling her last medication appointment with the Deschutes County provider. She reported believing she had enough medication and had a back-up plan to use her old prescriber if needed, which her old prescriber had agreed on.  Lisa discussed the progress on the court case and reported having extreme anxiety around not having any outcomes. This writer provided empathy but also discussed the importance of staying in the present and not focusing on the unknown of the future. We discussed how the client could practice this skill. During the session we also discussed her new home and the realistic goals she would like to work on relating to increasing her happiness and decrease her anxiety. We discussed dialectical thinking and how the client could practice this thought process to hence the other feelings she is having, in hopes to create opportunity to engage in pleasurable activities, even though she could also be feeling the emotion of fear during these circumstances.

**Response**:  Lisa's mood was anxious and slightly overwhelmed with the move but reported it had also been a good distraction. This writer was unable to see her affect or grooming, due to being a phone session. Her thought process was clear and alert but continued to focus on having negative outcomes for her future. Lisa's speech was slightly broken, due to anxiety with a normal tone and speed. She had good insight into how she will need to force herself to stay more in the present moment, taking each day as it comes to support with decreasing her stress level.

**Progress**:  Lisa is making small progress by evidence of going on one walk in her new neighborhood.

**Plan**:  Client is discharging from services because she moved to Portland. She currently has an appointment at Lifeworks and a referral was completed to OSHU. Lisa will follow-up with medical records to ensure this referral was completed. She was agreeable to practice dialectical thinking. Lisa would also like to work on going walks with her family and waking her daughter up twice a week, because it is difficult for the client to get out of bed.

Electronically signed by Haley Piarulli, LCSW, CADC Intern at 5/14/2021 10:52 AM

JA2360

DC COURTNEY CLINIC BH
2577 NE COURTNEY DR
BEND OR 97701-7638

Menninger, Lisa A
MRN: 886869, DOB: ███/1968, Sex: F

## 05/10/2021 - BH/MH INTERIM in Deschutes County Behavioral Health Courtney Clinic

### Reason for Visit

#### Chief Complaint

- Care Coordination (Request from client )

### Visit Information

#### Provider Information

##### Encounter Provider

Haley Piarulli, LCSW, CADC Intern

#### Department

| Name | Address | Phone | Fax |
|---|---|---|---|
| Deschutes County Behavioral Health Courtney Clinic | 2577 NE COURTNEY DR Bend OR 97701-7638 | 541-322-7500 | 541-322-7565 |

#### Questionnaires

No completed forms available for this encounter.

### Progress Notes

#### Progress Notes by Haley Piarulli, LCSW, CADC Intern at 5/10/2021 1152

| Author: Haley Piarulli, LCSW, CADC Intern | Service: — | Author Type: Licensed Clinical Social Worker |
|---|---|---|
| Filed: 5/10/2021 11:56 AM | Encounter Date: 5/10/2021 | Creation Time: 5/10/2021 11:52 AM |
| Status: Signed | Editor: Haley Piarulli, LCSW, CADC Intern (Licensed Clinical Social Worker) | |

This client requested by email that a referral be completed to OHSU for treatment. This writer sent referral to medication provider to complete and information the client.

Electronically signed by Haley Piarulli, LCSW, CADC Intern at 5/10/2021 11:56 AM

DC COURTNEY CLINIC BH    Menninger, Lisa A
2577 NE COURTNEY DR      MRN: 886869, DOB: ▮/1968, Sex: F
BEND OR 97701-7638

## 05/07/2021 - Case Management Visit in Deschutes County Behavioral Health Courtney Clinic

**Reason for Visit**

**Chief Complaint**

- Care Coordination (Client request ROI be completed)

**Visit Information**

**Provider Information**

| Encounter Provider | Authorizing Provider |
|---|---|
| Haley Piarulli, LCSW, CADC Intern | Haley Piarulli, LCSW, CADC Intern |

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| Deschutes County Behavioral Health Courtney Clinic | 2577 NE COURTNEY DR Bend OR 97701-7638 | 541-322-7500 | 541-322-7565 |

**Questionnaires**

No completed forms available for this encounter.

**Level of Service**

**Level of Service**
**NP NON-BILLABLE VISIT**

**Progress Notes**

**Progress Notes by Haley Piarulli, LCSW, CADC Intern at 5/7/2021 1536**

| Author: Haley Piarulli, LCSW, CADC Intern | Service: — | Author Type: Licensed Clinical Social Worker |
|---|---|---|
| Filed: 5/7/2021 3:49 PM | Encounter Date: 5/7/2021 | Creation Time: 5/7/2021 3:36 PM |
| Status: Signed | Editor: Haley Piarulli, LCSW, CADC Intern (Licensed Clinical Social Worker) | |

This writer was given permission by the client to complete ROI for LifeWorks NW in Hillsboro, OR. She currently has an appointment set-up with this agency on May 20th for a therapy appointment.

Electronically signed by Haley Piarulli, LCSW, CADC Intern at 5/7/2021 3:49 PM

DC COURTNEY CLINIC BH
2577 NE COURTNEY DR
BEND OR 97701-7638

Menninger, Lisa A
MRN: 886869, DOB: ███/1968, Sex: F

## 05/03/2021 - Case Management Visit in Deschutes County Behavioral Health Courtney Clinic

**Reason for Visit**

**Chief Complaint**
- Clinical Outreach (Attempt to get services transferred)

**Visit Information**

**Provider Information**

| Encounter Provider | Authorizing Provider |
|---|---|
| Haley Piarulli, LCSW, CADC Intern | Haley Piarulli, LCSW, CADC Intern |

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| Deschutes County Behavioral Health Courtney Clinic | 2577 NE COURTNEY DR Bend OR 97701-7638 | 541-322-7500 | 541-322-7565 |

**Questionnaires**

No completed forms available for this encounter.

**Level of Service**

| Level of Service |
|---|
| NP NON-BILLABLE VISIT |

**Progress Notes**

**Progress Notes by Haley Piarulli, LCSW, CADC Intern at 5/3/2021 1252**

| Author: Haley Piarulli, LCSW, CADC Intern | Service: — | Author Type: Licensed Clinical Social Worker |
|---|---|---|
| Filed: 5/3/2021 1:09 PM | Encounter Date: 5/3/2021 | Creation Time: 5/3/2021 12:52 PM |
| Status: Signed | Editor: Haley Piarulli, LCSW, CADC Intern (Licensed Clinical Social Worker) | |

This writer spoke with Inka 503-846-4576 from Washington County regarding getting services for this client. Inka reported that this county contracts out for services and gave this writer information on providers. This writer contacted this providers and Lifeworks NW had openings within the next 2 weeks but was unable to give this writer information on co-pay/cost.

This writer contacted the client afterwards to share information regarding getting her services transferred. In the conversation this writer discussed Lifeworks NW 503-645-9010 and Cascadia 503-647-7777, which both provided counseling and medication services. The client was informed that both agencies might require a co-pay and a medication appointments could be out a couple of months. Lisa reported that her old prescriber was willing to take her on as a client until she could get set-up. We also discussed accessing an urgent care short-term, if she had an upcoming appointment but was at risk of running out of medications or asking her new PCP to prescribe. This writer also encourage the client to call her insurance company for information on in-network providers. Lisa was made aware that her services would need to be closed with Deschutes County after her last appointment with Sepi on 5/21 for medication management because she no longer lives in the area. Lisa reported understanding this and would work on getting her services transferred over asap.

Electronically signed by Haley Piarulli, LCSW, CADC Intern at 5/3/2021 1:09 PM



DC COURTNEY CLINIC BH    Menninger, Lisa A
2577 NE COURTNEY DR    MRN: 886869, DOB: ▮▮/1968, Sex: F
BEND OR 97701-7638

## 04/28/2021 - BH/MH Visits in Deschutes County Behavioral Health Courtney Clinic

### Reason for Visit

#### Chief Complaint

- Individual Counseling (Ind Therapy )

#### Visit Diagnosis

- **Other specified trauma- and stressor-related disorder (primary) [F43.8]**

### Visit Information

#### Provider Information

| Encounter Provider | Authorizing Provider |
|---|---|
| Haley Piarulli, LCSW, CADC Intern | Haley Piarulli, LCSW, CADC Intern |

#### Department

| Name | Address | Phone | Fax |
|---|---|---|---|
| Deschutes County Behavioral Health Courtney Clinic | 2577 NE COURTNEY DR Bend OR 97701-7638 | 541-322-7500 | 541-322-7565 |

#### Questionnaires

##### PROGRAM AREA

| Prog Area | **Adult NSPMI (Non-Severe Persistent Mental Illness) [337]** |
|---|---|
| | Entered by Haley Piarulli, LCSW, CADC Intern Entered on 5/4/2021  8:45 AM |

##### SA14 ASSOCIATED NON-BILLABLE TIME

| Total Time- in minutes only: | **0** |
|---|---|
| | Entered by Haley Piarulli, LCSW, CADC Intern Entered on 5/4/2021  8:45 AM |

##### OCHIN BHMH QUESTIONNAIRE

| POS | **TELEMEDICINE [10001001]** |
|---|---|

##### BH RELATED QUESTIONNAIRE

| Is this Group, PCIT, GenPMTO, Jail Diversion or Group as Jail Diversion? | **No to All** |
|---|---|
| | Entered by Haley Piarulli, LCSW, CADC Intern Entered on 5/4/2021  8:45 AM |

#### Level of Service

**Level of Service**
**PSYCHOTHERAPY W/PATIENT 60 MINUTES**

### Progress Notes

**Progress Notes by Haley Piarulli, LCSW, CADC Intern at 5/4/2021 0844**

| Author: Haley Piarulli, LCSW, CADC Intern | Service: — | Author Type: Licensed Clinical Social Worker |
|---|---|---|
| Filed: 5/5/2021  8:41 AM | Encounter Date: 4/28/2021 | Creation Time: 5/4/2021  8:44 AM |

MENNINGER_SUPP000183



DC COURTNEY CLINIC BH
2577 NE COURTNEY DR
BEND OR 97701-7638

Menninger, Lisa A
MRN: 886869, DOB: ■■/1968, Sex: F

---

**Progress Notes (continued)**

Status: Signed                                    Editor: **Haley Piarulli, LCSW, CADC Intern** (Licensed Clinical Social Worker)

**Behavioral Health Service Note (GIRPP)**

This encounter was conducted via phone.  Due to health related concerns, Telemedicine has been advised at a State level and was deemed necessary for the wellbeing of client and staff. Clinician spoke with client to discuss the privacy risk associated with video/phone services, and client verbally consented to proceed.

**PHQ 2/9 DEPRESSION SCREENING**:  Patient not screened,  Patient declined

**Goal:**  Lisa will reduce current severity of anxiety symptoms from baseline of 8/10 to below a 5/10. 8=weekly panic attacks, disturbed sleep 6x weekly, chronic suicidality; 5=0 panic attacks for 45 days, improved sleep, elimination of suicidal ideation.

**Intervention**:   Lisa reported still having a difficult time finding a provider in the new area she is moving to. She reported working with Rachel (peer support) around this but reporting anxiety/panic attacks had increase due to being rejected for either her insurance or because of her court case. It was reported that the client felt defeated and had not work on getting into other services because of this experience. She gave verbal consent for this writer to make some phone calls on her behalf to find placement. We discussed the positives of this upcoming move and the trail system that is close by. This writer supported the client in breaking down how she could feel safe accessing these trails when she moves. Lisa was able to problem solve potential barriers and work on an achievable plan that she felt comfortable with. We discussed the small steps such as evening walks with her family that would lead to bigger steps, such as the client running on her own.

**Response**:  Lisa reported having intense anxiety over the past couple of weeks but sounded calm over the phone. This writer was unable to see the clients affect or grooming due to be a phone session. Lisa's thought process was clear and alert, though did appear a little overwhelmed with court issues and this move. Her speech was slightly broken due to anxiety, with a normal tone and organized. Lisa had insight into making attainable goals when she moves to Portland.

**Progress**:  Lisa reported that moving has help decrease her symptoms because of this distraction. Though, overall Lisa has seemed to make minimal progress due to current court case.

**Plan**:  Lisa was agreeable to meet with this writer again on 5/13 @ 2 pm.

Electronically signed by Haley Piarulli, LCSW, CADC Intern at 5/5/2021  8:41 AM

---

JA2365

DC COURTNEY CLINIC BH        Menninger, Lisa A
2577 NE COURTNEY DR          MRN: 886869, DOB: ▮▮▮▮1968, Sex: F
BEND OR 97701-7638

## 04/27/2021 - BH/MH INTERIM in Deschutes County Behavioral Health Courtney Clinic

### Reason for Visit

#### Visit Diagnoses

- Other specified trauma- and stressor-related disorder [F43.8]
- Generalized anxiety disorder [F41.1]

### Visit Information

#### Provider Information

##### Encounter Provider
Rachel Marks, Certified Peer Specialist

#### Department

| Name | Address | Phone | Fax |
|------|---------|-------|-----|
| Deschutes County Behavioral Health Courtney Clinic | 2577 NE COURTNEY DR Bend OR 97701-7638 | 541-322-7500 | 541-322-7565 |

#### Questionnaires

No completed forms available for this encounter.

### Progress Notes

#### Progress Notes by Rachel Marks, Certified Peer Specialist at 4/27/2021 1209

| | | |
|---|---|---|
| Author: **Rachel Marks, Certified Peer Specialist** | Service: — | Author Type: **Peer Provider** |
| Filed: 4/27/2021 12:11 PM | Encounter Date: 4/27/2021 | Creation Time: 4/27/2021 12:09 PM |
| Status: **Signed** | Editor: **Rachel Marks, Certified Peer Specialist (Peer Provider)** | |

Writer received a text from Lisa stating " I have picked my therapist for me in portland and I have gotten my PCP to get the CT scan started for Auth and I am moving I cant talk right now "

Electronically signed by Rachel Marks, Certified Peer Specialist at 4/27/2021 12:11 PM

DC COURTNEY CLINIC BH
2577 NE COURTNEY DR
BEND OR 97701-7638

Menninger, Lisa A
MRN: 886869, DOB: ▮▮/1968, Sex: F

## 04/22/2021 - Case Management Visit in Deschutes County Behavioral Health Courtney Clinic

**Reason for Visit**

**Chief Complaint**
- Clinical Outreach (Rescheduled appointment )

**Visit Information**

**Provider Information**

| Encounter Provider | Authorizing Provider |
|---|---|
| Haley Piarulli, LCSW, CADC Intern | Haley Piarulli, LCSW, CADC Intern |

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| Deschutes County Behavioral Health Courtney Clinic | 2577 NE COURTNEY DR Bend OR 97701-7638 | 541-322-7500 | 541-322-7565 |

**Questionnaires**

No completed forms available for this encounter.

**Level of Service**

| Level of Service |
|---|
| **NP NON-BILLABLE VISIT** |

**Progress Notes**

**Progress Notes by Haley Piarulli, LCSW, CADC Intern at 4/22/2021 1506**

| Author: Haley Piarulli, LCSW, CADC Intern | Service: — | Author Type: Licensed Clinical Social Worker |
|---|---|---|
| Filed: 4/22/2021  3:10 PM | Encounter Date: 4/22/2021 | Creation Time: 4/22/2021  3:06 PM |
| Status: Signed | Editor: Haley Piarulli, LCSW, CADC Intern (Licensed Clinical Social Worker) | |

This writer contacted the client for scheduled appointment today and it was agreed to change the appointment to the following week, due to the client's current medical symptoms. Lisa reproted having the second dose of covid vaccince and breaking into hives. She also discussed being overwhelmed with legal issues. We discussed the client doing whatever she could to distress and get rest to combat current negative symptoms related to her medical and stress level. Lisa was rescheduled for 4/28 @ 2.

Electronically signed by Haley Piarulli, LCSW, CADC Intern at 4/22/2021  3:10 PM

MENNINGER_SUPP000186

DC COURTNEY CLINIC BH    Menninger, Lisa A
2577 NE COURTNEY DR    MRN: 886869, DOB: ■/1968, Sex: F
BEND OR 97701-7638

## 04/15/2021 - BH/MH INTERIM in Deschutes County Behavioral Health Courtney Clinic

**Reason for Visit**

### Chief Complaint

- Peer Support (left another voice message )

**Visit Information**

### Provider Information

#### Encounter Provider
Rachel Marks, Certified Peer Specialist

### Department

| Name | Address | Phone | Fax |
|------|---------|-------|-----|
| Deschutes County Behavioral Health Courtney Clinic | 2577 NE COURTNEY DR Bend OR 97701-7638 | 541-322-7500 | 541-322-7565 |

### Questionnaires

No completed forms available for this encounter.

**Progress Notes**

### Progress Notes by Rachel Marks, Certified Peer Specialist at 4/15/2021 1711

| | | |
|---|---|---|
| Author: Rachel Marks, Certified Peer Specialist | Service: — | Author Type: Peer Provider |
| Filed: 4/15/2021  5:17 PM | Encounter Date: 4/15/2021 | Creation Time: 4/15/2021  5:11 PM |
| Status: Signed | Editor: Rachel Marks, Certified Peer Specialist (Peer Provider) | |

## Writer called client left another voice message

Electronically signed by Rachel Marks, Certified Peer Specialist at 4/15/2021  5:17 PM

DC COURTNEY CLINIC BH      Menninger, Lisa A
2577 NE COURTNEY DR        MRN: 886869, DOB: ▮▮▮/1968, Sex: F
BEND OR 97701-7638

## 04/15/2021 - BH/MH INTERIM in Deschutes County Behavioral Health Courtney Clinic

**Reason for Visit**

### Chief Complaint

- Peer Support  (called client and left text message )

**Visit Information**

### Provider Information

#### Encounter Provider
Rachel Marks, Certified Peer Specialist

### Department

| Name | Address | Phone | Fax |
|------|---------|-------|-----|
| Deschutes County Behavioral Health Courtney Clinic | 2577 NE COURTNEY DR Bend OR 97701-7638 | 541-322-7500 | 541-322-7565 |

### Questionnaires

No completed forms available for this encounter.

**Progress Notes**

### Progress Notes by Rachel Marks, Certified Peer Specialist at 4/15/2021 1459

| Author: Rachel Marks, Certified Peer Specialist | Service: — | Author Type: Peer Provider |
|---|---|---|
| Filed: 4/15/2021  2:59 PM | Encounter Date: 4/15/2021 | Creation Time: 4/15/2021  2:59 PM |
| Status: Signed | Editor: Rachel Marks, Certified Peer Specialist (Peer Provider) | |

Writer called Lisa back and left her a text message following up on her medical appt

Electronically signed by Rachel Marks, Certified Peer Specialist at 4/15/2021  2:59 PM

DC COURTNEY CLINIC BH
2577 NE COURTNEY DR
BEND OR 97701-7638

Menninger, Lisa A
MRN: 886869, DOB: ███/1968, Sex: F

---

### 04/07/2021 - BH/MH Visits in Deschutes County Behavioral Health Courtney Clinic

**Reason for Visit**

#### Visit Diagnoses

- Other specified trauma- and stressor-related disorder [F43.8]
- Generalized anxiety disorder [F41.1]

**Visit Information**

#### Provider Information

| Encounter Provider | Authorizing Provider |
|---|---|
| Rachel Marks, Certified Peer Specialist | Rachel Marks, Certified Peer Specialist |

#### Department

| Name | Address | Phone | Fax |
|---|---|---|---|
| Deschutes County Behavioral Health Courtney Clinic | 2577 NE COURTNEY DR Bend OR 97701-7638 | 541-322-7500 | 541-322-7565 |

#### Questionnaires

**PROGRAM AREA**

| Prog Area | **Adult NSPMI (Non-Severe Persistent Mental Illness) [337]** |
|---|---|
| | Entered by Rachel Marks, Certified Peer Specialist Entered on 4/7/2021 4:51 PM |

**OCHIN BHMH QUESTIONNAIRE**

| POS | **DC TELEHEALTH [14100930]** |
|---|---|
| | Edited by Rachel Marks, Certified Peer Specialist Edited on 4/7/2021 4:51 PM |

**BH RELATED QUESTIONNAIRE**

| Is this Group, PCIT, GenPMTO, Jail Diversion or Group as Jail Diversion? | **No to All** |
|---|---|
| | Entered by Rachel Marks, Certified Peer Specialist Entered on 4/7/2021 4:51 PM |

**Level of Service**

| Level of Service |
|---|
| **SELF-HELP/PEER SVC PER 15MIN** |
| **Log History** |
| LOS History |

**Progress Notes**

#### Progress Notes by Rachel Marks, Certified Peer Specialist at 4/7/2021 1638

| Author: Rachel Marks, Certified Peer Specialist | Service: — | Author Type: Peer Provider |
|---|---|---|
| Filed: 4/7/2021 4:51 PM | Encounter Date: 4/7/2021 | Creation Time: 4/7/2021 4:38 PM |
| Status: Signed | Editor: Rachel Marks, Certified Peer Specialist (Peer Provider) | |

This encounter was conducted via phone. Due to health related concerns, Telemedicine has been advised at a State level and was deemed necessary for the wellbeing of client and staff. Clinician spoke with client to discuss the privacy

DC COURTNEY CLINIC BH
2577 NE COURTNEY DR
BEND OR 97701-7638

Menninger, Lisa A
MRN: 886869, DOB: ▪▪▪/1968, Sex: F

---

**Progress Notes (continued)**

risk associated with video/phone services, and client verbally consented to proceed.

## Behavioral Health Service Note (GIRPP)

**Goal:**   Objective 1.1.1: Lisa will reduce current severity of anxiety symptoms from baseline of 8/10 to below a 5/10. 8=weekly panic attacks, disturbed sleep 6x weekly, chronic suicidality; 5=0 panic attacks for 45 days, improved sleep, elimination of suicidal ideation.

**Intervention**:   Peer services were provided today to offer emotional support while Lisa called OHSU and Medicare providers in portland area as client is moving in the month of May.

**Response**:  when writer called Lisa she had advised to writer " It is so hard to figure out the area of portland and what to look for as in Medicare providers this isnt easy".

**Progress**:   Lisa and peer jointly called OHSU and spoke to Kevin he advised that they would not be able to do long timer care for Lisa that due to covid they are only allowed to do one consult and refer client out. He did advise us to call Unity Center at 503-944-8000 and Mult Health at 503-988-5558. We jointly called both care facilities and each took a while to see if they could take Lisa as a client and after long time of phone calls and being transferred they do not take Medicare patients. We then jointly called Washington county 503-335-3500 and was advised that they wouldn't be able to take client as medicare. We were then advised to use site.pschologytoday.com and peer was able to go online with client on phone and jointly pulling up providers that take Medicare. Client advised that she was going to look at the list of names to see who would be the best fit and would call peer back once she found perfect provider and we ill reconnect and link client to providers that take medicare by calling and booking appts for therapist and medication management. Writer also was asked by OHSU staff to send e-mail to sepi asking her to please send medical documents for MRI of brain. Writer sent epic message to get client support on MRI.

**Plan**:   Peer will be waiting for client to call writer back tomorrow to go over the list of providers she has choose. And will make 3 way calls to other providers by booking appts

Electronically signed by Rachel Marks, Certified Peer Specialist at 4/7/2021  4:51 PM

---



DC COURTNEY CLINIC BH          Menninger, Lisa A
2577 NE COURTNEY DR            MRN: 886869, DOB: ███ 1968, Sex: F
BEND OR 97701-7638

---

### 04/02/2021 - BH/MH Visits in Deschutes County Behavioral Health Courtney Clinic

**Reason for Visit**

#### Chief Complaint

- Individual Counseling (Ind Therapy )

#### Visit Diagnosis

- **Other specified trauma- and stressor-related disorder (primary) [F43.8]**

**Visit Information**

#### Provider Information

| Encounter Provider | Authorizing Provider |
| --- | --- |
| Haley Piarulli, LCSW, CADC Intern | Haley Piarulli, LCSW, CADC Intern |

#### Department

| Name | Address | Phone | Fax |
| --- | --- | --- | --- |
| Deschutes County Behavioral Health Courtney Clinic | 2577 NE COURTNEY DR Bend OR 97701-7638 | 541-322-7500 | 541-322-7565 |

#### Questionnaires

##### PROGRAM AREA

| Prog Area | **Adult NSPMI (Non-Severe Persistent Mental Illness) [337]** |
| --- | --- |
| | Entered by Haley Piarulli, LCSW, CADC Intern Entered on 4/5/2021 10:33 AM |

##### SA14 ASSOCIATED NON-BILLABLE TIME

| Total Time- in minutes only: | **0** |
| --- | --- |
| | Entered by Haley Piarulli, LCSW, CADC Intern Entered on 4/5/2021 10:33 AM |

##### OCHIN BHMH QUESTIONNAIRE

| POS | **TELEMEDICINE [10001001]** |
| --- | --- |

##### BH RELATED QUESTIONNAIRE

| Is this Group, PCIT, GenPMTO, Jail Diversion or Group as Jail Diversion? | **No to All** |
| --- | --- |
| | Entered by Haley Piarulli, LCSW, CADC Intern Entered on 4/5/2021 10:33 AM |

**Level of Service**

##### Level of Service
**PSYCHOTHERAPY W/PATIENT 60 MINUTES**

**Progress Notes**

**Progress Notes by Haley Piarulli, LCSW, CADC Intern at 4/5/2021 1033**

| Author: Haley Piarulli, LCSW, CADC Intern | Service: — | Author Type: Licensed Clinical Social Worker |
| --- | --- | --- |
| Filed: 4/5/2021 1:36 PM | Encounter Date: 4/2/2021 | Creation Time: 4/5/2021 10:33 AM |

MENNINGER_SUPP000191



DC COURTNEY CLINIC BH
2577 NE COURTNEY DR
BEND OR 97701-7638

Menninger, Lisa A
MRN: 886869, DOB: ▇▇/1968, Sex: F

---

**Progress Notes (continued)**

---

Status: Signed                                      Editor: **Haley Piarulli, LCSW, CADC Intern (Licensed Clinical Social Worker)**

**Behavioral Health Service Note (GIRPP)**

This encounter was conducted via phone.  Due to health related concerns, Telemedicine has been advised at a State level and was deemed necessary for the wellbeing of client and staff. Clinician spoke with client to discuss the privacy risk associated with video/phone services, and client verbally consented to proceed.

**PHQ 2/9 DEPRESSION SCREENING**:  Patient not screened,  Patient declined

**Goal:**  Lisa will reduce current severity of anxiety symptoms from baseline of 8/10 to below a 5/10. 8=weekly panic attacks, disturbed sleep 6x weekly, chronic suicidality; 5=0 panic attacks for 45 days, improved sleep, elimination of suicidal ideation.

**Intervention**:    Lisa reported that she would be moving to Portland next month. This writer supported the client in processing her feelings about this move. We discussed getting case management services to support with this transfer, in hopes to get this completed within the next month and a half. Lisa was agreeable to complete a ROI for the agency that she was interested in transferring to and her current PCP, to support with this progress. Lisa discussed being overwhelmed with her current legal status, noting that the court date has been pushed back again. This writer provided empathy for this change. We discussed the client trying to create routines to improve her well-being before she moves, so that these changes could be easily transferred over. This writer explained being dialectical and having two emotions at once. We identified how the client could also think about her reactions in both positive and negative emotions, in relation to being dialectical. We also briefly discussed how the client could benefit from attending a small group with people that identified with the same issues as the client. She was agreeable to look into this when she moved.

**Response**:   Lisa's mood was anxious and stressed. This writer was unable to see her affect or grooming because this was a phone visit. Lisa's thought process was alert, orientated and organized. She had good insight into having dialectical behavior/reactions but was reserved in believing she could make changes. Lisa speech was broken at times due to her anxiety, organized with a normal tone.

**Progress**:  Lisa did not appear to make progress in her symptoms today and noted it was difficult because of her current stressors.

**Plan**:  Lisa was agreeable to try and start walking in her current neighborhood with her husbands support. This writer will get case management set-up right away to support with getting this client's case transferred to Portland, were she is moving. Lisa was agreeable this support. She was agreeable to meet with this writer next on 4/16 @ 2pm for individual therapy.

Electronically signed by Haley Piarulli, LCSW, CADC Intern at 4/5/2021  1:36 PM

---

DC COURTNEY CLINIC BH
2577 NE COURTNEY DR
BEND OR 97701-7638

Menninger, Lisa A
MRN: 886869, DOB: [redacted]/1968, Sex: F

## 03/19/2021 - BH/MH Visits in Deschutes County Behavioral Health Courtney Clinic

**Reason for Visit**

**Chief Complaint**

- Individual Counseling (Ind Therapy )

**Visit Diagnosis**

- **Other specified trauma- and stressor-related disorder (primary) [F43.8]**

**Visit Information**

**Provider Information**

| Encounter Provider | Authorizing Provider |
|---|---|
| Haley Piarulli, LCSW, CADC Intern | Haley Piarulli, LCSW, CADC Intern |

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| Deschutes County Behavioral Health Courtney Clinic | 2577 NE COURTNEY DR Bend OR 97701-7638 | 541-322-7500 | 541-322-7565 |

**Questionnaires**

**PROGRAM AREA**

Prog Area

**Adult NSPMI (Non-Severe Persistent Mental Illness) [337]**

Entered by Haley Piarulli, LCSW, CADC Intern
Entered on 3/24/2021  8:58 AM

**SA14 ASSOCIATED NON-BILLABLE TIME**

Total Time- in minutes only:

**0**

Entered by Haley Piarulli, LCSW, CADC Intern
Entered on 3/24/2021  8:58 AM

**OCHIN BHMH QUESTIONNAIRE**

POS

**TELEMEDICINE [10001001]**

**BH RELATED QUESTIONNAIRE**

Is this Group, PCIT, GenPMTO, Jail Diversion or Group as Jail Diversion?

**No to All**

Entered by Haley Piarulli, LCSW, CADC Intern
Entered on 3/24/2021  8:58 AM

**Level of Service**

| Level of Service |
|---|
| **PSYCHOTHERAPY W/PATIENT 45 MINUTES** |
| **Log History** |
| LOS History |

**Progress Notes**

**Progress Notes by Haley Piarulli, LCSW, CADC Intern at 3/24/2021 0858**



DC COURTNEY CLINIC BH
2577 NE COURTNEY DR
BEND OR 97701-7638

Menninger, Lisa A
MRN: 886869, DOB: ███/1968, Sex: F

---

**Progress Notes (continued)**

| Author: Haley Piarulli, LCSW, CADC Intern | Service: — | Author Type: Licensed Clinical Social Worker |
|---|---|---|

Filed: 3/24/2021  9:18 AM
Status: Signed

Encounter Date: 3/19/2021
Editor: Haley Piarulli, LCSW, CADC Intern (Licensed Clinical Social Worker)

Creation Time: 3/24/2021  8:58 AM

**Behavioral Health Service Note (GIRPP)**

This encounter was conducted via phone.  Due to health related concerns, Telemedicine has been advised at a State level and was deemed necessary for the wellbeing of client and staff. Clinician spoke with client to discuss the privacy risk associated with video/phone services, and client verbally consented to proceed.

**PHQ 2/9 DEPRESSION SCREENING**:  Patient not screened,  Documented medical reason this writer used clinical judgement to assess for risk. The client endorsed having depression but denied having any thoughts of SI.

**Goal:** : Lisa will reduce current severity of anxiety symptoms from baseline of 8/10 to below a 5/10. 8=weekly panic attacks, disturbed sleep 6x weekly, chronic suicidality; 5=0 panic attacks for 45 days, improved sleep, elimination of suicidal ideation.

**Intervention**: : Lisa reported having extreme anxiety over a court case meeting that is happening the following week. It was reported that Lisa did not have to do anything for this meeting but she was concerned about the case being pushed back again. We discussed using the skills radical acceptance for this meeting because there was nothing the client could do to change whatever outcome came of this meeting. Lisa did endorse that her dreams had gotten worse because of this stress. During the session we discussed coping skills the client could use to decrease her anxiety even if it was for a couple of minutes. Lisa acknowledge that this information was helpful and liked that there wasn't any pressure. This writer also encourage the client to sit outside with her family to get fresh air and vitamin D. During the session this writer introduced EMDR and recommended this approach for the client. Lisa reported that she was interested and wanted to look into this further on her on time.

**Response**:  Lisa's mood was very anxious. This writer was unable to see her affect or grooming, due to being a phone session. Lisa's thought process was hyper-focused on this upcoming meeting and negativistic about the outcome. She has some insight into how using her coping skills could decrease her anxiety, even if only for a couple of minutes. Lisa's speech was slightly broken and slow due to anxiety level but she had a normal tone.

**Progress**:  Lisa is making some progress by evidence of her not having SI and trying to do activities that decrease her anxiety.

**Plan**:  Lisa's next individual therapy session is on 4/2 @ 2pm. This writer will email the client information about EMDR. Lisa's next medication management is 6/14 @ 2:30 pm.

Electronically signed by Haley Piarulli, LCSW, CADC Intern at 3/24/2021  9:18 AM

DC COURTNEY CLINIC BH
2577 NE COURTNEY DR
BEND OR 97701-7638

Menninger, Lisa A
MRN: 886869, DOB: ▮/1968, Sex: F

---

### 03/15/2021 - BH/MH Visits in Deschutes County Behavioral Health Courtney Clinic

**Reason for Visit**

**Chief Complaint**

- Medication Management  (Follow Up)

**Visit Diagnosis**

- **Other specified trauma- and stressor-related disorder (primary) [F43.8]**

**Visit Information**

**Provider Information**

| Encounter Provider | Authorizing Provider |
|---|---|
| Sepideh Ahmadpour, PMHNP | Sepideh Ahmadpour, PMHNP |

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| Deschutes County Behavioral Health Courtney Clinic | 2577 NE COURTNEY DR Bend OR 97701-7638 | 541-322-7500 | 541-322-7565 |

**Questionnaires**

**PROGRAM AREA**

| Prog Area | **Adult SPMI (Severe Persistent Mental Illness) [336]** |
|---|---|
| | Entered by Sepideh Ahmadpour, PMHNP Entered on 3/15/2021  3:34 PM |

**OCHIN BHMH QUESTIONNAIRE**

| POS | **DC PHONE [14100902]** |
|---|---|
| | Edited by Sepideh Ahmadpour, PMHNP Edited on 3/15/2021  3:34 PM |

**BH RELATED QUESTIONNAIRE**

| Is this Group, PCIT, GenPMTO, Jail Diversion or Group as Jail Diversion? | **No to All** |
|---|---|
| | Entered by Sepideh Ahmadpour, PMHNP Entered on 3/15/2021  3:34 PM |

**Level of Service**

**Level of Service**

**OFFICE/OUTPATIENT ESTABLISHED MOD MDM 30-39 MIN**

**Progress Notes**

**Progress Notes by Sepideh Ahmadpour, PMHNP at 3/15/2021 1457**

| Author: Sepideh Ahmadpour, PMHNP | Service: — | Author Type: Nurse Practitioner |
|---|---|---|
| Filed: 3/15/2021  3:34 PM | Encounter Date: 3/15/2021 | Creation Time: 3/15/2021  2:57 PM |
| Status: Signed | Editor: Sepideh Ahmadpour, PMHNP (Nurse Practitioner) | |

**Telehealth**

**Demographics:** 52 yr old female patient with hx of F41.1 Generalized anxiety disorder

MENNINGER_SUPP000195

**JA2376**

DC COURTNEY CLINIC BH
2577 NE COURTNEY DR
BEND OR 97701-7638

Menninger, Lisa A
MRN: 886869, DOB: ▮▮/1968, Sex: F

---

**Progress Notes (continued)**

---

**Chief Complaint:** Follow Up

**History of Present Illness:**
Due to the medical necessity and in conjunction with *Coronavirus Preparedness and Response Supplemental Appropriations Act of 2020,* this Telehealth appointment with the patient is being conducted by phone. The patient consented to proceed with the visit.

Ms. Menninger is a 52 yr old female patient with past hx of PTSD, Panic Disorder with agoraphobia, Social anxiety disorder, GAD, MDD and Dyssomnia, returning today for follow up. Reports started lamotrigine and "felt worse" with headaches and oversedation. Would like to cont same and work on her symptoms with therapy, exercise and self-care. Reports has Reports depression has improved but continues with depression. Has been working on improving anxiety with added regular exercise- working with Haley Piaruli, MSW.

No active thoughts of suicide in recent past. No attempted self-harm.

**Condition:** Chronic

**Psychosis:** None
**SI/HI:** No active thoughts of suicide, no intent, no plan

Medication list:

**Current Outpatient Medications**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • FLUoxetine (PROZAC) 10 mg capsule | Take 1 Capsule by mouth once daily (start 01/11/2021) | 30 Capsule | 1 |
| • FLUoxetine (PROZAC) 20 mg capsule | Take 1 Capsule by mouth once daily | 30 Capsule | 1 |
| • indomethacin (INDOCIN) 50 mg capsule | | | |

No current facility-administered medications for this visit.

**Allergies:**
Penicillin

**Past Psychiatric History:**
See attached genetic profile test results scanned in chart
DCBH therapy since 09/2020 - currently seeing Katherine Chancellor QMHP
Last treatment through psychiatrist Dr. Alicia Burbano in New Mexico (see progress note scanned in Epic)
Psychiatric treatment since 2018 - medication management only until recent therapy through DCBH.
Completed 10 day outpatient hospital treatment in Rhode Island - recommended by psychiatrist
HX of treatment in grad and post grad for social anxiety - taking Valium for presentations and public speaking
No past HX of attempted suicides. No HX of self-harm.

Past medication trials: Used benzo's for sleep and severe panic attacks which experienced medication tolerance and SE with higher doses. Was last on Benzo's 09/2020.
Clonidine caused insomnia. Topamax ineffective. Ambien caused memory issues. and hydroxyzine?
Prozac 60 mg and Viibryd together caused Serotonin Syndrome, lamotrigine caused HA and "flu like symptoms".

MENNINGER_SUPP000196

DC COURTNEY CLINIC BH
2577 NE COURTNEY DR
BEND OR 97701-7638

Menninger, Lisa A
MRN: 886869, DOB: ███/1968, Sex: F

**Progress Notes (continued)**

**Medical History**:
PCP: Dr. Christensen Highlakes Health Care - visits up to date
Rheumatologist: Hansen Dispenza, Heather at St. Charles  - labs done and up to date
HLA B27 positive, Osteoarthrosis, Osteopenia, Raynaud's disease
HX of seizures at 5 yrs old.

**Alcohol/Drug/Tobacco History**:
No alcohol. No Cannabis. No illicit drugs. No nicotine.

**Social History:**
Moved to Bend, OR in 2020 with husband and daughter to be closer to Mom and sibling for increased support.
Has supportive husband. Tries not to burden daughter as she is also struggling with anxiety and doing remote learning.
Last employment in 2018 as a Pathologist -  currently on disability due to mental health issues r/t discrimination experienced at her job.

**Abuse History:**
Hx of witness to domestic abuse with parents in childhood.

**Family Psychiatric and Medical History:**
Father: Schizophrenia
Mom's family: Struggles with anxiety

**MSE:**
Attitude:  Cooperative
Speech: Fluent and spontaneous. Normal rate, rhythm and volume. Conversational
Thought content:  No A/V hallucinations. No delusions/obsessions.
Thought process: Logical, sequential, goal oriented and coherent.
Associations: No evidence of flight of ideas, loose associations, perseveration
Mood: Anxiety
Affect: normal, stable, congruent to mood and appropriate to situation
Insight/Judgment: Fair
Reliability: Fair
Orientation: Oriented x3
Attention and Concentration: Intact
Fund of knowledge: Adequate
Recent and remote memory: Adequate
Language: Adequate
Overall Cognition: grossly intact

**Diagnosis:**
F41.1 Generalized anxiety disorder
PTSD
Agoraphobia
Social anxiety disorder
MDD

**Plan/Treatment:**
Increase Prozac 40 mg 1 po q day
Cont counseling as negotiated and scheduled

MENNINGER_SUPP000197

JA2378

DC COURTNEY CLINIC BH          Menninger, Lisa A
2577 NE COURTNEY DR            MRN: 886869, DOB: ▮▮/1968, Sex: F
BEND OR 97701-7638

**Progress Notes (continued)**

Follow up in 3months

Discussed with patient the options in case of worsening of emotional condition or safety concerns as follows:
To call clinic during work hours for recommendation.
To call crisis line, 911 or nearest emergency room if it is after hours.
Patient voiced understanding and agreed to do so.

Patient meets medical necessity for treatment based on their mental illness and functional impairments.
Informed Consent: Patient verbalizes understanding of, and agreement with, plan of care.


Electronically signed by Sepideh Ahmadpour, PMHNP at 3/15/2021  3:34 PM



DC COURTNEY CLINIC BH          Menninger, Lisa A
2577 NE COURTNEY DR           MRN: 886869, DOB: ███/1968, Sex: F
BEND OR 97701-7638

---

### 03/04/2021 - BH/MH Visits in Deschutes County Behavioral Health Courtney Clinic

**Reason for Visit**

#### Chief Complaint

- Individual Counseling (Ind Therapy )

#### Visit Diagnosis

- **Other specified trauma- and stressor-related disorder (primary) [F43.8]**

**Visit Information**

#### Provider Information

| Encounter Provider | Authorizing Provider |
|---|---|
| Haley Piarulli, LCSW, CADC Intern | Haley Piarulli, LCSW, CADC Intern |

#### Department

| Name | Address | Phone | Fax |
|---|---|---|---|
| Deschutes County Behavioral Health Courtney Clinic | 2577 NE COURTNEY DR Bend OR 97701-7638 | 541-322-7500 | 541-322-7565 |

#### Questionnaires

**PROGRAM AREA**

Prog Area                          **Adult NSPMI (Non-Severe Persistent Mental Illness) [337]**

Entered by Haley Piarulli, LCSW, CADC Intern
Entered on 3/5/2021  1:05 PM

**SA14 ASSOCIATED NON-BILLABLE TIME**

Total Time- in minutes only:       **0**

Entered by Haley Piarulli, LCSW, CADC Intern
Entered on 3/5/2021  1:05 PM

**OCHIN BHMH QUESTIONNAIRE**

POS                                **TELEMEDICINE [10001001]**

**BH RELATED QUESTIONNAIRE**

Is this Group, PCIT, GenPMTO, Jail Diversion or Group as Jail Diversion?       **No to All**

Entered by Haley Piarulli, LCSW, CADC Intern
Entered on 3/5/2021  1:05 PM

**Level of Service**

**Level of Service**
**PSYCHOTHERAPY W/PATIENT 45 MINUTES**

**Progress Notes**

**Progress Notes by Haley Piarulli, LCSW, CADC Intern at 3/5/2021 1304**

Author: Haley Piarulli, LCSW, CADC Intern   Service: —          Author Type: **Licensed Clinical Social Worker**

Filed: 3/5/2021  1:55 PM          Encounter Date: 3/4/2021          Creation Time: 3/5/2021  1:04 PM



DC COURTNEY CLINIC BH
2577 NE COURTNEY DR
BEND OR 97701-7638

Menninger, Lisa A
MRN: 886869, DOB: ▮▮/1968, Sex: F

---

**Progress Notes (continued)**

Status: Addendum                    Editor: **Haley Piarulli, LCSW, CADC Intern (Licensed Clinical Social Worker)**

**Behavioral Health Service Note (GIRPP)**

This encounter was conducted via phone.  Due to health related concerns, Telemedicine has been advised at a State level and was deemed necessary for the wellbeing of client and staff. Clinician spoke with client to discuss the privacy risk associated with video/phone services, and client verbally consented to proceed.


**PHQ 2/9 DEPRESSION SCREENING**:  **Lisa denied having any thoughts of harm. She expressed feeling depressed at times. This writer used clinical judgement to assess the client for risk and depressive symptoms throughout the session.**

**Goal:** : Lisa will reduce current severity of anxiety symptoms from baseline of 8/10 to below a 5/10. 8=weekly panic attacks, disturbed sleep 6x weekly, chronic suicidality; 5=0 panic attacks for 45 days, improved sleep, elimination of suicidal ideation.

**Intervention**:  : Lisa reported being really anxious because of our meeting today and being reminded of her court case. This writer validated the client's emotions and discussed not always having to talk about the case. During the session we discussed in the importance of living in the present and discussed education around how many thoughts we have per 30 secs. In relation to these thoughts we discussed how not all thoughts are true and how this can affect our mood. Lisa explored with this writer how she can become more mindful and present throughout her day to increase her mood. It was discussed that the client would like to become present by engaging in physical activity and a goal was created.

**Response**: : Lisa's mood was anxious and engaged. This writer was unable to see her affect or grooming, due to being a phone session. Her thought process was negativistic when describing herself. She had some insight into how it her negative thought patterns were associated with her past. Lisa was fully oriented. Her speech was appropriately organized with a normal tone and speed.

**Progress**: : Lisa did not appear to make progress on her goal but was willing to try a physical activity to promote mindfulness.

**Plan**:  Lisa was agreeable to meet with this writer next for individual therapy on 3/19 @ 2. Her next medication appointment is on 3/15 @ 3 pm. This writer would like to explore how this client's family see's her during the next session.

Electronically signed by Haley Piarulli, LCSW, CADC Intern at 3/5/2021  1:55 PM

---

DC COURTNEY CLINIC BH
2577 NE COURTNEY DR
BEND OR 97701-7638

Menninger, Lisa A
MRN: 886869, DOB: ▊/1968, Sex: F

## 02/23/2021 - BH/MH INTERIM in Deschutes County Behavioral Health Courtney Clinic

**Reason for Visit**

### Chief Complaint

- Missed Appointment (Rescheduled, Late)

**Visit Information**

### Provider Information

#### Encounter Provider
Haley Piarulli, LCSW, CADC Intern

### Department

| Name | Address | Phone | Fax |
|---|---|---|---|
| Deschutes County Behavioral Health Courtney Clinic | 2577 NE COURTNEY DR Bend OR 97701-7638 | 541-322-7500 | 541-322-7565 |

### Questionnaires

No completed forms available for this encounter.

**Progress Notes**

### Progress Notes by Haley Piarulli, LCSW, CADC Intern at 2/23/2021 1135

| | | |
|---|---|---|
| Author: Haley Piarulli, LCSW, CADC Intern | Service: — | Author Type: Licensed Clinical Social Worker |
| Filed: 2/23/2021 2:48 PM | Encounter Date: 2/23/2021 | Creation Time: 2/23/2021 11:35 AM |
| Status: Addendum | Editor: Haley Piarulli, LCSW, CADC Intern (Licensed Clinical Social Worker) | |

This writer attempted to call the client during schedule appointment. The client did not answer and this writer left a voicemail requesting a call back to reschedule.

The client later notified this writer they had rescheduled this appointment. This writer was not updated of this reschedule but it does show in the system.

Electronically signed by Haley Piarulli, LCSW, CADC Intern at 2/23/2021 2:48 PM



DC COURTNEY CLINIC BH          Menninger, Lisa A
2577 NE COURTNEY DR            MRN: 886869, DOB: [   ]/1968, Sex: F
BEND OR 97701-7638

## 02/12/2021 - BH/MH Visits in Deschutes County Behavioral Health Courtney Clinic

### Reason for Visit

**Chief Complaint**

- Individual Counseling (Ind Therapy )

**Visit Diagnosis**

- **Other specified trauma- and stressor-related disorder (primary) [F43.8]**

### Visit Information

**Provider Information**

| Encounter Provider | Authorizing Provider |
|---|---|
| Haley Piarulli, LCSW, CADC Intern | Haley Piarulli, LCSW, CADC Intern |

**Department**

| Name | Address | Phone | Fax |
|---|---|---|---|
| Deschutes County Behavioral Health Courtney Clinic | 2577 NE COURTNEY DR Bend OR 97701-7638 | 541-322-7500 | 541-322-7565 |

**Questionnaires**

**PROGRAM AREA**

Prog Area                **Adult NSPMI (Non-Severe Persistent Mental Illness) [337]**

Entered by Haley Piarulli, LCSW, CADC Intern
Entered on 2/17/2021 4:51 PM

**SA14 ASSOCIATED NON-BILLABLE TIME**

Total Time- in minutes only:        **0**

Entered by Haley Piarulli, LCSW, CADC Intern
Entered on 2/17/2021 4:51 PM

**OCHIN BHMH QUESTIONNAIRE**

POS                      **TELEMEDICINE [10001001]**

**BH RELATED QUESTIONNAIRE**

Is this Group, PCIT, GenPMTO, Jail Diversion or Group as Jail   **No to All**
Diversion?

Entered by Haley Piarulli, LCSW, CADC Intern
Entered on 2/17/2021 4:51 PM

**Level of Service**

**Level of Service**
**PSYCHOTHERAPY W/PATIENT 60 MINUTES**

### Progress Notes

**Progress Notes by Haley Piarulli, LCSW, CADC Intern at 2/17/2021 1448**

| Author: Haley Piarulli, LCSW, CADC Intern | Service: — | Author Type: Licensed Clinical Social Worker |
|---|---|---|
| Filed: 2/17/2021 4:51 PM | Encounter Date: 2/12/2021 | Creation Time: 2/17/2021 2:48 PM |

MENNINGER_SUPP000202



DC COURTNEY CLINIC BH
2577 NE COURTNEY DR
BEND OR 97701-7638

Menninger, Lisa A
MRN: 886869, DOB: ███/1968, Sex: F

---

**Progress Notes (continued)**

Status: Signed | Editor: **Haley Piarulli, LCSW, CADC Intern (Licensed Clinical Social Worker)**

**Behavioral Health Service Note (GIRPP)**

This encounter was conducted via phone. Due to health related concerns, Telemedicine has been advised at a State level and was deemed necessary for the wellbeing of client and staff. Clinician spoke with client to discuss the privacy risk associated with video/phone services, and client verbally consented to proceed.

**PHQ 2/9 DEPRESSION SCREENING (Required for Age 12+, NOT MDD or Bipolar DX):** Patient not screened, Documented medical reason this writer used clinical judgement to assess for safety. The client denied having thoughts of suicide, since starting the anti-depressant.

**Goal:** : Lisa will reduce current severity of anxiety symptoms from baseline of 8/10 to below a 5/10. 8=weekly panic attacks, disturbed sleep 6x weekly, chronic suicidality; 5=0 panic attacks for 45 days, improved sleep, elimination of suicidal ideation.

**Intervention**: : Lisa reported her symptoms were about the same and that the visualizing exercise was not helpful because it did not feel real. She reported always thinking something bad was going to happen and never being able to get this out of her head. Lisa reported her current situation was the worst thing possible that could have happened and believes everything will end badly now. This writer help the client process her feelings regarding when things have actually turned out fine for her and have not ended badly. We discussed some of her happiest memories and how she could think of these moments when having high anxiety. Lisa reported how this experience has affect her daughter and husband. This writer validated her feelings and explored how to handle these thoughts.

**Response**: : Lisa's mood was anxious and seemed depressed. This writer was unable to see the client, due to this being a phone session. Her thought process would catastrophize and had a difficult time believing that things could get better. Lisa's speech was slightly broken with anxiety, slow but appropriately organized. She had insight into how pleasant memories made her feel when discussed. Lisa was fully oriented.

**Progress**: : Lisa reported small progression due to the antidepressant she was currently taking.

**Plan**: : Lisa was agreeable to meet this writer on 2/23 @ 11 am for individual therapy. Would like to discuss the client's thoughts around feeling like a "failure" during the next session.

Electronically signed by Haley Piarulli, LCSW, CADC Intern at 2/17/2021 4:51 PM

---



DC COURTNEY CLINIC BH          Menninger, Lisa A
2577 NE COURTNEY DR            MRN: 886869, DOB: [  ]/1968, Sex: F
BEND OR 97701-7638

---

## 01/28/2021 - BH/MH Visits in Deschutes County Behavioral Health Courtney Clinic

**Reason for Visit**

### Chief Complaint

- Individual Counseling (Ind Therapy )

### Visit Diagnosis

- **Other specified trauma- and stressor-related disorder (primary) [F43.8]**

**Visit Information**

### Provider Information

| Encounter Provider | Authorizing Provider |
|---|---|
| Haley Piarulli, LCSW, CADC Intern | Haley Piarulli, LCSW, CADC Intern |

### Department

| Name | Address | Phone | Fax |
|---|---|---|---|
| Deschutes County Behavioral Health Courtney Clinic | 2577 NE COURTNEY DR Bend OR 97701-7638 | 541-322-7500 | 541-322-7565 |

### Questionnaires

#### PROGRAM AREA

Prog Area                                   **Adult NSPMI (Non-Severe Persistent Mental Illness) [337]**

Entered by Haley Piarulli, LCSW, CADC Intern
Entered on 1/29/2021  2:26 PM

#### SA14 ASSOCIATED NON-BILLABLE TIME

Total Time- in minutes only:                **0**

Entered by Haley Piarulli, LCSW, CADC Intern
Entered on 1/29/2021  2:26 PM

#### OCHIN BHMH QUESTIONNAIRE

POS                                         **TELEMEDICINE [10001001]**

#### BH RELATED QUESTIONNAIRE

Is this Group, PCIT, GenPMTO, Jail Diversion or Group as Jail Diversion?     **No to All**

Entered by Haley Piarulli, LCSW, CADC Intern
Entered on 1/29/2021  2:26 PM

---

**Level of Service**

**Level of Service**
**PSYCHOTHERAPY W/PATIENT 60 MINUTES**

**Progress Notes**

**Progress Notes by Haley Piarulli, LCSW, CADC Intern at 1/29/2021 1426**

Author: Haley Piarulli, LCSW, CADC Intern     Service: —          Author Type: **Licensed Clinical Social Worker**

Filed: 1/29/2021  2:58 PM          Encounter Date: 1/28/2021          Creation Time: 1/29/2021  2:26 PM

MENNINGER_SUPP000204



DC COURTNEY CLINIC BH          Menninger, Lisa A
2577 NE COURTNEY DR            MRN: 886869, DOB: ████/1968, Sex: F
BEND OR 97701-7638

---

**Progress Notes (continued)**

Status: Signed                          Editor: **Haley Piarulli, LCSW, CADC Intern (Licensed Clinical Social Worker)**

**Behavioral Health Service Note (GIRPP)**

This encounter was conducted via phone. Due to health related concerns, Telemedicine has been advised at a State level and was deemed necessary for the wellbeing of client and staff. Clinician spoke with client to discuss the privacy risk associated with video/phone services, and client verbally consented to proceed.

**PHQ 2/9 DEPRESSION SCREENING (Required for Age 12+, NOT MDD or Bipolar DX):** Positive screen for depression. PHQ 9 score = 10 or greater, document a follow up plan  Additional evaluation (review/update diagnoses)

**Goal:** *(Pull OBJECTIVE directly from Service Plan)*: Lisa will reduce current severity of anxiety symptoms from baseline of 8/10 to below a 5/10. 8=weekly panic attacks, disturbed sleep 6x weekly, chronic suicidality; 5=0 panic attacks for 45 days, improved sleep, elimination of suicidal ideation.

**Intervention**: (*What did you do?*): Lisa reported feeling hopeful after having a session with the county's medication provider and starting a new med. During the session this writer and the client discussed catastrophizing thoughts processes, which the client related to. We processed how these thoughts had hinder the client's current mental health and problem solved ways to reduce these thoughts. Lisa reported on multiple negative symptoms she had been experiencing, including nightmares. To decrease these nightmares and the negative feelings that come when these occur, we discussed visualizing a safe place were the client has the opposite feelings. The client reported struggling in the morning and having fears around getting out of bed, related to electronic triggers. During the session we problem solved ways that the client could decrease these symptoms of anxiety by turning off electrics until she was ready to start her day.

**Response**: (*How did the Individual respond to intervention and other relevant information?*): Lisa reports and sounds highly anxious. This writer was unable to see her affect and groomed due to this being a phone session. Her thought process was slightly scattered and sometime preoccupied with her trauma. Lisa's speech was appropriately organized, with a normal tone and slow speed. She reported having wiliness when trying to working on the skills discussed.

**Progress**: (*Towards measurable objectives*): Client has made some progress because she was currently denying suicidal ideation. She was remains to not make progress on her other symptoms.

**Plan**:  (*What will you and/or Individual do between now and next meeting?*): The client is scheduled to see Sepi for medication management next on 2/3 @ 10:30. She is scheduled to meet with this writer next on 2/12 @ 11am.

Electronically signed by Haley Piarulli, LCSW, CADC Intern at 1/29/2021  2:58 PM

DC COURTNEY CLINIC BH
2577 NE COURTNEY DR
BEND OR 97701-7638

Menninger, Lisa A
MRN: 886869, DOB: ▮▮/1968, Sex: F

## 01/27/2021 - BH/MH Visits in Deschutes County Behavioral Health Courtney Clinic

### Reason for Visit

#### Chief Complaint

- Medication Management  (Follow Up)

#### Visit Diagnosis

- **Generalized anxiety disorder (primary) [F41.1]**

### Visit Information

#### Provider Information

| Encounter Provider | Authorizing Provider |
|---|---|
| Sepideh Ahmadpour, PMHNP | Sepideh Ahmadpour, PMHNP |

#### Department

| Name | Address | Phone | Fax |
|---|---|---|---|
| Deschutes County Behavioral Health Courtney Clinic | 2577 NE COURTNEY DR Bend OR 97701-7638 | 541-322-7500 | 541-322-7565 |

#### Questionnaires

**PROGRAM AREA**

| Prog Area | **Adult SPMI (Severe Persistent Mental Illness) [336]** |
|---|---|
| | Edited by Sepideh Ahmadpour, PMHNP Edited on 1/27/2021 12:06 PM |

**OCHIN BHMH QUESTIONNAIRE**

| POS | **DC PHONE [14100902]** |
|---|---|
| | Edited by Sepideh Ahmadpour, PMHNP Edited on 1/27/2021 12:05 PM |

**BH RELATED QUESTIONNAIRE**

| Is this Group, PCIT, GenPMTO, Jail Diversion or Group as Jail Diversion? | **No to All** |
|---|---|
| | Entered by Sepideh Ahmadpour, PMHNP Entered on 1/27/2021 12:05 PM |

#### Level of Service

**Level of Service**
**OFFICE/OUTPATIENT ESTABLISHED MOD MDM 30-39 MIN**

### Progress Notes

**Progress Notes by Sepideh Ahmadpour, PMHNP at 1/27/2021 1115**

| Author: Sepideh Ahmadpour, PMHNP | Service: — | Author Type: Nurse Practitioner |
|---|---|---|
| Filed: 1/27/2021 12:06 PM | Encounter Date: 1/27/2021 | Creation Time: 1/27/2021 11:15 AM |
| Status: Signed | Editor: Sepideh Ahmadpour, PMHNP (Nurse Practitioner) | |

## Telehealth

**Demographics:** 52 yr old female patient with hx of F41.1 Generalized anxiety disorder



DC COURTNEY CLINIC BH
2577 NE COURTNEY DR
BEND OR 97701-7638

Menninger, Lisa A
MRN: 886869, DOB: ███/1968, Sex: F

---

**Progress Notes (continued)**

---

**Chief Complaint:** Initial Psychiatric Evaluation

**History of Present Illness**:
Due to the medical necessity and in conjunction with *Coronavirus Preparedness and Response Supplemental Appropriations Act of 2020*, this Telehealth appointment with the patient is being conducted by phone. The patient consented to proceed with the visit.

Ms. Menninger is a 52 yr old female patient with past hx of PTSD, Panic Disorder with agoraphobia, Social anxiety disorder, GAD, MDD and Dyssomnia, returning today for follow up. Reports has in increased Prozac to 30 mg daily and has noticed an improvement in her depression, rating improvement at 8/10 (0-10 scale). No change is anxiety which prevents her from going out. Reports feeling panic throughout the day and at night. Making up several times a night and struggles to get out of bed. States, "If I don't wake up, I don't have to deal with it". Would benefit from mood stabilizers to address her anxiety. Would like to avoid doing lab work at this time and any weight gain with medication "wouldn't be good for my mental health". Due to these restrictions, have limited options of meds. Will do a trial of lamotrigine as adjunct to Prozac.

No active thoughts of suicide in recent past. No attempted self-harm.

From Intake note dated 09/28/2020 by Erin Brunner, LMFT:    F41.1 Generalized anxiety disorder, with Panic Attacks . Justification: Lisa endorses current symptoms of Generalized Anxiety Disorder with Panic Attacks. Lisa reports a history of chronic anxiety, with former diagnosis and treatment with regard to anxiety symptoms. Lisa endorses the following criteria: A. Excessive anxiety and worry, occurring more days than not for at least 6 months, about a number of events or activities (Lisa reports chronic anxiety and panic about a number of situations, including her employment status, recent lawsuit, home life and "the fact that the world is falling apart"). B. The individual finds it difficult to control the worry (Lisa reports that the anxiety is overwhelming to the degree that she struggles with a number of profound symptoms and cannot control the worry. Lisa also reports frequent panic attacks as noted below). C. The anxiety and worry are associated with the following symptoms: Restlessness, feeling keyed up or on edge (Lisa reports feeling restless, unable to relax, profound chronic discomfort). Being easily fatigued (Lisa reports ongoing fatigue and difficult managing daily tasks). Difficulty concentrating or mind going blank (Lisa reports difficulty concentrating). Irritability (Lisa reports ongoing irritability and also difficulty managing surprises or unexpected changes without severe distress). Muscle tension (Lisa reports ongoing tension and physical pain). Sleep disturbance (difficulty falling or staying asleep, or restless, unsatisfying sleep). D. The anxiety, worry, or physical symptoms cause clinically significant distress or impairment in social, occupational, or other important areas of functioning (Anxiety has required Lisa to obtain medication management, resulted in hospitalization, outpatient intensive care, loss of work and short term disability and long-term disability. Lisa has moved many times and has been unable to establish natural supports). E. The disturbance is not attributable to the physiological effects of a substance or another medical condition (Lisa has had her medical history cleared). F. The disturbance is not better explained by another medical disorder (e.g., anxiety or worry about having panic attacks in panic disorder, negative evaluation in social anxiety disorder [social phobia], contamination or other obsessions in obsessive-compulsive disorder, separation from attachment figures in separation anxiety disorder, reminders of traumatic events in posttraumatic stress disorder, gaining weight in anorexia nervosa, physical complaints in somatic symptom disorder, perceived appearance flaws in body dysmorphic disorder, having a serious illness in illness anxiety disorder, or the content of delusional beliefs in schizophrenia or delusional disorder). Lisa also indicates symptoms of Panic Attacks including the following: Racing heart, disordered breathing, complications leading to hospitalization, difficulty with chest pain and acute sense of fear and despair.

**Condition:** Chronic

**Psychosis:** None
**SI/HI:** No active thoughts of suicide, no intent, no plan

MENNINGER_SUPP000207

DC COURTNEY CLINIC BH    Menninger, Lisa A
2577 NE COURTNEY DR    MRN: 886869, DOB: ■■/1968, Sex: F
BEND OR 97701-7638

---

**Progress Notes (continued)**

Medication list:
**Current Outpatient Medications**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| • FLUoxetine (PROZAC) 10 mg capsule | Take 1 Capsule by mouth once daily (start 01/11/2021) | 30 Capsule | 1 |
| • FLUoxetine (PROZAC) 20 mg capsule | Take 1 Capsule by mouth once daily | 30 Capsule | 1 |
| • indomethacin (INDOCIN) 50 mg capsule | | | |

No current facility-administered medications for this visit.


**Allergies:**
Penicillin


**Past Psychiatric History:**
See attached genetic profile test results scanned in chart
DCBH therapy since 09/2020 - currently seeing Katherine Chancellor QMHP
Last treatment through psychiatrist Dr. Alicia Burbano in New Mexico (see progress note scanned in Epic)
Psychiatric treatment since 2018 - medication management only until recent therapy through DCBH.
Completed 10 day outpatient hospital treatment in Rhode Island - recommended by psychiatrist
HX of treatment in grad and post grad for social anxiety - taking Valium for presentations and public speaking
No past HX of attempted suicides.  No HX of self-harm.

Past medication trials:  Used benzo's for sleep and severe panic attacks which experienced medication tolerance and SE with higher doses.  Was last on Benzo's 09/2020.
Clonidine caused insomnia. Topamax ineffective. Ambien caused memory issues.  and hydroxyzine? Prozac 60 mg and Viibryd together caused Serotonin Syndrome.


**Medical History:**
PCP: Dr. Christensen Highlakes Health Care - visits up to date
Rheumatologist: Hansen Dispenza, Heather at St. Charles  - labs done and up to date
HLA B27 positive, Osteoarthrosis, Osteopenia, Raynaud's disease
HX of seizures at 5 yrs old.


**Alcohol/Drug/Tobacco History:**
No alcohol. No Cannabis. No illicit drugs. No nicotine.


**Social History:**
Moved to Bend, OR in 2020 with husband and daughter to be closer to Mom and sibling for increased support.
Has supportive husband. Tries not to burden daughter as she is also struggling with anxiety and doing remote learning.
Last employment in 2018 as a Pathologist -  currently on disability due to mental health issues r/t discrimination experienced at her job.


**Abuse History:**
Hx of witness to domestic abuse with parents in childhood.


**Family Psychiatric and Medical History:**
Father: Schizophrenia
Mom's family: Struggles with anxiety


**MSE:**



DC COURTNEY CLINIC BH          Menninger, Lisa A
2577 NE COURTNEY DR            MRN: 886869, DOB: ███/1968, Sex: F
BEND OR 97701-7638

---

**Progress Notes (continued)**

Attitude:  Cooperative
Speech: Fluent and spontaneous. Normal rate, rhythm and volume. Conversational
Thought content:  No A/V hallucinations. No delusions/obsessions.
Thought process: Logical, sequential, goal oriented and coherent.
Associations: No evidence of flight of ideas, loose associations, perseveration
Mood: Dysphoria, anxiety
Affect: normal, stable, congruent to mood and appropriate to situation
Insight/Judgment: Fair
Reliability: Fair
Orientation: Oriented x3
Attention and Concentration: Intact
Fund of knowledge: Adequate
Recent and remote memory: Adequate
Language: Adequate
Overall Cognition: grossly intact


**Diagnosis:**
F41.1 Generalized anxiety disorder
PTSD
Agoraphobia
Social anxiety disorder
MDD


**Plan/Treatment:**
Start Prozac 20 mg 1 po q day
Cont Prozac 30 mg daily for two weeks, then decrease to 20 mg daily
Start lamotrigine 25 mg 1 po q hs for two weeks, then increase to 50 mg po q hs - Stop if rash
Cont counseling as negotiated and scheduled
Follow up in 3-4 weeks

Dicussed SE of lamotrigine - stop if rash or new skin changes

Discussed with patient the options in case of worsening of emotional condition or safety concerns as follows:
To call clinic during work hours for recommendation.
To call crisis line, 911 or nearest emergency room if it is after hours.
Patient voiced understanding and agreed to do so.

Patient meets medical necessity for treatment based on their mental illness and functional impairments.
Informed Consent: Patient verbalizes understanding of, and agreement with, plan of care.

        Electronically signed by Sepideh Ahmadpour, PMHNP at 1/27/2021 12:06 PM

---



DC COURTNEY CLINIC BH
2577 NE COURTNEY DR
BEND OR 97701-7638

Menninger, Lisa A
MRN: 886869, DOB: ▮▮/1968, Sex: F

## ASSESSMENT

### 09/29/2020 - DCBH (BHMH): records starting on 1/15/2021

#### Overview

The DCBH Assessment document is located in the Ancillary Services Encounter, dated 09/29/20.

All information listed in the Clinical Summary is in conjunction with the DCBH Assessment.

#### Allergies as of 10/18/2022
Reviewed on 3/15/2021

|  | Noted | Reaction Type | Reactions |
|---|---|---|---|
| **Penicillins**<br>As a child | 12/02/2020 | Not Verified | Rash |

#### Medical History

No past medical history on file.

#### Surgical History

No past surgical history on file.

#### Family History

No family history on file.

#### Assessment Education

**Highest school grade completed:**
20

**Legal Status:**
14=None

*Historical = greater than one year ago*

#### Symptoms

#### Clinical Summary

**Overview:**
The DCBH Assessment document is located in the Ancillary Services Encounter, dated 09/29/20.

All information listed in the Clinical Summary is in conjunction with the DCBH Assessment.

#### Assessment Signoffs

| Clinician | Date/time | Type | Date of Service |
|---|---|---|---|
| Erin Brunner, LMFT | 10/6/2020 11:21 AM PDT | Initial Assessment | 9/29/2020 |

## Service Plan

**Level of Service**
Outpatient

**Today's work is a/an:**
Discharge

#### Assessed Needs/Goals/Objectives/Services as of 5/14/2021 10:59 AM

| | Status | Priority |
|---|---|---|

DC COURTNEY CLINIC BH       Menninger, Lisa A
2577 NE COURTNEY DR         MRN: 886869, DOB: ███/1968, Sex: F
BEND OR 97701-7638

## 09/29/2020 - DCBH (BHMH): records starting on 1/15/2021 (continued)

### Assessed Needs/Goals/Objectives/Services as of 5/14/2021 10:59 AM (continued)

Assessed Needs 1: Mental Health

| | Status | Target Date |
|---|---|---|
| Goal 1.1: Lisa will stabilize anxiety and recover a sense of agency over her symptoms. | Discontinued | 9/29/2021 |

| | Status | Target Date |
|---|---|---|
| Objective 1.1.1: Lisa will reduce current severity of anxiety symptoms from baseline of 8/10 to below a 5/10. 8=weekly panic attacks, disturbed sleep 6x weekly, chronic suicidality; 5=0 panic attacks for 45 days, improved sleep, elimination of suicidal ideation. | Discontinued | 9/29/2021 |

| Services | Duration | Amount | Frequency | Provider | Provider |
|---|---|---|---|---|---|
| Indiv Counseling | 60 - Mins | 1x | Weekly | 03=LMP, LPC, LMFT, LCSW, Psychologist, QMHP | |
| Group Counseling | 90 - Mins | 1x | Weekly | 03=LMP, LPC, LMFT, LCSW, Psychologist, QMHP | |
| Interpretation, Explanation, Advising | 15 - Mins | 1x | Weekly | 03=LMP, LPC, LMFT, LCSW, Psychologist, QMHP | |
| Environmental Intervention | 15 - Mins | 1x | Weekly | 04=LMP, LPC, LMFT, LCSW, Psychologist, QMHP, QMHA | |
| Case Management | 30 - Mins | 1x | Weekly | 11=LPC, LMFT, LCSW, Psychologist, QMHP, QMHA, Certified Peer Support Specialist | |
| Med Consultation | 30 - Mins | 1x | Monthly | | LMP (Licensed Medical Provider) |
| Med Management | 15 - Mins | 1x | Weekly | 01=LMP, RN | |

### Service Conclusion Planning & Discharge Summary as of 5/14/2021 10:59 AM

**Reason for service conclusion:**
Client moved out of catchment area.

**Outreach attempt(s):**

MENNINGER_SUPP000211

**JA2392**



DC COURTNEY CLINIC BH
2577 NE COURTNEY DR
BEND OR 97701-7638

Menninger, Lisa A
MRN: 886869, DOB: ▮/1968, Sex: F

## 09/29/2020 - DCBH (BHMH): records starting on 1/15/2021 (continued)

### Service Conclusion Planning & Discharge Summary as of 5/14/2021 10:59 AM (continued)

Called last known number

**Identified resources:**
PCP
BH / MH Therapist

**Service conclusion planning notes from reviewing w/individual and/or parent/guardian the criteria for enrollment and concluding services. Discharge summary completed at point of concluding services:**
HEALTH SERVICES DEPARTMENT
Behavioral Health
2577 NE Courtney Drive, Bend, Oregon 97701
(541) 322-7500 | FAX (541) 322-7565

SERVICE TRANSFER SUMMARY

Discharge date: 5/13/21

Name: Lisa A Menninger                      Date of Birth: ▮/1968

Age: 52 year old                                Identified Gender: female

Primary Therapist: Haley Piarulli, LCSW

Summary of Services Provided: Lisa received medication management, individual therapy and peer support, when in treat at Deschutes County. Lisa is being discharged because she moved out of the area.

Progress and Effectiveness of Service in Assisting Individual/Family to Achieve Intended Outcomes Identified in the Service Plan: n/a

Note: If this client is a CCBHC -E client, the NOMS clinical discharge summary also needs to be completed

### Administration & Signoff as of 5/14/2021 10:59 AM

**The following people contributed to this plan:**
Client /Individual

**Client's/individual's level of agreement and concurrence:**
Involved and concurs

**Copy given to whom:**
No One

**Criteria for service conclusion reviewed during this session:**
Yes

**Next service review should take place on or before:**
9/29/2021

**This plan should be reviewed:**
Annually

| Clinician Signature | Date |
| --- | --- |
| Erin Brunner, LMFT | 10/6/2020 11:29 AM PDT |
| Haley Piarulli, LCSW, CADC Intern | 5/14/2021 10:59 AM PDT |

### Service Conclusion Planning & Discharge Summary as of 5/14/2021 10:59 AM

**Reason for service conclusion:**
Client moved out of catchment area.

Printed at Deschutes County Health Department [541-322-7400]

MENNINGER_SUPP000212

Page 36

JA2393

DC COURTNEY CLINIC BH    Menninger, Lisa A
2577 NE COURTNEY DR    MRN: 886869, DOB: ▇/1968, Sex: F
BEND OR 97701-7638

### 09/29/2020 - DCBH (BHMH): records starting on 1/15/2021 (continued)

**Service Conclusion Planning & Discharge Summary as of 5/14/2021 10:59 AM (continued)**

**Outreach attempt(s):**
Called last known number

**Identified resources:**
PCP
BH / MH Therapist

**Service conclusion planning notes from reviewing w/individual and/or parent/guardian the criteria for enrollment and concluding services. Discharge summary completed at point of concluding services:**

HEALTH SERVICES DEPARTMENT
Behavioral Health
2577 NE Courtney Drive, Bend, Oregon 97701
(541) 322-7500 | FAX (541) 322-7565

SERVICE TRANSFER SUMMARY

Discharge date: 5/13/21

Name: Lisa A Menninger                   Date of Birth: ▇/1968

Age: 52 year old                              Identified Gender: female

Primary Therapist: Haley Piarulli, LCSW

Summary of Services Provided: Lisa received medication management, individual therapy and peer support, when in treat at Deschutes County. Lisa is being discharged because she moved out of the area.

Progress and Effectiveness of Service in Assisting Individual/Family to Achieve Intended Outcomes Identified in the Service Plan:
n/a

Note: If this client is a CCBHC -E client, the NOMS clinical discharge summary also needs to be completed

# END OF REPORT

**PATIENT CHART -**
**MENNINGER, LISA**
**9495 NW EMBER LANE**
**PORTLAND OR  97229**
**(913) 387-9451**

**DOB:** ▮/1968  **AGE: 54 yrs.  Acct#: 300000370**

**Staff Messages**

MENNINGER_SUPP000252

**MINDFUL SUPPORT SERVICES**
**Andrew Drwenski**
**Telehealth**
**Phone: (425) 640-7009  Fax: (425) 678-6455**

**Lisa Menninger**
DOB: ███/1968 54 year old, female
9495 NW EMBER LANE
PORTLAND, OR 97229
(913) 387-9451

Visit Date: 09/16/2021

**Therapist Intake Note**

**Session Details:**
Persons Present: Client

**Assessment:**

**Review of Psychiatric Symptoms:**
Depression:
Generalized Anxiety:
Bipolar:
Panic Disorder:
Thought Disorder:

**Physical Manifestations:**
Sleep & Energy: Lack of quality sleep

Suicide Assessment: Denies any current suicidal thoughts, plan or intent
Suicide Risk Assessment: Past Suicide Ideation Reported
Intent to Act: No
Plan for suicide attempt: No
Means to carry out plan: No, Denies Firearms
Timing of planned suicide indicated: No
Any preparations for planned suicide attempt: No

Homicide Assessment: Denies any current homicidal thoughts, plan or intent

Homicide Ideation:

**Assessment for Gravely Disabled:**

**Past Psychiatric History and Treatment:**
Will provide medical records
Reason for seeking therapy: PTSD, MDD, SAD, PD, GAD
Goals for treatment: Survive one day at a time
There are immediate challenges or issues that need attention: Yes

**Trauma History:**
Client reports a history of: Emotional abuse Sexual abuse
Abuse occured as: Child
Was sexually assaulted in high school, but never considered this sexual abuse until recently with Me Too movement
Emotionally difficult childhood due to dad's psychotic disorder (questionable schizophrenia)
Incidence of abuse was not reported
Client denies being a perpetrator of abuse

**Medical History:**

Additional Medical History: Multiple head injuries (several falls, hit in head with baseball, car accident)
Seizure disorder as child
Skiing accident - knee surgery X2, learning disorder, questionable dyslexia (currently being worked up by neuropsychologist)

MENNINGER_SUPP000253

Arthritis, psoriasis HLA-B27 positive
Alcohol / Substance Use: History
Elaboration: College and occasionally as adult
Current Stressors: ADA discrimination and retaliation case, financial due to disability and legal fees, child's mental health
Better with: Walking/running, Worsened by: Anything that reminds me of past work environment, feeling any kind of pressure
History of Domestic Violence in patient family: Yes
Patient currently feel safe: Yes
Other information patient like their therapist to know: PTSD, MDD, SAD, PD, GAD
Patient heard about: Referred by Dr. Duffield, OHSU Gabriel Park Clinic

Current Medications:
Prozac 40mg
Indomethicin 50mg PRN
Clonazepam 1 mg PRN

**Substance Use & Addiction History:**
Currently Using:
Has Used or Tried:

**Provider Contacts:**

**Family History:**
Family Psychiatric History:

**Social History:**

**Romantic Affiliation & Gender Identity:**

**Sexual Health:**

**Psychiatric Assessments**
**Mental Status Exam:**
Orientation: Alert & Oriented x 4
Appearance: Appropriate
Motor: WNL
Mood: Described as "O.K."
Affect: WNL
Thought Process: WNL
Cognition and Memory: WNL
Behavior: WNL
Speech: WNL
Thought Content: WNL
Insight and Judgment: Fair
Cognitive Style: WNL
Attention & Concentration: WNL

**PHQ9:**
Not performed this visit

**GAD7:**
Not performed this visit

Evaluation
Strengths: Social support network

Diagnosis
Present Diagnosis & Differential Diagnoses: PTSD, MDD, Social Anxiety

General Impression/ Formulations: Lisa is a 53 y/o female struggling with PTSD, Major Depressive Disorder, and Social phobia. Lisa and her family recently moved to Oregon to be closer to family, however the cost of living was to high and moved to Portland in order to be able to afford living off a single income (disability).

Lisa reports feeling the most acute stress around a civil lawsuit she has against her former employer that she alleges comes from discrimination around her social anxiety. Lisa reports wanting to feel like more comfortable in her skin and her daily experiences.

Plan
Treatment Goals: Reduce anxiety related to social phobia

Increase mood
Therapeutic Interventions Title: DBT

CFT

**Therapist Careslip ICD-10:**

Procedure Code: 90791MAT, Evaluation


Encounter Diagnoses:
 F43.12 POST-TRAUMATIC STRESS DISORDER, CHRONIC
 F41.3 OTHER MIXED ANXIETY DISORDERS  Date: 09/16/2021


**Electronically Signed:  DRWENSKI, ANDREW on/at 9/16/2021 1:13:29 PM**

MENNINGER_SUPP000255

**MINDFUL SUPPORT SERVICES**
**Andrew Drwenski**
**Telehealth**
**Phone: (425) 640-7009  Fax: (425) 678-6455**

**Lisa Menninger**
DOB ████/1968 54 year old, female
9495 NW EMBER LANE
PORTLAND, OR 97229
(913) 387-9451

Visit Date: 09/22/2021

**Therapist Progress Form**

**Session Details:**

Persons Present: Client

Suicide Assessment: Denies any current suicidal thoughts, plan or intent

Suicide Risk Assessment: Past Suicide Ideation Reported

Intent to Act: No

Plan for suicide attempt: No

Means to carry out plan: No, Denies Firearms

Timing of planned suicide indicated: No

Any preparations for planned suicide attempt: No

Homicide Assessment: Denies any current homicidal thoughts, plan or intent

Homicide Ideation:

**Assessment for Gravely Disabled:**

**Substance Use & Addiction History:**

Currently Using:

**PHQ9:**
Not performed this visit
Little interest or pleasure in doing things: Not at All
Feeling down, depressed, or hopeless: Not at All
Trouble falling or staying asleep, or sleeping too much: Not at All
Feeling tired or having little energy: Not at All
Poor appetite or overeating: Not at All
Feeling bad about yourself or that you are a failure or have let yourself or your family down: Not at All
Trouble concentrating on things, such as reading the newspaper or watching television: Not at All
Moving or speaking so slowly that other people could have noticed. Or the opposite, being so fidgety or restless that you have been moving around a lot more than usual: Not at All
Thoughts that you would be better off dead or of hurting yourself in some way: Not at All
If you checked off any problems, how difficult have those problems made it for you to do your work, take care of things at home, or get along with other people: Extremely Difficult

**GAD7:**

**JA2399**

Not performed this visit

Progress Note: 9/22/21


Lisa presents today as nervous. Completed assessment and started to build a hierarchy of anxiety provoking situations that contribute to Lisa's feeling like she cannot work. Encouraged her to start researching using peer reviewed articles to understand how social anxiety impacts people. This approach is being used in particular as it's a strength of Lisa and will gradually reduce anxiety.

Treatment Plan
Treatment Goals: Reduce anxiety related to social phobia

Increase mood
Therapeutic Interventions Title: DBT

CFT

**Therapist Careslip ICD-10:**


Procedure Code: 90837MAT, Therapy 53+ minutes


Encounter Diagnoses:
 F43.12 POST-TRAUMATIC STRESS DISORDER, CHRONIC
 F41.3 OTHER MIXED ANXIETY DISORDERS  Date: 9/16/2021


**Electronically Signed:  DRWENSKI, ANDREW on/at 9/22/2021 1:11:16 PM**

**JA2400**

**MINDFUL SUPPORT SERVICES**
Dominique Wilson
Telehealth
Phone: (425) 640-7009  Fax: (425) 678-6455

**Lisa Menninger**
DOB: �_____/1968 54 year old, female
9495 NW EMBER LANE
PORTLAND, OR 97229
(913) 387-9451

Visit Date: 09/23/2021

**Psychiatric Note**

**Session Details:**
Persons Present: Client
Start Time:  01:00 PM  End Time:  02:00 PM
Session Format: Telehealth Video

**Provider Contacts:**

**Vital Signs:**

**Medications**:
CurrentMedsDetail:
Prozac 40 mg po qam
CurrentMedicationNotes:Prozac 40 mg po qam
Benadryl 50 mg po qhs prn for sleep
Previous Medication Trials: Viibyrd, Xanax, Klonopin
Ambien, vistaril,  Proproraolol
Pain medication, prazosin,
Allergies: Viibryd  due to serontin syndrome
PCN
**Chief Complaint or Presenting Problem**: " to establish care"
**History of Presenting Illness**:
Ms. Lisa presented to Relief Mental Health Consultants via telepsych due to establishing care. Pt reported " My anxiety and depression got worse in 2018 after having problems at work. I  have a pending legal case against my former job. I have nightmares about the things that happen to me while I was working. I feel like people are watching me trying to get evidence use against me for the pending legal case. Currently, I'm taking Prozac and it is working well for me. I had side effects to Prozac when the dose was higher than 40mg. " + depression 4-9/10, anxiety 8/10, fidgety, restlessness, heighten sense, hopeless, helpless, low self esteem, highly critical, internalizing, poor sleep ( trouble falling asleep and staying asleep), night mares, vivid dreams, easily distracted, flashbacks, night terrors, low energy, low motivation, guarded, isolating, panic attacks, racing thoughts, intrusive thoughts, paranoid ( regarding pending legal case), mood swings, increase frustration, increase  worrying. She denies any Si/Hi thoughts, avh, delusional, manic/hypomanic symptoms, impulsivity, quick anger, aggression, side effects.

**Substance Use & Addiction History:** Denies hx of substance use

**Tobacco Use History:**

**Sleep Assessment:**

**Medical History:**Head Trauma |
**Medical Problems List:**
Arthritis, psosaris , chronic pain
+ head trauma Reports 'Loc". Seizures during childhood took medication until the age of 5. Denies any eating disorders

LMP: N/A
Currently seeing neurologist for dyslexia.  Struggles with reading, write, and math.

Surgeries: joint surgeries

**Records, Labs, Data Reviewed:**
LastLabResults: No lab results were found.

**JA2401**

**Obstetric History:**

**Pregnancy & Birth History:** Denies any complications with own birth

**Developmental History:** No known complications

**Psychiatric History:**
Depression:You |
Anxiety:You |Family | Family Member & Details: Mom and grandmother
Schizophrenia: Family | Family Member & Details: Father
Other Substance Abuse:Other Substance Abuse: Family | Family Member & Details: Father abuse Rex meds
Previous psych treatment/therapy: PHP/IOP programs x1. GAD/Panic attacks, PTSD

Previous medications (dosage, side effects, time frame):
(See medication history)

History of hospitalizations: denies

History of suicidal ideation / plan / attempt: denies

History of homicidal ideation / plan / attempt: denies

**Trauma History:**
Patient has a history of being abused emotionally, sexually, physically, or by neglect: Yes
Childhood: witness domestic violence between parents and emotional abuse per father

**Social History:**

**Education/ Work History:**
Patient highest level of education: college completed medical school
Patient currently: Disabled

**Family History:**
Family History Comments: In the middle of legal case with former employer

**Relationship History:**
Patient currently: Married
Patient feels safe in her current relationship: first checkbox
Additional Relationship History: Married for 15 years. One child

**Legal History:**
Patient has been arrested: No
Patient has pending legal problems: No
**Social Other**: religious preference: denies
Military : in ROTC during college

**Review of Systems:**

**Review of Psychiatric Symptoms:**
Depression:
Bipolar:
Generalized Anxiety:
Panic Disorder:
Obsessive Compulsive Disorder:
PTSD:
Thought Disorder:
ADHD:

**Suicide Assessment:**

JA2402

Suicide Risk Assessment:

**Homicide Assessment:**

Homicide Risk Assessment:

**Psychiatric Assessments**

**Mental Status Exam:**
Orientation: Alert & Oriented x 4
Appearance: Appropriate
Motor: Normomotoric
Mood: Described as depressed
Affect: Normal to range, intensity and appropriateness
Thought Process: Cogent and future-oriented
Cognition and Memory: Grossly intact cognitive functioning and good memory
Behavior: Intermittent eye contact
Speech:
Normal rate, tone, volume, and prosody
Thought Content: No suicidal or homicidal ideation or intent or plan
Insight and Judgment: Fair
Cognitive Style: Age-appropriate cognitive style
Attention & Concentration: Inattentive
**Mental Status Exam Notes**:
**Cognitive Exam:**Cognitive Exam: Not formally assessednot formally evaluated today.
Able to participate in interview.
Fund of knowledge appears WNL for age and education.
**Other Assessments**:

**PHQ 9:**
Little interest or pleasure in doing things: Several Days
Feeling down, depressed, or hopeless: Several Days
Trouble falling or staying asleep, or sleeping too much: Several Days
Feeling tired or having little energy: Several Days
Poor appetite or overeating: More Than Half the Days
Feeling bad about yourself or that you are a failure or have let yourself or your family down: Not at All
Trouble concentrating on things, such as reading the newspaper or watching television: Not at All
Moving or speaking so slowly that other people could have noticed. Or the opposite, being so fidgety or restless that you have been moving around a lot more than usual: Not at All
Thoughts that you would be better off dead or of hurting yourself in some way: Not at All
Total Score: 6
If you checked off any problems, how difficult have those problems made it for you to do your work, take care of things at home, or get along with other people: Somewhat Difficult
If you checked off any problems, how difficult have those problems made it for you to do your work, take care of things at home, or get along with other people: Extremely Difficult

**GAD 7:**
Feeling nervous, anxious or on edge: More Than Half the Days
Not being able to stop or control worrying: More Than Half the Days
Worrying too much about different things: More Than Half the Days
Trouble relaxing: Several Days
Being so restless that it is hard to sit still: More Than Half the Days
Becoming easily annoyed or irritable: More Than Half the Days
Feeling afraid as if something awful might happen: Not At All
Total Score: 11
If you checked off any problems, how difficult have these problems made it for you to do your work, take care of things at home, or get along with people: Somewhat Difficult

**Assessment:**
Medication Plan: Continue Prozac 40 mg po qam for depression
pt declines any medication changes at this time

**JA2403**

, Black box warning: Advised on the possibility of increased suicidal ideation with SSRI medication. If SI occurs or worsens, it is recommended that they call 911 or go to the ER.

, Reviewed risks, benefits, possible side effects, specific precautions, dosing instructions, and the importance of taking medication only as prescribed. Advised patient to call provider with worsening or new onset symptoms or side effects.

, Patient is aware there is no after hours or on-call emergency service with my practice.  I have disclosed that any calls or communication made will be responded to within 2-3 business days.

Reviewed mental health crisis resources with patient as outlined

, Reviewed mental health crisis resources with patient as outlined on KingCounty.gov:

Call 911 for police assistance if the situation is life threatening or if it looks like someone may get hurt. If there is no immediate physical danger, call the 24 hour C, Call 911 for police assistance if the situation is life threatening or if it looks like someone may get hurt. If there is no immediate physical danger, call the 24 hour Crisis Hotline at 206-461-3222 or 1-866-427-4747.

**Recommendations and Follow Up:** Follow up with Therapist | Follow up in One Month

**Psychotherapy:**

**Other Therapeutic Interventions & Activities:** Psychopharmacology | Psychoeducation |

**Labs**:
No Labs Ordered
**Medical Records**:

**NP Chargeslip ICD10:**

Encounter Diagnoses:

 F43.12 POST-TRAUMATIC STRESS DISORDER, CHRONIC

 F33.1 MAJOR DEPRESSIVE DISORDER, RECURRENT, MODERATE

 F41.1 GENERALIZED ANXIETY DISORDER

Procedure Code: 90833NPT, Therapy 16-37 minutes w/ E&M

Procedure Code: 99205NPT, E&M New Patient Comprehensive 60 minutes


**Electronically Signed:  Wilson, Dominique on/at 9/23/2021 8:47:49 PM**

Case Menninger 003:    DJ068    visit Date: 09/23/2021

**MINDFUL SUPPORT SERVICES**
**Andrew Drwenski**
**Telehealth**
**Phone: (425) 640-7009  Fax: (425) 678-6455**

**Lisa Menninger**
DOB: ███/1968 54 year old, female
9495 NW EMBER LANE
PORTLAND, OR 97229
(913) 387-9451

Visit Date: 09/29/2021

**Therapist Progress Form**

**Session Details:**

Persons Present: Client

Suicide Assessment: Denies any current suicidal thoughts, plan or intent

Suicide Risk Assessment: Past Suicide Ideation Reported

Intent to Act: No

Plan for suicide attempt: No

Means to carry out plan: No, Denies Firearms

Timing of planned suicide indicated: No

Any preparations for planned suicide attempt: No

Homicide Assessment: Denies any current homicidal thoughts, plan or intent

Homicide Ideation:

**Assessment for Gravely Disabled:**

**Substance Use & Addiction History:**

Currently Using:

**PHQ9:**
Little interest or pleasure in doing things: Several Days
Feeling down, depressed, or hopeless: Several Days
Trouble falling or staying asleep, or sleeping too much: Several Days
Feeling tired or having little energy: Several Days
Poor appetite or overeating: More Than Half the Days
Feeling bad about yourself or that you are a failure or have let yourself or your family down: Not at All
Trouble concentrating on things, such as reading the newspaper or watching television: Not at All
Moving or speaking so slowly that other people could have noticed. Or the opposite, being so fidgety or restless that you have been moving around a lot more than usual: Not at All
Thoughts that you would be better off dead or of hurting yourself in some way: Not at All
Total Score: 6
If you checked off any problems, how difficult have those problems made it for you to do your work, take care of things at home, or get along with other people: Somewhat Difficult
If you checked off any problems, how difficult have those problems made it for you to do your work, take care of things at home, or get along with other people: Extremely Difficult

**JA2406**

**GAD7:**
Feeling nervous, anxious or on edge: More Than Half the Days
Not being able to stop or control worrying: More Than Half the Days
Worrying too much about different things: More Than Half the Days
Trouble relaxing: Several Days
Being so restless that it is hard to sit still: More Than Half the Days
Becoming easily annoyed or irritable: More Than Half the Days
Feeling afraid as if something awful might happen: Not At All
Total Score: 11
If you checked off any problems, how difficult have these problems made it for you to do your work, take care of things at home, or get along with people: Somewhat Difficult

Progress Note: 9/29/21

Lisa presented today in a depressed mood. Described the week as hard due to complications around homeschooling and having frequent nightmares. Sleep has also been impacted. Encouraged Lisa to continue to engage in pleasurable activities as a means to combat the anxiety during this period of waiting for the judge to come to a ruling.

Treatment Plan
Treatment Goals: Reduce anxiety related to social phobia

Increase mood
Therapeutic Interventions Title: DBT

CFT

**Therapist Careslip ICD-10:**

Procedure Code: 90837MAT, Therapy 53+ minutes

Encounter Diagnoses:
 F43.12 POST-TRAUMATIC STRESS DISORDER, CHRONIC
 F33.1 MAJOR DEPRESSIVE DISORDER, RECURRENT, MODERATE
 F41.1 GENERALIZED ANXIETY DISORDER  Date: 09/29/2021

**Electronically Signed:  DRWENSKI, ANDREW on/at 9/29/2021 5:21:29 PM**

**MINDFUL SUPPORT SERVICES**
**Andrew Drwenski**
**Telehealth**
**Phone: (425) 640-7009  Fax: (425) 678-6455**

**Lisa Menninger**
DOB: ███/1968 54 year old, female
9495 NW EMBER LANE
PORTLAND, OR 97229
(913) 387-9451

Visit Date: 10/06/2021

**Therapist Progress Form**

**Session Details:**

Persons Present: Client

Suicide Assessment: Denies any current suicidal thoughts, plan or intent

Suicide Risk Assessment: Past Suicide Ideation Reported

Intent to Act: No

Plan for suicide attempt: No

Means to carry out plan: No, Denies Firearms

Timing of planned suicide indicated: No

Any preparations for planned suicide attempt: No

Homicide Assessment: Denies any current homicidal thoughts, plan or intent

Homicide Ideation:

**Assessment for Gravely Disabled:**

**Substance Use & Addiction History:**

Currently Using:

**PHQ9:**
Little interest or pleasure in doing things: Several Days
Feeling down, depressed, or hopeless: Several Days
Trouble falling or staying asleep, or sleeping too much: Several Days
Feeling tired or having little energy: Several Days
Poor appetite or overeating: More Than Half the Days
Feeling bad about yourself or that you are a failure or have let yourself or your family down: Not at All
Trouble concentrating on things, such as reading the newspaper or watching television: Not at All
Moving or speaking so slowly that other people could have noticed. Or the opposite, being so fidgety or restless that you have been moving around a lot more than usual: Not at All
Thoughts that you would be better off dead or of hurting yourself in some way: Not at All
Total Score: 6
If you checked off any problems, how difficult have those problems made it for you to do your work, take care of things at home, or get along with other people: Somewhat Difficult
If you checked off any problems, how difficult have those problems made it for you to do your work, take care of things at home, or get along with other people: Extremely Difficult

**JA2408**

**GAD7:**
Feeling nervous, anxious or on edge: More Than Half the Days
Not being able to stop or control worrying: More Than Half the Days
Worrying too much about different things: More Than Half the Days
Trouble relaxing: Several Days
Being so restless that it is hard to sit still: More Than Half the Days
Becoming easily annoyed or irritable: More Than Half the Days
Feeling afraid as if something awful might happen: Not At All
Total Score: 11
If you checked off any problems, how difficult have these problems made it for you to do your work, take care of things at home, or get along with people: Somewhat Difficult

Progress Note: 10/6/21


Lisa presents today as feeling 'a little' better compared to last week. Lisa indicates that she did start taking control of aspects of her life including how her and her husband plan to educate their child, Mya. Lisa also discussed feelings of social phobia and encouraged her to continue to have social interactions as she feels fit and to engage in relaxation techniques as a means to relieve immediate anxiety.

Treatment Plan
Treatment Goals: Reduce anxiety related to social phobia

Increase mood
Therapeutic Interventions Title: DBT

CFT

**Therapist Careslip ICD-10:**


Procedure Code: 90837MAT, Therapy 53+ minutes


Encounter Diagnoses:
 F43.12 POST-TRAUMATIC STRESS DISORDER, CHRONIC
 F33.1 MAJOR DEPRESSIVE DISORDER, RECURRENT, MODERATE
 F41.1 GENERALIZED ANXIETY DISORDER

I, the Licensed Mental Health Provider, affirm the above information.  Date: 10/6/2021


**Electronically Signed:  DRWENSKI, ANDREW on/at 10/6/2021 1:10:12 PM**
**Electronically Signed:  DRWENSKI, ANDREW on/at 10/6/2021 1:10:17 PM**

**MINDFUL SUPPORT SERVICES**
**Andrew Drwenski**
**Telehealth**
**Phone: (425) 640-7009  Fax: (425) 678-6455**

**Lisa Menninger**
DOB ▓▓▓▓ 1968 54 year old, female
9495 NW EMBER LANE
PORTLAND, OR 97229
(913) 387-9451

Visit Date: 10/13/2021

**Therapist Progress Form**

**Session Details:**

Persons Present: Client


Suicide Assessment: Denies any current suicidal thoughts, plan or intent

Suicide Risk Assessment: Past Suicide Ideation Reported

Intent to Act: No

Plan for suicide attempt: No

Means to carry out plan: No, Denies Firearms

Timing of planned suicide indicated: No

Any preparations for planned suicide attempt: No


Homicide Assessment: Denies any current homicidal thoughts, plan or intent


Homicide Ideation:


**Assessment for Gravely Disabled:**


**Substance Use & Addiction History:**

Currently Using:


**PHQ9:**
Little interest or pleasure in doing things: Several Days
Feeling down, depressed, or hopeless: Several Days
Trouble falling or staying asleep, or sleeping too much: Several Days
Feeling tired or having little energy: Several Days
Poor appetite or overeating: More Than Half the Days
Feeling bad about yourself or that you are a failure or have let yourself or your family down: Not at All
Trouble concentrating on things, such as reading the newspaper or watching television: Not at All
Moving or speaking so slowly that other people could have noticed. Or the opposite, being so fidgety or restless that you have been moving around a lot more than usual: Not at All
Thoughts that you would be better off dead or of hurting yourself in some way: Not at All
Total Score: 6
If you checked off any problems, how difficult have those problems made it for you to do your work, take care of things at home, or get along with other people: Somewhat Difficult
If you checked off any problems, how difficult have those problems made it for you to do your work, take care of things at home, or get along with other people: Extremely Difficult

**JA2410**

**GAD7:**
Feeling nervous, anxious or on edge: More Than Half the Days
Not being able to stop or control worrying: More Than Half the Days
Worrying too much about different things: More Than Half the Days
Trouble relaxing: Several Days
Being so restless that it is hard to sit still: More Than Half the Days
Becoming easily annoyed or irritable: More Than Half the Days
Feeling afraid as if something awful might happen: Not At All
Total Score: 11
If you checked off any problems, how difficult have these problems made it for you to do your work, take care of things at home, or get along with people: Somewhat Difficult

Progress Note: 10/13/21

Lisa presents today in a nervous mood, however this is not too different than past sessions. Processed with her the experiences she has had during childhood and when she first noticed what she now understands as anxiety.

Lisa describes a history of effectively avoiding situations. She describes being in the field that she is in due to limitations that she has put on herself in order to not need to interact with people. Encouraged Lisa to start small and engage with her sister (a known safe person) more frequently as a means to avoid avoiding.

Treatment Plan
Treatment Goals: Reduce anxiety related to social phobia

Increase mood
Therapeutic Interventions Title: DBT

CFT

**Therapist Careslip ICD-10:**

Procedure Code: 90837MAT, Therapy 53+ minutes

Encounter Diagnoses:
  F43.12 POST-TRAUMATIC STRESS DISORDER, CHRONIC
  F33.1 MAJOR DEPRESSIVE DISORDER, RECURRENT, MODERATE
  F41.1 GENERALIZED ANXIETY DISORDER

I, the Licensed Mental Health Provider, affirm the above information.  Date: 10/13/2021

**Electronically Signed:  DRWENSKI, ANDREW on/at 10/13/2021 12:54:02 PM**

**MINDFUL SUPPORT SERVICES**
**Andrew Drwenski**
**Telehealth**
**Phone: (425) 640-7009  Fax: (425) 678-6455**

**Lisa Menninger**
DOB: ▆▆▆/1968 54 year old, female
9495 NW EMBER LANE
PORTLAND, OR 97229
(913) 387-9451

Visit Date: 10/20/2021

**Therapist Progress Form**

**Session Details:**

Persons Present: Client

Suicide Assessment: Denies any current suicidal thoughts, plan or intent

Suicide Risk Assessment: Past Suicide Ideation Reported

Intent to Act: No

Plan for suicide attempt: No

Means to carry out plan: No, Denies Firearms

Timing of planned suicide indicated: No

Any preparations for planned suicide attempt: No

Homicide Assessment: Denies any current homicidal thoughts, plan or intent

Homicide Ideation:

**Assessment for Gravely Disabled:**

**Substance Use & Addiction History:**

Currently Using:

**PHQ9:**
Little interest or pleasure in doing things: Several Days
Feeling down, depressed, or hopeless: Several Days
Trouble falling or staying asleep, or sleeping too much: Several Days
Feeling tired or having little energy: Several Days
Poor appetite or overeating: More Than Half the Days
Feeling bad about yourself or that you are a failure or have let yourself or your family down: Not at All
Trouble concentrating on things, such as reading the newspaper or watching television: Not at All
Moving or speaking so slowly that other people could have noticed. Or the opposite, being so fidgety or restless that you have been moving around a lot more than usual: Not at All
Thoughts that you would be better off dead or of hurting yourself in some way: Not at All
Total Score: 6
If you checked off any problems, how difficult have those problems made it for you to do your work, take care of things at home, or get along with other people: Somewhat Difficult
If you checked off any problems, how difficult have those problems made it for you to do your work, take care of things at home, or get along with other people: Extremely Difficult

**JA2412**

**GAD7:**
Feeling nervous, anxious or on edge: More Than Half the Days
Not being able to stop or control worrying: More Than Half the Days
Worrying too much about different things: More Than Half the Days
Trouble relaxing: Several Days
Being so restless that it is hard to sit still: More Than Half the Days
Becoming easily annoyed or irritable: More Than Half the Days
Feeling afraid as if something awful might happen: Not At All
Total Score: 11
If you checked off any problems, how difficult have these problems made it for you to do your work, take care of things at home, or get along with people: Somewhat Difficult

Progress Note: 10/20/21


Lisa presents today in a slightly more positive mood compared to last week. She is feeling confident that her psychological assessment will return by the end of the week and she is hopeful to find answers in it. Lisa presents as very facts oriented and it does make sense why she is relying heavily on this document to provide answers to her struggles.

This writer believes it will be helpful to understand any learning disorders that she struggles with as well as the emotional aspects this writer is aware of.

Treatment Plan
Treatment Goals: Reduce anxiety related to social phobia

Increase mood
Therapeutic Interventions Title: DBT

CFT

**Therapist Careslip ICD-10:**


Procedure Code: 90837MAT, Therapy 53+ minutes


Encounter Diagnoses:
 F43.12 POST-TRAUMATIC STRESS DISORDER, CHRONIC
 F33.1 MAJOR DEPRESSIVE DISORDER, RECURRENT, MODERATE
 F41.1 GENERALIZED ANXIETY DISORDER

I, the Licensed Mental Health Provider, affirm the above information.  Date: 10/20/2021


**Electronically Signed:  DRWENSKI, ANDREW on/at 10/20/2021 2:59:40 PM**

JA2413

**MINDFUL SUPPORT SERVICES**
**Dominique Wilson**
**Telehealth**
**Phone: (425) 640-7009  Fax: (425) 678-6455**

**Lisa Menninger**
DOB [REDACTED] 1968 54 year old, female
9495 NW EMBER LANE
PORTLAND, OR 97229
(913) 387-9451

Visit Date: 10/21/2021

**Psychiatric Progress Note**

**Session Details:**
Persons Present: Client
Start Time:  01:00 PM | End Time:  01:30 PM
Session Format: Telehealth Video

**Provider Contacts:**

**Vital Signs:**

Current Medication Notes: Prozac 40 mg po qam
Benadryl 50 mg po qhs prn for sleep
Previous Medication Trials: Viibyrd, Xanax, Klonopin
Ambien, vistaril,  Propropraolol
Pain medication, prazosin,

Chief Complaint or Presenting Problem: "depression"
History of Presenting Illness: Ms. Lisa  reported  " my depression and anxiety is still the same. I'm waiting on the verdict from the trial." + depression 4-9/10, anxiety 8/10, fidgety, restlessness, heighten sense, hopeless, helpless, low self esteem, highly critical, internalizing, poor sleep ( trouble falling asleep and staying asleep), night mares, vivid dreams, easily distracted, flashbacks, night terrors, low energy, low motivation, guarded, isolating, panic attacks, racing thoughts, intrusive thoughts, paranoid ( regarding pending legal case), mood swings, increase frustration, increase  worrying. She denies any Si/Hi thoughts, avh, delusional, manic/hypomanic symptoms, impulsivity, quick anger, aggression, side effects.

**Review of Psychiatric Symptoms:**
Depression: Depressed Mood | Decreased interest in activities | Fatigue or loss of energy | Irritability | Low motivation | Psychomotor agitation/ retardation | Poor concentration, indecisiveness | Worthlessness or excessive guilt
Bipolar: Denies all symptoms
Generalized Anxiety: Difficulty controlling anxiety | Difficulty concentrating | Excessive anxiety/ worry | Easily fatigued | Irritability | Muscle tension | Restless/ on edge | Sleep disturbance
Panic Disorder: Denies all symptoms
Obsessive Compulsive Disorder: Denies all symptoms
PTSD: Denies all symptoms

**Trauma History:**
0
Patient has a history of being abused emotionally, sexually, physically, or by neglect: Yes
Thought Disorder: Denies all symptoms
ADHD: Denies all symptoms

**Past Psychiatric History:**
Previous psych treatment/therapy: PHP/IOP programs x1. GAD/Panic attacks, PTSD

Previous medications (dosage, side effects, time frame):
(See medication history)

History of hospitalizations: denies

History of suicidal ideation / plan / attempt: denies

**JA2414**

History of homicidal ideation / plan / attempt: denies
Antidepressants:
Mood Stabilizers:
Antipsychotics:
Sleeping Medications:
ADHD Medications:
Antianxiety Medications:

Current Symptoms Checklist:

Homicide Ideation:

**Medical History:**
Head Trauma |
Medical Problems List: Arthritis, psosaris , chronic pain
+ head trauma Reports 'Loc". Seizures during childhood took medication until the age of 5. Denies any eating disorders

LMP: N/A
Currently seeing neurologist for dyslexia.  Struggles with reading, write, and math.

Surgeries: joint surgeries

**Review of Systems:**
Muscular: arthritis and chronic pain
Integumentary: psoriasis

**Records, Labs, Data Reviewed:**

Obstetric History: 0

**Substance Use & Addiction History:** Denies hx of substance use

**Social History:**

**Education/ Work History:**
Patient highest level of education: college completed medical school
Patient currently: Disabled

**Relationship History:**
Patient currently: Married
Patient feels safe in her current relationship: first checkbox
Married for 15 years. One child

**Legal History:**
Patient has been arrested: No
Patient has pending legal problems: No

**Spiritual Life:**
Patient belongs to a particular religion or spiritual group: No

Social Other: religious preference: denies
Military : in ROTC during college

**Psychiatric Assessments**
**Mental Status Exam:**
Orientation: Alert & Oriented x 4
Appearance: Appropriate
Motor: Normomotoric
Mood: Described as depressed

JA2415

Affect: Normal to range, intensity and appropriateness
Thought Process: Cogent and future-oriented
Cognition and Memory: Grossly intact cognitive functioning and good memory
Behavior: Intermittent eye contact
Speech: Normal rate, tone, volume, and prosody
Thought Content: No suicidal or homicidal ideation or intent or plan
Insight and Judgment: Fair
Cognitive Style: Age-appropriate cognitive style
Attention & Concentration: Attentive

Cognitive Exam: Not formally assessed

Cognitive Exam: not formally evaluated today.
Able to participate in interview.
Fund of knowledge appears WNL for age and education.

**PHQ 9:**
Little interest or pleasure in doing things: Several Days
Feeling down, depressed, or hopeless: Several Days
Trouble falling or staying asleep, or sleeping too much: Several Days
Feeling tired or having little energy: Several Days
Poor appetite or overeating: More Than Half the Days
Feeling bad about yourself or that you are a failure or have let yourself or your family down: Not at All
Trouble concentrating on things, such as reading the newspaper or watching television: Not at All
Moving or speaking so slowly that other people could have noticed. Or the opposite, being so fidgety or restless that you have been moving around a lot more than usual: Not at All
Thoughts that you would be better off dead or of hurting yourself in some way: Not at All
Total Score: 6
If you checked off any problems, how difficult have those problems made it for you to do your work, take care of things at home, or get along with other people: Somewhat Difficult
If you checked off any problems, how difficult have those problems made it for you to do your work, take care of things at home, or get along with other people: Extremely Difficult

**GAD 7:**
Feeling nervous, anxious or on edge: More Than Half the Days
Not being able to stop or control worrying: More Than Half the Days
Worrying too much about different things: More Than Half the Days
Trouble relaxing: Several Days
Being so restless that it is hard to sit still: More Than Half the Days
Becoming easily annoyed or irritable: More Than Half the Days
Feeling afraid as if something awful might happen: Not At All
Total Score: 11
If you checked off any problems, how difficult have these problems made it for you to do your work, take care of things at home, or get along with people: Somewhat Difficult

**Assessment:**

Medication Plan: Continue Prozac 40 mg po qam for depression
pt declines any medication changes at this time

, Black box warning: Advised on the possibility of increased suicidal ideation with SSRI medication. If SI occurs or worsens, it is recommended that they call 911 or go to the ER.

, Reviewed risks, benefits, possible side effects, specific precautions, dosing instructions, and the importance of taking medication only as prescribed. Advised patient to call provider with worsening or new onset symptoms or side effects.

, Patient is aware there is no after hours or on-call emergency service with my practice.  I have disclosed that any calls or communication made will be responded to within 2-3 business days.

Reviewed mental health crisis resources with patient as outlined

, Reviewed mental health crisis resources with patient as outlined on KingCounty.gov:

Call 911 for police assistance if the situation is life threatening or if it looks like someone may get hurt. If there is no immediate physical danger, call the 24 hour C, Call 911 for police assistance if the situation is life threatening or if it looks like someone may get hurt. If there is no immediate physical danger, call the 24 hour Crisis Hotline at 206-461-3222 or 1-866-427-4747.

Recommendations and Follow Up: Follow up with Therapist | Follow up in One Month

**Interventions**

Other Therapeutic Interventions & Activities: Psychopharmacology | Psychoeducation |

No Labs Ordered

**NP Careslip ICD-10:**

Encounter Diagnoses:

  F43.12 POST-TRAUMATIC STRESS DISORDER, CHRONIC

  F33.1 MAJOR DEPRESSIVE DISORDER, RECURRENT, MODERATE

  F41.1 GENERALIZED ANXIETY DISORDER

Procedure Code: 99213NPT, E&M Follow-up Exp. Problem Focused

**Electronically Signed:  Wilson, Dominique on/at 10/21/2021 7:12:28 PM**

**MINDFUL SUPPORT SERVICES**
**Andrew Drwenski**
**Telehealth**
**Phone: (425) 640-7009  Fax: (425) 678-6455**

**Lisa Menninger**
DOB: ███/1968 54 year old, female
9495 NW EMBER LANE
PORTLAND, OR 97229
(913) 387-9451

Visit Date: 10/27/2021

**Therapist Progress Form**

**Session Details:**

Persons Present: Client

Start Time: 12:00 | End Time: 12:55pm

Session Format: Telehealth Video

Chief Complaint or Presenting Problem: Anxiety, social anxiety

History of Presenting Illness: As long as Lisa can remember. Most acute examples have occurred over the last five years as they relate to her career.Current Social Issues and Stressors: Pending legal case around ADA accommodations.

Suicide Assessment: Denies any current suicidal thoughts, plan or intent

Suicide Risk Assessment: Past Suicide Ideation Reported

Intent to Act: No

Plan for suicide attempt: No

Means to carry out plan: No, Denies Firearms

Timing of planned suicide indicated: No

Any preparations for planned suicide attempt: No

Homicide Assessment: Denies any current homicidal thoughts, plan or intent

Homicide Ideation:

**Assessment for Gravely Disabled:**

**Substance Use & Addiction History:**

Currently Using:

**PHQ9:**
Little interest or pleasure in doing things: Several Days
Feeling down, depressed, or hopeless: Several Days
Trouble falling or staying asleep, or sleeping too much: Several Days
Feeling tired or having little energy: Several Days
Poor appetite or overeating: More Than Half the Days

**JA2418**

Feeling bad about yourself or that you are a failure or have let yourself or your family down: Not at All
Trouble concentrating on things, such as reading the newspaper or watching television: Not at All
Moving or speaking so slowly that other people could have noticed. Or the opposite, being so fidgety or restless that you have been moving around a lot more than usual: Not at All
Thoughts that you would be better off dead or of hurting yourself in some way: Not at All
Total Score: 6
If you checked off any problems, how difficult have those problems made it for you to do your work, take care of things at home, or get along with other people: Somewhat Difficult
If you checked off any problems, how difficult have those problems made it for you to do your work, take care of things at home, or get along with other people: Extremely Difficult

**GAD7:**
Feeling nervous, anxious or on edge: More Than Half the Days
Not being able to stop or control worrying: More Than Half the Days
Worrying too much about different things: More Than Half the Days
Trouble relaxing: Several Days
Being so restless that it is hard to sit still: More Than Half the Days
Becoming easily annoyed or irritable: More Than Half the Days
Feeling afraid as if something awful might happen: Not At All
Total Score: 11
If you checked off any problems, how difficult have these problems made it for you to do your work, take care of things at home, or get along with people: Somewhat Difficult

Progress Note: 10/27/21

Lisa presents today in a neutral mood. She did report that she was disappointed about not having results from her psych evaluation that was done approx 6 weeks ago. Encouraged her to continue in pleasurable activities to encourage positive coping strategies.

Treatment Plan
Treatment Goals: Reduce anxiety related to social phobia

Increase mood
Therapeutic Interventions Title: DBT

CFT

**Therapist Careslip ICD-10:**

Procedure Code: 90837MAT, Therapy 53+ minutes

Encounter Diagnoses:
 F43.12 POST-TRAUMATIC STRESS DISORDER, CHRONIC
 F33.1 MAJOR DEPRESSIVE DISORDER, RECURRENT, MODERATE
 F41.1 GENERALIZED ANXIETY DISORDER

I, the Licensed Mental Health Provider, affirm the above information.  Date: 10/27/2021

**Electronically Signed:  DRWENSKI, ANDREW on/at 10/27/2021 3:03:23 PM**

JA2419

**MINDFUL SUPPORT SERVICES**
**Andrew Drwenski**
**Telehealth**
**Phone: (425) 640-7009  Fax: (425) 678-6455**

**Lisa Menninger**
DOB: ███/1968 54 year old, female
9495 NW EMBER LANE
PORTLAND, OR 97229
(913) 387-9451

Visit Date: 11/03/2021

**Therapist Progress Form**

**Session Details:**

Persons Present: Client

Start Time: 12:00 | End Time: 12:55pm

Session Format: Telehealth Video

Chief Complaint or Presenting Problem: Anxiety, social anxiety

History of Presenting Illness: As long as Lisa can remember. Most acute examples have occurred over the last five years as they relate to her career.Current Social Issues and Stressors: Pending legal case around ADA accommodations.

Suicide Assessment: Denies any current suicidal thoughts, plan or intent

Suicide Risk Assessment: Past Suicide Ideation Reported

Intent to Act: No

Plan for suicide attempt: No

Means to carry out plan: No, Denies Firearms

Timing of planned suicide indicated: No

Any preparations for planned suicide attempt: No

Homicide Assessment: Denies any current homicidal thoughts, plan or intent

Homicide Ideation:

**Assessment for Gravely Disabled:**

**Substance Use & Addiction History:**

Currently Using:

**PHQ9:**
Little interest or pleasure in doing things: Several Days
Feeling down, depressed, or hopeless: Several Days
Trouble falling or staying asleep, or sleeping too much: Several Days
Feeling tired or having little energy: Several Days
Poor appetite or overeating: More Than Half the Days

**JA2420**

Feeling bad about yourself or that you are a failure or have let yourself or your family down: Not at All

Trouble concentrating on things, such as reading the newspaper or watching television: Not at All

Moving or speaking so slowly that other people could have noticed. Or the opposite, being so fidgety or restless that you have been moving around a lot more than usual: Not at All

Thoughts that you would be better off dead or of hurting yourself in some way: Not at All

Total Score: 6

If you checked off any problems, how difficult have those problems made it for you to do your work, take care of things at home, or get along with other people: Somewhat Difficult

If you checked off any problems, how difficult have those problems made it for you to do your work, take care of things at home, or get along with other people: Extremely Difficult

**GAD7:**

Feeling nervous, anxious or on edge: More Than Half the Days

Not being able to stop or control worrying: More Than Half the Days

Worrying too much about different things: More Than Half the Days

Trouble relaxing: Several Days

Being so restless that it is hard to sit still: More Than Half the Days

Becoming easily annoyed or irritable: More Than Half the Days

Feeling afraid as if something awful might happen: Not At All

Total Score: 11

If you checked off any problems, how difficult have these problems made it for you to do your work, take care of things at home, or get along with people: Somewhat Difficult

Progress Note: 11/3/21

Lisa presents today as feeling some what disappointed in the results of her psych eval not giving much of context. This writer was concerned that this evaluation would likely be helpful but not the cure to some of the issues she was concerned about. Discussed future goals including find ways to make meaningful decisions regarding her treatment and finding ways explore career options.

Treatment Plan
Treatment Goals: Reduce anxiety related to social phobia

Increase mood
Therapeutic Interventions Title: DBT

CFT

**Therapist Careslip ICD-10:**

Procedure Code: 90837MAT, Therapy 53+ minutes

Encounter Diagnoses:
 F43.12 POST-TRAUMATIC STRESS DISORDER, CHRONIC
 F33.1 MAJOR DEPRESSIVE DISORDER, RECURRENT, MODERATE
 F41.1 GENERALIZED ANXIETY DISORDER

I, the Licensed Mental Health Provider, affirm the above information.  Date: 11/3/2021

**Electronically Signed:  DRWENSKI, ANDREW on/at 11/3/2021 5:10:56 PM**

**MINDFUL SUPPORT SERVICES**
**Andrew Drwenski**
**Telehealth**
**Phone: (425) 640-7009  Fax: (425) 678-6455**

**Lisa Menninger**
DOB: ███/1968 54 year old, female
9495 NW EMBER LANE
PORTLAND, OR 97229
(913) 387-9451

Visit Date: 11/17/2021

**Therapist Progress Form**

**Session Details:**

Persons Present: Client

Start Time: 12:00 | End Time: 12:55pm

Session Format: Telehealth Video

Chief Complaint or Presenting Problem: Anxiety, social anxiety

History of Presenting Illness: As long as Lisa can remember. Most acute examples have occurred over the last five years as they relate to her career.Current Social Issues and Stressors: Pending legal case around ADA accommodations.

Suicide Assessment: Denies any current suicidal thoughts, plan or intent

Suicide Risk Assessment: Past Suicide Ideation Reported

Intent to Act: No

Plan for suicide attempt: No

Means to carry out plan: No, Denies Firearms

Timing of planned suicide indicated: No

Any preparations for planned suicide attempt: No

Homicide Assessment: Denies any current homicidal thoughts, plan or intent

Homicide Ideation:

**Assessment for Gravely Disabled:**

**Substance Use & Addiction History:**

Currently Using:

**PHQ9:**
Little interest or pleasure in doing things: Several Days
Feeling down, depressed, or hopeless: Several Days
Trouble falling or staying asleep, or sleeping too much: Several Days
Feeling tired or having little energy: Several Days
Poor appetite or overeating: More Than Half the Days

**JA2422**

Feeling bad about yourself or that you are a failure or have let yourself or your family down: Not at All

Trouble concentrating on things, such as reading the newspaper or watching television: Not at All

Moving or speaking so slowly that other people could have noticed. Or the opposite, being so fidgety or restless that you have been moving around a lot more than usual: Not at All

Thoughts that you would be better off dead or of hurting yourself in some way: Not at All

Total Score: 6

If you checked off any problems, how difficult have those problems made it for you to do your work, take care of things at home, or get along with other people: Somewhat Difficult

If you checked off any problems, how difficult have those problems made it for you to do your work, take care of things at home, or get along with other people: Extremely Difficult

**GAD7:**

Feeling nervous, anxious or on edge: More Than Half the Days

Not being able to stop or control worrying: More Than Half the Days

Worrying too much about different things: More Than Half the Days

Trouble relaxing: Several Days

Being so restless that it is hard to sit still: More Than Half the Days

Becoming easily annoyed or irritable: More Than Half the Days

Feeling afraid as if something awful might happen: Not At All

Total Score: 11

If you checked off any problems, how difficult have these problems made it for you to do your work, take care of things at home, or get along with people: Somewhat Difficult

Progress Note: 11/17/21

Lisa presents today feeling tired after not sleeping most the night. Described feelings of depression over the last two weeks. Discussed ways to stay active in an effort to build positive memories during a difficult time. Lisa describes her past experiences in the medical field as being 'luck' when by all accounts she has the medical understanding that match her medical license. Continued to challenge Lisa on some of the negative thinking and encouraged her to enjoy the small things while she waits for bigger decisions to be made.

Treatment Plan
Treatment Goals: Reduce anxiety related to social phobia

Increase mood
Therapeutic Interventions Title: DBT

CFT

**Therapist Careslip ICD-10:**

Procedure Code: 90837MAT, Therapy 53+ minutes

Encounter Diagnoses:
  F43.12 POST-TRAUMATIC STRESS DISORDER, CHRONIC
  F33.1 MAJOR DEPRESSIVE DISORDER, RECURRENT, MODERATE
  F41.1 GENERALIZED ANXIETY DISORDER

I, the Licensed Mental Health Provider, affirm the above information.  Date: 11/17/2021

**Electronically Signed:  DRWENSKI, ANDREW on/at 11/17/2021 1:54:15 PM**

**MINDFUL SUPPORT SERVICES**
**Dominique Wilson**
**Telehealth**
**Phone: (425) 640-7009  Fax: (425) 678-6455**

**Lisa Menninger**
DOB: ██████/1968 54 year old, female
9495 NW EMBER LANE
PORTLAND, OR 97229
(913) 387-9451

Visit Date: 11/18/2021

**Psychiatric Progress Note**

**Session Details:**
Persons Present: Client
Start Time: 11:00 AM | End Time:  11:30 AM
Session Format: Telehealth Video

**Provider Contacts:**

**Vital Signs:**

Current Medication Notes: Prozac 40 mg po qam
Benadryl 50 mg po qhs prn for sleep
Previous Medication Trials: Viibyrd, Xanax, Klonopin
Ambien, vistaril,  Propropraolol
Pain medication, prazosin,

Chief Complaint or Presenting Problem: "depression"
History of Presenting Illness: Ms. Lisa  reported  " I'm waiting on the verdict from the trial. I think i wont hear anything until after the   holidays. I was recently diagnosed with Dyslexia. I don't know to feel about .   " + depression 4-9/10, anxiety 8/10, fidgety, restlessness, heighten sense, hopeless, helpless, low self esteem, highly critical, internalizing, poor sleep ( trouble falling asleep and staying asleep), night mares, vivid dreams, easily distracted, flashbacks, night terrors, low energy, low motivation, guarded, isolating, panic attacks, racing thoughts, intrusive thoughts, paranoid ( regarding pending legal case), mood swings, increase frustration, increase  worrying. She denies any Si/Hi thoughts, avh, delusional, manic/hypomanic symptoms, impulsivity, quick anger, aggression, side effects.

**Review of Psychiatric Symptoms:**
Depression: Depressed Mood | Decreased interest in activities | Fatigue or loss of energy | Irritability | Low motivation | Psychomotor agitation/ retardation | Poor concentration, indecisiveness | Worthlessness or excessive guilt
Bipolar: Denies all symptoms
Generalized Anxiety: Difficulty controlling anxiety | Difficulty concentrating | Excessive anxiety/ worry | Easily fatigued | Irritability | Muscle tension | Restless/ on edge | Sleep disturbance
Panic Disorder: Denies all symptoms
Obsessive Compulsive Disorder: Denies all symptoms
PTSD: Denies all symptoms

**Trauma History:**
0
Patient has a history of being abused emotionally, sexually, physically, or by neglect: Yes
Thought Disorder: Denies all symptoms
ADHD: Denies all symptoms

**Past Psychiatric History:**
Previous psych treatment/therapy: PHP/IOP programs x1. GAD/Panic attacks, PTSD

Previous medications (dosage, side effects, time frame):
(See medication history)

History of hospitalizations: denies

History of suicidal ideation / plan / attempt: denies

**JA2424**

History of homicidal ideation / plan / attempt: denies
Antidepressants:
Mood Stabilizers:
Antipsychotics:
Sleeping Medications:
ADHD Medications:
Antianxiety Medications:

Current Symptoms Checklist:

Homicide Ideation:

**Medical History:**
Head Trauma |
Medical Problems List: Arthritis, psosaris , chronic pain
+ head trauma Reports 'Loc". Seizures during childhood took medication until the age of 5. Denies any eating disorders

LMP: N/A
Currently seeing neurologist for dyslexia.  Struggles with reading, write, and math.

Surgeries: joint surgeries

**Review of Systems:**
Constitutional: Negative
Eyes: Negative
ENT: Negative
Cardiovascular: Negative
Respiratory: Negative
Gastrointestinal: Negative
Genitourinary: Negative
Muscular: arthritis and chronic pain
Integumentary: psoriasis
Neurological: Negative
Endocrine:Negative

**Records, Labs, Data Reviewed:**

Obstetric History: 0

**Substance Use & Addiction History:** Denies hx of substance use

**Social History:**

**Education/ Work History:**
Patient highest level of education: college completed medical school
Patient currently: Disabled

**Relationship History:**
Patient currently: Married
Patient feels safe in her current relationship: first checkbox
Married for 15 years. One child

**Legal History:**
Patient has been arrested: No
Patient has pending legal problems: No

**Spiritual Life:**
Patient belongs to a particular religion or spiritual group: No

**JA2425**

Social Other: religious preference: denies
Military : in ROTC during college

**Psychiatric Assessments**
**Mental Status Exam:**
Orientation: Alert & Oriented x 4
Appearance: Appropriate
Motor: Normomotoric
Mood: Described as depressed
Affect: Normal to range, intensity and appropriateness
Thought Process: Cogent and future-oriented
Cognition and Memory: Grossly intact cognitive functioning and good memory
Behavior: Intermittent eye contact
Speech: Normal rate, tone, volume, and prosody
Thought Content: No suicidal or homicidal ideation or intent or plan
Insight and Judgment: Fair
Cognitive Style: Age-appropriate cognitive style
Attention & Concentration: Attentive

Cognitive Exam: Not formally assessed

Cognitive Exam: not formally evaluated today.
Able to participate in interview.
Fund of knowledge appears WNL for age and education.

**PHQ 9:**
Little interest or pleasure in doing things: Several Days
Feeling down, depressed, or hopeless: Several Days
Trouble falling or staying asleep, or sleeping too much: Several Days
Feeling tired or having little energy: Several Days
Poor appetite or overeating: More Than Half the Days
Feeling bad about yourself or that you are a failure or have let yourself or your family down: Not at All
Trouble concentrating on things, such as reading the newspaper or watching television: Not at All
Moving or speaking so slowly that other people could have noticed. Or the opposite, being so fidgety or restless that you have been moving around a lot more than usual: Not at All
Thoughts that you would be better off dead or of hurting yourself in some way: Not at All
Total Score: 6
If you checked off any problems, how difficult have those problems made it for you to do your work, take care of things at home, or get along with other people: Somewhat Difficult
If you checked off any problems, how difficult have those problems made it for you to do your work, take care of things at home, or get along with other people: Extremely Difficult

**GAD 7:**
Feeling nervous, anxious or on edge: More Than Half the Days
Not being able to stop or control worrying: More Than Half the Days
Worrying too much about different things: More Than Half the Days
Trouble relaxing: Several Days
Being so restless that it is hard to sit still: More Than Half the Days
Becoming easily annoyed or irritable: More Than Half the Days
Feeling afraid as if something awful might happen: Not At All
Total Score: 11
If you checked off any problems, how difficult have these problems made it for you to do your work, take care of things at home, or get along with people: Somewhat Difficult

**Assessment:**

Medication Plan: Continue Prozac 40 mg po qam for depression
pt declines any medication changes at this time

**JA2426**

Pt is going to research medication regarding nightmares

Encourage pt to contact NW Dyslexia Center in Portland, OR

, Black box warning: Advised on the possibility of increased suicidal ideation with SSRI medication. If SI occurs or worsens, it is recommended that they call 911 or go to the ER.

, Reviewed risks, benefits, possible side effects, specific precautions, dosing instructions, and the importance of taking medication only as prescribed. Advised patient to call provider with worsening or new onset symptoms or side effects.

, Patient is aware there is no after hours or on-call emergency service with my practice. I have disclosed that any calls or communication made will be responded to within 2-3 business days.

Reviewed mental health crisis resources with patient as outlined

, Reviewed mental health crisis resources with patient as outlined on KingCounty.gov:

Call 911 for police assistance if the situation is life threatening or if it looks like someone may get hurt. If there is no immediate physical danger, call the 24 hour C, Call 911 for police assistance if the situation is life threatening or if it looks like someone may get hurt. If there is no immediate physical danger, call the 24 hour Crisis Hotline at 206-461-3222 or 1-866-427-4747.

Recommendations and Follow Up: Follow up with Therapist | Follow up in One Month

**Interventions**
Psychotherapy:
Time Spent: 18 minutes
approx 18 min spent in supportive, client-centered, and psychoeducational psychotherapy above and beyond E&M service. discussing good sleep hygiene techniques and healthy eating habits. encouraging ongoing efforts in healthy coping strategies. Safety plan established/discussed. 24 hr Crisis Line numbers have been provided. King Co 206-461-3222. Snohomish Co 800-584-3578.

No Labs Ordered

**NP Careslip ICD-10:**

Encounter Diagnoses:

 F43.12 POST-TRAUMATIC STRESS DISORDER, CHRONIC

 F33.1 MAJOR DEPRESSIVE DISORDER, RECURRENT, MODERATE

 F41.1 GENERALIZED ANXIETY DISORDER

Procedure Code: 90833NPT, Therapy 16-37 minutes w/ E&M

Procedure Code: 99213NPT, E&M Follow-up Exp. Problem Focused

**Electronically Signed: Wilson, Dominique on/at 11/22/2021 11:15:38 PM**

**MINDFUL SUPPORT SERVICES**
**Andrew Drwenski**
**Telehealth**
**Phone: (425) 640-7009  Fax: (425) 678-6455**

**Lisa Menninger**
DOB: ████/1968 54 year old, female
9495 NW EMBER LANE
PORTLAND, OR 97229
(913) 387-9451

Visit Date: 11/24/2021

**Therapist Progress Form**

**Session Details:**

Persons Present: Client

Start Time: 12:00 | End Time: 12:55pm

Session Format: Telehealth Video

Chief Complaint or Presenting Problem: Anxiety, social anxiety

History of Presenting Illness: As long as Lisa can remember. Most acute examples have occurred over the last five years as they relate to her career.Current Social Issues and Stressors: Pending legal case around ADA accommodations.

Suicide Assessment: Denies any current suicidal thoughts, plan or intent

Suicide Risk Assessment: Past Suicide Ideation Reported

Intent to Act: No

Plan for suicide attempt: No

Means to carry out plan: No, Denies Firearms

Timing of planned suicide indicated: No

Any preparations for planned suicide attempt: No

Homicide Assessment: Denies any current homicidal thoughts, plan or intent

Homicide Ideation:

**Assessment for Gravely Disabled:**

**Substance Use & Addiction History:**

Currently Using:

**PHQ9:**
Little interest or pleasure in doing things: Several Days
Feeling down, depressed, or hopeless: Several Days
Trouble falling or staying asleep, or sleeping too much: Several Days
Feeling tired or having little energy: Several Days
Poor appetite or overeating: More Than Half the Days

JA2428

Feeling bad about yourself or that you are a failure or have let yourself or your family down: Not at All

Trouble concentrating on things, such as reading the newspaper or watching television: Not at All

Moving or speaking so slowly that other people could have noticed. Or the opposite, being so fidgety or restless that you have been moving around a lot more than usual: Not at All

Thoughts that you would be better off dead or of hurting yourself in some way: Not at All

Total Score: 6

If you checked off any problems, how difficult have those problems made it for you to do your work, take care of things at home, or get along with other people: Somewhat Difficult

If you checked off any problems, how difficult have those problems made it for you to do your work, take care of things at home, or get along with other people: Extremely Difficult

**GAD7:**

Feeling nervous, anxious or on edge: More Than Half the Days

Not being able to stop or control worrying: More Than Half the Days

Worrying too much about different things: More Than Half the Days

Trouble relaxing: Several Days

Being so restless that it is hard to sit still: More Than Half the Days

Becoming easily annoyed or irritable: More Than Half the Days

Feeling afraid as if something awful might happen: Not At All

Total Score: 11

If you checked off any problems, how difficult have these problems made it for you to do your work, take care of things at home, or get along with people: Somewhat Difficult

Progress Note: 11/24/21

Lisa presents today as feeling okay. Explored activities that promote positive behaviors and play to her strengths. Lisa appears to still be understanding her strengths through the lens of how other medical professionals view her. At times, it's difficult to motivate Lisa to try new things as she reports feeling discouraged and 'knows' she cannot do it.

Lisa has plans she is looking forward to the holiday. Encouraged her to enjoy the time and consider the information she presented today re: her psychiatric nurse practitioner visit.

Treatment Plan
Treatment Goals: Reduce anxiety related to social phobia

Increase mood
Therapeutic Interventions Title: DBT

CFT

**Therapist Careslip ICD-10:**

Procedure Code: 90837MAT, Therapy 53+ minutes

Encounter Diagnoses:
F43.12 POST-TRAUMATIC STRESS DISORDER, CHRONIC
F33.1 MAJOR DEPRESSIVE DISORDER, RECURRENT, MODERATE
F41.1 GENERALIZED ANXIETY DISORDER

I, the Licensed Mental Health Provider, affirm the above information. Date: 11/17/2021

**Electronically Signed: DRWENSKI, ANDREW on/at 11/24/2021 1:01:25 PM**

**MINDFUL SUPPORT SERVICES**
**Andrew Drwenski**
**Telehealth**
**Phone: (425) 640-7009  Fax: (425) 678-6455**

**Lisa Menninger**
DOB: ████/1968 54 year old, female
9495 NW EMBER LANE
PORTLAND, OR 97229
(913) 387-9451

Visit Date: 12/01/2021

**Therapist Progress Form**

**Session Details:**

Persons Present: Client

Start Time: 12:00 | End Time: 12:55pm

Session Format: Telehealth Video

Chief Complaint or Presenting Problem: Anxiety, social anxiety

History of Presenting Illness: As long as Lisa can remember. Most acute examples have occurred over the last five years as they relate to her career.Current Social Issues and Stressors: Pending legal case around ADA accommodations.

Suicide Assessment: Denies any current suicidal thoughts, plan or intent

Suicide Risk Assessment: Past Suicide Ideation Reported

Intent to Act: No

Plan for suicide attempt: No

Means to carry out plan: No, Denies Firearms

Timing of planned suicide indicated: No

Any preparations for planned suicide attempt: No

Homicide Assessment: Denies any current homicidal thoughts, plan or intent

Homicide Ideation:

**Assessment for Gravely Disabled:**

**Substance Use & Addiction History:**

Currently Using:

**PHQ9:**
Little interest or pleasure in doing things: Several Days
Feeling down, depressed, or hopeless: Several Days
Trouble falling or staying asleep, or sleeping too much: Several Days
Feeling tired or having little energy: Several Days
Poor appetite or overeating: More Than Half the Days

**JA2430**

Feeling bad about yourself or that you are a failure or have let yourself or your family down: Not at All
Trouble concentrating on things, such as reading the newspaper or watching television: Not at All
Moving or speaking so slowly that other people could have noticed. Or the opposite, being so fidgety or restless that you have been moving around a lot more than usual: Not at All
Thoughts that you would be better off dead or of hurting yourself in some way: Not at All
Total Score: 6
If you checked off any problems, how difficult have those problems made it for you to do your work, take care of things at home, or get along with other people: Somewhat Difficult
If you checked off any problems, how difficult have those problems made it for you to do your work, take care of things at home, or get along with other people: Extremely Difficult

**GAD7:**
Feeling nervous, anxious or on edge: More Than Half the Days
Not being able to stop or control worrying: More Than Half the Days
Worrying too much about different things: More Than Half the Days
Trouble relaxing: Several Days
Being so restless that it is hard to sit still: More Than Half the Days
Becoming easily annoyed or irritable: More Than Half the Days
Feeling afraid as if something awful might happen: Not At All
Total Score: 11
If you checked off any problems, how difficult have these problems made it for you to do your work, take care of things at home, or get along with people: Somewhat Difficult

Progress Note: 12/1/21

Lisa presents today in a neutral mood. Lisa reports feeling like she is making small amounts of progress on her goals around anxiety and social performance. Explored ways in which she is maintaining a health lifestyle. Encouraged her to continue to remain physically active and encouraged her to engage with her daughter as this promotes a sense of connectedness that Lisa likely needs during this difficult time.

Treatment Plan
Treatment Goals: Reduce anxiety related to social phobia

Increase mood
Therapeutic Interventions Title: DBT

CFT

**Therapist Careslip ICD-10:**

Procedure Code: 90837MAT, Therapy 53+ minutes

Encounter Diagnoses:
F43.12 POST-TRAUMATIC STRESS DISORDER, CHRONIC
F33.1 MAJOR DEPRESSIVE DISORDER, RECURRENT, MODERATE
F41.1 GENERALIZED ANXIETY DISORDER

I, the Licensed Mental Health Provider, affirm the above information.  Date: 12/1/2021

**Electronically Signed:  DRWENSKI, ANDREW on/at 12/1/2021 5:44:23 PM**
**Electronically Signed:  DRWENSKI, ANDREW on/at 12/1/2021 5:45:34 PM**

**JA2431**

**MINDFUL SUPPORT SERVICES**
**Andrew Drwenski**
**Telehealth**
**Phone: (425) 640-7009  Fax: (425) 678-6455**

**Lisa Menninger**
DOB: ███/1968 54 year old, female
9495 NW EMBER LANE
PORTLAND, OR 97229
(913) 387-9451

Visit Date: 12/15/2021

**Therapist Progress Form**

**Session Details:**

Persons Present: Client

Start Time: 12:00 | End Time: 12:55pm

Session Format: Telehealth Video

Chief Complaint or Presenting Problem: Anxiety, social anxiety

History of Presenting Illness: As long as Lisa can remember. Most acute examples have occurred over the last five years as they relate to her career.Current Social Issues and Stressors: Pending legal case around ADA accommodations.

Suicide Assessment: Denies any current suicidal thoughts, plan or intent

Suicide Risk Assessment: Past Suicide Ideation Reported

Intent to Act: No

Plan for suicide attempt: No

Means to carry out plan: No, Denies Firearms

Timing of planned suicide indicated: No

Any preparations for planned suicide attempt: No

Homicide Assessment: Denies any current homicidal thoughts, plan or intent

Homicide Ideation:

**Assessment for Gravely Disabled:**

**Substance Use & Addiction History:**

Currently Using:

**PHQ9:**
Little interest or pleasure in doing things: Several Days
Feeling down, depressed, or hopeless: Several Days
Trouble falling or staying asleep, or sleeping too much: Several Days
Feeling tired or having little energy: Several Days
Poor appetite or overeating: More Than Half the Days

**JA2432**

Feeling bad about yourself or that you are a failure or have let yourself or your family down: Not at All

Trouble concentrating on things, such as reading the newspaper or watching television: Not at All

Moving or speaking so slowly that other people could have noticed. Or the opposite, being so fidgety or restless that you have been moving around a lot more than usual: Not at All

Thoughts that you would be better off dead or of hurting yourself in some way: Not at All

Total Score: 6

If you checked off any problems, how difficult have those problems made it for you to do your work, take care of things at home, or get along with other people: Somewhat Difficult

If you checked off any problems, how difficult have those problems made it for you to do your work, take care of things at home, or get along with other people: Extremely Difficult

**GAD7:**

Feeling nervous, anxious or on edge: More Than Half the Days

Not being able to stop or control worrying: More Than Half the Days

Worrying too much about different things: More Than Half the Days

Trouble relaxing: Several Days

Being so restless that it is hard to sit still: More Than Half the Days

Becoming easily annoyed or irritable: More Than Half the Days

Feeling afraid as if something awful might happen: Not At All

Total Score: 11

If you checked off any problems, how difficult have these problems made it for you to do your work, take care of things at home, or get along with people: Somewhat Difficult

Progress Note: 12/15/21

Lisa presents today in a neutral mood. Discussed positive coping skills that she has engaged in the past two weeks. Describes feeling limited by her body when it comes to activity although she is engaging in normal activity. She reports lower levels of depression and anxiety but it's higher than she'd like.

Treatment Plan

Treatment Goals: Reduce anxiety related to social phobia

Increase mood

Therapeutic Interventions Title: DBT

CFT

**Therapist Careslip ICD-10:**

Procedure Code: 90837MAT, Therapy 53+ minutes

Encounter Diagnoses:

F43.12 POST-TRAUMATIC STRESS DISORDER, CHRONIC

F33.1 MAJOR DEPRESSIVE DISORDER, RECURRENT, MODERATE

F41.1 GENERALIZED ANXIETY DISORDER

I, the Licensed Mental Health Provider, affirm the above information.  Date: 12/15/2021

**Electronically Signed:  DRWENSKI, ANDREW on/at 12/15/2021 5:15:17 PM**

**MINDFUL SUPPORT SERVICES**
**Dominique Wilson**
**Telehealth**
**Phone: (425) 640-7009  Fax: (425) 678-6455**

**Lisa Menninger**
DOB: ████ 1968 54 year old, female
9495 NW EMBER LANE
PORTLAND, OR 97229
(913) 387-9451

Visit Date: 12/16/2021

**Psychiatric Progress Note**

**Session Details:**
Persons Present: Client
Start Time: 11:00 AM | End Time:  11:30 AM
Session Format: Telehealth Video

**Provider Contacts:**

**Vital Signs:**

Current Medication Notes: Prozac 40 mg po qam
Benadryl 50 mg po qhs prn for sleep
Previous Medication Trials: Viibyrd, Xanax, Klonopin
Ambien, vistaril,  Propropraolol
Pain medication, prazosin,

Chief Complaint or Presenting Problem: "depression"
History of Presenting Illness: Ms. Lisa  reported  "I did some research on the nightmare medication. I don't want to start the medication. I'm still waiting on my case go to trial. My depression is high" + depression 4-9/10, anxiety 8/10, fidgety, restlessness, heighten sense, hopeless, helpless, low self esteem, highly critical, internalizing, poor sleep ( trouble falling asleep and staying asleep), night mares, vivid dreams, easily distracted, flashbacks, night terrors, low energy, low motivation, guarded, isolating, panic attacks, racing thoughts, intrusive thoughts, paranoid ( regarding pending legal case), mood swings, increase frustration, increase  worrying. She denies any Si/Hi thoughts, avh, delusional, manic/hypomanic symptoms, impulsivity, quick anger, aggression, side effects.

**Review of Psychiatric Symptoms:**
Depression: Depressed Mood | Decreased interest in activities | Fatigue or loss of energy | Irritability | Low motivation | Psychomotor agitation/ retardation | Poor concentration, indecisiveness | Worthlessness or excessive guilt
Bipolar: Denies all symptoms
Generalized Anxiety: Difficulty controlling anxiety | Difficulty concentrating | Excessive anxiety/ worry | Easily fatigued | Irritability | Muscle tension | Restless/ on edge | Sleep disturbance
Panic Disorder: Denies all symptoms
Obsessive Compulsive Disorder: Denies all symptoms
PTSD: Denies all symptoms

**Trauma History:**
0
Patient has a history of being abused emotionally, sexually, physically, or by neglect: Yes
Thought Disorder: Denies all symptoms
ADHD: Denies all symptoms

**Past Psychiatric History:**
Previous psych treatment/therapy: PHP/IOP programs x1. GAD/Panic attacks, PTSD

Previous medications (dosage, side effects, time frame):
(See medication history)

History of hospitalizations: denies

History of suicidal ideation / plan / attempt: denies

**JA2434**

History of homicidal ideation / plan / attempt: denies
Antidepressants:
Mood Stabilizers:
Antipsychotics:
Sleeping Medications:
ADHD Medications:
Antianxiety Medications:

Current Symptoms Checklist:

Homicide Ideation:

**Medical History:**
Head Trauma |
Medical Problems List: Arthritis, psosaris , chronic pain
+ head trauma Reports 'Loc". Seizures during childhood took medication until the age of 5. Denies any eating disorders

LMP: N/A
Currently seeing neurologist for dyslexia.  Struggles with reading, write, and math.

Surgeries: joint surgeries

**Review of Systems:**
Constitutional: Negative
Eyes: Negative
ENT: Negative
Cardiovascular: Negative
Respiratory: Negative
Gastrointestinal: Negative
Genitourinary: Negative
Muscular: arthritis and chronic pain
Integumentary: psoriasis
Neurological: Negative
Endocrine:Negative
Heme/Lymph: Negative

**Records, Labs, Data Reviewed:**

Obstetric History: 0

**Substance Use & Addiction History:** Denies hx of substance use

**Social History:**

**Education/ Work History:**
Patient highest level of education: college completed medical school
Patient currently: Disabled

**Relationship History:**
Patient currently: Married
Patient feels safe in her current relationship: first checkbox
Married for 15 years. One child

**Legal History:**
Patient has been arrested: No
Patient has pending legal problems: No

**Spiritual Life:**

**JA2435**

Patient belongs to a particular religion or spiritual group: No

Social Other: religious preference: denies
Military : in ROTC during college

**Psychiatric Assessments**
**Mental Status Exam:**
Orientation: Alert & Oriented x 4
Appearance: Appropriate
Motor: Normomotoric
Mood: Described as depressed
Affect: Normal to range, intensity and appropriateness
Thought Process: Cogent and future-oriented
Cognition and Memory: Grossly intact cognitive functioning and good memory
Behavior: Intermittent eye contact
Speech: Normal rate, tone, volume, and prosody
Thought Content: No suicidal or homicidal ideation or intent or plan
Insight and Judgment: Fair
Cognitive Style: Age-appropriate cognitive style
Attention & Concentration: Attentive

Cognitive Exam: Not formally assessed

Cognitive Exam: not formally evaluated today.
Able to participate in interview.
Fund of knowledge appears WNL for age and education.

**PHQ 9:**
Little interest or pleasure in doing things: Several Days
Feeling down, depressed, or hopeless: Several Days
Trouble falling or staying asleep, or sleeping too much: Several Days
Feeling tired or having little energy: Several Days
Poor appetite or overeating: More Than Half the Days
Feeling bad about yourself or that you are a failure or have let yourself or your family down: Not at All
Trouble concentrating on things, such as reading the newspaper or watching television: Not at All
Moving or speaking so slowly that other people could have noticed. Or the opposite, being so fidgety or restless that you have been moving around a lot more than usual: Not at All
Thoughts that you would be better off dead or of hurting yourself in some way: Not at All
Total Score: 6
If you checked off any problems, how difficult have those problems made it for you to do your work, take care of things at home, or get along with other people: Somewhat Difficult
If you checked off any problems, how difficult have those problems made it for you to do your work, take care of things at home, or get along with other people: Extremely Difficult

**GAD 7:**
Feeling nervous, anxious or on edge: More Than Half the Days
Not being able to stop or control worrying: More Than Half the Days
Worrying too much about different things: More Than Half the Days
Trouble relaxing: Several Days
Being so restless that it is hard to sit still: More Than Half the Days
Becoming easily annoyed or irritable: More Than Half the Days
Feeling afraid as if something awful might happen: Not At All
Total Score: 11
If you checked off any problems, how difficult have these problems made it for you to do your work, take care of things at home, or get along with people: Somewhat Difficult

**Assessment:**

Medication Plan: Continue Prozac 40 mg po qam for depression

pt declines any medication changes at this time

Encourage pt to contact NW Dyslexia Center in Portland, OR

, Black box warning: Advised on the possibility of increased suicidal ideation with SSRI medication. If SI occurs or worsens, it is recommended that they call 911 or go to the ER.

, Reviewed risks, benefits, possible side effects, specific precautions, dosing instructions, and the importance of taking medication only as prescribed. Advised patient to call provider with worsening or new onset symptoms or side effects.

, Patient is aware there is no after hours or on-call emergency service with my practice.  I have disclosed that any calls or communication made will be responded to within 2-3 business days.

Reviewed mental health crisis resources with patient as outlined

, Reviewed mental health crisis resources with patient as outlined on KingCounty.gov:

Call 911 for police assistance if the situation is life threatening or if it looks like someone may get hurt. If there is no immediate physical danger, call the 24 hour C, Call 911 for police assistance if the situation is life threatening or if it looks like someone may get hurt. If there is no immediate physical danger, call the 24 hour Crisis Hotline at 206-461-3222 or 1-866-427-4747.

Recommendations and Follow Up: Follow up with Therapist | Follow up in One Month

**Interventions**
Psychotherapy:
Time Spent: 18 minutes
approx 18 min spent in supportive, client-centered, and psychoeducational psychotherapy above and beyond E&M service.  discussing good sleep hygiene techniques and healthy eating habits. encouraging ongoing efforts in healthy coping strategies. Safety plan established/discussed. 24 hr Crisis Line numbers have been provided. King Co 206-461-3222. Snohomish Co 800-584-3578.

No Labs Ordered

**NP Careslip ICD-10:**

Encounter Diagnoses:

 F43.12 POST-TRAUMATIC STRESS DISORDER, CHRONIC

 F33.1 MAJOR DEPRESSIVE DISORDER, RECURRENT, MODERATE

 F41.1 GENERALIZED ANXIETY DISORDER

Procedure Code: 90833NPT, Therapy 16-37 minutes w/ E&M

Procedure Code: 99213NPT, E&M Follow-up Exp. Problem Focused

**Electronically Signed:  Wilson, Dominique on/at 12/21/2021 8:50:38 PM**

**JA2437**

**MINDFUL SUPPORT SERVICES**
**Andrew Drwenski**
**Telehealth**
**Phone: (425) 640-7009  Fax: (425) 678-6455**

**Lisa Menninger**
DOB: ███/1968 54 year old, female
9495 NW EMBER LANE
PORTLAND, OR 97229
(913) 387-9451

Visit Date: 12/29/2021

**Therapist Progress Form**

**Session Details:**

Persons Present: Client

Start Time: 12:00 | End Time: 12:55pm

Session Format: Telehealth Video

Chief Complaint or Presenting Problem: Anxiety, social anxiety

History of Presenting Illness: As long as Lisa can remember. Most acute examples have occurred over the last five years as they relate to her career.Current Social Issues and Stressors: Pending legal case around ADA accommodations.

Suicide Assessment: Denies any current suicidal thoughts, plan or intent

Suicide Risk Assessment: Past Suicide Ideation Reported

Intent to Act: No

Plan for suicide attempt: No

Means to carry out plan: No, Denies Firearms

Timing of planned suicide indicated: No

Any preparations for planned suicide attempt: No

Homicide Assessment: Denies any current homicidal thoughts, plan or intent

Homicide Ideation:

**Assessment for Gravely Disabled:**

**Substance Use & Addiction History:**

Currently Using:

**PHQ9:**
Little interest or pleasure in doing things: Several Days
Feeling down, depressed, or hopeless: Several Days
Trouble falling or staying asleep, or sleeping too much: Several Days
Feeling tired or having little energy: Several Days
Poor appetite or overeating: More Than Half the Days

Feeling bad about yourself or that you are a failure or have let yourself or your family down: Not at All

Trouble concentrating on things, such as reading the newspaper or watching television: Not at All

Moving or speaking so slowly that other people could have noticed. Or the opposite, being so fidgety or restless that you have been moving around a lot more than usual: Not at All

Thoughts that you would be better off dead or of hurting yourself in some way: Not at All

Total Score: 6

If you checked off any problems, how difficult have those problems made it for you to do your work, take care of things at home, or get along with other people: Somewhat Difficult

If you checked off any problems, how difficult have those problems made it for you to do your work, take care of things at home, or get along with other people: Extremely Difficult

**GAD7:**

Feeling nervous, anxious or on edge: More Than Half the Days

Not being able to stop or control worrying: More Than Half the Days

Worrying too much about different things: More Than Half the Days

Trouble relaxing: Several Days

Being so restless that it is hard to sit still: More Than Half the Days

Becoming easily annoyed or irritable: More Than Half the Days

Feeling afraid as if something awful might happen: Not At All

Total Score: 11

If you checked off any problems, how difficult have these problems made it for you to do your work, take care of things at home, or get along with people: Somewhat Difficult

Progress Note: 12/29/21

Lisa presented today in a more upbeat fashion compared to previous session. Discussed nightmares and disruptive sleep patterns. Discussed ways to approach sleep and discussed the content of the nightmares in means to reduce stress and to encourage a way for Lisa to find comfort in her natural support.

Treatment Plan
Treatment Goals: Reduce anxiety related to social phobia

Increase mood
Therapeutic Interventions Title: DBT

CFT

**Therapist Careslip ICD-10:**

Procedure Code: 90837MAT, Therapy 53+ minutes

Encounter Diagnoses:
F43.12 POST-TRAUMATIC STRESS DISORDER, CHRONIC
F33.1 MAJOR DEPRESSIVE DISORDER, RECURRENT, MODERATE
F41.1 GENERALIZED ANXIETY DISORDER

I, the Licensed Mental Health Provider, affirm the above information. Date: 12/29/2021

**Electronically Signed: DRWENSKI, ANDREW on/at 12/29/2021 1:10:15 PM**

**MINDFUL SUPPORT SERVICES**
**Andrew Drwenski**
**Telehealth**
**Phone: (425) 640-7009  Fax: (425) 678-6455**

**Lisa Menninger**
DOB: ████/1968 54 year old, female
9495 NW EMBER LANE
PORTLAND, OR 97229
(913) 387-9451

Visit Date: 01/05/2022

**Therapist Progress Form**

**Session Details:**

Persons Present: Client

Start Time: 12:00 | End Time: 12:55pm

Session Format: Telehealth Video

Chief Complaint or Presenting Problem: Anxiety, social anxiety

History of Presenting Illness: As long as Lisa can remember. Most acute examples have occurred over the last five years as they relate to her career.Current Social Issues and Stressors: Pending legal case around ADA accommodations.

Suicide Assessment: Denies any current suicidal thoughts, plan or intent

Suicide Risk Assessment: Past Suicide Ideation Reported

Intent to Act: No

Plan for suicide attempt: No

Means to carry out plan: No, Denies Firearms

Timing of planned suicide indicated: No

Any preparations for planned suicide attempt: No

Homicide Assessment: Denies any current homicidal thoughts, plan or intent

Homicide Ideation:

**Assessment for Gravely Disabled:**

**Substance Use & Addiction History:**

Currently Using:

**PHQ9:**
Little interest or pleasure in doing things: Several Days
Feeling down, depressed, or hopeless: Several Days
Trouble falling or staying asleep, or sleeping too much: Several Days
Feeling tired or having little energy: Several Days
Poor appetite or overeating: More Than Half the Days

JA2440

Feeling bad about yourself or that you are a failure or have let yourself or your family down: Not at All

Trouble concentrating on things, such as reading the newspaper or watching television: Not at All

Moving or speaking so slowly that other people could have noticed. Or the opposite, being so fidgety or restless that you have been moving around a lot more than usual: Not at All

Thoughts that you would be better off dead or of hurting yourself in some way: Not at All

Total Score: 6

If you checked off any problems, how difficult have those problems made it for you to do your work, take care of things at home, or get along with other people: Somewhat Difficult

If you checked off any problems, how difficult have those problems made it for you to do your work, take care of things at home, or get along with other people: Extremely Difficult

**GAD7:**

Feeling nervous, anxious or on edge: More Than Half the Days

Not being able to stop or control worrying: More Than Half the Days

Worrying too much about different things: More Than Half the Days

Trouble relaxing: Several Days

Being so restless that it is hard to sit still: More Than Half the Days

Becoming easily annoyed or irritable: More Than Half the Days

Feeling afraid as if something awful might happen: Not At All

Total Score: 11

If you checked off any problems, how difficult have these problems made it for you to do your work, take care of things at home, or get along with people: Somewhat Difficult

Progress Note: 1/5/22

Lisa presents today feeling discouraged after interacting with her short term disability insurance provider. Processed with her ways in which to stay active and start to engage in pleasurable activities (like running) again in means to keep up coping strategies for the stressful situation she finds herself in.

Treatment Plan
Treatment Goals: Reduce anxiety related to social phobia

Increase mood
Therapeutic Interventions Title: DBT

CFT

**Therapist Careslip ICD-10:**

Procedure Code: 90837MAT, Therapy 53+ minutes

Encounter Diagnoses:
F43.12 POST-TRAUMATIC STRESS DISORDER, CHRONIC
F33.1 MAJOR DEPRESSIVE DISORDER, RECURRENT, MODERATE
F41.1 GENERALIZED ANXIETY DISORDER F40.11 SOCIAL PHOBIA, GENERALIZED

I, the Licensed Mental Health Provider, affirm the above information.  Date: 1/5/2022

**Electronically Signed:  DRWENSKI, ANDREW on/at 1/5/2022 1:01:18 PM**
**Electronically Signed:  DRWENSKI, ANDREW on/at 1/5/2022 1:01:33 PM**

**JA2441**

**MINDFUL SUPPORT SERVICES**
**Andrew Drwenski**
**Telehealth**
**Phone: (425) 640-7009  Fax: (425) 678-6455**

**Lisa Menninger**
DOB ████/1968 54 year old, female
9495 NW EMBER LANE
PORTLAND, OR 97229
(913) 387-9451

Visit Date: 01/12/2022

**Therapist Progress Form**

**Session Details:**

Persons Present: Client

Start Time: 12:00 | End Time: 12:55pm

Session Format: Telehealth Video

Chief Complaint or Presenting Problem: Anxiety, social anxiety

History of Presenting Illness: As long as Lisa can remember. Most acute examples have occurred over the last five years as they relate to her career.Current Social Issues and Stressors: Pending legal case around ADA accommodations.

Suicide Assessment: Denies any current suicidal thoughts, plan or intent

Suicide Risk Assessment: Past Suicide Ideation Reported

Intent to Act: No

Plan for suicide attempt: No

Means to carry out plan: No, Denies Firearms

Timing of planned suicide indicated: No

Any preparations for planned suicide attempt: No

Homicide Assessment: Denies any current homicidal thoughts, plan or intent

Homicide Ideation:

**Assessment for Gravely Disabled:**

**Substance Use & Addiction History:**

Currently Using:

**PHQ9:**
Little interest or pleasure in doing things: Several Days
Feeling down, depressed, or hopeless: Several Days
Trouble falling or staying asleep, or sleeping too much: Several Days
Feeling tired or having little energy: Several Days
Poor appetite or overeating: More Than Half the Days

**JA2442**

Feeling bad about yourself or that you are a failure or have let yourself or your family down: Not at All

Trouble concentrating on things, such as reading the newspaper or watching television: Not at All

Moving or speaking so slowly that other people could have noticed. Or the opposite, being so fidgety or restless that you have been moving around a lot more than usual: Not at All

Thoughts that you would be better off dead or of hurting yourself in some way: Not at All

Total Score: 6

If you checked off any problems, how difficult have those problems made it for you to do your work, take care of things at home, or get along with other people: Somewhat Difficult

If you checked off any problems, how difficult have those problems made it for you to do your work, take care of things at home, or get along with other people: Extremely Difficult

**GAD7:**

Feeling nervous, anxious or on edge: More Than Half the Days

Not being able to stop or control worrying: More Than Half the Days

Worrying too much about different things: More Than Half the Days

Trouble relaxing: Several Days

Being so restless that it is hard to sit still: More Than Half the Days

Becoming easily annoyed or irritable: More Than Half the Days

Feeling afraid as if something awful might happen: Not At All

Total Score: 11

If you checked off any problems, how difficult have these problems made it for you to do your work, take care of things at home, or get along with people: Somewhat Difficult

Progress Note: 1/12/22

Lisa presents today in a nervous mood and reports feeling more 'paranoid' compared to sessions passed. Processed with her aspects of her case that cause the most anxiety and Lisa disclosed details that help this writer understand why she continues to stay inside and avoid people. In particular, aspects of her case have been scrutinized for her social activity (including text messages between her and her sister). Lisa reports feeling a sense of doom around the outcome but also indicated that this is a fairly typical spike in anxiety that happens every one to two months.

Treatment Plan
Treatment Goals: Reduce anxiety related to social phobia

Increase mood
Therapeutic Interventions Title: DBT

CFT

**Therapist Careslip ICD-10:**

Procedure Code: 90837MAT, Therapy 53+ minutes

Encounter Diagnoses:
 F43.12 POST-TRAUMATIC STRESS DISORDER, CHRONIC
 F33.1 MAJOR DEPRESSIVE DISORDER, RECURRENT, MODERATE
 F41.1 GENERALIZED ANXIETY DISORDER F40.11 SOCIAL PHOBIA, GENERALIZED

I, the Licensed Mental Health Provider, affirm the above information.  Date: 1/5/2022

**Electronically Signed:  DRWENSKI, ANDREW on/at 1/12/2022 1:14:49 PM**

**MINDFUL SUPPORT SERVICES**
**Dominique Wilson**
**Telehealth**
**Phone: (425) 640-7009  Fax: (425) 678-6455**

**Lisa Menninger**
DOB: ▮▮▮▮/1968 54 year old, female
9495 NW EMBER LANE
PORTLAND, OR 97229
(913) 387-9451

Visit Date: 01/13/2022

---

### Psychiatric Intake Note

**Session Details:**
Persons Present: Client
Start Time:  11:00 AM | End Time:  11:30 AM
Session Format: Telehealth Video

**Provider Contacts:**

**Vital Signs:**

Current Medication Notes: Prozac 40 mg po qam
Benadryl 50 mg po qhs prn for sleep
Previous Medication Trials: Viibyrd, Xanax, Klonopin
Ambien, vistaril,  Propropraolol
Pain medication, prazosin,

Chief Complaint or Presenting Problem: "depression"
History of Presenting Illness: Ms. Lisa  reported  "I was able to escape a little bit due to holidays. Since the holidays are over my depression and anxiety are getting worse. I've been waiting 7 months to go to court. I'm afraid leave the house. I'm having a lot of panic attacks. "  + depression 4-9/10, anxiety 8/10, fidgety, restlessness, heighten sense, hopeless, helpless, low self esteem, highly critical, internalizing, poor sleep ( trouble falling asleep and staying asleep), nightmares, vivid dreams, easily distracted, flashbacks, night terrors, low energy, low motivation, guarded, isolating, panic attacks, racing thoughts, intrusive thoughts, paranoid ( regarding pending legal case), mood swings, increase frustration, increase  worrying. She denies any Si/Hi thoughts, avh, delusional, manic/hypomanic symptoms, impulsivity, quick anger, aggression, side effects.

**Review of Psychiatric Symptoms:**
Depression: Depressed Mood | Decreased interest in activities | Fatigue or loss of energy | Irritability | Low motivation | Psychomotor agitation/ retardation | Poor concentration, indecisiveness | Worthlessness or excessive guilt
Bipolar: Denies all symptoms
Generalized Anxiety: Difficulty controlling anxiety | Difficulty concentrating | Excessive anxiety/ worry | Easily fatigued | Irritability | Muscle tension | Restless/ on edge | Sleep disturbance
Panic Disorder: Denies all symptoms
Obsessive Compulsive Disorder: Denies all symptoms
PTSD: Denies all symptoms

**Trauma History:**
0
Patient has a history of being abused emotionally, sexually, physically, or by neglect: Yes
Thought Disorder: Denies all symptoms
ADHD: Denies all symptoms

**Past Psychiatric History:**
Previous psych treatment/therapy: PHP/IOP programs x1. GAD/Panic attacks, PTSD

Previous medications (dosage, side effects, time frame):
(See medication history)

History of hospitalizations: denies

History of suicidal ideation / plan / attempt: denies

---

**JA2444**

History of homicidal ideation / plan / attempt: denies
Antidepressants:
Mood Stabilizers:
Antipsychotics:
Sleeping Medications:
ADHD Medications:
Antianxiety Medications:

Current Symptoms Checklist:

Homicide Ideation:

**Medical History:**
Head Trauma |
Medical Problems List: Arthritis, psosaris , chronic pain
+ head trauma Reports 'Loc". Seizures during childhood took medication until the age of 5. Denies any eating disorders

LMP: N/A
Currently seeing neurologist for dyslexia.  Struggles with reading, write, and math.

Surgeries: joint surgeries

**Review of Systems:**
Constitutional: Negative
Eyes: Negative
ENT: Negative
Cardiovascular: Negative
Respiratory: Negative
Gastrointestinal: Negative
Genitourinary: Negative
Muscular: arthritis and chronic pain
Integumentary: psoriasis
Neurological: Negative
Endocrine:Negative
Heme/Lymph: Negative

**Records, Labs, Data Reviewed:**

Obstetric History: 0

**Substance Use & Addiction History:** Denies hx of substance use

**Family History:**

**Family Psychiatric History:**
Depression: You |
Anxiety: You | Family | Family Member & Details: Mom and grandmother
Schizophrenia: Family | Family Member & Details: Father
Other Substance Abuse: Family | Family Member & Details: Father abuse Rex meds

**Social History:**

**Education/ Work History:**
Patient highest level of education: college completed medical school
Patient currently: Disabled

**Relationship History:**
Patient currently: Married

Patient feels safe in her current relationship: first checkbox
Married for 15 years. One child

**Legal History:**
Patient has been arrested: No
Patient has pending legal problems: No

**Spiritual Life:**
Patient belongs to a particular religion or spiritual group: No

Social Other: religious preference: denies
Military : in ROTC during college

**Psychiatric Assessments**
**Mental Status Exam:**
Orientation: Alert & Oriented x 4
Appearance: Appropriate
Motor: Normomotoric
Mood: Described as depressed
Affect: Normal to range, intensity and appropriateness
Thought Process: Cogent and future-oriented
Cognition and Memory: Grossly intact cognitive functioning and good memory
Behavior: Intermittent eye contact
Speech: Normal rate, tone, volume, and prosody
Thought Content: No suicidal or homicidal ideation or intent or plan
Insight and Judgment: Fair
Cognitive Style: Age-appropriate cognitive style
Attention & Concentration: Attentive

Cognitive Exam: Not formally assessed

Cognitive Exam: not formally evaluated today.
Able to participate in interview.
Fund of knowledge appears WNL for age and education.

**PHQ 9:**
Not performed this visit
Little interest or pleasure in doing things: Several Days
Feeling down, depressed, or hopeless: Several Days
Trouble falling or staying asleep, or sleeping too much: Several Days
Feeling tired or having little energy: Several Days
Poor appetite or overeating: More Than Half the Days
Feeling bad about yourself or that you are a failure or have let yourself or your family down: Not at All
Trouble concentrating on things, such as reading the newspaper or watching television: Not at All
Moving or speaking so slowly that other people could have noticed. Or the opposite, being so fidgety or restless that you have been moving around a lot more than usual: Not at All
Thoughts that you would be better off dead or of hurting yourself in some way: Not at All
Total Score: 6
If you checked off any problems, how difficult have those problems made it for you to do your work, take care of things at home, or get along with other people: Somewhat Difficult
If you checked off any problems, how difficult have those problems made it for you to do your work, take care of things at home, or get along with other people: Extremely Difficult

**GAD 7:**
Not performed this visit
Feeling nervous, anxious or on edge: More Than Half the Days
Not being able to stop or control worrying: More Than Half the Days
Worrying too much about different things: More Than Half the Days
Trouble relaxing: Several Days

**JA2446**

Being so restless that it is hard to sit still: More Than Half the Days
Becoming easily annoyed or irritable: More Than Half the Days
Feeling afraid as if something awful might happen: Not At All
Total Score: 11
If you checked off any problems, how difficult have these problems made it for you to do your work, take care of things at home, or get along with people: Somewhat Difficult

**Assessment:**

Medication Plan: increase Prozac 50 mg po qam for depression
pt wants to research Remeron for sleep

Encourage pt to contact NW Dyslexia Center in Portland, OR

, Black box warning: Advised on the possibility of increased suicidal ideation with SSRI medication. If SI occurs or worsens, it is recommended that they call 911 or go to the ER.

, Reviewed risks, benefits, possible side effects, specific precautions, dosing instructions, and the importance of taking medication only as prescribed. Advised patient to call provider with worsening or new onset symptoms or side effects.

, Patient is aware there is no after hours or on-call emergency service with my practice. I have disclosed that any calls or communication made will be responded to within 2-3 business days.

Reviewed mental health crisis resources with patient as outlined

, Reviewed mental health crisis resources with patient as outlined on KingCounty.gov:

Call 911 for police assistance if the situation is life threatening or if it looks like someone may get hurt. If there is no immediate physical danger, call the 24 hour C, Call 911 for police assistance if the situation is life threatening or if it looks like someone may get hurt. If there is no immediate physical danger, call the 24 hour Crisis Hotline at 206-461-3222 or 1-866-427-4747.

Recommendations and Follow Up: Follow up with Therapist | Follow up in One Month

**Interventions**
Psychotherapy:
Time Spent: 18 minutes
approx 18 min spent in supportive, client-centered, and psychoeducational psychotherapy above and beyond E&M service. discussing good sleep hygiene techniques and healthy eating habits. encouraging ongoing efforts in healthy coping strategies. Safety plan established/discussed. 24 hr Crisis Line numbers have been provided. King Co 206-461-3222. Snohomish Co 800-584-3578.

No Labs Ordered

**NP Careslip ICD10:**

Encounter Diagnoses:

F43.12 POST-TRAUMATIC STRESS DISORDER, CHRONIC

F33.1 MAJOR DEPRESSIVE DISORDER, RECURRENT, MODERATE

F41.1 GENERALIZED ANXIETY DISORDER F40.11 SOCIAL PHOBIA, GENERALIZED

Procedure Code: 90833NPT, Therapy 16-37 minutes w/ E&M

Procedure Code: 99214NPT, E&M Follow-up Detailed

Intern Sign-Off: I, the Licensed Mental Health Provider, affirm the above information.

I, the Licensed Mental Health Provider, affirm the above information.  Date: 1/5/2022

**MINDFUL SUPPORT SERVICES**
**Andrew Drwenski**
**Telehealth**
**Phone: (425) 640-7009  Fax: (425) 678-6455**

**Lisa Menninger**
DOB: ███/1968 54 year old, female
9495 NW EMBER LANE
PORTLAND, OR 97229
(913) 387-9451

Visit Date: 01/26/2022

**Therapist Progress Form**

**Session Details:**

Persons Present: Client

Start Time: 12:00 | End Time: 12:55pm

Session Format: Telehealth Video

Chief Complaint or Presenting Problem: Anxiety, social anxiety

History of Presenting Illness: As long as Lisa can remember. Most acute examples have occurred over the last five years as they relate to her career.Current Social Issues and Stressors: Pending legal case around ADA accommodations.

Suicide Assessment: Denies any current suicidal thoughts, plan or intent

Suicide Risk Assessment: Past Suicide Ideation Reported

Intent to Act: No

Plan for suicide attempt: No

Means to carry out plan: No, Denies Firearms

Timing of planned suicide indicated: No

Any preparations for planned suicide attempt: No

Homicide Assessment: Denies any current homicidal thoughts, plan or intent

Homicide Ideation:

**Assessment for Gravely Disabled:**

**Substance Use & Addiction History:**

Currently Using:

**PHQ9:**
Not performed this visit
Little interest or pleasure in doing things: Several Days
Feeling down, depressed, or hopeless: Several Days
Trouble falling or staying asleep, or sleeping too much: Several Days
Feeling tired or having little energy: Several Days

JA2449

Poor appetite or overeating: More Than Half the Days
Feeling bad about yourself or that you are a failure or have let yourself or your family down: Not at All
Trouble concentrating on things, such as reading the newspaper or watching television: Not at All
Moving or speaking so slowly that other people could have noticed. Or the opposite, being so fidgety or restless that you have been moving around a lot more than usual: Not at All
Thoughts that you would be better off dead or of hurting yourself in some way: Not at All
Total Score: 6
If you checked off any problems, how difficult have those problems made it for you to do your work, take care of things at home, or get along with other people: Somewhat Difficult
If you checked off any problems, how difficult have those problems made it for you to do your work, take care of things at home, or get along with other people: Extremely Difficult

**GAD7:**
Not performed this visit
Feeling nervous, anxious or on edge: More Than Half the Days
Not being able to stop or control worrying: More Than Half the Days
Worrying too much about different things: More Than Half the Days
Trouble relaxing: Several Days
Being so restless that it is hard to sit still: More Than Half the Days
Becoming easily annoyed or irritable: More Than Half the Days
Feeling afraid as if something awful might happen: Not At All
Total Score: 11
If you checked off any problems, how difficult have these problems made it for you to do your work, take care of things at home, or get along with people: Somewhat Difficult

Progress Note: 1/26/22

Lisa presents today in a neutral mood with reports of feeling depressed more often than not over the last two weeks. Encouraged Lisa to continue to discuss medications with her nurse practitioner. After processing the events of the last few weeks, encouraged Lisa to balance taking responsibility for the things that go poorly with the things that go well. Lisa struggles to take credit for the positive things that may be beneficial to her overall sense of well being.

Treatment Plan
Treatment Goals: Reduce anxiety related to social phobia

Increase mood
Therapeutic Interventions Title: DBT

CFT

**Therapist Careslip ICD-10:**

Procedure Code: 90837MAT, Therapy 53+ minutes

Encounter Diagnoses:
 F43.12 POST-TRAUMATIC STRESS DISORDER, CHRONIC
 F33.1 MAJOR DEPRESSIVE DISORDER, RECURRENT, MODERATE
 F41.1 GENERALIZED ANXIETY DISORDER F40.11 SOCIAL PHOBIA, GENERALIZED

I, the Licensed Mental Health Provider, affirm the above information.  Date: 1/26/2022

**Electronically Signed:  DRWENSKI, ANDREW on/at 1/26/2022 1:02:47 PM**
**Electronically Signed:  DRWENSKI, ANDREW on/at 1/26/2022 1:03:11 PM**

JA2450

**MINDFUL SUPPORT SERVICES**
**Andrew Drwenski**
**Telehealth**
**Phone: (425) 640-7009  Fax: (425) 678-6455**

**Lisa Menninger**
DOB: ████/1968 54 year old, female
9495 NW EMBER LANE
PORTLAND, OR 97229
(913) 387-9451

Visit Date: 02/02/2022

**Therapist Progress Form**

**Session Details:**

Persons Present: Client

Start Time: 12:00 | End Time: 12:55pm

Session Format: Telehealth Video

Chief Complaint or Presenting Problem: Anxiety, social anxiety

History of Presenting Illness: As long as Lisa can remember. Most acute examples have occurred over the last five years as they relate to her career.Current Social Issues and Stressors: Pending legal case around ADA accommodations.

Suicide Assessment: Denies any current suicidal thoughts, plan or intent

Suicide Risk Assessment: Past Suicide Ideation Reported

Intent to Act: No

Plan for suicide attempt: No

Means to carry out plan: No, Denies Firearms

Timing of planned suicide indicated: No

Any preparations for planned suicide attempt: No

Homicide Assessment: Denies any current homicidal thoughts, plan or intent

Homicide Ideation:

**Assessment for Gravely Disabled:**

**Substance Use & Addiction History:**

Currently Using:

**PHQ9:**
Not performed this visit
Little interest or pleasure in doing things: Several Days
Feeling down, depressed, or hopeless: Several Days
Trouble falling or staying asleep, or sleeping too much: Several Days
Feeling tired or having little energy: Several Days

**JA2451**

Poor appetite or overeating: More Than Half the Days
Feeling bad about yourself or that you are a failure or have let yourself or your family down: Not at All
Trouble concentrating on things, such as reading the newspaper or watching television: Not at All
Moving or speaking so slowly that other people could have noticed. Or the opposite, being so fidgety or restless that you have been moving around a lot more than usual: Not at All
Thoughts that you would be better off dead or of hurting yourself in some way: Not at All
Total Score: 6
If you checked off any problems, how difficult have those problems made it for you to do your work, take care of things at home, or get along with other people: Somewhat Difficult
If you checked off any problems, how difficult have those problems made it for you to do your work, take care of things at home, or get along with other people: Extremely Difficult

**GAD7:**
Not performed this visit
Feeling nervous, anxious or on edge: More Than Half the Days
Not being able to stop or control worrying: More Than Half the Days
Worrying too much about different things: More Than Half the Days
Trouble relaxing: Several Days
Being so restless that it is hard to sit still: More Than Half the Days
Becoming easily annoyed or irritable: More Than Half the Days
Feeling afraid as if something awful might happen: Not At All
Total Score: 11
If you checked off any problems, how difficult have these problems made it for you to do your work, take care of things at home, or get along with people: Somewhat Difficult

Progress Note: 2/2/22

Lisa presents in a more positive mood compared to last week. She described a situation of higher levels of depression during weekend due to the lack of potential to find news. Encouraged her to continue to engage with her family and plan on her physical health goals as a means to measure her progress and keep positive attitudes toward her overall outlook.

Treatment Plan
Treatment Goals: Reduce anxiety related to social phobia

Increase mood
Therapeutic Interventions Title: DBT

CFT

**Therapist Careslip ICD-10:**

Procedure Code: 90837MAT, Therapy 53+ minutes

Encounter Diagnoses:
 F43.12 POST-TRAUMATIC STRESS DISORDER, CHRONIC
 F33.1 MAJOR DEPRESSIVE DISORDER, RECURRENT, MODERATE
 F41.1 GENERALIZED ANXIETY DISORDER F40.11 SOCIAL PHOBIA, GENERALIZED

I, the Licensed Mental Health Provider, affirm the above information.  Date: 2/2/2022

**Electronically Signed:  DRWENSKI, ANDREW on/at 2/2/2022 1:48:51 PM**

**MINDFUL SUPPORT SERVICES**
**Andrew Drwenski**
**Telehealth**
**Phone: (425) 640-7009  Fax: (425) 678-6455**

**Lisa Menninger**
DOB: ███/1968 54 year old, female
9495 NW EMBER LANE
PORTLAND, OR 97229
(913) 387-9451

Visit Date: 02/09/2022

**Therapist Progress Form**

**Session Details:**

Persons Present: Client

Start Time: 12:00 | End Time: 12:55pm

Session Format: Telehealth Video

Chief Complaint or Presenting Problem: Anxiety, social anxiety

History of Presenting Illness: As long as Lisa can remember. Most acute examples have occurred over the last five years as they relate to her career.Current Social Issues and Stressors: Pending legal case around ADA accommodations.

Suicide Assessment: Denies any current suicidal thoughts, plan or intent

Suicide Risk Assessment: Past Suicide Ideation Reported

Intent to Act: No

Plan for suicide attempt: No

Means to carry out plan: No, Denies Firearms

Timing of planned suicide indicated: No

Any preparations for planned suicide attempt: No

Homicide Assessment: Denies any current homicidal thoughts, plan or intent

Homicide Ideation:

**Assessment for Gravely Disabled:**

**Substance Use & Addiction History:**

Currently Using:

**PHQ9:**
Not performed this visit
Little interest or pleasure in doing things: Several Days
Feeling down, depressed, or hopeless: Several Days
Trouble falling or staying asleep, or sleeping too much: Several Days
Feeling tired or having little energy: Several Days

**JA2453**

Poor appetite or overeating: More Than Half the Days
Feeling bad about yourself or that you are a failure or have let yourself or your family down: Not at All
Trouble concentrating on things, such as reading the newspaper or watching television: Not at All
Moving or speaking so slowly that other people could have noticed. Or the opposite, being so fidgety or restless that you have been moving around a lot more than usual: Not at All
Thoughts that you would be better off dead or of hurting yourself in some way: Not at All
Total Score: 6
If you checked off any problems, how difficult have those problems made it for you to do your work, take care of things at home, or get along with other people: Somewhat Difficult
If you checked off any problems, how difficult have those problems made it for you to do your work, take care of things at home, or get along with other people: Extremely Difficult

**GAD7:**
Not performed this visit
Feeling nervous, anxious or on edge: More Than Half the Days
Not being able to stop or control worrying: More Than Half the Days
Worrying too much about different things: More Than Half the Days
Trouble relaxing: Several Days
Being so restless that it is hard to sit still: More Than Half the Days
Becoming easily annoyed or irritable: More Than Half the Days
Feeling afraid as if something awful might happen: Not At All
Total Score: 11
If you checked off any problems, how difficult have these problems made it for you to do your work, take care of things at home, or get along with people: Somewhat Difficult

Progress Note: 2/9/22

Lisa presents today as feeling 'the same as last week'. Processed with her her symptoms of social phobia and frustration with how slowly her case is moving. Encouraged her to continue to engage in physical activities as a way for her to cope with the waiting process. Processed with her methods in which she can address social phobia and challenge herself to not engage in avoidance behaviors.

Treatment Plan
Treatment Goals: Reduce anxiety related to social phobia

Increase mood
Therapeutic Interventions Title: DBT

CFT

**Therapist Careslip ICD-10:**

Procedure Code: 90837MAT, Therapy 53+ minutes

Encounter Diagnoses:
 F43.12 POST-TRAUMATIC STRESS DISORDER, CHRONIC
 F33.1 MAJOR DEPRESSIVE DISORDER, RECURRENT, MODERATE
 F41.1 GENERALIZED ANXIETY DISORDER F40.11 SOCIAL PHOBIA, GENERALIZED

I, the Licensed Mental Health Provider, affirm the above information.  Date: 2/9/2022

**Electronically Signed:  DRWENSKI, ANDREW on/at 2/9/2022 1:30:47 PM**

**MINDFUL SUPPORT SERVICES**
**Dominique Wilson**
**Telehealth**
**Phone: (425) 640-7009  Fax: (425) 678-6455**

**Lisa Menninger**
DOB: ███ 1968 54 year old, female
9495 NW EMBER LANE
PORTLAND, OR 97229
(913) 387-9451

Visit Date: 02/10/2022

---

**Psychiatric Progress Note**

**Session Details:**
Persons Present: Client
Start Time: 11:30 AM | End Time:  12:00 pm
Session Format: Telehealth Video

**Provider Contacts:**

**Vital Signs:**

Current Medication Notes: Prozac 40 mg po qam
Benadryl 50 mg po qhs prn for sleep
Previous Medication Trials: Viibyrd, Xanax, Klonopin
Ambien, vistaril,  Propropraolol
Pain medication, prazosin,

Chief Complaint or Presenting Problem: Medication Follow Up
History of Presenting Illness: Ms. Lisa  reported  "My court case is schedule for Feb 24, 22. My anxiety is been extremely high. "  + depression 4-9/10, anxiety 8/10, fidgety, restlessness, heighten sense, hopeless, helpless, low self esteem, highly critical, internalizing, poor sleep ( trouble falling asleep and staying asleep), nightmares, vivid dreams, easily distracted, flashbacks, night terrors, low energy, low motivation, guarded, isolating, panic attacks, racing thoughts, intrusive thoughts, paranoid ( regarding pending legal case), mood swings, increase frustration, increase  worrying. She denies any Si/Hi thoughts, avh, delusional, manic/hypomanic symptoms, impulsivity, quick anger, aggression, side effects.

**Review of Psychiatric Symptoms:**
Depression: Depressed Mood | Decreased interest in activities | Fatigue or loss of energy | Irritability | Low motivation | Psychomotor agitation/ retardation | Poor concentration, indecisiveness | Worthlessness or excessive guilt
Bipolar: Denies all symptoms
Generalized Anxiety: Difficulty controlling anxiety | Difficulty concentrating | Excessive anxiety/ worry | Easily fatigued | Irritability | Muscle tension | Restless/ on edge | Sleep disturbance
Panic Disorder: Denies all symptoms
Obsessive Compulsive Disorder: Denies all symptoms
PTSD: Denies all symptoms

**Trauma History:**
0
Patient has a history of being abused emotionally, sexually, physically, or by neglect: Yes
Thought Disorder: Denies all symptoms
ADHD: Denies all symptoms

**Past Psychiatric History:**
Previous psych treatment/therapy: PHP/IOP programs x1. GAD/Panic attacks, PTSD

Previous medications (dosage, side effects, time frame):
(See medication history)

History of hospitalizations: denies

History of suicidal ideation / plan / attempt: denies

**JA2455**

History of homicidal ideation / plan / attempt: denies
Antidepressants:
Mood Stabilizers:
Antipsychotics:
Sleeping Medications:
ADHD Medications:
Antianxiety Medications:

Current Symptoms Checklist:

Homicide Ideation:

**Medical History:**
Head Trauma |
Medical Problems List: Arthritis, psosaris , chronic pain
+ head trauma Reports 'Loc". Seizures during childhood took medication until the age of 5. Denies any eating disorders

LMP: N/A
Currently seeing neurologist for dyslexia.  Struggles with reading, write, and math.

Surgeries: joint surgeries

**Review of Systems:**
Constitutional: Negative
Eyes: Negative
ENT: Negative
Cardiovascular: Negative
Respiratory: Negative
Gastrointestinal: Negative
Genitourinary: Negative
Muscular: arthritis and chronic pain
Integumentary: psoriasis
Neurological: Negative
Endocrine:Negative
Heme/Lymph: Negative

**Records, Labs, Data Reviewed:**

Obstetric History: 0

**Substance Use & Addiction History:** Denies hx of substance use

**Social History:**

**Education/ Work History:**
Patient highest level of education: college completed medical school
Patient currently: Disabled

**Relationship History:**
Patient currently: Married
Patient feels safe in her current relationship: first checkbox
Married for 15 years. One child

**Legal History:**
Patient has been arrested: No
Patient has pending legal problems: No

**Spiritual Life:**
Patient belongs to a particular religion or spiritual group: No

JA2456

Social Other: religious preference: denies
Military : in ROTC during college

**Psychiatric Assessments**
**Mental Status Exam:**
Orientation: Alert & Oriented x 4
Appearance: Appropriate
Motor: Normomotoric
Mood: Described as depressed
Affect: Normal to range, intensity and appropriateness
Thought Process: Cogent and future-oriented
Cognition and Memory: Grossly intact cognitive functioning and good memory
Behavior: Intermittent eye contact
Speech: Normal rate, tone, volume, and prosody
Thought Content: No suicidal or homicidal ideation or intent or plan
Insight and Judgment: Fair
Cognitive Style: Age-appropriate cognitive style
Attention & Concentration: Attentive

Cognitive Exam: Not formally assessed

Cognitive Exam: not formally evaluated today.
Able to participate in interview.
Fund of knowledge appears WNL for age and education.

**PHQ 9:**
Not performed this visit
Little interest or pleasure in doing things: Several Days
Feeling down, depressed, or hopeless: Several Days
Trouble falling or staying asleep, or sleeping too much: Several Days
Feeling tired or having little energy: Several Days
Poor appetite or overeating: More Than Half the Days
Feeling bad about yourself or that you are a failure or have let yourself or your family down: Not at All
Trouble concentrating on things, such as reading the newspaper or watching television: Not at All
Moving or speaking so slowly that other people could have noticed. Or the opposite, being so fidgety or restless that you have been moving around a lot more than usual: Not at All
Thoughts that you would be better off dead or of hurting yourself in some way: Not at All
Total Score: 6
If you checked off any problems, how difficult have those problems made it for you to do your work, take care of things at home, or get along with other people: Somewhat Difficult
If you checked off any problems, how difficult have those problems made it for you to do your work, take care of things at home, or get along with other people: Extremely Difficult

**GAD 7:**
Not performed this visit
Feeling nervous, anxious or on edge: More Than Half the Days
Not being able to stop or control worrying: More Than Half the Days
Worrying too much about different things: More Than Half the Days
Trouble relaxing: Several Days
Being so restless that it is hard to sit still: More Than Half the Days
Becoming easily annoyed or irritable: More Than Half the Days
Feeling afraid as if something awful might happen: Not At All
Total Score: 11
If you checked off any problems, how difficult have these problems made it for you to do your work, take care of things at home, or get along with people: Somewhat Difficult

**Assessment:**

Medication Plan: Continue  Prozac 50 mg po qam for depression
add Klonopin 0.5 mg po qd for 10 days for anxiety/panic attacks

, Black box warning: Advised on the possibility of increased suicidal ideation with SSRI medication. If SI occurs or worsens, it is recommended that they call 911 or go to the ER.

, Reviewed risks, benefits, possible side effects, specific precautions, dosing instructions, and the importance of taking medication only as prescribed. Advised patient to call provider with worsening or new onset symptoms or side effects.

, Patient is aware there is no after hours or on-call emergency service with my practice.  I have disclosed that any calls or communication made will be responded to within 2-3 business days.

Reviewed mental health crisis resources with patient as outlined

, Reviewed mental health crisis resources with patient as outlined on KingCounty.gov:

Call 911 for police assistance if the situation is life threatening or if it looks like someone may get hurt. If there is no immediate physical danger, call the 24 hour C, Call 911 for police assistance if the situation is life threatening or if it looks like someone may get hurt. If there is no immediate physical danger, call the 24 hour Crisis Hotline at 206-461-3222 or 1-866-427-4747.

Recommendations and Follow Up: Follow up with Therapist | Follow up in One Month

**Interventions**
Psychotherapy:
Time Spent: 18 minutes
approx 18 min spent in supportive, client-centered, and psychoeducational psychotherapy above and beyond E&M service.  discussing good sleep hygiene techniques and healthy eating habits. encouraging ongoing efforts in healthy coping strategies. Safety plan established/discussed. 24 hr Crisis Line numbers have been provided. King Co 206-461-3222. Snohomish Co 800-584-3578.

No Labs Ordered

**NP Careslip ICD-10:**

Encounter Diagnoses:

 F43.12 POST-TRAUMATIC STRESS DISORDER, CHRONIC

 F33.1 MAJOR DEPRESSIVE DISORDER, RECURRENT, MODERATE

 F41.1 GENERALIZED ANXIETY DISORDER F40.11 SOCIAL PHOBIA, GENERALIZED

Procedure Code: 90833NPT, Therapy 16-37 minutes w/ E&M

Procedure Code: 99214NPT, E&M Follow-up Detailed

**Electronically Signed:  Wilson, Dominique on/at 2/10/2022 11:59:37 AM**

**JA2458**

**MINDFUL SUPPORT SERVICES**
**Andrew Drwenski**
**Telehealth**
**Phone: (425) 640-7009  Fax: (425) 678-6455**

**Lisa Menninger**
DOB: ▉▉▉/1968 54 year old, female
9495 NW EMBER LANE
PORTLAND, OR 97229
(913) 387-9451

Visit Date: 02/16/2022

**Therapist Progress Form**

**Session Details:**

Persons Present: Client

Start Time: 12:00 | End Time: 12:55pm

Session Format: Telehealth Video

Chief Complaint or Presenting Problem: Anxiety, social anxiety

History of Presenting Illness: As long as Lisa can remember. Most acute examples have occurred over the last five years as they relate to her career.Current Social Issues and Stressors: Pending legal case around ADA accommodations.

Suicide Assessment: Denies any current suicidal thoughts, plan or intent

Suicide Risk Assessment: Past Suicide Ideation Reported

Intent to Act: No

Plan for suicide attempt: No

Means to carry out plan: No, Denies Firearms

Timing of planned suicide indicated: No

Any preparations for planned suicide attempt: No

Homicide Assessment: Denies any current homicidal thoughts, plan or intent

Homicide Ideation:

**Assessment for Gravely Disabled:**

**Substance Use & Addiction History:**

Currently Using:

**PHQ9:**
Not performed this visit
Little interest or pleasure in doing things: Several Days
Feeling down, depressed, or hopeless: Several Days
Trouble falling or staying asleep, or sleeping too much: Several Days
Feeling tired or having little energy: Several Days

**JA2459**

Poor appetite or overeating: More Than Half the Days
Feeling bad about yourself or that you are a failure or have let yourself or your family down: Not at All
Trouble concentrating on things, such as reading the newspaper or watching television: Not at All
Moving or speaking so slowly that other people could have noticed. Or the opposite, being so fidgety or restless that you have been moving around a lot more than usual: Not at All
Thoughts that you would be better off dead or of hurting yourself in some way: Not at All
Total Score: 6
If you checked off any problems, how difficult have those problems made it for you to do your work, take care of things at home, or get along with other people: Somewhat Difficult
If you checked off any problems, how difficult have those problems made it for you to do your work, take care of things at home, or get along with other people: Extremely Difficult

**GAD7:**
Not performed this visit
Feeling nervous, anxious or on edge: More Than Half the Days
Not being able to stop or control worrying: More Than Half the Days
Worrying too much about different things: More Than Half the Days
Trouble relaxing: Several Days
Being so restless that it is hard to sit still: More Than Half the Days
Becoming easily annoyed or irritable: More Than Half the Days
Feeling afraid as if something awful might happen: Not At All
Total Score: 11
If you checked off any problems, how difficult have these problems made it for you to do your work, take care of things at home, or get along with people: Somewhat Difficult

Progress Note: 2/16/22

Lisa presents today in a nervous mood. Describes getting information regarding her case and that there is a date set for a hearing (approx in three weeks). Discussed the positive changes she has made since this writer has known her and how she can use those changes to approach the issue in a new way. Encouraged her to continue to the regular physical activity as a means for coping with this stressful situation.

Treatment Plan
Treatment Goals: Reduce anxiety related to social phobia

Increase mood
Therapeutic Interventions Title: DBT

CFT

**Therapist Careslip ICD-10:**

Procedure Code: 90837MAT, Therapy 53+ minutes

Encounter Diagnoses:
 F43.12 POST-TRAUMATIC STRESS DISORDER, CHRONIC
 F33.1 MAJOR DEPRESSIVE DISORDER, RECURRENT, MODERATE
 F41.1 GENERALIZED ANXIETY DISORDER F40.11 SOCIAL PHOBIA, GENERALIZED

I, the Licensed Mental Health Provider, affirm the above information.  Date: 2/16/2022

**Electronically Signed:  DRWENSKI, ANDREW on/at 2/16/2022 5:18:46 PM**

JA2460

**MINDFUL SUPPORT SERVICES**
**Andrew Drwenski**
**Telehealth**
**Phone: (425) 640-7009  Fax: (425) 678-6455**

**Lisa Menninger**
DOB: ███ 1968 54 year old, female
9495 NW EMBER LANE
PORTLAND, OR 97229
(913) 387-9451

Visit Date: 02/23/2022

**Therapist Progress Form**

**Session Details:**

Persons Present: Client

Start Time: 12:00 | End Time: 12:55pm

Session Format: Telehealth Video

Chief Complaint or Presenting Problem: Anxiety, social anxiety

History of Presenting Illness: As long as Lisa can remember. Most acute examples have occurred over the last five years as they relate to her career.Current Social Issues and Stressors: Pending legal case around ADA accommodations.

Suicide Assessment: Denies any current suicidal thoughts, plan or intent

Suicide Risk Assessment: Past Suicide Ideation Reported

Intent to Act: No

Plan for suicide attempt: No

Means to carry out plan: No, Denies Firearms

Timing of planned suicide indicated: No

Any preparations for planned suicide attempt: No

Homicide Assessment: Denies any current homicidal thoughts, plan or intent

Homicide Ideation:

**Assessment for Gravely Disabled:**

**Substance Use & Addiction History:**

Currently Using:

**PHQ9:**
Not performed this visit
Little interest or pleasure in doing things: Several Days
Feeling down, depressed, or hopeless: Several Days
Trouble falling or staying asleep, or sleeping too much: Several Days
Feeling tired or having little energy: Several Days

**JA2461**

Poor appetite or overeating: More Than Half the Days
Feeling bad about yourself or that you are a failure or have let yourself or your family down: Not at All
Trouble concentrating on things, such as reading the newspaper or watching television: Not at All
Moving or speaking so slowly that other people could have noticed. Or the opposite, being so fidgety or restless that you have been moving around a lot more than usual: Not at All
Thoughts that you would be better off dead or of hurting yourself in some way: Not at All
Total Score: 6
If you checked off any problems, how difficult have those problems made it for you to do your work, take care of things at home, or get along with other people: Somewhat Difficult
If you checked off any problems, how difficult have those problems made it for you to do your work, take care of things at home, or get along with other people: Extremely Difficult

**GAD7:**
Not performed this visit
Feeling nervous, anxious or on edge: More Than Half the Days
Not being able to stop or control worrying: More Than Half the Days
Worrying too much about different things: More Than Half the Days
Trouble relaxing: Several Days
Being so restless that it is hard to sit still: More Than Half the Days
Becoming easily annoyed or irritable: More Than Half the Days
Feeling afraid as if something awful might happen: Not At All
Total Score: 11
If you checked off any problems, how difficult have these problems made it for you to do your work, take care of things at home, or get along with people: Somewhat Difficult

Progress Note: 2/23/22

Lisa presents today in a more nervous fashion. Identified that the case being closer to the present as the main stressor. Lisa appeared to be engaged in healthy physical activity but is struggling to engage in her natural supports as she reports that she worries about being a burden. Encouraged her to engage with them as they will be with her throughout the legal proceedings and help them understand what she needs in relation to a recovery environment.

Treatment Plan
Treatment Goals: Reduce anxiety related to social phobia

Increase mood
Therapeutic Interventions Title: DBT

CFT

**Therapist Careslip ICD-10:**

Procedure Code: 90837MAT, Therapy 53+ minutes

Encounter Diagnoses:
F43.12 POST-TRAUMATIC STRESS DISORDER, CHRONIC
F33.1 MAJOR DEPRESSIVE DISORDER, RECURRENT, MODERATE
F41.1 GENERALIZED ANXIETY DISORDER F40.11 SOCIAL PHOBIA, GENERALIZED

I, the Licensed Mental Health Provider, affirm the above information.  Date: 2/23/2022

**Electronically Signed:  DRWENSKI, ANDREW on/at 2/23/2022 5:16:42 PM**

**MINDFUL SUPPORT SERVICES**
**Andrew Drwenski**
**Telehealth**
**Phone: (425) 640-7009  Fax: (425) 678-6455**

**Lisa Menninger**
DOB: ███ /1968 54 year old, female
9495 NW EMBER LANE
PORTLAND, OR 97229
(913) 387-9451

Visit Date: 03/02/2022

**Therapist Progress Form**

**Session Details:**

Persons Present: Client

Start Time: 12:00 | End Time: 12:55pm

Session Format: Telehealth Video


Chief Complaint or Presenting Problem: Anxiety, social anxiety

History of Presenting Illness: As long as Lisa can remember. Most acute examples have occurred over the last five years as they relate to her career.Current Social Issues and Stressors: Pending legal case around ADA accommodations.


Suicide Assessment: Denies any current suicidal thoughts, plan or intent

Suicide Risk Assessment: Past Suicide Ideation Reported

Intent to Act: No

Plan for suicide attempt: No

Means to carry out plan: No, Denies Firearms

Timing of planned suicide indicated: No

Any preparations for planned suicide attempt: No


Homicide Assessment: Denies any current homicidal thoughts, plan or intent


Homicide Ideation:


**Assessment for Gravely Disabled:**


**Substance Use & Addiction History:**

Currently Using:


**PHQ9:**
Not performed this visit
Little interest or pleasure in doing things: Several Days
Feeling down, depressed, or hopeless: Several Days
Trouble falling or staying asleep, or sleeping too much: Several Days
Feeling tired or having little energy: Several Days

Poor appetite or overeating: More Than Half the Days
Feeling bad about yourself or that you are a failure or have let yourself or your family down: Not at All
Trouble concentrating on things, such as reading the newspaper or watching television: Not at All
Moving or speaking so slowly that other people could have noticed. Or the opposite, being so fidgety or restless that you have been moving around a lot more than usual: Not at All
Thoughts that you would be better off dead or of hurting yourself in some way: Not at All
Total Score: 6
If you checked off any problems, how difficult have those problems made it for you to do your work, take care of things at home, or get along with other people: Somewhat Difficult
If you checked off any problems, how difficult have those problems made it for you to do your work, take care of things at home, or get along with other people: Extremely Difficult

**GAD7:**
Not performed this visit
Feeling nervous, anxious or on edge: More Than Half the Days
Not being able to stop or control worrying: More Than Half the Days
Worrying too much about different things: More Than Half the Days
Trouble relaxing: Several Days
Being so restless that it is hard to sit still: More Than Half the Days
Becoming easily annoyed or irritable: More Than Half the Days
Feeling afraid as if something awful might happen: Not At All
Total Score: 11
If you checked off any problems, how difficult have these problems made it for you to do your work, take care of things at home, or get along with people: Somewhat Difficult

Progress Note: 3/2/22

Lisa presents today in a nervous state. Lisa's court hearing is scheduled for the upcoming Tuesday. Discussed ways to cope day to day and encouraged Lisa to continue to follow her goals by utilizing natural supports and establishing a baseline for what to expect after the hearing.

Treatment Plan
Treatment Goals: Reduce anxiety related to social phobia

Increase mood
Therapeutic Interventions Title: DBT

CFT

**Therapist Careslip ICD-10:**

Procedure Code: 90837MAT, Therapy 53+ minutes

Encounter Diagnoses:
 F43.12 POST-TRAUMATIC STRESS DISORDER, CHRONIC
 F33.1 MAJOR DEPRESSIVE DISORDER, RECURRENT, MODERATE
 F41.1 GENERALIZED ANXIETY DISORDER F40.11 SOCIAL PHOBIA, GENERALIZED

I, the Licensed Mental Health Provider, affirm the above information.  Date: 3/2/2022

**Electronically Signed:  DRWENSKI, ANDREW on/at 3/2/2022 5:28:36 PM**

JA2464

**MINDFUL SUPPORT SERVICES**
**Andrew Drwenski**
**Telehealth**
**Phone: (425) 640-7009  Fax: (425) 678-6455**

**Lisa Menninger**
DOB: ███/1968 54 year old, female
9495 NW EMBER LANE
PORTLAND, OR 97229
(913) 387-9451

Visit Date: 03/09/2022

**Therapist Progress Form**

**Session Details:**

Persons Present: Client

Start Time: 12:00 | End Time: 12:55pm

Session Format: Telehealth Video

Chief Complaint or Presenting Problem: Anxiety, social anxiety

History of Presenting Illness: As long as Lisa can remember. Most acute examples have occurred over the last five years as they relate to her career.Current Social Issues and Stressors: Pending legal case around ADA accommodations.

Suicide Assessment: Denies any current suicidal thoughts, plan or intent

Suicide Risk Assessment: Past Suicide Ideation Reported

Intent to Act: No

Plan for suicide attempt: No

Means to carry out plan: No, Denies Firearms

Timing of planned suicide indicated: No

Any preparations for planned suicide attempt: No

Homicide Assessment: Denies any current homicidal thoughts, plan or intent

Homicide Ideation:

**Assessment for Gravely Disabled:**

**Substance Use & Addiction History:**

Currently Using:

**PHQ9:**
Not performed this visit
Little interest or pleasure in doing things: Several Days
Feeling down, depressed, or hopeless: Several Days
Trouble falling or staying asleep, or sleeping too much: Several Days
Feeling tired or having little energy: Several Days

**JA2465**

Poor appetite or overeating: More Than Half the Days
Feeling bad about yourself or that you are a failure or have let yourself or your family down: Not at All
Trouble concentrating on things, such as reading the newspaper or watching television: Not at All
Moving or speaking so slowly that other people could have noticed. Or the opposite, being so fidgety or restless that you have been moving around a lot more than usual: Not at All
Thoughts that you would be better off dead or of hurting yourself in some way: Not at All
Total Score: 6
If you checked off any problems, how difficult have those problems made it for you to do your work, take care of things at home, or get along with other people: Somewhat Difficult
If you checked off any problems, how difficult have those problems made it for you to do your work, take care of things at home, or get along with other people: Extremely Difficult

**GAD7:**
Not performed this visit
Feeling nervous, anxious or on edge: More Than Half the Days
Not being able to stop or control worrying: More Than Half the Days
Worrying too much about different things: More Than Half the Days
Trouble relaxing: Several Days
Being so restless that it is hard to sit still: More Than Half the Days
Becoming easily annoyed or irritable: More Than Half the Days
Feeling afraid as if something awful might happen: Not At All
Total Score: 11
If you checked off any problems, how difficult have these problems made it for you to do your work, take care of things at home, or get along with people: Somewhat Difficult

Progress Note: 3/9/22

Lisa presents today in an overwhelmed mood. The hearing for her case went well according to her lawyers but there has been no specific indication of what happens next. Lisa presents overall as feeling tired and wanting to escape the larger stressors going on in her life. Discussed the nature of social anxiety and treatment plans that will start now as well as continue past the stressor of her court case.

Treatment Plan
Treatment Goals: Reduce anxiety related to social phobia

Increase mood
Therapeutic Interventions Title: DBT

CFT

**Therapist Careslip ICD-10:**

Procedure Code: 90837MAT, Therapy 53+ minutes

Encounter Diagnoses:
 F43.12 POST-TRAUMATIC STRESS DISORDER, CHRONIC
 F33.1 MAJOR DEPRESSIVE DISORDER, RECURRENT, MODERATE
 F41.1 GENERALIZED ANXIETY DISORDER F40.11 SOCIAL PHOBIA, GENERALIZED

I, the Licensed Mental Health Provider, affirm the above information.  Date: 3/9/2022

**Electronically Signed:  DRWENSKI, ANDREW on/at 3/9/2022 3:59:56 PM**

JA2466

**MINDFUL SUPPORT SERVICES**
**Dominique Wilson**
**Telehealth**
**Phone: (425) 640-7009  Fax: (425) 678-6455**

**Lisa Menninger**
DOB: ▨/1968 54 year old, female
9495 NW EMBER LANE
PORTLAND, OR 97229
(913) 387-9451

Visit Date: 03/10/2022

**Psychiatric Progress Note**

**Session Details:**
Persons Present: Client
Start Time: 11:00 AM | End Time:  11:30 am
Session Format: Telehealth Video

**Provider Contacts:**

**Vital Signs:**

Current Medication Notes: Prozac 40 mg po qam
Benadryl 50 mg po qhs prn for sleep
Previous Medication Trials: Viibyrd, Xanax, Klonopin
Ambien, vistaril,  Propropraolol
Pain medication, prazosin,

Chief Complaint or Presenting Problem: Medication Follow Up
History of Presenting Illness: Ms. Lisa  reported  "I'm not doing good. We are waiting for the judge's decision. My anxiety is high. My nightmare are more intense. I had a dream last night I was killed. My dreams are centered around past work situation. " + depression 4-9/10, anxiety 8/10, fidgety, restlessness, heighten sense, hopeless, helpless, low self esteem, highly critical, internalizing, poor sleep ( trouble falling asleep and staying asleep), nightmares, vivid dreams, easily distracted, flashbacks, night terrors, low energy, low motivation, guarded, isolating, panic attacks, racing thoughts, intrusive thoughts, paranoid ( regarding pending legal case), mood swings, increase frustration, increase  worrying. She denies any Si/Hi thoughts, avh, delusional, manic/hypomanic symptoms, impulsivity, quick anger, aggression, side effects.

**Review of Psychiatric Symptoms:**
Depression: Depressed Mood | Decreased interest in activities | Fatigue or loss of energy | Irritability | Low motivation | Psychomotor agitation/ retardation | Poor concentration, indecisiveness | Worthlessness or excessive guilt
Bipolar: Denies all symptoms
Generalized Anxiety: Difficulty controlling anxiety | Difficulty concentrating | Excessive anxiety/ worry | Easily fatigued | Irritability | Muscle tension | Restless/ on edge | Sleep disturbance
Panic Disorder: Denies all symptoms
Obsessive Compulsive Disorder: Denies all symptoms
PTSD: Denies all symptoms

**Trauma History:**
0
Patient has a history of being abused emotionally, sexually, physically, or by neglect: Yes
Thought Disorder: Denies all symptoms
ADHD: Denies all symptoms

**Past Psychiatric History:**
Previous psych treatment/therapy: PHP/IOP programs x1. GAD/Panic attacks, PTSD

Previous medications (dosage, side effects, time frame):
(See medication history)

History of hospitalizations: denies

History of suicidal ideation / plan / attempt: denies

**JA2467**

History of homicidal ideation / plan / attempt: denies
Antidepressants:
Mood Stabilizers:
Antipsychotics:
Sleeping Medications:
ADHD Medications:
Antianxiety Medications:

Current Symptoms Checklist:

Homicide Ideation:

**Medical History:**
Head Trauma |
Medical Problems List: Arthritis, psosaris , chronic pain
+ head trauma Reports 'Loc". Seizures during childhood took medication until the age of 5. Denies any eating disorders

LMP: N/A
Currently seeing neurologist for dyslexia.  Struggles with reading, write, and math.

Surgeries: joint surgeries

**Review of Systems:**
Constitutional: Negative
Eyes: Negative
ENT: Negative
Cardiovascular: Negative
Respiratory: Negative
Gastrointestinal: Negative
Genitourinary: Negative
Muscular: arthritis and chronic pain
Integumentary: psoriasis
Neurological: Negative
Endocrine:Negative
Heme/Lymph: Negative

**Records, Labs, Data Reviewed:**

Obstetric History: 0

**Substance Use & Addiction History:** Denies hx of substance use

**Social History:**

**Education/ Work History:**
Patient highest level of education: college completed medical school
Patient currently: Disabled

**Relationship History:**
Patient currently: Married
Patient feels safe in her current relationship: first checkbox
Married for 15 years. One child

**Legal History:**
Patient has been arrested: No
Patient has pending legal problems: No

**Spiritual Life:**

Patient belongs to a particular religion or spiritual group: No

Social Other: religious preference: denies
Military : in ROTC during college

**Psychiatric Assessments**
**Mental Status Exam:**
Orientation: Alert & Oriented x 4
Appearance: Appropriate
Motor: Normomotoric
Mood: Described as depressed
Affect: Normal to range, intensity and appropriateness
Thought Process: Cogent and future-oriented
Cognition and Memory: Grossly intact cognitive functioning and good memory
Behavior: Intermittent eye contact
Speech: Normal rate, tone, volume, and prosody
Thought Content: No suicidal or homicidal ideation or intent or plan
Insight and Judgment: Fair
Cognitive Style: Age-appropriate cognitive style
Attention & Concentration: Attentive

Cognitive Exam: Not formally assessed

Cognitive Exam: not formally evaluated today.
Able to participate in interview.
Fund of knowledge appears WNL for age and education.

**PHQ 9:**
Little interest or pleasure in doing things: Several Days
Feeling down, depressed, or hopeless: Several Days
Trouble falling or staying asleep, or sleeping too much: Several Days
Feeling tired or having little energy: Several Days
Poor appetite or overeating: More Than Half the Days
Feeling bad about yourself or that you are a failure or have let yourself or your family down: Not at All
Trouble concentrating on things, such as reading the newspaper or watching television: Not at All
Moving or speaking so slowly that other people could have noticed. Or the opposite, being so fidgety or restless that you have been moving around a lot more than usual: Not at All
Thoughts that you would be better off dead or of hurting yourself in some way: Not at All
Total Score: 6
If you checked off any problems, how difficult have those problems made it for you to do your work, take care of things at home, or get along with other people: Somewhat Difficult
If you checked off any problems, how difficult have those problems made it for you to do your work, take care of things at home, or get along with other people: Extremely Difficult

**GAD 7:**
Feeling nervous, anxious or on edge: More Than Half the Days
Not being able to stop or control worrying: More Than Half the Days
Worrying too much about different things: More Than Half the Days
Trouble relaxing: Several Days
Being so restless that it is hard to sit still: More Than Half the Days
Becoming easily annoyed or irritable: More Than Half the Days
Feeling afraid as if something awful might happen: Not At All
Total Score: 11
If you checked off any problems, how difficult have these problems made it for you to do your work, take care of things at home, or get along with people: Somewhat Difficult

**Assessment:**

Medication Plan: Increase  Prozac 60 mg po qam for depression

**JA2469**

Continue  Klonopin 0.5 mg po qd for 10 days for anxiety/panic attacks


, Black box warning: Advised on the possibility of increased suicidal ideation with SSRI medication. If SI occurs or worsens, it is recommended that they call 911 or go to the ER.

, Reviewed risks, benefits, possible side effects, specific precautions, dosing instructions, and the importance of taking medication only as prescribed. Advised patient to call provider with worsening or new onset symptoms or side effects.

, Patient is aware there is no after hours or on-call emergency service with my practice.  I have disclosed that any calls or communication made will be responded to within 2-3 business days.

Reviewed mental health crisis resources with patient as outlined

, Reviewed mental health crisis resources with patient as outlined on KingCounty.gov:

Call 911 for police assistance if the situation is life threatening or if it looks like someone may get hurt. If there is no immediate physical danger, call the 24 hour C, Call 911 for police assistance if the situation is life threatening or if it looks like someone may get hurt. If there is no immediate physical danger, call the 24 hour Crisis Hotline at 206-461-3222 or 1-866-427-4747.

Recommendations and Follow Up: Follow up with Therapist | Follow up in One Month

**Interventions**
Psychotherapy:
Time Spent: 18 minutes
approx 18 min spent in supportive, client-centered, and psychoeducational psychotherapy above and beyond E&M service.  discussing good sleep hygiene techniques and healthy eating habits. encouraging ongoing efforts in healthy coping strategies. Safety plan established/discussed. 24 hr Crisis Line numbers have been provided. King Co 206-461-3222. Snohomish Co 800-584-3578.

No Labs Ordered

**NP Careslip ICD-10:**

Encounter Diagnoses:

 F43.12 POST-TRAUMATIC STRESS DISORDER, CHRONIC

 F33.1 MAJOR DEPRESSIVE DISORDER, RECURRENT, MODERATE

 F41.1 GENERALIZED ANXIETY DISORDER F40.11 SOCIAL PHOBIA, GENERALIZED

Procedure Code: 90833NPT, Therapy 16-37 minutes w/ E&M

Procedure Code: 99214NPT, E&M Follow-up Detailed




**Electronically Signed:  Wilson, Dominique on/at 3/10/2022 11:26:49 AM**

**MINDFUL SUPPORT SERVICES**
**Andrew Drwenski**
**Telehealth**
**Phone: (425) 640-7009  Fax: (425) 678-6455**

**Lisa Menninger**
DOB: ████/1968 54 year old, female
9495 NW EMBER LANE
PORTLAND, OR 97229
(913) 387-9451

Visit Date: 03/16/2022

---

**Therapist Progress Form**

**Session Details:**

Persons Present: Client

Start Time: 12:00 | End Time: 12:55pm

Session Format: Telehealth Video

Chief Complaint or Presenting Problem: Anxiety, social anxiety

History of Presenting Illness: As long as Lisa can remember. Most acute examples have occurred over the last five years as they relate to her career.Current Social Issues and Stressors: Pending legal case around ADA accommodations.

Suicide Assessment: Denies any current suicidal thoughts, plan or intent

Suicide Risk Assessment: Past Suicide Ideation Reported

Intent to Act: No

Plan for suicide attempt: No

Means to carry out plan: No, Denies Firearms

Timing of planned suicide indicated: No

Any preparations for planned suicide attempt: No

Homicide Assessment: Denies any current homicidal thoughts, plan or intent

Homicide Ideation:

**Assessment for Gravely Disabled:**

**Substance Use & Addiction History:**

Currently Using:

**PHQ9:**
Little interest or pleasure in doing things: Several Days
Feeling down, depressed, or hopeless: Several Days
Trouble falling or staying asleep, or sleeping too much: Several Days
Feeling tired or having little energy: Several Days
Poor appetite or overeating: More Than Half the Days

**JA2471**

Feeling bad about yourself or that you are a failure or have let yourself or your family down: Not at All
Trouble concentrating on things, such as reading the newspaper or watching television: Not at All
Moving or speaking so slowly that other people could have noticed. Or the opposite, being so fidgety or restless that you have been moving around a lot more than usual: Not at All
Thoughts that you would be better off dead or of hurting yourself in some way: Not at All
Total Score: 6
If you checked off any problems, how difficult have those problems made it for you to do your work, take care of things at home, or get along with other people: Somewhat Difficult
If you checked off any problems, how difficult have those problems made it for you to do your work, take care of things at home, or get along with other people: Extremely Difficult

**GAD7:**
Feeling nervous, anxious or on edge: More Than Half the Days
Not being able to stop or control worrying: More Than Half the Days
Worrying too much about different things: More Than Half the Days
Trouble relaxing: Several Days
Being so restless that it is hard to sit still: More Than Half the Days
Becoming easily annoyed or irritable: More Than Half the Days
Feeling afraid as if something awful might happen: Not At All
Total Score: 11
If you checked off any problems, how difficult have these problems made it for you to do your work, take care of things at home, or get along with people: Somewhat Difficult

Progress Note: 3/16/22

Lisa presents today in a 'okay' mood. Describes that she feel anxious that no news have transpired over the last week and is feeling discouraged about the timeline of events for her. Discussed childhood and how past experiences have led to a negative and often self critical view. Encouraged self compassion techniques to help with the critical voice and to encourage positive self talk.

Treatment Plan
Treatment Goals: Reduce anxiety related to social phobia

Increase mood
Therapeutic Interventions Title: DBT

CFT

**Therapist Careslip ICD-10:**


Procedure Code: 90837MAT, Therapy 53+ minutes


Encounter Diagnoses:
 F43.12 POST-TRAUMATIC STRESS DISORDER, CHRONIC
 F33.1 MAJOR DEPRESSIVE DISORDER, RECURRENT, MODERATE
 F41.1 GENERALIZED ANXIETY DISORDER F40.11 SOCIAL PHOBIA, GENERALIZED

I, the Licensed Mental Health Provider, affirm the above information.  Date: 3/16/2022


**Electronically Signed:  DRWENSKI, ANDREW on/at 3/16/2022 2:10:20 PM**

**MINDFUL SUPPORT SERVICES**
**Andrew Drwenski**
**Telehealth**
**Phone: (425) 640-7009  Fax: (425) 678-6455**

**Lisa Menninger**
DOB: ███/1968 54 year old, female
9495 NW EMBER LANE
PORTLAND, OR 97229
(913) 387-9451

Visit Date: 03/23/2022

**Therapist Progress Form**

**Session Details:**

Persons Present: Client

Start Time: 12:00 | End Time: 12:58pm

Session Format: Telehealth Video

Chief Complaint or Presenting Problem: Anxiety, social anxiety

History of Presenting Illness: As long as Lisa can remember. Most acute examples have occurred over the last five years as they relate to her career.Current Social Issues and Stressors: Pending legal case around ADA accommodations.

Suicide Assessment: Denies any current suicidal thoughts, plan or intent

Suicide Risk Assessment: Past Suicide Ideation Reported

Intent to Act: No

Plan for suicide attempt: No

Means to carry out plan: No, Denies Firearms

Timing of planned suicide indicated: No

Any preparations for planned suicide attempt: No

Homicide Assessment: Denies any current homicidal thoughts, plan or intent

Homicide Ideation:

**Assessment for Gravely Disabled:**

**Substance Use & Addiction History:**

Currently Using:

**PHQ9:**
Little interest or pleasure in doing things: Several Days
Feeling down, depressed, or hopeless: Several Days
Trouble falling or staying asleep, or sleeping too much: Several Days
Feeling tired or having little energy: Several Days
Poor appetite or overeating: More Than Half the Days

JA2473

Feeling bad about yourself or that you are a failure or have let yourself or your family down: Not at All

Trouble concentrating on things, such as reading the newspaper or watching television: Not at All

Moving or speaking so slowly that other people could have noticed. Or the opposite, being so fidgety or restless that you have been moving around a lot more than usual: Not at All

Thoughts that you would be better off dead or of hurting yourself in some way: Not at All

Total Score: 6

If you checked off any problems, how difficult have those problems made it for you to do your work, take care of things at home, or get along with other people: Somewhat Difficult

If you checked off any problems, how difficult have those problems made it for you to do your work, take care of things at home, or get along with other people: Extremely Difficult

**GAD7:**

Feeling nervous, anxious or on edge: More Than Half the Days

Not being able to stop or control worrying: More Than Half the Days

Worrying too much about different things: More Than Half the Days

Trouble relaxing: Several Days

Being so restless that it is hard to sit still: More Than Half the Days

Becoming easily annoyed or irritable: More Than Half the Days

Feeling afraid as if something awful might happen: Not At All

Total Score: 11

If you checked off any problems, how difficult have these problems made it for you to do your work, take care of things at home, or get along with people: Somewhat Difficult

Progress Note: 3/23/22

Lisa presents today in a neutral mood. Reports hearing information regarding her case and that the news was welcomed with somewhat of a mixed response. Her response was within normal limits when considering what level of anxiety she is having around what to expect from her case and how much interaction she will have with people she has a fear of in the future.

Encouraged her to continue to break things down into chunks of time that she can get through. Encouraged her to continue positive coping skills as she is dealing with a spike of social anxiety as evidenced in her concern about others perspective of her outside a rational context (but consistent with social phobia.)

Treatment Plan
Treatment Goals: Reduce anxiety related to social phobia

Increase mood
Therapeutic Interventions Title: DBT

CFT

**Therapist Careslip ICD-10:**

Procedure Code: 90837MAT, Therapy 53+ minutes

Encounter Diagnoses:
 F43.12 POST-TRAUMATIC STRESS DISORDER, CHRONIC
 F33.1 MAJOR DEPRESSIVE DISORDER, RECURRENT, MODERATE
 F41.1 GENERALIZED ANXIETY DISORDER F40.11 SOCIAL PHOBIA, GENERALIZED

Procedures: CBT, CFT

I, the Licensed Mental Health Provider, affirm the above information.  Date: 03/23/2022

**Electronically Signed:  DRWENSKI, ANDREW on/at 3/23/2022 5:06:53 PM**

**MINDFUL SUPPORT SERVICES**
**Andrew Drwenski**
**Telehealth**
**Phone: (425) 640-7009  Fax: (425) 678-6455**

**Lisa Menninger**
DOB: ██████/1968 54 year old, female
9495 NW EMBER LANE
PORTLAND, OR 97229
(913) 387-9451

Visit Date: 03/30/2022

---

**Therapist Progress Form**

**Session Details:**

Persons Present: Client

Start Time: 12:00 | End Time: 12:58pm

Session Format: Telehealth Video

Chief Complaint or Presenting Problem: Anxiety, social anxiety

History of Presenting Illness: As long as Lisa can remember. Most acute examples have occurred over the last five years as they relate to her career.Current Social Issues and Stressors: Pending legal case around ADA accommodations.

Suicide Assessment: Denies any current suicidal thoughts, plan or intent

Suicide Risk Assessment: Past Suicide Ideation Reported

Intent to Act: No

Plan for suicide attempt: No

Means to carry out plan: No, Denies Firearms

Timing of planned suicide indicated: No

Any preparations for planned suicide attempt: No

Homicide Assessment: Denies any current homicidal thoughts, plan or intent

Homicide Ideation:

**Assessment for Gravely Disabled:**

**Substance Use & Addiction History:**

Currently Using:

**PHQ9:**
Little interest or pleasure in doing things: Several Days
Feeling down, depressed, or hopeless: Several Days
Trouble falling or staying asleep, or sleeping too much: Several Days
Feeling tired or having little energy: Several Days
Poor appetite or overeating: More Than Half the Days

**JA2475**

Feeling bad about yourself or that you are a failure or have let yourself or your family down: Not at All

Trouble concentrating on things, such as reading the newspaper or watching television: Not at All

Moving or speaking so slowly that other people could have noticed. Or the opposite, being so fidgety or restless that you have been moving around a lot more than usual: Not at All

Thoughts that you would be better off dead or of hurting yourself in some way: Not at All

Total Score: 6

If you checked off any problems, how difficult have those problems made it for you to do your work, take care of things at home, or get along with other people: Somewhat Difficult

If you checked off any problems, how difficult have those problems made it for you to do your work, take care of things at home, or get along with other people: Extremely Difficult

**GAD7:**

Feeling nervous, anxious or on edge: More Than Half the Days

Not being able to stop or control worrying: More Than Half the Days

Worrying too much about different things: More Than Half the Days

Trouble relaxing: Several Days

Being so restless that it is hard to sit still: More Than Half the Days

Becoming easily annoyed or irritable: More Than Half the Days

Feeling afraid as if something awful might happen: Not At All

Total Score: 11

If you checked off any problems, how difficult have these problems made it for you to do your work, take care of things at home, or get along with people: Somewhat Difficult

Progress Note: 3/30/22

Lisa presents today in a tired mood as she has not slept well in the past few nights. Lisa did not have any new info regarding her case but was open to exploring additional ways to cope with stress during this time of waiting. This writer encouraged Lisa to think about positive aspects of her life that could exist outside of this holding pattern with her court case. Lisa was resistant toward talking about any type of employment in the medical field.

Lisa continues to engage in physical activity that promotes a positive sense of well being.

Treatment Plan
Treatment Goals: Reduce anxiety related to social phobia

Increase mood
Therapeutic Interventions Title: DBT

CFT

**Therapist Careslip ICD-10:**

Procedure Code: 90837MAT, Therapy 53+ minutes

Encounter Diagnoses:
 F43.12 POST-TRAUMATIC STRESS DISORDER, CHRONIC
 F33.1 MAJOR DEPRESSIVE DISORDER, RECURRENT, MODERATE
 F41.1 GENERALIZED ANXIETY DISORDER F40.11 SOCIAL PHOBIA, GENERALIZED

Procedures: CBT, CFT

I, the Licensed Mental Health Provider, affirm the above information.  Date: 03/30/2022

**Electronically Signed:  DRWENSKI, ANDREW on/at 3/30/2022 1:09:10 PM**

**MINDFUL SUPPORT SERVICES**
**Andrew Drwenski**
**Telehealth**
**Phone: (425) 640-7009  Fax: (425) 678-6455**

**Lisa Menninger**
DOB: ████/1968 54 year old, female
9495 NW EMBER LANE
PORTLAND, OR 97229
(913) 387-9451

Visit Date: 04/06/2022

---

**Therapist Progress Form**

**Session Details:**

Persons Present: Client

Start Time: 12:00 | End Time: 12:58pm

Session Format: Telehealth Video

Chief Complaint or Presenting Problem: Anxiety, social anxiety

History of Presenting Illness: As long as Lisa can remember. Most acute examples have occurred over the last five years as they relate to her career.Current Social Issues and Stressors: Pending legal case around ADA accommodations.

Suicide Assessment: Denies any current suicidal thoughts, plan or intent

Suicide Risk Assessment: Past Suicide Ideation Reported

Intent to Act: No

Plan for suicide attempt: No

Means to carry out plan: No, Denies Firearms

Timing of planned suicide indicated: No

Any preparations for planned suicide attempt: No

Homicide Assessment: Denies any current homicidal thoughts, plan or intent

Homicide Ideation:

**Assessment for Gravely Disabled:**

**Substance Use & Addiction History:**

Currently Using:

**PHQ9:**
Little interest or pleasure in doing things: Several Days
Feeling down, depressed, or hopeless: Several Days
Trouble falling or staying asleep, or sleeping too much: Several Days
Feeling tired or having little energy: Several Days
Poor appetite or overeating: More Than Half the Days

**JA2477**

Feeling bad about yourself or that you are a failure or have let yourself or your family down: Not at All
Trouble concentrating on things, such as reading the newspaper or watching television: Not at All
Moving or speaking so slowly that other people could have noticed. Or the opposite, being so fidgety or restless that you have been moving around a lot more than usual: Not at All
Thoughts that you would be better off dead or of hurting yourself in some way: Not at All
Total Score: 6
If you checked off any problems, how difficult have those problems made it for you to do your work, take care of things at home, or get along with other people: Somewhat Difficult
If you checked off any problems, how difficult have those problems made it for you to do your work, take care of things at home, or get along with other people: Extremely Difficult

**GAD7:**
Feeling nervous, anxious or on edge: More Than Half the Days
Not being able to stop or control worrying: More Than Half the Days
Worrying too much about different things: More Than Half the Days
Trouble relaxing: Several Days
Being so restless that it is hard to sit still: More Than Half the Days
Becoming easily annoyed or irritable: More Than Half the Days
Feeling afraid as if something awful might happen: Not At All
Total Score: 11
If you checked off any problems, how difficult have these problems made it for you to do your work, take care of things at home, or get along with people: Somewhat Difficult

Progress Note: 4/6/22

Lisa presents today feeling upset. Processed with her news regarding her court case. Discussed ways in which to continue to balance the here and now with future stressors.

Lisa's symptoms seem to have stopped making progress. She is having some contact with other people however it's very distressing to her. She continues to want to avoid social situations. Encouraged her to disclose 'dark' thoughts to her husband as this is helpful for her to feel like her situation is manageable.

Treatment Plan
Treatment Goals: Reduce anxiety related to social phobia

Increase mood
Therapeutic Interventions Title: DBT

CFT

**Therapist Careslip ICD-10:**

Procedure Code: 90837MAT, Therapy 53+ minutes

Encounter Diagnoses:
 F43.12 POST-TRAUMATIC STRESS DISORDER, CHRONIC
 F33.1 MAJOR DEPRESSIVE DISORDER, RECURRENT, MODERATE
 F41.1 GENERALIZED ANXIETY DISORDER F40.11 SOCIAL PHOBIA, GENERALIZED

Procedures: CBT, CFT

I, the Licensed Mental Health Provider, affirm the above information.  Date: 4/6/2022

**Electronically Signed:  DRWENSKI, ANDREW on/at 4/6/2022 1:15:49 PM**

JA2478

**MINDFUL SUPPORT SERVICES**
**Dominique Wilson**
**Telehealth**
**Phone: (425) 640-7009  Fax: (425) 678-6455**

**Lisa Menninger**
DOB: █████/1968 54 year old, female
9495 NW EMBER LANE
PORTLAND, OR 97229
(913) 387-9451

Visit Date: 04/07/2022

**Psychiatric Progress Note**

**Session Details:**
Persons Present: Client
Start Time: 11:00 AM | End Time:  11:30 am
Session Format: Telehealth Video

**Provider Contacts:**

**Vital Signs:**

Current Medication Notes: Prozac 40 mg po qam
Benadryl 50 mg po qhs prn for sleep
Previous Medication Trials: Viibyrd, Xanax, Klonopin
Ambien, vistaril,  Propropraolol
Pain medication, prazosin,

Chief Complaint or Presenting Problem: Medication Follow Up
History of Presenting Illness: Ms. Lisa  reported  "The judge ruled partially in my favor. Now, I have the option to go court trial in front of jury. I'm feeling overwhelmed and panicky. My sleep is all of the place. I'm not functioning. I cant shut my brain off at night time. My nightmares have increased. Walking has helped me by distracting me from thinking so much. I'm up with 5 miles per day. " + depression 4-9/10, anxiety 8/10, fidgety, restlessness, heighten sense, hopeless, helpless, low self esteem, highly critical, internalizing, poor sleep ( trouble falling asleep and staying asleep), nightmares, vivid dreams, easily distracted, flashbacks, night terrors, low energy, low motivation, guarded, isolating, panic attacks, racing thoughts, intrusive thoughts, paranoid ( regarding pending legal case), mood swings, increase frustration, increase  worrying. She denies any Si/Hi thoughts, avh, delusional, manic/hypomanic symptoms, impulsivity, quick anger, aggression, side effects.

**Review of Psychiatric Symptoms:**
Depression: Depressed Mood | Decreased interest in activities | Disturbed sleep | Fatigue or loss of energy | Irritability | Low self-esteem | Low motivation | Psychomotor agitation/ retardation | Poor concentration, indecisiveness | Worthlessness or excessive guilt
Bipolar: Denies all symptoms
Generalized Anxiety: Difficulty controlling anxiety | Difficulty concentrating | Excessive anxiety/ worry | Easily fatigued | Irritability | Muscle tension | Restless/ on edge | Sleep disturbance
Panic Disorder: Denies all symptoms
Obsessive Compulsive Disorder: Denies all symptoms
PTSD: Denies all symptoms

**Trauma History:**
0
Patient has a history of being abused emotionally, sexually, physically, or by neglect: Yes
Thought Disorder: Denies all symptoms
ADHD: Denies all symptoms

**Past Psychiatric History:**
Previous psych treatment/therapy: PHP/IOP programs x1. GAD/Panic attacks, PTSD

Previous medications (dosage, side effects, time frame):
(See medication history)

History of hospitalizations: denies

**JA2479**

History of suicidal ideation / plan / attempt: denies

History of homicidal ideation / plan / attempt: denies
Antidepressants:
Mood Stabilizers:
Antipsychotics:
Sleeping Medications:
ADHD Medications:
Antianxiety Medications:

Current Symptoms Checklist:

Homicide Ideation:

**Medical History:**
Head Trauma |
Medical Problems List: Arthritis, psosaris , chronic pain
+ head trauma Reports 'Loc". Seizures during childhood took medication until the age of 5. Denies any eating disorders

LMP: N/A
Currently seeing neurologist for dyslexia.  Struggles with reading, write, and math.

Surgeries: joint surgeries

**Review of Systems:**
Constitutional: Negative
Eyes: Negative
ENT: Negative
Cardiovascular: Negative
Respiratory: Negative
Gastrointestinal: Negative
Genitourinary: Negative
Muscular: arthritis and chronic pain
Integumentary: psoriasis
Neurological: Negative
Endocrine:Negative
Heme/Lymph: Negative

**Records, Labs, Data Reviewed:**

Obstetric History: 0

**Substance Use & Addiction History:** Denies hx of substance use

**Social History:**

**Education/ Work History:**
Patient highest level of education: college completed medical school
Patient currently: Disabled

**Relationship History:**
Patient currently: Married
Patient feels safe in her current relationship: first checkbox
Married for 15 years. One child

**Legal History:**
Patient has been arrested: No
Patient has pending legal problems: No

**JA2480**

**Spiritual Life:**
Patient belongs to a particular religion or spiritual group: No

Social Other: religious preference: denies
Military : in ROTC during college

**Psychiatric Assessments**
**Mental Status Exam:**
Orientation: Alert & Oriented x 4
Appearance: Appropriate
Motor: Normomotoric
Mood: Described as depressed
Affect: Normal to range, intensity and appropriateness
Thought Process: Cogent and future-oriented
Cognition and Memory: Grossly intact cognitive functioning and good memory
Behavior: Intermittent eye contact
Speech: Normal rate, tone, volume, and prosody
Thought Content: No suicidal or homicidal ideation or intent or plan
Insight and Judgment: Fair
Cognitive Style: Age-appropriate cognitive style
Attention & Concentration: Attentive

Cognitive Exam: Not formally assessed

Cognitive Exam: not formally evaluated today.
Able to participate in interview.
Fund of knowledge appears WNL for age and education.

**PHQ 9:**
Not performed this visit
Little interest or pleasure in doing things: Several Days
Feeling down, depressed, or hopeless: Several Days
Trouble falling or staying asleep, or sleeping too much: Several Days
Feeling tired or having little energy: Several Days
Poor appetite or overeating: More Than Half the Days
Feeling bad about yourself or that you are a failure or have let yourself or your family down: Not at All
Trouble concentrating on things, such as reading the newspaper or watching television: Not at All
Moving or speaking so slowly that other people could have noticed. Or the opposite, being so fidgety or restless that you have been moving around a lot more than usual: Not at All
Thoughts that you would be better off dead or of hurting yourself in some way: Not at All
Total Score: 6
If you checked off any problems, how difficult have those problems made it for you to do your work, take care of things at home, or get along with other people: Somewhat Difficult
If you checked off any problems, how difficult have those problems made it for you to do your work, take care of things at home, or get along with other people: Extremely Difficult

**GAD 7:**
Not performed this visit
Feeling nervous, anxious or on edge: More Than Half the Days
Not being able to stop or control worrying: More Than Half the Days
Worrying too much about different things: More Than Half the Days
Trouble relaxing: Several Days
Being so restless that it is hard to sit still: More Than Half the Days
Becoming easily annoyed or irritable: More Than Half the Days
Feeling afraid as if something awful might happen: Not At All
Total Score: 11
If you checked off any problems, how difficult have these problems made it for you to do your work, take care of things at home, or get along with people: Somewhat Difficult

**JA2481**

**Assessment:**
General Impression/ Formulation: 53 year old female presents today for a psychiatric follow up and to establish care for medication management for worsening depression and anxiety that has been on-going.

Currently stable and outpatient treatment is appropriate.

Medication Plan: Continue  Prozac 60 mg po qam for depression
Continue  Klonopin 0.5 mg po qd for 10 days for anxiety/panic attacks
pt declines any medication changes at this time

, Black box warning: Advised on the possibility of increased suicidal ideation with SSRI medication. If SI occurs or worsens, it is recommended that they call 911 or go to the ER.

, Reviewed risks, benefits, possible side effects, specific precautions, dosing instructions, and the importance of taking medication only as prescribed. Advised patient to call provider with worsening or new onset symptoms or side effects.

, Patient is aware there is no after hours or on-call emergency service with my practice.  I have disclosed that any calls or communication made will be responded to within 2-3 business days.

Reviewed mental health crisis resources with patient as outlined

, Reviewed mental health crisis resources with patient as outlined on KingCounty.gov:

Call 911 for police assistance if the situation is life threatening or if it looks like someone may get hurt. If there is no immediate physical danger, call the 24 hour C, Call 911 for police assistance if the situation is life threatening or if it looks like someone may get hurt. If there is no immediate physical danger, call the 24 hour Crisis Hotline at 206-461-3222 or 1-866-427-4747.

Recommendations and Follow Up: Follow up with Therapist | Follow up in One Month

**Interventions**
Psychotherapy:
Time Spent: 18 minutes
approx 18 min spent in supportive, client-centered, and psychoeducational psychotherapy above and beyond E&M service.  discussing good sleep hygiene techniques and healthy eating habits. encouraging ongoing efforts in healthy coping strategies. Safety plan established/discussed. 24 hr Crisis Line numbers have been provided. King Co 206-461-3222. Snohomish Co 800-584-3578.

No Labs Ordered

**NP Careslip ICD-10:**

Encounter Diagnoses:

 F43.12 POST-TRAUMATIC STRESS DISORDER, CHRONIC

 F33.1 MAJOR DEPRESSIVE DISORDER, RECURRENT, MODERATE

 F41.1 GENERALIZED ANXIETY DISORDER F40.11 SOCIAL PHOBIA, GENERALIZED

Procedure Code: 90833NPT, Therapy 16-37 minutes w/ E&M

Procedure Code: 99213NPT, E&M Follow-up Exp. Problem Focused

**Electronically Signed:  Wilson, Dominique on/at 4/7/2022 1:47:29 PM**

Lisa Menninger D.O.B.: █████ 1968                                                              Visit Date: 09/07/2022

**MINDFUL SUPPORT SERVICES**
**Andrew Drwenski**
**Telehealth**
**Phone: (425) 640-7009  Fax: (425) 678-6455**

**Lisa Menninger**
DOB: ███/1968 54 year old, female
9495 NW EMBER LANE
PORTLAND, OR 97229
(913) 387-9451

Visit Date: 04/13/2022

**Therapist Progress Form**

**Session Details:**

Persons Present: Client

Start Time: 12:00 | End Time: 12:58pm

Session Format: Telehealth Video

Chief Complaint or Presenting Problem: Anxiety, social anxiety

History of Presenting Illness: As long as Lisa can remember. Most acute examples have occurred over the last five years as they relate to her career.Current Social Issues and Stressors: Pending legal case around ADA accommodations.

Suicide Assessment: Denies any current suicidal thoughts, plan or intent

Suicide Risk Assessment: Past Suicide Ideation Reported

Intent to Act: No

Plan for suicide attempt: No

Means to carry out plan: No, Denies Firearms

Timing of planned suicide indicated: No

Any preparations for planned suicide attempt: No

Homicide Assessment: Denies any current homicidal thoughts, plan or intent

Homicide Ideation:

**Assessment for Gravely Disabled:**

**Substance Use & Addiction History:**

Currently Using:

**PHQ9:**
Not performed this visit
Little interest or pleasure in doing things: Several Days
Feeling down, depressed, or hopeless: Several Days
Trouble falling or staying asleep, or sleeping too much: Several Days
Feeling tired or having little energy: Several Days

**JA2484**

Poor appetite or overeating: More Than Half the Days
Feeling bad about yourself or that you are a failure or have let yourself or your family down: Not at All
Trouble concentrating on things, such as reading the newspaper or watching television: Not at All
Moving or speaking so slowly that other people could have noticed. Or the opposite, being so fidgety or restless that you have been moving around a lot more than usual: Not at All
Thoughts that you would be better off dead or of hurting yourself in some way: Not at All
Total Score: 6
If you checked off any problems, how difficult have those problems made it for you to do your work, take care of things at home, or get along with other people: Somewhat Difficult
If you checked off any problems, how difficult have those problems made it for you to do your work, take care of things at home, or get along with other people: Extremely Difficult

**GAD7:**
Not performed this visit
Feeling nervous, anxious or on edge: More Than Half the Days
Not being able to stop or control worrying: More Than Half the Days
Worrying too much about different things: More Than Half the Days
Trouble relaxing: Several Days
Being so restless that it is hard to sit still: More Than Half the Days
Becoming easily annoyed or irritable: More Than Half the Days
Feeling afraid as if something awful might happen: Not At All
Total Score: 11
If you checked off any problems, how difficult have these problems made it for you to do your work, take care of things at home, or get along with people: Somewhat Difficult

Progress Note: 4/13/22

Lisa presents today in a neutral mood. This is progress as she has interacted with her lawyers and the courts in the past week. While no date for trial was set, Lisa is finding ways to occupy her mind and engage in stress reducing activities to help with the wait. Lisa reports that she is spending more quality time with her family but still desires to increase it.

Lisa's social anxiety symptoms continue to present at the same level. This is best understood given her circumstance and that some of the fears that would be identified as irrational are actually probable. This session t/w worked with her to start to operationalize what can likely happen vs. what is very unlikely going to happen if she becomes the sole provider of the household.

Treatment Plan
Treatment Goals: Reduce anxiety related to social phobia

Increase mood
Therapeutic Interventions Title: DBT

CFT

**Therapist Careslip ICD-10:**

Procedure Code: 90837MAT, Therapy 53+ minutes

Encounter Diagnoses:
  F43.12 POST-TRAUMATIC STRESS DISORDER, CHRONIC
  F33.1 MAJOR DEPRESSIVE DISORDER, RECURRENT, MODERATE
  F41.1 GENERALIZED ANXIETY DISORDER F40.11 SOCIAL PHOBIA, GENERALIZED

Procedures: CBT, CFT

I, the Licensed Mental Health Provider, affirm the above information.  Date: 4/13/2022

**Electronically Signed:  DRWENSKI, ANDREW on/at 4/13/2022 5:09:11 PM**

**MINDFUL SUPPORT SERVICES**
**Andrew Drwenski**
**Telehealth**
**Phone: (425) 640-7009  Fax: (425) 678-6455**

**Lisa Menninger**
DOB: ▇▇▇▇ 1968 54 year old, female
9495 NW EMBER LANE
PORTLAND, OR 97229
(913) 387-9451

Visit Date: 04/20/2022

**Therapist Progress Form**

**Session Details:**

Persons Present: Client

Start Time: 12:00 | End Time: 12:58pm

Session Format: Telehealth Video

Chief Complaint or Presenting Problem: Anxiety, social anxiety

History of Presenting Illness: As long as Lisa can remember. Most acute examples have occurred over the last five years as they relate to her career.Current Social Issues and Stressors: Pending legal case around ADA accommodations.

Suicide Assessment: Denies any current suicidal thoughts, plan or intent

Suicide Risk Assessment: Past Suicide Ideation Reported

Intent to Act: No

Plan for suicide attempt: No

Means to carry out plan: No, Denies Firearms

Timing of planned suicide indicated: No

Any preparations for planned suicide attempt: No

Homicide Assessment: Denies any current homicidal thoughts, plan or intent

Homicide Ideation:

**Assessment for Gravely Disabled:**

**Substance Use & Addiction History:**

Currently Using:

**PHQ9:**
Not performed this visit
Little interest or pleasure in doing things: Several Days
Feeling down, depressed, or hopeless: Several Days
Trouble falling or staying asleep, or sleeping too much: Several Days
Feeling tired or having little energy: Several Days

**JA2486**

Poor appetite or overeating: More Than Half the Days
Feeling bad about yourself or that you are a failure or have let yourself or your family down: Not at All
Trouble concentrating on things, such as reading the newspaper or watching television: Not at All
Moving or speaking so slowly that other people could have noticed. Or the opposite, being so fidgety or restless that you have been moving around a lot more than usual: Not at All
Thoughts that you would be better off dead or of hurting yourself in some way: Not at All
Total Score: 6
If you checked off any problems, how difficult have those problems made it for you to do your work, take care of things at home, or get along with other people: Somewhat Difficult
If you checked off any problems, how difficult have those problems made it for you to do your work, take care of things at home, or get along with other people: Extremely Difficult

**GAD7:**
Not performed this visit
Feeling nervous, anxious or on edge: More Than Half the Days
Not being able to stop or control worrying: More Than Half the Days
Worrying too much about different things: More Than Half the Days
Trouble relaxing: Several Days
Being so restless that it is hard to sit still: More Than Half the Days
Becoming easily annoyed or irritable: More Than Half the Days
Feeling afraid as if something awful might happen: Not At All
Total Score: 11
If you checked off any problems, how difficult have these problems made it for you to do your work, take care of things at home, or get along with people: Somewhat Difficult

Progress Note: 4/20/22

Lisa presents today in a neutral mood. Lisa disclosed that she is disappointed about the court date set (Jan 2023) and is looking to set goals for the time between now and the court date. Lisa was open to relying on her family for emotional support. Encouraged her to continue to engage in positive thinking about her future to give a sense of purpose.

Treatment Plan
Treatment Goals: Reduce anxiety related to social phobia

Increase mood
Therapeutic Interventions Title: DBT

CFT

**Therapist Careslip ICD-10:**

Procedure Code: 90837MAT, Therapy 53+ minutes

Encounter Diagnoses:
 F43.12 POST-TRAUMATIC STRESS DISORDER, CHRONIC
 F33.1 MAJOR DEPRESSIVE DISORDER, RECURRENT, MODERATE
 F41.1 GENERALIZED ANXIETY DISORDER F40.11 SOCIAL PHOBIA, GENERALIZED

Procedures: CBT, CFT

I, the Licensed Mental Health Provider, affirm the above information.  Date: 4/20/2022

**Electronically Signed:  DRWENSKI, ANDREW on/at 4/20/2022 1:41:05 PM**

**MINDFUL SUPPORT SERVICES**
**Andrew Drwenski**
**Telehealth**
**Phone: (425) 640-7009  Fax: (425) 678-6455**

**Lisa Menninger**
DOB: ████/1968 54 year old, female
9495 NW EMBER LANE
PORTLAND, OR 97229
(913) 387-9451

Visit Date: 04/27/2022

**Therapist Progress Form**

**Session Details:**

Persons Present: Client

Start Time: 12:00 | End Time: 12:58pm

Session Format: Telehealth Video

Chief Complaint or Presenting Problem: Anxiety, social anxiety

History of Presenting Illness: As long as Lisa can remember. Most acute examples have occurred over the last five years as they relate to her career.Current Social Issues and Stressors: Pending legal case around ADA accommodations.

Suicide Assessment: Denies any current suicidal thoughts, plan or intent

Suicide Risk Assessment: Past Suicide Ideation Reported

Intent to Act: No

Plan for suicide attempt: No

Means to carry out plan: No, Denies Firearms

Timing of planned suicide indicated: No

Any preparations for planned suicide attempt: No

Homicide Assessment: Denies any current homicidal thoughts, plan or intent

Homicide Ideation:

**Assessment for Gravely Disabled:**

**Substance Use & Addiction History:**

Currently Using:

**PHQ9:**
Not performed this visit
Little interest or pleasure in doing things: Several Days
Feeling down, depressed, or hopeless: Several Days
Trouble falling or staying asleep, or sleeping too much: Several Days
Feeling tired or having little energy: Several Days

**JA2488**

Lisa Menninger D.O.B.: 07/1968                                                                    Visit Date: 04/27/2022

Poor appetite or overeating: More Than Half the Days
Feeling bad about yourself or that you are a failure or have let yourself or your family down: Not at All
Trouble concentrating on things, such as reading the newspaper or watching television: Not at All
Moving or speaking so slowly that other people could have noticed. Or the opposite, being so fidgety or restless that you have been moving around a lot more than usual: Not at All
Thoughts that you would be better off dead or of hurting yourself in some way: Not at All
Total Score: 6
If you checked off any problems, how difficult have those problems made it for you to do your work, take care of things at home, or get along with other people: Somewhat Difficult
If you checked off any problems, how difficult have those problems made it for you to do your work, take care of things at home, or get along with other people: Extremely Difficult

**GAD7:**
Not performed this visit
Feeling nervous, anxious or on edge: More Than Half the Days
Not being able to stop or control worrying: More Than Half the Days
Worrying too much about different things: More Than Half the Days
Trouble relaxing: Several Days
Being so restless that it is hard to sit still: More Than Half the Days
Becoming easily annoyed or irritable: More Than Half the Days
Feeling afraid as if something awful might happen: Not At All
Total Score: 11
If you checked off any problems, how difficult have these problems made it for you to do your work, take care of things at home, or get along with people: Somewhat Difficult

Progress Note: 4/27/22

Lisa presents today in a neutral mood. She is struggling with physical injuries that limits her ability to engage in known coping skills. Explored and problem solved ways in which she can engage in creative activities. Lisa identified barriers to activities that lack any need for external validation but t/w encouraged her to push along with these activities as they will promote internal validation.

Treatment Plan
Treatment Goals: Reduce anxiety related to social phobia

Increase mood
Therapeutic Interventions Title: DBT

CFT

**Therapist Careslip ICD-10:**

Procedure Code: 90837MAT, Therapy 53+ minutes

Encounter Diagnoses:
 F43.12 POST-TRAUMATIC STRESS DISORDER, CHRONIC
 F33.1 MAJOR DEPRESSIVE DISORDER, RECURRENT, MODERATE
 F41.1 GENERALIZED ANXIETY DISORDER F40.11 SOCIAL PHOBIA, GENERALIZED

Procedures: CBT, CFT

I, the Licensed Mental Health Provider, affirm the above information.  Date: 04/27/2022

**Electronically Signed:  DRWENSKI, ANDREW on/at 4/27/2022 3:29:59 PM**

JA2489

**MINDFUL SUPPORT SERVICES**
**Andrew Drwenski**
**Telehealth**
**Phone: (425) 640-7009  Fax: (425) 678-6455**

**Lisa Menninger**
DOB: ████ 1968 54 year old, female
9495 NW EMBER LANE
PORTLAND, OR 97229
(913) 387-9451

Visit Date: 05/04/2022

**Therapist Progress Form**

**Session Details:**

Persons Present: Client

Start Time: 12:00 | End Time: 12:58pm

Session Format: Telehealth Video

Chief Complaint or Presenting Problem: Anxiety, social anxiety

History of Presenting Illness: As long as Lisa can remember. Most acute examples have occurred over the last five years as they relate to her career.Current Social Issues and Stressors: Pending legal case around ADA accommodations.

Suicide Assessment: Denies any current suicidal thoughts, plan or intent

Suicide Risk Assessment: Past Suicide Ideation Reported

Intent to Act: No

Plan for suicide attempt: No

Means to carry out plan: No, Denies Firearms

Timing of planned suicide indicated: No

Any preparations for planned suicide attempt: No

Homicide Assessment: Denies any current homicidal thoughts, plan or intent

Homicide Ideation:

**Assessment for Gravely Disabled:**

**Substance Use & Addiction History:**

Currently Using:

**PHQ9:**
Not performed this visit
Little interest or pleasure in doing things: Several Days
Feeling down, depressed, or hopeless: Several Days
Trouble falling or staying asleep, or sleeping too much: Several Days
Feeling tired or having little energy: Several Days

**JA2490**

Poor appetite or overeating: More Than Half the Days
Feeling bad about yourself or that you are a failure or have let yourself or your family down: Not at All
Trouble concentrating on things, such as reading the newspaper or watching television: Not at All
Moving or speaking so slowly that other people could have noticed. Or the opposite, being so fidgety or restless that you have been moving around a lot more than usual: Not at All
Thoughts that you would be better off dead or of hurting yourself in some way: Not at All
Total Score: 6
If you checked off any problems, how difficult have those problems made it for you to do your work, take care of things at home, or get along with other people: Somewhat Difficult
If you checked off any problems, how difficult have those problems made it for you to do your work, take care of things at home, or get along with other people: Extremely Difficult

**GAD7:**
Not performed this visit
Feeling nervous, anxious or on edge: More Than Half the Days
Not being able to stop or control worrying: More Than Half the Days
Worrying too much about different things: More Than Half the Days
Trouble relaxing: Several Days
Being so restless that it is hard to sit still: More Than Half the Days
Becoming easily annoyed or irritable: More Than Half the Days
Feeling afraid as if something awful might happen: Not At All
Total Score: 11
If you checked off any problems, how difficult have these problems made it for you to do your work, take care of things at home, or get along with people: Somewhat Difficult

Progress Note: 5/4/22

Lisa presents today in a positive mood compared to last session. She reports that she explored the creative activities that this writer and her discussed last week and that she is finding emotional value in the tasks. She also expressed a desire to at least test some social interactions in a controlled setting.

Treatment Plan
Treatment Goals: Reduce anxiety related to social phobia

Increase mood
Therapeutic Interventions Title: DBT

CFT

**Therapist Careslip ICD-10:**

Procedure Code: 90837MAT, Therapy 53+ minutes

Encounter Diagnoses:
 F43.12 POST-TRAUMATIC STRESS DISORDER, CHRONIC
 F33.1 MAJOR DEPRESSIVE DISORDER, RECURRENT, MODERATE
 F41.1 GENERALIZED ANXIETY DISORDER F40.11 SOCIAL PHOBIA, GENERALIZED

Procedures: CBT, CFT

I, the Licensed Mental Health Provider, affirm the above information.  Date: 05/04/2022

**Electronically Signed:  DRWENSKI, ANDREW on/at 5/4/2022 1:50:48 PM**

JA2491

**MINDFUL SUPPORT SERVICES**
**Dominique Wilson**
**Telehealth**
**Phone: (425) 640-7009  Fax: (425) 678-6455**

**Lisa Menninger**
DOB: ▓▓▓▓/1968 54 year old, female
9495 NW EMBER LANE
PORTLAND, OR 97229
(913) 387-9451

Visit Date: 05/10/2022

---

**Psychiatric Progress Note**

**Session Details:**
Persons Present: Client
Start Time: 11:00 AM | End Time:  11:30 am
Session Format: Telehealth Video

**Provider Contacts:**

**Vital Signs:**

Current Medication Notes: Prozac 40 mg po qam
Benadryl 50 mg po qhs prn for sleep
Previous Medication Trials: Viibyrd, Xanax, Klonopin
Ambien, vistaril,  Propropraolol
Pain medication, prazosin,

Chief Complaint or Presenting Problem: Medication Follow Up
History of Presenting Illness: Ms. Lisa  reported  "Prozac is causing me not to have feelings, low labdio, and feel numb. I would like to titrate off Prozac to see how I feel. I want to see if something natural will help my depression.  My husband and I have a safety net. I'm going to continue attend weekly therapy session.

The judge ruled partially in my favor. Now, I have the option to go court trial in front of jury. I'm feeling overwhelmed and panicky. My sleep is all of the place. I'm not functioning. I cant shut my brain off at night time. My nightmares have increased. Walking has helped me by distracting me from thinking so much. I'm up with 5 miles per day. " + depression 4-9/10, anxiety 8/10, fidgety, restlessness, heighten sense, hopeless, helpless, low self esteem, highly critical, internalizing, poor sleep ( trouble falling asleep and staying asleep), nightmares, vivid dreams, easily distracted, flashbacks, night terrors, low energy, low motivation, guarded, isolating, panic attacks, racing thoughts, intrusive thoughts, paranoid ( regarding pending legal case), mood swings, increase frustration, increase  worrying. She denies any Si/Hi thoughts, avh, delusional, manic/hypomanic symptoms, impulsivity, quick anger, aggression, side effects.

**Review of Psychiatric Symptoms:**
Depression: Depressed Mood | Decreased interest in activities | Disturbed sleep | Fatigue or loss of energy | Irritability | Low self-esteem | Low motivation | Psychomotor agitation/ retardation | Poor concentration, indecisiveness | Worthlessness or excessive guilt
Bipolar: Denies all symptoms
Generalized Anxiety: Difficulty controlling anxiety | Difficulty concentrating | Excessive anxiety/ worry | Easily fatigued | Irritability | Muscle tension | Restless/ on edge | Sleep disturbance
Panic Disorder: Denies all symptoms
Obsessive Compulsive Disorder: Denies all symptoms
PTSD: Denies all symptoms

**Trauma History:**
0
Patient has a history of being abused emotionally, sexually, physically, or by neglect: Yes
Thought Disorder: Denies all symptoms
ADHD: Denies all symptoms

**Past Psychiatric History:**
Previous psych treatment/therapy: PHP/IOP programs x1. GAD/Panic attacks, PTSD

---

**JA2492**

Previous medications (dosage, side effects, time frame):
(See medication history)

History of hospitalizations: denies

History of suicidal ideation / plan / attempt: denies

History of homicidal ideation / plan / attempt: denies
Antidepressants:
Mood Stabilizers:
Antipsychotics:
Sleeping Medications:
ADHD Medications:
Antianxiety Medications:

Current Symptoms Checklist:

Homicide Ideation:

**Medical History:**
Head Trauma |
Medical Problems List: Arthritis, psosaris , chronic pain
+ head trauma Reports 'Loc". Seizures during childhood took medication until the age of 5. Denies any eating disorders

LMP: N/A
Currently seeing neurologist for dyslexia.  Struggles with reading, write, and math.

Surgeries: joint surgeries

**Review of Systems:**
Constitutional: Negative
Eyes: Negative
ENT: Negative
Cardiovascular: Negative
Respiratory: Negative
Gastrointestinal: Negative
Genitourinary: Negative
Muscular: arthritis and chronic pain
Integumentary: psoriasis
Neurological: Negative
Endocrine:Negative
Heme/Lymph: Negative

**Records, Labs, Data Reviewed:**

Obstetric History: 0

**Substance Use & Addiction History:** Denies hx of substance use

**Social History:**

**Education/ Work History:**
Patient highest level of education: college completed medical school
Patient currently: Disabled

**Relationship History:**
Patient currently: Married
Patient feels safe in her current relationship: first checkbox
Married for 15 years. One child

JA2493

**Legal History:**
Patient has been arrested: No
Patient has pending legal problems: No

**Spiritual Life:**
Patient belongs to a particular religion or spiritual group: No

Social Other: religious preference: denies
Military : in ROTC during college

**Psychiatric Assessments**
**Mental Status Exam:**
Orientation: Alert & Oriented x 4
Appearance: Appropriate
Motor: Normomotoric
Mood: Described as depressed
Affect: Normal to range, intensity and appropriateness
Thought Process: Cogent and future-oriented
Cognition and Memory: Grossly intact cognitive functioning and good memory
Behavior: Intermittent eye contact
Speech: Normal rate, tone, volume, and prosody
Thought Content: No suicidal or homicidal ideation or intent or plan
Insight and Judgment: Fair
Cognitive Style: Age-appropriate cognitive style
Attention & Concentration: Attentive

Cognitive Exam: Not formally assessed

Cognitive Exam: not formally evaluated today.
Able to participate in interview.
Fund of knowledge appears WNL for age and education.

**PHQ 9:**
Not performed this visit
Little interest or pleasure in doing things: Several Days
Feeling down, depressed, or hopeless: Several Days
Trouble falling or staying asleep, or sleeping too much: Several Days
Feeling tired or having little energy: Several Days
Poor appetite or overeating: More Than Half the Days
Feeling bad about yourself or that you are a failure or have let yourself or your family down: Not at All
Trouble concentrating on things, such as reading the newspaper or watching television: Not at All
Moving or speaking so slowly that other people could have noticed. Or the opposite, being so fidgety or restless that you have been moving around a lot more than usual: Not at All
Thoughts that you would be better off dead or of hurting yourself in some way: Not at All
Total Score: 6
If you checked off any problems, how difficult have those problems made it for you to do your work, take care of things at home, or get along with other people: Somewhat Difficult
If you checked off any problems, how difficult have those problems made it for you to do your work, take care of things at home, or get along with other people: Extremely Difficult

**GAD 7:**
Not performed this visit
Feeling nervous, anxious or on edge: More Than Half the Days
Not being able to stop or control worrying: More Than Half the Days
Worrying too much about different things: More Than Half the Days
Trouble relaxing: Several Days
Being so restless that it is hard to sit still: More Than Half the Days
Becoming easily annoyed or irritable: More Than Half the Days

**JA2494**

Feeling afraid as if something awful might happen: Not At All
Total Score: 11
If you checked off any problems, how difficult have these problems made it for you to do your work, take care of things at home, or get along with people: Somewhat Difficult

**Assessment:**
General Impression/ Formulation: 53 year old female presents today for a psychiatric follow up and to establish care for medication management for worsening depression and anxiety that has been on-going.

Currently stable and outpatient treatment is appropriate.

Medication Plan: Explained pt the importance for signing ROI to allow her husband to talk to her behalf. ROI sent to pt via patient portal. Pt verbalized understanding
titrate off Prozac 40 mg po qam for depression for 5 days then decrease Prozac 20 mg po qam for 5 days then discontinue.
Continue  Klonopin 0.5 mg po qd for 10 days for anxiety/panic attacks

, Black box warning: Advised on the possibility of increased suicidal ideation with SSRI medication. If SI occurs or worsens, it is recommended that they call 911 or go to the ER.

, Reviewed risks, benefits, possible side effects, specific precautions, dosing instructions, and the importance of taking medication only as prescribed. Advised patient to call provider with worsening or new onset symptoms or side effects.

, Patient is aware there is no after hours or on-call emergency service with my practice.  I have disclosed that any calls or communication made will be responded to within 2-3 business days.

Reviewed mental health crisis resources with patient as outlined

, Reviewed mental health crisis resources with patient as outlined on KingCounty.gov:

Call 911 for police assistance if the situation is life threatening or if it looks like someone may get hurt. If there is no immediate physical danger, call the 24 hour C, Call 911 for police assistance if the situation is life threatening or if it looks like someone may get hurt. If there is no immediate physical danger, call the 24 hour Crisis Hotline at 206-461-3222 or 1-866-427-4747.

Recommendations and Follow Up: Follow up with Therapist | Follow up in One Month

**Interventions**
Psychotherapy:
Time Spent: 18 minutes
approx 18 min spent in supportive, client-centered, and psychoeducational psychotherapy above and beyond E&M service.  discussing good sleep hygiene techniques and healthy eating habits. encouraging ongoing efforts in healthy coping strategies. Safety plan established/discussed. 24 hr Crisis Line numbers have been provided. King Co 206-461-3222. Snohomish Co 800-584-3578.

No Labs Ordered

**NP Careslip ICD-10:**

Encounter Diagnoses:

 F43.12 POST-TRAUMATIC STRESS DISORDER, CHRONIC

 F33.1 MAJOR DEPRESSIVE DISORDER, RECURRENT, MODERATE

 F41.1 GENERALIZED ANXIETY DISORDER F40.11 SOCIAL PHOBIA, GENERALIZED

Procedure Code: 90833NPT, Therapy 16-37 minutes w/ E&M

Procedure Code: 99214NPT, E&M Follow-up Detailed

Electronically Signed:  Wilson, Dominique on/at 5/10/2022 11:48:44 AM

**MINDFUL SUPPORT SERVICES**
**Andrew Drwenski**
**Telehealth**
**Phone: (425) 640-7009  Fax: (425) 678-6455**

**Lisa Menninger**
DOB: ███/1968 54 year old, female
9495 NW EMBER LANE
PORTLAND, OR 97229
(913) 387-9451

Visit Date: 05/11/2022

**Therapist Progress Form**

**Session Details:**

Persons Present: Client

Start Time: 12:00 | End Time: 12:55pm

Session Format: Telehealth Video

Chief Complaint or Presenting Problem: Anxiety, social anxiety

History of Presenting Illness: As long as Lisa can remember. Most acute examples have occurred over the last five years as they relate to her career.Current Social Issues and Stressors: Pending legal case around ADA accommodations.

Suicide Assessment: Denies any current suicidal thoughts, plan or intent

Suicide Risk Assessment: Past Suicide Ideation Reported

Intent to Act: No

Plan for suicide attempt: No

Means to carry out plan: No, Denies Firearms

Timing of planned suicide indicated: No

Any preparations for planned suicide attempt: No

Homicide Assessment: Denies any current homicidal thoughts, plan or intent

Homicide Ideation:

**Assessment for Gravely Disabled:**

**Substance Use & Addiction History:**

Currently Using:

**PHQ9:**
Not performed this visit
Little interest or pleasure in doing things: Several Days
Feeling down, depressed, or hopeless: Several Days
Trouble falling or staying asleep, or sleeping too much: Several Days
Feeling tired or having little energy: Several Days

JA2497

Poor appetite or overeating: More Than Half the Days
Feeling bad about yourself or that you are a failure or have let yourself or your family down: Not at All
Trouble concentrating on things, such as reading the newspaper or watching television: Not at All
Moving or speaking so slowly that other people could have noticed. Or the opposite, being so fidgety or restless that you have been moving around a lot more than usual: Not at All
Thoughts that you would be better off dead or of hurting yourself in some way: Not at All
Total Score: 6
If you checked off any problems, how difficult have those problems made it for you to do your work, take care of things at home, or get along with other people: Somewhat Difficult
If you checked off any problems, how difficult have those problems made it for you to do your work, take care of things at home, or get along with other people: Extremely Difficult

**GAD7:**
Not performed this visit
Feeling nervous, anxious or on edge: More Than Half the Days
Not being able to stop or control worrying: More Than Half the Days
Worrying too much about different things: More Than Half the Days
Trouble relaxing: Several Days
Being so restless that it is hard to sit still: More Than Half the Days
Becoming easily annoyed or irritable: More Than Half the Days
Feeling afraid as if something awful might happen: Not At All
Total Score: 11
If you checked off any problems, how difficult have these problems made it for you to do your work, take care of things at home, or get along with people: Somewhat Difficult

Progress Note: 5/11/22

Lisa presents today in a neutral to positive mood. Describes having a conversation with her med manager about reducing her prozac. Lisa is hopeful this will help her feel more joy and feel less blunted. Discussed the safety plan she has in place and collectively brainstormed ways in which she can utilize that plan when needed.

Treatment Plan
Treatment Goals: Reduce anxiety related to social phobia

Increase mood
Therapeutic Interventions Title: DBT

CFT

**Therapist Careslip ICD-10:**

Procedure Code: 90837MAT, Therapy 53+ minutes

Encounter Diagnoses:
 F43.12 POST-TRAUMATIC STRESS DISORDER, CHRONIC
 F33.1 MAJOR DEPRESSIVE DISORDER, RECURRENT, MODERATE
 F41.1 GENERALIZED ANXIETY DISORDER F40.11 SOCIAL PHOBIA, GENERALIZED

Procedures: CBT, CFT

I, the Licensed Mental Health Provider, affirm the above information.  Date: 05/11/2022

**Electronically Signed:  DRWENSKI, ANDREW on/at 5/11/2022 4:04:47 PM**

**JA2498**

**MINDFUL SUPPORT SERVICES**
**Andrew Drwenski**
**Telehealth**
**Phone: (425) 640-7009  Fax: (425) 678-6455**

**Lisa Menninger**
DOB: ████ 1968 54 year old, female
9495 NW EMBER LANE
PORTLAND, OR 97229
(913) 387-9451

Visit Date: 05/18/2022

**Therapist Progress Form**

**Session Details:**

Persons Present: Client

Start Time: 12:00 | End Time: 12:55pm

Session Format: Telehealth Video

Chief Complaint or Presenting Problem: Anxiety, social anxiety

History of Presenting Illness: As long as Lisa can remember. Most acute examples have occurred over the last five years as they relate to her career.Current Social Issues and Stressors: Pending legal case around ADA accommodations.

Suicide Assessment: Denies any current suicidal thoughts, plan or intent

Suicide Risk Assessment: Past Suicide Ideation Reported

Intent to Act: No

Plan for suicide attempt: No

Means to carry out plan: No, Denies Firearms

Timing of planned suicide indicated: No

Any preparations for planned suicide attempt: No

Homicide Assessment: Denies any current homicidal thoughts, plan or intent

Homicide Ideation:

**Assessment for Gravely Disabled:**

**Substance Use & Addiction History:**

Currently Using:

**PHQ9:**
Not performed this visit
Little interest or pleasure in doing things: Several Days
Feeling down, depressed, or hopeless: Several Days
Trouble falling or staying asleep, or sleeping too much: Several Days
Feeling tired or having little energy: Several Days

**JA2499**

Poor appetite or overeating: More Than Half the Days
Feeling bad about yourself or that you are a failure or have let yourself or your family down: Not at All
Trouble concentrating on things, such as reading the newspaper or watching television: Not at All
Moving or speaking so slowly that other people could have noticed. Or the opposite, being so fidgety or restless that you have been moving around a lot more than usual: Not at All
Thoughts that you would be better off dead or of hurting yourself in some way: Not at All
Total Score: 6
If you checked off any problems, how difficult have those problems made it for you to do your work, take care of things at home, or get along with other people: Somewhat Difficult
If you checked off any problems, how difficult have those problems made it for you to do your work, take care of things at home, or get along with other people: Extremely Difficult

**GAD7:**
Not performed this visit
Feeling nervous, anxious or on edge: More Than Half the Days
Not being able to stop or control worrying: More Than Half the Days
Worrying too much about different things: More Than Half the Days
Trouble relaxing: Several Days
Being so restless that it is hard to sit still: More Than Half the Days
Becoming easily annoyed or irritable: More Than Half the Days
Feeling afraid as if something awful might happen: Not At All
Total Score: 11
If you checked off any problems, how difficult have these problems made it for you to do your work, take care of things at home, or get along with people: Somewhat Difficult

Progress Note: 5/18/22

Lisa presents today in a more positive news. She describes going down on Prozac as a positive change. She reports being able to feel more emotions including anger. Processed with her the feelings she had when she was angry and normalized these feelings given all that she's been through.

Continued to encourage her to seek out activities that help her ground herself while also connecting to family and her community.

Treatment Plan
Treatment Goals: Reduce anxiety related to social phobia

Increase mood
Therapeutic Interventions Title: DBT

CFT

**Therapist Careslip ICD-10:**

Procedure Code: 90837MAT, Therapy 53+ minutes

Encounter Diagnoses:
 F43.12 POST-TRAUMATIC STRESS DISORDER, CHRONIC
 F33.1 MAJOR DEPRESSIVE DISORDER, RECURRENT, MODERATE
 F41.1 GENERALIZED ANXIETY DISORDER F40.11 SOCIAL PHOBIA, GENERALIZED

Procedures: CBT, CFT

I, the Licensed Mental Health Provider, affirm the above information.  Date: 05/18/2022

**Electronically Signed:  DRWENSKI, ANDREW on/at 5/18/2022 1:00:33 PM**

**MINDFUL SUPPORT SERVICES**
**Andrew Drwenski**
**Telehealth**
**Phone: (425) 640-7009  Fax: (425) 678-6455**

**Lisa Menninger**
DOB: ████/1968 54 year old, female
9495 NW EMBER LANE
PORTLAND, OR 97229
(913) 387-9451

Visit Date: 05/25/2022

**Therapist Progress Form**

**Session Details:**

Persons Present: Client

Start Time: 12:00 | End Time: 12:55pm

Session Format: Telehealth Video

Chief Complaint or Presenting Problem: Anxiety, social anxiety

History of Presenting Illness: As long as Lisa can remember. Most acute examples have occurred over the last five years as they relate to her career.Current Social Issues and Stressors: Pending legal case around ADA accommodations.

Suicide Assessment: Denies any current suicidal thoughts, plan or intent

Suicide Risk Assessment: Past Suicide Ideation Reported

Intent to Act: No

Plan for suicide attempt: No

Means to carry out plan: No, Denies Firearms

Timing of planned suicide indicated: No

Any preparations for planned suicide attempt: No

Homicide Assessment: Denies any current homicidal thoughts, plan or intent

Homicide Ideation:

**Assessment for Gravely Disabled:**

**Substance Use & Addiction History:**

Currently Using:

**PHQ9:**
Not performed this visit
Little interest or pleasure in doing things: Several Days
Feeling down, depressed, or hopeless: Several Days
Trouble falling or staying asleep, or sleeping too much: Several Days
Feeling tired or having little energy: Several Days

**JA2501**

Poor appetite or overeating: More Than Half the Days
Feeling bad about yourself or that you are a failure or have let yourself or your family down: Not at All
Trouble concentrating on things, such as reading the newspaper or watching television: Not at All
Moving or speaking so slowly that other people could have noticed. Or the opposite, being so fidgety or restless that you have been moving around a lot more than usual: Not at All
Thoughts that you would be better off dead or of hurting yourself in some way: Not at All
Total Score: 6
If you checked off any problems, how difficult have those problems made it for you to do your work, take care of things at home, or get along with other people: Somewhat Difficult
If you checked off any problems, how difficult have those problems made it for you to do your work, take care of things at home, or get along with other people: Extremely Difficult

**GAD7:**
Not performed this visit
Feeling nervous, anxious or on edge: More Than Half the Days
Not being able to stop or control worrying: More Than Half the Days
Worrying too much about different things: More Than Half the Days
Trouble relaxing: Several Days
Being so restless that it is hard to sit still: More Than Half the Days
Becoming easily annoyed or irritable: More Than Half the Days
Feeling afraid as if something awful might happen: Not At All
Total Score: 11
If you checked off any problems, how difficult have these problems made it for you to do your work, take care of things at home, or get along with people: Somewhat Difficult

Progress Note: 5/25/22

Lisa presents today in a neutral mood. Reports feeling hopeful as she's found inspiration to engage in social activities as her child is interested in doing more in the community. Encouraged Lisa to use this motivation to get out in a safe area and experience some level of social activity to help reduce social anxiety symptoms.

Treatment Plan
Treatment Goals: Reduce anxiety related to social phobia

Increase mood
Therapeutic Interventions Title: DBT

CFT

**Therapist Careslip ICD-10:**

Procedure Code: 90837MAT, Therapy 53+ minutes

Encounter Diagnoses:
 F43.12 POST-TRAUMATIC STRESS DISORDER, CHRONIC
 F33.1 MAJOR DEPRESSIVE DISORDER, RECURRENT, MODERATE
 F41.1 GENERALIZED ANXIETY DISORDER F40.11 SOCIAL PHOBIA, GENERALIZED

Procedures: CBT, CFT

I, the Licensed Mental Health Provider, affirm the above information.  Date: 5/25/2022

**Electronically Signed:  DRWENSKI, ANDREW on/at 5/25/2022 6:36:07 PM**

JA2502

**MINDFUL SUPPORT SERVICES**
**Andrew Drwenski**
**Telehealth**
**Phone: (425) 640-7009  Fax: (425) 678-6455**

**Lisa Menninger**
DOB: ████ /1968 54 year old, female
9495 NW EMBER LANE
PORTLAND, OR 97229
(913) 387-9451

Visit Date: 06/01/2022

**Therapist Progress Form**

**Session Details:**

Persons Present: Client

Start Time: 12:00 | End Time: 12:55pm

Session Format: Telehealth Video

Chief Complaint or Presenting Problem: Anxiety, social anxiety

History of Presenting Illness: As long as Lisa can remember. Most acute examples have occurred over the last five years as they relate to her career.Current Social Issues and Stressors: Pending legal case around ADA accommodations.

Suicide Assessment: Denies any current suicidal thoughts, plan or intent

Suicide Risk Assessment: Past Suicide Ideation Reported

Intent to Act: No

Plan for suicide attempt: No

Means to carry out plan: No, Denies Firearms

Timing of planned suicide indicated: No

Any preparations for planned suicide attempt: No

Homicide Assessment: Denies any current homicidal thoughts, plan or intent

Homicide Ideation:

**Assessment for Gravely Disabled:**

**Substance Use & Addiction History:**

Currently Using:

**PHQ9:**
Not performed this visit
Little interest or pleasure in doing things: Several Days
Feeling down, depressed, or hopeless: Several Days
Trouble falling or staying asleep, or sleeping too much: Several Days
Feeling tired or having little energy: Several Days

**JA2503**

Poor appetite or overeating: More Than Half the Days
Feeling bad about yourself or that you are a failure or have let yourself or your family down: Not at All
Trouble concentrating on things, such as reading the newspaper or watching television: Not at All
Moving or speaking so slowly that other people could have noticed. Or the opposite, being so fidgety or restless that you have been moving around a lot more than usual: Not at All
Thoughts that you would be better off dead or of hurting yourself in some way: Not at All
Total Score: 6
If you checked off any problems, how difficult have those problems made it for you to do your work, take care of things at home, or get along with other people: Somewhat Difficult
If you checked off any problems, how difficult have those problems made it for you to do your work, take care of things at home, or get along with other people: Extremely Difficult

**GAD7:**
Not performed this visit
Feeling nervous, anxious or on edge: More Than Half the Days
Not being able to stop or control worrying: More Than Half the Days
Worrying too much about different things: More Than Half the Days
Trouble relaxing: Several Days
Being so restless that it is hard to sit still: More Than Half the Days
Becoming easily annoyed or irritable: More Than Half the Days
Feeling afraid as if something awful might happen: Not At All
Total Score: 11
If you checked off any problems, how difficult have these problems made it for you to do your work, take care of things at home, or get along with people: Somewhat Difficult

Progress Note: 6/1/22

Lisa presents today in a positive mood. Lisa attributes this to impact of prozac wearing off and the ability to handle the physiological sensations closely associated with anxiety and depression. gave positive feedback for her positive approaches and encouraged her to continue to explore situations that are safe but also challenge her anxiety.

Treatment Plan
Treatment Goals: Reduce anxiety related to social phobia

Increase mood
Therapeutic Interventions Title: DBT

CFT

**Therapist Careslip ICD-10:**

Procedure Code: 90837MAT, Therapy 53+ minutes

Encounter Diagnoses:
 F43.12 POST-TRAUMATIC STRESS DISORDER, CHRONIC
 F33.1 MAJOR DEPRESSIVE DISORDER, RECURRENT, MODERATE
 F41.1 GENERALIZED ANXIETY DISORDER F40.11 SOCIAL PHOBIA, GENERALIZED

Procedures: CBT, CFT

I, the Licensed Mental Health Provider, affirm the above information.  Date: 06/01/2022

**Electronically Signed:  DRWENSKI, ANDREW on/at 6/1/2022 6:57:12 PM**

**JA2504**

**MINDFUL SUPPORT SERVICES**
**Dominique Wilson**
**Telehealth**
**Phone: (425) 640-7009  Fax: (425) 678-6455**

**Lisa Menninger**
DOB: ████/1968 54 year old, female
9495 NW EMBER LANE
PORTLAND, OR 97229
(913) 387-9451

Visit Date: 06/09/2022

**Psychiatric Progress Note**

**Session Details:**
Persons Present: Client
Start Time: 11:00 AM | End Time:  11:30 am
Session Format: Telehealth Video

**Provider Contacts:**

**Vital Signs:**

Current Medication Notes: Prozac 40 mg po qam
Benadryl 50 mg po qhs prn for sleep
Previous Medication Trials: Viibyrd, Xanax, Klonopin
Ambien, vistaril,  Propropraolol
Pain medication, prazosin,

Chief Complaint or Presenting Problem: Medication Follow Up
History of Presenting Illness: Ms. Lisa  reported  "Prozac is out of my symptoms. Now I don't feel like my feeling are being masked. My nightmares are more intense. My trail got pushed back to March 2023. I'm upset about the change. regarding the court date." + depression 4-9/10, anxiety 8/10, fidgety, restlessness, heighten sense, hopeless, helpless, low self esteem, highly critical, internalizing, poor sleep ( trouble falling asleep and staying asleep), nightmares, vivid dreams, easily distracted, flashbacks, night terrors, low energy, low motivation, guarded, isolating, panic attacks, racing thoughts, intrusive thoughts, paranoid ( regarding pending legal case), mood swings, increase frustration, increase  worrying. She denies any Si/Hi thoughts, avh, delusional, manic/hypomanic symptoms, impulsivity, quick anger, aggression, side effects, rituals, hopeless, helpless,

**Review of Psychiatric Symptoms:**
Depression: Depressed Mood | Decreased interest in activities | Disturbed sleep | Fatigue or loss of energy | Irritability | Low self-esteem | Low motivation | Psychomotor agitation/ retardation | Poor concentration, indecisiveness | Worthlessness or excessive guilt
Bipolar: Denies all symptoms
Generalized Anxiety: Difficulty controlling anxiety | Difficulty concentrating | Excessive anxiety/ worry | Easily fatigued | Irritability | Muscle tension | Restless/ on edge | Sleep disturbance
Panic Disorder: Denies all symptoms
Obsessive Compulsive Disorder: Denies all symptoms
PTSD: Denies all symptoms

**Trauma History:**
0
Patient has a history of being abused emotionally, sexually, physically, or by neglect: Yes
Thought Disorder: Denies all symptoms
ADHD: Denies all symptoms

**Past Psychiatric History:**
Previous psych treatment/therapy: PHP/IOP programs x1. GAD/Panic attacks, PTSD

Previous medications (dosage, side effects, time frame):
(See medication history)

History of hospitalizations: denies

History of suicidal ideation / plan / attempt: denies

**JA2505**

History of homicidal ideation / plan / attempt: denies
Antidepressants:
Mood Stabilizers:
Antipsychotics:
Sleeping Medications:
ADHD Medications:
Antianxiety Medications:

Current Symptoms Checklist:

Homicide Ideation:

**Medical History:**
Head Trauma |
Medical Problems List: Arthritis, psosaris , chronic pain
+ head trauma Reports 'Loc". Seizures during childhood took medication until the age of 5. Denies any eating disorders

LMP: N/A
Currently seeing neurologist for dyslexia.  Struggles with reading, write, and math.

Surgeries: joint surgeries

**Review of Systems:**
Constitutional: Negative
Eyes: Negative
ENT: Negative
Cardiovascular: Negative
Respiratory: Negative
Gastrointestinal: Negative
Genitourinary: Negative
Muscular: arthritis and chronic pain
Integumentary: psoriasis
Neurological: Negative
Endocrine:Negative
Heme/Lymph: Negative

**Records, Labs, Data Reviewed:**

Obstetric History: 0

**Substance Use & Addiction History:** Denies hx of substance use

**Social History:**

**Education/ Work History:**
Patient highest level of education: college completed medical school
Patient currently: Disabled

**Relationship History:**
Patient currently: Married
Patient feels safe in her current relationship: first checkbox
Married for 15 years. One child

**Legal History:**
Patient has been arrested: No
Patient has pending legal problems: No

**Spiritual Life:**

Patient belongs to a particular religion or spiritual group: No

Social Other: religious preference: denies
Military : in ROTC during college

**Psychiatric Assessments**
**Mental Status Exam:**
Orientation: Alert & Oriented x 4
Appearance: Appropriate
Motor: Normomotoric
Mood: Described as depressed
Described as worried
Affect: Normal to range, intensity and appropriateness
Thought Process: Cogent and future-oriented
Cognition and Memory: Grossly intact cognitive functioning and good memory
Behavior: Intermittent eye contact
Speech: Normal rate, tone, volume, and prosody
Thought Content: No suicidal or homicidal ideation or intent or plan
Insight and Judgment: Fair
Cognitive Style: Age-appropriate cognitive style
Attention & Concentration: Attentive


Cognitive Exam: Not formally assessed


Cognitive Exam: not formally evaluated today.
Able to participate in interview.
Fund of knowledge appears WNL for age and education.

**PHQ 9:**
Little interest or pleasure in doing things: Several Days
Feeling down, depressed, or hopeless: Several Days
Trouble falling or staying asleep, or sleeping too much: Several Days
Feeling tired or having little energy: Several Days
Poor appetite or overeating: More Than Half the Days
Feeling bad about yourself or that you are a failure or have let yourself or your family down: Not at All
Trouble concentrating on things, such as reading the newspaper or watching television: Not at All
Moving or speaking so slowly that other people could have noticed. Or the opposite, being so fidgety or restless that you have been moving around a lot more than usual: Not at All
Thoughts that you would be better off dead or of hurting yourself in some way: Not at All
Total Score: 6
If you checked off any problems, how difficult have those problems made it for you to do your work, take care of things at home, or get along with other people: Somewhat Difficult
If you checked off any problems, how difficult have those problems made it for you to do your work, take care of things at home, or get along with other people: Extremely Difficult

**GAD 7:**
Not performed this visit
Feeling nervous, anxious or on edge: More Than Half the Days
Not being able to stop or control worrying: More Than Half the Days
Worrying too much about different things: More Than Half the Days
Trouble relaxing: Several Days
Being so restless that it is hard to sit still: More Than Half the Days
Becoming easily annoyed or irritable: More Than Half the Days
Feeling afraid as if something awful might happen: Not At All
Total Score: 11
If you checked off any problems, how difficult have these problems made it for you to do your work, take care of things at home, or get along with people: Somewhat Difficult

**Assessment:**

JA2507

General Impression/ Formulation: 53 year old female presents today for a psychiatric follow up and to establish care for medication management for worsening depression and anxiety that has been on-going.

Currently stable and outpatient treatment is appropriate.

Medication Plan: increase  Klonopin 1 mg po qd for 20 days for anxiety/panic attacks

, Black box warning: Advised on the possibility of increased suicidal ideation with SSRI medication. If SI occurs or worsens, it is recommended that they call 911 or go to the ER.

, Reviewed risks, benefits, possible side effects, specific precautions, dosing instructions, and the importance of taking medication only as prescribed. Advised patient to call provider with worsening or new onset symptoms or side effects.

, Patient is aware there is no after hours or on-call emergency service with my practice.  I have disclosed that any calls or communication made will be responded to within 2-3 business days.

Reviewed mental health crisis resources with patient as outlined

, Reviewed mental health crisis resources with patient as outlined on KingCounty.gov:

Call 911 for police assistance if the situation is life threatening or if it looks like someone may get hurt. If there is no immediate physical danger, call the 24 hour C, Call 911 for police assistance if the situation is life threatening or if it looks like someone may get hurt. If there is no immediate physical danger, call the 24 hour Crisis Hotline at 206-461-3222 or 1-866-427-4747.

Recommendations and Follow Up: Follow up with Therapist | Follow up in One Month

**Interventions**
Psychotherapy:
Time Spent: 18 minutes
approx 18 min spent in supportive, client-centered, and psychoeducational psychotherapy above and beyond E&M service.  discussing good sleep hygiene techniques and healthy eating habits. encouraging ongoing efforts in healthy coping strategies. Safety plan established/discussed. 24 hr Crisis Line numbers have been provided. King Co 206-461-3222. Snohomish Co 800-584-3578. Pt verbalized understanding.

No Labs Ordered

**NP Careslip ICD-10:**

Encounter Diagnoses:

F43.12 POST-TRAUMATIC STRESS DISORDER, CHRONIC

F33.1 MAJOR DEPRESSIVE DISORDER, RECURRENT, MODERATE

F41.1 GENERALIZED ANXIETY DISORDER F40.11 SOCIAL PHOBIA, GENERALIZED

Past Diagnoses and Problems:

F43.12 POST-TRAUMATIC STRESS DISORDER, CHRONIC

F33.1 MAJOR DEPRESSIVE DISORDER, RECURRENT, MODERATE

F41.1 GENERALIZED ANXIETY DISORDER

Procedure Code: 90833NPT, Therapy 16-37 minutes w/ E&M

Procedure Code: 99214NPT, E&M Follow-up Detailed

**JA2508**

Electronically Signed:  Wilson, Dominique on/at 6/9/2022 11:55:56 AM

**MINDFUL SUPPORT SERVICES**
**Andrew Drwenski**
**Telehealth**
**Phone: (425) 640-7009  Fax: (425) 678-6455**

**Lisa Menninger**
DOB: ███/1968 54 year old, female
9495 NW EMBER LANE
PORTLAND, OR 97229
(913) 387-9451

Visit Date: 06/15/2022

**Therapist Progress Form**

**Session Details:**

Persons Present: Client

Start Time: 12:00 | End Time: 12:56pm

Session Format: Telehealth Video

Chief Complaint or Presenting Problem: Anxiety, social anxiety

History of Presenting Illness: As long as Lisa can remember. Most acute examples have occurred over the last five years as they relate to her career.Current Social Issues and Stressors: Pending legal case around ADA accommodations.

Suicide Assessment: Denies any current suicidal thoughts, plan or intent

Suicide Risk Assessment: Past Suicide Ideation Reported

Intent to Act: No

Plan for suicide attempt: No

Means to carry out plan: No, Denies Firearms

Timing of planned suicide indicated: No

Any preparations for planned suicide attempt: No

Homicide Assessment: Denies any current homicidal thoughts, plan or intent

Homicide Ideation:

**Assessment for Gravely Disabled:**

**Substance Use & Addiction History:**

Currently Using:

**PHQ9:**
Little interest or pleasure in doing things: Several Days
Feeling down, depressed, or hopeless: Several Days
Trouble falling or staying asleep, or sleeping too much: Several Days
Feeling tired or having little energy: Several Days
Poor appetite or overeating: More Than Half the Days

Feeling bad about yourself or that you are a failure or have let yourself or your family down: Not at All

Trouble concentrating on things, such as reading the newspaper or watching television: Not at All

Moving or speaking so slowly that other people could have noticed. Or the opposite, being so fidgety or restless that you have been moving around a lot more than usual: Not at All

Thoughts that you would be better off dead or of hurting yourself in some way: Not at All

Total Score: 6

If you checked off any problems, how difficult have those problems made it for you to do your work, take care of things at home, or get along with other people: Somewhat Difficult

If you checked off any problems, how difficult have those problems made it for you to do your work, take care of things at home, or get along with other people: Extremely Difficult

**GAD7:**

Not performed this visit

Feeling nervous, anxious or on edge: More Than Half the Days

Not being able to stop or control worrying: More Than Half the Days

Worrying too much about different things: More Than Half the Days

Trouble relaxing: Several Days

Being so restless that it is hard to sit still: More Than Half the Days

Becoming easily annoyed or irritable: More Than Half the Days

Feeling afraid as if something awful might happen: Not At All

Total Score: 11

If you checked off any problems, how difficult have these problems made it for you to do your work, take care of things at home, or get along with people: Somewhat Difficult

Progress Note: 6/15/22

Lisa presents today in a low mood. Describes feeling more intense downs now that she is completely off of her Prozac. Processed with her the topics of how she plans to motivate herself going forward and engaged in psycho education about how some of the high achieving goals may present problems and explored more attainable goals that can be done within a few weeks may be a better way to feel a sense of accomplishment.

Treatment Plan

Treatment Goals: Reduce anxiety related to social phobia

Increase mood

Therapeutic Interventions Title: DBT

CFT

**Therapist Careslip ICD-10:**

Procedure Code: 90837MAT, Therapy 53+ minutes

Encounter Diagnoses:

F43.12 POST-TRAUMATIC STRESS DISORDER, CHRONIC

F33.1 MAJOR DEPRESSIVE DISORDER, RECURRENT, MODERATE

F41.1 GENERALIZED ANXIETY DISORDER F40.11 SOCIAL PHOBIA, GENERALIZED

Past Diagnoses and Problems:

F43.12 POST-TRAUMATIC STRESS DISORDER, CHRONIC

F33.1 MAJOR DEPRESSIVE DISORDER, RECURRENT, MODERATE

F41.1 GENERALIZED ANXIETY DISORDER

Procedures: CBT, CFT

I, the Licensed Mental Health Provider, affirm the above information.  Date: 06/15/2022

**Electronically Signed:  DRWENSKI, ANDREW on/at 6/15/2022 1:13:11 PM**

JA2511

**MINDFUL SUPPORT SERVICES**
**Andrew Drwenski**
**Telehealth**
**Phone: (425) 640-7009  Fax: (425) 678-6455**

**Lisa Menninger**
DOB: ████ /1968 54 year old, female
9495 NW EMBER LANE
PORTLAND, OR 97229
(913) 387-9451

Visit Date: 06/22/2022

---

**Therapist Progress Form**

**Session Details:**

Persons Present: Client

Start Time: 12:00 | End Time: 12:56pm

Session Format: Telehealth Video

Chief Complaint or Presenting Problem: Anxiety, social anxiety

History of Presenting Illness: As long as Lisa can remember. Most acute examples have occurred over the last five years as they relate to her career.Current Social Issues and Stressors: Pending legal case around ADA accommodations.

Suicide Assessment: Denies any current suicidal thoughts, plan or intent

Suicide Risk Assessment: Past Suicide Ideation Reported

Intent to Act: No

Plan for suicide attempt: No

Means to carry out plan: No, Denies Firearms

Timing of planned suicide indicated: No

Any preparations for planned suicide attempt: No

Homicide Assessment: Denies any current homicidal thoughts, plan or intent

Homicide Ideation:

**Assessment for Gravely Disabled:**

**Substance Use & Addiction History:**

Currently Using:

**PHQ9:**
Little interest or pleasure in doing things: Several Days
Feeling down, depressed, or hopeless: Several Days
Trouble falling or staying asleep, or sleeping too much: Several Days
Feeling tired or having little energy: Several Days
Poor appetite or overeating: More Than Half the Days

Feeling bad about yourself or that you are a failure or have let yourself or your family down: Not at All

Trouble concentrating on things, such as reading the newspaper or watching television: Not at All

Moving or speaking so slowly that other people could have noticed. Or the opposite, being so fidgety or restless that you have been moving around a lot more than usual: Not at All

Thoughts that you would be better off dead or of hurting yourself in some way: Not at All

Total Score: 6

If you checked off any problems, how difficult have those problems made it for you to do your work, take care of things at home, or get along with other people: Somewhat Difficult

If you checked off any problems, how difficult have those problems made it for you to do your work, take care of things at home, or get along with other people: Extremely Difficult

**GAD7:**
Not performed this visit

Feeling nervous, anxious or on edge: More Than Half the Days

Not being able to stop or control worrying: More Than Half the Days

Worrying too much about different things: More Than Half the Days

Trouble relaxing: Several Days

Being so restless that it is hard to sit still: More Than Half the Days

Becoming easily annoyed or irritable: More Than Half the Days

Feeling afraid as if something awful might happen: Not At All

Total Score: 11

If you checked off any problems, how difficult have these problems made it for you to do your work, take care of things at home, or get along with people: Somewhat Difficult

Progress Note: 6/22/22

D:

Engaged in CBT skills processing including identifying the feeling that is driving the thinking. Lisa presented today in a lower than average mood and described feeling worse as evidenced by having poorer nights of sleep. Engaged in collective problem solving to understand the expectations she is putting on herself.

A:

Lisa seems to be regressing as evidenced by her desire to have high physical expectations in place of emotional strength to get through the uncertainty of the future. Lisa is making progress on her goals around connecting with family and identifying areas of strength and willingness to grow.

P:

Continue to meet with Lisa weekly to process trauma related symptoms.

Treatment Plan
Treatment Goals: Reduce anxiety related to social phobia

Increase mood
Therapeutic Interventions Title: DBT

CFT

**Therapist Careslip ICD-10:**

Procedure Code: 90837MAT, Therapy 53+ minutes

Encounter Diagnoses:
 F43.12 POST-TRAUMATIC STRESS DISORDER, CHRONIC
 F33.1 MAJOR DEPRESSIVE DISORDER, RECURRENT, MODERATE
 F41.1 GENERALIZED ANXIETY DISORDER F40.11 SOCIAL PHOBIA, GENERALIZED

Past Diagnoses and Problems:
 F43.12 POST-TRAUMATIC STRESS DISORDER, CHRONIC
 F33.1 MAJOR DEPRESSIVE DISORDER, RECURRENT, MODERATE
 F41.1 GENERALIZED ANXIETY DISORDER

Procedures: CBT, CFT

I, the Licensed Mental Health Provider, affirm the above information.  Date: 6/22/2022


**Electronically Signed:  DRWENSKI, ANDREW on/at 6/22/2022 6:49:31 PM**

JA2514

**MINDFUL SUPPORT SERVICES**
**Andrew Drwenski**
**Telehealth**
**Phone: (425) 640-7009  Fax: (425) 678-6455**

**Lisa Menninger**
DOB: ▮▮▮/1968 54 year old, female
9495 NW EMBER LANE
PORTLAND, OR 97229
(913) 387-9451

Visit Date: 06/29/2022

**Therapist Progress Form**

**Session Details:**

Persons Present: Client

Start Time: 12:00 | End Time: 12:56pm

Session Format: Telehealth Video

Chief Complaint or Presenting Problem: Anxiety, social anxiety

History of Presenting Illness: As long as Lisa can remember. Most acute examples have occurred over the last five years as they relate to her career.Current Social Issues and Stressors: Pending legal case around ADA accommodations.

Suicide Assessment: Denies any current suicidal thoughts, plan or intent

Suicide Risk Assessment: Past Suicide Ideation Reported

Intent to Act: No

Plan for suicide attempt: No

Means to carry out plan: No, Denies Firearms

Timing of planned suicide indicated: No

Any preparations for planned suicide attempt: No

Homicide Assessment: Denies any current homicidal thoughts, plan or intent

Homicide Ideation:

**Assessment for Gravely Disabled:**

**Substance Use & Addiction History:**

Currently Using:

**PHQ9:**
Little interest or pleasure in doing things: Several Days
Feeling down, depressed, or hopeless: Several Days
Trouble falling or staying asleep, or sleeping too much: Several Days
Feeling tired or having little energy: Several Days
Poor appetite or overeating: More Than Half the Days

**JA2515**

Feeling bad about yourself or that you are a failure or have let yourself or your family down: Not at All

Trouble concentrating on things, such as reading the newspaper or watching television: Not at All

Moving or speaking so slowly that other people could have noticed. Or the opposite, being so fidgety or restless that you have been moving around a lot more than usual: Not at All

Thoughts that you would be better off dead or of hurting yourself in some way: Not at All

Total Score: 6

If you checked off any problems, how difficult have those problems made it for you to do your work, take care of things at home, or get along with other people: Somewhat Difficult

If you checked off any problems, how difficult have those problems made it for you to do your work, take care of things at home, or get along with other people: Extremely Difficult

**GAD7:**

Not performed this visit

Feeling nervous, anxious or on edge: More Than Half the Days

Not being able to stop or control worrying: More Than Half the Days

Worrying too much about different things: More Than Half the Days

Trouble relaxing: Several Days

Being so restless that it is hard to sit still: More Than Half the Days

Becoming easily annoyed or irritable: More Than Half the Days

Feeling afraid as if something awful might happen: Not At All

Total Score: 11

If you checked off any problems, how difficult have these problems made it for you to do your work, take care of things at home, or get along with people: Somewhat Difficult

Progress Note: 6/29/22

S: Lisa reports feeling like a burden to others and feeling less supported by family members. Reports feeling uncertain on what she would like to do to cope. Discussed wanting to be out in the woods to find peace.

O: Magical thinking, regression on anxiety goals. Engaged in problem solving and reality checking

A: Lisa appears to have regressed on her goals. She attributes her regression to being off her medications and to some interpersonal relationship problems that she reported. When processing, it wasn't clear what the specific issue was, but Lisa's way of managing her anxiety appeared to be unrealistic. She describes wanting to be out in the woods and free of judgement but also afraid to be hurt.

P: continue to explore deep feelings of depression and find ways to find connections to her family and friends.

Treatment Plan
Treatment Goals: Reduce anxiety related to social phobia

Increase mood
Therapeutic Interventions Title: DBT

CFT

**Therapist Careslip ICD-10:**

Procedure Code: 90837MAT, Therapy 53+ minutes

Encounter Diagnoses:
 F43.12 POST-TRAUMATIC STRESS DISORDER, CHRONIC
 F33.1 MAJOR DEPRESSIVE DISORDER, RECURRENT, MODERATE
 F41.1 GENERALIZED ANXIETY DISORDER F40.11 SOCIAL PHOBIA, GENERALIZED

Past Diagnoses and Problems:
 F43.12 POST-TRAUMATIC STRESS DISORDER, CHRONIC
 F33.1 MAJOR DEPRESSIVE DISORDER, RECURRENT, MODERATE
 F41.1 GENERALIZED ANXIETY DISORDER

Procedures: CBT, CFT

I, the Licensed Mental Health Provider, affirm the above information.  Date: 06/29/2022

**Electronically Signed:  DRWENSKI, ANDREW on/at 6/29/2022 5:29:59 PM**

**MINDFUL SUPPORT SERVICES**
**Andrew Drwenski**
**Telehealth**
**Phone: (425) 640-7009  Fax: (425) 678-6455**

**Lisa Menninger**
DOB: ███/1968 54 year old, female
9495 NW EMBER LANE
PORTLAND, OR 97229
(913) 387-9451

Visit Date: 07/06/2022

**Therapist Progress Form**

**Session Details:**

Persons Present: Client

Start Time: 12:00 | End Time: 12:56pm

Session Format: Telehealth Video

Chief Complaint or Presenting Problem: Anxiety, social anxiety

History of Presenting Illness: As long as Lisa can remember. Most acute examples have occurred over the last five years as they relate to her career.Current Social Issues and Stressors: Pending legal case around ADA accommodations.

Suicide Assessment: Denies any current suicidal thoughts, plan or intent

Suicide Risk Assessment: Past Suicide Ideation Reported

Intent to Act: No

Plan for suicide attempt: No

Means to carry out plan: No, Denies Firearms

Timing of planned suicide indicated: No

Any preparations for planned suicide attempt: No

Homicide Assessment: Denies any current homicidal thoughts, plan or intent

Homicide Ideation:

**Assessment for Gravely Disabled:**

**Substance Use & Addiction History:**

Currently Using:

**PHQ9:**
Little interest or pleasure in doing things: Several Days
Feeling down, depressed, or hopeless: Several Days
Trouble falling or staying asleep, or sleeping too much: Several Days
Feeling tired or having little energy: Several Days
Poor appetite or overeating: More Than Half the Days

**JA2518**

Feeling bad about yourself or that you are a failure or have let yourself or your family down: Not at All

Trouble concentrating on things, such as reading the newspaper or watching television: Not at All

Moving or speaking so slowly that other people could have noticed. Or the opposite, being so fidgety or restless that you have been moving around a lot more than usual: Not at All

Thoughts that you would be better off dead or of hurting yourself in some way: Not at All

Total Score: 6

If you checked off any problems, how difficult have those problems made it for you to do your work, take care of things at home, or get along with other people: Somewhat Difficult

If you checked off any problems, how difficult have those problems made it for you to do your work, take care of things at home, or get along with other people: Extremely Difficult

**GAD7:**
Not performed this visit

Feeling nervous, anxious or on edge: More Than Half the Days

Not being able to stop or control worrying: More Than Half the Days

Worrying too much about different things: More Than Half the Days

Trouble relaxing: Several Days

Being so restless that it is hard to sit still: More Than Half the Days

Becoming easily annoyed or irritable: More Than Half the Days

Feeling afraid as if something awful might happen: Not At All

Total Score: 11

If you checked off any problems, how difficult have these problems made it for you to do your work, take care of things at home, or get along with people: Somewhat Difficult

Progress Note: 7/6/22

S: Lisa reports feeling more depressed, reducing activities, and reluctance to want to engage in known pleasurable activities. Presented with some SI but no plan or intent.

O: Magical thinking, continued regression on anxiety goals. Some flexibility with engaging in problem solving and following through with her family

A: Lisa reports feeling impacted greatly by national events and how they may impact her and her child in the long term. To this writer, these events, while stressful, are not immediate threats to their well being. It is understandable that Lisa is engaging in these activities as a proxy for her own stressor as it is a long term issue that won't resolve until March 2023 with current estimates. Lisa is encouraged to attempt to go to the hiking areas she endorsed liking and spending time there to help her feel more balanced.

P: Continue to meet with Lisa weekly to encourage positive coping strategies and encourage connection with family.

Treatment Plan
Treatment Goals: Reduce anxiety related to social phobia

Increase mood
Therapeutic Interventions Title: DBT

CFT

Recommendations and Follow Up: Follow Up Scheduled |

**Therapist Careslip ICD-10:**

Procedure Code: 90837MAT, Therapy 53+ minutes

Encounter Diagnoses:
F43.12 POST-TRAUMATIC STRESS DISORDER, CHRONIC
F33.1 MAJOR DEPRESSIVE DISORDER, RECURRENT, MODERATE
F41.1 GENERALIZED ANXIETY DISORDER F40.11 SOCIAL PHOBIA, GENERALIZED

Past Diagnoses and Problems:
F43.12 POST-TRAUMATIC STRESS DISORDER, CHRONIC
F33.1 MAJOR DEPRESSIVE DISORDER, RECURRENT, MODERATE

Lisa Menninger DOB: 7/1968 Visit Date: 07/06/2022

F41.1 GENERALIZED ANXIETY DISORDER

Procedures: CBT, CFT

I, the Licensed Mental Health Provider, affirm the above information.  Date: 7/6/2022

**Electronically Signed:  DRWENSKI, ANDREW on/at 7/6/2022 5:18:57 PM**

**MINDFUL SUPPORT SERVICES**
**Dominique Wilson**
**Telehealth**
**Phone: (425) 640-7009  Fax: (425) 678-6455**

**Lisa Menninger**
DOB: ███/1968 54 year old, female
9495 NW EMBER LANE
PORTLAND, OR 97229
(913) 387-9451

Visit Date: 07/12/2022

---

**Psychiatric Progress Note**

**Session Details:**
Persons Present: Client
Start Time: 11:00 AM | End Time:  11:30 am
Session Format: Telehealth Video

**Provider Contacts:**

**Vital Signs:**

Current Medication Notes: Prozac 40 mg po qam
Benadryl 50 mg po qhs prn for sleep
Previous Medication Trials: Viibyrd, Xanax, Klonopin
Ambien, vistaril,  Propropraolol
Pain medication, prazosin,

Chief Complaint or Presenting Problem: Medication Follow Up
History of Presenting Illness: Ms. Lisa  reported  "I'm been depressed. I dont want to restart Prozac. I'm using my coping skills from therapy to cope with my depression. I stopped walking due to feeling like people were watching me." + depression 4-9/10, anxiety 8/10, fidgety, restlessness, heighten sense, hopeless, helpless, low self esteem, highly critical, internalizing, poor sleep ( trouble falling asleep and staying asleep), nightmares, vivid dreams, easily distracted, flashbacks, night terrors, low energy, low motivation, guarded, isolating, panic attacks, racing thoughts, intrusive thoughts, paranoid ( regarding pending legal case), mood swings, increase frustration, increase  worrying. She denies any Si/Hi thoughts, avh, delusional, manic/hypomanic symptoms, impulsivity, quick anger, aggression, side effects, rituals, hopeless, helpless, side effects

**Review of Psychiatric Symptoms:**
Depression: Depressed Mood | Decreased interest in activities | Disturbed sleep | Fatigue or loss of energy | Irritability | Low self-esteem | Low motivation | Psychomotor agitation/ retardation | Poor concentration, indecisiveness | Worthlessness or excessive guilt
Bipolar: Denies all symptoms
Generalized Anxiety: Difficulty controlling anxiety | Difficulty concentrating | Excessive anxiety/ worry | Easily fatigued | Irritability | Muscle tension | Restless/ on edge | Sleep disturbance
Panic Disorder: Denies all symptoms
Obsessive Compulsive Disorder: Denies all symptoms
PTSD: Denies all symptoms

**Trauma History:**
0
Patient has a history of being abused emotionally, sexually, physically, or by neglect: Yes
Thought Disorder: Denies all symptoms
ADHD: Denies all symptoms

**Past Psychiatric History:**
Previous psych treatment/therapy: PHP/IOP programs x1. GAD/Panic attacks, PTSD

Previous medications (dosage, side effects, time frame):
(See medication history)

History of hospitalizations: denies

History of suicidal ideation / plan / attempt: denies

---

History of homicidal ideation / plan / attempt: denies
Antidepressants:
Mood Stabilizers:
Antipsychotics:
Sleeping Medications:
ADHD Medications:
Antianxiety Medications:

Current Symptoms Checklist:

Homicide Ideation:

**Medical History:**
Head Trauma |
Medical Problems List: Arthritis, psosaris , chronic pain
+ head trauma Reports 'Loc". Seizures during childhood took medication until the age of 5. Denies any eating disorders

LMP: N/A
Currently seeing neurologist for dyslexia.  Struggles with reading, write, and math.

Surgeries: joint surgeries

**Review of Systems:**
Constitutional: Negative
Eyes: Negative
ENT: Negative
Cardiovascular: Negative
Respiratory: Negative
Gastrointestinal: Negative
Genitourinary: Negative
Muscular: arthritis and chronic pain
Integumentary: psoriasis
Neurological: Negative
Endocrine:Negative
Heme/Lymph: Negative

**Records, Labs, Data Reviewed:**

Obstetric History: 0

**Substance Use & Addiction History:** Denies hx of substance use

**Social History:**

**Education/ Work History:**
Patient highest level of education: college completed medical school
Patient currently: Disabled

**Relationship History:**
Patient currently: Married
Patient feels safe in her current relationship: first checkbox
Married for 15 years. One child

**Legal History:**
Patient has been arrested: No
Patient has pending legal problems: No

**Spiritual Life:**

JA2522

Patient belongs to a particular religion or spiritual group: No

Social Other: religious preference: denies
Military : in ROTC during college

**Psychiatric Assessments**
**Mental Status Exam:**
Orientation: Alert & Oriented x 4
Appearance: Appropriate
Motor: Normomotoric
Mood: Described as depressed
Described as worried
Affect: Normal to range, intensity and appropriateness
Thought Process: Cogent and future-oriented
Cognition and Memory: Grossly intact cognitive functioning and good memory
Behavior: Intermittent eye contact
Speech: Normal rate, tone, volume, and prosody
Thought Content: No suicidal or homicidal ideation or intent or plan
Insight and Judgment: Fair
Cognitive Style: Age-appropriate cognitive style
Attention & Concentration: Attentive

Cognitive Exam: Not formally assessed

Cognitive Exam: not formally evaluated today.
Able to participate in interview.
Fund of knowledge appears WNL for age and education.

**PHQ 9:**
Not performed this visit
Little interest or pleasure in doing things: Several Days
Feeling down, depressed, or hopeless: Several Days
Trouble falling or staying asleep, or sleeping too much: Several Days
Feeling tired or having little energy: Several Days
Poor appetite or overeating: More Than Half the Days
Feeling bad about yourself or that you are a failure or have let yourself or your family down: Not at All
Trouble concentrating on things, such as reading the newspaper or watching television: Not at All
Moving or speaking so slowly that other people could have noticed. Or the opposite, being so fidgety or restless that you have been moving around a lot more than usual: Not at All
Thoughts that you would be better off dead or of hurting yourself in some way: Not at All
Total Score: 6
If you checked off any problems, how difficult have those problems made it for you to do your work, take care of things at home, or get along with other people: Somewhat Difficult
If you checked off any problems, how difficult have those problems made it for you to do your work, take care of things at home, or get along with other people: Extremely Difficult

**GAD 7:**
Not performed this visit
Feeling nervous, anxious or on edge: More Than Half the Days
Not being able to stop or control worrying: More Than Half the Days
Worrying too much about different things: More Than Half the Days
Trouble relaxing: Several Days
Being so restless that it is hard to sit still: More Than Half the Days
Becoming easily annoyed or irritable: More Than Half the Days
Feeling afraid as if something awful might happen: Not At All
Total Score: 11
If you checked off any problems, how difficult have these problems made it for you to do your work, take care of things at home, or get along with people: Somewhat Difficult

**Assessment:**

General Impression/ Formulation: 53 year old female presents today for a psychiatric follow up and to establish care for medication management for worsening depression and anxiety that has been on-going.

Currently stable and outpatient treatment is appropriate.

Medication Plan: Continue Klonopin 1 mg po qd for 30 days for anxiety/panic attacks

, Black box warning: Advised on the possibility of increased suicidal ideation with SSRI medication. If SI occurs or worsens, it is recommended that they call 911 or go to the ER.

, Reviewed risks, benefits, possible side effects, specific precautions, dosing instructions, and the importance of taking medication only as prescribed. Advised patient to call provider with worsening or new onset symptoms or side effects.

, Patient is aware there is no after hours or on-call emergency service with my practice.  I have disclosed that any calls or communication made will be responded to within 2-3 business days.

Reviewed mental health crisis resources with patient as outlined

, Reviewed mental health crisis resources with patient as outlined on KingCounty.gov:

Call 911 for police assistance if the situation is life threatening or if it looks like someone may get hurt. If there is no immediate physical danger, call the 24 hour C, Call 911 for police assistance if the situation is life threatening or if it looks like someone may get hurt. If there is no immediate physical danger, call the 24 hour Crisis Hotline at 206-461-3222 or 1-866-427-4747.

Recommendations and Follow Up: Follow up with Therapist | Follow up in One Month

**Interventions**

Psychotherapy:

Time Spent: 18 minutes

approx 18 min spent in supportive, client-centered, and psychoeducational psychotherapy above and beyond E&M service.  discussing good sleep hygiene techniques and healthy eating habits. encouraging ongoing efforts in healthy coping strategies. Safety plan established/discussed. 24 hr Crisis Line numbers have been provided. King Co 206-461-3222. Snohomish Co 800-584-3578. Pt verbalized understanding.

No Labs Ordered

**NP Careslip ICD-10:**

Encounter Diagnoses:

F43.12 POST-TRAUMATIC STRESS DISORDER, CHRONIC

F33.1 MAJOR DEPRESSIVE DISORDER, RECURRENT, MODERATE

F41.1 GENERALIZED ANXIETY DISORDER F40.11 SOCIAL PHOBIA, GENERALIZED

Past Diagnoses and Problems:

F43.12 POST-TRAUMATIC STRESS DISORDER, CHRONIC

F33.1 MAJOR DEPRESSIVE DISORDER, RECURRENT, MODERATE

F41.1 GENERALIZED ANXIETY DISORDER

Procedure Code: 90833NPT, Therapy 16-37 minutes w/ E&M

Procedure Code: 99214NPT, E&M Follow-up Detailed

Electronically Signed:  Wilson, Dominique on/at 7/12/2022 11:33:26 AM

**MINDFUL SUPPORT SERVICES**
**Andrew Drwenski**
**Telehealth**
**Phone: (425) 640-7009  Fax: (425) 678-6455**

**Lisa Menninger**
DOB: ███/1968 54 year old, female
9495 NW EMBER LANE
PORTLAND, OR 97229
(913) 387-9451

Visit Date: 07/13/2022

**Therapist Progress Form**

**Session Details:**

Persons Present: Client

Start Time: 12:00 | End Time: 12:53pm

Session Format: Telehealth Video

Chief Complaint or Presenting Problem: Anxiety, social anxiety, depression

History of Presenting Illness: As long as Lisa can remember. Most acute examples have occurred over the last five years as they relate to her career.
Current Social Issues and Stressors: Pending legal case around ADA accommodations.

Suicide Assessment: Denies any current suicidal thoughts, plan or intent

Suicide Risk Assessment: Past Suicide Ideation Reported

Intent to Act: No

Plan for suicide attempt: No

Means to carry out plan: No, Denies Firearms

Timing of planned suicide indicated: No

Any preparations for planned suicide attempt: No

Homicide Assessment: Denies any current homicidal thoughts, plan or intent

Homicide Ideation:

**Assessment for Gravely Disabled:**

**Substance Use & Addiction History:**

Currently Using:

**PHQ9:**
Not performed this visit
Little interest or pleasure in doing things: Several Days
Feeling down, depressed, or hopeless: Several Days
Trouble falling or staying asleep, or sleeping too much: Several Days
Feeling tired or having little energy: Several Days

**JA2526**

Lisa Menninger D.O.B:        / /1968   Visit Date: 07/13/2022

Poor appetite or overeating: More Than Half the Days
Feeling bad about yourself or that you are a failure or have let yourself or your family down: Not at All
Trouble concentrating on things, such as reading the newspaper or watching television: Not at All
Moving or speaking so slowly that other people could have noticed. Or the opposite, being so fidgety or restless that you have been moving around a lot more than usual: Not at All
Thoughts that you would be better off dead or of hurting yourself in some way: Not at All
Total Score: 6
If you checked off any problems, how difficult have those problems made it for you to do your work, take care of things at home, or get along with other people: Somewhat Difficult
If you checked off any problems, how difficult have those problems made it for you to do your work, take care of things at home, or get along with other people: Extremely Difficult

**GAD7:**
Not performed this visit
Feeling nervous, anxious or on edge: More Than Half the Days
Not being able to stop or control worrying: More Than Half the Days
Worrying too much about different things: More Than Half the Days
Trouble relaxing: Several Days
Being so restless that it is hard to sit still: More Than Half the Days
Becoming easily annoyed or irritable: More Than Half the Days
Feeling afraid as if something awful might happen: Not At All
Total Score: 11
If you checked off any problems, how difficult have these problems made it for you to do your work, take care of things at home, or get along with people: Somewhat Difficult

Progress Note: 7/13/22

S: Lisa reports feeling more depressed, a desire to try to get back on medication, and a willingness to try some exposure to stressors. Reports learning that her court date has been set.

O: Lisa's mood was markedly lower and at times teary. Denied SI or plan. Thoughts were more goal oriented compared to last week.

A: Lisa learned about the court date set for early 2023 and has brought a large amount of anxiety into her life. Lisa continues to disengage from social activity and is slow to make progress on her social anxiety goals. She agreed to engage in building a sense of community by visiting known spots she likes. She was open to the concept of avoidance being self reinforcing and encouragement to engage in avoiding avoidance.

P: Continue to meet with Lisa weekly to encourage positive coping strategies and encourage connection with family.

Treatment Plan
Treatment Goals: Reduce anxiety related to social phobia

Increase mood
Therapeutic Interventions Title: DBT

CFT

Recommendations and Follow Up: Follow Up Scheduled |

**Therapist Careslip ICD-10:**

Procedure Code: 90837MAT, Therapy 53+ minutes

Encounter Diagnoses:
 F43.12 POST-TRAUMATIC STRESS DISORDER, CHRONIC
 F33.1 MAJOR DEPRESSIVE DISORDER, RECURRENT, MODERATE
 F41.1 GENERALIZED ANXIETY DISORDER F40.11 SOCIAL PHOBIA, GENERALIZED

Past Diagnoses and Problems:
 F43.12 POST-TRAUMATIC STRESS DISORDER, CHRONIC

F33.1 MAJOR DEPRESSIVE DISORDER, RECURRENT, MODERATE
F41.1 GENERALIZED ANXIETY DISORDER

Procedures: CBT, CFT

I, the Licensed Mental Health Provider, affirm the above information.  Date: 7/13/2022


**Electronically Signed:  DRWENSKI, ANDREW on/at 7/13/2022 5:15:25 PM**

**MINDFUL SUPPORT SERVICES**
**Andrew Drwenski**
**Telehealth**
**Phone: (425) 640-7009  Fax: (425) 678-6455**

**Lisa Menninger**
DOB: ████/1968 54 year old, female
9495 NW EMBER LANE
PORTLAND, OR 97229
(913) 387-9451

Visit Date: 07/20/2022

**Therapist Progress Form**

**Session Details:**

Persons Present: Client

Start Time: 12:00 | End Time: 12:56pm

Session Format: Telehealth Video

Chief Complaint or Presenting Problem: Anxiety, social anxiety, depression

History of Presenting Illness: As long as Lisa can remember. Most acute examples have occurred over the last five years as they relate to her career.
Current Social Issues and Stressors: Pending legal case around ADA accommodations.

Suicide Assessment: Denies any current suicidal thoughts, plan or intent

Suicide Risk Assessment: Past Suicide Ideation Reported

Intent to Act: No

Plan for suicide attempt: No

Means to carry out plan: No, Denies Firearms

Timing of planned suicide indicated: No

Any preparations for planned suicide attempt: No

Homicide Assessment: Denies any current homicidal thoughts, plan or intent

Homicide Ideation:

**Assessment for Gravely Disabled:**

**Substance Use & Addiction History:**

Currently Using:

**PHQ9:**
Not performed this visit
Little interest or pleasure in doing things: Several Days
Feeling down, depressed, or hopeless: Several Days
Trouble falling or staying asleep, or sleeping too much: Several Days
Feeling tired or having little energy: Several Days

**JA2529**

Poor appetite or overeating: More Than Half the Days
Feeling bad about yourself or that you are a failure or have let yourself or your family down: Not at All
Trouble concentrating on things, such as reading the newspaper or watching television: Not at All
Moving or speaking so slowly that other people could have noticed. Or the opposite, being so fidgety or restless that you have been moving around a lot more than usual: Not at All
Thoughts that you would be better off dead or of hurting yourself in some way: Not at All
Total Score: 6
If you checked off any problems, how difficult have those problems made it for you to do your work, take care of things at home, or get along with other people: Somewhat Difficult
If you checked off any problems, how difficult have those problems made it for you to do your work, take care of things at home, or get along with other people: Extremely Difficult

**GAD7:**
Not performed this visit
Feeling nervous, anxious or on edge: More Than Half the Days
Not being able to stop or control worrying: More Than Half the Days
Worrying too much about different things: More Than Half the Days
Trouble relaxing: Several Days
Being so restless that it is hard to sit still: More Than Half the Days
Becoming easily annoyed or irritable: More Than Half the Days
Feeling afraid as if something awful might happen: Not At All
Total Score: 11
If you checked off any problems, how difficult have these problems made it for you to do your work, take care of things at home, or get along with people: Somewhat Difficult

Progress Note: 7/20/22

S: Lisa reports starting Prozac again. Reported a decrease in mood and reported going to trail head as the homework asked her to do.

O: Lisa appeared to be in a more positive space. Her affect was more expressive and her tone was upbeat. Her views on what changed largely focused on the Prozac despite knowing that it hadn't been enough time to have a clinical effect.

A: Lisa attributed her change in mood to the chemical effects of the medication. While this writer is not qualified to comment directly on that, t/w did challenge Lisa to understand that she has made positive choices (including taking the medication) as well as attributing the successes towards her choice to be more active in the community.

P: Continue to meet with Lisa weekly to encourage positive coping strategies and encourage connection with family.

Treatment Plan
Treatment Goals: Reduce anxiety related to social phobia

Increase mood as reported by the client.

Increase interaction with the community.
Therapeutic Interventions Title: DBT

CFT

Recommendations and Follow Up: Follow Up Scheduled |

**Therapist Careslip ICD-10:**

Procedure Code: 90837MAT, Therapy 53+ minutes

Encounter Diagnoses:
 F43.12 POST-TRAUMATIC STRESS DISORDER, CHRONIC
 F33.1 MAJOR DEPRESSIVE DISORDER, RECURRENT, MODERATE
 F41.1 GENERALIZED ANXIETY DISORDER F40.11 SOCIAL PHOBIA, GENERALIZED

**JA2530**

Past Diagnoses and Problems:
 F43.12 POST-TRAUMATIC STRESS DISORDER, CHRONIC
 F33.1 MAJOR DEPRESSIVE DISORDER, RECURRENT, MODERATE
 F41.1 GENERALIZED ANXIETY DISORDER

Procedures: CBT, CFT

I, the Licensed Mental Health Provider, affirm the above information.  Date: 07/20/2022

**Electronically Signed:  DRWENSKI, ANDREW on/at 7/20/2022 6:57:25 PM**

**MINDFUL SUPPORT SERVICES**
**Andrew Drwenski**
**Telehealth**
**Phone: (425) 640-7009  Fax: (425) 678-6455**

**Lisa Menninger**
DOB: ████ /1968 54 year old, female
9495 NW EMBER LANE
PORTLAND, OR 97229
(913) 387-9451

Visit Date: 07/27/2022

---

**Therapist Progress Form**

**Session Details:**

Persons Present: Client

Start Time: 12:00 | End Time: 12:53pm

Session Format: Telehealth Video

Chief Complaint or Presenting Problem: Anxiety, social anxiety, depression

History of Presenting Illness: As long as Lisa can remember. Most acute examples have occurred over the last five years as they relate to her career.
Current Social Issues and Stressors: Pending legal case around ADA accommodations.

Suicide Assessment: Denies any current suicidal thoughts, plan or intent

Suicide Risk Assessment: Past Suicide Ideation Reported

Intent to Act: No

Plan for suicide attempt: No

Means to carry out plan: No, Denies Firearms

Timing of planned suicide indicated: No

Any preparations for planned suicide attempt: No

Homicide Assessment: Denies any current homicidal thoughts, plan or intent

Homicide Ideation:

**Assessment for Gravely Disabled:**

**Substance Use & Addiction History:**

Currently Using:

**PHQ9:**
Not performed this visit
Little interest or pleasure in doing things: Several Days
Feeling down, depressed, or hopeless: Several Days
Trouble falling or staying asleep, or sleeping too much: Several Days
Feeling tired or having little energy: Several Days

**JA2532**

Poor appetite or overeating: More Than Half the Days
Feeling bad about yourself or that you are a failure or have let yourself or your family down: Not at All
Trouble concentrating on things, such as reading the newspaper or watching television: Not at All
Moving or speaking so slowly that other people could have noticed. Or the opposite, being so fidgety or restless that you have been moving around a lot more than usual: Not at All
Thoughts that you would be better off dead or of hurting yourself in some way: Not at All
Total Score: 6
If you checked off any problems, how difficult have those problems made it for you to do your work, take care of things at home, or get along with other people: Somewhat Difficult
If you checked off any problems, how difficult have those problems made it for you to do your work, take care of things at home, or get along with other people: Extremely Difficult

**GAD7:**
Not performed this visit
Feeling nervous, anxious or on edge: More Than Half the Days
Not being able to stop or control worrying: More Than Half the Days
Worrying too much about different things: More Than Half the Days
Trouble relaxing: Several Days
Being so restless that it is hard to sit still: More Than Half the Days
Becoming easily annoyed or irritable: More Than Half the Days
Feeling afraid as if something awful might happen: Not At All
Total Score: 11
If you checked off any problems, how difficult have these problems made it for you to do your work, take care of things at home, or get along with people: Somewhat Difficult

Progress Note: 7/27/22

Lisa presented today from her home in Portland OR in a neutral mood. Described feeling better in relation to depressive symptoms, but struggling with anxiety symptoms. Including feeling like she cannot get out of bed because she does not feel safe.

Explored using CBT techniques to understand what changes have occured to help understand the setbacks. Processed using reflective listening and reframing to encourage new goal setting around engaging in tasks that are meaningful to Lisa.

Agreed to meet again next week to continue to monitor anxiety symptoms and depressive symptoms.

Treatment Plan
Treatment Goals: Reduce anxiety related to social phobia

Increase mood as reported by the client.

Increase interaction with the community.
Therapeutic Interventions Title: DBT

CFT

Recommendations and Follow Up: Follow Up Scheduled |

**Therapist Careslip ICD-10:**

Procedure Code: 90837MAT, Therapy 53+ minutes

Encounter Diagnoses:
 F43.12 POST-TRAUMATIC STRESS DISORDER, CHRONIC
 F33.1 MAJOR DEPRESSIVE DISORDER, RECURRENT, MODERATE
 F41.1 GENERALIZED ANXIETY DISORDER F40.11 SOCIAL PHOBIA, GENERALIZED

Past Diagnoses and Problems:
 F43.12 POST-TRAUMATIC STRESS DISORDER, CHRONIC

F33.1 MAJOR DEPRESSIVE DISORDER, RECURRENT, MODERATE
F41.1 GENERALIZED ANXIETY DISORDER

Procedures: CBT, CFT

I, the Licensed Mental Health Provider, affirm the above information.  Date: 07/27/2022

**Electronically Signed:  DRWENSKI, ANDREW on/at 7/27/2022 1:32:58 PM**

**MINDFUL SUPPORT SERVICES**
**Andrew Drwenski**
**Telehealth**
**Phone: (425) 640-7009  Fax: (425) 678-6455**

**Lisa Menninger**
DOB: ███/1968 54 year old, female
9495 NW EMBER LANE
PORTLAND, OR 97229
(913) 387-9451

Visit Date: 08/03/2022

**Therapist Progress Form**

**Session Details:**

Persons Present: Client

Start Time: 12:00 | End Time: 12:53pm

Session Format: Telehealth Video

Chief Complaint or Presenting Problem: Anxiety, social anxiety, depression

History of Presenting Illness: As long as Lisa can remember. Most acute examples have occurred over the last five years as they relate to her career.
Current Social Issues and Stressors: Pending legal case around ADA accommodations.

Suicide Assessment: Denies any current suicidal thoughts, plan or intent

Suicide Risk Assessment: Past Suicide Ideation Reported

Intent to Act: No

Plan for suicide attempt: No

Means to carry out plan: No, Denies Firearms

Timing of planned suicide indicated: No

Any preparations for planned suicide attempt: No

Homicide Assessment: Denies any current homicidal thoughts, plan or intent

Homicide Ideation:

**Assessment for Gravely Disabled:**

**Substance Use & Addiction History:**

Currently Using:

**PHQ9:**
Not performed this visit
Little interest or pleasure in doing things: Several Days
Feeling down, depressed, or hopeless: Several Days
Trouble falling or staying asleep, or sleeping too much: Several Days
Feeling tired or having little energy: Several Days

**JA2535**

Poor appetite or overeating: More Than Half the Days
Feeling bad about yourself or that you are a failure or have let yourself or your family down: Not at All
Trouble concentrating on things, such as reading the newspaper or watching television: Not at All
Moving or speaking so slowly that other people could have noticed. Or the opposite, being so fidgety or restless that you have been moving around a lot more than usual: Not at All
Thoughts that you would be better off dead or of hurting yourself in some way: Not at All
Total Score: 6
If you checked off any problems, how difficult have those problems made it for you to do your work, take care of things at home, or get along with other people: Somewhat Difficult
If you checked off any problems, how difficult have those problems made it for you to do your work, take care of things at home, or get along with other people: Extremely Difficult

**GAD7:**
Not performed this visit
Feeling nervous, anxious or on edge: More Than Half the Days
Not being able to stop or control worrying: More Than Half the Days
Worrying too much about different things: More Than Half the Days
Trouble relaxing: Several Days
Being so restless that it is hard to sit still: More Than Half the Days
Becoming easily annoyed or irritable: More Than Half the Days
Feeling afraid as if something awful might happen: Not At All
Total Score: 11
If you checked off any problems, how difficult have these problems made it for you to do your work, take care of things at home, or get along with people: Somewhat Difficult

Progress Note: 8/3/22

Lisa presented today in a neutral mood. Described anxiety getting worse and a desire to leave her current environment for one in a more rural area. Processed these feelings using reality checking and gathered information on what in particular is causing the pronounced sense of social anxiety.

Used reflective listening and cognitive behavioral therapy to encourage Lisa to engage in emotional expression and meditation techniques. In particular, conceptualizing the efforts like an ultramarathon. Many of the things Lisa reported to have issues with appeared to be resistance towards engaging in a task that did not directly correlate with the larger struggle of her court case.

Continue to meet with Lisa weekly to process traumas using CBT.

Treatment Plan
Treatment Goals: Reduce anxiety related to social phobia

Increase mood as reported by the client.

Increase interaction with the community.
Therapeutic Interventions Title: DBT

CFT

Recommendations and Follow Up: Follow Up Scheduled |

**Therapist Careslip ICD-10:**

Procedure Code: 90837MAT, Therapy 53+ minutes

Encounter Diagnoses:
 F43.12 POST-TRAUMATIC STRESS DISORDER, CHRONIC
 F33.1 MAJOR DEPRESSIVE DISORDER, RECURRENT, MODERATE
 F41.1 GENERALIZED ANXIETY DISORDER F40.11 SOCIAL PHOBIA, GENERALIZED

Past Diagnoses and Problems:

JA2536

F43.12 POST-TRAUMATIC STRESS DISORDER, CHRONIC
F33.1 MAJOR DEPRESSIVE DISORDER, RECURRENT, MODERATE
F41.1 GENERALIZED ANXIETY DISORDER

Procedures: CBT, CFT

I, the Licensed Mental Health Provider, affirm the above information.  Date: 8/3/2022


**Electronically Signed:  DRWENSKI, ANDREW on/at 8/3/2022 8:08:56 PM**

JA2537

**MINDFUL SUPPORT SERVICES**
**Dominique Wilson**
Telehealth
Phone: (425) 640-7009  Fax: (425) 678-6455

**Lisa Menninger**
DOB: ████/1968 54 year old, female
9495 NW EMBER LANE
PORTLAND, OR 97229
(913) 387-9451

Visit Date: 08/09/2022

**Psychiatric Progress Note**

**Session Details:**
Persons Present: Client
Start Time: 1:00 pm | End Time:  1:30 pm
Session Format: Telehealth Video

**Provider Contacts:**

**Vital Signs:**

Current Medication Notes: Prozac 40 mg po qam
Benadryl 50 mg po qhs prn for sleep
Previous Medication Trials: Viibyrd, Xanax, Klonopin
Ambien, vistaril,  Proprpraolol
Pain medication, prazosin,

Chief Complaint or Presenting Problem: Medication Follow Up
History of Presenting Illness: Ms. Lisa  reported  "I'm struggling too much. I need to get on my Prozac. My depression and anxiety is through the roof. "
+ depression 4-9/10, anxiety 8/10, fidgety, restlessness, heighten sense, hopeless, helpless, low self esteem, highly critical, internalizing, poor sleep ( trouble falling asleep and staying asleep), nightmares, vivid dreams, easily distracted, flashbacks, night terrors, low energy, low motivation, guarded, increase stress, sense of feeling overwhelmed.  isolating, panic attacks, racing thoughts, intrusive thoughts, paranoid (regarding pending legal case), mood swings, increase frustration, increase worrying. She denies any Si/Hi thoughts, avh, delusional, manic/hypomanic symptoms, impulsivity, quick anger, aggression, rituals, side effects, verbal aggression,

**Review of Psychiatric Symptoms:**
Depression: Depressed Mood | Decreased interest in activities | Disturbed sleep | Fatigue or loss of energy | Irritability | Low self-esteem | Low motivation | Psychomotor agitation/ retardation | Poor concentration, indecisiveness | Worthlessness or excessive guilt
Bipolar: Denies all symptoms
Generalized Anxiety: Difficulty controlling anxiety | Difficulty concentrating | Excessive anxiety/ worry | Easily fatigued | Irritability | Muscle tension | Restless/ on edge | Sleep disturbance
Panic Disorder: Denies all symptoms
Obsessive Compulsive Disorder: Denies all symptoms
PTSD: Denies all symptoms

**Trauma History:**
0
Patient has a history of being abused emotionally, sexually, physically, or by neglect: Yes
Thought Disorder: Denies all symptoms
ADHD: Denies all symptoms

**Past Psychiatric History:**
Previous psych treatment/therapy: PHP/IOP programs x1. GAD/Panic attacks, PTSD

Previous medications (dosage, side effects, time frame):
(See medication history)

History of hospitalizations: denies

History of suicidal ideation / plan / attempt: denies

**JA2538**

History of homicidal ideation / plan / attempt: denies
Antidepressants:
Mood Stabilizers:
Antipsychotics:
Sleeping Medications:
ADHD Medications:
Antianxiety Medications:

Current Symptoms Checklist:

Homicide Ideation:

**Medical History:**
Head Trauma |
Medical Problems List: Arthritis, psosaris , chronic pain
+ head trauma Reports 'Loc". Seizures during childhood took medication until the age of 5. Denies any eating disorders

LMP: N/A
Currently seeing neurologist for dyslexia.  Struggles with reading, write, and math.

Surgeries: joint surgeries

**Review of Systems:**
Constitutional: Negative
Eyes: Negative
ENT: Negative
Cardiovascular: Negative
Respiratory: Negative
Gastrointestinal: Negative
Genitourinary: Negative
Muscular: arthritis and chronic pain
Integumentary: psoriasis
Neurological: Negative
Endocrine:Negative
Heme/Lymph: Negative

**Records, Labs, Data Reviewed:**

Obstetric History: 0

**Substance Use & Addiction History:** Denies hx of substance use

**Social History:**

**Education/ Work History:**
Patient highest level of education: college completed medical school
Patient currently: Disabled

**Relationship History:**
Patient currently: Married
Patient feels safe in her current relationship: first checkbox
Married for 15 years. One child

**Legal History:**
Patient has been arrested: No
Patient has pending legal problems: No

**Spiritual Life:**

Patient belongs to a particular religion or spiritual group: No

Social Other: religious preference: denies
Military : in ROTC during college

**Psychiatric Assessments**
**Mental Status Exam:**
Orientation: Alert & Oriented x 4
Appearance: Appropriate
Motor: Normomotoric
Mood: Described as depressed
Described as worried
Affect: Normal to range, intensity and appropriateness
Thought Process: Cogent and future-oriented
Cognition and Memory: Grossly intact cognitive functioning and good memory
Behavior: Intermittent eye contact
Speech: Normal rate, tone, volume, and prosody
Thought Content: No suicidal or homicidal ideation or intent or plan
Insight and Judgment: Fair
Cognitive Style: Age-appropriate cognitive style
Attention & Concentration: Attentive

Cognitive Exam: Not formally assessed

Cognitive Exam: not formally evaluated today.
Able to participate in interview.
Fund of knowledge appears WNL for age and education.

**PHQ 9:**
Not performed this visit
Little interest or pleasure in doing things: Several Days
Feeling down, depressed, or hopeless: Several Days
Trouble falling or staying asleep, or sleeping too much: Several Days
Feeling tired or having little energy: Several Days
Poor appetite or overeating: More Than Half the Days
Feeling bad about yourself or that you are a failure or have let yourself or your family down: Not at All
Trouble concentrating on things, such as reading the newspaper or watching television: Not at All
Moving or speaking so slowly that other people could have noticed. Or the opposite, being so fidgety or restless that you have been moving around a lot more than usual: Not at All
Thoughts that you would be better off dead or of hurting yourself in some way: Not at All
Total Score: 6
If you checked off any problems, how difficult have those problems made it for you to do your work, take care of things at home, or get along with other people: Somewhat Difficult
If you checked off any problems, how difficult have those problems made it for you to do your work, take care of things at home, or get along with other people: Extremely Difficult

**GAD 7:**
Not performed this visit
Feeling nervous, anxious or on edge: More Than Half the Days
Not being able to stop or control worrying: More Than Half the Days
Worrying too much about different things: More Than Half the Days
Trouble relaxing: Several Days
Being so restless that it is hard to sit still: More Than Half the Days
Becoming easily annoyed or irritable: More Than Half the Days
Feeling afraid as if something awful might happen: Not At All
Total Score: 11
If you checked off any problems, how difficult have these problems made it for you to do your work, take care of things at home, or get along with people: Somewhat Difficult

**Assessment:**
General Impression/ Formulation: 53 year old female presents today for a psychiatric follow up and to establish care for medication management for worsening depression and anxiety that has been on-going.

Currently stable and outpatient treatment is appropriate.

Medication Plan: Continue Klonopin 1 mg po qd for 30 days for anxiety/panic attacks]
Restart Prozac 40 mg po qm for MDD/GAD

, Black box warning: Advised on the possibility of increased suicidal ideation with SSRI medication. If SI occurs or worsens, it is recommended that they call 911 or go to the ER.

, Reviewed risks, benefits, possible side effects, specific precautions, dosing instructions, and the importance of taking medication only as prescribed. Advised patient to call provider with worsening or new onset symptoms or side effects.

, Patient is aware there is no after hours or on-call emergency service with my practice.  I have disclosed that any calls or communication made will be responded to within 2-3 business days.

Reviewed mental health crisis resources with patient as outlined

, Reviewed mental health crisis resources with patient as outlined on KingCounty.gov:

Call 911 for police assistance if the situation is life threatening or if it looks like someone may get hurt. If there is no immediate physical danger, call the 24 hour C, Call 911 for police assistance if the situation is life threatening or if it looks like someone may get hurt. If there is no immediate physical danger, call the 24 hour Crisis Hotline at 206-461-3222 or 1-866-427-4747.

Recommendations and Follow Up: Follow up with Therapist | Follow up in One Month

**Interventions**
Psychotherapy:
Time Spent: 18 minutes
approx 18 min spent in supportive, client-centered, and psychoeducational psychotherapy above and beyond E&M service.  discussing good sleep hygiene techniques and healthy eating habits. encouraging ongoing efforts in healthy coping strategies. Safety plan established/discussed. 24 hr Crisis Line numbers have been provided. King Co 206-461-3222. Snohomish Co 800-584-3578. Pt verbalized understanding.

No Labs Ordered

**NP Careslip ICD-10:**

Encounter Diagnoses:

 F43.12 POST-TRAUMATIC STRESS DISORDER, CHRONIC

 F33.1 MAJOR DEPRESSIVE DISORDER, RECURRENT, MODERATE

 F41.1 GENERALIZED ANXIETY DISORDER F40.11 SOCIAL PHOBIA, GENERALIZED

Past Diagnoses and Problems:

 F43.12 POST-TRAUMATIC STRESS DISORDER, CHRONIC

 F33.1 MAJOR DEPRESSIVE DISORDER, RECURRENT, MODERATE

 F41.1 GENERALIZED ANXIETY DISORDER

Procedure Code: 90833NPT, Therapy 16-37 minutes w/ E&M

Procedure Code: 99214NPT, E&M Follow-up Detailed

JA2541

**Electronically Signed:  Wilson, Dominique on/at 10/12/2022 11:49:02 AM**

**MINDFUL SUPPORT SERVICES**
**Andrew Drwenski**
**Telehealth**
**Phone: (425) 640-7009  Fax: (425) 678-6455**

**Lisa Menninger**
DOB: ██████ /1968 54 year old, female
9495 NW EMBER LANE
PORTLAND, OR 97229
(913) 387-9451

Visit Date: 08/11/2022

**Therapist Progress Form**

**Session Details:**

Persons Present: Client

Start Time: 12:00 | End Time: 12:53pm

Session Format: Telehealth Video

Chief Complaint or Presenting Problem: Anxiety, social anxiety, depression

History of Presenting Illness: As long as Lisa can remember. Most acute examples have occurred over the last five years as they relate to her career.
Current Social Issues and Stressors: Pending legal case around ADA accommodations.

Suicide Assessment: Denies any current suicidal thoughts, plan or intent

Suicide Risk Assessment: Past Suicide Ideation Reported

Intent to Act: No

Plan for suicide attempt: No

Means to carry out plan: No, Denies Firearms

Timing of planned suicide indicated: No

Any preparations for planned suicide attempt: No

Homicide Assessment: Denies any current homicidal thoughts, plan or intent

Homicide Ideation:

**Assessment for Gravely Disabled:**

**Substance Use & Addiction History:**

Currently Using:

**PHQ9:**
Not performed this visit
Little interest or pleasure in doing things: Several Days
Feeling down, depressed, or hopeless: Several Days
Trouble falling or staying asleep, or sleeping too much: Several Days
Feeling tired or having little energy: Several Days

**JA2543**

Lisa Menninger DOB: 7/1968 Entry Date: 08/13/2022

Poor appetite or overeating: More Than Half the Days
Feeling bad about yourself or that you are a failure or have let yourself or your family down: Not at All
Trouble concentrating on things, such as reading the newspaper or watching television: Not at All
Moving or speaking so slowly that other people could have noticed. Or the opposite, being so fidgety or restless that you have been moving around a lot more than usual: Not at All
Thoughts that you would be better off dead or of hurting yourself in some way: Not at All
Total Score: 6
If you checked off any problems, how difficult have those problems made it for you to do your work, take care of things at home, or get along with other people: Somewhat Difficult
If you checked off any problems, how difficult have those problems made it for you to do your work, take care of things at home, or get along with other people: Extremely Difficult

**GAD7:**
Not performed this visit
Feeling nervous, anxious or on edge: More Than Half the Days
Not being able to stop or control worrying: More Than Half the Days
Worrying too much about different things: More Than Half the Days
Trouble relaxing: Several Days
Being so restless that it is hard to sit still: More Than Half the Days
Becoming easily annoyed or irritable: More Than Half the Days
Feeling afraid as if something awful might happen: Not At All
Total Score: 11
If you checked off any problems, how difficult have these problems made it for you to do your work, take care of things at home, or get along with people: Somewhat Difficult

Progress Note: 8/10/22

Lisa presents today in a neutral mood. Some improvement in mood and insight per self report. Lisa reports struggling to look forward to any events and often finds it difficult to get out of bed. Lisa was able to follow up on the homework assigned but reports that it did not help because she did not have the materials that she is used to.

Lisa is making slower than normal progress on her goals. While it's progress that she was able to follow through on the homework (something that happens about 50% of the time) she wasn't able to identify what about the project may bring her joy. She is able to identify areas that she is engaging in flight or flight and able to reframe those issues to fit a situation in which she can manage more effectively.

Continue to meet with Lisa weekly to help with PTSD and Social anxiety.

Treatment Plan
Treatment Goals: Reduce anxiety related to social phobia

Increase mood as reported by the client.

Increase interaction with the community.
Therapeutic Interventions Title: DBT

CFT

Recommendations and Follow Up: Follow Up Scheduled |

**Therapist Careslip ICD-10:**

Procedure Code: 90837MAT, Therapy 53+ minutes

Encounter Diagnoses:
 F43.12 POST-TRAUMATIC STRESS DISORDER, CHRONIC
 F33.1 MAJOR DEPRESSIVE DISORDER, RECURRENT, MODERATE
 F41.1 GENERALIZED ANXIETY DISORDER F40.11 SOCIAL PHOBIA, GENERALIZED

**JA2544**

Past Diagnoses and Problems:
 F43.12 POST-TRAUMATIC STRESS DISORDER, CHRONIC
 F33.1 MAJOR DEPRESSIVE DISORDER, RECURRENT, MODERATE
 F41.1 GENERALIZED ANXIETY DISORDER

Procedures: CBT, CFT

I, the Licensed Mental Health Provider, affirm the above information.  Date: 08/10/2022


**Electronically Signed:  DRWENSKI, ANDREW on/at 8/11/2022 5:09:49 PM**

JA2545

**MINDFUL SUPPORT SERVICES**
**Andrew Drwenski**
**Telehealth**
**Phone: (425) 640-7009  Fax: (425) 678-6455**

**Lisa Menninger**
DOB: ███/1968 54 year old, female
9495 NW EMBER LANE
PORTLAND, OR 97229
(913) 387-9451

Visit Date: 08/17/2022

**Therapist Progress Form**

**Session Details:**

Persons Present: Client

Start Time: 12:00 | End Time: 12:55pm

Session Format: Telehealth Video


Chief Complaint or Presenting Problem: Anxiety, social anxiety, depression

History of Presenting Illness: As long as Lisa can remember. Most acute examples have occurred over the last five years as they relate to her career.
Current Social Issues and Stressors: Pending legal case around ADA accommodations.


Suicide Assessment: Denies any current suicidal thoughts, plan or intent

Suicide Risk Assessment: Past Suicide Ideation Reported

Intent to Act: No

Plan for suicide attempt: No

Means to carry out plan: No, Denies Firearms

Timing of planned suicide indicated: No

Any preparations for planned suicide attempt: No


Homicide Assessment: Denies any current homicidal thoughts, plan or intent


Homicide Ideation:


**Assessment for Gravely Disabled:**


**Substance Use & Addiction History:**

Currently Using:


**PHQ9:**
Not performed this visit
Little interest or pleasure in doing things: Several Days
Feeling down, depressed, or hopeless: Several Days
Trouble falling or staying asleep, or sleeping too much: Several Days
Feeling tired or having little energy: Several Days

**JA2546**

Poor appetite or overeating: More Than Half the Days

Feeling bad about yourself or that you are a failure or have let yourself or your family down: Not at All

Trouble concentrating on things, such as reading the newspaper or watching television: Not at All

Moving or speaking so slowly that other people could have noticed. Or the opposite, being so fidgety or restless that you have been moving around a lot more than usual: Not at All

Thoughts that you would be better off dead or of hurting yourself in some way: Not at All

Total Score: 6

If you checked off any problems, how difficult have those problems made it for you to do your work, take care of things at home, or get along with other people: Somewhat Difficult

If you checked off any problems, how difficult have those problems made it for you to do your work, take care of things at home, or get along with other people: Extremely Difficult

**GAD7:**

Not performed this visit

Feeling nervous, anxious or on edge: More Than Half the Days

Not being able to stop or control worrying: More Than Half the Days

Worrying too much about different things: More Than Half the Days

Trouble relaxing: Several Days

Being so restless that it is hard to sit still: More Than Half the Days

Becoming easily annoyed or irritable: More Than Half the Days

Feeling afraid as if something awful might happen: Not At All

Total Score: 11

If you checked off any problems, how difficult have these problems made it for you to do your work, take care of things at home, or get along with people: Somewhat Difficult

Progress Note: 8/17/22

D:

Lisa presented today in a neutral mood. Reports feeling 'paranoid' and like people are watching her. Assessed for psychotic features and while she endorses feeling like she's being followed, she endorsed that she knows that it anxiety driven and is able to distinguish worries from reality.

A:

Lisa continues to feel the stress of adjusting to her environment. She is slow to make changes as her anxiety levels are often high and cause sleep disruption. Much of her time is used to cope with day to day stress and she is focusing on what to expect on her next stage of court case.

P:

Continue to meet with Lisa to cope with the prolonged trauma of her court case and generalized anxiety disorder.

Treatment Plan
Treatment Goals: Reduce anxiety related to social phobia

Increase mood as reported by the client.

Increase interaction with the community.
Therapeutic Interventions Title: DBT

CFT

Recommendations and Follow Up: Follow Up Scheduled |

**Therapist Careslip ICD-10:**

Procedure Code: 90837MAT, Therapy 53+ minutes

Encounter Diagnoses:
 F43.12 POST-TRAUMATIC STRESS DISORDER, CHRONIC
 F33.1 MAJOR DEPRESSIVE DISORDER, RECURRENT, MODERATE
 F41.1 GENERALIZED ANXIETY DISORDER F40.11 SOCIAL PHOBIA, GENERALIZED

Past Diagnoses and Problems:
 F43.12 POST-TRAUMATIC STRESS DISORDER, CHRONIC
 F33.1 MAJOR DEPRESSIVE DISORDER, RECURRENT, MODERATE
 F41.1 GENERALIZED ANXIETY DISORDER

Procedures: CBT, CFT

I, the Licensed Mental Health Provider, affirm the above information.  Date: 8/10/2022


**Electronically Signed:  DRWENSKI, ANDREW on/at 8/17/2022 5:34:47 PM**

JA2548

**MINDFUL SUPPORT SERVICES**
**Andrew Drwenski**
**Telehealth**
**Phone: (425) 640-7009  Fax: (425) 678-6455**

**Lisa Menninger**
DOB: ███ 1968 54 year old, female
9495 NW EMBER LANE
PORTLAND, OR 97229
(913) 387-9451

Visit Date: 08/31/2022

**Therapist Progress Form**

**Session Details:**

Persons Present: Client

Start Time: 12:00 | End Time: 12:55pm

Session Format: Telehealth Video

Chief Complaint or Presenting Problem: Anxiety, social anxiety, depression

History of Presenting Illness: As long as Lisa can remember. Most acute examples have occurred over the last five years as they relate to her career.
Current Social Issues and Stressors: Pending legal case around ADA accommodations.

Suicide Assessment: Denies any current suicidal thoughts, plan or intent

Suicide Risk Assessment: Past Suicide Ideation Reported

Intent to Act: No

Plan for suicide attempt: No

Means to carry out plan: No, Denies Firearms

Timing of planned suicide indicated: No

Any preparations for planned suicide attempt: No

Homicide Assessment: Denies any current homicidal thoughts, plan or intent

Homicide Ideation:

**Assessment for Gravely Disabled:**

**Substance Use & Addiction History:**

Currently Using:

**PHQ9:**
Not performed this visit
Little interest or pleasure in doing things: Several Days
Feeling down, depressed, or hopeless: Several Days
Trouble falling or staying asleep, or sleeping too much: Several Days
Feeling tired or having little energy: Several Days

**JA2549**

Poor appetite or overeating: More Than Half the Days
Feeling bad about yourself or that you are a failure or have let yourself or your family down: Not at All
Trouble concentrating on things, such as reading the newspaper or watching television: Not at All
Moving or speaking so slowly that other people could have noticed. Or the opposite, being so fidgety or restless that you have been moving around a lot more than usual: Not at All
Thoughts that you would be better off dead or of hurting yourself in some way: Not at All
Total Score: 6
If you checked off any problems, how difficult have those problems made it for you to do your work, take care of things at home, or get along with other people: Somewhat Difficult
If you checked off any problems, how difficult have those problems made it for you to do your work, take care of things at home, or get along with other people: Extremely Difficult

**GAD7:**
Not performed this visit
Feeling nervous, anxious or on edge: More Than Half the Days
Not being able to stop or control worrying: More Than Half the Days
Worrying too much about different things: More Than Half the Days
Trouble relaxing: Several Days
Being so restless that it is hard to sit still: More Than Half the Days
Becoming easily annoyed or irritable: More Than Half the Days
Feeling afraid as if something awful might happen: Not At All
Total Score: 11
If you checked off any problems, how difficult have these problems made it for you to do your work, take care of things at home, or get along with people: Somewhat Difficult

Progress Note: 8/31/22

D:

Lisa reports feeling better after visiting the coast over the last two weeks. Reports that anxiety and fears of leaving home return after her visit from the coast. Reports feeling anxious about most things with little relief. Nightmares have also become more visit and frequent.

A:

Lisa has made some progress on her goals over the last two weeks. She was able to get to the coast and endorsed feeling a lot of relief while there. She noted that this kind of relief is what she is looking for. Lisa continues to look for new places to move to in the moderate-distant future where she has little struggles. She continues to connect her physical location with her worries, however they tend to be where ever she is. This is typical of someone at the height of panic disorder.

P:

Continue to meet with Lisa to cope with the prolonged trauma of her court case and generalized anxiety disorder. Continue to encourage Lisa to venture out to known areas that she feels are safe and that she can cope with.

Treatment Plan
Treatment Goals: Reduce anxiety related to social phobia

Increase mood as reported by the client.

Increase interaction with the community.
Therapeutic Interventions Title: DBT

CFT

Recommendations and Follow Up: Follow Up Scheduled |

**Therapist Careslip ICD-10:**

JA2550

Procedure Code: 90837MAT, Therapy 53+ minutes

Encounter Diagnoses:
 F43.12 POST-TRAUMATIC STRESS DISORDER, CHRONIC
 F33.1 MAJOR DEPRESSIVE DISORDER, RECURRENT, MODERATE
 F41.1 GENERALIZED ANXIETY DISORDER F40.11 SOCIAL PHOBIA, GENERALIZED

Past Diagnoses and Problems:
 F43.12 POST-TRAUMATIC STRESS DISORDER, CHRONIC
 F33.1 MAJOR DEPRESSIVE DISORDER, RECURRENT, MODERATE
 F41.1 GENERALIZED ANXIETY DISORDER

Procedures: CBT, CFT

I, the Licensed Mental Health Provider, affirm the above information.  Date: 08/31/2022

**Electronically Signed:  DRWENSKI, ANDREW on/at 8/31/2022 1:38:43 PM**

JA2551

**MINDFUL SUPPORT SERVICES**
**Dominique Wilson**
**Telehealth**
**Phone: (425) 640-7009  Fax: (425) 678-6455**

**Lisa Menninger**
DOB: ███/1968 54 year old, female
9495 NW EMBER LANE
PORTLAND, OR 97229
(913) 387-9451

Visit Date: 09/06/2022

---

**Psychiatric Progress Note**

**Session Details:**
Persons Present: Client
Start Time: 1:00 pm | End Time:  1:30 pm
Session Format: Telehealth Video

**Provider Contacts:**

**Vital Signs:**

Current Medication Notes: Prozac 40 mg po qam
Benadryl 50 mg po qhs prn for sleep
Previous Medication Trials: Viibyrd, Xanax, Klonopin
Ambien, vistaril,  Propropraolol
Pain medication, prazosin,

Chief Complaint or Presenting Problem: Medication Follow Up
History of Presenting Illness: Ms. Lisa  reported  "Prozac is helping the depression. Its not helping with my fears and anxiety. I'm afraid to leave the house, The court trail has been finalized for March 20, 2023. I'm feeling overwhelmed."  + depression 4-9/10, anxiety 8/10, fidgety, restlessness, heighten sense, hopeless, helpless, low self esteem, highly critical, internalizing, poor sleep (trouble falling asleep and staying asleep), nightmares, vivid dreams, easily distracted, flashbacks, night terrors, low energy, low motivation, guarded, isolating, panic attacks, racing thoughts, intrusive thoughts, paranoid regarding pending legal case), mood swings, increase frustration, increase worrying, increase stress, sense of feeling overwhelmed.  She denies any Si/Hi thoughts, avh, delusional manic/hypomanic symptoms, impulsivity, quick anger, aggression, rituals, side effects, labile mood, argumentative, confrontational, worthlessness

**Review of Psychiatric Symptoms:**
Depression: Depressed Mood | Decreased interest in activities | Disturbed sleep | Fatigue or loss of energy | Irritability | Low self-esteem | Low motivation | Psychomotor agitation/ retardation | Poor concentration, indecisiveness | Worthlessness or excessive guilt
Bipolar: Denies all symptoms
Generalized Anxiety: Difficulty controlling anxiety | Difficulty concentrating | Excessive anxiety/ worry | Easily fatigued | Irritability | Muscle tension | Restless/ on edge | Sleep disturbance
Panic Disorder: Denies all symptoms
Obsessive Compulsive Disorder: Denies all symptoms
PTSD: Denies all symptoms

**Trauma History:**
0
Patient has a history of being abused emotionally, sexually, physically, or by neglect: Yes
Thought Disorder: Denies all symptoms
ADHD: Denies all symptoms

**Past Psychiatric History:**
Previous psych treatment/therapy: PHP/IOP programs x1. GAD/Panic attacks, PTSD

Previous medications (dosage, side effects, time frame):
(See medication history)

History of hospitalizations: denies

History of suicidal ideation / plan / attempt: denies

History of homicidal ideation / plan / attempt: denies
Antidepressants:
Mood Stabilizers:
Antipsychotics:
Sleeping Medications:
ADHD Medications:
Antianxiety Medications:

Current Symptoms Checklist:

Homicide Ideation:

**Medical History:**
Head Trauma |
Medical Problems List: Arthritis, psosaris , chronic pain
+ head trauma Reports 'Loc". Seizures during childhood took medication until the age of 5. Denies any eating disorders

LMP: N/A
Currently seeing neurologist for dyslexia.  Struggles with reading, write, and math.

Surgeries: joint surgeries

**Review of Systems:**
Constitutional: Negative
Eyes: Negative
ENT: Negative
Cardiovascular: Negative
Respiratory: Negative
Gastrointestinal: Negative
Genitourinary: Negative
Muscular: arthritis and chronic pain
Integumentary: psoriasis
Neurological: Negative
Endocrine:Negative
Heme/Lymph: Negative

**Records, Labs, Data Reviewed:**

Obstetric History: 0

**Substance Use & Addiction History:** Denies hx of substance use

**Social History:**

**Education/ Work History:**
Patient highest level of education: college completed medical school
Patient currently: Disabled

**Relationship History:**
Patient currently: Married
Patient feels safe in her current relationship: first checkbox
Married for 15 years. One child

**Legal History:**
Patient has been arrested: No
Patient has pending legal problems: No

**Spiritual Life:**
Patient belongs to a particular religion or spiritual group: No

Social Other: religious preference: denies
Military : in ROTC during college

**Psychiatric Assessments**
**Mental Status Exam:**
Orientation: Alert & Oriented x 4
Appearance: Appropriate
Motor: Normomotoric
Mood: Described as depressed
Described as worried
Affect: Normal to range, intensity and appropriateness
Thought Process: Cogent and future-oriented
Cognition and Memory: Grossly intact cognitive functioning and good memory
Behavior: Intermittent eye contact
Speech: Normal rate, tone, volume, and prosody
Thought Content: No suicidal or homicidal ideation or intent or plan
Insight and Judgment: Fair
Cognitive Style: Age-appropriate cognitive style
Attention & Concentration: Attentive

Cognitive Exam: Not formally assessed

Cognitive Exam: not formally evaluated today.
Able to participate in interview.
Fund of knowledge appears WNL for age and education.

**PHQ 9:**
Little interest or pleasure in doing things: Several Days
Feeling down, depressed, or hopeless: Several Days
Trouble falling or staying asleep, or sleeping too much: Several Days
Feeling tired or having little energy: Several Days
Poor appetite or overeating: More Than Half the Days
Feeling bad about yourself or that you are a failure or have let yourself or your family down: Not at All
Trouble concentrating on things, such as reading the newspaper or watching television: Not at All
Moving or speaking so slowly that other people could have noticed. Or the opposite, being so fidgety or restless that you have been moving around a lot more than usual: Not at All
Thoughts that you would be better off dead or of hurting yourself in some way: Not at All
Total Score: 6
If you checked off any problems, how difficult have those problems made it for you to do your work, take care of things at home, or get along with other people: Somewhat Difficult
If you checked off any problems, how difficult have those problems made it for you to do your work, take care of things at home, or get along with other people: Extremely Difficult

**GAD 7:**
Not performed this visit
Feeling nervous, anxious or on edge: More Than Half the Days
Not being able to stop or control worrying: More Than Half the Days
Worrying too much about different things: More Than Half the Days
Trouble relaxing: Several Days
Being so restless that it is hard to sit still: More Than Half the Days
Becoming easily annoyed or irritable: More Than Half the Days
Feeling afraid as if something awful might happen: Not At All
Total Score: 11
If you checked off any problems, how difficult have these problems made it for you to do your work, take care of things at home, or get along with people: Somewhat Difficult

**Assessment:**
General Impression/ Formulation: 54 year old female presents today for a psychiatric follow up and to establish care for medication management for worsening depression and anxiety that has been on-going.

Currently stable and outpatient treatment is appropriate.

Medication Plan: Continue Klonopin 1 mg po qd for 30 days for anxiety/panic attacks]
Restart Prozac 40 mg po qm for MDD/GAD

, Black box warning: Advised on the possibility of increased suicidal ideation with SSRI medication. If SI occurs or worsens, it is recommended that they call 911 or go to the ER.

, Reviewed risks, benefits, possible side effects, specific precautions, dosing instructions, and the importance of taking medication only as prescribed. Advised patient to call provider with worsening or new onset symptoms or side effects.

, Patient is aware there is no after hours or on-call emergency service with my practice.  I have disclosed that any calls or communication made will be responded to within 2-3 business days.

Reviewed mental health crisis resources with patient as outlined

, Reviewed mental health crisis resources with patient as outlined on KingCounty.gov:

Call 911 for police assistance if the situation is life threatening or if it looks like someone may get hurt. If there is no immediate physical danger, call the 24 hour C, Call 911 for police assistance if the situation is life threatening or if it looks like someone may get hurt. If there is no immediate physical danger, call the 24 hour Crisis Hotline at 206-461-3222 or 1-866-427-4747.

Recommendations and Follow Up: Follow up with Therapist | Follow up in One Month

**Interventions**
Psychotherapy:
Time Spent: 18 minutes
approx 18 min spent in supportive, client-centered, and psychoeducational psychotherapy above and beyond E&M service.  discussing good sleep hygiene techniques and healthy eating habits. encouraging ongoing efforts in healthy coping strategies. Safety plan established/discussed. 24 hr Crisis Line numbers have been provided. King Co 206-461-3222. Snohomish Co 800-584-3578. Pt verbalized understanding.

No Labs Ordered

**NP Careslip ICD-10:**

Encounter Diagnoses:

 F43.12 POST-TRAUMATIC STRESS DISORDER, CHRONIC

 F33.1 MAJOR DEPRESSIVE DISORDER, RECURRENT, MODERATE

 F41.1 GENERALIZED ANXIETY DISORDER F40.11 SOCIAL PHOBIA, GENERALIZED

Past Diagnoses and Problems:

 F43.12 POST-TRAUMATIC STRESS DISORDER, CHRONIC

 F33.1 MAJOR DEPRESSIVE DISORDER, RECURRENT, MODERATE

 F41.1 GENERALIZED ANXIETY DISORDER

JA2555

Electronically Signed:  Wilson, Dominique on/at 10/12/2022 11:30:25 AM

**JA2556**

**MINDFUL SUPPORT SERVICES**
**Dominique Wilson**
**Telehealth**
**Phone: (425) 640-7009  Fax: (425) 678-6455**

**Lisa Menninger**
DOB: ███/1968 54 year old, female
9495 NW EMBER LANE
PORTLAND, OR 97229
(913) 387-9451

Visit Date: 09/06/2022

---

**Psychiatric Progress Note**

**Session Details:**
Persons Present: Client
Start Time: 11:00 am | End Time: 11:30 am
Session Format: Telehealth Video

**Provider Contacts:**

**Vital Signs:**

Current Medication Notes: Prozac 40 mg po qam
Benadryl 50 mg po qhs prn for sleep
Previous Medication Trials: Viibyrd, Xanax, Klonopin
Ambien, vistaril,  Proropraolol
Pain medication, prazosin,

Chief Complaint or Presenting Problem: Medication Follow Up
History of Presenting Illness: Ms. Lisa  reported  "I just signed up to take some college classes in person. I want to study film.  i'm extremely nervous and anxious being around people." + depression 4-9/10, anxiety 8/10, fidgety, restlessness, heighten sense, hopeless, helpless, low self esteem, highly critical, internalizing, poor sleep ( trouble falling asleep and staying asleep), nightmares, vivid dreams, easily distracted, flashbacks, night terrors, low energy, low motivation, guarded, isolating, panic attacks, racing thoughts, intrusive thoughts, paranoid ( regarding pending legal case), mood swings, increase frustration, increase  worrying. She denies any Si/Hi thoughts, avh, delusional, manic/hypomanic symptoms, impulsivity, quick anger, aggression, side effects, rituals,

**Review of Psychiatric Symptoms:**
Depression: Depressed Mood | Decreased interest in activities | Disturbed sleep | Fatigue or loss of energy | Irritability | Low self-esteem | Low motivation | Psychomotor agitation/ retardation | Poor concentration, indecisiveness | Worthlessness or excessive guilt
Bipolar: Denies all symptoms
Generalized Anxiety: Difficulty controlling anxiety | Difficulty concentrating | Excessive anxiety/ worry | Easily fatigued | Irritability | Muscle tension | Restless/ on edge | Sleep disturbance
Panic Disorder: Denies all symptoms
Obsessive Compulsive Disorder: Denies all symptoms
PTSD: Denies all symptoms

**Trauma History:**
0
Patient has a history of being abused emotionally, sexually, physically, or by neglect: Yes
Thought Disorder: Denies all symptoms
ADHD: Denies all symptoms

**Past Psychiatric History:**
Previous psych treatment/therapy: PHP/IOP programs x1. GAD/Panic attacks, PTSD

Previous medications (dosage, side effects, time frame):
(See medication history)

History of hospitalizations: denies

History of suicidal ideation / plan / attempt: denies

**JA2557**

History of homicidal ideation / plan / attempt: denies
Antidepressants:
Mood Stabilizers:
Antipsychotics:
Sleeping Medications:
ADHD Medications:
Antianxiety Medications:

Current Symptoms Checklist:

Homicide Ideation:

**Medical History:**
Head Trauma |
Medical Problems List: Arthritis, psosaris , chronic pain
+ head trauma Reports 'Loc". Seizures during childhood took medication until the age of 5. Denies any eating disorders

LMP: N/A
Currently seeing neurologist for dyslexia.  Struggles with reading, write, and math.

Surgeries: joint surgeries

**Review of Systems:**
Constitutional: Negative
Eyes: Negative
ENT: Negative
Cardiovascular: Negative
Respiratory: Negative
Gastrointestinal: Negative
Genitourinary: Negative
Muscular: arthritis and chronic pain
Integumentary: psoriasis
Neurological: Negative
Endocrine:Negative
Heme/Lymph: Negative

**Records, Labs, Data Reviewed:**

Obstetric History: 0

**Substance Use & Addiction History:** Denies hx of substance use

**Social History:**

**Education/ Work History:**
Patient highest level of education: college completed medical school
Patient currently: Disabled

**Relationship History:**
Patient currently: Married
Patient feels safe in her current relationship: first checkbox
Married for 15 years. One child

**Legal History:**
Patient has been arrested: No
Patient has pending legal problems: No

**Spiritual Life:**

JA2558

Patient belongs to a particular religion or spiritual group: No

Social Other: religious preference: denies
Military : in ROTC during college

**Psychiatric Assessments**
**Mental Status Exam:**
Orientation: Alert & Oriented x 4
Appearance: Appropriate
Motor: Normomotoric
Mood: Described as depressed
Described as worried
Affect: Normal to range, intensity and appropriateness
Thought Process: Cogent and future-oriented
Cognition and Memory: Grossly intact cognitive functioning and good memory
Behavior: Intermittent eye contact
Speech: Normal rate, tone, volume, and prosody
Thought Content: No suicidal or homicidal ideation or intent or plan
Insight and Judgment: Fair
Cognitive Style: Age-appropriate cognitive style
Attention & Concentration: Attentive

Cognitive Exam: Not formally assessed

Cognitive Exam: not formally evaluated today.
Able to participate in interview.
Fund of knowledge appears WNL for age and education.

**PHQ 9:**
Not performed this visit
Little interest or pleasure in doing things: Several Days
Feeling down, depressed, or hopeless: Several Days
Trouble falling or staying asleep, or sleeping too much: Several Days
Feeling tired or having little energy: Several Days
Poor appetite or overeating: More Than Half the Days
Feeling bad about yourself or that you are a failure or have let yourself or your family down: Not at All
Trouble concentrating on things, such as reading the newspaper or watching television: Not at All
Moving or speaking so slowly that other people could have noticed. Or the opposite, being so fidgety or restless that you have been moving around a lot more than usual: Not at All
Thoughts that you would be better off dead or of hurting yourself in some way: Not at All
Total Score: 6
If you checked off any problems, how difficult have those problems made it for you to do your work, take care of things at home, or get along with other people: Somewhat Difficult
If you checked off any problems, how difficult have those problems made it for you to do your work, take care of things at home, or get along with other people: Extremely Difficult

**GAD 7:**
Not performed this visit
Feeling nervous, anxious or on edge: More Than Half the Days
Not being able to stop or control worrying: More Than Half the Days
Worrying too much about different things: More Than Half the Days
Trouble relaxing: Several Days
Being so restless that it is hard to sit still: More Than Half the Days
Becoming easily annoyed or irritable: More Than Half the Days
Feeling afraid as if something awful might happen: Not At All
Total Score: 11
If you checked off any problems, how difficult have these problems made it for you to do your work, take care of things at home, or get along with people: Somewhat Difficult

**Assessment:**
General Impression/ Formulation: 54 year old female presents today for a psychiatric follow up and to establish care for medication management for worsening depression and anxiety that has been on-going.

Currently stable and outpatient treatment is appropriate.

Medication Plan: Continue Klonopin 1 mg po qd for 30 days for anxiety/panic attacks]
Continue Prozac 40 mg po qm for MDD/GAD

, Black box warning: Advised on the possibility of increased suicidal ideation with SSRI medication. If SI occurs or worsens, it is recommended that they call 911 or go to the ER.

, Reviewed risks, benefits, possible side effects, specific precautions, dosing instructions, and the importance of taking medication only as prescribed. Advised patient to call provider with worsening or new onset symptoms or side effects.

, Patient is aware there is no after hours or on-call emergency service with my practice.  I have disclosed that any calls or communication made will be responded to within 2-3 business days.

Reviewed mental health crisis resources with patient as outlined

, Reviewed mental health crisis resources with patient as outlined on KingCounty.gov:

Call 911 for police assistance if the situation is life threatening or if it looks like someone may get hurt. If there is no immediate physical danger, call the 24 hour C, Call 911 for police assistance if the situation is life threatening or if it looks like someone may get hurt. If there is no immediate physical danger, call the 24 hour Crisis Hotline at 206-461-3222 or 1-866-427-4747.

Recommendations and Follow Up: Follow up with Therapist | Follow up in One Month

**Interventions**
Psychotherapy:
Time Spent: 18 minutes
approx 18 min spent in supportive, client-centered, and psychoeducational psychotherapy above and beyond E&M service.  discussing good sleep hygiene techniques and healthy eating habits. encouraging ongoing efforts in healthy coping strategies. Safety plan established/discussed. 24 hr Crisis Line numbers have been provided. King Co 206-461-3222. Snohomish Co 800-584-3578. Pt verbalized understanding.

No Labs Ordered

**NP Careslip ICD-10:**

Encounter Diagnoses:

 F43.12 POST-TRAUMATIC STRESS DISORDER, CHRONIC

 F33.1 MAJOR DEPRESSIVE DISORDER, RECURRENT, MODERATE

 F41.1 GENERALIZED ANXIETY DISORDER F40.11 SOCIAL PHOBIA, GENERALIZED

Past Diagnoses and Problems:

 F43.12 POST-TRAUMATIC STRESS DISORDER, CHRONIC

 F33.1 MAJOR DEPRESSIVE DISORDER, RECURRENT, MODERATE

 F41.1 GENERALIZED ANXIETY DISORDER

Procedure Code: 90833NPT, Therapy 16-37 minutes w/ E&M

Procedure Code: 99214NPT, E&M Follow-up Detailed

**JA2560**

**Electronically Signed:  Wilson, Dominique on/at 10/12/2022 11:44:40 AM**

**MINDFUL SUPPORT SERVICES**
**Andrew Drwenski**
**Telehealth**
**Phone: (425) 640-7009  Fax: (425) 678-6455**

**Lisa Menninger**
DOB: ███ 1968 54 year old, female
9495 NW EMBER LANE
PORTLAND, OR 97229
(913) 387-9451

Visit Date: 09/07/2022

**Therapist Progress Form**

**Session Details:**

Persons Present: Client

Start Time: 12:00 | End Time: 12:55pm

Session Format: Telehealth Video

Chief Complaint or Presenting Problem: Anxiety, social anxiety, depression

History of Presenting Illness: As long as Lisa can remember. Most acute examples have occurred over the last five years as they relate to her career.
Current Social Issues and Stressors: Pending legal case around ADA accommodations.

Suicide Assessment: Denies any current suicidal thoughts, plan or intent

Suicide Risk Assessment: Past Suicide Ideation Reported

Intent to Act: No

Plan for suicide attempt: No

Means to carry out plan: No, Denies Firearms

Timing of planned suicide indicated: No

Any preparations for planned suicide attempt: No

Homicide Assessment: Denies any current homicidal thoughts, plan or intent

Homicide Ideation:

**Assessment for Gravely Disabled:**

**Substance Use & Addiction History:**

Currently Using:

**PHQ9:**
Not performed this visit
Little interest or pleasure in doing things: Several Days
Feeling down, depressed, or hopeless: Several Days
Trouble falling or staying asleep, or sleeping too much: Several Days
Feeling tired or having little energy: Several Days

**JA2562**

Poor appetite or overeating: More Than Half the Days
Feeling bad about yourself or that you are a failure or have let yourself or your family down: Not at All
Trouble concentrating on things, such as reading the newspaper or watching television: Not at All
Moving or speaking so slowly that other people could have noticed. Or the opposite, being so fidgety or restless that you have been moving around a lot more than usual: Not at All
Thoughts that you would be better off dead or of hurting yourself in some way: Not at All
Total Score: 6
If you checked off any problems, how difficult have those problems made it for you to do your work, take care of things at home, or get along with other people: Somewhat Difficult
If you checked off any problems, how difficult have those problems made it for you to do your work, take care of things at home, or get along with other people: Extremely Difficult

**GAD7:**
Not performed this visit
Feeling nervous, anxious or on edge: More Than Half the Days
Not being able to stop or control worrying: More Than Half the Days
Worrying too much about different things: More Than Half the Days
Trouble relaxing: Several Days
Being so restless that it is hard to sit still: More Than Half the Days
Becoming easily annoyed or irritable: More Than Half the Days
Feeling afraid as if something awful might happen: Not At All
Total Score: 11
If you checked off any problems, how difficult have these problems made it for you to do your work, take care of things at home, or get along with people: Somewhat Difficult

Progress Note: 9/7/22

D:

Lisa reports today from her home in Portland OR in a neutral to anxious mood. Describes feeling encouraged enough over the last week to enroll in PSU to take a class. Endorsed that this was a constructive way to spend the time she has before her court case that can be seen as constructive.

A:

Lisa made a jump in progress this week as evidenced by her enrollment at PSU. She plans to take a course on film study and hope to document her struggle. This is progress as she's moving away from being reactive to the elements toward proactive towards making meaning of her struggles.

P:

Continue to meet with Lisa to cope with the prolonged trauma of her court case and generalized anxiety disorder. Continue to encourage Lisa to venture out to known areas that she feels are safe and that she can cope with.

Treatment Plan
Treatment Goals: Reduce anxiety related to social phobia

Increase mood as reported by the client.

Increase interaction with the community.
Therapeutic Interventions Title: DBT

CFT

Recommendations and Follow Up: Follow Up Scheduled |

**Therapist Careslip ICD-10:**

Procedure Code: 90837MAT, Therapy 53+ minutes

Lisa Menninger DOB: DDL366    Visit Date: 09/07/2022

Encounter Diagnoses:
  F43.12 POST-TRAUMATIC STRESS DISORDER, CHRONIC
  F33.1 MAJOR DEPRESSIVE DISORDER, RECURRENT, MODERATE
  F41.1 GENERALIZED ANXIETY DISORDER F40.11 SOCIAL PHOBIA, GENERALIZED

Past Diagnoses and Problems:
  F43.12 POST-TRAUMATIC STRESS DISORDER, CHRONIC
  F33.1 MAJOR DEPRESSIVE DISORDER, RECURRENT, MODERATE
  F41.1 GENERALIZED ANXIETY DISORDER

Procedures: CBT, CFT

I, the Licensed Mental Health Provider, affirm the above information.  Date: 09/07/2022


**Electronically Signed:  DRWENSKI, ANDREW on/at 9/16/2022 8:36:06 AM**

JA2564

**MINDFUL SUPPORT SERVICES**
**Andrew Drwenski**
**Telehealth**
**Phone: (425) 640-7009  Fax: (425) 678-6455**

**Lisa Menninger**
DOB: ████ 1968 54 year old, female
9495 NW EMBER LANE
PORTLAND, OR 97229
(913) 387-9451

Visit Date: 09/21/2022

**Therapist Progress Form**

**Session Details:**

Persons Present: Client

Start Time: 12:00 | End Time: 12:55pm

Session Format: Telehealth Video

Chief Complaint or Presenting Problem: Anxiety, social anxiety, depression

History of Presenting Illness: As long as Lisa can remember. Most acute examples have occurred over the last five years as they relate to her career.
Current Social Issues and Stressors: Pending legal case around ADA accommodations.

Suicide Assessment: Denies any current suicidal thoughts, plan or intent

Suicide Risk Assessment: Past Suicide Ideation Reported

Intent to Act: No

Plan for suicide attempt: No

Means to carry out plan: No, Denies Firearms

Timing of planned suicide indicated: No

Any preparations for planned suicide attempt: No

Homicide Assessment: Denies any current homicidal thoughts, plan or intent

Homicide Ideation:

**Assessment for Gravely Disabled:**

**Substance Use & Addiction History:**

Currently Using:

**PHQ9:**
Not performed this visit
Little interest or pleasure in doing things: Several Days
Feeling down, depressed, or hopeless: Several Days
Trouble falling or staying asleep, or sleeping too much: Several Days
Feeling tired or having little energy: Several Days

**JA2565**

Lisa Menninger DOB:        DOS:

Poor appetite or overeating: More Than Half the Days

Feeling bad about yourself or that you are a failure or have let yourself or your family down: Not at All

Trouble concentrating on things, such as reading the newspaper or watching television: Not at All

Moving or speaking so slowly that other people could have noticed. Or the opposite, being so fidgety or restless that you have been moving around a lot more than usual: Not at All

Thoughts that you would be better off dead or of hurting yourself in some way: Not at All

Total Score: 6

If you checked off any problems, how difficult have those problems made it for you to do your work, take care of things at home, or get along with other people: Somewhat Difficult

If you checked off any problems, how difficult have those problems made it for you to do your work, take care of things at home, or get along with other people: Extremely Difficult

**GAD7:**
Not performed this visit

Feeling nervous, anxious or on edge: More Than Half the Days

Not being able to stop or control worrying: More Than Half the Days

Worrying too much about different things: More Than Half the Days

Trouble relaxing: Several Days

Being so restless that it is hard to sit still: More Than Half the Days

Becoming easily annoyed or irritable: More Than Half the Days

Feeling afraid as if something awful might happen: Not At All

Total Score: 11

If you checked off any problems, how difficult have these problems made it for you to do your work, take care of things at home, or get along with people: Somewhat Difficult

Progress Note: 9/21/22

D:

Lisa reports today from her home in Portland OR in a neutral to anxious mood. Describes feeling continually anxious about living situation, however she does not endorse feeling particularly unsafe. Discussed ways to engage in community functions and activities. Processed barriers to interaction and triggers that leave her feeling at a elevated state.

A:

Lisa is making small amounts of progress with her anxiety goals as evidenced by her ability to identify triggers and come up with some ways to temporarily relieve the stress. Given her situation, Lisa likely continues to feel immobilized and finding a meaningful solution to her anxiety is ever evolving given that it's currently based on the state of her case. She understandable is trying to find meaning in her situation and is struggling with the duration of the wait. She has been open to try homework assignments and continue prolonged exposure, but regression naturally happens without clear resolution to the larger distressing factor.

P:

Continue to meet with Lisa to cope with the prolonged trauma of her court case and generalized anxiety disorder. Continue to encourage Lisa to venture out to known areas that she feels are safe and that she can cope with.

Treatment Plan

Treatment Goals: Reduce anxiety related to social phobia.
          - Verbalize triggers and implement soothing strategies
          -Learn and implement a strategy to limit the association between various environmental settings and worry until a designated 'worry time'

Increase mood as reported by the client.
          - As evidenced by self report
          - Recognize, accept, and cope with feelings of depression
          - Develop healthy interpersonal relationship skills that alleviate depressive symptoms

Increase interaction with the community.
          - Attend events as seasonally appropriate
Therapeutic Interventions Title: DBT

- Encouragement of exploration of triggers and past trauma that contribute to anxiety and depression.
- Learn and implement ways to assess current mood states and its impact on perception
- Identify and replace thoughts and beliefs that support anxiety/depression

CFT
- Encouragement of a positive sense of self.
- Assertiveness training including compassionate self correction when appropriate.

Recommendations and Follow Up: Follow Up Scheduled |

**Therapist Careslip ICD-10:**

Procedure Code: 90837MAT, Therapy 53+ minutes

Encounter Diagnoses:
 F43.12 POST-TRAUMATIC STRESS DISORDER, CHRONIC
 F33.1 MAJOR DEPRESSIVE DISORDER, RECURRENT, MODERATE
 F41.1 GENERALIZED ANXIETY DISORDER F40.11 SOCIAL PHOBIA, GENERALIZED

Past Diagnoses and Problems:
 F43.12 POST-TRAUMATIC STRESS DISORDER, CHRONIC
 F33.1 MAJOR DEPRESSIVE DISORDER, RECURRENT, MODERATE
 F41.1 GENERALIZED ANXIETY DISORDER

Procedures: CBT, CFT

I, the Licensed Mental Health Provider, affirm the above information.  Date: 9/21/2022

**Electronically Signed:  DRWENSKI, ANDREW on/at 10/6/2022 8:32:15 PM**

JA2567

**MINDFUL SUPPORT SERVICES**
**Andrew Drwenski**
**Telehealth**
**Phone: (425) 640-7009  Fax: (425) 678-6455**

**Lisa Menninger**
DOB: ▇▇▇▇ 1968 54 year old, female
9495 NW EMBER LANE
PORTLAND, OR 97229
(913) 387-9451

Visit Date: 10/05/2022

**Therapist Progress Form**

**Session Details:**

Persons Present: Client

Start Time: 12:00 | End Time: 12:55pm

Session Format: Telehealth Video

Chief Complaint or Presenting Problem: Anxiety, social anxiety, depression

History of Presenting Illness: As long as Lisa can remember. Most acute examples have occurred over the last five years as they relate to her career.
Current Social Issues and Stressors: Pending legal case around ADA accommodations.

Suicide Assessment: Denies any current suicidal thoughts, plan or intent

Suicide Risk Assessment: Past Suicide Ideation Reported

Intent to Act: No

Plan for suicide attempt: No

Means to carry out plan: No, Denies Firearms

Timing of planned suicide indicated: No

Any preparations for planned suicide attempt: No

Homicide Assessment: Denies any current homicidal thoughts, plan or intent

Homicide Ideation:

**Assessment for Gravely Disabled:**

**Substance Use & Addiction History:**

Currently Using:

**PHQ9:**
Not performed this visit
Little interest or pleasure in doing things: Several Days
Feeling down, depressed, or hopeless: Several Days
Trouble falling or staying asleep, or sleeping too much: Several Days
Feeling tired or having little energy: Several Days

**JA2568**

Lisa Menninger DOB:        DOL:   Entry Date: 10/05/2022

Poor appetite or overeating: More Than Half the Days
Feeling bad about yourself or that you are a failure or have let yourself or your family down: Not at All
Trouble concentrating on things, such as reading the newspaper or watching television: Not at All
Moving or speaking so slowly that other people could have noticed. Or the opposite, being so fidgety or restless that you have been moving around a lot more than usual: Not at All
Thoughts that you would be better off dead or of hurting yourself in some way: Not at All
Total Score: 6
If you checked off any problems, how difficult have those problems made it for you to do your work, take care of things at home, or get along with other people: Somewhat Difficult
If you checked off any problems, how difficult have those problems made it for you to do your work, take care of things at home, or get along with other people: Extremely Difficult

**GAD7:**
Not performed this visit
Feeling nervous, anxious or on edge: More Than Half the Days
Not being able to stop or control worrying: More Than Half the Days
Worrying too much about different things: More Than Half the Days
Trouble relaxing: Several Days
Being so restless that it is hard to sit still: More Than Half the Days
Becoming easily annoyed or irritable: More Than Half the Days
Feeling afraid as if something awful might happen: Not At All
Total Score: 11
If you checked off any problems, how difficult have these problems made it for you to do your work, take care of things at home, or get along with people: Somewhat Difficult

Progress Note: 10/5/22

D:

Lisa presented today in an lower than normal mood. Reports having trouble sleeping, ruminations about social situations and fears about her court case. Reports that she has enagaged in some helpful activities but is still struggling to find peace.

A:

Lisa was open to interventions including cognitive error reframing and encouragement to engage in pleasurable activities while she waits to make the necessary moves that will help her court case. Lisa is understandable triggered and fearful of social situations as she is struggling to find the lines between safe people and people that pose a challenge. She will continue to benefit from cognitive behavioral therapy.

P:

Continue to meet with Lisa weekly to engage in CBT and CFT techniques to reduce anxiety.

Treatment Plan
Treatment Goals: Reduce anxiety related to social phobia

Increase mood as reported by the client.

Increase interaction with the community.
Therapeutic Interventions Title: DBT

CFT

Recommendations and Follow Up: Follow Up Scheduled |

**Therapist Careslip ICD-10:**

Procedure Code: 90837MAT, Therapy 53+ minutes

Encounter Diagnoses:

**JA2569**

F43.12 POST-TRAUMATIC STRESS DISORDER, CHRONIC
F33.1 MAJOR DEPRESSIVE DISORDER, RECURRENT, MODERATE
F41.1 GENERALIZED ANXIETY DISORDER F40.11 SOCIAL PHOBIA, GENERALIZED

Past Diagnoses and Problems:
F43.12 POST-TRAUMATIC STRESS DISORDER, CHRONIC
F33.1 MAJOR DEPRESSIVE DISORDER, RECURRENT, MODERATE
F41.1 GENERALIZED ANXIETY DISORDER

Procedures: CBT, CFT

I, the Licensed Mental Health Provider, affirm the above information.  Date: 10/05/2022

**Electronically Signed:  DRWENSKI, ANDREW on/at 10/5/2022 1:21:06 PM**

JA2570

**MINDFUL SUPPORT SERVICES**
**Andrew Drwenski**

**Phone: (425) 640-7009  Fax: (425) 678-6455**

**Lisa Menninger**
DOB: ███ 1968 54 year old, female
9495 NW EMBER LANE
PORTLAND, OR 97229
(913) 387-9451

Visit Date: 10/06/20

**Annotation on Amendments to the Health Record:**
Provide what was changed, date/time of change, and the reason for all addendums, corrections, deletions and patient amendments:

Amendments to the Health Record: Records from 9/21/22 - onward should reflect inclusion of treatment plan within the progress note.

Below are the mentioned goals and interventions.

Treatment plan goals

Reduce anxiety related to social phobia.
    - Verbalize triggers and implement soothing strategies
    -Learn and implement a strategy to limit the association between various environmental settings and worry until a designated 'worry time'

Increase mood as reported by the client.
    - As evidenced by self report
    - Recognize, accept, and cope with feelings of depression
    - Develop healthy interpersonal relationship skills that alleviate depressive symptoms

Increase interaction with the community.
    - Attend events as seasonally appropriate


Treatment plan interventions.

DBT
    - Encouragement of exploration of triggers and past trauma that contribute to anxiety and depression.
    - Learn and implement ways to assess current mood states and its impact on perception
    - Identify and replace thoughts and beliefs that support anxiety/depression

CFT
    - Encouragement of a positive sense of self.
    - Assertiveness training including compassionate self correction when appropriate.


I, the Licensed Mental Health Provider, affirm the above information. [FIELD]
Date:

MENNINGER_SUPP000428

**MINDFUL SUPPORT SERVICES**
**Dominique Wilson**
**Telehealth**
**Phone: (425) 640-7009  Fax: (425) 678-6455**

**Lisa Menninger**
DOB: ██████ 1968 54 year old, female
9495 NW EMBER LANE
PORTLAND, OR 97229
(913) 387-9451

Visit Date: 10/12/2022

---

**Psychiatric Progress Note**

**Session Details:**
Persons Present: Client
Start Time: 11:00 am | End Time: 11:30 am
Session Format: Telehealth Video

**Provider Contacts:**

**Vital Signs:**

Current Medication Notes: Prozac 40 mg po qam
Benadryl 50 mg po qhs prn for sleep
Previous Medication Trials: Viibyrd, Xanax, Klonopin
Ambien, vistaril,  Propropraolol
Pain medication, prazosin,

Chief Complaint or Presenting Problem: Medication Follow Up
History of Presenting Illness: Ms. Lisa reported  "I'm taking Klonopin every day due to increase anxiety as we are getting closer to the court trial. I'm also taking benadryl every night to sleep. I cannot shut my mind off. ,My anxiety and depression is getting worse. I'm getting trigger all the time. I'm having alot of fear and anxiety. I'm scared and afraid to leave my house. I'm having nightmares every night regarding my old job. I feel like people are trying to hurt me. " + depression 4-9/10, anxiety 8/10, daytime fatigue, restricted affect,  fidgety, restlessness, heighten senses, hopeless, helpless, low self esteem, highly critical, internalizing, poor sleep (trouble falling asleep and staying asleep), nightmares, vivid dreams, easily distracted, flashbacks, night terrors, low energy, low motivation, guarded, isolating, panic attacks, racing thoughts, intrusive thoughts, paranoid (regarding pending legal case), mood swings, increase frustration, increase worrying, excessive guilt, sense of feeling overwhelmed, increase stress.  She denies any Si/Hi thoughts, avh, delusional, manic/hypomanic symptoms, impulsivity, quick anger, aggression, side effects, rituals, labile mood, argumentative, confrontational, worthlessness, aggression, verbal aggression.

**Review of Psychiatric Symptoms:**
Depression: Depressed Mood | Decreased interest in activities | Disturbed sleep | Fatigue or loss of energy | Irritability | Low self-esteem | Low motivation | Psychomotor agitation/ retardation | Poor concentration, indecisiveness | Worthlessness or excessive guilt
Bipolar: Denies all symptoms
Generalized Anxiety: Difficulty controlling anxiety | Difficulty concentrating | Excessive anxiety/ worry | Easily fatigued | Irritability | Muscle tension | Restless/ on edge | Sleep disturbance
Panic Disorder: Denies all symptoms
Obsessive Compulsive Disorder: Denies all symptoms
PTSD: Denies all symptoms

**Trauma History:**
0
Patient has a history of being abused emotionally, sexually, physically, or by neglect: Yes
Thought Disorder: Denies all symptoms
ADHD: Denies all symptoms

**Past Psychiatric History:**
Previous psych treatment/therapy: PHP/IOP programs x1. GAD/Panic attacks, PTSD

Previous medications (dosage, side effects, time frame):
(See medication history)

---

**JA2572**

History of hospitalizations: denies

History of suicidal ideation / plan / attempt: denies

History of homicidal ideation / plan / attempt: denies
Antidepressants:
Mood Stabilizers:
Antipsychotics:
Sleeping Medications:
ADHD Medications:
Antianxiety Medications:

Current Symptoms Checklist:

Homicide Ideation:

**Medical History:**
Head Trauma |
Medical Problems List: Arthritis, psosaris , chronic pain
+ head trauma Reports 'Loc". Seizures during childhood took medication until the age of 5. Denies any eating disorders

LMP: N/A
Currently seeing neurologist for dyslexia.  Struggles with reading, write, and math.

Surgeries: joint surgeries

**Review of Systems:**
Constitutional: Negative
Eyes: Negative
ENT: Negative
Cardiovascular: Negative
Respiratory: Negative
Gastrointestinal: Negative
Genitourinary: Negative
Muscular: arthritis and chronic pain
Integumentary: psoriasis
Neurological: Negative
Endocrine:Negative
Heme/Lymph: Negative

**Records, Labs, Data Reviewed:**

Obstetric History: 0

**Substance Use & Addiction History:** Denies hx of substance use

**Social History:**

**Education/ Work History:**
Patient highest level of education: college completed medical school
Patient currently: Disabled

**Relationship History:**
Patient currently: Married
Patient feels safe in her current relationship: first checkbox
Married for 15 years. One child

**Legal History:**
Patient has been arrested: No

Patient has pending legal problems: No

**Spiritual Life:**
Patient belongs to a particular religion or spiritual group: No

Social Other: religious preference: denies
Military : in ROTC during college

**Psychiatric Assessments**
**Mental Status Exam:**
Orientation: Alert & Oriented x 4
Appearance: Appropriate
Motor: Normomotoric
Mood: Described as depressed
Described as worried
Affect: Normal to range, intensity and appropriateness
Thought Process: Cogent and future-oriented
Cognition and Memory: Grossly intact cognitive functioning and good memory
Behavior: Intermittent eye contact
Speech: Normal rate, tone, volume, and prosody
Thought Content: No suicidal or homicidal ideation or intent or plan
Insight and Judgment: Fair
Cognitive Style: Age-appropriate cognitive style
Attention & Concentration: Attentive

Cognitive Exam: Not formally assessed

Cognitive Exam: not formally evaluated today.
Able to participate in interview.
Fund of knowledge appears WNL for age and education.

**PHQ 9:**
Not performed this visit
Little interest or pleasure in doing things: Several Days
Feeling down, depressed, or hopeless: Several Days
Trouble falling or staying asleep, or sleeping too much: Several Days
Feeling tired or having little energy: Several Days
Poor appetite or overeating: More Than Half the Days
Feeling bad about yourself or that you are a failure or have let yourself or your family down: Not at All
Trouble concentrating on things, such as reading the newspaper or watching television: Not at All
Moving or speaking so slowly that other people could have noticed. Or the opposite, being so fidgety or restless that you have been moving around a lot more than usual: Not at All
Thoughts that you would be better off dead or of hurting yourself in some way: Not at All
Total Score: 6
If you checked off any problems, how difficult have those problems made it for you to do your work, take care of things at home, or get along with other people: Somewhat Difficult
If you checked off any problems, how difficult have those problems made it for you to do your work, take care of things at home, or get along with other people: Extremely Difficult

**GAD 7:**
Not performed this visit
Feeling nervous, anxious or on edge: More Than Half the Days
Not being able to stop or control worrying: More Than Half the Days
Worrying too much about different things: More Than Half the Days
Trouble relaxing: Several Days
Being so restless that it is hard to sit still: More Than Half the Days
Becoming easily annoyed or irritable: More Than Half the Days
Feeling afraid as if something awful might happen: Not At All
Total Score: 11

Lisa Menninger DOB: ██████ 1968

If you checked off any problems, how difficult have these problems made it for you to do your work, take care of things at home, or get along with people: Somewhat Difficult

**Assessment:**
General Impression/ Formulation: 54 year old female presents today for a psychiatric follow up and to establish care for medication management for worsening depression and anxiety that has been on-going.

Currently stable and outpatient treatment is appropriate.

Medication Plan: Continue Klonopin 1 mg po qd for 30 days for anxiety/panic attacks]
Continue Prozac 40 mg po qm for MDD/GAD

, Black box warning: Advised on the possibility of increased suicidal ideation with SSRI medication. If SI occurs or worsens, it is recommended that they call 911 or go to the ER.

, Reviewed risks, benefits, possible side effects, specific precautions, dosing instructions, and the importance of taking medication only as prescribed. Advised patient to call provider with worsening or new onset symptoms or side effects.

, Patient is aware there is no after hours or on-call emergency service with my practice.  I have disclosed that any calls or communication made will be responded to within 2-3 business days.

Reviewed mental health crisis resources with patient as outlined

, Reviewed mental health crisis resources with patient as outlined on KingCounty.gov:

Call 911 for police assistance if the situation is life threatening or if it looks like someone may get hurt. If there is no immediate physical danger, call the 24 hour C, Call 911 for police assistance if the situation is life threatening or if it looks like someone may get hurt. If there is no immediate physical danger, call the 24 hour Crisis Hotline at 206-461-3222 or 1-866-427-4747.

Recommendations and Follow Up: Follow up with Therapist | Follow up in One Month

**Interventions**
Psychotherapy:
Time Spent: 18 minutes
approx 18 min spent in supportive, client-centered, and psychoeducational psychotherapy above and beyond E&M service.  discussing good sleep hygiene techniques and healthy eating habits. encouraging ongoing efforts in healthy coping strategies. Safety plan established/discussed. 24 hr Crisis Line numbers have been provided. King Co 206-461-3222. Snohomish Co 800-584-3578. Pt verbalized understanding.

No Labs Ordered

**NP Careslip ICD-10:**

Encounter Diagnoses:

 F43.12 POST-TRAUMATIC STRESS DISORDER, CHRONIC

 F33.1 MAJOR DEPRESSIVE DISORDER, RECURRENT, MODERATE

 F41.1 GENERALIZED ANXIETY DISORDER F40.11 SOCIAL PHOBIA, GENERALIZED

Past Diagnoses and Problems:

 F43.12 POST-TRAUMATIC STRESS DISORDER, CHRONIC

 F33.1 MAJOR DEPRESSIVE DISORDER, RECURRENT, MODERATE

 F41.1 GENERALIZED ANXIETY DISORDER

Procedure Code: 90833NPT, Therapy 16-37 minutes w/ E&M

Procedure Code: 99214NPT, E&M Follow-up Detailed

**Electronically Signed:  Wilson, Dominique on/at 10/12/2022 11:43:24 AM**

**JA2576**

**Option Exercise Model - Eagle I Options**
EE NAME: Lisa Menninger
Expiration Date: 5/03/2019

*DISCLAIMER: No assurances can be given as to the value of stock acquired on the exercise of options and no assurances are made. As your Stock Option Agreement states, the Company has the right, but not the obligation, to repurchase any shares you acquire on exercise for specified period of time and a specified repurchase price. In connection with any decision relating to your Equity Award, you agree that you will make your own appraisal of its potential value. Any such decisions you make will be based upon such information that you deem relevant and without reliance on PPD or any information provided herein. PPD expressly disclaims any and all liability with respect to the use of, or reliance upon, any information presented herein and any related errors or omissions. There will be no public market for PPD's or its affiliates securities and there can be no assurance that one will develop. Any shares received in connection with the exercise of options will be subject to restrictions on transferability under contract and applicable law.*

**Eagle I Options**

| Grant Date | Option Type | # of Options Granted | # of Options Vested[1] (a) | # of Vested Options To Be Exercised (a) | Exercise Price (b) | Cost of Options To Be Exercised* (c) (a x b) | Assumed FMV[3] (d) | Taxable Compensation (e) (a) x (d - b) | Taxes Owed on Taxable Compensation[2] (f) (e x h) | Total Cost to Exercise[2] (g) (c + f) |
|---|---|---|---|---|---|---|---|---|---|---|
| 07/24/17 | Time Options | 12,830 | 2,566 | 2,566 | $27.086 | $69,502.68 | $35.01 | $20,332.98 | $7,055.55 | $76,558.22 |
| | Performance Options | 12,830 | 5,004 | 5,004 | $27.086 | $135,538.34 | $35.01 | $39,651.70 | $13,759.14 | $149,297.48 |
| | **TOTAL** | **25,660** | **7,570** | **7,570** | | **$205,041.02** | | **$59,984.68** | **$20,814.68** | **$225,855.70** |

*Section To Be Completed by Option Holder* (applies to "# of Vested Options To Be Exercised" column)

*Current FMV - can be updated to model various FMV scenarios*** (applies to "Assumed FMV" column)

**[1] Vesting:**
**Vested Performance Options -**
A portion of the 2018 tranche (2,566 options) vested based on actual performance achievement as of 12/31/2018; however, the performance achievement has not been finalized. Actual # of vested options subject to change dependent on final performance achievement. The model reflects the 2018 performance tranche vested at 95%.

**Unvested Options -**
Forfeited on date of termination per the terms of your Stock Options Agreement.
[2] Total Cost (Option Cost and Taxes Owed) are payable to the Company upon exercise
[3] Current FMV used for illustrative purposes only; actual FMV to be determined on date of exercise

**Tax Rates***
| | |
|---|---|
| Federal | 22.00% |
| State (MA) | 5.05% |
| Medicare | 1.45% |
| FICA*** | 6.20% |
| **TOTAL*** | **34.70%** (h) |

***HYPOTHETICAL PROCEEDS - FUTURE SALE OF SHARES***

*Can be updated to model different scenarios*

MENNINGER000342

JA2577

| | # of Shares Sold (i) | Hypothetical FMV of Shares Sold** (j) | Hypothetical Gross Cash Proceeds (k) (i x j) |
|---|---|---|---|
| Time Options | 2,566 | $35.010 | $89,835.66 |
| Performance Options | 5,004 | $35.010 | $175,190.04 |
| **TOTAL HYPOTHETICAL GROSS PROCEEDS** | | | **$265,025.70** |

| | |
|---|---|
| Total Cost Basis of Shares Sold** | **$265,025.70** |
| Capital Gains Taxable Proceeds | **$0.00** |

*Hypothetical model only. Does not represent the actual FMV per option that may be received upon a sale of exercised Shares. There is no public market in which to sell your owned Eagle I Shares and this hypothetical model does not guarantee that the Company will re-purchase the Shares you own.

**Cost Basis = original cost to exercise + taxable compensation you paid taxes on at the time of exercise; (same as FMV @ time of exercise X # of options exercised)

Ultimate total cash value to optionholder equals the gross proceeds received from a sale of the Shares less the earlier paid option cost and taxes to exercise the options

MENNINGER000343

JA2578

**Option Exercise Modeling Sheet - X-Co Options**
**EE NAME: Lisa Menninger**
**Expiration Date: 5/03/2019**

*DISCLAIMER: No assurances can be given as to the value of units acquired on the exercise of options, and no assurances are made. As your Option Agreement states, X-Co Holdings has the right, but not the obligation, to repurchase any Units you acquire on exercise for a specified period of time and a specified repurchase price. In connection with any decision relating to your Equity Award, you agree that you will make your own appraisal of its potential value. Any such decisions you make will be based upon such information that you deem relevant and without reliance on any information provided herein or otherwise. X-Co Holdings and PPD expressly disclaim any and all liability with respect to the use of, or reliance upon, any information presented herein and any related errors or omissions. There will be no public market for X-Co Holdings securities and there can be no assurance that one will develop. Any Units received in connection with the exercise of options will be subject to restrictions on transferability under contract and applicable law.*

|  |  |  |  | *Section To Be Updatd by Option Holder* |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|---|---|
| **Grant Date** | **Option Type** | **# of Options Granted** | **# of Options Vested** [1] | **# of Vested Options To Be Exercised (a)** | **Exercise Price (b)** | **Cost of Options To Be Exercised** [2] **(c) (a x b)** | **Assumed FMV** [3] **(d)** | **Taxable Compensation (e) (a) x (d - b)** | **Taxes Owed on Taxable Compensation** [2] **(f) (e x h)** | **Total Cost to Exercise** [2] **(g) (c + f)** |
| 12/29/15 | Time Options | 17,500 | 10,500 | 10,500 | $0.44 | $4,620.00 | $0.46 | $210.00 | $72.87 | $4,692.87 |
|  | Performance Options | 7,500 | 5,925 | 5,925 | $0.44 | $2,607.00 | $0.46 | $118.50 | $41.12 | $2,648.12 |
|  | **TOTAL** | **25,000** | **16,425** | **16,425** |  | **$7,227.00** |  | **$328.50** | **$113.99** | **$7,340.99** |

(1) Vesting:

**Vested Performance Options -**

Due to achievement of the 2017 EBITDA target, all X-Co options from the 2015-2016 tranches that were previously unvested due to underperformance have been accelerated and are exercisable.
A portion of the 2018 tranche (1,500 options) vested based on actual performance achievement as of 12/31/2018; however, the performance achievement has not been finalized. Actual # of vested options subject to change dependent on final performance achievement. The model reflects the 2018 performance tranche vested at 95%.

(2) Total Cost (Option Cost and Taxes Owed) are payable to the Company upon exercise

(3) Current FMV used for illustrative purposes only; actual FMV to be determined on date of exercise

**Tax Rates***

| | |
|---|---|
| Federal | 22.00% |
| State (MA) | 5.05% |
| Medicare | 1.45% |
| FICA*** | 6.20% |
| **TOTAL**** | **34.70%** (h) |

---

**\*HYPOTHETICAL PROCEEDS - FUTURE SALE OF UNITS\***

|  | *Can be updated to model different scenarios* | | |
|---|---|---|---|
|  | **# of Units Sold (i)** | **Hypothetical FMV of Units Sold**** (j)** | **Hypothetical Gross Cash Proceeds (k) (i x j)** |
| Time Options | 10,500 | $0.46 | $4,830.00 |
| Performance Options | 5,925 | $0.46 | $2,725.50 |
| **TOTAL HYPOTHETICAL GROSS PROCEEDS** |  |  | **$7,555.50** |
| Total Cost Basis of Units Sold** |  |  | **$7,555.50** |

MENNINGER000345

$0.00

*\* Hypothetical model only.  Does not represent the actual FMV per option that may be received upon a sale of exercised Units.  There is no public market in which to sell your owned X-Co Holdings, LP Units and this hypothetical model does not guarantee that X-Co Holdings will re-purchase the Units you own.*

*\*\*Cost Basis = original cost to exercise + taxable compensation you paid taxes on at the time of exercise; (same as FMV @ time of exercise X # of options exercised)*

*Ultimate total cash value to optionholder equals the gross proceeds received from a sale of the Units less the earlier paid option cost and taxes to exercise the options*

MENNINGER000346

JA2580

 

**+13126997027** 

Sunday, March 4, 2018



Hi Good Morning Lisa!
I hope your travel situation is improving. I just wanted to update you that we had consensus Meeting for Director Level Candidates. It appears we are hiring two ( Alex Ryder and Patrick Mann)of them.
Have a Nice Weekend!
Thanks
PLR

11:38 AM

Thanks for the update Poluru. I'm in transit now and hope to make it home later this evening. Hope you're having a great weekend! Lisa

3:10 PM

MENNINGER000073

| | |
|---|---|
| **From:** | Marianna Kessimian <drkessimian@hartselleandassociates.com> |
| **Sent:** | Wednesday, January 31, 2018 12:39 PM |
| **To:** | Chad St. John |
| **Subject:** | Lisa Menninger |
| **Attachments:** | LM completed Form .pdf; Menninger Release of information .pdf |

This email originated outside PPD. Please use caution before clicking links.

Chad,

Per our conversation the forms are attached.  If you could please just email me back a confirmation email that would be great.

Thanks again,

Marianna Kessimian

PPD_MENNINGER 000030

## Request for Accommodation (to be completed by Health Care Provider)

Dear Health Care Provider:

The employee named above requested an accommodation under the ADAAA (Americans with Disabilities Act Amendment Act) or applicable state or local law, to enable the employee to perform the essential functions of his/her position and/or assess a benefit of employment. We ask that you complete the following assessment to help us substantiate that this employee has an impairment that qualifies as a disability under applicable law and whether he/she is capable of performing the essential functions of his/her job and/or assessing a benefit of employment with or without an accommodation.

Please provide a detailed evaluation and recommendation based on the attached employee's job profile.

Please confirm you have examined the employee and are familiar with the employee's medical history (Yes) No
Please confirm you have reviewed the job description or equivalent information for the employee.  (Yes) No

---

1. Does the employee have a physical or mental impairment that substantially limits one or more major life activities; a record (or past history) of such an impairment; or being regarded as having a disability without the consideration of mitigating measures? Yes

---

2. If the answer to Question 1 was "Yes" please specify if the disability is

      A   \_\_\_\_\_ a physical impairment

      B   \_\_X\_\_ a mental impairment

3. What is the impairment

**Panic disorder with agoraphobia , Social Anxiety Disorder , Generalized Anxiety Disorder**

4. Is the impairment permanent, long-term, or temporary? If it is not permanent, what is the expected duration of impairment? Impairment is long-term , with a chronic course.

---

5. What condition(s)/limitation(s) is/are interfering with the employee's ability to perform the essential functions of his/her job, based on the attached job profile and/or assessing a benefit of employment?

    Lisa suffers from Panic Disorder with agoraphobia, Social Anxiety Disorder, and Generalized Anxiety Disorder. This disability significantly interferes with Lisa's ability to perform major life activities, such as thinking, concentrating, communicating and working. Lisa is most affected in social situations and when she is required to speak in front of others. Despite these limitations, Lisa reports that she has historically fulfilled the essential functions of her job without accommodation. However, she frequently suffers from anxiety and other somatic symptoms triggered by social interactions and public speaking incident to her job. Further, Lisa's supervisor recently identified potential changes to her role involving more public speaking and social interactions. This has caused Lisa to experience increased anxiety with somatic symptoms, including diarrhea, heart racing, sweatiness, and increased respiratory rate.

---

6. Based on the condition(s)/limitations listed in Question No. 5; which, if any, essential job functions is the employee having trouble performing or accessing, as described in the attached job profile?

    Lisa's disability makes it extremely difficult for her to engage in public speaking and social interactions. While Lisa has been able to tolerate these types of activities to the extent that they have been necessary for

PPD_MENNINGER 000031

her job, they often cause her to suffer from anxiety and other somatic symptoms. Any changes to her role that increase the need for public speaking and/or social interactions will increase her anxiety and worsen her somatic symptoms, which would make it substantially more difficult, if not impossible, for Lisa to perform her job.

7. If the employee cannot perform the essential job functions of his/her job or access a benefit of employment, what accommodation(s) would you recommend which could allow the employee to better perform his/her job functions? Please specify.
   Given Lisa's disability, I recommend that any social interaction or public speaking incident to her role be minimized to the extent possible. Additionally, I recommend that her role not be changed to require any increased public speaking or social interactions.

   To the extent that social interactions and/or public speaking is deemed necessary for Lisa's job, I recommend that a plan be developed for these activities in consultation with me or another qualified health care provider.

8. How would your recommended accommodation(s) improve the employee's job performance?

   Given Lisa's disability, I recommend that any social interaction or public speaking incident to her role be minimized to the extent possible. Additionally, I recommend that her role not be changed to require any increased public speaking or social interactions.

   To the extent that social interactions and/or public speaking is deemed necessary for Lisa's job, I recommend that a plan be developed for these activities in consultation with me or another qualified health care provider

9. What restrictions, if any, do you place on the employee's ability to perform the functions of the employee's job, as described in the attached job profile?

   Social interactions and public speaking should be minimized as much as possible. To the extent Lisa is required to engage in social interactions and/or public speaking, these activities should be planned in consultation with her medical provider in hopes of minimize Lisa's anxiety and somatic symptoms.

**Health Care Provider Information:**

| *Print Provider Name: Marianna Kessimian, MD* | *Facility/Speciality: Psychiatry* |
|---|---|
| *Address: 10 Elmgrove Avenue Providence, R 02906* | *Phone: 401-267-8850*<br>*Fax:888-975-3157* |

**GINA Notification to Health Care Providers:** The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting, or requiring, genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. "Genetic information," as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

_____    1/31/18
*Signature of Health Care Provider*                    Date

PPD_MENNINGER 000032



## Physician's Statement for Accommodation

**Employee Information:**

| | |
|---|---|
| Name: Lisa A. Menninger | Dept: Lab, GCL |
| Job Title: ED, Lab | Job Code: | LAU: |
| Date Provided: 01/30/2018 | Date Due Back: (Not to Exceed 15 Days) 01/30/2018 |

**Employer Information:**

| | |
|---|---|
| HR Generalist: Chad St. John | Phone: 859-815-6288 |
| Fax To: ( ) | Email: Chad.St.John@ppdi.com |

## Employee Authorization For Release Of Health Information

I, Lisa A. Menninger, hereby authorize the use or disclosure of my health

information as described in this authorization.

*Healthcare provider authorized to provide information:* Dr. Marianna Kessimian

*Employer authorized receive/use information:* PPD Development, L.P. ("PPD")

*Description of the information to be disclosed:* Information about medical condition/s and physician recommendations

*Purpose of the disclosure:* Request from employer

*Right to revoke:* I understand that I have the right to revoke this authorization at any time by notifying PPD in writing at [list address where revocation must be delivered]. I understand that any use or disclosure made prior to the revocation under this authorization will not be affected by a revocation.

I understand that after this information is disclosed, federal law might not protect it and the recipient might redisclose it.

I understand that I am entitled to receive a copy of this authorization.

I understand that this authorization will expire when my employment with PPD terminates.

Employee Signature Lisa A. Menninger     Date 01/30/2018

| | |
|---|---|
| **From:** | Marianna Kessimian <drkessimian@hartselleandassociates.com> |
| **Sent:** | Wednesday, February 14, 2018 10:33 AM |
| **To:** | Chad St. John |
| **Subject:** | reasonable accommodation request form |
| **Attachments:** | Menninger- accomodations .docx |

This email originated outside PPD. Please use caution before clicking links.

Chad,

I have attached a document providing psychoeducation on social anxiety disorder as well as recommended reasonable accommodations for Lisa.

Please email me a confirmation that you have received and reviewed this email and its attachments.

Best,

Marianna Kessimian, MD

PPD_MENNINGER 000035

MARIANNA KESSIMIAN, MD
HARTSELLE & ASSOCIATES
10 ELMGROVE AVE
PROVIDENCE, RI 02906
PH: 401-267-8850  FAX: 888-975-3157
DRKESSIMIAN@HARTSELLEANDASSOCIATES.COM

Psychoeducation regarding disability and accommodation requests

Social Anxiety Disorder: Lisa's difficulty with socializing and public speaking is not a manifestation of shyness. Social anxiety disorder is a neurobehavioral disorder with biological and genetic risk factors that lead to physical, behavioral and cognitive symptoms which are pernicious and chronic in nature.

In the past, Lisa endured these work events and presentations with intense discomfort and with the use of a sedative. The sedative did help take the edge off, but it also came with side effects, including impaired attention, concentration, short term memory deficits, lethargy and an extended length of time to return to her cognitive baseline to complete the more analytical and medical facets of her work.

It is also important to note that the weeks leading to the expected speaking engagement/ social event resulted in insomnia, panic symptoms, GI discomfort, and weight loss.

A concrete way of thinking of this disability is that her brain and body are not able to tolerate public speaking engagements/ socializing, and it is as if her vocal cords and brain become paralyzed while her blood pressure, heart rate and breathing all increase and it is for all of the above reasons that I am recommended the following reasonable accommodations.

Below are reasonable accommodations for Lisa so she can continue to be a productive and healthy member of your team.

1.    SLT Presentations, Town Hall, COO/EVP meeting:

Attendees/Audience: Up to 500 employees

Frequency: Bi-weekly, monthly and/or quarterly

Reasonable accommodation- responsible for all slides/handouts/ presentation material with necessary information but will require a reader to present to the group, or can pre record the audio / video and it can be played at the meeting

PPD_MENNINGER 000036

JA2587

available for questions via email after the meeting.

2. Client Bid Defense, Issue resolution calls, HH/Client site meetings, phone
Frequency: Once a month at a minimum for client

Attendees/Audience: Up to 50 attendees-

Reasonable accommodations – available via email/ text/ remote video
conferencing for a representative of the client, 1-2 person audience  maximum .  If it
is a site meeting, surrogate or reader with all necessary information / real time access
to me will be available

3. Client site meetings –

Reasonable accommodation- would like a surrogate to attend, but will be responsible
for all problem solving/ ideas for resolution if emailed/ communicated to me a few
days before anticipated visit

4. Technical Sales presentation internal and external (i.e. internal Sales meeting),
HH/Client site meetings, phone:

Reasonable Accommodation: excused from sales presentations but again will provide
any necessary data information for the reader/ surrogate to have at their disposal
Frequency: Monthly, Quarterly, as needed

Attendees/Audience: Potentially up to 100 attendees

5. For customer visits, Lunch/dinner and social interactions may occur (expected 60-
80% of the time) in order to build business relationships.  - surrogate, as this is not
her strength/ skill set and her disability will flare with significant impairment .  She is
able to build business relationship in a more " behind the scenes"  fashion and would
like  brainstorm other potential avenues where she can add value as she does
understand this is an important part of the business.

6. Travels: Up to 30%- Reasonable Accommodation- When possible traveling to the
Brussels site vs stateside.

Thank you for reviewing the above requested accommodations.  I am available for further
discussion.

Best,

Marianna Kessimian, MD

PPD_MENNINGER 000037

**From:**           Hacene Mekerri
**Sent:**           Thursday, March 29, 2018 10:17 AM
**To:**           Chad St. John
**Subject:**       1:1 Lisa

Hi Chad,

As requested, I am sharing with you the recent conversations with Lisa in our 1:1. The most recent one on one was this Monday, March 26th, we addressed operational challenges:

-     structure changes (onboarding of Director Lab Ops NA+ Pathologist)
-     laboratory client issues (Brussels data entry QA Issue, BMS sponsor wrong conversion factor)

We have not touch base on travels this time but this will be imperative and expected for the onboarding of the new hires as well as the potential sponsor visits linked with the recent challenges. Prior to that 1:1, the latest conversation was on site, the week of February 26th. As you know, I was in Wilmington for the sales meeting the week after and then on business trip to APAC & EU until last Monday. No other conversation took place from February 28th to March 26th.

As a reminder, during the F2F 1:1 on the week of February 26th, we discussed the position requirement that goes along with the role, I conveyed again the need that I already specified for her physician to review as requested.

Let me know if you need further details, happy to help.

Best regards,

Hacene

**Hacene Mekerri**
Vice President
**PPD® Laboratories**
Email: Hacene.Mekerri@ppdi.com
**Phone** +1 859 815 6333
**Mobile** +1 910 338 8712


www.ppdi.com

PPD
2 Tesseneer Drive
Highland Heights, KY 41076

Discovery | Early Development | Clinical Development | Laboratories | Post-Approval | Consulting

1

**CONFIDENTIAL**

**From:** Lisa Menninger
**Sent:** Tuesday, April 17, 2018 1:28 PM
**To:** Hacene Mekerri
**Subject:** RE: 1:1 follow-up and Goals

Hi Hacene,

I am happy to adapt my 2018 goals to address whatever concerns you may have. However, I think you may have some misunderstanding concerning the "recent lab issues" you reference in your email.

For Gedeon Richter, the lab tech failed to follow the SOP. NGSP was a similar issue, as the lab tech made a clerical error in labeling sample results for NGSP proficiency testing samples. And as for BMS, IT failed to perform end-to-end testing when the assay was initially set up in 2017 and later interfaced in January 2018. The lab tech also made an error due to confusion about the lack of interfacing when the first two samples arrived.

While errors such as these are common problems for all laboratories, we have been working proactively to minimize the risk and occurrence of such errors. For example, the SOP the lab tech failed to follow with respect to Gedeon Richter was updated just last year. We also have a sound process in place that we've significantly upgraded since I joined PPD to minimize human error in proficiency testing. We also initiated a POG project earlier this year to further refine and improve the process for proficiency testing sample handling, result reporting, investigation and documentation.

Of course, I agree that we should always be trying to learn from mistakes and endeavoring to improve upon our processes and procedures. And I am continuing to do just that. But I don't think it is fair to suggest that any of these "issues" were the result of me not providing my "full attention" or "dedication" or being sufficiently "proactive." That is completely untrue, and I am not aware of any facts concerning these "recent issues" that should give you any reason to doubt my performance in such a manner.

I sincerely hope that this is just a misunderstanding. I also hope that this has nothing to do with my recent request for accommodation on account of my medical disability. While I do not want to assume the worst, the timing concerns me very much.

With that said, and as noted above, I am happy to adapt my 2018 goals to address whatever new concerns you may have. As the areas that you have outlined are very broad and somewhat vague, I've taken some time to go through each one and highlight for you the actions that I am already taking to achieve/address your stated goals. It would be very helpful if you could review and provide me some specific direction as to why you believe that our current efforts are insufficient and/or how you think we can improve.

**1(a): Elimination of Lab Issues, client complain[ts] and audit findings.**

I'm not entirely clear what you are referring to here. As noted above and detailed further below, we are constantly striving to improve on our processes and procedures to eliminate such problems. If there is a particular issue or problem that you believe is not being appropriately addressed, please let me know.

**1(b): Process improvements in place to proactively eliminate quality issues.**

Process improvement is already a priority. It's why we have a quality management system that includes a CAPA program. It's why we implement quality control processes in the laboratory. While these processes cannot guarantee that error will <u>never</u> occur (I am not aware of any process that can) these measures help us monitor for pre-analytical,

1

CONFIDENTIAL

analytical and post-analytical issues. Continuous quality improvement is the essence of the ISO15189 Standard (Medical laboratories—Requirements for quality and competence) and the CAP15189 program, which as you know is something I am very passionate about and have a significant amount of experience in.

Again, I am not aware of any processes that reduce errors to 0%, but there is good evidence to suggest that my work in this area has been highly effective. Last year, we had five successful inspections (US, EU and SG CAP Lab Accreditation, US CAP/ISO15189 and State of NY) for laboratories that I direct as the sole PPD medical lab director. These inspections covered thousands of regulatory standards per lab for which I am responsible for as the lab director. At the summation for these inspections, inspectors were highly complementary about the quality processes in each of our labs. All labs received recertification. In addition, the US Lab received CAP15189 accreditation, an achievement that was acknowledged at the corporate level.

Please let me know if you have any suggestions as to how I can improve my performance in this area.

**1(c):  System and SOPs to be upgraded where needed.**

SOPs have been and continue to be updated regularly. This is evidenced by the multiple revision numbers documented in our lab SOPs. I am not clear what you mean by "system," but I am not aware of any specific needs in this area.  Please let me know if you disagree.

**1(d):  People management goals and monitoring for higher proficiency.**

A laboratory training and competency assessment program is in place and is a regulatory requirement. This program was recently reviewed, enhanced and updated based on CAP/CLIA guidelines.

We develop goals for all lab staff that are prioritized based on lab objectives that I regularly communicate to my team/s. These goals are incorporated into employee goals set up in the PPD performance management system. Quality and compliance are always stressed as being my number one priority.

If you have any specific thoughts on what I could be doing to improve in this area, please let me know.

**2(a):  Decisive: Give clear directions to team and colleagues in acceptable timeline.**

At the start of 2018, I discussed lab goals and strategy with my team as I have done so in previous years. This year, we are focused on growing our APAC offerings, expanding molecular and AP capabilities, controlling costs/increasing efficiencies through metric and dashboard analytics, quality improvement initiatives supported through a POG project and pursuit of CAP15189 certification for the EU Lab. I have also been driving the molecular team to clear out the DNA/RNA extraction backlog to positively impact 2018 GCL revenue numbers.

As you know, the majority of laboratory technical questions, consults and concerns come directly to me for review and decision-making. To ensure that my directions are clear, compliant and based on sound medical guidelines, I will perform a literature review and consult medical references as needed.  As I cannot delegate responsibilities/tasks that require the lab director's review/approval, I prioritize tasks to ensure that my responses are provided in an acceptable timeline.

Again, please let me know if you have any specific suggestions as to how I can improve my performance in this area.

**2(b):  Solution oriented: Act as leader in researching and bringing innovative solutions to challenges.**

I believe I provide very effective leadership in this area.  I emphasize not only finding solutions to challenges, but finding solutions that are compliant.  This may not seem "innovative," but finding compliant solutions to challenges often requires a great deal of research and innovative thinking.  Under my leadership, we do this every day.

2

Please let me now if you have any specific examples or suggestions concerning how you think I can improve in this area.

**2(c):  Increase support to Sales team and PM team for client meetings, act as Lab Leader.**

I regularly provide support to the PM team by answering questions that come to me via email and joining client calls when needed. I took the initiative to request regular and recurring strategy meetings with Pat, but he has been unable to attend most of them due to his travel schedule.

Before Carolyn and Michelle departed PPD late last year, I had regular meetings with them to discuss lab strategy and offer support. I recently learned that Andy Supp has been named as Carolyn's replacement, and I intend to continue to provide him with similar support.

To date in 2018, aside from one client meeting, I have not been invited to participate in any internal or external sales meetings. I accepted the invite to participate in the WebEx for the client meeting, but it was later determined that I did not need to attend due to the outsourcing, non-technical nature of the audience and participants. I offered to still be available if needed.

Please let me know if you have any suggestions as to how I can improve my performance in this area.

Hacene, I appreciate your feedback, and I will do my best to achieve whatever goals you think are appropriate for 2018.

Thanks,

Lisa

Lisa A. Menninger, M.D., DABP, FCAP, FASCP
Executive Director Lab, Global Central Labs, PPD
Lisa.Menninger@ppdi.com
+ 1 (859) 462-2747 Mobile

---

**From:** Hacene Mekerri
**Sent:** Wednesday, April 11, 2018 9:24 AM
**To:** Lisa Menninger <Lisa.Menninger@ppdi.com>
**Subject:** 1:1 follow-up and Goals

Hi Lisa,

As discussed yesterday, I would like to adapt your goals for 2018 as I am concerned with the recent lab issues (Gedeon Richter, BMS and NGSP).
I need your full attention and dedication to resolve them and be more proactive to prevent any further issues.

1. Proactive approach and actions to increase lab quality: Lab process improvement, QCs, leadership empowerment, System enhancement.
   a. Elimination of Lab Issues, client complain and audit findings
   b. Process improvements in place to proactively eliminate quality issues.
   c. System and SOPs to be upgraded where needed
   d. People management goals and monitoring for higher proficiency

2. Ensure Lab goals and strategy is clear and well communicated:
   a. Decisive: Give clear directions to team and colleagues in acceptable timeline
   b. Solution oriented: Act as leader in researching and bringing innovative solutions to challenges

3

**CONFIDENTIAL**

    c.   Increase support to Sales team and PM team for client meetings, act as Lab Leader.

Please adapt your 2018 goals to include the above, I am happy to discuss them further with you at our next 1:1. Goals may continue to adapt with on-going communication.

Thank you,

Hacene

PPD_MENNINGER 000301

**CONFIDENTIAL**

6:56 AT&T

Case 2:22-cv-... Document: 00118134414 Page: 306 Date Filed: 04/19/2024 Entry ID: 6686...

80%

**Tonya**
+13037092315

Hi Sis! Did you get off Facebook? Everything ok? 💚

5:01 PM

Yes, I deleted all of my social media accounts. They were worsening my anxiety symptoms. I'm hanging in there. 💙

8:49 PM

I understand that. Let me know if you'd like to talk. Is Maya doing ok with her school for now? Any updates on the job stuff? I am thinking of you. 😘

8:40 AM

Thank you. Maya is hanging in there with school and hoping that she gets into the

Enter message

**Tonya**
+13037092315

I understand that. Let me know if you'd like to talk. Is Maya doing ok with her school for now? Any updates on the job stuff? I am thinking of you. 😘

8:40 AM

Thank you. Maya is hanging in there with school and hoping that she gets into the charter school through the lottery. We will find out mid April. I am no longer working for PPD. My case against PPD is still proceeding through MA though. It could take up to two years to resolve, so trying to move on

📑 View all ⟩

3:26 PM

That's good. I'm glad you've moved on from that horrible job! Are you going to take some time before looking into other work? I

Enter message

Case 23-2930   Document: 00118134414   Page: 308   Date Filed: 04/19/2024   Entry ID: 6686989

## Me

3:26 PM, Feb 2

Thank you. Maya is hanging in there with school and hoping that she gets into the charter school through the lottery. We will find out mid April. I am no longer working for PPD. My case against PPD is still proceeding through MA though. It could take up to two years to resolve, so trying to move on with my life in the meantime. Thinking of you too and hope all is well. ❤️

Copy text                    Share

Case 23-2930 · Document: 00118134414 · Page: 309 · Date Filed: 04/19/2024 · Entry ID: 6626762

**Tonya**
+13037092315

through MA though. It could take up to two years to resolve, so trying to move on

3:26 PM

That's good. I'm glad you've moved on from that horrible job! Are you going to take some time before looking into other work? I hope you can do that. And fingers crossed about the charter school for Maya. Tell Mason hello and Maya too! Give her a big kiss from me! Oh and Connor might be following in

📄 View all  >

3:45 PM

I'm currently on longterm disability and unable to work right now. Wow, can't believe Connor is thinking about the Navy. That's a big decision.

Enter message

CONFIDENTIAL

JA2597

Case 23-2930 — Document: 00118134414 — Page: 310 — Date Filed: 04/19/2024 — Entry ID: 6626782



**Tonya**
+13037092315

📄 View all  ❯

3:45 PM

I'm currently on longterm disability and unable to work right now. Wow, can't believe Connor is thinking about the Navy. That's a big decision. Wish him all the best from us. I'll tell Mason and Maya that you said hello.

3:57 PM

**T** That's good. I was wondering about that and if you'd be able to extend the disability. Let me know if I can do anything for you! Love you 😘

4:27 PM

Monday, February 18, 2019



➕ Enter message

**2015 Performance Review for Lisa Menninger**



## Employee Information

|  |  |
|---|---|
| First Name: | Lisa |
| Last Name: | Menninger |
| Manager: | David Johnston |
| Department: | OPS |
| Location: | US - Highland Heights |
| Position: | ED Labs |
| Last Year's Performance Rating:: | Not Applicable |

## Review Information

|  |  |
|---|---|
| Originator: | PPD Performance Management (v4admin) |
| Review Period: | 01/01/2015 - 12/31/2015 |
| Due Date: | 12/31/2015 |

## Performance Review

Performance against Business Goals and Behavior Goals are reviewed and documented twice per year. Employee's draft comments are viewable by their manager during the review period.

During the Mid-year Check-in employees and managers provide comments on overall Business Goals and Behavior Goals progress to date. Also, at the Year-end Review employees provide details and examples against each Business Goal and Behavior Goal by briefly stating the Situation/Task, Action and Result.

## Business Goals

**CONFIDENTIAL**

**Category: Superior Performance**

**Goal :** 1. Collaborate with financial leadership and lab ADs to achieve 80% completion on cost-per-test project
2. Use project outcome data to update the GCL rate card for 2016

**Measurement :** 1. Weekly meetings with financial leadership to advise on project inputs
2. Adjustments to 2016 rate card based on cost-per-test project data

**Start :** 09/07/2015    **Due :** 12/31/2015    **Status :** `On Target`    **Weight :** 25.0%

**Tasks/Milestones :**

**Rating by David Johnston:**

**Manager Rating:** 3: Fully Effective

**David Johnston's Year-end Comments:**
Lisa has made good progress on this task but needs additional support from other departments and staff.

**Rating by Lisa Menninger:**

**Employee Rating:** Please Rate

**Lisa Menninger's Year-end Comments:**
This is a high-priority goal for PPD GCLs to ensure that the lab is setting rates appropriately based on all direct and indirect assay costs. This project was on track in the EU upon my arrival, but stalled in the US due to lack of prioritization and personnel resources. To drive this project forward, I worked with the lab and financial leadership to:
- Hire an admin temp to assist the bench techs in capturing the direct costs of targeted assays
- Advise on inputs for the cost-per-test project
- Review formulas used in the bidding process
- Identify areas in the lab where efficiencies could be improved and/or rates needed to be adjusted
- Update the 2016 rate card based on cost-per-test project outputs

---

**Category: Superior Performance**

**Goal :** Drive the completion of the Cobas Validation Project by December 31, 2015

**Measurement :** Cobas validations are completed and approved by December 31, 2015

**Start :** 09/07/2015    **Due :** 12/31/2015    **Status :** `On Target`    **Weight :** 25.0%

**Tasks/Milestones :**

**Rating by David Johnston:**

**Manager Rating:** 4: Highly Effective

**David Johnston's Year-end Comments:**
Lisa has gotten this project back on track despite several resource gaps and structural challenges.

**Rating by Lisa Menninger:**

**Employee Rating:** Please Rate

**Lisa Menninger's Year-end Comments:**
This project experienced significant delays in 2014-2015 due to lack of organization and leadership.
- Met with validation team during first week of September to review status of all validations
- Provided technical guidance and feedback for all global Cobas validation plans and summaries
- Determined ownership for all pending validations and set deadlines for deliverables
- Drove the Cobas group 1 validations (largest group) to completion by November 30, 2015
- Set December 14, 2015 target date for Group 2 completion and December 31, 2015 deadline for remaining groups 3 and 4
- Worked with leadership to bring in additional validation specialists to meet Cobas project and sponsor-required validation deadlines

**CONFIDENTIAL**

PPD_MENNINGER 000468

**JA2600**

**Category: Continuous Improvement**

**Goal :** Identify and address GCL CAP/CLIA and State of NY compliance and quality gaps

**Measurement :** 1. Submit all necessary documentation and applications to update CAP/CLIA and State of NY certifications 2. Delegate molecular and flow cytometry technical oversight to Ph.D. level scientists from Biomarker lab

**Start :** 09/01/2015     **Due :** 12/31/2015     **Status :** On Target     **Weight :** 25.0%

**Tasks/Milestones :**

**Rating by David Johnston:**

**Manager Rating: 4:** Highly Effective

**David Johnston's Year-end Comments:**
Lisa identified all compliance gaps, proposed a plan to address them, and made arrangements to achieve the plans, including engagement of QPs from the biomarker lab.

**Rating by Lisa Menninger:**

**Employee Rating: Please Rate**

**Lisa Menninger's Year-end Comments:**
- Reviewed current CAP/CLIA and State of NY certification categories
- Addressed current compliance gaps in testing categories listed on certificates
- Advised and worked on plan to remediate with QA
- Identified NY CQ qualified molecular and flow cytometry technical consultants from Biomarker lab
- Submitted applications and received CAP directorship certification for EU and US laboratories
- Submitted application for State of KY Medical License
- Added anatomic pathology to CAP US and EU test menus (CAP AP inspections scheduled for both labs)
- Provided ISO 15189 expertise to QA leadership based on previous consultation and work with international ISO 15189 experts

---

**Category: People and Culture**

**Goal :** Build and restructure the Technical and Scientific Affairs team by adding key talent and updating the organization chart to reflect Lab Director oversight

**Measurement :** 1. Requisitions submitted, applications reviewed and interviews conducted 2. Official change in organization chart

**Start :** 09/07/2015     **Due :** 12/31/2015     **Status :** On Target     **Weight :** 25.0%

**Tasks/Milestones :**

**Rating by David Johnston:**

**Manager Rating: 4:** Highly Effective

**David Johnston's Year-end Comments:**
This is a work in progress but Lisa has made tremendous project in mapping out a plan to build a durable, effective scientific affairs department. There is a lead candidate with an offer pending and a plan to bolster resources and processes.

**Rating by Lisa Menninger:**

**Employee Rating: Please Rate**

**Lisa Menninger's Year-end Comments:**
- Submitted requisitions and received approval for Associate Research Scientists with expertise in the validation process
- Led Technical Director recruitment efforts with HR, internal and external recruiters
- Updated the SciTech Team organizational chart to reflect Lab Director leadership and technical oversight
- Created Global Validation Manager position for SciTech team
- Added Scientific Writer position to address technical writing gaps in documents intended for internal and external clients

# Behavior Goals

**CONFIDENTIAL**

PPD_MENNINGER 000469

**JA2601**

Employees and managers work together to select a recommended 2-3 behaviors needed for achieving Business Goals and develop a goal for each that is specific, measurable, achievable, relevant and timebased.

## Decision Making

Identifies the root causes of a problem, prioritizes them, and then identifies solutions to key root causes; Makes clear, consistent, transparent decisions based on logic; Distinguishes relevant from irrelevant information when making decisions; Generates and proposes alternate decisions, and when those alternatives should be used; Able to overcome the dilemma of short-term gains versus longer-term gains; Asks for guidance when compete data and information are not available

**Behavior Goal**
To support my goal of leading the SciTech and Lab teams, I will work with the teams to identify gaps in the validation, quality control and proficiency testing processes.

**Rating by David Johnston:**
**Manager Rating:** 5: Exceptional
**Weight:** 50%
**David Johnston's Year-end Comments:**
Lisa has shown strong leadership and has exerted clear decision making on several business critical items-- during a time of leadership change within central labs.

**Rating by Lisa Menninger:**
**Employee Rating:** Please Rate

**Lisa Menninger's Year-end Comments:**
- Assigned validation responsibilities to team members based on skill sets
- Set clearly defined expectations and timelines for validation deliverables
- Raised the bar for lab quality and compliance
  - Held individuals accountable for repeated mistakes due to lack of attention to detail
  - Enforced documentation compliance (GDP)
  - Spent time on each lab bench to discuss and identify process improvement projects
  - Educated lab team on 5S and ISO 15189 initiatives
  - Assigned Westgard Basic Method Validation and Quality Control continuing education courses for all technical staff
  - Incorporated lab metrics into the Quality Management System

**CONFIDENTIAL**

**JA2602**

**Organizational Awareness**

Understands the organization's mission and values; Understands the organization's capabilities, capacities, and constraints in terms of resources; Demonstrates an understanding of the formal and informal structure of the organization; Keeps updated on formal and informal reporting relationships in immediate surroundings; Participates in cross-functional activities and interdepartmental initiatives; Aligns actions and decisions with the mission, vision, and goals of the department and the organization; Reviews external information and news to learn about political and social issues that might affect the organization; Uses discretion when handling sensitive matters or content; Learns about the corporate culture and adapts personal style to reflect his or her understanding

**Behavior Goal**

I will work with HR and recruiting to bring in key talent and strengthen the technical expertise of the SciTech and Lab teams.

**Rating by David Johnston:**
**Manager Rating:** 4: Highly Effective
**Weight:** 50%
**David Johnston's Year-end Comments:**
Lisa has demonstrated enterprise wide thinking in addressing the key business and scientific priorities for the business in a way that leverages resources within PPD. She is a valuable member of the management team and has clear potential to continue to contribute at higher levels within the organization.

**Rating by Lisa Menninger:**
**Employee Rating:** Please Rate

**Lisa Menninger's Year-end Comments:**
- Created a global validation manager position for the SciTech team with input from HR and compensation
- Submitted a requisition for a hematology and urinalysis supervisor position to address quality and lab tech competency gaps
- Worked with Biomarker team to bring in temporary validation support for Central Labs
- Formalized plan to bring in Ph.D. level technical consultants from Biomarker Lab to address regulatory compliance gaps in Central Lab

# Mid-year Check-in

The purpose of the Mid-year Check-in is to provide an opportunity for managers and employees to discuss and document progress against goals, update Career Development Plans and to update Employee Profiles. However, comments summarizing performance against Business goals and PPD behavior goals are required.

If employee performance is not meeting the expectations of the role, documenting performance concerns is required. If employee performance exceeds expectations it is recommended that be documented, as well.

## Mid-year Check-in for Business Goals

**Section Comments:**
**David Johnston's Mid-year Comments:**
*No comments*

**Lisa Menninger's Mid-year Comments:** *No comments*

## Mid-year Check-in for Behavior Goals

**Section Comments:**
**David Johnston's Mid-year Comments:**
*No comments*

**Lisa Menninger's Mid-year Comments:** *No comments*

CONFIDENTIAL

# Employee Confirmations

## Mid-year Check-in Employee Confirmations

Employee completes this section as the final step in the Mid-year Check-in.

☐ Employee confirms the following:

- Employee Profile is up to date as of submission of this form.
- LMS requirements are current as of submission of this form.
- Mid-year Check-in discussion took place.

## Year-end Review Employee Confirmations

Employee completes this section during the Year-end Self-assessment.

☑ Employee confirms the following:

- Employee Profile is up to date as of submission of this form.
- LMS requirements are current as of submission of this form.

# Manager Confirmations

## Mid-year Check-in Manager Confirmations

As part of the Mid-year Check-in process, progress against Developmental Objectives is discussed and documented in the Career Development Plan.

☐ Manager confirms that Career Development Plan has been discussed and updated.
**Mid-year Check-in follow-up needed with Employee?** Select one
**If yes, date?**

## Year-end Review Manager Confirmations

As part of the Year-end Review process, progress against Developmental Objectives is discussed and documented in the Career Development Plan.

☑ Manager confirms that Career Development Plan has been discussed and updated.
**Year-end follow-up needed with Employee?** Yes
**If yes, date?** 02/28/2015

*2015 Performance Review for Lisa Menninger*

**CONFIDENTIAL**

PPD_MENNINGER 000472

JA2604

# Overall Performance

Overall Business Goals rating weighted at 60% and overall Behavior Goals rating weighted at 40%.

Overall Rating: **4.0 - Highly Effective**

| | Rating | Weights |
|---|---|---|
| **Business Goals (60%)** | | |
| 1. Collaborate with financial leadership and lab ADs to achieve 80% completion on cost-per-test project 2. Use project outcome data to update the GCL rate card for 2016 | 3: Fully Effective | 25.0% |
| Drive the completion of the Cobas Validation Project by December 31, 2015 | 4: Highly Effective | 25.0% |
| Identify and address GCL CAP/CLIA and State of NY compliance and quality gaps | 4: Highly Effective | 25.0% |
| Build and restructure the Technical and Scientific Affairs team by adding key talent and updating the organization chart to reflect Lab Director oversight | 4: Highly Effective | 25.0% |
| **Behavior Goals (40%)** | | |
| Decision Making | 5: Exceptional | 50% |
| Organizational Awareness | 4: Highly Effective | 50% |

---

**Too New to Rate and Long Term Leave of Absence**

Managers may select the appropriate box below to indicate that the employee has not worked sufficient time during the year to evaluate performance. If performance ratings have not been entered due to employee Long Term Leave of Absence, contact your HR representative to have the form routed to completion.

☐ Too New to Rate

☐ Long Term Leave of Absence

---

# Signature Section

Use this section to sign the document.

Employee signature does not imply agreement or disagreement, only the acknowledgement that the discussion occurred.

| | | |
|---|---|---|
| Employee: | *Lisa Menninger* | 12/28/2015 |
| | Lisa Menninger | |
| Manager: | *David Johnston* | 12/30/2015 |
| | David Johnston | |
| 2nd Level Manager: | *Bill Sharbaugh* | 01/02/2016 |
| | Bill Sharbaugh | |

**Section Comments:**

**Comments by Bill Sharbaugh:**
Lisa is great aditional to the Central Lab leadership team, and is assisting with scientific and technical capability expansion.

**CONFIDENTIAL**

PPD_MENNINGER 000473

**JA2605**

< **Tonya**
+13037092315

Saturday, May 26, 2018

> Hey Sis. I spoke with my doctor yesterday, and she loved the idea of me still doing the ADU race as a form of therapy with no expectations. Do you think you could come and crew with Connor? We will of course pay for you flights.

8:59 AM

 Hey sis! That sounds great. I've been helping Garrett and his buddies move into their first apartment today. Busy day. I'll see if Connor can get off school to come with me to help be your crew! I think that would be really good for him! I'll talk to him when he gets home from work tonight and let y

📄 View all >

5:40 PM

+ Enter message

**Tonya**
+13037092315

5:40 PM

I would love that so much! I'm making some progress with my doctor and trying to accept my authentic self. I'm also looking forward to some time off and a possible trip to the mountains in a few weeks. Hope all is well with you. Love you too!

5:45 PM

Thursday, June 7, 2018

Hi Sis. Just an update to let you know that I've decided to start training again for ADU as a form of mental therapy while on short-term disability. I'm keeping my expectations low and only doing what feels good. Would love it if you could still make the trip!

2:38 PM

Enter message

## 2016 Performance Review for Lisa Menninger



## Employee Information

|  |  |
|---|---|
| First Name: | Lisa |
| Last Name: | Menninger |
| Manager: | Hacene Mekerri |
| Department: | OPS |
| Location: | US - Highland Heights |
| Position: | ED Labs |
| Last Year's Performance Rating: | 4 - Highly Effective |

## Review Information

|  |  |
|---|---|
| Originator: | Corporate HRIS (adminNA11) |
| Review Period: | 01/01/2016 - 12/31/2016 |
| Due Date: | 12/31/2016 |

## Performance Review

Performance against Business Goals and Behavior Goals are reviewed and documented twice per year. Employee's draft comments are viewable by their manager during the review period.

During the Mid-year Check-in employees and managers provide comments on overall Business Goals and Behavior Goals progress to date. Also, at the Year-end Review employees provide details and examples against each Business Goal and Behavior Goal by briefly stating the Situation/Task, Action and Result.

## Business Goals

CONFIDENTIAL

PPD_MENNINGER 000474

JA2608

**Category: Superior Performance**

**Goal :** Collaborate with lab, data management and finance to establish and standardize global lab metrics for test volumes, supply costs and revenue generated per test/test category.

**Measurement :** Metrics created, organized and reviewed for accuracy for presentation at SLT meetings. Documented meetings with data management and finance to begin process of working toward standardization.

**Start :** 01/01/2016     **Due :** 12/31/2016     **Status :** On Target     **Weight :** 25.0%

**Tasks/Milestones :**

**Rating by Hacene Mekerri:**

**Manager Rating:** 4: Highly Effective

**Hacene Mekerri's Year-end Comments:**
Excellent collaboration with the GCL teams to put in place Laboratory dashboards.
Lab Dashboards will be used for discussions with Sales to increase our Testing revenue (Molecular, AP).
Lisa will help to have Metrics process automated, accessible in Spotfire.

**Rating by Lisa Menninger:**

**Employee Rating:** 4: Highly Effective

**Lisa Menninger's Year-end Comments:**
Metrics consolidated and submitted to QA for presentation at Quality Council and SLT meetings. Joint project between lab and finance to standardize revenue, lab cost codes and test volume categories near completion and on track for go-live 02Jan2017. This alignment will allow for better visibility and analysis of test category volumes compared to supply costs and revenue.

---

**Category: Superior Performance**

**Goal :** Evaluate, select, submit FAR and purchase global replacement instrumentation for urinalysis and hematology. Work with SciTech team create validation plan upon instrument delivery to lab. Begin/complete validations depending on timing of instrument arrival.

**Measurement :** FAR approved, instruments delivered, validation plans created and validations started with possible completion depending on when instruments are delivered.

**Start :** 01/01/2016     **Due :** 12/31/2016     **Status :** On Target     **Weight :** 25.0%

**Tasks/Milestones :**

**Rating by Hacene Mekerri:**

**Manager Rating:** 4: Highly Effective

**Hacene Mekerri's Year-end Comments:**
Major Investments to upgrade instruments and provide state-of-the-art services to customer. Lisa has been leading the effort successfully, Validation completed on time and communication to client is being completed as planned.

**Rating by Lisa Menninger:**

**Employee Rating:** 4: Highly Effective

**Lisa Menninger's Year-end Comments:**
FAR approved, all instrumentation delivered and installed in US, EU, SG and SH labs. Urinalysis and hematology validation plans complete. US and EU urinalysis and hematology lab validation experiments complete globally, APAC experiments in progress. On track to complete all validation experiments Q4 2016. Anticipated go-live Q2 2017 once IT component completed and MTM updated.

**CONFIDENTIAL**

**Category: Continuous Improvement**

**Goal :** Collaborate with QA to identify and address GCL CAP/CLIA/NY compliance and quality gaps. Complete application for KY medical license and receive license.

**Measurement :** NY CQ holders (Frank and K) in place for molecular virology and flow cytometry. Lab director KY medical license obtained (Lisa Menninger) NY renewal application submitted with updated testing categories. Process initiated to transition send-out testing away from non-NY certified third-party labs to NY certified labs (ARUP contract in place and lab audited)

**Start :** 01/01/2016    **Due :** 12/31/2016    **Status :** On Target    **Weight :** 25.0%

**Tasks/Milestones :**

**Rating by Hacene Mekerri:**

**Manager Rating: 4:** Highly Effective

**Hacene Mekerri's Year-end Comments:**
Strong progress in our 3PL strategy, minimize number of 3PLs (Cost and Margin effective), in source testing, partner with certified Labs (NYS).
ARUP Laboratory qualification completed in Q4 2016.

**Rating by Lisa Menninger:**

**Employee Rating: 4:** Highly Effective

**Lisa Menninger's Year-end Comments:**
Kentucky medical license obtained. CQ certification obtained for Frank, certification for K pending completion of recommendation letter by Pat Bennet. Test menu audit underway between SciTech and QA to ensure accuracy of MTM with identification of all lab developed tests before updating NY test menu, as this will trigger an onsite inspection by State of NY.
ARUP vendor management process complete. Send-out testing transitioned from CCF (non-NY certified) to ARUP (NY certified) as our primary 3PL partner.

**Category: People and Culture**

**Goal :** Collaborate with AP Task Force and leadership teams to clarify and redefine AP strategy and project plan, identify gaps and propose solutions to meet client expectations.

**Measurement :** AP project plan created to reflect clarified strategy Task Force created to identify and address AP gaps New AP workflows developed and implemented to meet client expectations

**Start :** 01/01/2016    **Due :** 12/31/2016    **Status :** On Target    **Weight :** 25.0%

**Tasks/Milestones :**

**Rating by Hacene Mekerri:**

**Manager Rating: 4:** Highly Effective

**Hacene Mekerri's Year-end Comments:**
Successful AP implementation, CAP accreditations in EU and US. 37 trials awarded, sample processed in a 5S environment.
AP Task force has been a great initiative for cross departmental collaboration (Engagement Survey).
Once completed, this objective will allow us to provide full service to client, Lisa is exploring collaboration with partner (i.e.:Phenopath Laboratory visit planned for January 2017).

**Rating by Lisa Menninger:**

**Employee Rating: 3:** Fully Effective

**Lisa Menninger's Year-end Comments:**
AP project plan updated and task force created with representation by GCL cross-functional departments. 97 total gaps identified with 75% brought to closure as of 15Nov2016. AP workflows created and implemented by lab. Ongoing training by AP lab staff continues for cross-functional departments to increase their understanding and confidence in handling AP studies.

# Behavior Goals

Employees and managers work together to select a recommended 2-3 behaviors needed for achieving Business Goals and develop a goal for each that is specific, measurable, achievable, relevant and timebased.

*2016 Performance Review for Lisa Menninger*                                         *Page 3 of 7*

**CONFIDENTIAL**

PPD_MENNINGER 000476

JA2610

## Organizational Awareness

Understands the organization's mission and values; Understands the organization's capabilities, capacities, and constraints in terms of resources; Demonstrates an understanding of the formal and informal structure of the organization; Keeps updated on formal and informal reporting relationships in immediate surroundings; Participates in cross-functional activities and interdepartmental initiatives; Aligns actions and decisions with the mission, vision, and goals of the department and the organization; Reviews external information and news to learn about political and social issues that might affect the organization; Uses discretion when handling sensitive matters or content; Learns about the corporate culture and adapts personal style to reflect his or her understanding

**Behavior Goal**
I will work with HR and recruiting to bring in key talent and strengthen the technical expertise of the SciTech and Lab teams.

**Rating by Hacene Mekerri:**

**Manager Rating:** 4: Highly Effective

**Weight:** 50%

**Hacene Mekerri's Year-end Comments:**
*No comments*

**Rating by Lisa Menninger:**

**Employee Rating:** 4: Highly Effective

**Lisa Menninger's Year-end Comments:**
SciTech Director hired. Lab supervisors hired for chemistry/microbiology and hematology/UA lab sections. US Lab Senior Director interviewed and offer made (Currently working through non-compete issue with goal of hire Q1 2017). Reqs submitted, approved and interviews underway for five candidates to build up expertise in SciTech department.
In discussions with EU Ph.D. candidate for EU CAP Director position and technical director oversight of APAC labs.
Recruitment of molecular and flow directors ongoing.

## Decision Making

Identifies the root causes of a problem, prioritizes them, and then identifies solutions to key root causes; Makes clear, consistent, transparent decisions based on logic; Distinguishes relevant from irrelevant information when making decisions; Generates and proposes alternate decisions, and when those alternatives should be used; Able to overcome the dilemma of short-term gains versus longer-term gains; Asks for guidance when complete data and information are not available

**Behavior Goal**
To support my goal of leading the SciTech and Lab teams, I will work with the teams to identify quality and compliance gaps in their respective departments. I will prioritize projects, assign action items and hold teams responsible for on-time deliverables.

**Rating by Hacene Mekerri:**

**Manager Rating:** 4: Highly Effective

**Weight:** 50%

**Hacene Mekerri's Year-end Comments:**
Successful Scientific affairs Procedures implemented early this year.
ARUP Laboratory qualification completed in Q4 2016.
Lisa will continue to work on reducing 3PLs and referral costs.

**Rating by Lisa Menninger:**

**Employee Rating:** 4: Highly Effective

**Lisa Menninger's Year-end Comments:**
All global labs and SciTech team completed internal CAP inspections to assess readiness for their actual inspection. AP CAP inspections this year in the EU and US had outstanding outcomes, as did the SH lab for their routine 2-year CAP inspection.
A robust validation tracker and validation plan and summary templates have been created by the SciTech team. There has been significant improvement in meeting validation deadlines since Q1 2016. I expect continuing improvement as open validation scientist positions are filled. In the interim, the SciTech team is working overtime to ensure that client deadlines are met. Continuous improvements are underway to streamline communication between lab and SciTech department for validations, 3PL result data entry and bidding process.
There has been significant progress made by the labs in completing overdue quality CAPAs/Events. The target date for completion of any remaining overdue items is the end of Q4 2016.
There was a tremendous team effort between SciTech and the global lab teams in completing a two-year backlog of overdue ANFs. Going forward, this process has been simplified to ensure faster turnaround with on-time completion.

# Mid-year Check-in

**CONFIDENTIAL**

PPD_MENNINGER 000477

The purpose of the Mid-year Check-in is to provide an opportunity for managers and employees to discuss and document progress against goals, update Career Development Plans and to update Employee Profiles.  However, comments summarizing performance against Business goals and PPD behavior goals are required.

If employee performance is not meeting the expectations of the role, documenting performance concerns is required. If employee performance exceeds expectations it is recommended that be documented, as well.

## Mid-year Check-in for Business Goals

**Section Comments:**

**Hacene Mekerri's Mid-year Comments:**
*No comments*

**Lisa Menninger's Mid-year Comments:**
On-target for all goals with the exception of transitioning 3PL work from non-NY-certified labs. Additionally, K has not received his NY CQ certificate for flow cytometry technical oversight. Will continue to work with SciTech Director, QA and Biomarker lab on addressing NY compliance gaps.

## Mid-year Check-in for Behavior Goals

**Section Comments:**

**Hacene Mekerri's Mid-year Comments:**
*No comments*

**Lisa Menninger's Mid-year Comments:**
SciTech Director hired. Lab supervisors hired for chemistry, microbiology and hematology/UA lab sections. Technical Director interviewed and offer made. Reqs submitted to build up expertise in SciTech department.
Will begin exploring consultant options for a hematopathologist, as well as recruit for a flow cytometry section director qualified to oversee flow oncology testing.
Internal CAP inspections performed to assess CAP readiness in US and EU labs. Validation gaps identified and corrective action plan developed based on CLSI guidelines. Continue to coach SciTech director on setting priorities and meeting validation deadlines.

# Employee Confirmations

## Mid-year Check-in Employee Confirmations

Employee completes this section as the final step in the Mid-year Check-in.

☑ Employee confirms the following:

- Employee Profile is up to date as of submission of this form.
- LMS requirements are current as of submission of this form.
- Mid-year Check-in discussion took place.

**CONFIDENTIAL**

PPD_MENNINGER 000478

JA2612

### Year-end Review Employee Confirmations

Employee completes this section during the Year-end Self-assessment.

☑ Employee confirms the following:

- Employee Profile is up to date as of submission of this form.
- LMS requirements are current as of submission of this form.

# Manager Confirmations

## Mid-year Check-in Manager Confirmations

As part of the Mid-year Check-in process, progress against Developmental Objectives is discussed and documented in the Career Development Plan.

☒ Manager confirms that Career Development Plan has been discussed and updated.
**Mid-year Check-in follow-up needed with Employee?** Select one
**If yes, date?**

## Year-end Review Manager Confirmations

As part of the Year-end Review process, progress against Developmental Objectives is discussed and documented in the Career Development Plan.

☒ Manager confirms that Career Development Plan has been discussed and updated.
**Year-end follow-up needed with Employee?** Select one
**If yes, date?**

# Overall Performance

Overall Business Goals rating weighted at 60% and overall Behavior Goals rating weighted at 40%.

**Overall Rating:** 4.0 - 4: Highly Effective

| | Rating | Weights |
|---|---|---|
| **Business Goals (60%)** | | |
| Collaborate with lab, data management and finance to establish and standardize global lab metrics for test volumes, supply costs and revenue generated per test/test category. | 4: Highly Effective | 25.0% |
| Evaluate, select, submit FAR and purchase global replacement instrumentation for urinalysis and hematology. Work with SciTech team create validation plan upon instrument delivery to lab. Begin/complete validations depending on timing of instrument arrival. | 4: Highly Effective | 25.0% |
| Collaborate with QA to identify and address GCL CAP/CLIA/NY compliance and quality gaps. Complete application for KY medical license and receive license. | 4: Highly Effective | 25.0% |

**CONFIDENTIAL**

PPD_MENNINGER 000479

**JA2613**

| | | |
|---|---|---|
| Collaborate with AP Task Force and leadership teams to clarify and redefine AP strategy and project plan, identify gaps and propose solutions to meet client expectations. | 4: Highly Effective | 25.0% |
| **Behavior Goals (40%)** | 4: Highly Effective | 50% |
| Organizational Awareness | 4: Highly Effective | 50% |
| Decision Making | 4: Highly Effective | 50% |

**Too New to Rate and Long Term Leave of Absence**

Managers may select the appropriate box below to indicate that the employee has not worked sufficient time during the year to evaluate performance. If performance ratings have not been entered due to employee Long Term Leave of Absence, contact your HR representative to have the form routed to completion.

☐ Too New to Rate

☑ Long Term Leave of Absence

# Optional Overall Comments

# Signature Section

Use this section to sign the document.

Employee signature does not imply agreement or disagreement, only the acknowledgement that the discussion occurred.

| | | |
|---|---|---|
| Employee: | *Lisa Menninger* | *01/04/2017* |
| | Lisa Menninger | |
| Manager: | *Hacene Mekerri* | *01/07/2017* |
| | Hacene Mekerri | |
| 2nd Level Manager: | *David Johnston* | *01/16/2017* |
| | David Johnston by Sydney Bens | |

**CONFIDENTIAL**

PPD_MENNINGER 000480

**JA2614**

**2017 Performance Review for Lisa Menninger**



## Employee Information

|  |  |
|---|---|
| First Name: | Lisa |
| Last Name: | Menninger |
| Manager: | Hacene Mekerri |
| Department: | OPS |
| Location: | US – Highland Heights |
| Position: | ED Labs |
| Last Year's Performance Rating: | 4 - Highly Effective |

## Review Information

|  |  |
|---|---|
| Originator: | Corporate HRIS (adminNA11) |
| Review Period: | 01/01/2017 - 12/31/2017 |
| Due Date: | 12/31/2017 |

## Performance Review

Performance against Business Goals and Behavior Goals are reviewed and documented twice per year. Employee's draft comments are viewable by their manager during the review period.

During the Mid-year Check-in employees and managers provide comments on overall Business Goals and Behavior Goals progress to date. Also, at the Year-end Review employees provide details and examples against each Business Goal and Behavior Goal by briefly stating the Situation/Task, Action and Result.

## Business Goals

**CONFIDENTIAL**

PPD_MENNINGER 000481

JA2615

**Category: Enhance Commercial and Operational Excellence**
**Goal :** Expand scientific expertise and technical depth for GCL. Recruit and hire global scientific technical directors (PhD/MD level). Dedicated discipline-level support and training will foster lab and SciTech employee engagement.

**Measurement :** All positions filled by Q4 2017.    **Start :** 01/01/2017    **Due :** 12/31/2017    **Status :** On Target    **Weight :** 20.0%

**Tasks/Milestones :**

| Rating by Hacene Mekerri: | Rating by Lisa Menninger: |
|---|---|

**Manager Rating:** 2: Sometimes Effective

**Employee Rating:** 3: Fully Effective

**Hacene Mekerri's Year-end Comments:**
Lake of scientific expertise in GCL except for Molecular. Client not supported accordingly and we would need to complete the recrutment.
Hacene to connect with recruitment to bring pathologist in house.
Molecular director in place.

**Lisa Menninger's Year-end Comments:**
Two out of three scientific directors were successfully hired, however one director resigned effective November due to lack of cultural fit with PPD.We are actively recruiting for his replacement. The 3rd technical director position was put on hold by corporate and approved for reposting in September. We have resumed recruitment efforts for this position as well. Although I spent a significant amount of time this year reviewing CVs and conducting interviews, feedback from the recruitment team is that we are not competitive for qualified candidates based on salary and location. Chad has proposed that we reach out to an external specialized recruiting firm with expertise in recruiting pathologists and other doctoral level lab professionals. I will explore this option with Hacene and Chris Fikry for 2018. I would also like to explore the option of having Poluru act as our interim US CAP/CLIA/NY lab director, which would eliminate the need to hire a clinical chemist contingent on him passing his board exam in 2018.

**CONFIDENTIAL**    PPD_MENNINGER 000482

JA2616

**Category: Enhance Commercial and Operational Excellence**

**Goal :** Complete global install and validation of Sysmex hematology and Iricell urinalysis analyzers. Complete buildout of US molecular lab with relocation of instrumentation and revalidation of active molecular assays.

**Measurement :** All hematology and UA validations complete with go-live Q2/Q3 2017. Molecular buildout and assay validations complete by Q2 2017.

**Start :** 01/01/2017     **Due :** 12/31/2017     **Status :** Complete     **Weight :** 25.0%

**Tasks/Milestones :**

**Rating by Hacene Mekerri:**

**Manager Rating:** 3: Fully Effective

**Hacene Mekerri's Year-end Comments:**
Validations complete. work with

**Rating by Lisa Menninger:**

**Employee Rating:** 4: Highly Effective

**Lisa Menninger's Year-end Comments:**
Highly complex, global Sysmex/UA validation project with robust validation data and professional summaries successfully completed across all four GCL labs. Multiple communications sent to clients and calls held to inform them about new state-of-the-art instrumentation and address any questions or concerns about impacts to their studies. UA went live July 17th without issue. Sysmex lab validations and communication to clients completed on target. Official go-live delayed by 8 weeks due to lack of IT team resources and IT SME needing to take time off due to death in family. Sysmex went live December 1st without issue. Molecular relocation and assay validations completed ahead of schedule.

---

**Category: Enhance Commercial and Operational Excellence**

**Goal :** Lead preparation efforts for US and EU CAP inspections. Work with lab and SciTech teams to address any identified compliance gaps.

**Measurement :** Successful outcome for inspections. EU and US CAP recertification.

**Start :** 01/01/2017     **Due :** 12/31/2017     **Status :** Complete     **Weight :** 30.0%

**Tasks/Milestones :**

**Rating by Hacene Mekerri:**

**Manager Rating:** 3: Fully Effective

**Hacene Mekerri's Year-end Comments:**
*No comments*

**Rating by Lisa Menninger:**

**Employee Rating:** 5: Exceptional

**Lisa Menninger's Year-end Comments:**
A significant amount of preparation went into inspection readiness efforts this year to include review of thousands of regulatory standards with documentation of evidence of compliance. As a result, this was an outstanding year for GCL regulatory inspections with not only successful CAP recertification for the US and EU labs, but also outstanding CAP inspection results for the SG lab, ISO 15189 certification for the US lab and an unplanned, highly successful NY State inspection for the US lab.

---

PPD_MENNINGER 000483

**CONFIDENTIAL**

**JA2617**

**Category: Expand Our Portfolio of Offerings**

**Goal :** Initiate and finalize collaboration with external anatomic pathology group (PhenoPath) to allow for expansion of AP and specialized test menu offerings in IHC, FISH/cytogenetics, flow cytometry, molecular pathology and AP lab-developed tests.

**Measurement :** Collaboration finalized by Q3/Q4 2017.    **Start :** 01/01/2017    **Due :** 12/31/2017    **Status :** Complete    **Weight :** 25.0%

**Tasks/Milestones :**

**Rating by Hacene Mekerri:**

**Manager Rating:** 3: Fully Effective

**Hacene Mekerri's Year-end Comments:**
*No comments*

**Rating by Lisa Menninger:**

**Employee Rating:** 4: Highly Effective

**Lisa Menninger's Year-end Comments:**
This was a busy year for initiating a collaboration with PhenoPath in support of PPD's strategy to expand AP test offerings. The MSA was finalized and signed by both PhenoPath and PPD Q4.

Q1:

- A team from PPD visited PhenoPath in Seattle to begin discussions.
- PPD team reviewed and provided input for PhenoPath draft business proposal.
- Initiated steps with procurement and PPD legal to qualify PhenoPath as a vendor.

Q2:

- Successful and productive PhenoPath visit to HH on May 23, 2017.
- Workflow teams established for various GCL departments to begin collaboration efforts between GCL and PhenoPath based on May 23rd discussions.
- PhenoPath audit completed by QA.

Q3:

- MSA review and negotiations between PhenoPath and PPD team.
- Multiple rounds of review with revisions to the MSA created.

Q4:

- MSA signed by PhenoPath and PPD!

**CONFIDENTIAL**

JA2618

- Approved to start bidding AP studies to PhenoPath.

# Behavior Goals

Employees and managers work together to select a recommended 2-3 behaviors needed for achieving Business Goals and develop a goal for each that is specific, measurable, achievable, relevant and timebased.

**Enterprise Teamwork**

Listens and responds constructively to other group or team member's ideas, giving honest and constructive feedback; Shows respect toward other opinions; Openly expresses ideas to team members; Cooperates with other team members, providing assistance to other team members as needed; Asks for help from team members and incorporates their suggestions or work into own (while also giving them credit for their contributions); Treats team members with courtesy and consideration on a consistent basis; Connects colleagues in need of help with appropriate contacts and provides them with access to resources when needed; Collaborates with global teammates via virtual platforms or other methods to ensure effective coordination and cooperation

**Behavior Goal**

Partner with business development and lab partnerships teams to set lab strategy based on client needs and expectations and potential for GCL revenue growth. Support colleagues through involvement in client meetings.

Build a strong Ph.D./M.D. technical team to support clients via conference calls and remote or onsite SME presentations (once positions are filled). Technical team will also support BD, cross-functional teams, lab management and bench-level staff through training, consultation and business development initiatives.

| | |
|---|---|
| **Rating by Hacene Mekerri:** | **Rating by Lisa Menninger:** |
| **Manager Rating:** 2: Sometimes Effective | **Employee Rating:** 4: Highly Effective |
| **Weight:** 35% | |
| **Hacene Mekerri's Year-end Comments:** | **Lisa Menninger's Year-end Comments:** |
| *No comments* | Held several discussions with PPD clinical team to discuss strategy. Introduced Dr. Reddy to specifically discuss molecular strategy. Meeting was well received and generated lots of excitement with clinical team. Connected scientific directors with BD and LP colleagues and made them available to participate in remote or onsite client meetings (Celgene, Merck, Sanofi, Roche) as well as bid defense support for many large clients (Abbott, Sanofi, Moderna). Doctoral level directors have actively been involved in providing technical support and training to internal teams and external clients. |

**CONFIDENTIAL**

PPD_MENNINGER 000485

JA2619

**Organizational Awareness**

Understands the organization's mission and values; Understands the organization's capabilities, capacities, and constraints in terms of resources; Demonstrates an understanding of the formal and informal structure of the organization; Keeps updated on formal and informal reporting relationships in immediate surroundings; Participates in cross-functional activities and interdepartmental initiatives; Aligns actions and decisions with the mission, vision, and goals of the department and the organization; Reviews external information and news to learn about political and social issues that might affect the organization; Uses discretion when handling sensitive matters or content; Learns about the corporate culture and adapts personal style to reflect his or her understanding

**Behavior Goal**

Continue to work with HR to develop an organizational structure for lab and SciTech that best aligns with the GCL and corporate mission, values and strategy. Work cross-functionally with colleagues to promote a spirit of collaboration and respect between departments and global lab teams.

**Rating by Hacene Mekerri:**
**Manager Rating: 3:** Fully Effective
**Weight:** 35%
**Hacene Mekerri's Year-end Comments:**
*No comments*

**Rating by Lisa Menninger:**
**Employee Rating: 4:** Highly Effective

**Lisa Menninger's Year-end Comments:**
The spirit of global collaboration with the lab teams has significantly improved. I worked closely with Lorraine to promote positive working relationships between global lab colleagues and the SciTech team.

A new lab interim and long-term organization chart was developed in collaboration with HR and Hacene. Lorraine has done an excellent job in the interim structure in partnering with me to reset US supervisor expectations and promote enterprise thinking.

A key US supervisor position was filled with an excellent candidate, Josh, who together with Dr. Reddy is building a strong and cohesive cross-trained molecular/flow/PBMC team.

Most recently, we reorganized SciTech to remove non-scientific 3PL activities from the department to better align 3PL roles and responsibilities based on departmental skill sets.

**CONFIDENTIAL**　　　　　　　　　　　　　　　　　　　PPD_MENNINGER 000486

JA2620

**Influence**

Persuades others through an earned credibility at the workplace; Develops and maintains relationships of trust and social acceptance with workplace colleagues; Commands a reasonable level of assertiveness and reliability in the work group; Understands own style of influence, argument, persuasion, and the strengths and weaknesses of that style; Understands different styles of influence and how to work with (and counter) those styles as necessary

**Behavior Goal**

Influence team to raise the bar on quality and compliance while simultaneously providing solutions for growing the business. For example, support the business need to grow in-house test menu by recruiting SMEs that will allow PPD to expand capabilities in a compliant state.

| | |
|---|---|
| **Rating by Hacene Mekerri:** | **Rating by Lisa Menninger:** |
| **Manager Rating:** 2: Sometimes Effective | **Employee Rating:** 4: Highly Effective |
| **Weight:** 30% | |
| **Hacene Mekerri's Year-end Comments:** | **Lisa Menninger's Year-end Comments:** |
| *No comments* | |

**Lisa Menninger's Year-end Comments:**

Held multiple lab huddles and meetings with lab team to emphasize the importance of quality and compliance. Global team is aligned on this mission and understands the importance of raising the bar on quality rather than simply achieving compliance. I consistently reinforced this message as evidenced by a year of outstanding regulatory inspection results across multiple labs.

Several meetings held with new directors to discuss strategy for growth in molecular and AP specifically. Multiple discussions also held with BD, LP and clinical colleagues to ensure that our strategy is aligned. Molecular team's initial focus was on developing respiratory panels to support clinical. Team participated in a large Abbott bid and submitted PRs for AP and molecular instrumentation to support this study if awarded. Additional instrumentation procured for molecular to build molecular test menu and increase DNA/RNA extraction throughput.

# Mid-year Check-in

The purpose of the Mid-year Check-in is to provide an opportunity for managers and employees to discuss and document progress against goals, update Career Development Plans and to update Employee Profiles.  However, comments summarizing performance against Business goals and PPD behavior goals are required.

If employee performance is not meeting the expectations of the role, documenting performance concerns is required. If employee performance exceeds expectations it is recommended that be documented, as well.

## Mid-year Check-in for Business Goals

*2017 Performance Review for Lisa Menninger*

**CONFIDENTIAL**

PPD_MENNINGER 000487

**Section Comments:**

**Hacene Mekerri's Mid-year Comments:**
Lisa is on track with her objectives, some are completed such as the regulatory inspections. Lisa will continue to work with our Sales team to support our growth with new awards and thanks to successful involvement of the scientific directors.

**Lisa Menninger's Mid-year Comments:**
Two scientific directors hired and successfully on-boarding. Candidate for US CAP/Clinical Chemistry Director position did not work out. Actively recruiting for this position. Global Sysmex/UA validation project on track. UA went live July 17th without issue. Sysmex targeted for go-live in September after completion of IT testing.
Molecular relocation and assay validations complete.
Successful US and EU CAP inspection outcome with recertification.
PhenoPath collaboration efforts on track.

## Mid-year Check-in for Behavior Goals

**Section Comments:**

**Hacene Mekerri's Mid-year Comments:**
*No comments*

**Lisa Menninger's Mid-year Comments:**
Have held several discussions with PPD clinical team to discuss strategy. Recent meeting in July to introduce Dr. Reddy and specifically discuss molecular strategy. Meeting was well received and generated lots of excitement with clinical team. I've also already connected Dr. Seshi and Dr. Reddy with our BD and LP colleagues. Plan to send one of them to Celgene/PPD capabilites meeting in NJ next month. Both directors have actively been involved in providing technical support and training to thier respective teams.
New lab interim and longterm organization chart developed in collabloration with HR and Hacene. Spirit of global collaboration with team has significantly improved. I am working closely with Lorraine to promote positive working relationships between global lab colleagues and the SciTech team.
Held multiple lab huddles with lab team to emphasize the importance of quality and compliance. Global team is alligned on this mission and understands the importance of raising the bar on quality rather than simply achieving compliance. I will consistently reinforce this message.
Several meetings held with new directors to discuss strategy for growth in molecular, AP, and flow cytometry, specifically. We will continue to have meetings with our BD, LP and clinical colleagues to ensure that our strategy is alligned. Molecular with focus first on developing repiratory panels to support clinical. AP will focus on finalizing the PhenoPath collaboration and working toward bring hematopathology studies in-house to support both AP and flow cytometry.

# Employee Confirmations

## Mid-year Check-in Employee Confirmations

Employee completes this section as the final step in the Mid-year Check-in.

☒ Employee confirms the following:

- Employee Profile is up to date as of submission of this form.
- LMS requirements are current as of submission of this form.
- Mid-year Check-in discussion took place.

**CONFIDENTIAL**

PPD_MENNINGER 000488

**JA2622**

### Year-end Review Employee Confirmations

Employee completes this section during the Year-end Self-assessment.

☑ Employee confirms the following:

- Employee Profile is up to date as of submission of this form.
- LMS requirements are current as of submission of this form.

# Manager Confirmations

### Mid-year Check-in Manager Confirmations

As part of the Mid-year Check-in process, progress against Developmental Objectives is discussed and documented in the Career Development Plan.

☒ Manager confirms that Career Development Plan has been discussed and updated.
**Mid-year Check-in follow-up needed with Employee?** Select one
**If yes, date?**

### Year-end Review Manager Confirmations

As part of the Year-end Review process, progress against Developmental Objectives is discussed and documented in the Career Development Plan.

☒ Manager confirms that Career Development Plan has been discussed and updated.
**Year-end follow-up needed with Employee?** Select one
**If yes, date?**

# Overall Performance

Overall Business Goals rating weighted at 60% and overall Behavior Goals rating weighted at 40%.

**Overall Rating:** 3.0 - 3: Fully Effective

| | Rating | Weights |
|---|---|---|
| **Business Goals (60%)** | | |
| Expand scientific expertise and technical depth for GCL. Recruit and hire global scientific technical directors (PhD/MD level). Dedicated discipline-level support and training will foster lab and SciTech employee engagement. | 2: Sometimes Effective | 20.0% |
| Complete global install and validation of Sysmex hematology and Iricell urinalysis analyzers. Complete buildout of US molecular lab with relocation of instrumentation and revalidation of active molecular assays. | 3: Fully Effective | 25.0% |
| Lead preparation efforts for US and EU CAP inspections. Work with lab and SciTech teams to address any identified compliance gaps. | 3: Fully Effective | 30.0% |

PPD_MENNINGER 000489

**CONFIDENTIAL**

**JA2623**

| | | |
|---|---|---|
| Initiate and finalize collaboration with external anatomic pathology group (PhenoPath) to allow for expansion of AP and specialized test menu offerings in IHC, FISH/cytogenetics, flow cytometry, molecular pathology and AP lab-developed tests. | 3: Fully Effective | 25.0% |
| **Behavior Goals (40%)** | | |
| Enterprise Teamwork | 2: Sometimes Effective | 35% |
| Organizational Awareness | 3: Fully Effective | 35% |
| Influence | 2: Sometimes Effective | 30% |

**Too New to Rate and Long Term Leave of Absence**

Managers may select the appropriate box below to indicate that the employee has not worked sufficient time during the year to evaluate performance. If performance ratings have not been entered due to employee Long Term Leave of Absence, contact your HR representative to have the form routed to completion.

☐ Too New to Rate

☐ Long Term Leave of Absence

# Optional Overall Comments

# Signature Section

Use this section to sign the document.

Employee signature does not imply agreement or disagreement, only the acknowledgement that the discussion occurred.

**CONFIDENTIAL**

**JA2624**

Message

| | |
|---|---|
| **From**: | Chad St. John [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=0D19504E2FF4481CBFAF08FAD5E3C25A-CHAD ST. JO] |
| **Sent**: | 1/15/2018 5:22:37 PM |
| **To**: | Jerry Williams [jerry.williams@ppdi.com]; Deborah Ballweg [deborah.ballweg@ppdi.com] |
| **Subject**: | FW: Our call |
| **Attachments**: | EMPLOYEE REQUEST FOR ACCOMMODATION.docx; Physician's Statement for Accommodation.doc; EAPandWorklifeBrochure.pdf |

Jerry & Deb,

FYI... I will continue to keep you posted.

Regards,
Chad

Chad D. St. John
Associate Director, Human Resources
PPD Central Labs
2 Tesseneer Drive
Highland Heights, KY 41076
e-mail: Chad.St.John@ppdi.com
Office #: +1 859 815 6288
Cell #: +1 513 703 3380
Fax #: +1 859 486 0958
Website: www.ppdi.com
Careers Website: www.ppdi.com/careers

-----Original Message-----
From: Chad St. John
Sent: Monday, January 15, 2018 5:21 PM
To: Lisa Menninger <Lisa.Menninger@ppdi.com>
Subject: RE: Our call

Lisa,

I spoke with Hacene. I fully appreciate the sensitivity in the information that you have disclosed. Last Thursday (11Jan2018) you informed Hacene, of your limitation and eluded to a need for an accommodation to be able to perform the essential functions of your job.

PPD complies with the Americans with Disabilities Act Amendments Act (ADAAA), and wants to support you in continuing to perform your job duties. This process is interactive and we are looking forward to talking with you about your specific needs.

PPD has a formal process that will allow us to identify or substantiate your disability, limitations, and effective accommodations. To start this process, we have 2 forms that are needed and are attached:
1)      Request for Accommodation Form (to be completed by you)
2)      Physician's Statement for Accommodation Form
-This form should be completed by your physician: Please take your job description (attached) to your medical provider and review how your medical condition may affect your job functions.
-This form includes information from your physician regarding what major life activities are limited and offers suggestions, if any, for the type of accommodation(s) that will assist you with being able to perform your essential job functions.
-Please be assured your medical information will remain confidential.

Please return the Request for Accommodation and Physician's Statement form back to me within 15 days. If the forms are not returned during this timeframe, then your request will expire. However, it can be reopened when the required documentation is submitted.

You will not need to CC your manager on your submission of the documents and it would be helpful from this point forward if you can direct any health information to me only. I want to ensure your information is kept confidential and shared only on a need to know basis.

Once you get your information to me, I will set up a meeting for us to discuss it so I can fully understand your specific needs.

**JA2625**

I have also included EAP information.  I can certainly share FMLA & STD information if you need to pursue those avenues.  Please let me know if you have any questions.  We can connect in more detail once the attached documents are completed and returned to me.

All of this information will remain confidential as we work through this together.

Regards,
Chad

Chad D. St. John
Associate Director, Human Resources
PPD Central Labs
2 Tesseneer Drive
Highland Heights, KY 41076
e-mail:  Chad.St.John@ppdi.com
Office #:  +1 859 815 6288
Cell #:  +1 513 703 3380
Fax #:  +1 859 486 0958
Website:  www.ppdi.com
Careers Website:  www.ppdi.com/careers

-----Original Message-----
From: Lisa Menninger
Sent: Monday, January 15, 2018 4:22 PM
To: Chad St. John <Chad.St.John@ppdi.com>
Subject: RE: Our call

Hi Chad,

I'm not sure how much Hacene disclosed to you about my medical condition, but I wanted to follow up to see what you need from an HR perspective.

Thanks,
Lisa

Lisa A. Menninger, M.D., DABP, FCAP, FASCP Executive Director Lab, Global Central Labs, PPD
Lisa.Menninger@ppdi.com
+ 1 (859) 462-2747 Mobile

-----Original Message-----
From: Lisa Menninger
Sent: Monday, January 15, 2018 4:12 PM
To: Hacene Mekerri <Hacene.Mekerri@ppdi.com>
Cc: Chad St. John <Chad.St.John@ppdi.com>
Subject: RE: Our call

Hi Hacene,

Thank you for the call today. Although it was difficult for me to disclose my condition, I'm relieved that I made you aware. I'll follow up with Chad regarding any documentation needed from an HR perspective.

Have a good trip!

Lisa

Lisa A. Menninger, M.D., DABP, FCAP, FASCP Executive Director Lab, Global Central Labs, PPD
Lisa.Menninger@ppdi.com
+ 1 (859) 462-2747 Mobile

-----Original Message-----
From: Hacene Mekerri
Sent: Monday, January 15, 2018 3:48 PM
To: Lisa Menninger <Lisa.Menninger@ppdi.com>
Cc: Chad St. John <Chad.St.John@ppdi.com>
Subject: Our call

Hi Lisa,

As discussed, could you please connect with Chad so he can assist you on the medical documents needed for the situation you described me. I made Chad aware and he will be able to assist accordingly.

**JA2626**

Thank you and we will speak together again mid of this week.
Best regards,
Hacene

PPD_MENNINGER 003744

Message

| | |
|---|---|
| **From**: | Lisa Menninger [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=30630EA465E34B9FBEE17C57284C84D5-LISA MENNIN] |
| **Sent**: | 2/4/2018 12:44:42 PM |
| **To**: | Chad St. John [chad.st.john@ppdi.com] |
| **Subject**: | RE: Our call |

Hi Chad,

Hacene and I had a general discussion concerning changes that he's considering to make my role "more visible." He didn't get into specifics, but suggested that this might include increased client visits/social interactions and presentations (internal and external). That's what prompted my initial email to him regarding my disability. We were supposed to have a follow-up conversation to discuss specifics, and I wanted him to understand my situation so that we could try to figure this out together. That conversation still hasn't happened, so I can't provide you much additional detail at this point.

Can you clarify what additional information you need from my doctor? I don't think she'll understand what you mean by "specific limits or maximum percentage related to the specific expected duties." Please let me know and I'll try to get you a response as quickly as possible.

Thanks,
Lisa

Lisa A. Menninger, M.D., DABP, FCAP, FASCP
Executive Director Lab, Global Central Labs, PPD
Lisa.Menninger@ppdi.com
+ 1 (859) 462-2747 Mobile


-----Original Message-----
From: Chad St. John
Sent: Friday, February 02, 2018 12:02 PM
To: Lisa Menninger <Lisa.Menninger@ppdi.com>
Subject: RE: Our call

Lisa,

I hope your Friday is going well.

I need your assistance as we continue the dialog around exploring reasonable accommodation.  What are the specific expectations that Hacene shared with you for 2018 that you believe that you cannot or limitedly perform?

Your physician only indicates that the public speaking and social interaction be "Minimized".  To the extent that public speaking and social interaction is "deemed necessary" and that a plan be developed with your physician.

I would like to understand from your physicians perspective in-writing the specific limits or maximum percentage related to the specific expected duties.  Public speaking and social interactions were the only items specified in your physicians paperwork.

This information will be critical in the evaluation of how much of your role would be impacted and if any reasonable accommodation can be offered.

Regards,
Chad

Chad D. St. John
Associate Director, Human Resources
PPD Central Labs
2 Tesseneer Drive
Highland Heights, KY 41076
e-mail:  Chad.St.John@ppdi.com
Office #:  +1 859 815 6288
Cell #:  +1 513 703 3380
Fax #:  +1 859 486 0958
Website:  www.ppdi.com
Careers Website:  www.ppdi.com/careers

PPD_MENNINGER 003822

```
-----Original Message-----
From: Lisa Menninger
Sent: Wednesday, January 31, 2018 4:26 PM
To: Chad St. John <Chad.St.John@ppdi.com>
Subject: RE: Our call
```

Thanks Chad.

Lisa A. Menninger, M.D., DABP, FCAP, FASCP Executive Director Lab, Global Central Labs, PPD
Lisa.Menninger@ppdi.com
+ 1 (859) 462-2747 Mobile

```
-----Original Message-----
From: Chad St. John
Sent: Wednesday, January 31, 2018 4:25 PM
To: Lisa Menninger <Lisa.Menninger@ppdi.com>
Subject: RE: Our call
```

Thanks Lisa. I received it. I will move it forward while keeping all information confidential and will get back to you as soon as possible.

Regards,
Chad

Chad D. St. John
Associate Director, Human Resources
PPD Central Labs
2 Tesseneer Drive
Highland Heights, KY 41076
e-mail: Chad.St.John@ppdi.com
Office #: +1 859 815 6288
Cell #: +1 513 703 3380
Fax #: +1 859 486 0958
Website: www.ppdi.com
Careers Website: www.ppdi.com/careers
```
-----Original Message-----
From: Lisa Menninger
Sent: Wednesday, January 31, 2018 1:26 PM
To: Chad St. John <Chad.St.John@ppdi.com>
Subject: RE: Our call
```

Hi Chad,

Please see attached the requested form regarding my medical condition. My physician should be sending her form to you today as well.

Thanks,
Lisa

Lisa A. Menninger, M.D., DABP, FCAP, FASCP Executive Director Lab, Global Central Labs, PPD
Lisa.Menninger@ppdi.com
+ 1 (859) 462-2747 Mobile

```
-----Original Message-----
From: Chad St. John
Sent: Tuesday, January 16, 2018 2:29 PM
To: Lisa Menninger <Lisa.Menninger@ppdi.com>
Subject: RE: Our call
```

Ok. Thanks Lisa.

-Chad

Chad D. St. John
Associate Director, Human Resources
PPD Central Labs
2 Tesseneer Drive
Highland Heights, KY 41076
e-mail: Chad.St.John@ppdi.com
Office #: +1 859 815 6288

PPD_MENNINGER 003823

```
Cell #:  +1 513 703 3380
Fax #:  +1 859 486 0958
Website:  www.ppdi.com
Careers Website:  www.ppdi.com/careers
```

-----Original Message-----
From: Lisa Menninger
Sent: Tuesday, January 16, 2018 10:52 AM
To: Chad St. John <Chad.St.John@ppdi.com>
Subject: RE: Our call

Thank you Chad. I'll review and let you know if I have any questions.

Lisa

Lisa A. Menninger, M.D., DABP, FCAP, FASCP Executive Director Lab, Global Central Labs, PPD
Lisa.Menninger@ppdi.com
+ 1 (859) 462-2747 Mobile


-----Original Message-----
From: Chad St. John
Sent: Monday, January 15, 2018 5:21 PM
To: Lisa Menninger <Lisa.Menninger@ppdi.com>
Subject: RE: Our call

Lisa,

I spoke with Hacene.  I fully appreciate the sensitivity in the information that you have disclosed.
Last Thursday (11Jan2018) you informed Hacene, of your limitation and eluded to a need for an
accommodation to be able to perform the essential functions of your job.

PPD complies with the Americans with Disabilities Act Amendments Act (ADAAA), and wants to support you in
continuing to perform your job duties.  This process is interactive and we are looking forward to talking
with you about your specific needs.

PPD has a formal process that will allow us to identify or substantiate your disability, limitations, and
effective accommodations. To start this process, we have 2 forms that are needed and are attached:
1)      Request for Accommodation Form (to be completed by you)
2)      Physician's Statement for Accommodation Form
-This form should be completed by your physician:  Please take your job description (attached) to your
medical provider and review how your medical condition may affect your job functions.
-This form includes information from your physician regarding what major life activities are limited and
offers suggestions, if any, for the type of accommodation(s) that will assist you with being able to
perform your essential job functions.
-Please be assured your medical information will remain confidential.

Please return the Request for Accommodation and Physician's Statement form back to me within 15 days.
If the forms are not returned during this timeframe, then your request will expire.  However, it can be
reopened when the required documentation is submitted.

You will not need to CC your manager on your submission of the documents and it would be helpful from
this point forward if you can direct any health information to me only.  I want to ensure your
information is kept confidential and shared only on a need to know basis.

Once you get your information to me, I will set up a meeting for us to discuss it so I can fully
understand your specific needs.

I have also included EAP information.  I can certainly share FMLA & STD information if you need to pursue
those avenues.  Please let me know if you have any questions.  We can connect in more detail once the
attached documents are completed and returned to me.

All of this information will remain confidential as we work through this together.

Regards,
Chad

Chad D. St. John
Associate Director, Human Resources
PPD Central Labs
2 Tesseneer Drive
Highland Heights, KY 41076
e-mail:  Chad.St.John@ppdi.com

PPD_MENNINGER 003824

```
Office #:  +1 859 815 6288
Cell #:  +1 513 703 3380
Fax #:  +1 859 486 0958
Website:  www.ppdi.com
Careers Website:  www.ppdi.com/careers
```

-----Original Message-----
From: Lisa Menninger
Sent: Monday, January 15, 2018 4:22 PM
To: Chad St. John <Chad.St.John@ppdi.com>
Subject: RE: Our call

Hi Chad,

I'm not sure how much Hacene disclosed to you about my medical condition, but I wanted to follow up to see what you need from an HR perspective.

Thanks,
Lisa

Lisa A. Menninger, M.D., DABP, FCAP, FASCP Executive Director Lab, Global Central Labs, PPD
Lisa.Menninger@ppdi.com
+ 1 (859) 462-2747 Mobile

-----Original Message-----
From: Lisa Menninger
Sent: Monday, January 15, 2018 4:12 PM
To: Hacene Mekerri <Hacene.Mekerri@ppdi.com>
Cc: Chad St. John <Chad.St.John@ppdi.com>
Subject: RE: Our call

Hi Hacene,

Thank you for the call today. Although it was difficult for me to disclose my condition, I'm relieved that I made you aware. I'll follow up with Chad regarding any documentation needed from an HR perspective.

Have a good trip!

Lisa

Lisa A. Menninger, M.D., DABP, FCAP, FASCP Executive Director Lab, Global Central Labs, PPD
Lisa.Menninger@ppdi.com
+ 1 (859) 462-2747 Mobile

-----Original Message-----
From: Hacene Mekerri
Sent: Monday, January 15, 2018 3:48 PM
To: Lisa Menninger <Lisa.Menninger@ppdi.com>
Cc: Chad St. John <Chad.St.John@ppdi.com>
Subject: Our call

Hi Lisa,

As discussed, could you please connect with Chad so he can assist you on the medical documents needed for the situation you described me. I made Chad aware and he will be able to assist accordingly.
Thank you and we will speak together again mid of this week.
Best regards,
Hacene

**JA2631**

Message

| | |
|---|---|
| **From**: | Chad St. John [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=0D19504E2FF4481CBFAF08FAD5E3C25A-CHAD ST. JO] |
| **Sent**: | 4/20/2018 8:52:41 AM |
| **To**: | Deborah Ballweg [deborah.ballweg@ppdi.com] |
| **Subject**: | RE: Confidential - Reasonable Accommodations - Lisa Menninger |

Will do...

Regards,
Chad

**Chad D. St. John**
*Associate Director, Human Resources*
**PPD Central Labs**
**2 Tesseneer Drive**
**Highland Heights, KY 41076**
**e-mail:  Chad.St.John@ppdi.com**
**Office #:  +1 859 815 6288**
**Cell #:  +1 513 703 3380**
**Fax #:  +1 859 486 0958**
**Website:  www.ppdi.com**
**Careers Website:  www.ppdi.com/careers**

**From:** Deborah Ballweg
**Sent:** Friday, April 20, 2018 8:37 AM
**To:** Chad St. John <Chad.St.John@ppdi.com>
**Subject:** FW: Confidential - Reasonable Accommodations - Lisa Menninger

Fyi.. could you possibly work on a revised draft from Hacene to Lisa before you head out for your terrific vacation?  I can have Hacene respond with his while you are out and then you can use your vacation as reason for the delay.. thanks.

Deb

# Redacted

PPD_MENNINGER 004243



**Redacted**

PPD_MENNINGER 004244

**Redacted**

PPD_MENNINGER 004245



PPD_MENNINGER 004246



PPD_MENNINGER 004247



PPD_MENNINGER 004248