Case No. 23-2030

---

## UNITED STATES COURT OF APPEALS

## FOR THE FIRST CIRCUIT

_____

LISA MENNINGER,

*Plaintiff-Appellee*,

v.

PPD DEVELOPMENT, L.P.,

*Defendant-Appellant,*

_____

On Appeal from a Judgement of the
United States District Court for the District of Massachusetts
Docket No. 1:19-cv-11441-LTS

_____

## JOINT APPENDIX

## Volume IV (JA2638 - JA2974)

Douglas Hallward-Driemeier
ROPES & GRAY LLP
2099 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 508-4600
Douglas.Hallward-
Driemeier@ropesgray.com

John Bueker
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199
(617) 951-7000
John.Bueker@ropesgray.com

Dated: April 8, 2024

*Attorneys for the Defendant-Appellant*

- 1 -

## <u>TABLE OF CONTENTS</u>

**Contents**                                                                 **Page(s)**

### VOLUME I

District Court Docket ..................................................................................JA1

Complaint and Demand for Jury Trial, dated
    July 28, 2019 [Dkt. 1] ..........................................................................JA25

Affidavit of Chris Fikry, dated March 24, 2021 [Dkt. 51] ..........................JA55

Order on PPD's Motion for Summary Judgment and
    Menninger's Motion to Strike, dated
    March 22, 2022 [Dkt. 81] ...................................................................JA63

PPD Trial Brief, dated March 10, 2023 [Dkt. 114] ....................................JA84

Menninger Trial Brief, dated March 10, 2023 [Dkt. 118] ..........................JA139

Charge to the Jury, dated March 30, 2023 [Dkt. 145] ................................JA167

Response to Court Order, dated March 30, 2023 [Dkt. 147].......................JA202

Jury Verdict, dated March 31, 2023 [Dkt. 149]..........................................JA204

Trial Transcript Day 1, dated March 31, 2023 [Dkt. 151]...........................JA209

Trial Transcript Day 2, dated March 31, 2023 [Dkt. 152]...........................JA299

Trial Transcript Day 3, dated March 31, 2023 [Dkt. 153]...........................JA404

Trial Transcript Day 4, dated March 31, 2023 [Dkt. 154]...........................JA558

Trial Transcript Day 5, dated March 31, 2023 [Dkt. 155]...........................JA716

Trial Transcript Day 6, dated March 31, 2023 [Dkt. 156]...........................JA872

Trial Transcript Day 7, dated March 31, 2023 [Dkt. 157]...........................JA1130

i

Trial Transcript Day 8, dated March 31, 2023 [Dkt. 158]...........................JA1394

Trial Transcript Day 9, dated March 31, 2023 [Dkt. 159]..........................JA1553

Trial Transcript Day 10, dated March 31, 2023 [Dkt. 160]........................JA1731

Defendant's Combined Memorandum of Law in support
   of Renewed Motion for Judgement,
     dated June 9, 2023 [Dkt. 181]............................................................JA1869

Plaintiff's Opposition to Defendant's Post-Trial Motion,
     dated July 7, 2023 [Dkt 186] ............................................................JA1914

Defendant's Reply in Support of Renewed Motion,
     dated July 28, 2023 [Dkt. 189] .........................................................JA1972

Trial Exhibit 14 .........................................................................................JA2000

Trial Exhibit 17 .........................................................................................JA2001

Trial Exhibit 18 .........................................................................................JA2002

Trial Exhibit 19 .........................................................................................JA2114

Trial Exhibit 20 .........................................................................................JA2120

Trial Exhibit 21 .........................................................................................JA2130

**VOLUME II**

Trial Exhibit 23 .........................................................................................JA2182

Trial Exhibit 24 .........................................................................................JA2256

**VOLUME III**

Trial Exhibit 25 .........................................................................................JA2297

Trial Exhibit 26 .........................................................................................JA2357

Trial Exhibit 27 ....................................................................................... JA2395

Trial Exhibit 33 ....................................................................................... JA2577

Trial Exhibit 35 ....................................................................................... JA2579

Trial Exhibit 41 ....................................................................................... JA2581

Trial Exhibit 47 ....................................................................................... JA2582

Trial Exhibit 48 ....................................................................................... JA2586

Trial Exhibit 49 ....................................................................................... JA2589

Trial Exhibit 50 ....................................................................................... JA2590

Trial Exhibit 57 ....................................................................................... JA2594

Trial Exhibit 58 ....................................................................................... JA2606

Trial Exhibit 59 ....................................................................................... JA2615

Trial Exhibit 60 ....................................................................................... JA2625

Trial Exhibit 62 ....................................................................................... JA2628

Trial Exhibit 67 ....................................................................................... JA2632

**VOLUME IV**

Trial Exhibit 68 ....................................................................................... JA2638

Trial Exhibit 69 ....................................................................................... JA2642

Trial Exhibit 70 ....................................................................................... JA2647

Trial Exhibit 73 ....................................................................................... JA2656

Trial Exhibit 74 ....................................................................................... JA2662

Trial Exhibit 75 ................................................................................... JA2664

Trial Exhibit 76 ................................................................................... JA2665

Trial Exhibit 80 ................................................................................... JA2666

Trial Exhibit 87 ................................................................................... JA2667

Trial Exhibit 90 ................................................................................... JA2686

Trial Exhibit 106 ................................................................................. JA2688

Trial Exhibit 109 ................................................................................. JA2705

Trial Exhibit 115 ................................................................................. JA2709

Trial Exhibit 118 ................................................................................. JA2720

Trial Exhibit 119 ................................................................................. JA2725

Trial Exhibit 121 ................................................................................. JA2730

Trial Exhibit 124 ................................................................................. JA2732

Trial Exhibit 125 ................................................................................. JA2736

Trial Exhibit 126 ................................................................................. JA2738

Trial Exhibit 132 ................................................................................. JA2743

Trial Exhibit 136 ................................................................................. JA2756

Trial Exhibit 139 ................................................................................. JA2769

Trial Exhibit 141 ................................................................................. JA2774

Trial Exhibit 142 ................................................................................. JA2777

Trial Exhibit 144 ................................................................................. JA2779

Trial Exhibit 146 ........................................................................... JA2784

Trial Exhibit 148 ........................................................................... JA2785

Trial Exhibit 154 ........................................................................... JA2787

Trial Exhibit 157 ........................................................................... JA2788

Trial Exhibit 167 ........................................................................... JA2792

Trial Exhibit 172 ........................................................................... JA2797

Trial Exhibit 174 ........................................................................... JA2804

Trial Exhibit 176 ........................................................................... JA2809

Trial Exhibit 180 ........................................................................... JA2815

Trial Exhibit 182 ........................................................................... JA2819

Trial Exhibit 186 ........................................................................... JA2825

Trial Exhibit 192 ........................................................................... JA2829

Trial Exhibit 194 ........................................................................... JA2833

Trial Exhibit 197 ........................................................................... JA2838

Trial Exhibit 200 ........................................................................... JA2845

Trial Exhibit 201 ........................................................................... JA2848

Trial Exhibit 213 ........................................................................... JA2853

Trial Exhibit 229 ........................................................................... JA2856

Trial Exhibit 231 ........................................................................... JA2859

Trial Exhibit 233 ........................................................................... JA2861

Trial Exhibit 242 ........................................................................ JA2862

Trial Exhibit 244 ........................................................................ JA2866

Trial Exhibit 245 ........................................................................ JA2868

Trial Exhibit 261 ........................................................................ JA2871

Trial Exhibit 265 ........................................................................ JA2879

Trial Exhibit 271 ........................................................................ JA2880

Trial Exhibit 277 ........................................................................ JA2883

Trial Exhibit 290 ........................................................................ JA2887

Trial Exhibit 291 ........................................................................ JA2889

Trial Exhibit 300 ........................................................................ JA2894

Trial Exhibit 301 ........................................................................ JA2899

Trial Exhibit 320 ........................................................................ JA2903

Trial Exhibit 332 ........................................................................ JA2907

Trial Exhibit 333 ........................................................................ JA2911

Trial Exhibit 338 ........................................................................ JA2912

Trial Exhibit 350 ........................................................................ JA2918

Trial Exhibit 366 ........................................................................ JA2923

Trial Exhibit 373 ........................................................................ JA2925

Trial Exhibit 378 ........................................................................ JA2926

Trial Exhibit 392 ........................................................................ JA2929

Trial Exhibit 394 ........................................................................................ JA2933

Trial Exhibit 405 ........................................................................................ JA2940

Trial Exhibit 433 ........................................................................................ JA2943

Trial Exhibit 450 ........................................................................................ JA2946

Trial Exhibit 454 ........................................................................................ JA2959

Trial Exhibit 455 ........................................................................................ JA2960

Trial Exhibit 456 ........................................................................................ JA2961

Trial Exhibit 460 ........................................................................................ JA2969

Notice of Appeal, dated November 29, 2023 [Dkt. 195] ........................... JA2972

CERTIFICATE OF SERVICE

Message

| | |
|---|---|
| **From**: | Chad St. John [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=0D19504E2FF4481CBFAF08FAD5E3C25A-CHAD ST. JO] |
| **Sent**: | 4/3/2018 9:46:25 AM |
| **To**: | Deborah Ballweg [deborah.ballweg@ppdi.com] |
| **Subject**: | RE: Confidential - Reasonable Accommodations - Lisa Menninger |

Got it.

Thanks Deb!

-Chad

**Chad D. St. John**
***Associate Director, Human Resources***
**PPD Central Labs**
**2 Tesseneer Drive**
**Highland Heights, KY 41076**
**e-mail:  Chad.St.John@ppdi.com**
**Office #:  +1 859 815 6288**
**Cell #:  +1 513 703 3380**
**Fax #:  +1 859 486 0958**
**Website:  www.ppdi.com**
**Careers Website:  www.ppdi.com/careers**

**From:** Deborah Ballweg
**Sent:** Tuesday, April 03, 2018 9:40 AM
**To:** Chad St. John <Chad.St.John@ppdi.com>
**Subject:** RE: Confidential - Reasonable Accommodations - Lisa Menninger
**Importance:** High

Hi Chad,

Happy Tuesday!

# Redacted

PPD_MENNINGER 004256

# **Redacted**

Also, it's very important that Hacene continue to address performance issues (outlined in 2017 review) separately from the accommodation request issue. He needs to follow up those discussions with documentation to his manager file and importantly, to Lisa directly. Hacene should be very communicative about the travel expectations for Lisa but mindful of the agreed upon reduction from 30% to 15%. Again, document and send confirmation to Lisa via email.

Please confirm when you've sent the above to Lisa Menninger and also when you've coached Hacene on the documentation expectations.

Thanks!

Deb

---

**From:** Chad St. John
**Sent:** Monday, March 26, 2018 8:33 AM
**To:** Deborah Ballweg <Deborah.Ballweg@ppdi.com>
**Subject:** FW: Confidential - Reasonable Accommodations - Lisa Menninger

Deb,

Happy Monday!

FYI...

We will want to discuss this further.

Regards,
Chad

**Chad D. St. John**
*Associate Director, Human Resources*
**PPD Central Labs**
**2 Tesseneer Drive**
**Highland Heights, KY 41076**
**e-mail:  Chad.St.John@ppdi.com**
**Office #:  +1 859 815 6288**
**Cell #:  +1 513 703 3380**
**Fax #:  +1 859 486 0958**
**Website:  www.ppdi.com**
**Careers Website:  www.ppdi.com/careers**

PPD_MENNINGER 004257

**From:** Lisa Menninger
**Sent:** Saturday, March 24, 2018 6:07 PM
**To:** Chad St. John <Chad.St.John@ppdi.com>
**Subject:** RE: Confidential - Reasonable Accommodations - Lisa Menninger

Hi Chad,

I'm writing to follow up on your email below regarding my disability and the potential need for reasonable accommodations.

While I appreciate you taking the time to highlight portions of my job description, I am familiar with the essential functions of my position and I am not requesting any changes to those functions. As I've stated previously, I am capable of performing all of my responsibilities with or without accommodation. There are, however, certain types of tasks (e.g., formal group presentations) that are challenging due to my disability, and I have asked that you consider possible reasonable accommodations with respect to those tasks.

As you know, that discussion led to Hacene identifying three broad categories of duties/responsibilities for which he believes no accommodation is possible (items 2, 3 and 4). In my last email to you, on March 1st, I noted that those categories are very broad, and asked that you and/or Hacene identify the specific tasks that might fall within those categories. As I explained in my March 1st email, that information is necessary in order to have a productive dialogue regarding which specific tasks implicate my disability and what reasonable accommodations may be available with respect to those specific tasks.

In any event, based upon my 1:1 with Hacene this past week, it does not appear that there are any activities or events in the near future that would implicate my disability. Given this, and how extremely busy we all are, it might make sense to table this discussion until a particular task arises. Dealing with these issues in context, I think, might make this whole issue seem less daunting and help us all engage in a more meaningful dialogue.

Thank you for your time and attention to this matter. I remain confident that we can work through this together, and I hope to have your continued support in doing so.

Lisa

Lisa A. Menninger, M.D., DABP, FCAP, FASCP
Executive Director Lab, Global Central Labs, PPD
Lisa.Menninger@ppdi.com
+ 1 (859) 462-2747 Mobile


**From:** Chad St. John
**Sent:** Monday, March 12, 2018 12:02 PM
**To:** Lisa Menninger <Lisa.Menninger@ppdi.com>
**Cc:** Chad St. John <Chad.St.John@ppdi.com>
**Subject:** Confidential - Reasonable Accommodations - Lisa Menninger

Dear Lisa,

Thank you for your email---we appreciate the ongoing dialogue regarding your requests for accommodations and want to get back to you on those requests.

I thought it would be helpful to attach a copy of your job description above for your reference.  As the job description provides, the Executive Director, Labs includes these essential functions:

PPD_MENNINGER 004258

- providing operational leadership
- supporting business development in obtaining new customers and maintaining relationships
- performing HR functions, personnel development and facility management.

The job description shows that the Executive Director is an integral part of the Highland Heights and Brussels central lab business.

As stated in the job description you are to "interact frequently with internal and outside representatives and participate and may present at meetings with both."   The position requires "excellent communication and interpersonal skills with ability to participate in business development activities, present capabilities and solutions to clients".   Your working conditions include "frequent drives to site locations, travels  within the United States and occasional international travel."

PPD has agreed to provide you certain accommodations that you're requested in terms of having  a designee for internal meetings and working with you on travel.    That said, it is not  reasonable for PPD to rewrite your job description and do away with core requirements such as  that you attend business development meetings, dinners, bid defenses, etc.  These are not "behind the scenes" functions and are absolutely essential to your  job.  It is not reasonable or acceptable to send a surrogate in your place to perform these essential functions.  That is why we are not agreeable to the requests for accommodation outlined in 2-4 below.

PPD has already worked with you to lessen the travel required by your job to some degree, but the position requires that you visit the lab in Highland Heights as well as the lab in Brussels and that you attend client meetings and attend to operational/personnel issues onsite from time to time.

Please take another look at the job description, discuss it with your health care provider and let us know if there are other accommodations that would allow you to perform the essential functions of your job as outlined above.

Thanks in advance.
Chad


Chad D. St. John
*Associate Director, Human Resources*
PPD Central Labs
2 Tesseneer Drive
Highland Heights, KY 41076
e-mail:  Chad.St.John@ppdi.com
Office #:  +1 859 815 6288
Cell #:  +1 513 703 3380
Fax #:  +1 859 486 0958
Website:  www.ppdi.com
Careers Website:  www.ppdi.com/careers

PPD_MENNINGER 004259

Message

| | |
|---|---|
| **From**: | Chad St. John [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=0D19504E2FF4481CBFAF08FAD5E3C25A-CHAD ST. JO] |
| **Sent**: | 3/28/2018 1:57:49 PM |
| **To**: | Hacene Mekerri [hacene.mekerri@ppdi.com] |
| **Subject**: | FW: Confidential - Reasonable Accommodations - Lisa Menninger |

Hacene,

Please add some details to the details that you have discussed with Lisa in your one to ones with her that she is referencing. This information is important as we provide a thoughtful response. Can you please reply before tomorrow morning since Deb and I need to review it and send it on the Lisa N.

Regards,
Chad


**Chad D. St. John**
*Associate Director, Human Resources*
**PPD Central Labs**
**2 Tesseneer Drive**
**Highland Heights, KY 41076**
**e-mail: Chad.St.John@ppdi.com**
**Office #: +1 859 815 6288**
**Cell #: +1 513 703 3380**
**Fax #: +1 859 486 0958**
**Website: www.ppdi.com**
**Careers Website: www.ppdi.com/careers**

---

**From:** Chad St. John
**Sent:** Wednesday, March 28, 2018 1:53 PM
**To:** Deborah Ballweg <Deborah.Ballweg@ppdi.com>
**Subject:** RE: Confidential - Reasonable Accommodations - Lisa Menninger

Will do...

-Chad

**Chad D. St. John**
*Associate Director, Human Resources*
**PPD Central Labs**
**2 Tesseneer Drive**
**Highland Heights, KY 41076**
**e-mail: Chad.St.John@ppdi.com**
**Office #: +1 859 815 6288**
**Cell #: +1 513 703 3380**
**Fax #: +1 859 486 0958**
**Website: www.ppdi.com**
**Careers Website: www.ppdi.com/careers**

---

**From:** Deborah Ballweg
**Sent:** Wednesday, March 28, 2018 1:51 PM

**JA2642**

**To:** Chad St. John <Chad.St.John@ppdi.com>
**Subject:** FW: Confidential - Reasonable Accommodations - Lisa Menninger

Hi,

Can you get up with Hacene to explore #1 before our call tomorrow?

Thanks.

deb

# Redacted

PPD_MENNINGER 004261



PPD_MENNINGER 004262

# Redacted

PPD_MENNINGER 004263

# **Redacted**

PPD_MENNINGER 004264

Message

| | |
|---|---|
| **From**: | Chad St. John [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP |
| | (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=0D19504E2FF4481CBFAF08FAD5E3C25A-CHAD ST. JO] |
| **Sent**: | 4/27/2018 2:12:27 PM |
| **To**: | Deborah Ballweg [deborah.ballweg@ppdi.com] |
| **Subject**: | Re: Response to Lisa Menninger's Requests for Accommodation for Chad to Send |

Got it.  Finishing the vacation...  was awesome.  Let me know if I can help next week.

Regards,
Chad

Sent from my iPhone

On Apr 27, 2018, at 12:34 PM, Deborah Ballweg <Deborah.Ballweg@ppdi.com> wrote:

> Hi,
>
> Please hold off sending until next week – and after we have a discussion.  As fyi.. I'm in RTP Mon – Thur next week saying farewell to Marlene and helping onboard Linda..
>
> Thanks and hope the vacation week has been terrific for you!
>
> Deb

# Redacted

PPD_MENNINGER 004298

**Redacted**

PPD_MENNINGER 004299

# Redacted

PPD_MENNINGER 004300

# Redacted

PPD_MENNINGER 004301

# Redacted

PPD_MENNINGER 004302

# Redacted

PPD_MENNINGER 004303

**Redacted**

PPD_MENNINGER 004304

# Redacted

PPD_MENNINGER 004305



PPD_MENNINGER 004306

# CONFIDENTIAL

Message

| | |
|---|---|
| **From**: | Deborah Ballweg [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=88A985D246AF43A4B5F025D3C06938A3-DEBORAH J.] |
| **Sent**: | 4/25/2018 9:05:24 AM |
| **To**: | Hacene Mekerri [hacene.mekerri@ppdi.com] |
| **CC**: | Chad St. John [chad.st.john@ppdi.com] |
| **Subject**: | FW: 1:1 follow-up and Goals |

Hi Hacene,

I hope you are doing well.

Below is the email response Lisa Noecker drafted for you to reply to the latest exchange between you and Lisa Menninger:

> Lisa,
> I am very surprised and somehow disappointed by your response. PPD is asking all of its managers to meet with employees regarding goals and to use the "connect for success" model to coach and encourage employees. As part of the goal setting exercise, I asked that you include effective communication and to proactively work as a senior lab leader to improve quality, systems and processes.
>
> In your response below, you have changed the discussion to one regarding current performance. We have discussed these issues, but this goal setting exercise was not intended to get into the particular concerns, but incorporate areas for improvement. If it is helpful, however, I will give you a couple of examples of issues that I have noted (and raised to you) before:
>
>> 1. For one client, Gideon Richter: I personally asked for an executive summary from you to document the issues and reflect lab leadership. It was unfortunate to see that other leaders were fully involved even with direct discussions / email with Jay Dixon. You did not take the lead. As the Executive Director of Operations, you are expected to stay on the top of the issues and provide proactive leadership.
>>
>> 2. More recently, we had another client issue—this time with GSK-- which goes to the leadership issues. As you know, GSK is a key client that our sales and operational team is courting and any issue can jeopardize future business. Apparently, you claim were not informed that some samples were discarded by mistake which impacted the client. I personally forwarded you the email and asked you to work with the team on resolution. In your position, you must communicate within the lab-- greater involvement is needed from you. Until now I have not received any update from you on this issue. At one point, I learned there was a client meeting this week where the PPD lab representative was a supervisor with very limited experience with PPD. This is your job---to handle these situations--- to lead the laboratory operations by integrating operational processes, business development, research and development and quality assurance.
>
> Finally, in your email you mention that you are hoping that my email regarding your 2018 goals " has nothing to do with (your) recent request for accommodation on account of (your) medical disability" and cite the timing of the email. I can assure you that it does not. PPD has and will continue to consider any and all requests for accommodation to allow you to continue to work as its executive director of operations. Please continue to work directly with Chad in Human Resources regarding any such requests.
>
> Hacene

Please let me know if you want to further discuss or feel the need to edit based on any recent events before sending to Lisa Menninger.

CONFIDENTIAL

Thanks.

Deb

**From:** Chad St. John
**Sent:** Friday, April 20, 2018 10:43 AM
**To:** Deborah Ballweg <Deborah.Ballweg@ppdi.com>
**Subject:** FW: 1:1 follow-up and Goals

Deb,

FYI...  Draft Version II...

Regards,
Chad

**Chad D. St. John**
*Associate Director, Human Resources*
**PPD Central Labs**
**2 Tesseneer Drive**
**Highland Heights, KY 41076**
**e-mail:  Chad.St.John@ppdi.com**
**Office #:  +1 859 815 6288**
**Cell #:  +1 513 703 3380**
**Fax #:  +1 859 486 0958**
**Website:  www.ppdi.com**
**Careers Website:  www.ppdi.com/careers**

**From:** Hacene Mekerri
**Sent:** Friday, April 20, 2018 11:20 AM
**To:** Chad St. John <Chad.St.John@ppdi.com>
**Subject:** RE: 1:1 follow-up and Goals

Version 2 with details:

Lisa, I am very surprised and somehow disappointed by your response. As I already shared with you during our conversation and on my email, the goals you provided need to be adapted to reflect the specific needs and challenges in the lab. I am concerned if you do not recognize the challenges that need your immediate attention and your senior leadership role in owning and acting appropriately to address the issues proactively. This is concerning, I can certainly share some examples with additional details. For Gideon Richter: I personally asked for an executive summary from you to document the issues and reflect lab leadership. It was unfortunate to see that other leaders were fully involved even with direct discussions / email with Jay Dixon. You did not take the lead on this as the lab leader. Please make sure you stay on the top of the issues and provide proactive leadership.

Most recently we had the issue with GSK. As you know, GSK is a key client that our sales and operational team is courting and any issue can jeopardize future business. This is not acceptable that as a lab leader, you were not informed that some sample were discarded by mistake which impacted the client. I personally forwarded you the email and asked you to work with the team on resolution. This is unacceptable that there is no clear internal communication within the lab and a greater involvement from you. Until now I have not received any update from you on this issue. I asked the team yesterday and the latest I heard was that there was a client meeting this week where the PPD lab representative was Josh, a supervisor with very limited experience with PPD. Unacceptable that here again, you do not take the lead on

PPD_MENNINGER 004407

CTRL00056147

CONFIDENTIAL

this as the lab leader. Let us discuss asap as I don't like the tone of your response below and other items that you have specified since it does not fully reflect current situation on site.

Hacene

**From:** Hacene Mekerri
**Sent:** Wednesday, April 18, 2018 12:46 PM
**To:** Chad St. John <Chad.St.John@ppdi.com>
**Subject:** FW: 1:1 follow-up and Goals

Chad, please review, I want to be short here and stick to the Lab performance challenges. No need to follow any other path she brings.

Lisa, I am very surprised and somehow disappointed by your response. As I already shared with you during our conversation and on my email, the goals you provided need to be adapted to reflect the specific needs and challenges in the lab. I am concerned if you do not recognize the challenges that need your immediate attention and your senior leadership role in owning and acting appropriately to address the issues proactively. This is concerning, let's discuss and clarify this asap.

Hacene

**From:** Lisa Menninger
**Sent:** Tuesday, April 17, 2018 1:28 PM
**To:** Hacene Mekerri <Hacene.Mekerri@ppdi.com>
**Subject:** RE: 1:1 follow-up and Goals

Hi Hacene,

I am happy to adapt my 2018 goals to address whatever concerns you may have. However, I think you may have some misunderstanding concerning the "recent lab issues" you reference in your email.

For Gedeon Richter, the lab tech failed to follow the SOP. NGSP was a similar issue, as the lab tech made a clerical error in labeling sample results for NGSP proficiency testing samples. And as for BMS, IT failed to perform end-to-end testing when the assay was initially set up in 2017 and later interfaced in January 2018. The lab tech also made an error due to confusion about the lack of interfacing when the first two samples arrived.

While errors such as these are common problems for all laboratories, we have been working proactively to minimize the risk and occurrence of such errors. For example, the SOP the lab tech failed to follow with respect to Gedeon Richter was updated just last year. We also have a sound process in place that we've significantly upgraded since I joined PPD to minimize human error in proficiency testing. We also initiated a POG project earlier this year to further refine and improve the process for proficiency testing sample handling, result reporting, investigation and documentation.

Of course, I agree that we should always be trying to learn from mistakes and endeavoring to improve upon our processes and procedures. And I am continuing to do just that. But I don't think it is fair to suggest that any of these "issues" were the result of me not providing my "full attention" or "dedication" or being sufficiently "proactive." That is completely untrue, and I am not aware of any facts concerning these "recent issues" that should give you any reason to doubt my performance in such a manner.

PPD_MENNINGER 004408

CTRL00056147

CONFIDENTIAL

I sincerely hope that this is just a misunderstanding. I also hope that this has nothing to do with my recent request for accommodation on account of my medical disability. While I do not want to assume the worst, the timing concerns me very much.

With that said, and as noted above, I am happy to adapt my 2018 goals to address whatever new concerns you may have. As the areas that you have outlined are very broad and somewhat vague, I've taken some time to go through each one and highlight for you the actions that I am already taking to achieve/address your stated goals. It would be very helpful if you could review and provide me some specific direction as to why you believe that our current efforts are insufficient and/or how you think we can improve.

**1(a): Elimination of Lab Issues, client complain[ts] and audit findings.**

I'm not entirely clear what you are referring to here. As noted above and detailed further below, we are constantly striving to improve on our processes and procedures to eliminate such problems. If there is a particular issue or problem that you believe is not being appropriately addressed, please let me know.

**1(b): Process improvements in place to proactively eliminate quality issues.**

Process improvement is already a priority. It's why we have a quality management system that includes a CAPA program. It's why we implement quality control processes in the laboratory. While these processes cannot guarantee that error will never occur (I am not aware of any process that can) these measures help us monitor for pre-analytical, analytical and post-analytical issues. Continuous quality improvement is the essence of the ISO15189 Standard (Medical laboratories—Requirements for quality and competence) and the CAP15189 program, which as you know is something I am very passionate about and have a significant amount of experience in.

Again, I am not aware of any processes that reduce errors to 0%, but there is good evidence to suggest that my work in this area has been highly effective. Last year, we had five successful inspections (US, EU and SG CAP Lab Accreditation, US CAP/ISO15189 and State of NY) for laboratories that I direct as the sole PPD medical lab director. These inspections covered thousands of regulatory standards per lab for which I am responsible for as the lab director. At the summation for these inspections, inspectors were highly complementary about the quality processes in each of our labs. All labs received recertification. In addition, the US Lab received CAP15189 accreditation, an achievement that was acknowledged at the corporate level.

Please let me know if you have any suggestions as to how I can improve my performance in this area.

**1(c): System and SOPs to be upgraded where needed.**

SOPs have been and continue to be updated regularly. This is evidenced by the multiple revision numbers documented in our lab SOPs. I am not clear what you mean by "system," but I am not aware of any specific needs in this area. Please let me know if you disagree.

**1(d): People management goals and monitoring for higher proficiency.**

A laboratory training and competency assessment program is in place and is a regulatory requirement. This program was recently reviewed, enhanced and updated based on CAP/CLIA guidelines.

We develop goals for all lab staff that are prioritized based on lab objectives that I regularly communicate to my team/s. These goals are incorporated into employee goals set up in the PPD performance management system. Quality and compliance are always stressed as being my number one priority.

If you have any specific thoughts on what I could be doing to improve in this area, please let me know.

**2(a): Decisive: Give clear directions to team and colleagues in acceptable timeline.**

PPD_MENNINGER 004409

CTRL00056147

CONFIDENTIAL

At the start of 2018, I discussed lab goals and strategy with my team as I have done in previous years. This year, we are focused on growing our APAC offerings, expanding molecular and AP capabilities, controlling costs/increasing efficiencies through metric and dashboard analytics, quality improvement initiatives supported through a POG project and pursuit of CAP15189 certification for the EU Lab. I have also been driving the molecular team to clear out the DNA/RNA extraction backlog to positively impact 2018 GCL revenue numbers.

As you know, the majority of laboratory technical questions, consults and concerns come directly to me for review and decision-making. To ensure that my directions are clear, compliant and based on sound medical guidelines, I will perform a literature review and consult medical references as needed.  As I cannot delegate responsibilities/tasks that require the lab director's review/approval, I prioritize tasks to ensure that my responses are provided in an acceptable timeline.

Again, please let me know if you have any specific suggestions as to how I can improve my performance in this area.

**2(b):  Solution oriented: Act as leader in researching and bringing innovative solutions to challenges.**

I believe I provide very effective leadership in this area.  I emphasize not only finding solutions to challenges, but finding solutions that are compliant.  This may not seem "innovative," but finding compliant solutions to challenges often requires a great deal of research and innovative thinking.  Under my leadership, we do this every day.

Please let me now if you have any specific examples or suggestions concerning how you think I can improve in this area.

**2(c):  Increase support to Sales team and PM team for client meetings, act as Lab Leader.**

I regularly provide support to the PM team by answering questions that come to me via email and joining client calls when needed. I took the initiative to request regular and recurring strategy meetings with Pat, but he has been unable to attend most of them due to his travel schedule.

Before Carolyn and Michelle departed PPD late last year, I had regular meetings with them to discuss lab strategy and offer support. I recently learned that Andy Supp has been named as Carolyn's replacement, and I intend to continue to provide him with similar support.

To date in 2018, aside from one client meeting, I have not been invited to participate in any internal or external sales meetings. I accepted the invite to participate in the WebEx for the client meeting, but it was later determined that I did not need to attend due to the outsourcing, non-technical nature of the audience and participants. I offered to still be available if needed.

Please let me know if you have any suggestions as to how I can improve my performance in this area.

Hacene, I appreciate your feedback, and I will do my best to achieve whatever goals you think are appropriate for 2018.

Thanks,

Lisa

Lisa A. Menninger, M.D., DABP, FCAP, FASCP
Executive Director Lab, Global Central Labs, PPD
Lisa.Menninger@ppdi.com
+ 1 (859) 462-2747 Mobile

CONFIDENTIAL

**From:** Hacene Mekerri
**Sent:** Wednesday, April 11, 2018 9:24 AM
**To:** Lisa Menninger <Lisa.Menninger@ppdi.com>
**Subject:** 1:1 follow-up and Goals

Hi Lisa,

As discussed yesterday, I would like to adapt your goals for 2018 as I am concerned with the recent lab issues (Gedeon Richter, BMS and NGSP).
I need your full attention and dedication to resolve them and be more proactive to prevent any further issues.

1. Proactive approach and actions to increase lab quality: Lab process improvement, QCs, leadership empowerment, System enhancement.
   a. Elimination of Lab Issues, client complain and audit findings
   b. Process improvements in place to proactively eliminate quality issues.
   c. System and SOPs to be upgraded where needed
   d. People management goals and monitoring for higher proficiency

2. Ensure Lab goals and strategy is clear and well communicated:
   a. Decisive: Give clear directions to team and colleagues in acceptable timeline
   b. Solution oriented: Act as leader in researching and bringing innovative solutions to challenges
   c. Increase support to Sales team and PM team for client meetings, act as Lab Leader.

Please adapt your 2018 goals to include the above, I am happy to discuss them further with you at our next 1:1. Goals may continue to adapt with on-going communication.

Thank you,

Hacene

Message

| | |
|---|---|
| **From**: | Chad St. John [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=0D19504E2FF4481CBFAF08FAD5E3C25A-CHAD ST. JO] |
| **Sent**: | 5/22/2018 2:45:00 PM |
| **To**: | Deborah Ballweg [deborah.ballweg@ppdi.com] |
| **Subject**: | RE: FYI |

Oh My...


**Chad D. St. John**
*Associate Director, Human Resources*
**PPD Central Labs**
**2 Tesseneer Drive**
**Highland Heights, KY 41076**
**e-mail:  Chad.St.John@ppdi.com**
**Office #:  +1 859 815 6288**
**Cell #:  +1 513 703 3380**
**Fax #:  +1 859 486 0958**
**Website:  www.ppdi.com**
**Careers Website:  www.ppdi.com/careers**

---

**From:** Deborah Ballweg
**Sent:** Tuesday, May 22, 2018 2:41 PM
**To:** Chad St. John <Chad.St.John@ppdi.com>
**Subject:** RE: FYI

☺ I'm scripted by Lisa Noecker!  Even drafted the f/u email to her!!

---

**From:** Chad St. John
**Sent:** Tuesday, May 22, 2018 1:40 PM
**To:** Deborah Ballweg <Deborah.Ballweg@ppdi.com>
**Subject:** RE: FYI

Good luck Deb!

-Chad

**Chad D. St. John**
*Associate Director, Human Resources*
**PPD Central Labs**
2 Tesseneer Drive
Highland Heights, KY 41076
**e-mail:  Chad.St.John@ppdi.com**
**Office #:  +1 859 815 6288**
**Cell #:  +1 513 703 3380**
**Fax #:  +1 859 486 0958**
**Website:  www.ppdi.com**
**Careers Website:  www.ppdi.com/careers**

PPD_MENNINGER 004451

CTRL00019483

**From:** Deborah Ballweg
**Sent:** Tuesday, May 22, 2018 2:18 PM
**To:** Chad St. John <Chad.St.John@ppdi.com>
**Subject:** FYI

HI,

I'm giving Lisa feedback on the investigation today at 2CST.. thanks.

deb

**Deborah Ballweg**
*Executive Director, Human Resources*
PPD
**Phone** +1 608 203 3233
**Cell** +1 608 692 2253
Deborah.Ballweg@ppdi.com
www.ppdi.com

Early Development | Clinical Development | Laboratories | Post-Approval | Consulting

Message

| | |
|---|---|
| **From**: | Chad St. John [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=0D19504E2FF4481CBFAF08FAD5E3C25A-CHAD ST. JO] |
| **Sent**: | 5/14/2018 5:01:51 PM |
| **To**: | Deborah Ballweg [deborah.ballweg@ppdi.com] |
| **Subject**: | Lisa Performance Feedback From Hacene... |

Deb,

I checked and cannot find any additional emails from Hacene on Lisa's performance outside of the one that I forwarded with Susan's feedback at that time.

Regards,
Chad

**Chad D. St. John**
*Associate Director, Human Resources*
**PPD Central Labs**
**2 Tesseneer Drive**
**Highland Heights, KY 41076**
**e-mail:  Chad.St.John@ppdi.com**
**Office #:  +1 859 815 6288**
**Cell #:  +1 513 703 3380**
**Fax #:  +1 859 486 0958**
**Website:  www.ppdi.com**
**Careers Website:  www.ppdi.com/careers**

Message

| | |
|---|---|
| **From**: | Chad St. John [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=0D19504E2FF4481CBFAF08FAD5E3C25A-CHAD ST. JO] |
| **Sent**: | 4/26/2018 1:10:11 PM |
| **To**: | Deborah Ballweg [deborah.ballweg@ppdi.com] |
| **BCC**: | Chad St. John [chad.st.john@ppdi.com] |
| **Subject**: | Re: email response to Lisa... |

Got it.  Thanks Deb.

-Chad


Sent from my iPhone

On Apr 26, 2018, at 10:07 AM, Deborah Ballweg <Deborah.Ballweg@ppdi.com> wrote:

Hi. So glad to hear you're trip is going well!  I have Lisa N's edited email for you to send however I need you to wait until Monday. Will touch base on this when you get back!

Enjoy the rest of your trip!!

Deb


Sent from my iPhone

On Apr 26, 2018, at 9:30 AM, Chad St. John <Chad.St.John@ppdi.com> wrote:

Deb,

Vacation is fantastic!

Any feedback from Lisa N. on a response for me to send Lisa M.?  I saw the recommendation for Hacene and all looked good including his minor edit.

Regards,
Chad

**Chad D. St. John**
*Associate Director, Human Resources*
**PPD Central Labs**
**2 Tesseneer Drive**
**Highland Heights, KY 41076**
**e-mail:  Chad.St.John@ppdi.com**
**Office #:  +1 859 815 6288**
**Cell #:  +1 513 703 3380**
**Fax #:  +1 859 486 0958**
**Website:  www.ppdi.com**
**Careers Website:  www.ppdi.com/careers**

PPD_MENNINGER 004436

CTRL00019572

**om:**            Brent McKinnon <Brent.McKinnon@ppdi.com>
**Sent:**         Thursday, March 08, 2018 10:25 AM
**To:**            Chad St. John
**Subject:**      FW: NYS Standards Excel file
**Attachments:**   Scanned from a Xerox Multifunction Printer.pdf; NYSDOH_Standards_Part_1
                           _General_Systems_01012017.pdf

I think my conversation with H was verbal; below is a follow-up to him.

B

**From:** Brent McKinnon
**Sent:** Wednesday, October 11, 2017 8:51 AM
**To:** Hacene Mekerri <Hacene.Mekerri@ppdi.com>
**Cc:** Chad St. John <Chad.St.John@ppdi.com>
**Subject:** FW: NYS Standards Excel file

Good afternoon Hacene, hope your EU trip is going well.  I wanted to follow-up with on our discussion regarding on-site time for US lab director.  Any updates?

Below, Kathy has highlighted this concern to Lisa, following research specific to NYS, and therefore I wanted to let you know.

I know we are active on the recruiting front but this can turn out to be a significant issue with the NYSDOH inspection which is about a month away.

**From:** Kathy Dick
**Sent:** Wednesday, October 11, 2017 8:33 AM
**To:** Lisa Menninger <Lisa.Menninger@ppdi.com>; Lorraine McNamara <Lorraine.McNamara@ppdi.com>
**Cc:** Brent McKinnon <Brent.McKinnon@ppdi.com>
**Subject:** RE: NYS Standards Excel file

Dr. Menninger and Lorraine,

I am not sure the SOP actually needs any update as I do not think it was written specific to EU visits but rather in general lab director visits when not onsite full time.  We can verify that for sure but I suspect it's fine as is.

I do have a concern with this as we approach NYS inspection.  The standard as written has the expectation that a full time lab director serving as the primary CQ holder is on site full time and any part time/assistant lab director would be onsite a minimum of 20 hours per week.  This is reviewed and dependent on the test categories and volumes.  The standard does provide a statement that time onsite should be defined in the lab director job description, which is written as 70% of time being spent onsite. ( JD and standard are attached).  This was required as an outcome of our previous NYS inspection.

While we can certainly show evidence of lab director support through IM, email, phone etc. , we are currently out of compliance with the standard and job description as written.  We have had issues in the past when we have used Dr. Bloch as a temporary lab director with time on site ( documented as 2 days per month) and NYS pushed back on this.  Our current NYS profile has Dr. Menninger still listed as being onsite M-F 8-5.

CONFIDENTIAL

PPD_MENNINGER 000052

Message

| | |
|---|---|
| **From**: | Chad St. John [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=0D19504E2FF4481CBFAF08FAD5E3C25A-CHAD ST. JO] |
| **Sent**: | 3/7/2018 2:31:20 PM |
| **To**: | Deborah Ballweg [deborah.ballweg@ppdi.com] |
| **Subject**: | RE: Legal review |
| **Attachments**: | ED_Labs_LB020.pdf; Menninger- accomodations_.docx; EMPLOYEE REQUEST FOR ACCOMMODATION Lisa Menninger signed.pdf; Email Format for Legal for RFA - Lisa Menninger.docx |

Deb,

Got it. I had provided the information requested in the attached document you sent. The form indicates that the employee JD, RA document and physician document(s) should be included so I have attached them in this email. Please let me know if any additional information is needed. Thanks for all of your support in this process Deb!

Regards,
Chad

**Chad D. St. John**
*Associate Director, Human Resources*
**PPD Central Labs**
**2 Tesseneer Drive**
**Highland Heights, KY 41076**
**e-mail:  Chad.St.John@ppdi.com**
**Office #:  +1 859 815 6288**
**Cell #:  +1 513 703 3380**
**Fax #:  +1 859 486 0958**
**Website:  www.ppdi.com**
**Careers Website:  www.ppdi.com/careers**

**From:** Deborah Ballweg
**Sent:** Wednesday, March 07, 2018 12:44 PM
**To:** Chad St. John <Chad.St.John@ppdi.com>
**Subject:** RE: Legal review
**Importance:** High

Hi Chad,

Sorry to come back to this again.. could you please ensure the attached form is completed in entirety with any pertinent attachments added?  I will then send this doc and attachments to Lisa N for review before our discussion today,

If you've sent and I'm missing it I apologize.. thanks.

Deb

**From:** Chad St. John
**Sent:** Tuesday, March 06, 2018 1:43 PM
**To:** Deborah Ballweg <Deborah.Ballweg@ppdi.com>
**Subject:** RE: Legal review

Now I understand.  Please see Lisa Menninger's completed attached document.  Now you have everything...

Regards,
Chad

**Chad D. St. John**
*Associate Director, Human Resources*
**PPD Central Labs**
**2 Tesseneer Drive**
**Highland Heights, KY 41076**
**e-mail:  Chad.St.John@ppdi.com**
**Office #:  +1 859 815 6288**
**Cell #:  +1 513 703 3380**
**Fax #:  +1 859 486 0958**
**Website:  www.ppdi.com**
**Careers Website:  www.ppdi.com/careers**

---

**From:** Deborah Ballweg
**Sent:** Tuesday, March 06, 2018 2:39 PM
**To:** Chad St. John <Chad.St.John@ppdi.com>
**Subject:** Re: Legal review

Thanks Chad. I want to be in a position to send Lisa n the exact form fully completed.

Appreciate it!

Deb


Sent from my iPhone

On Mar 6, 2018, at 2:27 PM, Chad St. John <Chad.St.John@ppdi.com> wrote:

> Deb,
>
> I think I follow what you are requesting.  I will send a separate email with all email attachments
> documenting the timeline that I pulled together.  Please let me know if it hits the mark.
>
> Thanks,
> Chad
>
> **Chad D. St. John**
> *Associate Director, Human Resources*
> **PPD Central Labs**
> **2 Tesseneer Drive**
> **Highland Heights, KY 41076**
> **e-mail:  Chad.St.John@ppdi.com**
> **Office #:  +1 859 815 6288**
> **Cell #:  +1 513 703 3380**
> **Fax #:  +1 859 486 0958**
> **Website:  www.ppdi.com**
> **Careers Website:  www.ppdi.com/careers**

PPD_MENNINGER 004066

**From:** Deborah Ballweg
**Sent:** Tuesday, March 06, 2018 2:17 PM
**To:** Chad St. John <Chad.St.John@ppdi.com>
**Subject:** RE: Legal review

Thanks Chad.  If you could item by item with the Legal email attachment I sent before I'd be appreciative.

Deb

---

**From:** Chad St. John
**Sent:** Tuesday, March 06, 2018 12:37 PM
**To:** Deborah Ballweg <Deborah.Ballweg@ppdi.com>
**Subject:** RE: Legal review

I think you have it.

This is in the email string I sent earlier but I do want to emphasize that when Hacene and I last week on-sites with Lisa (28Feb2018) she shared that she <u>did</u> have flexibility to the items that Hacene wanted to hold firm on (2-4).  I reminded her that her physician is requesting an accommodation due to their assessment of her condition and encouraged her to speak with her physician more since we wouldn't want to place her in a position where it could be more stress for her.  She then unsolicited disclosed that she had been self-medicating with vallum to cope and perform in town hall presentations and other presentation without telling anyone and went on to share that it is worse now.

Regards,
Chad__

**Chad D. St. John**
*Associate Director, Human Resources*
**PPD Central Labs**
**2 Tesseneer Drive**
**Highland Heights, KY 41076**
**e-mail:  Chad.St.John@ppdi.com**
**Office #:  +1 859 815 6288**
**Cell #:  +1 513 703 3380**
**Fax #:  +1 859 486 0958**
**Website:  www.ppdi.com**
**Careers Website:  www.ppdi.com/careers**

---

**From:** Deborah Ballweg
**Sent:** Tuesday, March 06, 2018 12:46 PM
**To:** Chad St. John <Chad.St.John@ppdi.com>
**Subject:** Legal review

Hi Chad,

Any other data you feel is necessary to send related to Menninger's request?  I plan to move this forward this week and want to make sure all the necessary data needed has been provided.

Many thanks.

Deb

**Deborah Ballweg**
*Sr. Director, Human Resources*
PPD
**Phone +**1 608 203 3233
**Cell +**1 608 692 2253
Deborah.Ballweg@ppdi.com
www.ppdi.com


Early Development | Clinical Development | Laboratories | Post-Approval | Consulting



# ED Labs

| | | | |
|---|---|---|---|
| **Division / Dept.:** | Labs | **Reports to Title:** | VP Labs |
| **Job Code:** | LB020 | **Job Family:** | Lab Ops |
| **Job Level:** | E1 | **FLSA Status:** | Exempt |

### Summarized Purpose:

Leads the growth of laboratory operations by integrating operational processes, business development, research & development and quality assurance functions. Sets operating standards, forecasts and establishes operating budgets. Maximizes operating profit by leveraging lab resources, space allocation, managing capital equipment, scientific instrumentation and staff management. Up to 30% travel.

### Essential Functions and Other Job Information:

| | |
|---|---|
| **Essential Functions** | <ul><li>Provides operational leadership to laboratory services. Integrates operational processes, business development, research & development and quality assurance functions for optimal performance within the labs.</li><li>Supports Business Development in obtaining new customers and maintaining relationships. Directs the development of new programs for revenue enhancement/cost expense reduction, including post-evaluation of new implementations for effectiveness.</li><li>Performs financial reviews, establishes operating budget and develops forecasts maximizing operating profit. Provides business updates to senior leadership.</li><li>Sets operational standards/goals and directs the implementation of laboratory goals and policies. Oversees resource allocation including space, capital equipment, scientific instrumentation and staff.</li><li>Performs administrative responsibilities including HR functions, personnel development, facilities management, writing SOPs and PDs.</li><li>Oversees the quality assurance and quality control aspects of the lab to ensure compliance with regulatory standards.</li></ul> |
| **Policy & Strategy** | Interprets and administers policies, processes, and procedures that may affect sections and subordinate work units. Acts as advisor to subordinate(s) to meet schedules and / or resolve technical problems. Requires full knowledge of own area of functional responsibility. |
| **Freedom to Act** | Assignments are defined in terms of activities and objectives. Work is reviewed upon completion for meeting timelines, adequacy, and objectives. |
| **Liaison** | Interacts frequently with internal personnel and outside representatives at various levels. Participates and may present at meetings with internal and external representatives. Interaction typically concerns resolution of operational and scheduling issues concerning projects and / or contractual clarifications. |

PPD_MENNINGER 004069



**Qualifications:**

Education and Experience:

Phd, MD or DrPh required.
Previous experience leading multi-departmental clinical or analytical laboratories and developing and executing protocols (comparable to 15+ years). Or equivalent and relevant combination of education, training, & experience that provides the knowledge, skills, and abilities to perform the job.

Advanced leadership skills to include 10+ years of management responsibility.
Expert business knowledge with comprehensive understanding of the organization and functional area(s).

*Years of experience refers to typical years of related experience needed to gain the required knowledge, skills, and abilities necessary to perform the essential functions of the job. Years of experience are not to be used as the only determining factor in establishing the job class or making employment selection decisions.*

Knowledge, Skills and Abilities:

- In-depth  knowledge of laboratory operations for pharmaceutical and biotech industries
- Proficient in analytical, bioanalytical or clinical chemistry platforms and methodologies
- In-depth knowledge of laboratory science, GxP, FDA and European regulations concerning relevant lab processes in drug development, method development, method validation, R&D, sample testing and data processing
- Excellent communication/interpersonal skills with ability to participate in business development activities, present capabilities and solutions to clients, respond to regulatory audits, prepare and present budgets/forecasts to senior management
- Expertise in budgeting, forecasting and fiscal management
- Demonstrated strategic planning skills
- In-depth global and cultural awareness
- Knowledgeable in mergers & acquisitions and integrating business units adding value to the overall portfolio
- Strong organizational agility and demonstrated drive for results
- Track record of building peer relationships and developing effective teams
- Excellent coaching and mentoring skills
- Detailed and process oriented, logical, but creative approach to problem solving
- Excellent marketing and negotiation skills

**Management Role:**

Manager role with significantly larger management scope (e.g. global or regional responsibilities or multiple departments) OR mastery of manager skills and responsibilities as demonstrated by consistent, multi-year successful performance.    In some instances may be responsible for a functional area (as determined by executive management) and not have subordinate supervisors or employees.

**JA2672**



**Working Conditions and Environment:**

- Work is performed in an office and/or laboratory and/or clinic environment with exposure to electrical office equipment.
- Frequently drives to site locations, frequently travels within the United States, occasional international travel.
- Rare exposure to biological fluids with potential exposure to infectious organisms. Rare exposure to skin and lung irritants, radiation, toxic materials and hazardous waste.
- Personal protective equipment required in frequently such as protective eyewear, garments and gloves.
- Exposure to fluctuating and/or extreme temperatures on rare occasions.

**Physical Requirements:**

- Frequently stationary for 6-8 hours per day.
- Repetitive hand movement of both hands with the ability to make fast, simple, repeated movements of the fingers, hands, and wrists.
- Moderate mobility required.
- Occasional crouching, stooping, bending and twisting of upper body and neck.
- Light to moderate lifting and carrying (or otherwise moves) objects including luggage and laptop computer with a maximum lift of 15-20 lbs.
- Ability to access and use a variety of computer software developed both in-house and off-the-shelf.
- Ability to communicate complex information and ideas so others will understand; with the ability to listen to and understand information and ideas presented through spoken words and sentences.
- Frequently interacts with others, relates sensitive information to diverse groups both internally & externally.
- Ability to apply abstract principles to solve complex conceptual issues. Requires multiple periods of intense concentration.
- Performs a wide range of complex tasks as dictated by variable demands and changing conditions with little predictability as to the occurrence. Ability to perform under stress. Ability to multi-task.
- Regular and consistent attendance.

**Percent Billable:**

80% - 100%

| Created by / last revised by (Manager Name): | Various Lab Leaders | Title: | VP Labs |
|---|---|---|---|
| Compensation Review By: | Compensation Team | Title: | Compensation Team |
| Last Revision Date: | July 2014 | | |

*This document is intended to describe the general nature and level of work being performed by this job. This document is not intended to be construed as an exhaustive list of all responsibilities, duties and skills required. Individual responsibilities will be defined by your leadership team and will vary based on business needs.*

JA2673

PPD_MENNINGER 004071



# Executive Director, Labs

## Job Description Addendum

**Job Code:**                              LB020
**Specific Job /Working Title:**           ED, Labs

The purpose of this Addendum is to provide further detail for a specific job / working title in addition to the language contained on the approved Job Description.

**Additional / Specific Job Responsibilities:**

- Serve as Laboratory Director for New York State accreditation
- Spend 70% of time on-site and be available 30% via telephone and/or computer as needed

**Additional / Specific Education / Experience:**

- Must have and maintain New York State Certificate Of Qualification (COQ) in all the testing areas listed in the laboratory's New York State Certification
- For the areas not covered by the personal Certificate of Qualification, arrange service from an outside consultant who has New York State Certificate of Qualification in that area.

| Last Revised By: | Lia Sheppard | Title: | Compensation Analyst |
|---|---|---|---|
| HR Review By: | Chad St. John | Title: | Sr. HR Manager |
| Last Revision Date: | July 2013 | | |

PPD_MENNINGER 004072

**MARIANNA KESSIMIAN, MD**
**HARTSELLE & ASSOCIATES**
**10 ELMGROVE AVE**
**PROVIDENCE, RI 02906**
**PH: 401-267-8850  FAX: 888-975-3157**
**DRKESSIMIAN@HARTSELLEANDASSOCIATES.COM**


Psychoeducation regarding disability and accommodation requests


Social Anxiety Disorder: Lisa's difficulty with socializing and public speaking is not a manifestation of shyness.  Social anxiety disorder is a neurobehavioral disorder with biological and genetic risk factors that lead to  physical, behavioral and cognitive symptoms which are pernicious and chronic in nature.


In the past, Lisa endured these work events and presentations with intense discomfort and with the use of a sedative. The sedative did help take the edge off, but it also came with side effects, including  impaired attention, concentration, short term memory deficits , lethargy and an extended length of time to return to her cognitive baseline to complete the more analytical and medical facets of her work .


 It is also important to note that the weeks leading to the expected speaking engagement/ social event resulted in insomnia, panic symptoms, GI discomfort, and weight loss.

A concrete way of thinking of this disability is that her brain and body are not able to tolerate public speaking engagements/ socializing ,  and it is as if her vocal cords and brain become paralyzed while her blood pressure, heart rate and breathing all increase and it is for all of the above reasons that I am recommended the following reasonable accommodations.

Below are reasonable accommodations for Lisa so she can continue to be a productive and healthy member of your team.

1.      SLT Presentations, Town Hall, COO/EVP meeting:

        Attendees/Audience: Up to 500 employees

        Frequency: Bi-weekly, monthly and/or quarterly

        Reasonable accommodation- responsible for  all slides/handouts/ presentation material  with necessary information but will require a reader to present to the group, or  can pre record the audio / video and it can be played at the meeting

**JA2675**

available for questions via email after the meeting.

2. Client Bid Defense, Issue resolution calls, HH/Client site meetings, phone
Frequency: Once a month at a minimum for client

Attendees/Audience: Up to 50 attendees-

Reasonable accommodations – available via email/ text/ remote video
conferencing for a representative of the client, 1-2 person audience  maximum .   If it
is a site meeting, surrogate or reader with all necessary information / real time access
to me will be available

3. Client site meetings –

Reasonable accommodation- would like a surrogate to attend, but will be responsible
for all problem solving/ ideas for resolution if emailed/ communicated to me a few
days before anticipated visit

4. Technical Sales presentation internal and external (i.e. internal Sales meeting),
HH/Client site meetings, phone:

Reasonable Accommodation: excused from sales presentations but again will provide
any necessary data information for the reader/ surrogate to have at their disposal
Frequency: Monthly, Quarterly, as needed

Attendees/Audience: Potentially up to 100 attendees

5. For customer visits, Lunch/dinner and social interactions may occur (expected 60-
80% of the time) in order to build business relationships.  - surrogate, as this is not
her strength/ skill set and her disability will flare with significant impairment .  She is
able to build business relationship in a more " behind the scenes"  fashion and would
like  brainstorm other potential avenues where she can add value as she does
understand this is an important part of the business.

6. Travels: Up to 30%- Reasonable Accommodation- When possible traveling to the
Brussels site vs stateside.

Thank you for reviewing the above requested accommodations.  I am available for further
discussion.


Best,



Marianna Kessimian, MD

**JA2676**

PPD_MENNINGER 004074

**JA2677**

PPD_MENNINGER 004075

**Employee Request For Accommodation**
**[To Be Completed Within 15 Days]**

Employee Name:_____Lisa Menninger_____     Department:_____Labs_____

Job Title:_____Executive Director, Labs_____     Manager:____Hacene Mekerri_____

Location:_____Remote_____

1.  Describe the nature of your impairment and its expected duration?

    ____I have been diagnosed with Panic Disorder with agoraphobia, Social Anxiety Disorder,
    and Generalized Anxiety Disorder.  I am not aware of any "cure" for these conditions, but I
    am seeking treatment to minimize and/or alleviate my symptoms._____

    ____

2.  What specific accommodation are you requesting?

    My psychiatrist has recommended that any social interaction and/or public speaking incident
    to my job be minimized/avoided as much as possible.  Further, she has recommended that my
    role not be changed in a manner that would require increased social interactions and/or public
    speaking.   To the extent that these activities are deemed necessary, my psychiatrist has
    recommended that a plan be developed with her assistance for these activities in hopes of
    minimizing my anxiety and other symptoms.

3.  Describe how the impairment is interfering with your ability to perform your essential job
    functions or access an employment benefit.  (See attached job description.)

    I believe that I am able to perform the essential functions of my job without accommodation,
    as I have been doing so for several years.  However, social interactions and public speaking
    often trigger anxiety, panic attacks, and other symptoms of my condition.  These make it
    difficult for me to perform my job and interfere with my personal life as well.

**JA2678**

**Please return this form to your HR Representative only**. If this form and corresponding physician information is not returned within 15 days, the request will expire. If the request expires, it can be reopened when documentation is submitted.

_Lisa A. Menninger_
Signature

30 JAN 2018
Date

HRG:   Use the below information to summarize information to be sent to Legal. The bullets can be copied and pasted into an email and sent to Lisa Noecker.

- Name:
**Lisa Menninger**

- Position (attach job profile in email):
**ED, Labs (I have added the JD attachment in the email with this document)**

- Escalated to:
Deb Ballweg  **X - Yes   No**

- Location:
**Originally based in Highland Heights, KY but since July 2017 Lisa has working home-based in Dighton, MA.**

- Disability:
**This is how Lisa described her disorder/disability within the Employee Request For Accommodations Document:   (I have added this document in the email with this document)**

1. Describe the nature of your impairment and its expected duration?

    I have been diagnosed with Panic Disorder with agoraphobia, Social Anxiety Disorder, and Generalized Anxiety Disorder.  I am not aware of any "cure" for these conditions, but I am seeking treatment to minimize and/or alleviate my symptoms.

**JA2680**

PPD_MENNINGER 004078

**This is how Lisa's physician (Marianna Kessimian, MD) described her disorder:  (I have added this document in the email with this document)**

MARIANNA KESSIMIAN, MD
HARTSELLE & ASSOCIATES
10 ELMGROVE AVE
PROVIDENCE, RI 02906
PH: 401-267-8850  FAX: 888-975-3157
DRKESSIMIAN@HARTSELLEANDASSOCIATES.COM

Psychoeducation regarding disability and accommodation requests

Social Anxiety Disorder: Lisa's difficulty with socializing and public speaking is not a manifestation of shyness.  Social anxiety disorder is a neurobehavioral disorder with biological and genetic risk factors that lead to physical, behavioral and cognitive symptoms which are pernicious and chronic in nature.

In the past, Lisa endured these work events and presentations with intense discomfort and with the use of a sedative. The sedative did help take the edge off, but it also came with side effects, including impaired attention, concentration, short term memory deficits , lethargy and an extended length of time to return to her cognitive baseline to complete the more analytical and medical facets of her work .

 It is also important to note that the weeks leading to the expected speaking engagement/ social event resulted in insomnia, panic symptoms, GI discomfort, and weight loss.

A concrete way of thinking of this disability is that her brain and body are not able to tolerate public speaking engagements/ socializing ,  and it is as if her vocal cords and brain become paralyzed while her blood pressure, heart rate and breathing all increase and it is for all of the above reasons that I am recommended the following reasonable accommodations.

Below are reasonable accommodations for Lisa so she can continue to be a productive and healthy member of your team.

- Accommodations made to date:
**The business (Hacene Mekerri, VP, Global Lab Service) has agreed to accommodate on point #1 and #5 listed below.**

**JA2681**

PPD_MENNINGER 004079

**Specific Accommodation Summary:**

*1. Hacene's Email Details:*

- *SLT Presentations, Town Hall, COO/EVP meeting:*
  - o *Attendees/Audience: Up to 500 employees*
  - o *Frequency: Bi-weekly, monthly and/or quarterly*

*Lisa's Physician's Email Details:*
- *SLT Presentations, Town Hall, COO/EVP meeting:*
  - o *Attendees/Audience: Up to 500 employees*
  - o *Frequency: Bi-weekly, monthly and/or quarterly*
  - o *Reasonable accommodation- responsible for all slides/handouts/ presentation material with necessary information but will require a reader to present to the group, or can pre record the audio / video and it can be played at the meeting*
  - o *available for questions via email after the meeting.*
  - o

*2. Hacene's Email Details:*

- *Client Bid Defense, Issue resolution calls, HH/Client site meetings, phone:*
  - o *Frequency: Once a month at a minimum for client*
  - o *Attendees/Audience: Up to 50 attendees*

*Lisa's Physician's Email Details:*

*Client Bid Defense, Issue resolution calls, HH/Client site meetings, phone*

  - o *Frequency: Once a month at a minimum for client*
  - o *Attendees/Audience: Up to 50 attendees·*
  - o *Reasonable accommodations – available via email/ text/ remote video conferencing for a representative of the client, 1-2 person audience maximum . If it is a site meeting, surrogate or reader with all necessary information / real time access to me will be available*
- *Client site meetings –*
- *Reasonable accommodation- would like a surrogate to attend, but will be responsible for all problem solving/ ideas for resolution if emailed/ communicated to me a few days before anticipated visit*
- 

*3. Hacene's Email Details:*
- *Technical Sales presentation internal and external (i.e. internal Sales meeting), HH/Client site meetings, phone:*
  - o *Frequency: Monthly, Quarterly, as needed*
  - o *Attendees/Audience: Potentially up to 100 attendees*

*Lisa's Physician's Email Details:*

- *Technical Sales presentation internal and external (i.e. internal Sales meeting), HH/Client site meetings, phone:*
- *Reasonable Accommodation: excused from sales presentations but again will provide any necessary data information for the reader/ surrogate to have at their disposal Frequency: Monthly, Quarterly, as needed*
  - *Attendees/Audience: Potentially up to 100 attendees*
  - 

*4. Hacene's Email Details:*
- *For customer visits, Lunch/dinner and social interactions may occur (expected 60-80% of the time) in order to build business relationships.*

**JA2682**

PPD_MENNINGER 004080

*Lisa's Physician's Email Details:*

- *For customer visits, Lunch/dinner and social interactions may occur (expected 60-80% of the time) in order to build business relationships. - surrogate, as this is not her strength/ skill set and her disability will flare with significant impairment . She is able to build business relationship in a more " behind the scenes" fashion and would like  brainstorm other potential avenues where she can add value as she does understand this is an important part of the business.*

- 

**5. Hacene's Email Details:**

- *Travels: Up to 30%*

*Lisa's Physician's Email Details:*

- *Travels: Up to 30%- Reasonable Accommodation- When possible traveling to the Brussels site vs stateside.*

○ Any form of leave (FMLA, STD, LTD, personal leave of absence):
**Lisa has only completed a reasonable accommodation form.  She has been made aware of FMLA, STD and LTD but she has shared that she doesn't want to pursue those options at this time.**
○ Written requests for accommodation/whether they were granted:
**We met with Lisa to share that the business could only accommodate items #2-#4.  The following email was crafted as a draft to follow-up with documentation but has not been sent.**
**Drafted email:**

Lisa,

As stated in the meeting... Items 2-4 (Specific accommodations from your physician highlighted below) are all core items in the role you are in and we need 100% in 1-4 for the business to meet objectives.  Adding additional detail would only present the opportunity to select items in each bucket you believe you can or can't do.  The will be no accommodations made outside of items 1 & 5. A surrogate with limitations on frequency or size of group is not acceptable and couldn't be guaranteed since on-site interactions are very fluid.  You are the PPD CL scientific leader and we need the person in this role to build scientific credibility and trust with current and prospective customers and we need the optimum live and in-person approach as often as possible as well as in social functions with customers.  In our meeting is seems as though you were not aligned with your physicians recommendations.  PPD would not want you to be in a position that would compromise your well-being in asking you to do things that are not approved by your physician.  We had shared that we wanted you to think about your well-being and  find a path forward that was win-win.  Examples were referenced but not proposed.

*2.  Lisa's Physician's Email Details:*

*Client Bid Defense, Issue resolution calls, HH/Client site meetings, phone*

○ *Frequency: Once a month at a minimum for client*
○ *Attendees/Audience: Up to 50 attendees-*
○ *Reasonable accommodations -- available via email/ text/ remote video conferencing for a representative of the client, 1-2 person audience maximum .  if it is a site meeting, surrogate or reader with all necessary information / real time access to me will be available*
- *Client site meetings --*
- *Reasonable accommodation- would like a surrogate to attend, but will be responsible for all problem solving/ ideas for resolution if emailed/ communicated to me a few days before anticipated visit*
- 

*3.  Lisa's Physician's Email Details:*

PPD_MENNINGER 004081

- *Technical Sales presentation internal and external (i.e. internal Sales meeting), HH/Client site meetings, phone:*
- *Reasonable Accommodation: excused from sales presentations but again will provide any necessary data information for the reader/ surrogate to have at their disposal Frequency: Monthly, Quarterly, as needed*
  - *Attendees/Audience: Potentially up to 100 attendees*
  -

*4. Lisa's Physician's Email Details:*

  - *For customer visits, Lunch/dinner and social interactions may occur (expected 60-80% of the time) in order to build business relationships.  · surrogate, as this is not her strength/ skill set and her disability will flare with significant impairment .  She is able to build business relationship in a more " behind the scenes" fashion and would like brainstorm other potential avenues where she can add value as she does understand this is an important part of the business.*


- Brief summary of interactive dialogue (i.e., date/info discussed ---not email strings)

**Here is the timeline with interaction summary:**

**Timeline:**

**-January 11th – Lisa informed Hacene via email of her health concerns.  This was after a conversation the previous week regarding Hacene expectations for the role in 2018.**

**-January 16th – The standard PPD ADAAA email and paperwork was sent to Lisa.**

**-February 14th – I received a completed form directly from Lisa's physician (Marianna Kessimian, MD) and also received an email with this same information from Lisa later that day.**

**-February 26th – I responded directly to Lisa's regarding the reasonable accommodations listed by her physician in the PPD paperwork after meeting with Hacene.  There were 5 areas identified within the job description that Lisa and her physician were evaluating.  The physician requested accommodations in all 5 areas.  Hacene was flexible on #1 & #5 but held firm on 2 – 4 due to the business need and his expectation for the role to meet business objectives (listed below).**

**-February 28th – Hacene and I met with Lisa face to face while she was on-site in HH.  She wanted more information listed out within the #2-#4 buckets.  Hacene shared that he has provided sufficient detail and that there would be no accommodations made outside of items 1 & 5 due to the business need for the individual in the key scientific leadership role.**

**Note:  In this meeting Lisa she shared that she had been self-medicating with Valium before making us aware of her health issues to control her anxiety.**

PPD_MENNINGER 004082

**-March 1ˢᵗ – Lisa has requested via email that Hacene provide additional detail under the items #2 - #4.  Here is a draft of a response that has not been sent.  Deb Ballweg and I determined that we would like to obtain Lisa N.'s thoughts.**

- Request for Accommodation pending for which HR generalist is asking help

**HR is requesting guidance in responding to Lisa and assisting us with potential options as we seek a path forward to an exit strategy with consultancy as an element (or others options not being considered now) to protect the business and the CL licensure requirements.**
  - Copy of any form/doctors' note related to this request
  - Impact on the business
  - If others have been granted this accommodation
- HR management's recommendation re: the accommodation

**HR support the business (Hacene Mekerri, VP, Global Lab Services) in their recommendation to only provide reasonable accommodation for point #1 & #5 at this time but it would also be prefeed to package this employee while also allowing them to consult to protect the CL licensure requirements that Lisa holds.  The business believes Lisa can no longer fully service the CL business as the Senior Lab leader to the degree that the business requires to grown and hit aggressive business targets.  Her limitations include very limited live presentation capability and social interactions that our business and BD team require.  It is also imperative that the person in this role build relationships with customers in social settings giving them confidence in our (PPD CL's) technical ability to execute.**

PPD_MENNINGER 004083

Message

| | |
|---|---|
| **From:** | Lisa Menninger [lisa@vectorforest.com] |
| **Sent:** | 11/27/2018 3:48:35 PM |
| **To:** | Chad St. John [chad.st.john@ppdi.com] |
| **CC:** | Stacy Johnson (HR) [stacy.johnson3@ppdi.com] |
| **Subject:** | Re: Voicemail |

This email originated outside PPD. Please use caution before clicking links.

Chad,

I've discussed your email below with my doctor. Given my current condition and PPD's continued refusal to take any action to address the conduct that caused it, she was unable to suggest any possible "accommodations" that would allow me to return to work at this time. She did recommend, however, that I not have any further direct communications with you, as your communications are exacerbating my symptoms and interfering with my efforts to get better.

Thanks,

Lisa

On 11/14/2018 11:22 AM, Chad St. John wrote:

Dear Lisa,
Thank you for your note.  Please do let us know if there is an additional or alternative accommodation that we can offer that would allow you to return to your position.  PPD maintains that it has not engaged in any discriminatory or otherwise unlawful conduct; we remain interested in helping you return to work and offering you any support that you need.

Based on your note, it appears that you are currently unable to return to your position.  I understand your long term disability will begin on December 1:  beginning on that date, we will place you on a unpaid personal leave of absence for the next 45 days as an accommodation.   During this time, you'll need to arrange to pay for your portion of health insurance.  Stacy Johnson of our Benefits Group is copied above to help answer any questions you have regarding those payments.
In the meantime, please feel free to contact me if you become aware of any steps that we can take to allow you to return to work so that we can work together to implement any reasonable accommodation as quickly as we can.  Otherwise, I will check in with you after the beginning of the year to see if there is any change or accommodation that may help you return to work with us.  Take care.
Regards,
Chad

**Chad D. St. John**
***Associate Director, Human Resources***
**PPD Central Labs**
**2 Tesseneer Drive**
**Highland Heights, KY 41076**

PPD_MENNINGER 000531

**e-mail:  Chad.St.John@ppdi.com**
**Office #:  +1 859 815 6288**
**Cell #:  +1 513 703 3380**
**Fax #:  +1 859 486 0958**
**Website:  www.ppdi.com**
**Careers Website:  www.ppdi.com/careers**

---

**From:** Lisa Menninger [mailto:lisa@vectorforest.com]
**Sent:** Monday, November 12, 2018 9:06 AM
**To:** Chad St. John <Chad.St.John@ppdi.com>
**Subject:** Voicemail


This email originated outside PPD. Please use caution before clicking links.

Hi Chad,

I received your voicemail last week.  Unless PPD takes some action to address its discriminatory behavior, I think it's unlikely that my doctor will clear me to return to work at PPD.  Let me know if you have any questions or need any specific information.

Thanks,
Lisa


This email transmission and any documents, files or previous email messages attached to it may contain information that is confidential or legally privileged.
If you are not the intended recipient or a person responsible for delivering this transmission to the intended recipient, you are hereby notified that you must not read this transmission and that any disclosure, copying, printing, distribution or use of this transmission is strictly prohibited. If you have received this transmission in error, please immediately notify the sender by telephone or return email and delete the original transmission and its attachments without reading or saving in any manner.

PPD_MENNINGER 000532

| | |
|---|---|
| **Message** | |
| **From**: | Chad St. John [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=0D19504E2FF4481CBFAF08FAD5E3C25A-CHAD ST. JO] |
| **Sent**: | 6/1/2018 10:48:45 AM |
| **To**: | Jerry Williams [jerry.williams@ppdi.com] |
| **CC**: | Deborah Ballweg [deborah.ballweg@ppdi.com] |
| **Subject**: | FW: CL - NY CQ Requirements for Flow Cytometry and Microbiology Categories |
| **Attachments**: | Basel_Kashlan_Resume_2018.pdf |

Jerry,

FYI…

Summary…  I asked Narine this if she could refer anyone with the MD background that could fill some bench gaps as a consultant.  Narine is aware of the gaps from sponsor related communications with Lisa.  Narine surfaced this candidate (M.D. Basel Kashlan – Lives in CA & recently left Quest) who can fulfill all of our current gaps/needs as well as all benches we have within CL, if ever needed.  I have attached the CV.

Details from the Amy Golstein screening…
-Very pleasant  – and is currently available at a 1.0 FTE.
-He does NOT have a non -compete- and is flexible to travel to HH 1x a month.
-His rate is not out of line for this level and niche NY QC.- which he mentioned he has all subcategories.
Bottom line…  He is speaking with Lisa today.  Hacene has sent an email authorization for the funds to procced if all goes well.  Chris F. is aware we have reached out to Basel.  I will keep you and Deb posted.

Regards,
Chad

**Chad D. St. John**
***Associate Director, Human Resources***
**PPD Central Labs**
**2 Tesseneer Drive**
**Highland Heights, KY 41076**
**e-mail:  Chad.St.John@ppdi.com**
**Office #:  +1 859 815 6288**
**Cell #:  +1 513 703 3380**
**Fax #:  +1 859 486 0958**
**Website:  www.ppdi.com**
**Careers Website:  www.ppdi.com/careers**

---

**From:** Amy Goldstein
**Sent:** Thursday, May 31, 2018 4:01 PM
**To:** Lisa Menninger <Lisa.Menninger@ppdi.com>; Chris Clendening <Chris.Clendening@ppdi.com>; Brent Mann <brent.mann@ppdi.com>; Chad St. John <Chad.St.John@ppdi.com>
**Cc:** Hacene Mekerri <Hacene.Mekerri@ppdi.com>; Megan Groat <Megan.Groat@ppdi.com>; Brent McKinnon <Brent.McKinnon@ppdi.com>
**Subject:** RE: NY CQ Requirements for Flow Cytometry and Microbiology Categories

Great-
How about we set up 1 on 1 with just yourself Lisa…
And if that goes well- we can schedule more ..
Want to be sensitive to everyone's time .

Thanks!
amy

*Amy Goldstein, PHR*
*Global Lead,  Outsourcing Solutions Group  (Contingent Labor)*
*and PPD's Lab FSP Program*

*Talent Acquisition, Human Resources*
*phone- 215-591-7261*



www.ppdi.com/careers



---

**From:** Lisa Menninger
**Sent:** Thursday, May 31, 2018 3:25 PM
**To:** Amy Goldstein <Amy.Goldstein@ppdi.com>; Chris Clendening <Chris.Clendening@ppdi.com>; Brent Mann <brent.mann@ppdi.com>; Chad St. John <Chad.St.John@ppdi.com>
**Cc:** Hacene Mekerri <Hacene.Mekerri@ppdi.com>; Megan Groat <Megan.Groat@ppdi.com>; Brent McKinnon <Brent.McKinnon@ppdi.com>
**Subject:** RE: NY CQ Requirements for Flow Cytometry and Microbiology Categories

Hi Amy,

Yes, please set up a call. I'm fine with group or 1:1 format.

Thanks,
Lisa

Lisa A. Menninger, M.D., DABP, FCAP, FASCP
Executive Director Lab, Global Central Labs, PPD
Lisa.Menninger@ppdi.com
+ 1 (859) 462-2747 Mobile

---

**From:** Amy Goldstein
**Sent:** Wednesday, May 30, 2018 4:58 PM
**To:** Chris Clendening <Chris.Clendening@ppdi.com>; Lisa Menninger <Lisa.Menninger@ppdi.com>; Brent Mann <brent.mann@ppdi.com>; Chad St. John <Chad.St.John@ppdi.com>
**Cc:** Hacene Mekerri <Hacene.Mekerri@ppdi.com>; Megan Groat <Megan.Groat@ppdi.com>; Brent McKinnon <Brent.McKinnon@ppdi.com>
**Subject:** RE: NY CQ Requirements for Flow Cytometry and Microbiology Categories

Hi All-
I just spoke with Dr. Kashlan-
Very pleasant  – and is currently available at a 1.0 FTE.

He does NOT have a non -compete- and is flexible to travel to HH 1x a month.

His rate is not out of line for this level and niche NY QC.- which he mentioned he has all subcategories.

He's open for a phone chat tomorrow or Friday.
I'm not sure how formal the team was looking to make these calls- I think at this point- it is probably more exploratory from both sides, and perhaps a dial in  with at most 2-3 PPD folks, and I can arrange a dial in number.

Thank you,
Amy

*Amy Goldstein, PHR*
*Global Lead,  Outsourcing Solutions Group  (Contingent Labor)*
*and PPD's Lab FSP Program*

*Talent Acquisition, Human Resources*
*phone- 215-591-7261*



www.ppdi.com/careers



---

**From:** Chris Clendening
**Sent:** Wednesday, May 30, 2018 3:32 PM
**To:** Lisa Menninger <Lisa.Menninger@ppdi.com>; Brent Mann <brent.mann@ppdi.com>; Amy Goldstein <Amy.Goldstein@ppdi.com>; Chad St. John <Chad.St.John@ppdi.com>
**Cc:** Hacene Mekerri <Hacene.Mekerri@ppdi.com>; Megan Groat <Megan.Groat@ppdi.com>; Brent McKinnon <Brent.McKinnon@ppdi.com>
**Subject:** RE: NY CQ Requirements for Flow Cytometry and Microbiology Categories

Let's explore this option quickly and if necessary set up preliminary phone interviews since we have not had any solutions presented to date.

**Chris E. Clendening**
*ED of Global Project Management and Design*
*Americas Site Head for PPD CL*
**PPD® Laboratories**
2 Tesseneer Drive
Highland Heights KY
Phone: +1 859 815 6301
Mobile 1 859 322 3623
Fax: +1 859 781 9310
Chris.Clendening@ppdi.com

---

**From:** Lisa Menninger
**Sent:** Wednesday, May 30, 2018 3:29 PM
**To:** Brent Mann <brent.mann@ppdi.com>; Amy Goldstein <Amy.Goldstein@ppdi.com>; Chad St. John <Chad.St.John@ppdi.com>
**Cc:** Hacene Mekerri <Hacene.Mekerri@ppdi.com>; Chris Clendening <Chris.Clendening@ppdi.com>; Megan Groat

<Megan.Groat@ppdi.com>; Brent McKinnon <Brent.McKinnon@ppdi.com>
**Subject:** RE: NY CQ Requirements for Flow Cytometry and Microbiology Categories

Thanks All,

He looks to be qualified based on certifications. I would inquire about specific microbiology experience. Also, we would need NY to inspect our lab before we're certified to perform testing.

Thanks,
Lisa

Lisa A. Menninger, M.D., DABP, FCAP, FASCP
Executive Director Lab, Global Central Labs, PPD
Lisa.Menninger@ppdi.com
+ 1 (859) 462-2747 Mobile

---

**From:** Brent Mann
**Sent:** Wednesday, May 30, 2018 3:22 PM
**To:** Amy Goldstein <Amy.Goldstein@ppdi.com>; Lisa Menninger <Lisa.Menninger@ppdi.com>; Chad St. John <Chad.St.John@ppdi.com>
**Cc:** Hacene Mekerri <Hacene.Mekerri@ppdi.com>; Chris Clendening <Chris.Clendening@ppdi.com>; Megan Groat <Megan.Groat@ppdi.com>; Brent McKinnon <Brent.McKinnon@ppdi.com>
**Subject:** RE: NY CQ Requirements for Flow Cytometry and Microbiology Categories

Thanks Amy,

Lisa here's the direct link to his CV if you can access this.
https://www.slideshare.net/slideshow/embed_code/key/I3ZXcAQ2IckIdS

---

**From:** Amy Goldstein
**Sent:** Wednesday, May 30, 2018 3:21 PM
**To:** Lisa Menninger <Lisa.Menninger@ppdi.com>; Chad St. John <Chad.St.John@ppdi.com>
**Cc:** Hacene Mekerri <Hacene.Mekerri@ppdi.com>; Chris Clendening <Chris.Clendening@ppdi.com>; Megan Groat <Megan.Groat@ppdi.com>; Brent Mann <brent.mann@ppdi.com>; Brent McKinnon <Brent.McKinnon@ppdi.com>
**Subject:** RE: NY CQ Requirements for Flow Cytometry and Microbiology Categories

Hi-
He has CV on linkedin- he is NYCQ

https://www.linkedin.com/in/basel-kashlan-56093637/

Lisa- if you are interested- I can reach out to him..

Thanks!
amy

*Amy Goldstein, PHR*
*Global Lead,  Outsourcing Solutions Group  (Contingent Labor)*
*and PPD's Lab FSP Program*

*Talent Acquisition, Human Resources*

---

*phone- 215-591-7261*



www.ppdi.com/careers



---

**From:** Lisa Menninger
**Sent:** Wednesday, May 30, 2018 3:19 PM
**To:** Chad St. John <Chad.St.John@ppdi.com>; Amy Goldstein <Amy.Goldstein@ppdi.com>
**Cc:** Hacene Mekerri <Hacene.Mekerri@ppdi.com>; Chris Clendening <Chris.Clendening@ppdi.com>; Megan Groat <Megan.Groat@ppdi.com>; Brent Mann <brent.mann@ppdi.com>; Brent McKinnon <Brent.McKinnon@ppdi.com>
**Subject:** RE: NY CQ Requirements for Flow Cytometry and Microbiology Categories

Hi Chad,

Do you know if he's NY certified, and is it possible to get a copy of his CV?

Thanks,
Lisa

Lisa A. Menninger, M.D., DABP, FCAP, FASCP
Executive Director Lab, Global Central Labs, PPD
Lisa.Menninger@ppdi.com
+ 1 (859) 462-2747 Mobile

---

**From:** Chad St. John
**Sent:** Wednesday, May 30, 2018 3:13 PM
**To:** Amy Goldstein <Amy.Goldstein@ppdi.com>; Lisa Menninger <Lisa.Menninger@ppdi.com>
**Cc:** Hacene Mekerri <Hacene.Mekerri@ppdi.com>; Chris Clendening <Chris.Clendening@ppdi.com>; Megan Groat <Megan.Groat@ppdi.com>; Brent Mann <brent.mann@ppdi.com>; Brent McKinnon <Brent.McKinnon@ppdi.com>
**Subject:** RE: NY CQ Requirements for Flow Cytometry and Microbiology Categories

Thanks Amy. I/We understand that the folks with this skill can be difficult to find.

Narine Khachatryan (New HH based Director, Labs) was working with Lisa and others on a Micro bench recent issue with a sponsor and became aware of the Micro gaps. Narine reached out to her industry network folks recently and just surfaced the following individual who may be interested in a consultant opportunity. Can you please reach out to Dr. Kashlan?

*Dr. Basel Kashlan and his number is 949-689 6337. Narine shared that he is available.

Lisa,

Feel free to review the background on LinkedIn and any CV surfaced and provide your thoughts.

Thanks,

Chad

**Chad D. St. John**
*Associate Director, Human Resources*
**PPD Central Labs**
**2 Tesseneer Drive**
**Highland Heights, KY 41076**
**e-mail:  Chad.St.John@ppdi.com**
**Office #:  +1 859 815 6288**
**Cell #:  +1 513 703 3380**
**Fax #:  +1 859 486 0958**
**Website:  www.ppdi.com**
**Careers Website:  www.ppdi.com/careers**

**From:** Amy Goldstein
**Sent:** Wednesday, May 30, 2018 1:58 PM
**To:** Chad St. John <Chad.St.John@ppdi.com>; Lisa Menninger <Lisa.Menninger@ppdi.com>
**Cc:** Hacene Mekerri <Hacene.Mekerri@ppdi.com>; Chris Clendening <Chris.Clendening@ppdi.com>; Megan Groat <Megan.Groat@ppdi.com>; Brent Mann <brent.mann@ppdi.com>; Brent McKinnon <Brent.McKinnon@ppdi.com>
**Subject:** RE: NY CQ Requirements for Flow Cytometry and Microbiology Categories

Hi-
Sorry for the delay-
We were hoping for some more responses from the agencies.

No agency has shared any CV with the NY QC pieces.  One did share the attached- but no NY QC pieces.

Some agencies will not work on this unless formally approved, as they want to make sure the effort they spend sourcing may turn into a real placement, as the feedback is that extreme niche- and even more limiting as a contractor.

Hacene- if you are open to opening this contract role formally- we can draft a template for your approval to help trigger that PPD is serious about this need.

Thank you,
Amy

*Amy Goldstein, PHR*
*Global Lead,  Outsourcing Solutions Group  (Contingent Labor)*
*and PPD's Lab FSP Program*

*Talent Acquisition, Human Resources*
*phone- 215-591-7261*



www.ppdi.com/careers


**From:** Chad St. John
**Sent:** Wednesday, May 30, 2018 1:08 PM
**To:** Amy Goldstein <Amy.Goldstein@ppdi.com>; Lisa Menninger <Lisa.Menninger@ppdi.com>
**Cc:** Hacene Mekerri <Hacene.Mekerri@ppdi.com>; Chris Clendening <Chris.Clendening@ppdi.com>; Megan Groat <Megan.Groat@ppdi.com>; Brent Mann <brent.mann@ppdi.com>; Brent McKinnon <Brent.McKinnon@ppdi.com>
**Subject:** RE: NY CQ Requirements for Flow Cytometry and Microbiology Categories

Amy,

I hope you had a great holiday weekend.  Any update in the effort to identify a contractor?

Regards,
Chad

**Chad D. St. John**
*Associate Director, Human Resources*
**PPD Central Labs**
**2 Tesseneer Drive**
**Highland Heights, KY 41076**
**e-mail:  Chad.St.John@ppdi.com**
**Office #:  +1 859 815 6288**
**Cell #:  +1 513 703 3380**
**Fax #:  +1 859 486 0958**
**Website:  www.ppdi.com**
**Careers Website:  www.ppdi.com/careers**

---

**From:** Chad St. John
**Sent:** Thursday, May 17, 2018 4:44 PM
**To:** Amy Goldstein <Amy.Goldstein@ppdi.com>; Lisa Menninger <Lisa.Menninger@ppdi.com>
**Cc:** Hacene Mekerri <Hacene.Mekerri@ppdi.com>; Chris Clendening <Chris.Clendening@ppdi.com>; Megan Groat <Megan.Groat@ppdi.com>; Brent Mann <brent.mann@ppdi.com>
**Subject:** RE: NY CQ Requirements for Flow Cytometry and Microbiology Categories

Thanks Amy.

-Chad

**Chad D. St. John**
*Associate Director, Human Resources*
**PPD Central Labs**
**2 Tesseneer Drive**
**Highland Heights, KY 41076**
**e-mail:  Chad.St.John@ppdi.com**
**Office #:  +1 859 815 6288**
**Cell #:  +1 513 703 3380**
**Fax #:  +1 859 486 0958**
**Website:  www.ppdi.com**
**Careers Website:  www.ppdi.com/careers**

---

**From:** Amy Goldstein
**Sent:** Thursday, May 17, 2018 4:38 PM
**To:** Lisa Menninger <Lisa.Menninger@ppdi.com>; Chad St. John <Chad.St.John@ppdi.com>

**Cc:** Hacene Mekerri <Hacene.Mekerri@ppdi.com>; Chris Clendening <Chris.Clendening@ppdi.com>; Megan Groat <Megan.Groat@ppdi.com>
**Subject:** RE: NY CQ Requirements for Flow Cytometry and Microbiology Categories

Hi-
To summarize for all- we can ask our staffing vendor network if they have any candidates that have experience/ certifications that are free to work 1.0 FTE, remote if needed.
Contractors via our network that are engaged are required to sign PPD confidentially agreement. They also can be issued PPD email address/ Laptops.

But please note- contractors cannot have direct reports..

We will send a message out to our network to see if they have any appropriate candidates with NY CQ in the areas requested and estimated bill rate/ hrs.

We'll circle back in the near future.

Regards,
Amy


*Amy Goldstein, PHR*
*Global Lead, Outsourcing Solutions Group (Contingent Labor)*
*and PPD's Lab FSP Program*

*Talent Acquisition, Human Resources*
*phone- 215-591-7261*

**OUTSOURCING**
**SOLUTIONS**
**GROUP**
PPD'S ON-DEMAND TALENT SOLUTION

---

**From:** Lisa Menninger
**Sent:** Thursday, May 17, 2018 3:39 PM
**To:** Chad St. John <Chad.St.John@ppdi.com>; Amy Goldstein <Amy.Goldstein@ppdi.com>
**Cc:** Hacene Mekerri <Hacene.Mekerri@ppdi.com>; Chris Clendening <Chris.Clendening@ppdi.com>; Megan Groat <Megan.Groat@ppdi.com>
**Subject:** RE: NY CQ Requirements for Flow Cytometry and Microbiology Categories

Hi Chad,

Will you request from Brent the previous descriptions that were used for the Flow/PBMC and Chemistry positions? We can use those as a template for micro.

Thanks,
Lisa

Lisa A. Menninger, M.D., DABP, FCAP, FASCP
Executive Director Lab, Global Central Labs, PPD
Lisa.Menninger@ppdi.com
+ 1 (859) 462-2747 Mobile

CONFIDENTIAL                    **JA2695**                    PPD_MENNINGER 000805

**From:** Chad St. John
**Sent:** Thursday, May 17, 2018 1:18 PM
**To:** Amy Goldstein <Amy.Goldstein@ppdi.com>; Lisa Menninger <Lisa.Menninger@ppdi.com>
**Cc:** Hacene Mekerri <Hacene.Mekerri@ppdi.com>; Chris Clendening <Chris.Clendening@ppdi.com>; Megan Groat <Megan.Groat@ppdi.com>
**Subject:** RE: NY CQ Requirements for Flow Cytometry and Microbiology Categories

Thanks for the information Amy.  I have looped in other key stakeholders at this time.  I believe that we would need for the consultant to already have the certifications so that they could hit the ground running but I have pulled in *Dr. Lisa Menninger to share her thoughts.

The consultant would provide oversight in the areas listed in the initial email while also educating Supervisors, Med Tech's and addressing sponsor inquiries.  This person may travel to sponsor locations, when needed at the % listed within the Director level JD.

*Lisa,  Please share your thoughts on the high level overview of the role and specific benches.  I know we have discussed Flow Cytometry, Micro, PBMC's and potentially Chemistry.  Thanks!

If you found someone for the role would your process include them sign an NDA?

We are considering a range of potential options at this time to fill the gap (Outsourcing to a partner Lab, Hiring a F1 FTE or exploring a contractor, if they can be found).  We are wanting to know availability of the talent as well as the potential cost so that the best direction is determine for the business.  Hacene, Chris (NA CL Site Head), Lisa and I were recently discussing these options.

Regards,
Chad

**Chad D. St. John**
***Associate Director, Human Resources***
**PPD Central Labs**
**2 Tesseneer Drive**
**Highland Heights, KY 41076**
**e-mail:  Chad.St.John@ppdi.com**
**Office #:  +1 859 815 6288**
**Cell #:  +1 513 703 3380**
**Fax #:  +1 859 486 0958**
**Website:  www.ppdi.com**
**Careers Website:  www.ppdi.com/careers**

**From:** Amy Goldstein
**Sent:** Thursday, May 17, 2018 12:04 PM
**To:** Megan Groat <Megan.Groat@ppdi.com>; Chad St. John <Chad.St.John@ppdi.com>
**Subject:** RE: NY CQ Requirements for Flow Cytometry and Microbiology Categories

Thanks-

**Can our OSG find a contractor to support this need?->** yes we can work our network to see what they have and estimated bill rates

Ideally preference is if an agency can find a contractor already certified then?

So if they find a strong person – but not certified would PPD still consider a candidate? As since PPD requesting this certifcation- PPD would typically submit/ pay for.

While director level- what exactly will they be doing/ high level?

Thanks
amy

*Amy Goldstein, PHR*
*Global Lead, Outsourcing Solutions Group (Contingent Labor)*
*and PPD's Lab FSP Program*

*Talent Acquisition, Human Resources*
*phone- 215-591-7261*



---

**From:** Megan Groat
**Sent:** Thursday, May 17, 2018 9:58 AM
**To:** Amy Goldstein <Amy.Goldstein@ppdi.com>; Chad St. John <Chad.St.John@ppdi.com>
**Subject:** RE: NY CQ Requirements for Flow Cytometry and Microbiology Categories

Hi Amy,

I believe the hours would be around full time hours and it could potentially be remote, however, they would be required to be on site to meet our regulatory requirements. Our QA department would like that to be once a month, if possible.

Yes it would be PHd/MD level and possible equivalent title would be Director, Labs and we are not aware of other areas but could change as discussions evolve.

Thanks,
Megan

Regards,

**Megan Groat**
PROJECT SPECIALIST II
Human Resources

**PPD**
2 Tesseneer Drive
Highland Heights, KY 41076

Phone +1 859 815 6285
Cell +1 859 391 6428
Megan.Groat@ppdi.com
www.ppd.com



Early Development | Clinical Development | Laboratories | Post-Approval | Consulting

**From:** Amy Goldstein
**Sent:** Thursday, May 17, 2018 9:47 AM
**To:** Chad St. John <Chad.St.John@ppdi.com>; Megan Groat <Megan.Groat@ppdi.com>
**Subject:** RE: NY CQ Requirements for Flow Cytometry and Microbiology Categories

Hi-
For a consultant-
How many hours a week?  And could this be remote?

Any specific requirements/ equivalent title for this contractor?
Other than they Biologic areas listed below?  Assuming Phd/ MD level?

*Amy Goldstein, PHR*
*Global Lead,  Outsourcing Solutions Group  (Contingent Labor)*
*and PPD's Lab FSP Program*

*Talent Acquisition, Human Resources*
*phone- 215-591-7261*

**OUTSOURCING**
**SOLUTIONS**
**GROUP**
PPD'S ON-DEMAND TALENT SOLUTION

**From:** Chad St. John
**Sent:** Thursday, May 17, 2018 9:21 AM
**To:** Megan Groat <Megan.Groat@ppdi.com>
**Subject:** FW: NY CQ Requirements for Flow Cytometry and Microbiology Categories

Chad D. St. John
*Associate Director, Human Resources*
**PPD Central Labs**
**2 Tesseneer Drive**
**Highland Heights, KY 41076**
**e-mail:  Chad.St.John@ppdi.com**
**Office #:  +1 859 815 6288**
**Cell #:  +1 513 703 3380**
**Fax #:  +1 859 486 0958**
**Website:  www.ppdi.com**
**Careers Website:  www.ppdi.com/careers**

**From:** Chad St. John
**Sent:** Thursday, May 17, 2018 8:42 AM
**To:** Lisa Menninger <Lisa.Menninger@ppdi.com>
**Cc:** Hacene Mekerri <Hacene.Mekerri@ppdi.com>; Chris Clendening <Chris.Clendening@ppdi.com>
**Subject:** RE: NY CQ Requirements for Flow Cytometry and Microbiology Categories

Thanks Lisa.  As mention in our call yesterday…  I will be happy to check to see if PPD can research and surface a consultant with the qualifications that you have outlined along with the related cost to ensure we leave no stone unturned as we review options.  I will keep you posted.

We have also reached out to Patrick to see if he is willing to branch out beyond his AP core role and determine if he has the needed certifications to provide coverage in the needed areas.

In the call yesterday Hacene mentioned that he would like to connect you and Patrick soon in advance of his July 9th start date so that you could have further dialog with him.  I am sure he will continue to communicate within your upcoming one to one meetings.

Regards,
Chad

**Chad D. St. John**
*Associate Director, Human Resources*
**PPD Central Labs**
**2 Tesseneer Drive**
**Highland Heights, KY 41076**
**e-mail:  Chad.St.John@ppdi.com**
**Office #:  +1 859 815 6288**
**Cell #:  +1 513 703 3380**
**Fax #:  +1 859 486 0958**
**Website:  www.ppdi.com**
**Careers Website:  www.ppdi.com/careers**

**From:** Lisa Menninger
**Sent:** Wednesday, May 16, 2018 4:49 PM
**To:** Chad St. John <Chad.St.John@ppdi.com>
**Cc:** Hacene Mekerri <Hacene.Mekerri@ppdi.com>; Chris Clendening <Chris.Clendening@ppdi.com>
**Subject:** NY CQ Requirements for Flow Cytometry and Microbiology Categories

Hi Chad,

Please see below for the NY definitions and CQ requirements (page 5 of attachment) for the flow cytometry and microbiology categories listed below. To make it easier for recruiting contractors, individuals should be NY CQ holders in the categories below:

**BACTERIOLOGY**. All aspects of bacteriology testing from gram stains to full work-up of anaerobes and aerobes, including molecular methods. CQ holder must also hold Mycology and Parasitology to direct the permit category of Wet Mounts.
**MYCOLOGY**. All aspects of mycology from workup of yeasts only to all fungi and actinomycetes encountered in the clinical mycology laboratory, including molecular methods. CQ holder must also hold Bacteriology and Parasitology to direct the permit category of Wet Mounts.
**PARASITOLOGY**. Examination of feces, blood, urine, or other patient-derived materials for helminth and protozoan parasites, including molecular methods. CQ holder must also hold Bacteriology and Mycology to direct the permit category of Wet Mounts.
**VIROLOGY**. All aspects of virology testing including molecular tests, direct antigen detection of selected viruses, and isolation and identification of all viruses encountered in a clinical virology laboratory. CQ holder also qualified to direct the permit category of Oncology – HPV Testing.

**CELLULAR IMMUNOLOGY**. (Flow Cytometry)

**Leukocyte Function** - covers *in vitro* testing of lymphoid function (e.g. analysis of lymphocytes including proliferation, cytokine production, and cytolytic activity) and non-lymphoid function (e.g. analysis of granulocytes or monocytes including chemotaxis, adherence, phagocytosis, oxidative burst, and degranulation). This category also covers the quantification of cytokines in serum, plasma, or CSF.

**Non-malignant Leukocyte Immunophenotyping** - covers identification and enumeration of non-malignant leukocyte populations by flow cytometry. This immunophenotyping may include lymphoid and T-lymphoid subsets or non-lymphoid subsets (e.g. stem cell analysis, PNH analysis, LAD analysis, Toll-like Receptor analysis and evaluation of intracellular signaling molecules).

**Malignant Leukocyte Immunophenotyping** - covers identification and characterization of leukemias and lymphomas by flow cytometry.

Thanks,
Lisa

**Lisa A. Menninger, M.D., DABP, FCAP, FASCP**
Executive Director Lab, Global Central Labs, PPD
OPERATIONS

**PPD**

Phone +1 859 462 2747
Lisa.Menninger@ppdi.com
www.ppdi.com



Early Development | Clinical Development | Laboratories | Post-Approval | Consulting

# BASEL KASHLAN

## M.D., FCAP, FASCP

Phone: (949) 689-6337 | Email: BaselKashlan59@gmail.com
Irvine, CA 92602
http://www.linkedin.com/in/basel-kashlan-56093637

*Leveraging 20+ years of healthcare leadership experience to drive medical innovation, advance clinical services, and improve patient care.*

## Work Experience

**MEDICAL DIRECTOR** - Quest Diagnostics Nichols Institute - Valencia, California – 02/2015 to 02/2018

- Oversaw esoteric laboratory operations with a team of three for a $13.7B, Fortune 500 clinical laboratory services company
- Optimized quality of life and patient services by leading medical innovation and monitoring quality performance indicators for laboratory services
- Identified and implemented key laboratory quality improvement metrics using the Six Sigma process
- Analyzed customer and employee surveys, audits, and process measures to ensure performance optimization
- Held position as Director of Quality Assurance
- Implemented validating lab developed tests for pain management and clinical toxicology
- Interpretation of hemoglobinopathies electrophoresis and maternal serum screening
- Interpretation of disaccharidase test
- Provided medical consultations for clients and physicians

**MEDICAL DIRECTOR** - Ovagene Oncology - Irvine, California – 11/2011 to 11/2017

- Molecular diagnostics for gynecological cancers
- Provided innovative personalized gynecological cancer care through the introduction of molecular diagnostic tools that improve treatment outcome and patient survival
- Next generation sequencing interpretation
- Predictive and prognostic markers interpretation

**ASSISTANT DIRECTOR** - Q2 Solutions - Valencia, California – 01/2011 to 05/2017

- Led advanced clinical trial operations for the world's second largest clinical laboratory services provider through a joint venture between Quintiles and Quest Diagnostics
- Completed biopharmaceutical projects, diagnostic biomarkers, and cytogenetic studies for cancer patients
- Collaboratively expedited quality manufactured products via client-focused results
- Predictive and prognostic markers interpretation
- Interpretation of Florescence in situ hybridization (FISH)

**ASSOCIATE MEDICAL DIRECTOR** - Quest Diagnostics Nichols Institute - Valencia, California  – 08/2011 to 01/2015

- Scientific Director of the Oncology department
- Served as Director of Quality Assurance - improved quality metrics of clinical laboratory testing and services
- Oversaw Anatomical and Clinical Laboratory services, Molecular Pathology, Hematopathology, and Immunohistochemistry markers
- Conducted consultations for Coagulation studies

**LABORATORY DIRECTOR AND PATHOLOGIST -** Specialty Laboratories - Valencia, California – 08/2007 – 06/2011

- Co-laboratory Director/Pathologist (2007 -2010) and Laboratory Director/Pathologist (2010 – 2011)
- Scientific Director of Oncology Services, including: flow cytometry, coagulation and hemoglobin electrophoresis
- Oversaw and interpreted surgical pathology consults with immunohistochemistry markers
- Conducted Laboratory Developed Testing (wide range of high complexity assays) for physicians to assist in patient diagnosis
- Interpretation of florescence in situ hybridization (FISH) and UroVysion diagnostic tests
- Interpretation of flow cytometry studies
- Completed and interpreted coagulation medical consults

**SENIOR PATHOLOGIST -** Oncotech - Tustin, California  – 07/2003 to 08/2007

- Completed several clinical trials in Oncology and Molecular Pathology
- Assessed, validated, and interpreted predictive and prognostic biomarkers, as well as drug resistance assays for cancer patients

**CYTOPATHOLOGIST -** PathNet Esoteric Laboratory Institute /LabCorp America –Van Nuys, California - 09/2002 to 09/2011

- Pathologist for one of the highest volume independent cytology laboratories in the United States
- Provided Cytology and Histopathology Services for Women Health
  - o  Included pap smears and biopsies
- Non-Gynecological Cytology Interpretation
  - o  Included fine needle aspiration

**ASSISTANT PROFESSOR -** Hahnemann University Hospital/Graduate Hospital - Philadelphia, Pennsylvania – 07/2001 to 11/2002

- Oversaw transfusion medical services at Hahnemann University Hospital
- Tasks included stem cell collection for transplant patients, blood donor selection, as well as therapeutic Plasmapheresis and Photopheresis
- Taught Pathology residents and medical students of the Medical College of Pennsylvania
- At Graduate Hospital, focused on surgical pathology and cytology services
- **Presented cases for tumor board review**

## Education

**UNIVERSITY OF CONNECTICUT** – M.D. – Fellowship, Transfusion Medicine - 2000-2001

**LOUISIANA STATE UNIVERSITY** – M.D. – Internal Medicine Residency Program  - 1995-1996

**UNIVERSITY OF ALABAMA AT BIRMINGHAM** – M.D. - Post Graduate Training, Pathology Residency Program - 1991-1995

- Residency in Anatomical and Clinical Pathology
- Cytology Program

**DAMASCUS UNIVERSITY** – M.D. – Medical College – 1977-1983

- Diploma of Doctor of Medicine

## Licenses/ Certifications

### MEDICAL LICENSURE

- California, Louisiana, Alabama, Pennsylvania, Tennessee, Connecticut, Florida

### DEA LICENSURE

### BOARD CERTIFIED IN ANATOMICAL AND CLINICAL PATHOLOGY

### NEW YORK CERTIFICATE OF QUALIFICATIONS

- Molecular Pathology, Oncology, Chemistry, Bacteriology, Clinical Toxicology, Blood Lead, Cellular Immunology, Cytopathology, Diagnostic Immunology, Fetal Defect Markers, Hematology, Histopathology, Mycobacteriology, Mycology, Parasitology, Virology

### CONTROLLED SUBSTANCE REGISTRATION

### CPR & AED CERTIFICATION

### CERTIFIED AS A SPECIALIST IN CYTOLOGY

### CERTIFIED AS A COLLEGE OF AMERICAN PATHOLOGISTS INSPECTOR

### BOARD ELIGIBLE IN CLINICAL TOXICOLOGY

### BOARD ELIGIBLE IN TRANSFUSION MEDICINE AND IMMUNOHEMOTOLOGY

## Publications and Research Projects

- F. Spencer Chivers, MD, Ken Jaffee, MD, B. Kashlan, MD - "Ankle Pain and Swelling in a 24 Year Old Woman" – Clinical Orthopedics and Related Research 1996; V323, pp338-344
- B. Kashlan, MD, H. Silver, MD, G. Tsongalis, PH.D. – "Review of Paternity Testing"
- H. Silver, MD, B. Kashlan, MD, I Drozdal, SBB – "Preparation of Aliquots for Neonatal Transfusion"

## Teaching Involvement

- University of Alabama, Medical School - General Pathology Lab; Neuropathology Lab - 1991-1995
- Neuropathology Course/ Dental and Optometry School - 1991-1993
- Gynecology histopathology/ Cytotechnology school – 1991-1993

## Memberships

- American Society of Clinical Pathologists (ASCP)

- College of American Pathology (CAP)
- American Society of Quality (ASQ)
- Society of Forensic Toxicologists (SOFT)
- American Medical Association (AMA)
- American Association for Clinical Chemistry (AACC)
- American Association of Blood Bank (AABB)
- United States and Canadian Academy of Pathology (USCAP)
- American Society of Addiction Medicine (ASAM)
- International Society of Blood Transfusion (ISBT)

Message

| | |
|---|---|
| **From**: | Chad St. John [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=0D19504E2FF4481CBFAF08FAD5E3C25A-CHAD ST. JO] |
| **Sent**: | 6/5/2018 9:04:17 AM |
| **To**: | Deborah Ballweg [deborah.ballweg@ppdi.com] |
| **Subject**: | RE: NYSDOH Micro CQ Holder |

Got it.  Agreed…  Thanks Deb.

-Chad

**Chad D. St. John**
*Associate Director, Human Resources*
**PPD Central Labs**
**2 Tesseneer Drive**
**Highland Heights, KY 41076**
**e-mail:  Chad.St.John@ppdi.com**
**Office #:  +1 859 815 6288**
**Cell #:  +1 513 703 3380**
**Fax #:  +1 859 486 0958**
**Website:  www.ppdi.com**
**Careers Website:  www.ppdi.com/careers**

---

**From:** Deborah Ballweg
**Sent:** Tuesday, June 05, 2018 8:44 AM
**To:** Chad St. John <Chad.St.John@ppdi.com>
**Subject:** RE: NYSDOH Micro CQ Holder

Hi,

I would 'hold off' with this until we know more about Lisa's claim – if truly due to anxiety due to work it will be denied.  She may be 'transitioning' back to work sooner than anticipated.  Get him in and 'try before  you buy'… will give us more time to evaluate.

Thanks.

Deb

---

**From:** Chad St. John
**Sent:** Tuesday, June 05, 2018 7:39 AM
**To:** Deborah Ballweg <Deborah.Ballweg@ppdi.com>
**Subject:** FW: NYSDOH Micro CQ Holder

Deb,

FYI…  Jay would love to have Kashlan on-site as our employee.  He doesn't know the full story here due to confidentiality.  Can we investigate full time employment for Kashlan since we have the email from Lisa requesting someone like him to cover where we have gaps or should we just continue to pursue him as a consultant?  He may be open to full time F1 employment.  He provided his compensation requirements for full time and consulting.

Regards,
Chad

Chad D. St. John
*Associate Director, Human Resources*
**PPD Central Labs**
2 Tesseneer Drive
Highland Heights, KY 41076
e-mail:  **Chad.St.John@ppdi.com**
Office #:  **+1 859 815 6288**
Cell #:  **+1 513 703 3380**
Fax #:  **+1 859 486 0958**
Website:  **www.ppdi.com**
Careers Website:  **www.ppdi.com/careers**

---

**From:** Jay Dixon
**Sent:** Tuesday, June 05, 2018 8:29 AM
**To:** Chad St. John <Chad.St.John@ppdi.com>; Hacene Mekerri <Hacene.Mekerri@ppdi.com>; Brent McKinnon <Brent.McKinnon@ppdi.com>
**Cc:** Megan Groat <Megan.Groat@ppdi.com>
**Subject:** RE: NYSDOH Micro CQ Holder

Thanks Chad.

My two cents with the key staff that are license / CQ holders need to be on site driving technical expertise, leadership vs working remotely.

Our clients / regulators want to see our Lab Directors, etc are on site and involved in the day to day life at the lab.

James R. Dixon
Senior Vice President
Quality & Enterprise Learning
Wilmington, North Carolina, USA

| PPD Corporate Headquarters | Phone | +1 910 558 5907 |
| | Cell | +1 919 675 8318 |
| | Fax | +1 919 654 8959 |
| | e-mail | James.Dixon@ppdi.com |
| | Web site | www.ppdi.com |

Early Development | Clinical Development | Laboratories | Post-Approval | Consulting

 Please consider the environment before printing this e-mail

---

**From:** Chad St. John
**Sent:** Tuesday, June 5, 2018 8:26 AM
**To:** Jay Dixon <Jay.Dixon@ppdi.com>; Hacene Mekerri <Hacene.Mekerri@ppdi.com>; Brent McKinnon <Brent.McKinnon@ppdi.com>
**Cc:** Megan Groat <Megan.Groat@ppdi.com>
**Subject:** RE: NYSDOH Micro CQ Holder

Jay,

Hacene and I can cover this when we connect and we will get back to you on the detail.

Regards,
Chad

**Chad D. St. John**
*Associate Director, Human Resources*
**PPD Central Labs**
2 Tesseneer Drive
Highland Heights, KY 41076
**e-mail:  Chad.St.John@ppdi.com**
**Office #:  +1 859 815 6288**
**Cell #:  +1 513 703 3380**
**Fax #:  +1 859 486 0958**
**Website:  www.ppdi.com**
**Careers Website:  www.ppdi.com/careers**

---

**From:** Jay Dixon
**Sent:** Tuesday, June 05, 2018 8:18 AM
**To:** Hacene Mekerri <Hacene.Mekerri@ppdi.com>; Brent McKinnon <Brent.McKinnon@ppdi.com>
**Cc:** Chad St. John <Chad.St.John@ppdi.com>; Megan Groat <Megan.Groat@ppdi.com>
**Subject:** RE: NYSDOH Micro CQ Holder

Thanks Team.  Would Dr. Kashlan be onsite full time as a Full Time CL employee?

James R. Dixon
Senior Vice President
Quality & Enterprise Learning
Wilmington, North Carolina, USA

| PPD Corporate Headquarters | Phone | +1 910 558 5907 |
| | Cell | +1 919 675 8318 |
| | Fax | +1 919 654 8959 |
| | e-mail | James.Dixon@ppdi.com |
| | Web site | www.ppdi.com |

Early Development | Clinical Development | Laboratories | Post-Approval | Consulting

 Please consider the environment before printing this e-mail

---

**From:** Hacene Mekerri
**Sent:** Tuesday, June 5, 2018 3:32 AM
**To:** Brent McKinnon <Brent.McKinnon@ppdi.com>
**Cc:** Jay Dixon <Jay.Dixon@ppdi.com>; Chad St. John <Chad.St.John@ppdi.com>; Megan Groat <Megan.Groat@ppdi.com>
**Subject:** Re: NYSDOH Micro CQ Holder

Brent, thank you.
I am in agreement to move ahead with the candidate you have screened. I am on my way back to HH and will schedule a call with Dr. Kashlan today or tomorrow.
Chad, I'll connect with you today to finalize the process. I agree with Brent's recommendation on number of hours.
Best,
Hacene
Sent from my iPhone

On Jun 4, 2018, at 22:53, Brent McKinnon <Brent.McKinnon@ppdi.com> wrote:

Good evening Hacene, I wanted to provide my thoughts to you as the business considers next steps for CQ coverage in microbiology.  I am copying Jay here as well as he and I have been discussing opportunities to ensure compliance to NYS standards/expectations regarding CL test menu, CQ holders and an on-site presence for director(s).

As you know, Chad, Chris C. and myself just had a conversation with our candidate, Dr. Basel Kashlan.  The call went very well.  He was very personable, interested, obviously very experienced and importantly, he has credentials to support micro testing.  I'm sure that you and Chad will discuss this candidate to determine fit and if we decide to forward, in what way that conversation will proceed (perm. hire vs. consulting agreement).

While working through this process, we should make every effort to reduce compliance risk while ensuring the deliver quality services from our microbiology section.  To that end, we must ensure an appropriate on-site presence for whomever we select; consistent with NYS guidance, I recommend that we shoot for a minimum of 20 hours week on site.  Should we decide to move forward with Dr. Kashlan, I also recommend that we immediately begin the process of adding Bacteriology to our NYS test menu.

I look forward to working the team to address this need and to prepare ourselves for the upcoming GSK work.

Thanks for your consideration,

B

**Brent McKinnon**
Executive Director, Quality Assurance
Global Central Labs

| **PPD® Laboratories**<br>2 Tesseneer Drive<br>Highland Heights, KY, 41076   USA<br>http://www.ppd.com/about_ppd/ | Phone<br>Cell | +1 859 815 6358<br>+1 910 289 5057 |
| | e-mail<br>Web site | Brent.McKinnon@ppdi.com<br>www.ppdi.com |

Discovery | Early Development | Clinical Development | Laboratories | Post-Approval | Consulting



Please consider the environment before printing this e-mail

| Message | |
|---|---|
| **From**: | Chad St. John [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=0D19504E2FF4481CBFAF08FAD5E3C25A-CHAD ST. JO] |
| **Sent**: | 4/28/2018 9:52:21 PM |
| **To**: | Deborah Ballweg [deborah.ballweg@ppdi.com] |
| **BCC**: | Chad St. John [chad.st.john@ppdi.com] |
| **Subject**: | Fwd: Confidential - Reasonable Accommodations - Lisa Menninger |
| **Attachments**: | RE_ 1_1 follow-up and Goals.msg; ATT00001.htm |

Deb,

FYI...

-Chad

Sent from my iPhone

Begin forwarded message:

> **From:** Lisa Menninger <Lisa.Menninger@ppdi.com>
> **Date:** April 27, 2018 at 9:21:12 PM EDT
> **To:** "Chad St. John" <Chad.St.John@ppdi.com>
> **Subject: RE: Confidential - Reasonable Accommodations - Lisa Menninger**
>
> Chad,
>
> See attached.  Things with Hacene are getting worse.  He is completely mischaracterizing things and looking for any excuse possible to criticize my "leadership."  He never treated me like this before I told him about my disability.  I don't know if he's doing this intentionally, but it really needs to stop.  My panic attacks are increasing and he's making it really hard for me to do my job.
>
> Lisa
>
> Lisa A. Menninger, M.D., DABP, FCAP, FASCP
> Executive Director Lab, Global Central Labs, PPD
> Lisa.Menninger@ppdi.com
> + 1 (859) 462-2747 Mobile
>
>
> **From:** Lisa Menninger
> **Sent:** Tuesday, April 17, 2018 1:30 PM
> **To:** Chad St. John <Chad.St.John@ppdi.com>
> **Subject:** RE: Confidential - Reasonable Accommodations - Lisa Menninger
>
> Chad,
>
> Your note below does not provide any clarification. While you keep saying that you are committed to engaging in a dialogue with me, I feel like you just keep twisting my doctor's words and refusing to answer any of my questions. Again, there are certain types of tasks (e.g., formal group presentations) that are challenging due to my disability. If we can talk about the specific tasks that Hacene wants me to do, I feel like we can come up with some kind of a solution that works.

And now, to make matters worse, I feel like Hacene is starting to target me because of my disability. His tone has drastically changed, and he is going out of his way to "document" criticisms of my performance that are utterly baseless. See attached email. I don't want to assume the worst, but it looks like he's trying to build a case against me—like you previously coached us to do when dealing with a "problem" employee.

I'm not a problem employee. I have a disability, but I do a good job and I don't deserve to be treated this way. I just want to do my job and support my family.

Lisa

Lisa A. Menninger, M.D., DABP, FCAP, FASCP
Executive Director Lab, Global Central Labs, PPD
Lisa.Menninger@ppdi.com
+ 1 (859) 462-2747 Mobile

---

**From:** Chad St. John
**Sent:** Tuesday, April 03, 2018 9:52 AM
**To:** Lisa Menninger <Lisa.Menninger@ppdi.com>
**Subject:** RE: Confidential - Reasonable Accommodations - Lisa Menninger

Dear Lisa:

Thanks for your email.   Please note that while we are all busy, we are never too busy to address your requests for accommodation.  We, too, are committed to an open dialogue regarding your disability and accommodations that would enable you to do your job.  We'll continue to review these as  you raise them.

To be clear,

1. <!--[if !supportLists]--><!--[endif]-->PPD has agreed to accommodate you by including a designee for internal meetings and working with you on travel.
2. <!--[if !supportLists]--><!--[endif]-->PPD has denied certain other requests for accommodations, as they are not reasonable and go to the essential functions of your role as Executive Director, Lab Operations (outlined in the job description provided to you earlier): specifically, you asked to be excused from attending client bid defenses, technical sales presentations and customer visits/meetings and to have  a "surrogate"  attend in your stead, with you assisting solely in a "behind the scenes" role through text or email.  As explained to you earlier, this is not reasonable as your position requires you to be the leader and not operate "behind the scenes."

If you have additional requests for accommodation, we ask that you let us know.

Thanks,
Chad

**Chad D. St. John**
***Associate Director, Human Resources***
**PPD Central Labs**

**2 Tesseneer Drive**
**Highland Heights, KY 41076**
**e-mail:  Chad.St.John@ppdi.com**
**Office #:  +1 859 815 6288**
**Cell #:  +1 513 703 3380**
**Fax #:  +1 859 486 0958**
**Website:  www.ppdi.com**
**Careers Website:  www.ppdi.com/careers**

**From:** Lisa Menninger
**Sent:** Saturday, March 24, 2018 6:07 PM
**To:** Chad St. John <Chad.St.John@ppdi.com>
**Subject:** RE: Confidential - Reasonable Accommodations - Lisa Menninger

Hi Chad,

I'm writing to follow up on your email below regarding my disability and the potential need for reasonable accommodations.

While I appreciate you taking the time to highlight portions of my job description, I am familiar with the essential functions of my position and I am not requesting any changes to those functions. As I've stated previously, I am capable of performing all of my responsibilities with or without accommodation. There are, however, certain types of tasks (e.g., formal group presentations) that are challenging due to my disability, and I have asked that you consider possible reasonable accommodations with respect to those tasks.

As you know, that discussion led to Hacene identifying three broad categories of duties/responsibilities for which he believes no accommodation is possible (items 2, 3 and 4). In my last email to you, on March 1st, I noted that those categories are very broad, and asked that you and/or Hacene identify the specific tasks that might fall within those categories. As I explained in my March 1st email, that information is necessary in order to have a productive dialogue regarding which specific tasks implicate my disability and what reasonable accommodations may be available with respect to those specific tasks.

In any event, based upon my 1:1 with Hacene this past week, it does not appear that there are any activities or events in the near future that would implicate my disability. Given this, and how extremely busy we all are, it might make sense to table this discussion until a particular task arises. Dealing with these issues in context, I think, might make this whole issue seem less daunting and help us all engage in a more meaningful dialogue.

Thank you for your time and attention to this matter. I remain confident that we can work through this together, and I hope to have your continued support in doing so.

Lisa

Lisa A. Menninger, M.D., DABP, FCAP, FASCP
Executive Director Lab, Global Central Labs, PPD
Lisa.Menninger@ppdi.com
+ 1 (859) 462-2747 Mobile

**From:** Chad St. John
**Sent:** Monday, March 12, 2018 12:02 PM

**To:** Lisa Menninger <Lisa.Menninger@ppdi.com>
**Cc:** Chad St. John <Chad.St.John@ppdi.com>
**Subject:** Confidential - Reasonable Accommodations - Lisa Menninger

Dear Lisa,

Thank you for your email---we appreciate the ongoing dialogue regarding your requests for accommodations and want to get back to you on those requests.

I thought it would be helpful to attach a copy of your job description above for your reference.  As the job description provides, the Executive Director, Labs includes these essential functions:

- <!--[if !supportLists]--><!--[endif]-->providing operational leadership
- <!--[if !supportLists]--><!--[endif]-->supporting business development in obtaining new customers and maintaining relationships
- <!--[if !supportLists]--><!--[endif]-->performing HR functions, personnel development and facility management.

The job description shows that the Executive Director is an integral part of the Highland Heights and Brussels central lab business.

As stated in the job description you are to "interact frequently with internal and outside representatives and participate and may present at meetings with both."   The position requires "excellent communication and interpersonal skills with ability to participate in business development activities, present capabilities and solutions to clients".   Your working conditions include "frequent drives to site locations, travels  within the United States and occasional international travel."

PPD has agreed to provide you certain accommodations that you're requested in terms of having  a designee for internal meetings and working with you on travel.   That said, it is not  reasonable for PPD to rewrite your job description and do away with core requirements such as  that you attend business development meetings, dinners, bid defenses, etc.  These are not "behind the scenes" functions and are absolutely essential to your  job.  It is not reasonable or acceptable to send a surrogate in your place to perform these essential functions.  That is why we are not agreeable to the requests for accommodation outlined in 2-4 below.

PPD has already worked with you to lessen the travel required by your job to some degree, but the position requires that you visit the lab in Highland Heights as well as the lab in Brussels and that you attend client meetings and attend to operational/personnel issues onsite from time to time.

Please take another look at the job description, discuss it with your health care provider and let us know if there are other accommodations that would allow you to perform the essential functions of your job as outlined above.

Thanks in advance.
Chad


**Chad D. St. John**

*Associate Director, Human Resources*
**PPD Central Labs**
**2 Tesseneer Drive**
**Highland Heights, KY 41076**
**e-mail:  Chad.St.John@ppdi.com**
**Office #:  +1 859 815 6288**
**Cell #:  +1 513 703 3380**
**Fax #:  +1 859 486 0958**
**Website:  www.ppdi.com**
**Careers Website:  www.ppdi.com/careers**

---

Message

**From**: Lisa Menninger [Lisa.Menninger@ppdi.com]
**Sent**: 4/27/2018 9:08:17 PM
**To**: Hacene Mekerri [hacene.mekerri@ppdi.com]
**Subject**: RE: 1:1 follow-up and Goals

Hi Hacene,

I'm sorry if you were surprised or disappointed by my response.  I understood from your APR 11 email that you wanted me "to adapt my goals for 2018" to address your "concern[s] with recent lab issues."  As such, I was not trying to "change the conversation"—I just wanted to make sure we were on the same page as to what the "issues" are and what I am doing to address them.   I thought that would be the most productive way of discussing goals and ensuring that I'm addressing whatever concerns you have.

As for the "examples" you cite in your email below, here is my perspective:

On the Gideon Richter issue, I personally wrote the Executive Summary (when I asked for your approval to send it to Chris Fikry, you requested that Els send it on my behalf since she had been in communication with Chris).  While it is true that other leaders were involved in the process, I think the facts show that I did "take the lead" and "provide[d] proactive leadership."  We have a talented and dedicated team, and I tried to utilize appropriate members of that team to make sure the task was performed as well as possible.  For example, I used Lorraine as a resource as she was involved on the ground in Brussels and was most familiar with the details of the issue.  This is the same type of teamwork that I have employed throughout my tenure as Executive Director.

On GSK, that is correct that I was not aware of the issue until I received your email.  Per the Quality Event Management ("QEM") process, once a NCQE is entered, QA assigns a Responder and Authorizing Manager and sets up a meeting to discuss the impact and investigation.  The Responder conducts the investigation, assesses impact and formulates corrective actions to remediate the issue.  As soon as I received your email, which asked me to "check what happened and how could we have avoided that," I immediately contacted QA to confirm that an investigation was underway, identify the persons involved, and ascertain its status.  QA provided a full response via email less than 20 minutes later, which confirmed that an investigation was already underway in accordance with the QEM process and that a conference call with the client was scheduled for April 18th.  As you were copied on the email, I did not think I needed to do anything else to bring it to your attention.

That investigation is still ongoing, and I am continuing to supervise it appropriately.  I've asked Poluru as the assigned Authorizing Manager to ensure that the investigation is completed as promptly and thoroughly as possible.  He is keeping me apprised of the status and everything is progressing appropriately (the lab supervisor, Josh, who you reference in your email, is highly qualified and professional). I intend to provide you a summary of our findings at the conclusion of the investigation, but would be happy to provide you interim updates if you would prefer.

Please let me know if you think any of this is incorrect or would like further clarification/elaboration regarding anything.  Again, I'm not trying to "change the conversation"—I just want to make sure we are on the same page as to what the "issues" are and what I am doing to address them.  I want to meet your expectations, and I'll do my best to make whatever changes you think are needed.

Lisa

Lisa A. Menninger, M.D., DABP, FCAP, FASCP
Executive Director Lab, Global Central Labs, PPD
Lisa.Menninger@ppdi.com
+ 1 (859) 462-2747 Mobile

---

**From:** Hacene Mekerri
**Sent:** Wednesday, April 25, 2018 10:20 AM
**To:** Lisa Menninger <Lisa.Menninger@ppdi.com>
**Subject:** RE: 1:1 follow-up and Goals

Lisa,
I am very surprised and somehow disappointed by your response. PPD is asking all of its managers to meet with employees regarding goals and to use the "connect for success" model to coach and encourage employees.  As part of the goal setting exercise, I asked that you include effective communication and  to proactively work as a senior lab leader to improve quality, systems and processes.

In your response below, you have changed the discussion to one regarding current performance.  We have discussed these issues, but this goal setting exercise was not intended to get into the particular concerns, but incorporate areas for improvement.   If it is helpful, however, I will give you a couple of examples of issues that I have noted (and raised to you) before:

> 1. For one client, Gideon Richter: I personally asked for an executive summary from you to document the issues and reflect lab leadership. It was unfortunate to see that other leaders were fully involved even with direct discussions / email with Jay Dixon. You did not take the lead.  As the Executive Director of Operations, you are expected to stay on the top of the issues and provide proactive leadership.

> 2.  More recently, we had another client issue—this time with  GSK-- which goes to the leadership issues. As you know, GSK is a key client that our sales and operational team is courting and any issue can jeopardize future business. Apparently, you claim were not informed that some samples were discarded by mistake which impacted the client. I personally forwarded you the email and asked you to work with the team on resolution. In your position, you must  communicate within the lab-- greater involvement is needed from you. Until now I have not received any update from you on this issue. At one point, I learned there was a client meeting last week where the PPD lab representative was a supervisor with very limited experience with PPD.  This is your job---to handle these situations--- to lead the laboratory operations by integrating operational processes, business development, research and development and quality assurance.

Finally, in your email you mention that you are hoping that my email regarding your 2018 goals " has nothing to do with (your) recent request for accommodation on account of (your) medical disability" and cite the timing of the email.  I can assure you that it does not.  PPD has and will continue to consider any and all requests for accommodation to allow you to continue to work as its executive director of operations.  Please continue to work directly with Chad in Human Resources regarding any such requests.

Hacene

---

**From:** Lisa Menninger
**Sent:** Tuesday, April 17, 2018 1:28 PM
**To:** Hacene Mekerri <Hacene.Mekerri@ppdi.com>
**Subject:** RE: 1:1 follow-up and Goals

Hi Hacene,

I am happy to adapt my 2018 goals to address whatever concerns you may have.  However, I think you may have some misunderstanding concerning the "recent lab issues" you reference in your email.

For Gedeon Richter, the lab tech failed to follow the SOP.  NGSP was a similar issue, as the lab tech made a clerical error in labeling sample results for NGSP proficiency testing samples.  And as for BMS, IT failed to perform end-to-end testing when the assay was initially set up in 2017 and later interfaced in January 2018. The lab tech also made an error due to confusion about the lack of interfacing when the first two samples arrived.

While errors such as these are common problems for all laboratories, we have been working proactively to minimize the risk and occurrence of such errors.  For example, the SOP the lab tech failed to follow with respect to Gedeon Richter was updated just last year.  We also have a sound process in place that we've significantly upgraded since I joined PPD to minimize human error in proficiency testing.  We also initiated a POG project earlier this year to further refine and improve the process for proficiency testing sample handling, result reporting, investigation and documentation.

Of course, I agree that we should always be trying to learn from mistakes and endeavoring to improve upon our processes and procedures.   And I am continuing to do just that.  But I don't think it is fair to suggest that any of these "issues" were the result of me not providing my "full attention" or "dedication" or being sufficiently "proactive."  That is completely untrue, and I am not aware of any facts concerning these "recent issues" that should give you any reason to doubt my performance in such a manner.

I sincerely hope that this is just a misunderstanding.  I also hope that this has nothing to do with my recent request for accommodation on account of my medical disability.  While I do not want to assume the worst, the timing concerns me very much.

With that said, and as noted above, I am happy to adapt my 2018 goals to address whatever new concerns you may have.  As the areas that you have outlined are very broad and somewhat vague, I've taken some time to go through each one and highlight for you the actions that I am already taking to achieve/address your stated goals.  It would be very helpful if you could review and provide me some specific direction as to why you believe that our current efforts are insufficient and/or how you think we can improve.

**1(a): Elimination of Lab Issues, client complain[ts] and audit findings.**

I'm not entirely clear what you are referring to here.  As noted above and detailed further below, we are constantly striving to improve on our processes and procedures to eliminate such problems.  If there is a particular issue or problem that you believe is not being appropriately addressed, please let me know.

**1(b): Process improvements in place to proactively eliminate quality issues.**

Process improvement is already a priority. It's why we have a quality management system that includes a CAPA program. It's why we implement quality control processes in the laboratory. While these processes cannot guarantee that error will <u>never</u> occur (I am not aware of any process that can) these measures help us monitor for pre-analytical, analytical and post-analytical issues.  Continuous quality improvement is the essence of the ISO15189 Standard (Medical laboratories—Requirements for quality and competence) and the CAP15189 program, which as you know is something I am very passionate about and have a significant amount of experience in.

Again, I am not aware of any processes that reduce errors to 0%, but there is good evidence to suggest that my work in this area has been highly effective.  Last year, we had five successful inspections (US, EU and SG CAP Lab Accreditation, US CAP/ISO15189 and State of NY) for laboratories that I direct as the sole PPD medical lab director. These inspections covered thousands of regulatory standards per lab for which I am responsible for as the lab director. At the summation for these inspections, inspectors were highly complementary about the quality processes in each of our labs. All labs received recertification. In addition, the US Lab received CAP15189 accreditation, an achievement that was acknowledged at the corporate level.

Please let me know if you have any suggestions as to how I can improve my performance in this area.

**1(c):  System and SOPs to be upgraded where needed.**

SOPs have been and continue to be updated regularly. This is evidenced by the multiple revision numbers documented in our lab SOPs. I am not clear what you mean by "system," but I am not aware of any specific needs in this area. Please let me know if you disagree.

**1(d):  People management goals and monitoring for higher proficiency.**

A laboratory training and competency assessment program is in place and is a regulatory requirement. This program was recently reviewed, enhanced and updated based on CAP/CLIA guidelines.

We develop goals for all lab staff that are prioritized based on lab objectives that I regularly communicate to my team/s. These goals are incorporated into employee goals set up in the PPD performance management system. Quality and compliance are always stressed as being my number one priority.

If you have any specific thoughts on what I could be doing to improve in this area, please let me know.

**2(a):  Decisive: Give clear directions to team and colleagues in acceptable timeline.**

At the start of 2018, I discussed lab goals and strategy with my team as I have done so in previous years. This year, we are focused on growing our APAC offerings, expanding molecular and AP capabilities, controlling costs/increasing efficiencies through metric and dashboard analytics, quality improvement initiatives supported through a POG project and pursuit of CAP15189 certification for the EU Lab. I have also been driving the molecular team to clear out the DNA/RNA extraction backlog to positively impact 2018 GCL revenue numbers.

As you know, the majority of laboratory technical questions, consults and concerns come directly to me for review and decision-making. To ensure that my directions are clear, compliant and based on sound medical guidelines, I will perform a literature review and consult medical references as needed.  As I cannot delegate responsibilities/tasks that require the lab director's review/approval, I prioritize tasks to ensure that my responses are provided in an acceptable timeline.

Again, please let me know if you have any specific suggestions as to how I can improve my performance in this area.

**2(b):  Solution oriented: Act as leader in researching and bringing innovative solutions to challenges.**

I believe I provide very effective leadership in this area.  I emphasize not only finding solutions to challenges, but finding solutions that are compliant.  This may not seem "innovative," but finding compliant solutions to challenges often requires a great deal of research and innovative thinking.  Under my leadership, we do this every day.

Please let me now if you have any specific examples or suggestions concerning how you think I can improve in this area.

**2(c):  Increase support to Sales team and PM team for client meetings, act as Lab Leader.**

I regularly provide support to the PM team by answering questions that come to me via email and joining client calls when needed. I took the initiative to request regular and recurring strategy meetings with Pat, but he has been unable to attend most of them due to his travel schedule.

Before Carolyn and Michelle departed PPD late last year, I had regular meetings with them to discuss lab strategy and offer support. I recently learned that Andy Supp has been named as Carolyn's replacement, and I intend to continue to provide him with similar support.

To date in 2018, aside from one client meeting, I have not been invited to participate in any internal or external sales meetings. I accepted the invite to participate in the WebEx for the client meeting, but it was later determined that I did

not need to attend due to the outsourcing, non-technical nature of the audience and participants. I offered to still be available if needed.

Please let me know if you have any suggestions as to how I can improve my performance in this area.

Hacene, I appreciate your feedback, and I will do my best to achieve whatever goals you think are appropriate for 2018.

Thanks,

Lisa

Lisa A. Menninger, M.D., DABP, FCAP, FASCP
Executive Director Lab, Global Central Labs, PPD
Lisa.Menninger@ppdi.com
+ 1 (859) 462-2747 Mobile

---

**From:** Hacene Mekerri
**Sent:** Wednesday, April 11, 2018 9:24 AM
**To:** Lisa Menninger <Lisa.Menninger@ppdi.com>
**Subject:** 1:1 follow-up and Goals

Hi Lisa,

As discussed yesterday, I would like to adapt your goals for 2018 as I am concerned with the recent lab issues (Gedeon Richter, BMS and NGSP).
I need your full attention and dedication to resolve them and be more proactive to prevent any further issues.

1. Proactive approach and actions to increase lab quality: Lab process improvement, QCs, leadership empowerment, System enhancement.
    a. Elimination of Lab Issues, client complain and audit findings
    b. Process improvements in place to proactively eliminate quality issues.
    c. System and SOPs to be upgraded where needed
    d. People management goals and monitoring for higher proficiency

2. Ensure Lab goals and strategy is clear and well communicated:
    a. Decisive: Give clear directions to team and colleagues in acceptable timeline
    b. Solution oriented: Act as leader in researching and bringing innovative solutions to challenges
    c. Increase support to Sales team and PM team for client meetings, act as Lab Leader.

Please adapt your 2018 goals to include the above, I am happy to discuss them further with you at our next 1:1. Goals may continue to adapt with on-going communication.

Thank you,

Hacene

CONFIDENTIAL PPD_MENNINGER 000871

| Message | |
|---|---|
| **From**: | Chad St. John [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=0D19504E2FF4481CBFAF08FAD5E3C25A-CHAD ST. JO] |
| **Sent**: | 4/18/2018 1:33:43 PM |
| **To**: | Deborah Ballweg [deborah.ballweg@ppdi.com] |
| **Subject**: | FW: 1:1 follow-up and Goals |

Deb,

FYI... My recommended edits to Hacene's reply email... Let me know if you agree.

Regards,
Chad


Lisa,

I am very surprised by your response. As I already shared with you during our conversation and in my email, the goals you provided need to be adapted to reflect the specific needs and challenges. It is important that you recognize the specific challenges that require your immediate attention.  In your senior leadership role I expect ownership and action planning that yields results in addressing Lab issues proactively.  I am happy to discuss this as soon as possible so that you have further clarity.

Hacene


**Chad D. St. John**
***Associate Director, Human Resources***
**PPD Central Labs**
**2 Tesseneer Drive**
**Highland Heights, KY 41076**
**e-mail:  Chad.St.John@ppdi.com**
**Office #:  +1 859 815 6288**
**Cell #:  +1 513 703 3380**
**Fax #:  +1 859 486 0958**
**Website:  www.ppdi.com**
**Careers Website:  www.ppdi.com/careers**

**From:** Hacene Mekerri
**Sent:** Wednesday, April 18, 2018 12:46 PM
**To:** Chad St. John <Chad.St.John@ppdi.com>
**Subject:** FW: 1:1 follow-up and Goals

Chad, please review, I want to be short here and stick to the Lab performance challenges. No need to follow any other path she brings.

Lisa, I am very surprised and somehow disappointed by your response. As I already shared with you during our conversation and on my email, the goals you provided need to be adapted to reflect the specific needs and challenges in the lab. I am concerned if you do not recognize the challenges that need your immediate attention and your senior leadership role in owning and acting appropriately to address the issues proactively. This is concerning, let's discuss and clarify this asap.

Hacene

---

**From:** Lisa Menninger
**Sent:** Tuesday, April 17, 2018 1:28 PM
**To:** Hacene Mekerri <Hacene.Mekerri@ppdi.com>
**Subject:** RE: 1:1 follow-up and Goals

Hi Hacene,

I am happy to adapt my 2018 goals to address whatever concerns you may have.  However, I think you may have some misunderstanding concerning the "recent lab issues" you reference in your email.

For Gedeon Richter, the lab tech failed to follow the SOP.  NGSP was a similar issue, as the lab tech made a clerical error in labeling sample results for NGSP proficiency testing samples.  And as for BMS, IT failed to perform end-to-end testing when the assay was initially set up in 2017 and later interfaced in January 2018. The lab tech also made an error due to confusion about the lack of interfacing when the first two samples arrived.

While errors such as these are common problems for all laboratories, we have been working proactively to minimize the risk and occurrence of such errors.  For example, the SOP the lab tech failed to follow with respect to Gedeon Richter was updated just last year.  We also have a sound process in place that we've significantly upgraded since I joined PPD to minimize human error in proficiency testing.  We also initiated a POG project earlier this year to further refine and improve the process for proficiency testing sample handling, result reporting, investigation and documentation.

Of course, I agree that we should always be trying to learn from mistakes and endeavoring to improve upon our processes and procedures.   And I am continuing to do just that.  But I don't think it is fair to suggest that any of these "issues" were the result of me not providing my "full attention" or "dedication" or being sufficiently "proactive."  That is completely untrue, and I am not aware of any facts concerning these "recent issues" that should give you any reason to doubt my performance in such a manner.

I sincerely hope that this is just a misunderstanding.  I also hope that this has nothing to do with my recent request for accommodation on account of my medical disability.  While I do not want to assume the worst, the timing concerns me very much.

With that said, and as noted above, I am happy to adapt my 2018 goals to address whatever new concerns you may have.  As the areas that you have outlined are very broad and somewhat vague, I've taken some time to go through each one and highlight for you the actions that I am already taking to achieve/address your stated goals.  It would be very helpful if you could review and provide me some specific direction as to why you believe that our current efforts are insufficient and/or how you think we can improve.

**1(a): Elimination of Lab Issues, client complain[ts] and audit findings.**

I'm not entirely clear what you are referring to here.  As noted above and detailed further below, we are constantly striving to improve on our processes and procedures to eliminate such problems.  If there is a particular issue or problem that you believe is not being appropriately addressed, please let me know.

**1(b): Process improvements in place to proactively eliminate quality issues.**

Process improvement is already a priority. It's why we have a quality management system that includes a CAPA program. It's why we implement quality control processes in the laboratory. While these processes cannot guarantee

that error will never occur (I am not aware of any process that can) these measures help us monitor for pre-analytical, analytical and post-analytical issues. Continuous quality improvement is the essence of the ISO15189 Standard (Medical laboratories—Requirements for quality and competence) and the CAP15189 program, which as you know is something I am very passionate about and have a significant amount of experience in.

Again, I am not aware of any processes that reduce errors to 0%, but there is good evidence to suggest that my work in this area has been highly effective. Last year, we had five successful inspections (US, EU and SG CAP Lab Accreditation, US CAP/ISO15189 and State of NY) for laboratories that I direct as the sole PPD medical lab director. These inspections covered thousands of regulatory standards per lab for which I am responsible for as the lab director. At the summation for these inspections, inspectors were highly complementary about the quality processes in each of our labs. All labs received recertification. In addition, the US Lab received CAP15189 accreditation, an achievement that was acknowledged at the corporate level.

Please let me know if you have any suggestions as to how I can improve my performance in this area.

**1(c): System and SOPs to be upgraded where needed.**

SOPs have been and continue to be updated regularly. This is evidenced by the multiple revision numbers documented in our lab SOPs. I am not clear what you mean by "system," but I am not aware of any specific needs in this area. Please let me know if you disagree.

**1(d): People management goals and monitoring for higher proficiency.**

A laboratory training and competency assessment program is in place and is a regulatory requirement. This program was recently reviewed, enhanced and updated based on CAP/CLIA guidelines.

We develop goals for all lab staff that are prioritized based on lab objectives that I regularly communicate to my team/s. These goals are incorporated into employee goals set up in the PPD performance management system. Quality and compliance are always stressed as being my number one priority.

If you have any specific thoughts on what I could be doing to improve in this area, please let me know.

**2(a): Decisive: Give clear directions to team and colleagues in acceptable timeline.**

At the start of 2018, I discussed lab goals and strategy with my team as I have done so in previous years. This year, we are focused on growing our APAC offerings, expanding molecular and AP capabilities, controlling costs/increasing efficiencies through metric and dashboard analytics, quality improvement initiatives supported through a POG project and pursuit of CAP15189 certification for the EU Lab. I have also been driving the molecular team to clear out the DNA/RNA extraction backlog to positively impact 2018 GCL revenue numbers.

As you know, the majority of laboratory technical questions, consults and concerns come directly to me for review and decision-making. To ensure that my directions are clear, compliant and based on sound medical guidelines, I will perform a literature review and consult medical references as needed. As I cannot delegate responsibilities/tasks that require the lab director's review/approval, I prioritize tasks to ensure that my responses are provided in an acceptable timeline.

Again, please let me know if you have any specific suggestions as to how I can improve my performance in this area.

**2(b): Solution oriented: Act as leader in researching and bringing innovative solutions to challenges.**

I believe I provide very effective leadership in this area. I emphasize not only finding solutions to challenges, but finding solutions that are compliant. This may not seem "innovative," but finding compliant solutions to challenges often requires a great deal of research and innovative thinking. Under my leadership, we do this every day.

Please let me now if you have any specific examples or suggestions concerning how you think I can improve in this area.

**2(c):  Increase support to Sales team and PM team for client meetings, act as Lab Leader.**

I regularly provide support to the PM team by answering questions that come to me via email and joining client calls when needed. I took the initiative to request regular and recurring strategy meetings with Pat, but he has been unable to attend most of them due to his travel schedule.

Before Carolyn and Michelle departed PPD late last year, I had regular meetings with them to discuss lab strategy and offer support. I recently learned that Andy Supp has been named as Carolyn's replacement, and I intend to continue to provide him with similar support.

To date in 2018, aside from one client meeting, I have not been invited to participate in any internal or external sales meetings. I accepted the invite to participate in the WebEx for the client meeting, but it was later determined that I did not need to attend due to the outsourcing, non-technical nature of the audience and participants. I offered to still be available if needed.

Please let me know if you have any suggestions as to how I can improve my performance in this area.

Hacene, I appreciate your feedback, and I will do my best to achieve whatever goals you think are appropriate for 2018.

Thanks,

Lisa

Lisa A. Menninger, M.D., DABP, FCAP, FASCP
Executive Director Lab, Global Central Labs, PPD
Lisa.Menninger@ppdi.com
+ 1 (859) 462-2747 Mobile

---

**From:** Hacene Mekerri
**Sent:** Wednesday, April 11, 2018 9:24 AM
**To:** Lisa Menninger <Lisa.Menninger@ppdi.com>
**Subject:** 1:1 follow-up and Goals

Hi Lisa,

As discussed yesterday, I would like to adapt your goals for 2018 as I am concerned with the recent lab issues (Gedeon Richter, BMS and NGSP).
I need your full attention and dedication to resolve them and be more proactive to prevent any further issues.

1. Proactive approach and actions to increase lab quality: Lab process improvement, QCs, leadership empowerment, System enhancement.
   a. Elimination of Lab Issues, client complain and audit findings
   b. Process improvements in place to proactively eliminate quality issues.
   c. System and SOPs to be upgraded where needed
   d. People management goals and monitoring for higher proficiency

2. Ensure Lab goals and strategy is clear and well communicated:
   a. Decisive: Give clear directions to team and colleagues in acceptable timeline
   b. Solution oriented: Act as leader in researching and bringing innovative solutions to challenges

c.  Increase support to Sales team and PM team for client meetings, act as Lab Leader.

Please adapt your 2018 goals to include the above, I am happy to discuss them further with you at our next 1:1. Goals may continue to adapt with on-going communication.

Thank you,

Hacene

| | |
|---|---|
| **Message** | |
| **From**: | Chad St. John [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=0D19504E2FF4481CBFAF08FAD5E3C25A-CHAD ST. JO] |
| **Sent**: | 4/18/2018 11:26:08 AM |
| **To**: | Deborah Ballweg [deborah.ballweg@ppdi.com] |
| **Subject**: | RE: Confidential - Reasonable Accommodations - Lisa Menninger |

Deb,

Here is my drafted response.  Let me know your thoughts.  I will forward Hacene's drafted reply that I reviewed very soon.

**DRAFT:**

Lisa,

Thanks for your email.  We are absolutely committed to on-going dialog. In your previous email communication to me on 03/24 you stated the following:
"While I appreciate you taking the time to highlight portions of my job description, I am familiar with the essential functions of my position and I am not requesting any changes to those functions. As I've stated previously, I am capable of performing all of my responsibilities with or without accommodation. There are, however, certain types of tasks (e.g., formal group presentations) that are challenging due to my disability, and I have asked that you consider possible reasonable accommodations with respect to those tasks."

To be clear, PPD reviewed the specific requests that you and your physician moved forward.  PPD fully considered the requests and communicated the following details.

-PPD has agreed to accommodate you by including a designee for internal meetings and working with you on travel (No more than 15%).
-PPD has denied certain other requests for accommodations, as they are not reasonable and go to the essential functions of your role as Executive Director, Lab Operations (outlined in the job description provided to you earlier): specifically, you asked to be excused from attending client bid defenses, technical sales presentations and customer visits/meetings and to have  a "surrogate"  attend in your stead, with you assisting solely in a "behind the scenes" role through text or email.  As explained to you earlier, this is not reasonable as your position requires you to be the leader and not operate "behind the scenes."

If you have additional specific requests for accommodation outside of what you and your physician have already communicated previously we will be happy to consider those request(s).

I am not aware of anyone calling you a "problem employee" or any evidence.  Can you specify how Hacene is targeting you and provide details on tone since it is not clear in the information that you have moved forwarded.  The email that you moved forward is further specifying your goals based on his expectations for you and the function.

Regards,
Chad


**Chad D. St. John**

PPD_MENNINGER 000897

*Associate Director, Human Resources*
**PPD Central Labs**
**2 Tesseneer Drive**
**Highland Heights, KY 41076**
**e-mail:  Chad.St.John@ppdi.com**
**Office #:  +1 859 815 6288**
**Cell #:  +1 513 703 3380**
**Fax #:  +1 859 486 0958**
**Website:  www.ppdi.com**
**Careers Website:  www.ppdi.com/careers**

---

**From:** Lisa Menninger
**Sent:** Tuesday, April 17, 2018 1:30 PM
**To:** Chad St. John <Chad.St.John@ppdi.com>
**Subject:** RE: Confidential - Reasonable Accommodations - Lisa Menninger

Chad,

Your note below does not provide any clarification. While you keep saying that you are committed to engaging in a dialogue with me, I feel like you just keep twisting my doctor's words and refusing to answer any of my questions. Again, there are certain types of tasks (e.g., formal group presentations) that are challenging due to my disability. If we can talk about the specific tasks that Hacene wants me to do, I feel like we can come up with some kind of a solution that works.

And now, to make matters worse, I feel like Hacene is starting to target me because of my disability. His tone has drastically changed, and he is going out of his way to "document" criticisms of my performance that are utterly baseless. See attached email. I don't want to assume the worst, but it looks like he's trying to build a case against me—like you previously coached us to do when dealing with a "problem" employee.

I'm not a problem employee. I have a disability, but I do a good job and I don't deserve to be treated this way. I just want to do my job and support my family.

Lisa

Lisa A. Menninger, M.D., DABP, FCAP, FASCP
Executive Director Lab, Global Central Labs, PPD
Lisa.Menninger@ppdi.com
+ 1 (859) 462-2747 Mobile

---

**From:** Chad St. John
**Sent:** Tuesday, April 03, 2018 9:52 AM
**To:** Lisa Menninger <Lisa.Menninger@ppdi.com>
**Subject:** RE: Confidential - Reasonable Accommodations - Lisa Menninger

Dear Lisa:

Thanks for your email.   Please note that while we are all busy, we are never too busy to address your requests for accommodation.  We, too, are committed to an open dialogue regarding your disability and accommodations that would enable you to do your job.  We'll continue to review these as  you raise them.

To be clear,

PPD_MENNINGER 000898

1. PPD has agreed to accommodate you by including a designee for internal meetings and working with you on travel.

   2. PPD has denied certain other requests for accommodations, as they are not reasonable and go to the essential functions of your role as Executive Director, Lab Operations (outlined in the job description provided to you earlier): specifically, you asked to be excused from attending client bid defenses, technical sales presentations and customer visits/meetings and to have a "surrogate" attend in your stead, with you assisting solely in a "behind the scenes" role through text or email. As explained to you earlier, this is not reasonable as your position requires you to be the leader and not operate "behind the scenes."

If you have additional requests for accommodation, we ask that you let us know.

Thanks,
Chad

**Chad D. St. John**
***Associate Director, Human Resources***
**PPD Central Labs**
**2 Tesseneer Drive**
**Highland Heights, KY 41076**
**e-mail:  Chad.St.John@ppdi.com**
**Office #:  +1 859 815 6288**
**Cell #:  +1 513 703 3380**
**Fax #:  +1 859 486 0958**
**Website:  www.ppdi.com**
**Careers Website:  www.ppdi.com/careers**

**From:** Lisa Menninger
**Sent:** Saturday, March 24, 2018 6:07 PM
**To:** Chad St. John <Chad.St.John@ppdi.com>
**Subject:** RE: Confidential - Reasonable Accommodations - Lisa Menninger

Hi Chad,

I'm writing to follow up on your email below regarding my disability and the potential need for reasonable accommodations.

While I appreciate you taking the time to highlight portions of my job description, I am familiar with the essential functions of my position and I am not requesting any changes to those functions. As I've stated previously, I am capable of performing all of my responsibilities with or without accommodation. There are, however, certain types of tasks (e.g., formal group presentations) that are challenging due to my disability, and I have asked that you consider possible reasonable accommodations with respect to those tasks.

As you know, that discussion led to Hacene identifying three broad categories of duties/responsibilities for which he believes no accommodation is possible (items 2, 3 and 4). In my last email to you, on March 1st, I noted that those categories are very broad, and asked that you and/or Hacene identify the specific tasks that might fall within those categories. As I explained in my March 1st email, that information is necessary in order to have a productive dialogue regarding which specific tasks implicate my disability and what reasonable accommodations may be available with respect to those specific tasks.

PPD_MENNINGER 000899

In any event, based upon my 1:1 with Hacene this past week, it does not appear that there are any activities or events in the near future that would implicate my disability. Given this, and how extremely busy we all are, it might make sense to table this discussion until a particular task arises. Dealing with these issues in context, I think, might make this whole issue seem less daunting and help us all engage in a more meaningful dialogue.

Thank you for your time and attention to this matter. I remain confident that we can work through this together, and I hope to have your continued support in doing so.

Lisa

Lisa A. Menninger, M.D., DABP, FCAP, FASCP
Executive Director Lab, Global Central Labs, PPD
Lisa.Menninger@ppdi.com
+ 1 (859) 462-2747 Mobile

---

**From:** Chad St. John
**Sent:** Monday, March 12, 2018 12:02 PM
**To:** Lisa Menninger <Lisa.Menninger@ppdi.com>
**Cc:** Chad St. John <Chad.St.John@ppdi.com>
**Subject:** Confidential - Reasonable Accommodations - Lisa Menninger

Dear Lisa,

Thank you for your email---we appreciate the ongoing dialogue regarding your requests for accommodations and want to get back to you on those requests.

I thought it would be helpful to attach a copy of your job description above for your reference.  As the job description provides, the Executive Director, Labs includes these essential functions:
- providing operational leadership
- supporting business development in obtaining new customers and maintaining relationships
- performing HR functions, personnel development and facility management.

The job description shows that the Executive Director is an integral part of the Highland Heights and Brussels central lab business.

As stated in the job description you are to "interact frequently with internal and outside representatives and participate and may present at meetings with both."   The position requires "excellent communication and interpersonal skills with ability to participate in business development activities, present capabilities and solutions to clients".   Your working conditions include "frequent drives to site locations, travels  within the United States and occasional international travel."

PPD has agreed to provide you certain accommodations that you're requested in terms of having  a designee for internal meetings and working with you on travel.   That said, it is not  reasonable for PPD to rewrite your job description and do away with core requirements such as  that you attend business development meetings, dinners, bid defenses, etc.  These are not "behind the scenes" functions and are absolutely essential to your  job.  It is not reasonable or acceptable to send a surrogate in your place to perform these essential functions.  That is why we are not agreeable to the requests for accommodation outlined in 2-4 below.

PPD_MENNINGER 000900

PPD has already worked with you to lessen the travel required by your job to some degree, but the position requires that you visit the lab in Highland Heights as well as the lab in Brussels and that you attend client meetings and attend to operational/personnel issues onsite from time to time.

Please take another look at the job description, discuss it with your health care provider and let us know if there are other accommodations that would allow you to perform the essential functions of your job as outlined above.

Thanks in advance.
Chad


Chad D. St. John
*Associate Director, Human Resources*
**PPD Central Labs**
**2 Tesseneer Drive**
**Highland Heights, KY 41076**
**e-mail:  Chad.St.John@ppdi.com**
**Office #:  +1 859 815 6288**
**Cell #:  +1 513 703 3380**
**Fax #:  +1 859 486 0958**
**Website:  www.ppdi.com**
**Careers Website:  www.ppdi.com/careers**

PPD_MENNINGER 000901

| Message | |
|---|---|
| **From**: | Chad St. John [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=0D19504E2FF4481CBFAF08FAD5E3C25A-CHAD ST. JO] |
| **Sent**: | 4/10/2018 7:38:20 PM |
| **To**: | Deborah Ballweg [deborah.ballweg@ppdi.com] |
| **BCC**: | Chad St. John [chad.st.john@ppdi.com] |
| **Subject**: | Re: 1:1 - Lisa Goals |

Agreed.  Thanks Deb.

Regards,
Chad

Sent from my iPhone

On Apr 10, 2018, at 5:28 PM, Deborah Ballweg <Deborah.Ballweg@ppdi.com> wrote:

> Hi,
>
> I agree with your add.  Glad to see he is keeping it very compartmentalized i.e. performance based.
>
> Thanks!
>
> deb
>
> **From:** Chad St. John
> **Sent:** Tuesday, April 10, 2018 3:26 PM
> **To:** Deborah Ballweg <Deborah.Ballweg@ppdi.com>
> **Subject:** FW: 1:1 - Lisa Goals
>
> Deb,
>
> FYI…
>
> The only addition that I will suggest is to remind Lisa that…  goals may continue to adapt with ample on-going communication.
>
> Regards,
> Chad
>
>
> **Chad D. St. John**
> *Associate Director, Human Resources*
> **PPD Central Labs**
> **2 Tesseneer Drive**
> **Highland Heights, KY 41076**
> **e-mail:  Chad.St.John@ppdi.com**
> **Office #:  +1 859 815 6288**
> **Cell #:  +1 513 703 3380**
> **Fax #:  +1 859 486 0958**
> **Website:  www.ppdi.com**
> **Careers Website:  www.ppdi.com/careers**

**From:** Hacene Mekerri
**Sent:** Tuesday, April 10, 2018 4:16 PM
**To:** Chad St. John <Chad.St.John@ppdi.com>
**Subject:** 1:1 - Lisa Goals

Hi Chad, can you please review this? I want to send this to Lisa as a follow up of my discussion with her on Monday.

Hi Lisa,

As discussed yesterday, I would like to adapt your goals for 2018 as I am concerned with the recent lab issues (Gedeon Richter, BMS and NGSP).
I need your full attention and dedication to resolve them and be more proactive to prevent any further issues.

1. Proactive approach and actions to increase lab quality: Lab process improvement, QCs, leadership empowerment, System enhancement.
   a. Elimination of Lab Issues, client complain and audit findings
   b. Process improvements in place to proactively eliminate quality issues.
   c. System and SOPs to be upgraded where needed
   d. People management goals and monitoring for higher proficiency

2. Ensure Lab goals and strategy is clear and well communicated:
   a. Decisive: Give clear directions to team and colleagues in acceptable timeline
   b. Solution oriented: Act as leader in researching and bringing innovative solutions to challenges
   c. Increase support to Sales team and PM team for client meetings, act as Lab Leader.

Please adapt your 2018 goals to include the above, I am happy to discuss them further with you at our next 1:1.

Thank you,

Hacene

| | |
|---|---|
| Message | |
| **From:** | Chad St. John [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=0D19504E2FF4481CBFAF08FAD5E3C25A-CHAD ST. JO] |
| **Sent:** | 4/12/2018 10:42:24 AM |
| **To:** | Deborah Ballweg [deborah.ballweg@ppdi.com] |
| **Subject:** | RE: |

Anytime...  Actually...  Thank you!

-Chad

**Chad D. St. John**
*Associate Director, Human Resources*
**PPD Central Labs**
**2 Tesseneer Drive**
**Highland Heights, KY 41076**
**e-mail:  Chad.St.John@ppdi.com**
**Office #:  +1 859 815 6288**
**Cell #:  +1 513 703 3380**
**Fax #:  +1 859 486 0958**
**Website:  www.ppdi.com**
**Careers Website:  www.ppdi.com/careers**

---

**From:** Deborah Ballweg
**Sent:** Thursday, April 12, 2018 10:39 AM
**To:** Chad St. John <Chad.St.John@ppdi.com>
**Subject:** RE:

:0)  thank you!!

---

**From:** Chad St. John
**Sent:** Thursday, April 12, 2018 9:39 AM
**To:** Deborah Ballweg <Deborah.Ballweg@ppdi.com>
**Subject:** RE:

LOL...

BTW...  It is great that we stay connected.  I pinged Jerry via Skype after his comment to me on the counsel call after my comment.  He said he appreciated me speaking up and being positive.  He then asked about messaging to Chris F. is he asked about Lisa.  I let him know that you and I had connected and that we are aligned in the messaging.

**My answer back to Jerry...**

[4/12/2018 10:33 AM]
Yes.  Chris F. is here today.  Eli Lilly is on site.  He hasn't connected with me yet.  If he asks about Lisa I will share what Deb and I have discussed... Hacene's recent tough feedback followed up in writing is where we are now but with a 3 rating for 2017 EOY performance we are not close to a 'change' unless she self-selects.

Regards,

Chad

**Chad D. St. John**
*Associate Director, Human Resources*
**PPD Central Labs**
**2 Tesseneer Drive**
**Highland Heights, KY 41076**
**e-mail:  Chad.St.John@ppdi.com**
**Office #:  +1 859 815 6288**
**Cell #:  +1 513 703 3380**
**Fax #:  +1 859 486 0958**
**Website:  www.ppdi.com**
**Careers Website:  www.ppdi.com/careers**

---

**From:** Deborah Ballweg
**Sent:** Thursday, April 12, 2018 10:32 AM
**To:** Chad St. John <Chad.St.John@ppdi.com>
**Subject:** RE:

Ok – platinum star today – to honor your birthday and follow through!!



Thanks!!

Deb

---

**From:** Chad St. John
**Sent:** Thursday, April 12, 2018 9:27 AM
**To:** Deborah Ballweg <Deborah.Ballweg@ppdi.com>
**Subject:** FW:

Deb,

FYI... Confirmation from James that all my training is complete from his updated view.

Regards,
Chad

**Chad D. St. John**
*Associate Director, Human Resources*
**PPD Central Labs**
**2 Tesseneer Drive**
**Highland Heights, KY 41076**
**e-mail:** **Chad.St.John@ppdi.com**
**Office #:  +1 859 815 6288**
**Cell #:  +1 513 703 3380**
**Fax #:  +1 859 486 0958**
**Website:  www.ppdi.com**
**Careers Website:  www.ppdi.com/careers**

---

**From:** James Gerner
**Sent:** Thursday, April 12, 2018 9:38 AM
**To:** Chad St. John <Chad.St.John@ppdi.com>
**Subject:** RE:

The information below shows that Chad St. John is not overdue in LMS on any training activities:

1 Search Result(s) for chad st john

Chad D St John

chad.st.john@ppdi.com

**Required:** 0

**Recommended:** 0

100%

| PROFILE | ▾ |

0 INCOMPLETE

**James Gerner, B.A., M.T.(ASCP), M.S., EdD.**
*PRINCIPAL TRAINING SPEC, OPERATIONS*
PPD
2 Tesseneer
Highland Heights, Kentucky
41076
**Phone** +1 208 6322
James.Gerner@ppdi.com
www.ppdi.com

Early Development | Clinical Development | Laboratories | Post-Approval | Consulting

CONFIDENTIAL

PPD_MENNINGER 000911

CONFIDENTIAL

PPD_MENNINGER 000912

| Message | |
|---|---|
| **From**: | Chad St. John [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=0D19504E2FF4481CBFAF08FAD5E3C25A-CHAD ST. JO] |
| **Sent**: | 4/4/2018 12:13:53 PM |
| **To**: | Deborah Ballweg [deborah.ballweg@ppdi.com] |
| **Subject**: | FW: Moving Forward - Interactions With Lisa |

Deb,

FYI… The coaching has occurred in two ways (in-writing via email and now I can confirm that it has taken place verbally in a conversation I had with him around 11:20am today). I will continue to keep you posted.

Regards,
Chad

**Chad D. St. John**
*Associate Director, Human Resources*
**PPD Central Labs**
**2 Tesseneer Drive**
**Highland Heights, KY 41076**
**e-mail:  Chad.St.John@ppdi.com**
**Office #:  +1 859 815 6288**
**Cell #:  +1 513 703 3380**
**Fax #:  +1 859 486 0958**
**Website:  www.ppdi.com**
**Careers Website:  www.ppdi.com/careers**

**From:** Chad St. John
**Sent:** Wednesday, April 04, 2018 12:10 PM
**To:** Hacene Mekerri <Hacene.Mekerri@ppdi.com>
**Subject:** RE: Moving Forward - Interactions With Lisa

Thanks Hacene.  I am also glad we also had the opportunity to talk about it in detail a bit earlier today.

Regards,
Chad

**Chad D. St. John**
*Associate Director, Human Resources*
**PPD Central Labs**
**2 Tesseneer Drive**
**Highland Heights, KY 41076**
**e-mail:  Chad.St.John@ppdi.com**
**Office #:  +1 859 815 6288**
**Cell #:  +1 513 703 3380**
**Fax #:  +1 859 486 0958**
**Website:  www.ppdi.com**
**Careers Website:  www.ppdi.com/careers**

**From:** Hacene Mekerri
**Sent:** Wednesday, April 04, 2018 11:16 AM

PPD_MENNINGER 000913

**To:** Chad St. John <Chad.St.John@ppdi.com>
**Subject:** RE: Moving Forward - Interactions With Lisa

Hi Chad,

Ok, Make sense to me. will do.

thank you,

Hacene

---

**From:** Chad St. John
**Sent:** Tuesday, April 03, 2018 1:43 PM
**To:** Hacene Mekerri <Hacene.Mekerri@ppdi.com>
**Subject:** Moving Forward - Interactions With Lisa

Hacene,

In considering next steps with Lisa I believe that it is imperative that you continue to address Lisa's performance issues (outlined in 2017 review) separately from the accommodation request issue.  It will critically important to follow-up on your discussions with Lisa with documentation to your manager file and to Lisa directly.  You will want to be very communicative about the travel expectations for Lisa but mindful of the agreed upon reduction from 30% to 15%.  Again, document and send confirmation to Lisa via email.

Let's connect when you are back in the office this week so that I can provide any additional clarity regarding the recommendation here.

Regards,
Chad

Chad D. St. John
*Associate Director, Human Resources*
PPD Central Labs
2 Tesseneer Drive
Highland Heights, KY 41076
e-mail:  Chad.St.John@ppdi.com
Office #:  +1 859 815 6288
Cell #:  +1 513 703 3380
Fax #:  +1 859 486 0958
Website:  www.ppdi.com
Careers Website:  www.ppdi.com/careers

PPD_MENNINGER 000914

| Message | |
|---|---|
| **From**: | Chad St. John [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=0D19504E2FF4481CBFAF08FAD5E3C25A-CHAD ST. JO] |
| **Sent**: | 4/17/2018 5:20:42 PM |
| **To**: | Deborah Ballweg [deborah.ballweg@ppdi.com] |
| **Subject**: | RE: Confidential - Reasonable Accommodations - Lisa Menninger |

Yes.  Got it.  Will do...

-Chad

**Chad D. St. John**
*Associate Director, Human Resources*
**PPD Central Labs**
**2 Tesseneer Drive**
**Highland Heights, KY 41076**
**e-mail:  Chad.St.John@ppdi.com**
**Office #:  +1 859 815 6288**
**Cell #:  +1 513 703 3380**
**Fax #:  +1 859 486 0958**
**Website:  www.ppdi.com**
**Careers Website:  www.ppdi.com/careers**

**From:** Deborah Ballweg
**Sent:** Tuesday, April 17, 2018 5:17 PM
**To:** Chad St. John <Chad.St.John@ppdi.com>
**Subject:** RE: Confidential - Reasonable Accommodations - Lisa Menninger

Hi Chad,

Got your message and other email.  Please help draft a response for Hacene and one for yourself.  I'll take a look and decide if appropriate to send on to Lisa.  Ask Hacene/draft response to be very specific about how she didn't meet expectations.

We can discuss more tomorrow.

Thanks.

Deb

**From:** Chad St. John
**Sent:** Tuesday, April 17, 2018 2:47 PM
**To:** Deborah Ballweg <Deborah.Ballweg@ppdi.com>
**Subject:** FW: Confidential - Reasonable Accommodations - Lisa Menninger

Deb,

FYI...

Regards,
Chad

Chad D. St. John
*Associate Director, Human Resources*
**PPD Central Labs**
**2 Tesseneer Drive**
**Highland Heights, KY 41076**
e-mail: **Chad.St.John@ppdi.com**
**Office #: +1 859 815 6288**
**Cell #: +1 513 703 3380**
**Fax #: +1 859 486 0958**
**Website: www.ppdi.com**
**Careers Website: www.ppdi.com/careers**

---

**From:** Lisa Menninger
**Sent:** Tuesday, April 17, 2018 1:30 PM
**To:** Chad St. John <Chad.St.John@ppdi.com>
**Subject:** RE: Confidential - Reasonable Accommodations - Lisa Menninger

Chad,

Your note below does not provide any clarification. While you keep saying that you are committed to engaging in a dialogue with me, I feel like you just keep twisting my doctor's words and refusing to answer any of my questions. Again, there are certain types of tasks (e.g., formal group presentations) that are challenging due to my disability. If we can talk about the specific tasks that Hacene wants me to do, I feel like we can come up with some kind of a solution that works.

And now, to make matters worse, I feel like Hacene is starting to target me because of my disability. His tone has drastically changed, and he is going out of his way to "document" criticisms of my performance that are utterly baseless. See attached email. I don't want to assume the worst, but it looks like he's trying to build a case against me—like you previously coached us to do when dealing with a "problem" employee.

I'm not a problem employee. I have a disability, but I do a good job and I don't deserve to be treated this way. I just want to do my job and support my family.

Lisa

Lisa A. Menninger, M.D., DABP, FCAP, FASCP
Executive Director Lab, Global Central Labs, PPD
Lisa.Menninger@ppdi.com
+ 1 (859) 462-2747 Mobile

---

**From:** Chad St. John
**Sent:** Tuesday, April 03, 2018 9:52 AM
**To:** Lisa Menninger <Lisa.Menninger@ppdi.com>
**Subject:** RE: Confidential - Reasonable Accommodations - Lisa Menninger

Dear Lisa:

Thanks for your email.   Please note that while we are all busy, we are never too busy to address your requests for accommodation.  We, too, are committed to an open dialogue regarding your disability and accommodations that would enable you to do your job.  We'll continue to review these as  you raise them.

To be clear,

PPD_MENNINGER 000919

1. PPD has agreed to accommodate you by including a designee for internal meetings and working with you on travel.

2. PPD has denied certain other requests for accommodations, as they are not reasonable and go to the essential functions of your role as Executive Director, Lab Operations (outlined in the job description provided to you earlier): specifically, you asked to be excused from attending client bid defenses, technical sales presentations and customer visits/meetings and to have a "surrogate" attend in your stead, with you assisting solely in a "behind the scenes" role through text or email. As explained to you earlier, this is not reasonable as your position requires you to be the leader and not operate "behind the scenes."

If you have additional requests for accommodation, we ask that you let us know.

Thanks,
Chad

**Chad D. St. John**
***Associate Director, Human Resources***
**PPD Central Labs**
**2 Tesseneer Drive**
**Highland Heights, KY 41076**
**e-mail: Chad.St.John@ppdi.com**
**Office #: +1 859 815 6288**
**Cell #: +1 513 703 3380**
**Fax #: +1 859 486 0958**
**Website: www.ppdi.com**
**Careers Website: www.ppdi.com/careers**

**From:** Lisa Menninger
**Sent:** Saturday, March 24, 2018 6:07 PM
**To:** Chad St. John <Chad.St.John@ppdi.com>
**Subject:** RE: Confidential - Reasonable Accommodations - Lisa Menninger

Hi Chad,

I'm writing to follow up on your email below regarding my disability and the potential need for reasonable accommodations.

While I appreciate you taking the time to highlight portions of my job description, I am familiar with the essential functions of my position and I am not requesting any changes to those functions. As I've stated previously, I am capable of performing all of my responsibilities with or without accommodation. There are, however, certain types of tasks (e.g., formal group presentations) that are challenging due to my disability, and I have asked that you consider possible reasonable accommodations with respect to those tasks.

As you know, that discussion led to Hacene identifying three broad categories of duties/responsibilities for which he believes no accommodation is possible (items 2, 3 and 4). In my last email to you, on March 1st, I noted that those categories are very broad, and asked that you and/or Hacene identify the specific tasks that might fall within those categories. As I explained in my March 1st email, that information is necessary in order to have a productive dialogue regarding which specific tasks implicate my disability and what reasonable accommodations may be available with respect to those specific tasks.

PPD_MENNINGER 000920

In any event, based upon my 1:1 with Hacene this past week, it does not appear that there are any activities or events in the near future that would implicate my disability. Given this, and how extremely busy we all are, it might make sense to table this discussion until a particular task arises. Dealing with these issues in context, I think, might make this whole issue seem less daunting and help us all engage in a more meaningful dialogue.

Thank you for your time and attention to this matter. I remain confident that we can work through this together, and I hope to have your continued support in doing so.

Lisa

Lisa A. Menninger, M.D., DABP, FCAP, FASCP
Executive Director Lab, Global Central Labs, PPD
Lisa.Menninger@ppdi.com
+ 1 (859) 462-2747 Mobile

---

**From:** Chad St. John
**Sent:** Monday, March 12, 2018 12:02 PM
**To:** Lisa Menninger <Lisa.Menninger@ppdi.com>
**Cc:** Chad St. John <Chad.St.John@ppdi.com>
**Subject:** Confidential - Reasonable Accommodations - Lisa Menninger

Dear Lisa,

Thank you for your email---we appreciate the ongoing dialogue regarding your requests for accommodations and want to get back to you on those requests.

I thought it would be helpful to attach a copy of your job description above for your reference.  As the job description provides, the Executive Director, Labs includes these essential functions:
- providing operational leadership
- supporting business development in obtaining new customers and maintaining relationships
- performing HR functions, personnel development and facility management.
The job description shows that the Executive Director is an integral part of the Highland Heights and Brussels central lab business.

As stated in the job description you are to "interact frequently with internal and outside representatives and participate and may present at meetings with both."   The position requires "excellent communication and interpersonal skills with ability to participate in business development activities, present capabilities and solutions to clients".   Your working conditions include "frequent drives to site locations, travels  within the United States and occasional international travel."

PPD has agreed to provide you certain accommodations that you're requested in terms of having  a designee for internal meetings and working with you on travel.   That said, it is not  reasonable for PPD to rewrite your job description and do away with core requirements such as  that you attend business development meetings, dinners, bid defenses, etc.  These are not "behind the scenes" functions and are absolutely essential to your  job.  It is not reasonable or acceptable to send a surrogate in your place to perform these essential functions.  That is why we are not agreeable to the requests for accommodation outlined in 2-4 below.

**JA2741**

PPD has already worked with you to lessen the travel required by your job to some degree, but the position requires that you visit the lab in Highland Heights as well as the lab in Brussels and that you attend client meetings and attend to operational/personnel issues onsite from time to time.

Please take another look at the job description, discuss it with your health care provider and let us know if there are other accommodations that would allow you to perform the essential functions of your job as outlined above.

Thanks in advance.
Chad


Chad D. St. John
*Associate Director, Human Resources*
**PPD Central Labs**
**2 Tesseneer Drive**
**Highland Heights, KY 41076**
**e-mail:  Chad.St.John@ppdi.com**
**Office #:  +1 859 815 6288**
**Cell #:  +1 513 703 3380**
**Fax #:  +1 859 486 0958**
**Website:  www.ppdi.com**
**Careers Website:  www.ppdi.com/careers**

PPD_MENNINGER 000922

**Message**

| | |
|---|---|
| **From**: | Chad St. John [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=0D19504E2FF4481CBFAF08FAD5E3C25A-CHAD ST. JO] |
| **Sent**: | 4/30/2018 9:54:21 AM |
| **To**: | Deborah Ballweg [deborah.ballweg@ppdi.com] |
| **Subject**: | FW: Confidential - Reasonable Accommodations - Lisa Menninger |
| **Attachments**: | ED_Labs_LB020.pdf; Accomodation_Requests_1through5.docx |

Deb,

FYI...

Regards,
Chad

**Chad D. St. John**
*Associate Director, Human Resources*
**PPD Central Labs**
**2 Tesseneer Drive**
**Highland Heights, KY 41076**
**e-mail:  Chad.St.John@ppdi.com**
**Office #:  +1 859 815 6288**
**Cell #:  +1 513 703 3300**
**Fax #:  +1 859 486 0958**
**Website:  www.ppdi.com**
**Careers Website:  www.ppdi.com/careers**

---

**From:** Chad St. John
**Sent:** Monday, April 30, 2018 9:54 AM
**To:** Lisa Menninger <Lisa.Menninger@ppdi.com>
**Subject:** RE: Confidential - Reasonable Accommodations - Lisa Menninger

Lisa,

I regretfully was not able to respond to your recent emails sooner due to being out of the office on PTO and have been working through my email from the bottom up.

I was rather surprised that you feel I have not provided you with  clarification regarding your requests for reasonable accommodation.   I will do my best to work through the requests that you and your physician asked PPD to review and give more insight into what accommodations are and are not reasonable for your position with PPD.

At the risk of being repetitive, I've attached your job description above as well as the listing of accommodations you requested for certain aspects of your position.  I want to be as transparent as I can with you:

- There are certain aspects of your job that are essential to your work as the executive director of the lab operations ---those are in the attached job description, of course, but the job itself is labelled as the leader of the lab operations---integrating processes, sales, research and quality.  There are frequent internal and external interactions which require excellent interpersonal and communications skills with PPD employees and clients as well as participation in business development activities and support for maintaining and developing customer relationships.  All of these requirements have been discussed with you before.
- We understand that you've requested accommodations for your disability to enable you to perform these essential functions of your job.  You've stated below that certain formal group presentations are challenging—

**JA2743**

PPD_MENNINGER 000953

and we've stated that we can accommodate some but not all of these presentations (e.g., the occasional COO/EVP visit for the all hands on deck lab meetings).    That said, other types of tasks involving client meetings/presentations are more frequent and require the lab operations leader to be present and participate:

1.  <u>SLT Presentations, Town Hall, COO/EVP meeting</u>:
PPD accommodated your request by allowing an internal designee for certain internal meetings.

2. <u>Client Bid Defense, Client Issue resolution calls, Client site meetings:</u>
 The accommodation requested was that you handle meetings of more than 1 to 2 people by sending another person and following up by text or email.  We have told you that this is not a reasonable accommodation for the Lab Operations Leader---sending someone in your stead or following up by text/email is not reasonable.  You suggested that problems could be emailed to you ahead of time---this is not realistic for business discussions where ideas are exchanged and problems discussed in real time.

3.  <u>Technical Sales Presentations</u>:
You requested that you not attend sales presentations yourself, but send someone else and follow up afterwards. This is not a realistic or reasonable option.  The lab leader is expected to participate as the operations leader and possess excellent communication, marketing and negotiation skills with customers.

4. <u>Lunch/dinner and social interactions to build business relationships</u>:
The position requires excellent interpersonal skills.  While you say you understand  this is an important part of the business, you are requesting to be "behind the scenes."  This, also, is not  reasonable.  As we've said before, this position is not behind the scenes and customer interactions are necessary.

5.  <u>Travel:</u>
PPD accommodated your request by agreeing to reduce travel requirements.

I really do hope that these explanations provide you with more insight to how we have analyzed your requests in light of the lab leader position.   Asking for an accommodation due to a disability is not a problem and those who are not "problem employees."  Finally, I am not aware of any mistreatment by Hacene regarding your requests for accommodation. That being said,  PPD does take all complaints regarding discrimination and retaliation seriously.  I have asked another member of the HR team to reach out to you and to investigate any incidences of him targeting you or discriminating against you based on your disability.

In the meantime, I hope this information is helpful and that you'll let me know if there are any additional questions regarding your requests for accommodation.

Regards,
Chad

**Chad D. St. John**
***Associate Director, Human Resources***
**PPD Central Labs**
**2 Tesseneer Drive**
**Highland Heights, KY 41076**
**e-mail:  <u>Chad.St.John@ppdi.com</u>**
**Office #:  +1 859 815 6288**
**Cell #:  +1 513 703 3380**
**Fax #:  +1 859 486 0958**
**Website:  <u>www.ppdi.com</u>**
**Careers Website:  <u>www.ppdi.com/careers</u>**

PPD_MENNINGER 000954

**From:** Lisa Menninger
**Sent:** Friday, April 27, 2018 9:21 PM
**To:** Chad St. John <Chad.St.John@ppdi.com>
**Subject:** RE: Confidential - Reasonable Accommodations - Lisa Menninger

Chad,

See attached.  Things with Hacene are getting worse.  He is completely mischaracterizing things and looking for any excuse possible to criticize my "leadership."  He never treated me like this before I told him about my disability.  I don't know if he's doing this intentionally, but it really needs to stop.  My panic attacks are increasing and he's making it really hard for me to do my job.

Lisa

Lisa A. Menninger, M.D., DABP, FCAP, FASCP
Executive Director Lab, Global Central Labs, PPD
Lisa.Menninger@ppdi.com
+ 1 (859) 462-2747 Mobile

**From:** Lisa Menninger
**Sent:** Tuesday, April 17, 2018 1:30 PM
**To:** Chad St. John <Chad.St.John@ppdi.com>
**Subject:** RE: Confidential - Reasonable Accommodations - Lisa Menninger

Chad,

Your note below does not provide any clarification. While you keep saying that you are committed to engaging in a dialogue with me, I feel like you just keep twisting my doctor's words and refusing to answer any of my questions. Again, there are certain types of tasks (e.g., formal group presentations) that are challenging due to my disability. If we can talk about the specific tasks that Hacene wants me to do, I feel like we can come up with some kind of a solution that works.

And now, to make matters worse, I feel like Hacene is starting to target me because of my disability. His tone has drastically changed, and he is going out of his way to "document" criticisms of my performance that are utterly baseless. See attached email. I don't want to assume the worst, but it looks like he's trying to build a case against me—like you previously coached us to do when dealing with a "problem" employee.

I'm not a problem employee. I have a disability, but I do a good job and I don't deserve to be treated this way. I just want to do my job and support my family.

Lisa

Lisa A. Menninger, M.D., DABP, FCAP, FASCP
Executive Director Lab, Global Central Labs, PPD
Lisa.Menninger@ppdi.com
+ 1 (859) 462-2747 Mobile

**From:** Chad St. John
**Sent:** Tuesday, April 03, 2018 9:52 AM
**To:** Lisa Menninger <Lisa.Menninger@ppdi.com>
**Subject:** RE: Confidential - Reasonable Accommodations - Lisa Menninger

PPD_MENNINGER 000955

Dear Lisa:

Thanks for your email.   Please note that while we are all busy, we are never too busy to address your requests for accommodation.  We, too, are committed to an open dialogue regarding your disability and accommodations that would enable you to do your job.  We'll continue to review these as  you raise them.

To be clear,
1. PPD has agreed to accommodate you by including a designee for internal meetings and working with you on travel.
2. PPD has denied certain other requests for accommodations, as they are not reasonable and go to the essential functions of your role as Executive Director, Lab Operations (outlined in the job description provided to you earlier): specifically, you asked to be excused from attending client bid defenses, technical sales presentations and customer visits/meetings and to have  a "surrogate"  attend in your stead, with you assisting solely in a "behind the scenes" role through text or email.  As explained to you earlier, this is not reasonable as your position requires you to be the leader and not operate "behind the scenes."

If you have additional requests for accommodation, we ask that you let us know.

Thanks,
Chad


**Chad D. St. John**
*Associate Director, Human Resources*
**PPD Central Labs**
**2 Tesseneer Drive**
**Highland Heights, KY 41076**
**e-mail:  Chad.St.John@ppdi.com**
**Office #:  +1 859 815 6288**
**Cell #:  +1 513 703 3380**
**Fax #:  +1 859 486 0958**
**Website:  www.ppdi.com**
**Careers Website:  www.ppdi.com/careers**

---

**From:** Lisa Menninger
**Sent:** Saturday, March 24, 2018 6:07 PM
**To:** Chad St. John <Chad.St.John@ppdi.com>
**Subject:** RE: Confidential - Reasonable Accommodations - Lisa Menninger

Hi Chad,

I'm writing to follow up on your email below regarding my disability and the potential need for reasonable accommodations.

While I appreciate you taking the time to highlight portions of my job description, I am familiar with the essential functions of my position and I am not requesting any changes to those functions. As I've stated previously, I am capable of performing all of my responsibilities with or without accommodation. There are, however, certain types of tasks (e.g., formal group presentations) that are challenging due to my disability, and I have asked that you consider possible reasonable accommodations with respect to those tasks.

PPD_MENNINGER 000956

As you know, that discussion led to Hacene identifying three broad categories of duties/responsibilities for which he believes no accommodation is possible (items 2, 3 and 4). In my last email to you, on March 1st, I noted that those categories are very broad, and asked that you and/or Hacene identify the specific tasks that might fall within those categories. As I explained in my March 1st email, that information is necessary in order to have a productive dialogue regarding which specific tasks implicate my disability and what reasonable accommodations may be available with respect to those specific tasks.

In any event, based upon my 1:1 with Hacene this past week, it does not appear that there are any activities or events in the near future that would implicate my disability. Given this, and how extremely busy we all are, it might make sense to table this discussion until a particular task arises. Dealing with these issues in context, I think, might make this whole issue seem less daunting and help us all engage in a more meaningful dialogue.

Thank you for your time and attention to this matter. I remain confident that we can work through this together, and I hope to have your continued support in doing so.

Lisa

Lisa A. Menninger, M.D., DABP, FCAP, FASCP
Executive Director Lab, Global Central Labs, PPD
Lisa.Menninger@ppdi.com
+ 1 (859) 462-2747 Mobile

---

**From:** Chad St. John
**Sent:** Monday, March 12, 2018 12:02 PM
**To:** Lisa Menninger <Lisa.Menninger@ppdi.com>
**Cc:** Chad St. John <Chad.St.John@ppdi.com>
**Subject:** Confidential - Reasonable Accommodations - Lisa Menninger

Dear Lisa,

Thank you for your email---we appreciate the ongoing dialogue regarding your requests for accommodations and want to get back to you on those requests.

I thought it would be helpful to attach a copy of your job description above for your reference.  As the job description provides, the Executive Director, Labs includes these essential functions:
- providing operational leadership
- supporting business development in obtaining new customers and maintaining relationships
- performing HR functions, personnel development and facility management.

The job description shows that the Executive Director is an integral part of the Highland Heights and Brussels central lab business.

As stated in the job description you are to "interact frequently with internal and outside representatives and participate and may present at meetings with both."  The position requires "excellent communication and interpersonal skills with ability to participate in business development activities, present capabilities and solutions to clients".  Your working conditions include "frequent drives to site locations, travels  within the United States and occasional international travel."

PPD has agreed to provide you certain accommodations that you're requested in terms of having  a designee for internal meetings and working with you on travel.   That said, it is not  reasonable for PPD to rewrite your

PPD_MENNINGER 000957

job description and do away with core requirements such as that you attend business development meetings, dinners, bid defenses, etc. These are not "behind the scenes" functions and are absolutely essential to your job. It is not reasonable or acceptable to send a surrogate in your place to perform these essential functions. That is why we are not agreeable to the requests for accommodation outlined in 2-4 below.

PPD has already worked with you to lessen the travel required by your job to some degree, but the position requires that you visit the lab in Highland Heights as well as the lab in Brussels and that you attend client meetings and attend to operational/personnel issues onsite from time to time.

Please take another look at the job description, discuss it with your health care provider and let us know if there are other accommodations that would allow you to perform the essential functions of your job as outlined above.

Thanks in advance.
Chad


**Chad D. St. John**
*Associate Director, Human Resources*
**PPD Central Labs**
**2 Tesseneer Drive**
**Highland Heights, KY 41076**
**e-mail:  Chad.St.John@ppdi.com**
**Office #:  +1 859 815 6288**
**Cell #:  +1 513 703 3380**
**Fax #:  +1 859 486 0958**
**Website:  www.ppdi.com**
**Careers Website:  www.ppdi.com/careers**

PPD_MENNINGER 000958



# ED Labs

| | | | |
|---|---|---|---|
| **Division / Dept.:** | Labs | **Reports to Title:** | VP Labs |
| **Job Code:** | LB020 | **Job Family:** | Lab Ops |
| **Job Level:** | E1 | **FLSA Status:** | Exempt |

**Summarized Purpose:**

Leads the growth of laboratory operations by integrating operational processes, business development, research & development and quality assurance functions. Sets operating standards, forecasts and establishes operating budgets. Maximizes operating profit by leveraging lab resources, space allocation, managing capital equipment, scientific instrumentation and staff management. Up to 30% travel.

**Essential Functions and Other Job Information:**

| | |
|---|---|
| **Essential Functions** | • Provides operational leadership to laboratory services. Integrates operational processes, business development, research & development and quality assurance functions for optimal performance within the labs.<br>• Supports Business Development in obtaining new customers and maintaining relationships. Directs the development of new programs for revenue enhancement/cost expense reduction, including post-evaluation of new implementations for effectiveness.<br>• Performs financial reviews, establishes operating budget and develops forecasts maximizing operating profit. Provides business updates to senior leadership.<br>• Sets operational standards/goals and directs the implementation of laboratory goals and policies. Oversees resource allocation including space, capital equipment, scientific instrumentation and staff.<br>• Performs administrative responsibilities including HR functions, personnel development, facilities management, writing SOPs and PDs.<br>• Oversees the quality assurance and quality control aspects of the lab to ensure compliance with regulatory standards. |
| **Policy & Strategy** | Interprets and administers policies, processes, and procedures that may affect sections and subordinate work units. Acts as advisor to subordinate(s) to meet schedules and / or resolve technical problems.  Requires full knowledge of own area of functional responsibility. |
| **Freedom to Act** | Assignments are defined in terms of activities and objectives.  Work is reviewed upon completion for meeting timelines, adequacy, and objectives. |
| **Liaison** | Interacts frequently with internal personnel and outside representatives at various levels.  Participates and may present at meetings with internal and external representatives.  Interaction typically concerns resolution of operational and scheduling issues concerning projects and / or contractual clarifications. |

PPD_MENNINGER 000959



**Qualifications:**

Education and Experience:

Phd, MD or DrPh required.
Previous experience leading multi-departmental clinical or analytical laboratories and developing and executing protocols (comparable to 15+ years). Or equivalent and relevant combination of education, training, & experience that provides the knowledge, skills, and abilities to perform the job.

Advanced leadership skills to include 10+ years of management responsibility.
Expert business knowledge with comprehensive understanding of the organization and functional area(s).

*Years of experience refers to typical years of related experience needed to gain the required knowledge, skills, and abilities necessary to perform the essential functions of the job. Years of experience are not to be used as the only determining factor in establishing the job class or making employment selection decisions.*

Knowledge, Skills and Abilities:

- In-depth  knowledge of laboratory operations for pharmaceutical and biotech industries
- Proficient in analytical, bioanalytical or clinical chemistry platforms and methodologies
- In-depth knowledge of laboratory science, GxP, FDA and European regulations concerning relevant lab processes in drug development, method development, method validation, R&D, sample testing and data processing
- Excellent communication/interpersonal skills with ability to participate in business development activities, present capabilities and solutions to clients, respond to regulatory audits, prepare and present budgets/forecasts to senior management
- Expertise in budgeting, forecasting and fiscal management
- Demonstrated strategic planning skills
- In-depth global and cultural awareness
- Knowledgeable in mergers & acquisitions and integrating business units adding value to the overall portfolio
- Strong organizational agility and demonstrated drive for results
- Track record of building peer relationships and developing effective teams
- Excellent coaching and mentoring skills
- Detailed and process oriented, logical, but creative approach to problem solving
- Excellent marketing and negotiation skills

**Management Role:**

Manager role with significantly larger management scope (e.g. global or regional responsibilities or multiple departments) OR mastery of manager skills and responsibilities as demonstrated by consistent, multi-year successful performance.     In some instances may be responsible for a functional area (as determined by executive management) and not have subordinate supervisors or employees.

PPD_MENNINGER 000960



**Working Conditions and Environment:**

- Work is performed in an office and/or laboratory and/or clinic environment with exposure to electrical office equipment.
- Frequently drives to site locations, frequently travels within the United States, occasional international travel.
- Rare exposure to biological fluids with potential exposure to infectious organisms. Rare exposure to skin and lung irritants, radiation, toxic materials and hazardous waste.
- Personal protective equipment required in frequently such as protective eyewear, garments and gloves.
- Exposure to fluctuating and/or extreme temperatures on rare occasions.

**Physical Requirements:**

- Frequently stationary for 6-8 hours per day.
- Repetitive hand movement of both hands with the ability to make fast, simple, repeated movements of the fingers, hands, and wrists.
- Moderate mobility required.
- Occasional crouching, stooping, bending and twisting of upper body and neck.
- Light to moderate lifting and carrying (or otherwise moves) objects including luggage and laptop computer with a maximum lift of 15-20 lbs.
- Ability to access and use a variety of computer software developed both in-house and off-the-shelf.
- Ability to communicate complex information and ideas so others will understand; with the ability to listen to and understand information and ideas presented through spoken words and sentences.
- Frequently interacts with others, relates sensitive information to diverse groups both internally & externally.
- Ability to apply abstract principles to solve complex conceptual issues. Requires multiple periods of intense concentration.
- Performs a wide range of complex tasks as dictated by variable demands and changing conditions with little predictability as to the occurrence. Ability to perform under stress. Ability to multi-task.
- Regular and consistent attendance.

**Percent Billable:**

80% - 100%

| Created by / last revised by (Manager Name): | Various Lab Leaders | Title: | VP Labs |
|---|---|---|---|
| Compensation Review By: | Compensation Team | Title: | Compensation Team |
| Last Revision Date: | July 2014 | | |

*This document is intended to describe the general nature and level of work being performed by this job. This document is not intended to be construed as an exhaustive list of all responsibilities, duties and skills required. Individual responsibilities will be defined by your leadership team and will vary based on business needs.*

PPD_MENNINGER 000961



## Executive Director, Labs

## Job Description Addendum

| | |
|---|---|
| **Job Code:** | LB020 |
| **Specific Job / Working Title:** | ED, Labs |

The purpose of this Addendum is to provide further detail for a specific job / working title in addition to the language contained on the approved Job Description.

**Additional / Specific Job Responsibilities:**

- Serve as Laboratory Director for New York State accreditation
- Spend 70% of time on-site and be available 30% via telephone and/or computer as needed

**Additional / Specific Education / Experience:**

- Must have and maintain New York State Certificate Of Qualification (COQ) in all the testing areas listed in the laboratory's New York State Certification
- For the areas not covered by the personal Certificate of Qualification, arrange service from an outside consultant who has New York State Certificate of Qualification in that area.

| Last Revised By: | Lia Sheppard | Title: | Compensation Analyst |
|---|---|---|---|
| HR Review By: | Chad St. John | Title: | Sr. HR Manager |
| Last Revision Date: | July 2013 | | |

PPD_MENNINGER 000962

**Summary:**

1.  SLT Presentations, Town Hall, COO/EVP meeting:
*The accommodated expectation will now be to include a designee.

2. Client Bid Defense, Issue resolution calls, HH/Client site meetings, phone:
-The expectation is for Lisa to participate in Client Bid Defense, Issue resolution calls, HH/Client site meetings, phone is critical for the business.

3.  Technical Sales presentation internal and external (i.e. internal Sales meeting), HH/Client site meetings, phone:
-Lisa's participation as the Central Lab's technical leader is imperative in gaining perspective clients trust to obtain new business

4. For customer visits, Lunch/dinner and social interactions may occur (expected 60-80% of the time) in order to build business relationships:
-Lisa's participation as the Central Lab's technical leader is imperative in gaining perspective clients trust to obtain new business.

5.  Travels: Up to 30%:
*The accommodated expectation will now be up to 15%.

**1. Hacene's Email Details:**

- SLT Presentations, Town Hall, COO/EVP meeting:
    - Attendees/Audience: Up to 500 employees
    - Frequency: Bi-weekly, monthly and/or quarterly

Lisa's Physician's Email Details:
- SLT Presentations, Town Hall, COO/EVP meeting:
    - Attendees/Audience: Up to 500 employees
    - Frequency: Bi-weekly, monthly and/or quarterly
    - Reasonable accommodation- responsible for all slides/handouts/ presentation material with necessary information but will require a reader to present to the group, or can pre record the audio / video and it can be played at the meeting
    - available for questions via email after the meeting.
    -

**2. Hacene's Email Details:**
- Client Bid Defense, Issue resolution calls, HH/Client site meetings, phone:
    - Frequency: Once a month at a minimum for client
    - Attendees/Audience: Up to 50 attendees

**JA2753**

Lisa's Physician's Email Details:

2.  Client Bid Defense, Issue resolution calls, HH/Client site meetings, phone

  o  Frequency: Once a month at a minimum for client
  o  Attendees/Audience: Up to 50 attendees-
  o  Reasonable accommodations – available via email/ text/ remote video conferencing for a representative of the client, 1-2 person audience maximum . If it is a site meeting, surrogate or reader with all necessary information / real time access to me will be available
- Client site meetings –
- Reasonable accommodation- would like a surrogate to attend, but will be responsible for all problem solving/ ideas for resolution if emailed/ communicated to me a few days before anticipated visit

-

### 3. Hacene's Email Details:
- Technical Sales presentation internal and external (i.e. internal Sales meeting), HH/Client site meetings, phone:
  o  Frequency: Monthly, Quarterly, as needed
  o  Attendees/Audience: Potentially up to 100 attendees

Lisa's Physician's Email Details:

- Technical Sales presentation internal and external (i.e. internal Sales meeting), HH/Client site meetings, phone:
- Reasonable Accommodation: excused from sales presentations but again will provide any necessary data information for the reader/ surrogate to have at their disposal Frequency: Monthly, Quarterly, as needed
  - Attendees/Audience: Potentially up to 100 attendees
  -

### 4. Hacene's Email Details:
  - For customer visits, Lunch/dinner and social interactions may occur (expected 60-80% of the time) in order to build business relationships.

Lisa's Physician's Email Details:

- For customer visits, Lunch/dinner and social interactions may occur (expected 60-80% of the time) in order to build business relationships. - surrogate, as this is not her strength/ skill set and her disability will flare with significant impairment . She is able to build business relationship in a more "

PPD_MENNINGER 000964

behind the scenes" fashion and would like brainstorm other potential avenues where she can add value as she does understand this is an important part of the business.

- 

5. **Hacene's Email Details:**
   - Travels: Up to 30%

   **Lisa's Physician's Email Details:**

   - Travels: Up to 30%- Reasonable Accommodation- When possible traveling to the Brussels site vs stateside.

PPD_MENNINGER 000965

Message

| | |
|---|---|
| **From**: | Chad St. John [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=0D19504E2FF4481CBFAF08FAD5E3C25A-CHAD ST. JO] |
| **Sent**: | 4/30/2018 9:53:33 AM |
| **To**: | Lisa Menninger [lisa.menninger@ppdi.com] |
| **Subject**: | RE: Confidential - Reasonable Accommodations - Lisa Menninger |
| **Attachments**: | ED_Labs_LB020.pdf; Accomodation_Requests_1through5.docx |

Lisa,

I regretfully was not able to respond to your recent emails sooner due to being out of the office on PTO and have been working through my email from the bottom up.

I was rather surprised that you feel I have not provided you with clarification regarding your requests for reasonable accommodation. I will do my best to work through the requests that you and your physician asked PPD to review and give more insight into what accommodations are and are not reasonable for your position with PPD.

At the risk of being repetitive, I've attached your job description above as well as the listing of accommodations you requested for certain aspects of your position. I want to be as transparent as I can with you:

- There are certain aspects of your job that are essential to your work as the executive director of the lab operations ---those are in the attached job description, of course, but the job itself is labelled as the leader of the lab operations---integrating processes, sales, research and quality. There are frequent internal and external interactions which require excellent interpersonal and communications skills with PPD employees and clients as well as participation in business development activities and support for maintaining and developing customer relationships. All of these requirements have been discussed with you before.
- We understand that you've requested accommodations for your disability to enable you to perform these essential functions of your job. You've stated below that certain formal group presentations are challenging— and we've stated that we can accommodate some but not all of these presentations (e.g., the occasional COO/EVP visit for the all hands on deck lab meetings). That said, other types of tasks involving client meetings/presentations are more frequent and require the lab operations leader to be present and participate:

1. <u>SLT Presentations, Town Hall, COO/EVP meeting</u>:
PPD accommodated your request by allowing an internal designee for certain internal meetings.

2. <u>Client Bid Defense, Client Issue resolution calls, Client site meetings</u>:
The accommodation requested was that you handle meetings of more than 1 to 2 people by sending another person and following up by text or email. We have told you that this is not a reasonable accommodation for the Lab Operations Leader---sending someone in your stead or following up by text/email is not reasonable. You suggested that problems could be emailed to you ahead of time---this is not realistic for business discussions where ideas are exchanged and problems discussed in real time.

3. <u>Technical Sales Presentations</u>:
You requested that you not attend sales presentations yourself, but send someone else and follow up afterwards. This is not a realistic or reasonable option. The lab leader is expected to participate as the operations leader and possess excellent communication, marketing and negotiation skills with customers.

4. <u>Lunch/dinner and social interactions to build business relationships</u>:
The position requires excellent interpersonal skills. While you say you understand this is an important part of the business, you are requesting to be "behind the scenes." This, also, is not reasonable. As we've said before, this position is not behind the scenes and customer interactions are necessary.

5. <u>Travel</u>:

PPD_MENNINGER 000967

PPD accommodated your request by agreeing to reduce travel requirements.

I really do hope that these explanations provide you with more insight to how we have analyzed your requests in light of the lab leader position.   Asking for an accommodation due to a disability is not a problem and those who do are not "problem employees."  Finally, I am not aware of any mistreatment by Hacene regarding your requests for accommodation. That being said,  PPD does take all complaints regarding discrimination and retaliation seriously.  I have asked another member of the HR team to reach out to you and to investigate any incidences of him targeting you or discriminating against you based on your disability.

In the meantime, I hope this information is helpful and that you'll let me know if there are any additional questions regarding your requests for accommodation.

Regards,
Chad

**Chad D. St. John**
*Associate Director, Human Resources*
**PPD Central Labs**
**2 Tesseneer Drive**
**Highland Heights, KY 41076**
**e-mail:  Chad.St.John@ppdi.com**
**Office #:  +1 859 815 6288**
**Cell #:  +1 513 703 3380**
**Fax #:  +1 859 486 0958**
**Website:  www.ppdi.com**
**Careers Website:  www.ppdi.com/careers**

---

**From:** Lisa Menninger
**Sent:** Friday, April 27, 2018 9:21 PM
**To:** Chad St. John <Chad.St.John@ppdi.com>
**Subject:** RE: Confidential - Reasonable Accommodations - Lisa Menninger

Chad,

See attached.  Things with Hacene are getting worse.  He is completely mischaracterizing things and looking for any excuse possible to criticize my "leadership."  He never treated me like this before I told him about my disability.  I don't know if he's doing this intentionally, but it really needs to stop.  My panic attacks are increasing and he's making it really hard for me to do my job.

Lisa

Lisa A. Menninger, M.D., DABP, FCAP, FASCP
Executive Director Lab, Global Central Labs, PPD
Lisa.Menninger@ppdi.com
+ 1 (859) 462-2747 Mobile

---

**From:** Lisa Menninger
**Sent:** Tuesday, April 17, 2018 1:30 PM
**To:** Chad St. John <Chad.St.John@ppdi.com>
**Subject:** RE: Confidential - Reasonable Accommodations - Lisa Menninger

PPD_MENNINGER 000968

Chad,

Your note below does not provide any clarification. While you keep saying that you are committed to engaging in a dialogue with me, I feel like you just keep twisting my doctor's words and refusing to answer any of my questions. Again, there are certain types of tasks (e.g., formal group presentations) that are challenging due to my disability. If we can talk about the specific tasks that Hacene wants me to do, I feel like we can come up with some kind of a solution that works.

And now, to make matters worse, I feel like Hacene is starting to target me because of my disability. His tone has drastically changed, and he is going out of his way to "document" criticisms of my performance that are utterly baseless. See attached email. I don't want to assume the worst, but it looks like he's trying to build a case against me—like you previously coached us to do when dealing with a "problem" employee.

I'm not a problem employee. I have a disability, but I do a good job and I don't deserve to be treated this way. I just want to do my job and support my family.

Lisa

Lisa A. Menninger, M.D., DABP, FCAP, FASCP
Executive Director Lab, Global Central Labs, PPD
Lisa.Menninger@ppdi.com
+ 1 (859) 462-2747 Mobile

---

**From:** Chad St. John
**Sent:** Tuesday, April 03, 2018 9:52 AM
**To:** Lisa Menninger <Lisa.Menninger@ppdi.com>
**Subject:** RE: Confidential - Reasonable Accommodations - Lisa Menninger

Dear Lisa:

Thanks for your email.   Please note that while we are all busy, we are never too busy to address your requests for accommodation.  We, too, are committed to an open dialogue regarding your disability and accommodations that would enable you to do your job.  We'll continue to review these as you raise them.

To be clear,

1. PPD has agreed to accommodate you by including a designee for internal meetings and working with you on travel.
2. PPD has denied certain other requests for accommodations, as they are not reasonable and go to the essential functions of your role as Executive Director, Lab Operations (outlined in the job description provided to you earlier): specifically, you asked to be excused from attending client bid defenses, technical sales presentations and customer visits/meetings and to have a "surrogate"  attend in your stead, with you assisting solely in a "behind the scenes" role through text or email.  As explained to you earlier, this is not reasonable as your position requires you to be the leader and not operate "behind the scenes."

If you have additional requests for accommodation, we ask that you let us know.

Thanks,
Chad

**JA2758**

**Chad D. St. John**
*Associate Director, Human Resources*
**PPD Central Labs**
**2 Tesseneer Drive**
**Highland Heights, KY 41076**
**e-mail: <u>Chad.St.John@ppdi.com</u>**
**Office #: +1 859 815 6288**
**Cell #: +1 513 703 3380**
**Fax #: +1 859 486 0958**
**Website: <u>www.ppdi.com</u>**
**Careers Website: <u>www.ppdi.com/careers</u>**

---

**From:** Lisa Menninger
**Sent:** Saturday, March 24, 2018 6:07 PM
**To:** Chad St. John <Chad.St.John@ppdi.com>
**Subject:** RE: Confidential - Reasonable Accommodations - Lisa Menninger

Hi Chad,

I'm writing to follow up on your email below regarding my disability and the potential need for reasonable accommodations.

While I appreciate you taking the time to highlight portions of my job description, I am familiar with the essential functions of my position and I am not requesting any changes to those functions. As I've stated previously, I am capable of performing all of my responsibilities with or without accommodation. There are, however, certain types of tasks (e.g., formal group presentations) that are challenging due to my disability, and I have asked that you consider possible reasonable accommodations with respect to those tasks.

As you know, that discussion led to Hacene identifying three broad categories of duties/responsibilities for which he believes no accommodation is possible (items 2, 3 and 4). In my last email to you, on March 1st, I noted that those categories are very broad, and asked that you and/or Hacene identify the specific tasks that might fall within those categories. As I explained in my March 1st email, that information is necessary in order to have a productive dialogue regarding which specific tasks implicate my disability and what reasonable accommodations may be available with respect to those specific tasks.

In any event, based upon my 1:1 with Hacene this past week, it does not appear that there are any activities or events in the near future that would implicate my disability. Given this, and how extremely busy we all are, it might make sense to table this discussion until a particular task arises. Dealing with these issues in context, I think, might make this whole issue seem less daunting and help us all engage in a more meaningful dialogue.

Thank you for your time and attention to this matter. I remain confident that we can work through this together, and I hope to have your continued support in doing so.

Lisa

Lisa A. Menninger, M.D., DABP, FCAP, FASCP
Executive Director Lab, Global Central Labs, PPD
Lisa.Menninger@ppdi.com
+ 1 (859) 462-2747 Mobile

PPD_MENNINGER 000970

**From:** Chad St. John
**Sent:** Monday, March 12, 2018 12:02 PM
**To:** Lisa Menninger <Lisa.Menninger@ppdi.com>
**Cc:** Chad St. John <Chad.St.John@ppdi.com>
**Subject:** Confidential - Reasonable Accommodations - Lisa Menninger

Dear Lisa,

Thank you for your email---we appreciate the ongoing dialogue regarding your requests for accommodations and want to get back to you on those requests.

I thought it would be helpful to attach a copy of your job description above for your reference.  As the job description provides, the Executive Director, Labs includes these essential functions:
- providing operational leadership
- supporting business development in obtaining new customers and maintaining relationships
- performing HR functions, personnel development and facility management.

The job description shows that the Executive Director is an integral part of the Highland Heights and Brussels central lab business.

As stated in the job description you are to "interact frequently with internal and outside representatives and participate and may present at meetings with both."   The position requires "excellent communication and interpersonal skills with ability to participate in business development activities, present capabilities and solutions to clients".   Your working conditions include "frequent drives to site locations, travels  within the United States and occasional international travel."

PPD has agreed to provide you certain accommodations that you're requested in terms of having  a designee for internal meetings and working with you on travel.    That said, it is not  reasonable for PPD to rewrite your job description and do away with core requirements such as  that you attend business development meetings, dinners, bid defenses, etc.  These are not "behind the scenes" functions and are absolutely essential to your  job.  It is not reasonable or acceptable to send a surrogate in your place to perform these essential functions.  That is why we are not agreeable to the requests for accommodation outlined in 2-4 below.

PPD has already worked with you to lessen the travel required by your job to some degree, but the position requires that you visit the lab in Highland Heights as well as the lab in Brussels and that you attend client meetings and attend to operational/personnel issues onsite from time to time.

Please take another look at the job description, discuss it with your health care provider and let us know if there are other accommodations that would allow you to perform the essential functions of your job as outlined above.

Thanks in advance.
Chad


Chad D. St. John
*Associate Director, Human Resources*
**PPD Central Labs**
**2 Tesseneer Drive**
**Highland Heights, KY 41076**

PPD_MENNINGER 000971

**e-mail:  Chad.St.John@ppdi.com**
**Office #:  +1 859 815 6288**
**Cell #:  +1 513 703 3380**
**Fax #:  +1 859 486 0958**
**Website:  www.ppdi.com**
**Careers Website:  www.ppdi.com/careers**

PPD_MENNINGER 000972



# ED Labs

| | | | |
|---|---|---|---|
| **Division / Dept.:** | Labs | **Reports to Title:** | VP Labs |
| **Job Code:** | LB020 | **Job Family:** | Lab Ops |
| **Job Level:** | E1 | **FLSA Status:** | Exempt |

**Summarized Purpose:**

Leads the growth of laboratory operations by integrating operational processes, business development, research & development and quality assurance functions. Sets operating standards, forecasts and establishes operating budgets. Maximizes operating profit by leveraging lab resources, space allocation, managing capital equipment, scientific instrumentation and staff management. Up to 30% travel.

**Essential Functions and Other Job Information:**

| | |
|---|---|
| **Essential Functions** | • Provides operational leadership to laboratory services. Integrates operational processes, business development, research & development and quality assurance functions for optimal performance within the labs.<br>• Supports Business Development in obtaining new customers and maintaining relationships. Directs the development of new programs for revenue enhancement/cost expense reduction, including post-evaluation of new implementations for effectiveness.<br>• Performs financial reviews, establishes operating budget and develops forecasts maximizing operating profit. Provides business updates to senior leadership.<br>• Sets operational standards/goals and directs the implementation of laboratory goals and policies. Oversees resource allocation including space, capital equipment, scientific instrumentation and staff.<br>• Performs administrative responsibilities including HR functions, personnel development, facilities management, writing SOPs and PDs.<br>• Oversees the quality assurance and quality control aspects of the lab to ensure compliance with regulatory standards. |
| **Policy & Strategy** | Interprets and administers policies, processes, and procedures that may affect sections and subordinate work units. Acts as advisor to subordinate(s) to meet schedules and / or resolve technical problems.  Requires full knowledge of own area of functional responsibility. |
| **Freedom to Act** | Assignments are defined in terms of activities and objectives.  Work is reviewed upon completion for meeting timelines, adequacy, and objectives. |
| **Liaison** | Interacts frequently with internal personnel and outside representatives at various levels.  Participates and may present at meetings with internal and external representatives.  Interaction typically concerns resolution of operational and scheduling issues concerning projects and / or contractual clarifications. |

PPD_MENNINGER 000973



**Qualifications:**

<u>Education and Experience:</u>

Phd, MD or DrPh required.
Previous experience leading multi-departmental clinical or analytical laboratories and developing and executing protocols (comparable to 15+ years). Or equivalent and relevant combination of education, training, & experience that provides the knowledge, skills, and abilities to perform the job.

Advanced leadership skills to include 10+ years of management responsibility.
Expert business knowledge with comprehensive understanding of the organization and functional area(s).

*Years of experience refers to typical years of related experience needed to gain the required knowledge, skills, and abilities necessary to perform the essential functions of the job. Years of experience are not to be used as the only determining factor in establishing the job class or making employment selection decisions.*

<u>Knowledge, Skills and Abilities</u>:

- In-depth  knowledge of laboratory operations for pharmaceutical and biotech industries
- Proficient in analytical, bioanalytical or clinical chemistry platforms and methodologies
- In-depth knowledge of laboratory science, GxP, FDA and European regulations concerning relevant lab processes in drug development, method development, method validation, R&D, sample testing and data processing
- Excellent communication/interpersonal skills with ability to participate in business development activities, present capabilities and solutions to clients, respond to regulatory audits, prepare and present budgets/forecasts to senior management
- Expertise in budgeting, forecasting and fiscal management
- Demonstrated strategic planning skills
- In-depth global and cultural awareness
- Knowledgeable in mergers & acquisitions and integrating business units adding value to the overall portfolio
- Strong organizational agility and demonstrated drive for results
- Track record of building peer relationships and developing effective teams
- Excellent coaching and mentoring skills
- Detailed and process oriented, logical, but creative approach to problem solving
- Excellent marketing and negotiation skills

**Management Role:**

Manager role with significantly larger management scope (e.g. global or regional responsibilities or multiple departments) OR mastery of manager skills and responsibilities as demonstrated by consistent, multi-year successful performance.    In some instances may be responsible for a functional area (as determined by executive management) and not have subordinate supervisors or employees.

PPD_MENNINGER 000974



**Working Conditions and Environment:**

- Work is performed in an office and/or laboratory and/or clinic environment with exposure to electrical office equipment.
- Frequently drives to site locations, frequently travels within the United States, occasional international travel.
- Rare exposure to biological fluids with potential exposure to infectious organisms. Rare exposure to skin and lung irritants, radiation, toxic materials and hazardous waste.
- Personal protective equipment required in frequently such as protective eyewear, garments and gloves.
- Exposure to fluctuating and/or extreme temperatures on rare occasions.

**Physical Requirements:**

- Frequently stationary for 6-8 hours per day.
- Repetitive hand movement of both hands with the ability to make fast, simple, repeated movements of the fingers, hands, and wrists.
- Moderate mobility required.
- Occasional crouching, stooping, bending and twisting of upper body and neck.
- Light to moderate lifting and carrying (or otherwise moves) objects including luggage and laptop computer with a maximum lift of 15-20 lbs.
- Ability to access and use a variety of computer software developed both in-house and off-the-shelf.
- Ability to communicate complex information and ideas so others will understand; with the ability to listen to and understand information and ideas presented through spoken words and sentences.
- Frequently interacts with others, relates sensitive information to diverse groups both internally & externally.
- Ability to apply abstract principles to solve complex conceptual issues. Requires multiple periods of intense concentration.
- Performs a wide range of complex tasks as dictated by variable demands and changing conditions with little predictability as to the occurrence. Ability to perform under stress. Ability to multi-task.
- Regular and consistent attendance.

**Percent Billable:**

80% - 100%

| Created by / last revised by (Manager Name): | Various Lab Leaders | Title: | VP Labs |
|---|---|---|---|
| Compensation Review By: | Compensation Team | Title: | Compensation Team |
| Last Revision Date: | July 2014 | | |

*This document is intended to describe the general nature and level of work being performed by this job. This document is not intended to be construed as an exhaustive list of all responsibilities, duties and skills required. Individual responsibilities will be defined by your leadership team and will vary based on business needs.*

PPD_MENNINGER 000975



# Executive Director, Labs

# Job Description Addendum

---

**Job Code:**                                LB020
**Specific Job /Working Title:**    ED, Labs

---

The purpose of this Addendum is to provide further detail for a specific job / working title in addition to the language contained on the approved Job Description.

**Additional / Specific Job Responsibilities:**

- Serve as Laboratory Director for New York State accreditation
- Spend 70% of time on-site and be available 30% via telephone and/or computer as needed

**Additional / Specific Education / Experience:**

- Must have and maintain New York State Certificate Of Qualification (COQ) in all the testing areas listed in the laboratory's New York State Certification
- For the areas not covered by the personal Certificate of Qualification, arrange service from an outside consultant who has New York State Certificate of Qualification in that area.

| Last Revised By: | Lia Sheppard | Title: | Compensation Analyst |
|---|---|---|---|
| HR Review By: | Chad St. John | Title: | Sr. HR Manager |
| Last Revision Date: | July 2013 | | |

PPD_MENNINGER 000976

**Summary:**

1.  SLT Presentations, Town Hall, COO/EVP meeting:
*The accommodated expectation will now be to include a designee.

2. Client Bid Defense, Issue resolution calls, HH/Client site meetings, phone:
-The expectation is for Lisa to participate in Client Bid Defense, Issue resolution calls, HH/Client site meetings, phone is critical for the business.

3.  Technical Sales presentation internal and external (i.e. internal Sales meeting), HH/Client site meetings, phone:
-Lisa's participation as the Central Lab's technical leader is imperative in gaining perspective clients trust to obtain new business

4. For customer visits, Lunch/dinner and social interactions may occur (expected 60-80% of the time) in order to build business relationships:
-Lisa's participation as the Central Lab's technical leader is imperative in gaining perspective clients trust to obtain new business.

5.  Travels: Up to 30%:
*The accommodated expectation will now be up to 15%.


**1. Hacene's Email Details:**

- SLT Presentations, Town Hall, COO/EVP meeting:
  - Attendees/Audience: Up to 500 employees
  - Frequency: Bi-weekly, monthly and/or quarterly

**Lisa's Physician's Email Details:**
- SLT Presentations, Town Hall, COO/EVP meeting:
  - Attendees/Audience: Up to 500 employees
  - Frequency: Bi-weekly, monthly and/or quarterly
  - Reasonable accommodation- responsible for all slides/handouts/ presentation material with necessary information but will require a reader to present to the group, or can pre record the audio / video and it can be played at the meeting
  - available for questions via email after the meeting.
  - 

**2. Hacene's Email Details:**
- Client Bid Defense, Issue resolution calls, HH/Client site meetings, phone:
  - Frequency: Once a month at a minimum for client
  - Attendees/Audience: Up to 50 attendees

PPD_MENNINGER 000977

**Lisa's Physician's Email Details:**

2. Client Bid Defense, Issue resolution calls, HH/Client site meetings, phone

- o Frequency: Once a month at a minimum for client
- o Attendees/Audience: Up to 50 attendees-
- o Reasonable accommodations – available via email/ text/ remote video conferencing for a representative of the client, 1-2 person audience maximum . If it is a site meeting, surrogate or reader with all necessary information / real time access to me will be available
- Client site meetings –
- Reasonable accommodation- would like a surrogate to attend, but will be responsible for all problem solving/ ideas for resolution if emailed/ communicated to me a few days before anticipated visit
-

### 3. Hacene's Email Details:
- Technical Sales presentation internal and external (i.e. internal Sales meeting), HH/Client site meetings, phone:
  - o Frequency: Monthly, Quarterly, as needed
  - o Attendees/Audience: Potentially up to 100 attendees

**Lisa's Physician's Email Details:**

- Technical Sales presentation internal and external (i.e. internal Sales meeting), HH/Client site meetings, phone:
- Reasonable Accommodation: excused from sales presentations but again will provide any necessary data information for the reader/ surrogate to have at their disposal Frequency: Monthly, Quarterly, as needed
  - Attendees/Audience: Potentially up to 100 attendees
  -

### 4. Hacene's Email Details:
  - For customer visits, Lunch/dinner and social interactions may occur (expected 60-80% of the time) in order to build business relationships.

**Lisa's Physician's Email Details:**

- For customer visits, Lunch/dinner and social interactions may occur (expected 60-80% of the time) in order to build business relationships. - surrogate, as this is not her strength/ skill set and her disability will flare with significant impairment . She is able to build business relationship in a more "

PPD_MENNINGER 000978

behind the scenes" fashion and would like brainstorm other potential avenues where she can add value as she does understand this is an important part of the business.

- 

5. **Hacene's Email Details:**

   - Travels: Up to 30%

   **Lisa's Physician's Email Details:**

   - Travels: Up to 30%- Reasonable Accommodation- When possible traveling to the Brussels site vs stateside.

PPD_MENNINGER 000979

| Message | |
|---|---|
| **From**: | Chad St. John [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=0D19504E2FF4481CBFAF08FAD5E3C25A-CHAD ST. JO] |
| **Sent**: | 4/30/2018 9:14:37 AM |
| **To**: | Deborah Ballweg [deborah.ballweg@ppdi.com] |
| **Subject**: | RE: Confidential - Reasonable Accommodations - Lisa Menninger |

Sure.  I can definitely respond with  'I'm working from bottom up' with emails' but I haven't responded to her at all to date, as requested.  I look forward to our conversation so that we are aligned with the approach.

Regards,
Chad

**Chad D. St. John**
*Associate Director, Human Resources*
**PPD Central Labs**
**2 Tesseneer Drive**
**Highland Heights, KY 41076**
**e-mail:  Chad.St.John@ppdi.com**
**Office #:  +1 859 815 6288**
**Cell #:  +1 513 703 3380**
**Fax #:  +1 859 486 0958**
**Website:  www.ppdi.com**
**Careers Website:  www.ppdi.com/careers**

**From:** Deborah Ballweg
**Sent:** Monday, April 30, 2018 9:12 AM
**To:** Chad St. John <Chad.St.John@ppdi.com>
**Subject:** RE: Confidential - Reasonable Accommodations - Lisa Menninger

Hi,

Have you sent her anything yet?  You can use your PTO as a 'I'm working from bottom up' with emails.  You can send her the response from Lisa – I need to follow up with a formal investigation.  Will touch base at 9:30cst.

Thanks.

Deb

**From:** Chad St. John
**Sent:** Saturday, April 28, 2018 8:52 PM
**To:** Deborah Ballweg <Deborah.Ballweg@ppdi.com>
**Subject:** Fwd: Confidential - Reasonable Accommodations - Lisa Menninger

Deb,

FYI...

-Chad

Sent from my iPhone

Begin forwarded message:

**From:** Lisa Menninger <Lisa.Menninger@ppdi.com>
**Date:** April 27, 2018 at 9:21:12 PM EDT
**To:** "Chad St. John" <Chad.St.John@ppdi.com>
**Subject: RE: Confidential - Reasonable Accommodations - Lisa Menninger**

Chad,

See attached.  Things with Hacene are getting worse.  He is completely mischaracterizing things and looking for any excuse possible to criticize my "leadership."  He never treated me like this before I told him about my disability.  I don't know if he's doing this intentionally, but it really needs to stop.  My panic attacks are increasing and he's making it really hard for me to do my job.

Lisa

Lisa A. Menninger, M.D., DABP, FCAP, FASCP
Executive Director Lab, Global Central Labs, PPD
Lisa.Menninger@ppdi.com
+ 1 (859) 462-2747 Mobile


**From:** Lisa Menninger
**Sent:** Tuesday, April 17, 2018 1:30 PM
**To:** Chad St. John <Chad.St.John@ppdi.com>
**Subject:** RE: Confidential - Reasonable Accommodations - Lisa Menninger

Chad,

Your note below does not provide any clarification. While you keep saying that you are committed to engaging in a dialogue with me, I feel like you just keep twisting my doctor's words and refusing to answer any of my questions. Again, there are certain types of tasks (e.g., formal group presentations) that are challenging due to my disability. If we can talk about the specific tasks that Hacene wants me to do, I feel like we can come up with some kind of a solution that works.

And now, to make matters worse, I feel like Hacene is starting to target me because of my disability. His tone has drastically changed, and he is going out of his way to "document" criticisms of my performance that are utterly baseless. See attached email. I don't want to assume the worst, but it looks like he's trying to build a case against me—like you previously coached us to do when dealing with a "problem" employee.

I'm not a problem employee. I have a disability, but I do a good job and I don't deserve to be treated this way. I just want to do my job and support my family.

Lisa

Lisa A. Menninger, M.D., DABP, FCAP, FASCP
Executive Director Lab, Global Central Labs, PPD
Lisa.Menninger@ppdi.com
+ 1 (859) 462-2747 Mobile

PPD_MENNINGER 000981

**From:** Chad St. John
**Sent:** Tuesday, April 03, 2018 9:52 AM
**To:** Lisa Menninger <Lisa.Menninger@ppdi.com>
**Subject:** RE: Confidential - Reasonable Accommodations - Lisa Menninger

Dear Lisa:

Thanks for your email.   Please note that while we are all busy, we are never too busy to address your requests for accommodation.  We, too, are committed to an open dialogue regarding your disability and accommodations that would enable you to do your job.  We'll continue to review these as  you raise them.

To be clear,

1.  PPD has agreed to accommodate you by including a designee for internal meetings and working with you on travel.
2.  PPD has denied certain other requests for accommodations, as they are not reasonable and go to the essential functions of your role as Executive Director, Lab Operations (outlined in the job description provided to you earlier): specifically, you asked to be excused from attending client bid defenses, technical sales presentations and customer visits/meetings and to have  a "surrogate"  attend in your stead, with you assisting solely in a "behind the scenes" role through text or email.  As explained to you earlier, this is not reasonable as your position requires you to be the leader and not operate "behind the scenes."

If you have additional requests for accommodation, we ask that you let us know.

Thanks,
Chad


Chad D. St. John
*Associate Director, Human Resources*
**PPD Central Labs**
**2 Tesseneer Drive**
**Highland Heights, KY 41076**
e-mail:  Chad.St.John@ppdi.com
**Office #:  +1 859 815 6288**
**Cell #:  +1 513 703 3380**
**Fax #:  +1 859 486 0958**
**Website:  www.ppdi.com**
**Careers Website:  www.ppdi.com/careers**

**From:** Lisa Menninger
**Sent:** Saturday, March 24, 2018 6:07 PM
**To:** Chad St. John <Chad.St.John@ppdi.com>
**Subject:** RE: Confidential - Reasonable Accommodations - Lisa Menninger

Hi Chad,

PPD_MENNINGER 000982

I'm writing to follow up on your email below regarding my disability and the potential need for reasonable accommodations.

While I appreciate you taking the time to highlight portions of my job description, I am familiar with the essential functions of my position and I am not requesting any changes to those functions. As I've stated previously, I am capable of performing all of my responsibilities with or without accommodation. There are, however, certain types of tasks (e.g., formal group presentations) that are challenging due to my disability, and I have asked that you consider possible reasonable accommodations with respect to those tasks.

As you know, that discussion led to Hacene identifying three broad categories of duties/responsibilities for which he believes no accommodation is possible (items 2, 3 and 4). In my last email to you, on March 1st, I noted that those categories are very broad, and asked that you and/or Hacene identify the specific tasks that might fall within those categories. As I explained in my March 1st email, that information is necessary in order to have a productive dialogue regarding which specific tasks implicate my disability and what reasonable accommodations may be available with respect to those specific tasks.

In any event, based upon my 1:1 with Hacene this past week, it does not appear that there are any activities or events in the near future that would implicate my disability. Given this, and how extremely busy we all are, it might make sense to table this discussion until a particular task arises. Dealing with these issues in context, I think, might make this whole issue seem less daunting and help us all engage in a more meaningful dialogue.

Thank you for your time and attention to this matter. I remain confident that we can work through this together, and I hope to have your continued support in doing so.

Lisa

Lisa A. Menninger, M.D., DABP, FCAP, FASCP
Executive Director Lab, Global Central Labs, PPD
Lisa.Menninger@ppdi.com
+ 1 (859) 462-2747 Mobile

---

**From:** Chad St. John
**Sent:** Monday, March 12, 2018 12:02 PM
**To:** Lisa Menninger <Lisa.Menninger@ppdi.com>
**Cc:** Chad St. John <Chad.St.John@ppdi.com>
**Subject:** Confidential - Reasonable Accommodations - Lisa Menninger

Dear Lisa,

Thank you for your email---we appreciate the ongoing dialogue regarding your requests for accommodations and want to get back to you on those requests.

I thought it would be helpful to attach a copy of your job description above for your reference.  As the job description provides, the Executive Director, Labs includes these essential functions:

- providing operational leadership
- supporting business development in obtaining new customers and maintaining relationships
- performing HR functions, personnel development and facility management.

PPD_MENNINGER 000983

The job description shows that the Executive Director is an integral part of the Highland Heights and Brussels central lab business.

As stated in the job description you are to "interact frequently with internal and outside representatives and participate and may present at meetings with both."   The position requires "excellent communication and interpersonal skills with ability to participate in business development activities, present capabilities and solutions to clients".   Your working conditions include "frequent drives to site locations, travels  within the United States and occasional international travel."

PPD has agreed to provide you certain accommodations that you're requested in terms of having  a designee for internal meetings and working with you on travel.   That said, it is not  reasonable for PPD to rewrite your job description and do away with core requirements such as  that you attend business development meetings, dinners, bid defenses, etc.  These are not "behind the scenes" functions and are absolutely essential to your  job.  It is not reasonable or acceptable to send a surrogate in your place to perform these essential functions.  That is why we are not agreeable to the requests for accommodation outlined in 2-4 below.

PPD has already worked with you to lessen the travel required by your job to some degree, but the position requires that you visit the lab in Highland Heights as well as the lab in Brussels and that you attend client meetings and attend to operational/personnel issues onsite from time to time.

Please take another look at the job description, discuss it with your health care provider and let us know if there are other accommodations that would allow you to perform the essential functions of your job as outlined above.

Thanks in advance.
Chad


Chad D. St. John
*Associate Director, Human Resources*
**PPD Central Labs
2 Tesseneer Drive
Highland Heights, KY 41076
e-mail:  Chad.St.John@ppdi.com
Office #:  +1 859 815 6288
Cell #:  +1 513 703 3380
Fax #:  +1 859 486 0958
Website:  www.ppdi.com
Careers Website:  www.ppdi.com/careers**

PPD_MENNINGER 000984

| Message | |
|---|---|
| **From**: | Chad St. John [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=0D19504E2FF4481CBFAF08FAD5E3C25A-CHAD ST. JO] |
| **Sent**: | 3/28/2018 10:36:25 AM |
| **To**: | Lisa Menninger [lisa.menninger@ppdi.com] |
| **Subject**: | RE: Confidential - Reasonable Accommodations - Lisa Menninger |

Lisa,

Thanks for the email. I will be connecting with key stakeholders on the details within your email and get back to you soon.

Regards,
Chad

**Chad D. St. John**
*Associate Director, Human Resources*
**PPD Central Labs**
**2 Tesseneer Drive**
**Highland Heights, KY 41076**
**e-mail: Chad.St.John@ppdi.com**
**Office #: +1 859 815 6288**
**Cell #: +1 513 703 3380**
**Fax #: +1 859 486 0958**
**Website: www.ppdi.com**
**Careers Website: www.ppdi.com/careers**

**From:** Lisa Menninger
**Sent:** Saturday, March 24, 2018 6:07 PM
**To:** Chad St. John <Chad.St.John@ppdi.com>
**Subject:** RE: Confidential - Reasonable Accommodations - Lisa Menninger

Hi Chad,

I'm writing to follow up on your email below regarding my disability and the potential need for reasonable accommodations.

While I appreciate you taking the time to highlight portions of my job description, I am familiar with the essential functions of my position and I am not requesting any changes to those functions. As I've stated previously, I am capable of performing all of my responsibilities with or without accommodation. There are, however, certain types of tasks (e.g., formal group presentations) that are challenging due to my disability, and I have asked that you consider possible reasonable accommodations with respect to those tasks.

As you know, that discussion led to Hacene identifying three broad categories of duties/responsibilities for which he believes no accommodation is possible (items 2, 3 and 4). In my last email to you, on March 1st, I noted that those categories are very broad, and asked that you and/or Hacene identify the specific tasks that might fall within those categories. As I explained in my March 1st email, that information is necessary in order to have a productive dialogue regarding which specific tasks implicate my disability and what reasonable accommodations may be available with respect to those specific tasks.

In any event, based upon my 1:1 with Hacene this past week, it does not appear that there are any activities or events in the near future that would implicate my disability. Given this, and how extremely busy we all are, it might make sense to

table this discussion until a particular task arises. Dealing with these issues in context, I think, might make this whole issue seem less daunting and help us all engage in a more meaningful dialogue.

Thank you for your time and attention to this matter. I remain confident that we can work through this together, and I hope to have your continued support in doing so.

Lisa

Lisa A. Menninger, M.D., DABP, FCAP, FASCP
Executive Director Lab, Global Central Labs, PPD
Lisa.Menninger@ppdi.com
+ 1 (859) 462-2747 Mobile

---

**From:** Chad St. John
**Sent:** Monday, March 12, 2018 12:02 PM
**To:** Lisa Menninger <Lisa.Menninger@ppdi.com>
**Cc:** Chad St. John <Chad.St.John@ppdi.com>
**Subject:** Confidential - Reasonable Accommodations - Lisa Menninger

Dear Lisa,

Thank you for your email---we appreciate the ongoing dialogue regarding your requests for accommodations and want to get back to you on those requests.

I thought it would be helpful to attach a copy of your job description above for your reference.  As the job description provides, the Executive Director, Labs includes these essential functions:
- providing operational leadership
- supporting business development in obtaining new customers and maintaining relationships
- performing HR functions, personnel development and facility management.

The job description shows that the Executive Director is an integral part of the Highland Heights and Brussels central lab business.

As stated in the job description you are to "interact frequently with internal and outside representatives and participate and may present at meetings with both."   The position requires "excellent communication and interpersonal skills with ability to participate in business development activities, present capabilities and solutions to clients".   Your working conditions include "frequent drives to site locations, travels  within the United States and occasional international travel."

PPD has agreed to provide you certain accommodations that you're requested in terms of having  a designee for internal meetings and working with you on travel.   That said, it is not  reasonable for PPD to rewrite your job description and do away with core requirements such as  that you attend business development meetings, dinners, bid defenses, etc.  These are not "behind the scenes" functions and are absolutely essential to your  job.  It is not reasonable or acceptable to send a surrogate in your place to perform these essential functions.  That is why we are not agreeable to the requests for accommodation outlined in 2-4 below.

PPD has already worked with you to lessen the travel required by your job to some degree, but the position requires that you visit the lab in Highland Heights as well as the lab in Brussels and that you attend client meetings and attend to operational/personnel issues onsite from time to time.

PPD_MENNINGER 000998

Please take another look at the job description, discuss it with your health care provider and let us know if there are other accommodations that would allow you to perform the essential functions of your job as outlined above.

Thanks in advance.
Chad


Chad D. St. John
*Associate Director, Human Resources*
**PPD Central Labs**
**2 Tesseneer Drive**
**Highland Heights, KY 41076**
**e-mail:  Chad.St.John@ppdi.com**
**Office #:  +1 859 815 6288**
**Cell #:  +1 513 703 3380**
**Fax #:  +1 859 486 0958**
**Website:  www.ppdi.com**
**Careers Website:  www.ppdi.com/careers**

PPD_MENNINGER 000999

Appointment

| | |
|---|---|
| **From**: | Chad St. John [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=0D19504E2FF4481CBFAF08FAD5E3C25A-CHAD ST. JO] |
| **Sent**: | 3/28/2018 10:34:09 AM |
| **To**: | Deborah Ballweg [deborah.ballweg@ppdi.com] |
| **Subject**: | Next Steps With Lisa Menninger... |
| **Location**: | Deb To Call Chad |
| **Start**: | 3/29/2018 9:00:00 AM |
| **End**: | 3/29/2018 9:30:00 AM |
| **Show Time As**: | Tentative |
| **Required Attendees**: | Deborah Ballweg |

**Deb,**

**I thought that we could discuss next steps here.**

**Regards,**
**Chad**

Lisa sent this email on Saturday (24Mar2017)…

Hi Chad,

I'm writing to follow up on your email below regarding my disability and the potential need for reasonable accommodations.

While I appreciate you taking the time to highlight portions of my job description, I am familiar with the essential functions of my position and I am not requesting any changes to those functions. As I've stated previously, I am capable of performing all of my responsibilities with or without accommodation. There are, however, certain types of tasks (e.g., formal group presentations) that are challenging due to my disability, and I have asked that you consider possible reasonable accommodations with respect to those tasks.

As you know, that discussion led to Hacene identifying three broad categories of duties/responsibilities for which he believes no accommodation is possible (items 2, 3 and 4). In my last email to you, on March 1st, I noted that those categories are very broad, and asked that you and/or Hacene identify the specific tasks that might fall within those categories. As I explained in my March 1st email, that information is necessary in order to have a productive dialogue regarding which specific tasks implicate my disability and what reasonable accommodations may be available with respect to those specific tasks.

In any event, based upon my 1:1 with Hacene this past week, it does not appear that there are any activities or events in the near future that would implicate my disability. Given this, and how extremely busy we all are, it might make sense to table this discussion until a particular task arises. Dealing with these issues in context, I think, might make this whole issue seem less daunting and help us all engage in a more meaningful dialogue.

Thank you for your time and attention to this matter. I remain confident that we can work through this together, and I hope to have your continued support in doing so.

Lisa

PPD_MENNINGER 001000

Lisa A. Menninger, M.D., DABP, FCAP, FASCP
Executive Director Lab, Global Central Labs, PPD
Lisa.Menninger@ppdi.com
+ 1 (859) 462-2747 Mobile

PPD_MENNINGER 001001

| Message | |
|---|---|
| **From**: | Chad St. John [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=0D19504E2FF4481CBFAF08FAD5E3C25A-CHAD ST. JO] |
| **Sent**: | 4/20/2018 11:43:01 AM |
| **To**: | Deborah Ballweg [deborah.ballweg@ppdi.com] |
| **Subject**: | FW: 1:1 follow-up and Goals |

Deb,

FYI…  Draft Version II…

Regards,
Chad


**Chad D. St. John**
*Associate Director, Human Resources*
**PPD Central Labs**
**2 Tesseneer Drive**
**Highland Heights, KY 41076**
**e-mail:  Chad.St.John@ppdi.com**
**Office #:  +1 859 815 6288**
**Cell #:  +1 513 703 3380**
**Fax #:  +1 859 486 0958**
**Website:  www.ppdi.com**
**Careers Website:  www.ppdi.com/careers**

**From:** Hacene Mekerri
**Sent:** Friday, April 20, 2018 11:20 AM
**To:** Chad St. John <Chad.St.John@ppdi.com>
**Subject:** RE: 1:1 follow-up and Goals

Version 2 with details:

Lisa, I am very surprised and somehow disappointed by your response. As I already shared with you during our conversation and on my email, the goals you provided need to be adapted to reflect the specific needs and challenges in the lab. I am concerned if you do not recognize the challenges that need your immediate attention and your senior leadership role in owning and acting appropriately to address the issues proactively. This is concerning, I can certainly share some examples with additional details. For Gideon Richter: I personally asked for an executive summary from you to document the issues and reflect lab leadership. It was unfortunate to see that other leaders were fully involved even with direct discussions / email with Jay Dixon. You did not take the lead on this as the lab leader. Please make sure you stay on the top of the issues and provide proactive leadership.

Most recently we had the issue with GSK. As you know, GSK is a key client that our sales and operational team is courting and any issue can jeopardize future business. This is not acceptable that as a lab leader, you were not informed that some sample were discarded by mistake which impacted the client. I personally forwarded you the email and asked you to work with the team on resolution. This is unacceptable that there is no clear internal communication within the lab and a greater involvement from you. Until now I have not received any update from you on this issue. I asked the team yesterday and the latest I heard was that there was a client meeting this week where the PPD lab representative was Josh, a supervisor with very limited experience with PPD. Unacceptable that here again, you do not take the lead on this as the lab leader. Let us discuss asap as I don't like the tone of your response below and other items that you have specified since it does not fully reflect current situation on site.

Hacene

**From:** Hacene Mekerri
**Sent:** Wednesday, April 18, 2018 12:46 PM
**To:** Chad St. John <Chad.St.John@ppdi.com>
**Subject:** FW: 1:1 follow-up and Goals

Chad, please review, I want to be short here and stick to the Lab performance challenges. No need to follow any other path she brings.

Lisa, I am very surprised and somehow disappointed by your response. As I already shared with you during our conversation and on my email, the goals you provided need to be adapted to reflect the specific needs and challenges in the lab. I am concerned if you do not recognize the challenges that need your immediate attention and your senior leadership role in owning and acting appropriately to address the issues proactively. This is concerning, let's discuss and clarify this asap.

Hacene

**From:** Lisa Menninger
**Sent:** Tuesday, April 17, 2018 1:28 PM
**To:** Hacene Mekerri <Hacene.Mekerri@ppdi.com>
**Subject:** RE: 1:1 follow-up and Goals

Hi Hacene,

I am happy to adapt my 2018 goals to address whatever concerns you may have.  However, I think you may have some misunderstanding concerning the "recent lab issues" you reference in your email.

For Gedeon Richter, the lab tech failed to follow the SOP.  NGSP was a similar issue, as the lab tech made a clerical error in labeling sample results for NGSP proficiency testing samples.  And as for BMS, IT failed to perform end-to-end testing when the assay was initially set up in 2017 and later interfaced in January 2018. The lab tech also made an error due to confusion about the lack of interfacing when the first two samples arrived.

While errors such as these are common problems for all laboratories, we have been working proactively to minimize the risk and occurrence of such errors.  For example, the SOP the lab tech failed to follow with respect to Gedeon Richter was updated just last year.  We also have a sound process in place that we've significantly upgraded since I joined PPD to minimize human error in proficiency testing.  We also initiated a POG project earlier this year to further refine and improve the process for proficiency testing sample handling, result reporting, investigation and documentation.

Of course, I agree that we should always be trying to learn from mistakes and endeavoring to improve upon our processes and procedures.  And I am continuing to do just that.  But I don't think it is fair to suggest that any of these "issues" were the result of me not providing my "full attention" or "dedication" or being sufficiently "proactive."  That is completely untrue, and I am not aware of any facts concerning these "recent issues" that should give you any reason to doubt my performance in such a manner.

I sincerely hope that this is just a misunderstanding.  I also hope that this has nothing to do with my recent request for accommodation on account of my medical disability.  While I do not want to assume the worst, the timing concerns me very much.

With that said, and as noted above, I am happy to adapt my 2018 goals to address whatever new concerns you may have.  As the areas that you have outlined are very broad and somewhat vague, I've taken some time to go through each one and highlight for you the actions that I am already taking to achieve/address your stated goals.  It would be very helpful if you could review and provide me some specific direction as to why you believe that our current efforts are insufficient and/or how you think we can improve.

**1(a): Elimination of Lab Issues, client complain[ts] and audit findings.**

I'm not entirely clear what you are referring to here.  As noted above and detailed further below, we are constantly striving to improve on our processes and procedures to eliminate such problems.  If there is a particular issue or problem that you believe is not being appropriately addressed, please let me know.

**1(b): Process improvements in place to proactively eliminate quality issues.**

Process improvement is already a priority. It's why we have a quality management system that includes a CAPA program. It's why we implement quality control processes in the laboratory. While these processes cannot guarantee that error will <u>never</u> occur (I am not aware of any process that can) these measures help us monitor for pre-analytical, analytical and post-analytical issues.  Continuous quality improvement is the essence of the ISO15189 Standard (Medical laboratories—Requirements for quality and competence) and the CAP15189 program, which as you know is something I am very passionate about and have a significant amount of experience in.

Again, I am not aware of any processes that reduce errors to 0%, but there is good evidence to suggest that my work in this area has been highly effective.  Last year, we had five successful inspections (US, EU and SG CAP Lab Accreditation, US CAP/ISO15189 and State of NY) for laboratories that I direct as the sole PPD medical lab director. These inspections covered thousands of regulatory standards per lab for which I am responsible for as the lab director. At the summation for these inspections, inspectors were highly complementary about the quality processes in each of our labs. All labs received recertification. In addition, the US Lab received CAP15189 accreditation, an achievement that was acknowledged at the corporate level.

Please let me know if you have any suggestions as to how I can improve my performance in this area.

**1(c):  System and SOPs to be upgraded where needed.**

SOPs have been and continue to be updated regularly. This is evidenced by the multiple revision numbers documented in our lab SOPs. I am not clear what you mean by "system," but I am not aware of any specific needs in this area.  Please let me know if you disagree.

**1(d):  People management goals and monitoring for higher proficiency.**

A laboratory training and competency assessment program is in place and is a regulatory requirement. This program was recently reviewed, enhanced and updated based on CAP/CLIA guidelines.

We develop goals for all lab staff that are prioritized based on lab objectives that I regularly communicate to my team/s. These goals are incorporated into employee goals set up in the PPD performance management system. Quality and compliance are always stressed as being my number one priority.

If you have any specific thoughts on what I could be doing to improve in this area, please let me know.

**2(a):  Decisive: Give clear directions to team and colleagues in acceptable timeline.**

At the start of 2018, I discussed lab goals and strategy with my team as I have done so in previous years. This year, we are focused on growing our APAC offerings, expanding molecular and AP capabilities, controlling costs/increasing efficiencies through metric and dashboard analytics, quality improvement initiatives supported through a POG project

and pursuit of CAP15189 certification for the EU Lab. I have also been driving the molecular team to clear out the DNA/RNA extraction backlog to positively impact 2018 GCL revenue numbers.

As you know, the majority of laboratory technical questions, consults and concerns come directly to me for review and decision-making. To ensure that my directions are clear, compliant and based on sound medical guidelines, I will perform a literature review and consult medical references as needed.  As I cannot delegate responsibilities/tasks that require the lab director's review/approval, I prioritize tasks to ensure that my responses are provided in an acceptable timeline.

Again, please let me know if you have any specific suggestions as to how I can improve my performance in this area.

**2(b):  Solution oriented: Act as leader in researching and bringing innovative solutions to challenges.**

I believe I provide very effective leadership in this area.  I emphasize not only finding solutions to challenges, but finding solutions that are compliant.  This may not seem "innovative," but finding compliant solutions to challenges often requires a great deal of research and innovative thinking.  Under my leadership, we do this every day.

Please let me now if you have any specific examples or suggestions concerning how you think I can improve in this area.

**2(c):  Increase support to Sales team and PM team for client meetings, act as Lab Leader.**

I regularly provide support to the PM team by answering questions that come to me via email and joining client calls when needed. I took the initiative to request regular and recurring strategy meetings with Pat, but he has been unable to attend most of them due to his travel schedule.

Before Carolyn and Michelle departed PPD late last year, I had regular meetings with them to discuss lab strategy and offer support. I recently learned that Andy Supp has been named as Carolyn's replacement, and I intend to continue to provide him with similar support.

To date in 2018, aside from one client meeting, I have not been invited to participate in any internal or external sales meetings. I accepted the invite to participate in the WebEx for the client meeting, but it was later determined that I did not need to attend due to the outsourcing, non-technical nature of the audience and participants. I offered to still be available if needed.

Please let me know if you have any suggestions as to how I can improve my performance in this area.

Hacene, I appreciate your feedback, and I will do my best to achieve whatever goals you think are appropriate for 2018.

Thanks,

Lisa

Lisa A. Menninger, M.D., DABP, FCAP, FASCP
Executive Director Lab, Global Central Labs, PPD
Lisa.Menninger@ppdi.com
+ 1 (859) 462-2747 Mobile

---

**From:** Hacene Mekerri
**Sent:** Wednesday, April 11, 2018 9:24 AM
**To:** Lisa Menninger <Lisa.Menninger@ppdi.com>
**Subject:** 1:1 follow-up and Goals

Hi Lisa,

As discussed yesterday, I would like to adapt your goals for 2018 as I am concerned with the recent lab issues (Gedeon Richter, BMS and NGSP).
I need your full attention and dedication to resolve them and be more proactive to prevent any further issues.

1. Proactive approach and actions to increase lab quality: Lab process improvement, QCs, leadership empowerment, System enhancement.
   a. Elimination of Lab Issues, client complain and audit findings
   b. Process improvements in place to proactively eliminate quality issues.
   c. System and SOPs to be upgraded where needed
   d. People management goals and monitoring for higher proficiency

2. Ensure Lab goals and strategy is clear and well communicated:
   a. Decisive: Give clear directions to team and colleagues in acceptable timeline
   b. Solution oriented: Act as leader in researching and bringing innovative solutions to challenges
   c. Increase support to Sales team and PM team for client meetings, act as Lab Leader.

Please adapt your 2018 goals to include the above, I am happy to discuss them further with you at our next 1:1. Goals may continue to adapt with on-going communication.

Thank you,

Hacene

| Message | |
|---|---|
| **From**: | Chad St. John [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=0D19504E2FF4481CBFAF08FAD5E3C25A-CHAD ST. JO] |
| **Sent**: | 4/12/2018 4:17:19 PM |
| **To**: | Deborah Ballweg [deborah.ballweg@ppdi.com] |
| **Subject**: | Quick Interaction With Chris F. Around 3:45PM EST Today... |

Deb,

Chris F. came to my office briefly just before heading to the airport and asked about the my APAC trip.  I shared some details about my trip.  He then asked me how everything was going.  I let him know that Hacene is holding Lisa accountable and setting clear expectations while monitoring her performance closely.  This is all we discussed given the short time he had before leaving.


Regards,
Chad

Chad D. St. John
*Associate Director, Human Resources*
**PPD Central Labs**
**2 Tesseneer Drive**
**Highland Heights, KY 41076**
**e-mail:  Chad.St.John@ppdi.com**
**Office #:  +1 859 815 6288**
**Cell #:  +1 513 703 3380**
**Fax #:  +1 859 486 0958**
**Website:  www.ppdi.com**
**Careers Website:  www.ppdi.com/careers**

| Message | |
|---|---|
| **From**: | Chad St. John [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=0D19504E2FF4481CBFAF08FAD5E3C25A-CHAD ST. JO] |
| **Sent**: | 4/3/2018 1:46:00 PM |
| **To**: | Deborah Ballweg [deborah.ballweg@ppdi.com] |
| **Subject**: | FW: Moving Forward - Interactions With Lisa |

Deb,

FYI…  I will forward his reply when he responds and confirm that I have also spoken with him after I connect with him.

Regards,
Chad

**Chad D. St. John**
*Associate Director, Human Resources*
**PPD Central Labs**
**2 Tesseneer Drive**
**Highland Heights, KY 41076**
**e-mail:  Chad.St.John@ppdi.com**
**Office #:  +1 859 815 6288**
**Cell #:  +1 513 703 3380**
**Fax #:  +1 859 486 0958**
**Website:  www.ppdi.com**
**Careers Website:  www.ppdi.com/careers**

**From:** Chad St. John
**Sent:** Tuesday, April 03, 2018 1:43 PM
**To:** Hacene Mekerri <Hacene.Mekerri@ppdi.com>
**Subject:** Moving Forward - Interactions With Lisa

Hacene,

In considering next steps with Lisa I believe that it is imperative that you continue to address Lisa's performance issues (outlined in 2017 review) separately from the accommodation request issue.  It will critically important to follow-up on your discussions with Lisa with documentation to your manager file and to Lisa directly.  You will want to be very communicative about the travel expectations for Lisa but mindful of the agreed upon reduction from 30% to 15%.  Again, document and send confirmation to Lisa via email.

Let's connect when you are back in the office this week so that I can provide any additional clarity regarding the recommendation here.

Regards,
Chad

**Chad D. St. John**
*Associate Director, Human Resources*
**PPD Central Labs**
**2 Tesseneer Drive**
**Highland Heights, KY 41076**
**e-mail:  Chad.St.John@ppdi.com**
**Office #:  +1 859 815 6288**

**Cell #:  +1 513 703 3380**
**Fax #:  +1 859 486 0958**
**Website:  www.ppdi.com**
**Careers Website:  www.ppdi.com/careers**

PPD_MENNINGER 001037

| | |
|---|---|
| **Message** | |
| **From**: | Chad St. John [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=0D19504E2FF4481CBFAF08FAD5E3C25A-CHAD ST. JO] |
| **Sent**: | 3/20/2018 10:23:06 AM |
| **To**: | Hacene Mekerri [hacene.mekerri@ppdi.com] |
| **CC**: | Deborah Ballweg [deborah.ballweg@ppdi.com] |
| **Subject**: | Lisa Reporting and Org Structure |

Hacene,

I spoke with Deb.  We are aligned on the information below.  Please let us know if you have any questions

**Reporting relationship to Narin - (solid line to you and dotted line to Lisa):**
Factors to convey…
-It is more ideal to have an on-site leader.  Lorraine is doing a good job but even she admits that it is not ideal.
-The business need is increasing and the Supervisors will need more attention throughout the entire business day.
-Lisa has shared several times that she is inundated and this will not add to her stated concerns.
*Do not link any of this with her reasonable accommodation or condition.

**Reporting relationship to The new AP leader:**
-It is ok to convey that the AP leader will report directly to her.

**Scientific & Technical Affairs (Idea to span across Labs BU's):**
-Deb encouraged you to stay connected with Chris and the other Labs VP's.
-Deb encouraged us to look for a fit for Susan skills within the CL operation as ideas evolve around the Scientific & Technical Affairs team structure.

Deb,

Please feel free to share any additional thoughts.

Thanks,
Chad


Chad D. St. John
*Associate Director, Human Resources*
**PPD Central Labs**
**2 Tesseneer Drive**
**Highland Heights, KY 41076**
**e-mail:  Chad.St.John@ppdi.com**
**Office #:  +1 859 815 6288**
**Cell #:  +1 513 703 3380**
**Fax #:  +1 859 486 0958**
**Website:  www.ppdi.com**
**Careers Website:  www.ppdi.com/careers**

| Message | |
|---|---|
| **From**: | Chad St. John [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=0D19504E2FF4481CBFAF08FAD5E3C25A-CHAD ST. JO] |
| **Sent**: | 4/3/2018 9:55:17 AM |
| **To**: | Deborah Ballweg [deborah.ballweg@ppdi.com] |
| **Subject**: | FW: Confidential - Reasonable Accommodations - Lisa Menninger |

Deb,

FYI… Confirmation that the email was sent to Lisa moments ago. I will coach Hacene accordingly and agree with your recommendations. I will connect with him via email and then verbally when he is back in the office this week and send you an additional confirmation.

Regards,
Chad

**Chad D. St. John**
*Associate Director, Human Resources*
**PPD Central Labs**
**2 Tesseneer Drive**
**Highland Heights, KY 41076**
**e-mail: Chad.St.John@ppdi.com**
**Office #: +1 859 815 6288**
**Cell #: +1 513 703 3380**
**Fax #: +1 859 486 0958**
**Website: www.ppdi.com**
**Careers Website: www.ppdi.com/careers**

**From:** Chad St. John
**Sent:** Tuesday, April 03, 2018 9:52 AM
**To:** Lisa Menninger <Lisa.Menninger@ppdi.com>
**Subject:** RE: Confidential - Reasonable Accommodations - Lisa Menninger

Dear Lisa:

Thanks for your email. Please note that while we are all busy, we are never too busy to address your requests for accommodation. We, too, are committed to an open dialogue regarding your disability and accommodations that would enable you to do your job. We'll continue to review these as you raise them.

To be clear,

1. PPD has agreed to accommodate you by including a designee for internal meetings and working with you on travel.
2. PPD has denied certain other requests for accommodations, as they are not reasonable and go to the essential functions of your role as Executive Director, Lab Operations (outlined in the job description provided to you earlier): specifically, you asked to be excused from attending client bid presentations, technical sales presentations and customer visits/meetings and to have a "surrogate" attend in your stead, with you assisting solely in a "behind the scenes" role through text or email. As explained to you earlier, this is not reasonable as your position requires you to be the leader and not operate "behind the scenes."

If you have additional requests for accommodation, we ask that you let us know.

**JA2788**

Thanks,
Chad


**Chad D. St. John**
*Associate Director, Human Resources*
**PPD Central Labs**
**2 Tesseneer Drive**
**Highland Heights, KY 41076**
**e-mail:  Chad.St.John@ppdi.com**
**Office #:  +1 859 815 6288**
**Cell #:  +1 513 703 3380**
**Fax #:  +1 859 486 0958**
**Website:  www.ppdi.com**
**Careers Website:  www.ppdi.com/careers**

---

**From:** Lisa Menninger
**Sent:** Saturday, March 24, 2018 6:07 PM
**To:** Chad St. John <Chad.St.John@ppdi.com>
**Subject:** RE: Confidential - Reasonable Accommodations - Lisa Menninger

Hi Chad,

I'm writing to follow up on your email below regarding my disability and the potential need for reasonable accommodations.

While I appreciate you taking the time to highlight portions of my job description, I am familiar with the essential functions of my position and I am not requesting any changes to those functions. As I've stated previously, I am capable of performing all of my responsibilities with or without accommodation. There are, however, certain types of tasks (e.g., formal group presentations) that are challenging due to my disability, and I have asked that you consider possible reasonable accommodations with respect to those tasks.

As you know, that discussion led to Hacene identifying three broad categories of duties/responsibilities for which he believes no accommodation is possible (items 2, 3 and 4). In my last email to you, on March 1st, I noted that those categories are very broad, and asked that you and/or Hacene identify the specific tasks that might fall within those categories. As I explained in my March 1st email, that information is necessary in order to have a productive dialogue regarding which specific tasks implicate my disability and what reasonable accommodations may be available with respect to those specific tasks.

In any event, based upon my 1:1 with Hacene this past week, it does not appear that there are any activities or events in the near future that would implicate my disability. Given this, and how extremely busy we all are, it might make sense to table this discussion until a particular task arises. Dealing with these issues in context, I think, might make this whole issue seem less daunting and help us all engage in a more meaningful dialogue.

Thank you for your time and attention to this matter. I remain confident that we can work through this together, and I hope to have your continued support in doing so.

Lisa

Lisa A. Menninger, M.D., DABP, FCAP, FASCP
Executive Director Lab, Global Central Labs, PPD

**JA2789**

PPD_MENNINGER 001070

Lisa.Menninger@ppdi.com
+ 1 (859) 462-2747 Mobile

---

**From:** Chad St. John
**Sent:** Monday, March 12, 2018 12:02 PM
**To:** Lisa Menninger <Lisa.Menninger@ppdi.com>
**Cc:** Chad St. John <Chad.St.John@ppdi.com>
**Subject:** Confidential - Reasonable Accommodations - Lisa Menninger

Dear Lisa,

Thank you for your email---we appreciate the ongoing dialogue regarding your requests for accommodations and want to get back to you on those requests.

I thought it would be helpful to attach a copy of your job description above for your reference.  As the job description provides, the Executive Director, Labs includes these essential functions:
- providing operational leadership
- supporting business development in obtaining new customers and maintaining relationships
- performing HR functions, personnel development and facility management.

The job description shows that the Executive Director is an integral part of the Highland Heights and Brussels central lab business.

As stated in the job description you are to "interact frequently with internal and outside representatives and participate and may present at meetings with both."   The position requires "excellent communication and interpersonal skills with ability to participate in business development activities, present capabilities and solutions to clients".   Your working conditions include "frequent drives to site locations, travels  within the United States and occasional international travel."

PPD has agreed to provide you certain accommodations that you're requested in terms of having  a designee for internal meetings and working with you on travel.   That said, it is not  reasonable for PPD to rewrite your job description and do away with core requirements such as  that you attend business development meetings, dinners, bid defenses, etc.  These are not "behind the scenes" functions and are absolutely essential to your  job.  It is not reasonable or acceptable to send a surrogate in your place to perform these essential functions.  That is why we are not agreeable to the requests for accommodation outlined in 2-4 below.

PPD has already worked with you to lessen the travel required by your job to some degree, but the position requires that you visit the lab in Highland Heights as well as the lab in Brussels and that you attend client meetings and attend to operational/personnel issues onsite from time to time.

Please take another look at the job description, discuss it with your health care provider and let us know if there are other accommodations that would allow you to perform the essential functions of your job as outlined above.

Thanks in advance.
Chad


**Chad D. St. John**

                    PPD_MENNINGER 001071

*Associate Director, Human Resources*
**PPD Central Labs**
**2 Tesseneer Drive**
**Highland Heights, KY 41076**
**e-mail:  Chad.St.John@ppdi.com**
**Office #:  +1 859 815 6288**
**Cell #:  +1 513 703 3380**
**Fax #:  +1 859 486 0958**
**Website:  www.ppdi.com**
**Careers Website:  www.ppdi.com/careers**

PPD_MENNINGER 001072

| | |
|---|---|
| **Message** | |
| **From**: | Chad St. John [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=0D19504E2FF4481CBFAF08FAD5E3C25A-CHAD ST. JO] |
| **Sent**: | 3/1/2018 2:35:39 PM |
| **To**: | Deborah Ballweg [deborah.ballweg@ppdi.com] |
| **CC**: | Hacene Mekerri [hacene.mekerri@ppdi.com] |
| **Subject**: | RE: Confidential - Reasonable Accommodations - Lisa Menninger |

Deb,

I wanted to discuss the conversation that Hacene and I had yesterday. Lisa sent a follow-up email. Here is my drafted response but I want to be cautious and obtain your thoughts.

-Chad

Lisa,

As stated in the meeting... Items 2-4 (Specific accommodations from your physician highlighted below) are all core items in the role you are in and we need 100% in 1-4 for the business to meet objectives. Adding additional detail would only present the opportunity to select items in each bucket you believe you can or can't do. The will be no accommodations made outside of items 1 & 5. A surrogate with limitations on frequency or size of group is not acceptable and couldn't be guaranteed since on-site interactions are very fluid. You are the PPD CL scientific leader and we need the person in this role to build scientific credibility and trust with current and prospective customers and we need the optimum live and in-person approach as often as possible as well as in social functions with customers. In our meeting is seems as though you were not aligned with your physicians recommendations. PPD would not want you to be in a position that would compromise your well-being in asking you to do things that are not approved by your physician. We had shared that we wanted you to think about your well-being and find a path forward that was win-win. Examples were referenced but not proposed.

*2. Lisa's Physician's Email Details:*

    *Client Bid Defense, Issue resolution calls, HH/Client site meetings, phone*

    o *Frequency: Once a month at a minimum for client*
    o *Attendees/Audience: Up to 50 attendees-*
    o *Reasonable accommodations – available via email/ text/ remote video conferencing for a representative of the client, 1-2 person audience maximum . If it is a site meeting, surrogate or reader with all necessary information / real time access to me will be available*
    • *Client site meetings –*
    • *Reasonable accommodation- would like a surrogate to attend, but will be responsible for all problem solving/ ideas for resolution if emailed/ communicated to me a few days before anticipated visit*
    •

*3. Lisa's Physician's Email Details:*

PPD_MENNINGER 001116

- *Technical Sales presentation internal and external (i.e. internal Sales meeting), HH/Client site meetings, phone:*
- *Reasonable Accommodation: excused from sales presentations but again will provide any necessary data information for the reader/ surrogate to have at their disposal Frequency: Monthly, Quarterly, as needed*
  - *Attendees/Audience: Potentially up to 100 attendees*
  - 

*4. Lisa's Physician's Email Details:*

- *For customer visits, Lunch/dinner and social interactions may occur (expected 60-80% of the time) in order to build business relationships.  - surrogate, as this is not her strength/ skill set and her disability will flare with significant impairment .  She is able to build business relationship in a more " behind the scenes" fashion and would like  brainstorm other potential avenues where she can add value as she does understand this is an important part of the business.*

**Chad D. St. John**
***Associate Director, Human Resources***
**PPD Central Labs**
**2 Tesseneer Drive**
**Highland Heights, KY 41076**
**e-mail:  Chad.St.John@ppdi.com**
**Office #:  +1 859 815 6288**
**Cell #:  +1 513 703 3380**
**Fax #:  +1 859 486 0958**
**Website:  www.ppdi.com**
**Careers Website:  www.ppdi.com/careers**

**From:** Lisa Menninger
**Sent:** Thursday, March 01, 2018 1:33 PM
**To:** Chad St. John <Chad.St.John@ppdi.com>
**Cc:** Hacene Mekerri <Hacene.Mekerri@ppdi.com>
**Subject:** RE: Confidential - Reasonable Accommodations - Lisa Menninger

Hi Chad/Hacene,

Thank you for taking the time yesterday to discuss my request for reasonable accommodations. As I stated during our conversation, while I greatly appreciate your agreement to provide accommodations with respect to items 1 and 5 on Hacene's list of duties/responsibilities, I need some additional detail regarding items 2, 3 and 4. As we discussed, I think there are many tasks that could fall within those items that would not implicate my disability. If you can be more specific regarding the tasks that you believe fall within these items, I think we could have a more productive dialogue regarding which specific tasks implicate my disability and what reasonable accommodations may be available with respect to those specific tasks.

Also, I wish to reiterate that I am capable of performing all functions of my job with or without accommodation. If you have any questions regarding this, or need confirmation from my physician that this is the case, please let me know.

PPD_MENNINGER 001117

I value my employment with PPD greatly and do not desire to leave the company. I was disappointed that the proposed options about an exit package and consulting arrangement were suggested yesterday. I hope that we can return to exploring accommodation options for the specific tasks that trigger panic attacks.

Thanks again for your consideration.

Lisa

Lisa A. Menninger, M.D., DABP, FCAP, FASCP
Executive Director Lab, Global Central Labs, PPD
Lisa.Menninger@ppdi.com
+ 1 (859) 462-2747 Mobile

---

**From:** Chad St. John
**Sent:** Monday, February 26, 2018 3:23 PM
**To:** Lisa Menninger <Lisa.Menninger@ppdi.com>
**Cc:** Hacene Mekerri <Hacene.Mekerri@ppdi.com>; Chad St. John <Chad.St.John@ppdi.com>
**Subject:** Confidential - Reasonable Accommodations - Lisa Menninger

Lisa,

Hacene has confirmed that he is ok to accommodate points 1 and 5.  Points 2, 3, 4 below are critical for your level and for the growth of the business.  Hacene is happy to discuss further of course to make sure this is understood.

Regards,
Chad

 **Summary:**

1.  SLT Presentations, Town Hall, COO/EVP meeting:
*The accommodated expectation will now be to include a designee.

2. Client Bid Defense, Issue resolution calls, HH/Client site meetings, phone:
-The expectation is for Lisa to participate in Client Bid Defense, Issue resolution calls, HH/Client site meetings, phone is critical for the business.

3.  Technical Sales presentation internal and external (i.e. internal Sales meeting), HH/Client site meetings, phone:
-Lisa's participation as the Central Lab's technical leader is imperative in gaining perspective clients trust to obtain new business

4. For customer visits, Lunch/dinner and social interactions may occur (expected 60-80% of the time) in order to build business relationships:
-Lisa's participation as the Central Lab's technical leader is imperative in gaining perspective clients trust to obtain new business.

5.  Travels: Up to 30%:

PPD_MENNINGER 001118

\*The accommodated expectation will now be up to 15%.

---

**1. Hacene's Email Details:**

- SLT Presentations, Town Hall, COO/EVP meeting:
  - Attendees/Audience: Up to 500 employees
  - Frequency: Bi-weekly, monthly and/or quarterly

Lisa's Physician's Email Details:
- SLT Presentations, Town Hall, COO/EVP meeting:
  - Attendees/Audience: Up to 500 employees
  - Frequency: Bi-weekly, monthly and/or quarterly
  - Reasonable accommodation- responsible for all slides/handouts/ presentation material with necessary information but will require a reader to present to the group, or can pre record the audio / video and it can be played at the meeting
  - available for questions via email after the meeting.
  -

**2. Hacene's Email Details:**

- Client Bid Defense, Issue resolution calls, HH/Client site meetings, phone:
  - Frequency: Once a month at a minimum for client
  - Attendees/Audience: Up to 50 attendees

Lisa's Physician's Email Details:

  2. Client Bid Defense, Issue resolution calls, HH/Client site meetings, phone

  - Frequency: Once a month at a minimum for client
  - Attendees/Audience: Up to 50 attendees-
  - Reasonable accommodations – available via email/ text/ remote video conferencing for a representative of the client, 1-2 person audience maximum . If it is a site meeting, surrogate or reader with all necessary information / real time access to me will be available
- Client site meetings –
- Reasonable accommodation- would like a surrogate to attend, but will be responsible for all problem solving/ ideas for resolution if emailed/ communicated to me a few days before anticipated visit
-

**3. Hacene's Email Details:**

- Technical Sales presentation internal and external (i.e. internal Sales meeting), HH/Client site meetings, phone:
  - Frequency: Monthly, Quarterly, as needed
  - Attendees/Audience: Potentially up to 100 attendees

PPD_MENNINGER 001119

**Lisa's Physician's Email Details:**

- Technical Sales presentation internal and external (i.e. internal Sales meeting), HH/Client site meetings, phone:
- Reasonable Accommodation: excused from sales presentations but again will provide any necessary data information for the reader/ surrogate to have at their disposal Frequency: Monthly, Quarterly, as needed
    - Attendees/Audience: Potentially up to 100 attendees
    -

**4. Hacene's Email Details:**
- For customer visits, Lunch/dinner and social interactions may occur (expected 60-80% of the time) in order to build business relationships.

**Lisa's Physician's Email Details:**

- For customer visits, Lunch/dinner and social interactions may occur (expected 60-80% of the time) in order to build business relationships. - surrogate, as this is not her strength/ skill set and her disability will flare with significant impairment . She is able to build business relationship in a more " behind the scenes" fashion and would like brainstorm other potential avenues where she can add value as she does understand this is an important part of the business.
-

**5. Hacene's Email Details:**
- Travels: Up to 30%

**Lisa's Physician's Email Details:**

- Travels: Up to 30%- Reasonable Accommodation- When possible traveling to the Brussels site vs stateside.

Chad D. St. John
*Associate Director, Human Resources*
**PPD Central Labs**
**2 Tesseneer Drive**
**Highland Heights, KY 41076**
e-mail:  Chad.St.John@ppdi.com
Office #:  +1 859 815 6288
Cell #:  +1 513 703 3380
Fax #:  +1 859 486 0958
Website:  www.ppdi.com
Careers Website:  www.ppdi.com/careers

PPD_MENNINGER 001120

| Message | |
|---|---|
| **From**: | Chad St. John [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=0D19504E2FF4481CBFAF08FAD5E3C25A-CHAD ST. JO] |
| **Sent**: | 2/21/2018 9:37:38 AM |
| **To**: | Deborah Ballweg [deborah.ballweg@ppdi.com] |
| **Subject**: | FW: reasonable accommodation request form |
| **Attachments**: | Menninger- accomodations .docx |

Deb,

I hope all is going well on your vacation.

Just an FYI... Hacene has been traveling so I sent him this email for him to craft a response.  I will follow-up with Lisa to let her know that a official response is still forthcoming due to Hacene's travel Schedule.  I will continue to keep you posted.

Regards,
Chad

**Chad D. St. John**
*Associate Director, Human Resources*
**PPD Central Labs**
**2 Tesseneer Drive**
**Highland Heights, KY 41076**
**e-mail:  Chad.St.John@ppdi.com**
**Office #:  +1 859 815 6288**
**Cell #:  +1 513 703 3380**
**Fax #:  +1 859 486 0958**
**Website:  www.ppdi.com**
**Careers Website:  www.ppdi.com/careers**

**From:** Chad St. John
**Sent:** Tuesday, February 20, 2018 4:02 PM
**To:** Hacene Mekerri <Hacene.Mekerri@ppdi.com>
**Subject:** FW: reasonable accommodation request form

Hacene,

I have reviewed the document that Lisa's physician sent to me and wanted to resent it to you with an overview comparison so that you can craft a response thoughtfully.

Regards,
Chad


**Hacene's Email Details:**

- SLT Presentations, Town Hall, COO/EVP meeting:
  - Attendees/Audience: Up to 500 employees
  - Frequency: Bi-weekly, monthly and/or quarterly

**Lisa's Physician's Email Details:**

- SLT Presentations, Town Hall, COO/EVP meeting:
  - Attendees/Audience: Up to 500 employees
  - Frequency: Bi-weekly, monthly and/or quarterly
  - Reasonable accommodation- responsible for all slides/handouts/ presentation material with necessary information but will require a reader to present to the group, or can pre record the audio / video and it can be played at the meeting
  - available for questions via email after the meeting.
  - 

**Hacene's Email Details:**

- Client Bid Defense, Issue resolution calls, HH/Client site meetings, phone:
  - Frequency: Once a month at a minimum for client
  - Attendees/Audience: Up to 50 attendees

**Lisa's Physician's Email Details:**

- 2. Client Bid Defense, Issue resolution calls, HH/Client site meetings, phone
  - Frequency: Once a month at a minimum for client
  - Attendees/Audience: Up to 50 attendees-
  - Reasonable accommodations – available via email/ text/ remote video conferencing for a representative of the client, 1-2 person audience maximum . If it is a site meeting, surrogate or reader with all necessary information / real time access to me will be available
- Client site meetings –
- Reasonable accommodation- would like a surrogate to attend, but will be responsible for all problem solving/ ideas for resolution if emailed/ communicated to me a few days before anticipated visit
- 

**Hacene's Email Details:**

- Technical Sales presentation internal and external (i.e. internal Sales meeting), HH/Client site meetings, phone:
  - Frequency: Monthly, Quarterly, as needed
  - Attendees/Audience: Potentially up to 100 attendees

**Lisa's Physician's Email Details:**

- Technical Sales presentation internal and external (i.e. internal Sales meeting), HH/Client site meetings, phone:
- Reasonable Accommodation: excused from sales presentations but again will provide any necessary data information for the reader/ surrogate to have at their disposal Frequency: Monthly, Quarterly, as needed
  - Attendees/Audience: Potentially up to 100 attendees
  - 

**Hacene's Email Details:**

- For customer visits, Lunch/dinner and social interactions may occur (expected 60-80% of the time) in order to build business relationships.

**JA2798**

PPD_MENNINGER 001140

**Lisa's Physician's Email Details:**

- For customer visits, Lunch/dinner and social interactions may occur (expected 60-80% of the time) in order to build business relationships.  - surrogate, as this is not her strength/ skill set and her disability will flare with significant impairment .  She is able to build business relationship in a more " behind the scenes"  fashion and would like  brainstorm other potential avenues where she can add value as she does understand this is an important part of the business.

-

**Hacene's Email Details:**
- Travels: Up to 30%

**Lisa's Physician's Email Details:**

- Travels: Up to 30%- Reasonable Accommodation- When possible traveling to the Brussels site vs stateside.


Chad D. St. John
*Associate Director, Human Resources*
**PPD Central Labs**
**2 Tesseneer Drive**
**Highland Heights, KY 41076**
e-mail:  Chad.St.John@ppdi.com
**Office #:  +1 859 815 6288**
**Cell #:  +1 513 703 3380**
**Fax #:  +1 859 486 0958**
**Website:  www.ppdi.com**
**Careers Website:  www.ppdi.com/careers**

---

**From:** Chad St. John
**Sent:** Wednesday, February 14, 2018 11:16 AM
**To:** Hacene Mekerri <Hacene.Mekerri@ppdi.com>
**Subject:** FW: reasonable accommodation request form

Hacene,

FYI…  I will connect with you soon to discuss the details in the document and next steps.

Regards,
Chad

Chad D. St. John
*Associate Director, Human Resources*
**PPD Central Labs**
**2 Tesseneer Drive**
**Highland Heights, KY 41076**
e-mail:  Chad.St.John@ppdi.com

PPD_MENNINGER 001141

**Office #:  +1 859 815 6288**
**Cell #:  +1 513 703 3380**
**Fax #:  +1 859 486 0958**
**Website:  www.ppdi.com**
**Careers Website:  www.ppdi.com/careers**

---

**From:** Marianna Kessimian [mailto:drkessimian@hartselleandassociates.com]
**Sent:** Wednesday, February 14, 2018 10:33 AM
**To:** Chad St. John <Chad.St.John@ppdi.com>
**Subject:** reasonable accommodation request form

This email originated outside PPD. Please use caution before clicking links.

Chad,

I have attached a document providing psychoeducation on social anxiety disorder as well as recommended reasonable accommodations for Lisa.

Please email me a confirmation that you have received and reviewed this email and its attachments.

Best,

Marianna Kessimian, MD

PPD_MENNINGER 001142

**Marianna Kessimian, MD**
**Hartselle & Associates**
**10 Elmgrove Ave**
**Providence, RI 02906**
**Ph: 401-267-8850  Fax: 888-975-3157**
**drkessimian@hartselleandassociates.com**

Psychoeducation regarding disability and accommodation requests

Social Anxiety Disorder: Lisa's difficulty with socializing and public speaking is not a manifestation of shyness.  Social anxiety disorder is a neurobehavioral disorder with biological and genetic risk factors that lead to  physical, behavioral and cognitive symptoms which are pernicious and chronic in nature.

In the past, Lisa endured these work events and presentations with intense discomfort and with the use of a sedative. The sedative did help take the edge off, but it also came with side effects, including  impaired attention, concentration, short term memory deficits , lethargy and an extended length of time to return to her cognitive baseline to complete the more analytical and medical facets of her work .

 It is also important to note that the weeks leading to the expected speaking engagement/ social event resulted in insomnia, panic symptoms, GI discomfort, and weight loss.

A concrete way of thinking of this disability is that her brain and body are not able to tolerate public speaking engagements/ socializing ,  and it is as if her vocal cords and brain become paralyzed while her blood pressure, heart rate and breathing all increase and it is for all of the above reasons that I am recommended the following reasonable accommodations.

Below are reasonable accommodations for Lisa so she can continue to be a productive and healthy member of your team.

1.      SLT Presentations, Town Hall, COO/EVP meeting:

        Attendees/Audience: Up to 500 employees

        Frequency: Bi-weekly, monthly and/or quarterly

        Reasonable accommodation- responsible for  all slides/handouts/ presentation material  with necessary information but will require a reader to present to the group, or  can pre record the audio / video and it can be played at the meeting

**JA2801**

available for questions via email after the meeting.

2. Client Bid Defense, Issue resolution calls, HH/Client site meetings, phone
Frequency: Once a month at a minimum for client

Attendees/Audience: Up to 50 attendees-

Reasonable accommodations – available via email/ text/ remote video
conferencing for a representative of the client, 1-2 person audience  maximum .   If it
is a site meeting, surrogate or reader with all necessary information / real time access
to me will be available

3. Client site meetings –

Reasonable accommodation- would like a surrogate to attend, but will be responsible
for all problem solving/ ideas for resolution if emailed/ communicated to me a few
days before anticipated visit

4. Technical Sales presentation internal and external (i.e. internal Sales meeting),
HH/Client site meetings, phone:

Reasonable Accommodation: excused from sales presentations but again will provide
any necessary data information for the reader/ surrogate to have at their disposal
Frequency: Monthly, Quarterly, as needed

Attendees/Audience: Potentially up to 100 attendees

5. For customer visits, Lunch/dinner and social interactions may occur (expected 60-
80% of the time) in order to build business relationships.  - surrogate, as this is not
her strength/ skill set and her disability will flare with significant impairment .  She is
able to build business relationship in a more " behind the scenes"  fashion and would
like  brainstorm other potential avenues where she can add value as she does
understand this is an important part of the business.

6. Travels: Up to 30%- Reasonable Accommodation- When possible traveling to the
Brussels site vs stateside.

Thank you for reviewing the above requested accommodations.  I am available for further
discussion.


Best,



Marianna Kessimian, MD

PPD_MENNINGER 001144

PPD_MENNINGER 001145

| Message | |
|---|---|
| **From**: | Chad St. John [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=0D19504E2FF4481CBFAF08FAD5E3C25A-CHAD ST. JO] |
| **Sent**: | 2/14/2018 3:23:09 PM |
| **To**: | Chris Clendening [chris.clendening@ppdi.com] |
| **BCC**: | Chad St. John [chad.st.john@ppdi.com] |
| **Subject**: | Fwd: reasonable accommodation request form |
| **Attachments**: | Menninger- accomodations .docx; ATT00001.htm |

Sent from my iPhone

Begin forwarded message:

> **From:** "Chad St. John" <Chad.St.John@ppdi.com>
> **Date:** February 14, 2018 at 11:16:14 AM EST
> **To:** Hacene Mekerri <Hacene.Mekerri@ppdi.com>
> **Subject: FW: reasonable accommodation request form**
>
> Hacene,
>
> FYI... I will connect with you soon to discuss the details in the document and next steps.
>
> Regards,
> Chad
>
> **Chad D. St. John**
> ***Associate Director, Human Resources***
> **PPD Central Labs**
> **2 Tesseneer Drive**
> **Highland Heights, KY 41076**
> **e-mail:  Chad.St.John@ppdi.com**
> **Office #:  +1 859 815 6288**
> **Cell #:  +1 513 703 3380**
> **Fax #:  +1 859 486 0958**
> **Website:  www.ppdi.com**
> **Careers Website:  www.ppdi.com/careers**
>
> **From:** Marianna Kessimian [mailto:drkessimian@hartselleandassociates.com]
> **Sent:** Wednesday, February 14, 2018 10:33 AM
> **To:** Chad St. John <Chad.St.John@ppdi.com>
> **Subject:** reasonable accommodation request form
>
> This email originated outside PPD. Please use caution before clicking links.
>
> Chad,
>
> I have attached a document providing psychoeducation on social anxiety disorder as well as recommended reasonable accommodations for Lisa.

**JA2804**

Please email me a confirmation that you have received and reviewed this email and its attachments.

Best,

Marianna Kessimian, MD

PPD_MENNINGER 001147

**MARIANNA KESSIMIAN, MD**
**HARTSELLE & ASSOCIATES**
**10 ELMGROVE AVE**
**PROVIDENCE, RI 02906**
**PH: 401-267-8850  FAX: 888-975-3157**
**DRKESSIMIAN@HARTSELLEANDASSOCIATES.COM**

Psychoeducation regarding disability and accommodation requests

Social Anxiety Disorder: Lisa's difficulty with socializing and public speaking is not a manifestation of shyness.  Social anxiety disorder is a neurobehavioral disorder with biological and genetic risk factors that lead to  physical, behavioral and cognitive symptoms which are pernicious and chronic in nature.

In the past, Lisa endured these work events and presentations with intense discomfort and with the use of a sedative. The sedative did help take the edge off, but it also came with side effects, including  impaired attention, concentration, short term memory deficits , lethargy and an extended length of time to return to her cognitive baseline to complete the more analytical and medical facets of her work .

 It is also important to note that the weeks leading to the expected speaking engagement/ social event resulted in insomnia, panic symptoms, GI discomfort, and weight loss.

A concrete way of thinking of this disability is that her brain and body are not able to tolerate public speaking engagements/ socializing ,  and it is as if her vocal cords and brain become paralyzed while her blood pressure, heart rate and breathing all increase and it is for all of the above reasons that I am recommended the following reasonable accommodations.

Below are reasonable accommodations for Lisa so she can continue to be a productive and healthy member of your team.

1.      SLT Presentations, Town Hall, COO/EVP meeting:

        Attendees/Audience: Up to 500 employees

        Frequency: Bi-weekly, monthly and/or quarterly

        Reasonable accommodation- responsible for  all slides/handouts/ presentation material  with necessary information but will require a reader to present to the group, or  can pre record the audio / video and it can be played at the meeting

**JA2806**

available for questions via email after the meeting.

2. Client Bid Defense, Issue resolution calls, HH/Client site meetings, phone
Frequency: Once a month at a minimum for client

Attendees/Audience: Up to 50 attendees-

Reasonable accommodations – available via email/ text/ remote video conferencing for a representative of the client, 1-2 person audience  maximum .   If it is a site meeting, surrogate or reader with all necessary information / real time access to me will be available

3. Client site meetings –

Reasonable accommodation- would like a surrogate to attend, but will be responsible for all problem solving/ ideas for resolution if emailed/ communicated to me a few days before anticipated visit

4. Technical Sales presentation internal and external (i.e. internal Sales meeting), HH/Client site meetings, phone:

Reasonable Accommodation: excused from sales presentations but again will provide any necessary data information for the reader/ surrogate to have at their disposal Frequency: Monthly, Quarterly, as needed

Attendees/Audience: Potentially up to 100 attendees

5. For customer visits, Lunch/dinner and social interactions may occur (expected 60-80% of the time) in order to build business relationships.  - surrogate, as this is not her strength/ skill set and her disability will flare with significant impairment .  She is able to build business relationship in a more " behind the scenes"  fashion and would like  brainstorm other potential avenues where she can add value as she does understand this is an important part of the business.

6. Travels: Up to 30%- Reasonable Accommodation- When possible traveling to the Brussels site vs stateside.

Thank you for reviewing the above requested accommodations.  I am available for further discussion.

Best,

Marianna Kessimian, MD

PPD_MENNINGER 001149

PPD_MENNINGER 001150

| Message | |
|---|---|
| **From**: | Chad St. John [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=0D19504E2FF4481CBFAF08FAD5E3C25A-CHAD ST. JO] |
| **Sent**: | 3/12/2018 12:02:00 PM |
| **To**: | Lisa Menninger [lisa.menninger@ppdi.com] |
| **CC**: | Chad St. John [chad.st.john@ppdi.com] |
| **Subject**: | Confidential - Reasonable Accommodations - Lisa Menninger |
| **Attachments**: | ED_Labs_LB020.pdf |

Dear Lisa,

Thank you for your email---we appreciate the ongoing dialogue regarding your requests for accommodations and want to get back to you on those requests.

I thought it would be helpful to attach a copy of your job description above for your reference.  As the job description provides, the Executive Director, Labs includes these essential functions:

- providing operational leadership
- supporting business development in obtaining new customers and maintaining relationships
- performing HR functions, personnel development and facility management.

The job description shows that the Executive Director is an integral part of the Highland Heights and Brussels central lab business.

As stated in the job description you are to "interact frequently with internal and outside representatives and participate and may present at meetings with both."   The position requires "excellent communication and interpersonal skills with ability to participate in business development activities, present capabilities and solutions to clients".   Your working conditions include "frequent drives to site locations, travels  within the United States and occasional international travel."

PPD has agreed to provide you certain accommodations that you're requested in terms of having  a designee for internal meetings and working with you on travel.    That said, it is not  reasonable for PPD to rewrite your job description and do away with core requirements such as  that you attend business development meetings, dinners, bid defenses, etc.  These are not "behind the scenes" functions and are absolutely essential to your  job.  It is not reasonable or acceptable to send a surrogate in your place to perform these essential functions.  That is why we are not agreeable to the requests for accommodation outlined in 2-4 below.

PPD has already worked with you to lessen the travel required by your job to some degree, but the position requires that you visit the lab in Highland Heights as well as the lab in Brussels and that you attend client meetings and attend to operational/personnel issues onsite from time to time.

Please take another look at the job description, discuss it with your health care provider and let us know if there are other accommodations that would allow you to perform the essential functions of your job as outlined above.

Thanks in advance.
Chad


**Chad D. St. John**
*Associate Director, Human Resources*
**PPD Central Labs**

**2 Tesseneer Drive**
**Highland Heights, KY 41076**
**e-mail:  Chad.St.John@ppdi.com**
**Office #:  +1 859 815 6288**
**Cell #:  +1 513 703 3380**
**Fax #:  +1 859 486 0958**
**Website:  www.ppdi.com**
**Careers Website:  www.ppdi.com/careers**

PPD_MENNINGER 001152



# ED Labs

| | | | |
|---|---|---|---|
| **Division / Dept.:** | Labs | **Reports to Title:** | VP Labs |
| **Job Code:** | LB020 | **Job Family:** | Lab Ops |
| **Job Level:** | E1 | **FLSA Status:** | Exempt |

### Summarized Purpose:

Leads the growth of laboratory operations by integrating operational processes, business development, research & development and quality assurance functions. Sets operating standards, forecasts and establishes operating budgets. Maximizes operating profit by leveraging lab resources, space allocation, managing capital equipment, scientific instrumentation and staff management. Up to 30% travel.

### Essential Functions and Other Job Information:

| | |
|---|---|
| **Essential Functions** | • Provides operational leadership to laboratory services. Integrates operational processes, business development, research & development and quality assurance functions for optimal performance within the labs.<br>• Supports Business Development in obtaining new customers and maintaining relationships. Directs the development of new programs for revenue enhancement/cost expense reduction, including post-evaluation of new implementations for effectiveness.<br>• Performs financial reviews, establishes operating budget and develops forecasts maximizing operating profit. Provides business updates to senior leadership.<br>• Sets operational standards/goals and directs the implementation of laboratory goals and policies. Oversees resource allocation including space, capital equipment, scientific instrumentation and staff.<br>• Performs administrative responsibilities including HR functions, personnel development, facilities management, writing SOPs and PDs.<br>• Oversees the quality assurance and quality control aspects of the lab to ensure compliance with regulatory standards. |
| **Policy & Strategy** | Interprets and administers policies, processes, and procedures that may affect sections and subordinate work units. Acts as advisor to subordinate(s) to meet schedules and / or resolve technical problems.  Requires full knowledge of own area of functional responsibility. |
| **Freedom to Act** | Assignments are defined in terms of activities and objectives.  Work is reviewed upon completion for meeting timelines, adequacy, and objectives. |
| **Liaison** | Interacts frequently with internal personnel and outside representatives at various levels.  Participates and may present at meetings with internal and external representatives.  Interaction typically concerns resolution of operational and scheduling issues concerning projects and / or contractual clarifications. |

PPD_MENNINGER 001153



**Qualifications:**

Education and Experience:

Phd, MD or DrPh required.
Previous experience leading multi-departmental clinical or analytical laboratories and developing and executing protocols (comparable to 15+ years). Or equivalent and relevant combination of education, training, & experience that provides the knowledge, skills, and abilities to perform the job.

Advanced leadership skills to include 10+ years of management responsibility.
Expert business knowledge with comprehensive understanding of the organization and functional area(s).

*Years of experience refers to typical years of related experience needed to gain the required knowledge, skills, and abilities necessary to perform the essential functions of the job. Years of experience are not to be used as the only determining factor in establishing the job class or making employment selection decisions.*

Knowledge, Skills and Abilities:

- In-depth  knowledge of laboratory operations for pharmaceutical and biotech industries
- Proficient in analytical, bioanalytical or clinical chemistry platforms and methodologies
- In-depth knowledge of laboratory science, GxP, FDA and European regulations concerning relevant lab processes in drug development, method development, method validation, R&D, sample testing and data processing
- Excellent communication/interpersonal skills with ability to participate in business development activities, present capabilities and solutions to clients, respond to regulatory audits, prepare and present budgets/forecasts to senior management
- Expertise in budgeting, forecasting and fiscal management
- Demonstrated strategic planning skills
- In-depth global and cultural awareness
- Knowledgeable in mergers & acquisitions and integrating business units adding value to the overall portfolio
- Strong organizational agility and demonstrated drive for results
- Track record of building peer relationships and developing effective teams
- Excellent coaching and mentoring skills
- Detailed and process oriented, logical, but creative approach to problem solving
- Excellent marketing and negotiation skills

**Management Role:**

Manager role with significantly larger management scope (e.g. global or regional responsibilities or multiple departments) OR mastery of manager skills and responsibilities as demonstrated by consistent, multi-year successful performance.     In some instances may be responsible for a functional area (as determined by executive management) and not have subordinate supervisors or employees.

PPD_MENNINGER 001154



**Working Conditions and Environment:**

- Work is performed in an office and/or laboratory and/or clinic environment with exposure to electrical office equipment.
- Frequently drives to site locations, frequently travels within the United States, occasional international travel.
- Rare exposure to biological fluids with potential exposure to infectious organisms. Rare exposure to skin and lung irritants, radiation, toxic materials and hazardous waste.
- Personal protective equipment required in frequently such as protective eyewear, garments and gloves.
- Exposure to fluctuating and/or extreme temperatures on rare occasions.

**Physical Requirements:**

- Frequently stationary for 6-8 hours per day.
- Repetitive hand movement of both hands with the ability to make fast, simple, repeated movements of the fingers, hands, and wrists.
- Moderate mobility required.
- Occasional crouching, stooping, bending and twisting of upper body and neck.
- Light to moderate lifting and carrying (or otherwise moves) objects including luggage and laptop computer with a maximum lift of 15-20 lbs.
- Ability to access and use a variety of computer software developed both in-house and off-the-shelf.
- Ability to communicate complex information and ideas so others will understand; with the ability to listen to and understand information and ideas presented through spoken words and sentences.
- Frequently interacts with others, relates sensitive information to diverse groups both internally & externally.
- Ability to apply abstract principles to solve complex conceptual issues. Requires multiple periods of intense concentration.
- Performs a wide range of complex tasks as dictated by variable demands and changing conditions with little predictability as to the occurrence. Ability to perform under stress. Ability to multi-task.
- Regular and consistent attendance.

**Percent Billable:**

80% - 100%

| Created by / last revised by (Manager Name): | Various Lab Leaders | Title: | VP Labs |
|---|---|---|---|
| Compensation Review By: | Compensation Team | Title: | Compensation Team |
| Last Revision Date: | July 2014 | | |

*This document is intended to describe the general nature and level of work being performed by this job. This document is not intended to be construed as an exhaustive list of all responsibilities, duties and skills required. Individual responsibilities will be defined by your leadership team and will vary based on business needs.*

PPD_MENNINGER 001155



# Executive Director, Labs

# Job Description Addendum

| | |
|---|---|
| **Job Code:** | LB020 |
| **Specific Job /Working Title:** | ED, Labs |

The purpose of this Addendum is to provide further detail for a specific job / working title in addition to the language contained on the approved Job Description.

**Additional / Specific Job Responsibilities:**

- Serve as Laboratory Director for New York State accreditation
- Spend 70% of time on-site and be available 30% via telephone and/or computer as needed

**Additional / Specific Education / Experience:**

- Must have and maintain New York State Certificate Of Qualification (COQ) in all the testing areas listed in the laboratory's New York State Certification
- For the areas not covered by the personal Certificate of Qualification, arrange service from an outside consultant who has New York State Certificate of Qualification in that area.

| Last Revised By: | Lia Sheppard | Title: | Compensation Analyst |
|---|---|---|---|
| HR Review By: | Chad St. John | Title: | Sr. HR Manager |
| Last Revision Date: | July 2013 | | |

PPD_MENNINGER 001156

Message

| | |
|---|---|
| **From**: | Chad St. John [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=0D19504E2FF4481CBFAF08FAD5E3C25A-CHAD ST. JO] |
| **Sent**: | 2/14/2018 12:08:09 PM |
| **To**: | Deborah Ballweg [deborah.ballweg@ppdi.com] |
| **CC**: | Jerry Williams [jerry.williams@ppdi.com] |
| **Subject**: | FW: reasonable accommodation request form |
| **Attachments**: | Menninger- accomodations .docx |

Deb,

FYI...  We can now explore if the recommended accommodations by her physician are reasonable for the business.

Regards,
Chad

**Chad D. St. John**
*Associate Director, Human Resources*
**PPD Central Labs**
**2 Tesseneer Drive**
**Highland Heights, KY 41076**
**e-mail:  Chad.St.John@ppdi.com**
**Office #:  +1 859 815 6288**
**Cell #:  +1 513 703 3380**
**Fax #:  +1 859 486 0958**
**Website:  www.ppdi.com**
**Careers Website:  www.ppdi.com/careers**

**From:** Marianna Kessimian [mailto:drkessimian@hartselleandassociates.com]
**Sent:** Wednesday, February 14, 2018 10:33 AM
**To:** Chad St. John <Chad.St.John@ppdi.com>
**Subject:** reasonable accommodation request form

This email originated outside PPD. Please use caution before clicking links.

Chad,

I have attached a document providing psychoeducation on social anxiety disorder as well as recommended reasonable accommodations for Lisa.

Please email me a confirmation that you have received and reviewed this email and its attachments.

Best,

Marianna Kessimian, MD

PPD_MENNINGER 001163

MARIANNA KESSIMIAN, MD
HARTSELLE & ASSOCIATES
10 ELMGROVE AVE
PROVIDENCE, RI 02906
PH: 401-267-8850  FAX: 888-975-3157
DRKESSIMIAN@HARTSELLEANDASSOCIATES.COM

Psychoeducation regarding disability and accommodation requests

Social Anxiety Disorder: Lisa's difficulty with socializing and public speaking is not a manifestation of shyness.  Social anxiety disorder is a neurobehavioral disorder with biological and genetic risk factors that lead to  physical, behavioral and cognitive symptoms which are pernicious and chronic in nature.

In the past, Lisa endured these work events and presentations with intense discomfort and with the use of a sedative. The sedative did help take the edge off, but it also came with side effects, including  impaired attention, concentration, short term memory deficits , lethargy and an extended length of time to return to her cognitive baseline to complete the more analytical and medical facets of her work .

 It is also important to note that the weeks leading to the expected speaking engagement/ social event resulted in insomnia, panic symptoms, GI discomfort, and weight loss.

A concrete way of thinking of this disability is that her brain and body are not able to tolerate public speaking engagements/ socializing ,  and it is as if her vocal cords and brain become paralyzed while her blood pressure, heart rate and breathing all increase and it is for all of the above reasons that I am recommended the following reasonable accommodations.

Below are reasonable accommodations for Lisa so she can continue to be a productive and healthy member of your team.

1.      SLT Presentations, Town Hall, COO/EVP meeting:

        Attendees/Audience: Up to 500 employees

        Frequency: Bi-weekly, monthly and/or quarterly

        Reasonable accommodation- responsible for  all slides/handouts/ presentation material  with necessary information but will require a reader to present to the group, or  can pre record the audio / video and it can be played at the meeting

available for questions via email after the meeting.

2.  Client Bid Defense, Issue resolution calls, HH/Client site meetings, phone
    Frequency: Once a month at a minimum for client

    Attendees/Audience: Up to 50 attendees-

    Reasonable accommodations – available via email/ text/ remote video conferencing for a representative of the client, 1-2 person audience  maximum .   If it is a site meeting, surrogate or reader with all necessary information / real time access to me will be available

3. Client site meetings –

Reasonable accommodation- would like a surrogate to attend, but will be responsible for all problem solving/ ideas for resolution if emailed/ communicated to me a few days before anticipated visit

4. Technical Sales presentation internal and external (i.e. internal Sales meeting), HH/Client site meetings, phone:

Reasonable Accommodation: excused from sales presentations but again will provide any necessary data information for the reader/ surrogate to have at their disposal
Frequency: Monthly, Quarterly, as needed

Attendees/Audience: Potentially up to 100 attendees

5. For customer visits, Lunch/dinner and social interactions may occur (expected 60-80% of the time) in order to build business relationships.  - surrogate, as this is not her strength/ skill set and her disability will flare with significant impairment .  She is able to build business relationship in a more " behind the scenes"  fashion and would like  brainstorm other potential avenues where she can add value as she does understand this is an important part of the business.

6. Travels: Up to 30%- Reasonable Accommodation- When possible traveling to the Brussels site vs stateside.

Thank you for reviewing the above requested accommodations.  I am available for further discussion.


Best,



Marianna Kessimian, MD

PPD_MENNINGER 001165

PPD_MENNINGER 001166

| | |
|---|---|
| **From**: | Chad St. John [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=0D19504E2FF4481CBFAF08FAD5E3C25A-CHAD ST. JO] |
| **Sent**: | 2/26/2018 3:22:52 PM |
| **To**: | Lisa Menninger [lisa.menninger@ppdi.com] |
| **CC**: | Hacene Mekerri [hacene.mekerri@ppdi.com]; Chad St. John [chad.st.john@ppdi.com] |
| **Subject**: | Confidential - Reasonable Accommodations - Lisa Menninger |
| **Attachments**: | Menninger- accomodations_.docx |

Lisa,

Hacene has confirmed that he is ok to accommodate points 1 and 5.  Points 2, 3, 4 below are critical for your level and for the growth of the business.  Hacene is happy to discuss further of course to make sure this is understood.

Regards,
Chad

 **Summary:**

1.  SLT Presentations, Town Hall, COO/EVP meeting:
*The accommodated expectation will now be to include a designee.

2. Client Bid Defense, Issue resolution calls, HH/Client site meetings, phone:
-The expectation is for Lisa to participate in Client Bid Defense, Issue resolution calls, HH/Client site meetings, phone is critical for the business.

3.  Technical Sales presentation internal and external (i.e. internal Sales meeting), HH/Client site meetings, phone:
-Lisa's participation as the Central Lab's technical leader is imperative in gaining perspective clients trust to obtain new business

4. For customer visits, Lunch/dinner and social interactions may occur (expected 60-80% of the time) in order to build business relationships:
-Lisa's participation as the Central Lab's technical leader is imperative in gaining perspective clients trust to obtain new business.

5.  Travels: Up to 30%:
*The accommodated expectation will now be up to 15%.

---

1. **Hacene's Email Details:**

- SLT Presentations, Town Hall, COO/EVP meeting:
  - Attendees/Audience: Up to 500 employees
  - Frequency: Bi-weekly, monthly and/or quarterly

PPD_MENNINGER 001167

**Lisa's Physician's Email Details:**
- SLT Presentations, Town Hall, COO/EVP meeting:
    - Attendees/Audience: Up to 500 employees
    - Frequency: Bi-weekly, monthly and/or quarterly
    - Reasonable accommodation- responsible for all slides/handouts/ presentation material with necessary information but will require a reader to present to the group, or can pre record the audio / video and it can be played at the meeting
    - available for questions via email after the meeting.
    - 

**2. Hacene's Email Details:**
- Client Bid Defense, Issue resolution calls, HH/Client site meetings, phone:
    - Frequency: Once a month at a minimum for client
    - Attendees/Audience: Up to 50 attendees

**Lisa's Physician's Email Details:**

   2. Client Bid Defense, Issue resolution calls, HH/Client site meetings, phone

- Frequency: Once a month at a minimum for client
- Attendees/Audience: Up to 50 attendees-
- Reasonable accommodations – available via email/ text/ remote video conferencing for a representative of the client, 1-2 person audience maximum . If it is a site meeting, surrogate or reader with all necessary information / real time access to me will be available
- Client site meetings –
- Reasonable accommodation- would like a surrogate to attend, but will be responsible for all problem solving/ ideas for resolution if emailed/ communicated to me a few days before anticipated visit
- 

**3. Hacene's Email Details:**
- Technical Sales presentation internal and external (i.e. internal Sales meeting), HH/Client site meetings, phone:
    - Frequency: Monthly, Quarterly, as needed
    - Attendees/Audience: Potentially up to 100 attendees

   **Lisa's Physician's Email Details:**

- Technical Sales presentation internal and external (i.e. internal Sales meeting), HH/Client site meetings, phone:
- Reasonable Accommodation: excused from sales presentations but again will provide any necessary data information for the reader/ surrogate to have at their disposal Frequency: Monthly, Quarterly, as needed
    - Attendees/Audience: Potentially up to 100 attendees
    - 

**4. Hacene's Email Details:**

PPD_MENNINGER 001168

- For customer visits, Lunch/dinner and social interactions may occur (expected 60-80% of the time) in order to build business relationships.

Lisa's Physician's Email Details:

- For customer visits, Lunch/dinner and social interactions may occur (expected 60-80% of the time) in order to build business relationships.  - surrogate, as this is not her strength/skill set and her disability will flare with significant impairment .  She is able to build business relationship in a more " behind the scenes" fashion and would like brainstorm other potential avenues where she can add value as she does understand this is an important part of the business.

-

5. **Hacene's Email Details:**
   - Travels: Up to 30%

   Lisa's Physician's Email Details:

   - Travels: Up to 30%- Reasonable Accommodation- When possible traveling to the Brussels site vs stateside.

**Chad D. St. John**
*Associate Director, Human Resources*
**PPD Central Labs**
**2 Tesseneer Drive**
**Highland Heights, KY 41076**
e-mail:  **Chad.St.John@ppdi.com**
**Office #:  +1 859 815 6288**
**Cell #:  +1 513 703 3380**
**Fax #:  +1 859 486 0958**
Website:  **www.ppdi.com**
**Careers Website:  www.ppdi.com/careers**

PPD_MENNINGER 001169

**Marianna Kessimian, MD**
**Hartselle & Associates**
**10 Elmgrove Ave**
**Providence, RI 02906**
**Ph: 401-267-8850  Fax: 888-975-3157**
**drkessimian@hartselleandassociates.com**

Psychoeducation regarding disability and accommodation requests

Social Anxiety Disorder: Lisa's difficulty with socializing and public speaking is not a manifestation of shyness.  Social anxiety disorder is a neurobehavioral disorder with biological and genetic risk factors that lead to  physical, behavioral and cognitive symptoms which are pernicious and chronic in nature.

In the past, Lisa endured these work events and presentations with intense discomfort and with the use of a sedative. The sedative did help take the edge off, but it also came with side effects, including  impaired attention, concentration, short term memory deficits , lethargy and an extended length of time to return to her cognitive baseline to complete the more analytical and medical facets of her work .

 It is also important to note that the weeks leading to the expected speaking engagement/ social event resulted in insomnia, panic symptoms, GI discomfort, and weight loss.

A concrete way of thinking of this disability is that her brain and body are not able to tolerate public speaking engagements/ socializing ,  and it is as if her vocal cords and brain become paralyzed while her blood pressure, heart rate and breathing all increase and it is for all of the above reasons that I am recommended the following reasonable accommodations.

Below are reasonable accommodations for Lisa so she can continue to be a productive and healthy member of your team.

1.      SLT Presentations, Town Hall, COO/EVP meeting:

        Attendees/Audience: Up to 500 employees

        Frequency: Bi-weekly, monthly and/or quarterly

        Reasonable accommodation- responsible for  all slides/handouts/ presentation material  with necessary information but will require a reader to present to the group, or  can pre record the audio / video and it can be played at the meeting

**JA2822**

available for questions via email after the meeting.

2.  Client Bid Defense, Issue resolution calls, HH/Client site meetings, phone
    Frequency: Once a month at a minimum for client

    Attendees/Audience: Up to 50 attendees-

    Reasonable accommodations – available via email/ text/ remote video
    conferencing for a representative of the client, 1-2 person audience  maximum .   If it
    is a site meeting, surrogate or reader with all necessary information / real time access
    to me will be available

3. Client site meetings –

Reasonable accommodation- would like a surrogate to attend, but will be responsible
for all problem solving/ ideas for resolution if emailed/ communicated to me a few
days before anticipated visit

4. Technical Sales presentation internal and external (i.e. internal Sales meeting),
HH/Client site meetings, phone:

Reasonable Accommodation: excused from sales presentations but again will provide
any necessary data information for the reader/ surrogate to have at their disposal
Frequency: Monthly, Quarterly, as needed

Attendees/Audience: Potentially up to 100 attendees

5. For customer visits, Lunch/dinner and social interactions may occur (expected 60-
80% of the time) in order to build business relationships.  - surrogate, as this is not
her strength/ skill set and her disability will flare with significant impairment .  She is
able to build business relationship in a more " behind the scenes" fashion and would
like  brainstorm other potential avenues where she can add value as she does
understand this is an important part of the business.

6. Travels: Up to 30%- Reasonable Accommodation- When possible traveling to the
Brussels site vs stateside.

Thank you for reviewing the above requested accommodations.  I am available for further
discussion.


Best,



Marianna Kessimian, MD

PPD_MENNINGER 001171

PPD_MENNINGER 001172

| Message | |
|---|---|
| **From**: | Chad St. John [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=0D19504E2FF4481CBFAF08FAD5E3C25A-CHAD ST. JO] |
| **Sent**: | 2/28/2018 11:33:12 AM |
| **To**: | Deborah Ballweg [deborah.ballweg@ppdi.com] |
| **CC**: | Jerry Williams [jerry.williams@ppdi.com] |
| **Subject**: | Update: CL licensure Grid & LM Accommodations |
| **Attachments**: | CL - Lab Director Permit Overview - 28Feb2018.xlsx |

Deb,

Attached is the license coverage grid that I mentioned to you yesterday.  Kathy Dick developed the document and I have refined it a bit.

**Candidate Overview:**
-Patrick Mann – MD – Patrick is on-site for his interview today.  He is a pathologist and would be primarily focused on AP since he can read slides.  We would also potentially be able to utilize him for coverage in other lab areas specified in the grid after 6 months of experience.
-Alex Ryder – MD – We met with Alex on-site last week.  The interview went well and all interviewers were supportive of proceeding with an offer.  He could potentially cover all areas that Lisa covers now with 6 months of experience after starting with us.  He cannot join us until May of 2018.
-Michael Wang – MD -  We met with Michael on-site last week.  The interview went just fine but he didn't blow anyone away but reached the bar for all interviewers to come to a hiring consensus.  We shall see how he compared to Patrick since Michael is also pathologist and would be primarily focused on AP since he can read slides.  We would also potentially be able to utilize him for coverage in other lab areas specified in the grid.
**Bottom line:**  We most likely will proceed with an offering to Alex.  We are also hoping the meeting with Michael go well today.

**Notes:**
**-Note 1:**  We haven't found someone yet who can coverall all benches.  Kathy Dick has listed "potentially" in the grid since CAP CLIA and NY State make the call when reviewing the background but she is optimistic that the backgrounds would be positively viewed by the licensure bodies.
**-Note 2:**  Miriam has shared with Hacene that she doesn't not want to coverage anything additional for us so she is not an option to cover gaps.

All of this is good contextual information as work with delicately working Lisa out since we need to have her for coverage until someone else is in the seat and ready and eligible for taking on the various licensures.  Hacene and meeting with her today since we recently sent her the details of what we can provide as a reasonable accommodation (Gave only slightly on two out of five items that her physician requested)

I will continue to keep you and Jerry posted.

Regards,
Chad

**Accommodations summary:**

1.  SLT Presentations, Town Hall, COO/EVP meeting:
*The accommodated expectation will now be to include a designee.

2. Client Bid Defense, Issue resolution calls, HH/Client site meetings, phone:
-The expectation is for Lisa to participate in Client Bid Defense, Issue resolution calls, HH/Client site meetings, phone is critical for the business.

3.  Technical Sales presentation internal and external (i.e. internal Sales meeting), HH/Client site meetings, phone:
-Lisa's participation as the Central Lab's technical leader is imperative in gaining perspective clients trust to obtain new business

4. For customer visits, Lunch/dinner and social interactions may occur (expected 60-80% of the time) in order to build business relationships:
-Lisa's participation as the Central Lab's technical leader is imperative in gaining perspective clients trust to obtain new business.

5.  Travels: Up to 30%:
*The accommodated expectation will now be up to 15%.


Chad D. St. John
*Associate Director, Human Resources*
**PPD Central Labs**
**2 Tesseneer Drive**
**Highland Heights, KY 41076**
**e-mail:  Chad.St.John@ppdi.com**
**Office #:  +1 859 815 6288**
**Cell #:  +1 513 703 3380**
**Fax #:  +1 859 486 0958**
**Website:  www.ppdi.com**
**Careers Website:  www.ppdi.com/careers**

CONFIDENTIAL

PPD_MENNINGER 001178

**File Produced in Native Format**

CONFIDENTIAL
PPD_MENNINGER 001179

| Director -or- Candidate | KY Medical License | CAP | CLIA | NYS Current Lab Permit | | | | | Categories to add | | | | | Availability |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Clinical Chemistry | Diagnostic Immunology-Serology | Endocrinology | Hematology-Cellular | Coagulation | Microbiology | Cytopathology | Histopoathology | Cellular Immunology | Oncology-Molecular and Soluble Tumor Markers | |
| Lisa Menninger-MD | Yes | Yes | Yes | Has CQ | Has CQ | Has CQ | Has CQ | Has CQ | Has CQ | Not Eligible for CQ | Not Eligible for CQ | Not Eligible for CQ | Not Eligible for CQ | N/A |
| Poluru Reddy-PhD | N/A | Yes | Yes | Board Eligible-Jul18 | Probable Eligibility | Board Eligible-Jul18 | Unknown Eligibility | Unknown Eligibility | Unknown Eligibility | Not Eligible for CQ | Not Eligible for CQ | Probable Eligibility | Has CQ | N/A |
| Miriam Bloch-MD | Yes | Yes | Yes | Has CQ | Has CQ | Has CQ | Has CQ | Has CQ | Unknown Eligibility | Has CQ | Has CQ | Unknown Eligibility | Unknown Eligibility | N/A |
| Patrick Mann-MD | Required to obtain | Yes | Yes | Probable Eligibility | Probable Eligibility | Probable Eligibility | Needs 6 mos exp | Needs 6 mos exp | Unknown Eligibility | Probable Eligibility | Probable Eligibility | Unknown Eligibility | Unknown Eligibility | Will confirm - 28Feb2018 |
| Alex Ryder-MD | Required to obtain | Yes | Yes | Probable Eligibility | Probable Eligibility | Probable Eligibility | Needs 6 mos exp | Needs 6 mos exp | Unknown Eligibility | Not Eligible for CQ | Not Eligible for CQ | Unknown Eligibility | Unknown Eligibility | May-18 |
| Michael Wang-MD | Required to obtain | Yes | Yes | Probable Eligibility | Probable Eligibility | Probable Eligibility | Has CQ | Has CQ | Unknown Eligibility | Probable Eligibility | Probable Eligibility | Has CQ | Has CQ | Available after reasonable notice period |

| Message | |
| --- | --- |
| **From**: | Chad St. John [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=0D19504E2FF4481CBFAF08FAD5E3C25A-CHAD ST. JO] |
| **Sent**: | 2/26/2018 12:41:26 PM |
| **To**: | Deborah Ballweg [deborah.ballweg@ppdi.com] |
| **Subject**: | RE: DRAFT: Reasonable Accommodations - Lisa Menninger |

Thanks Deb.  I will keep you posted.

Regards,
Chad

**Chad D. St. John**
*Associate Director, Human Resources*
**PPD Central Labs**
**2 Tesseneer Drive**
**Highland Heights, KY 41076**
**e-mail:  Chad.St.John@ppdi.com**
**Office #:  +1 859 815 6288**
**Cell #:  +1 513 703 3380**
**Fax #:  +1 859 486 0958**
**Website:  www.ppdi.com**
**Careers Website:  www.ppdi.com/careers**

**From:** Deborah Ballweg
**Sent:** Monday, February 26, 2018 12:18 PM
**To:** Chad St. John <Chad.St.John@ppdi.com>
**Subject:** RE: DRAFT: Reasonable Accommodations - Lisa Menninger

Thanks, Chad.  I'm good with the draft.

Deb

**From:** Chad St. John
**Sent:** Friday, February 23, 2018 9:47 AM
**To:** Deborah Ballweg <Deborah.Ballweg@ppdi.com>
**Subject:** FW: DRAFT: Reasonable Accommodations - Lisa Menninger

Deb,

Please let me know you your thoughts on this draft so that we can send a final version to Lisa soon.

Regards,
Chad

**Chad D. St. John**
*Associate Director, Human Resources*
**PPD Central Labs**
**2 Tesseneer Drive**
**Highland Heights, KY 41076**
**e-mail:  Chad.St.John@ppdi.com**
**Office #:  +1 859 815 6288**

**Cell #:  +1 513 703 3380**
**Fax #:  +1 859 486 0958**
**Website:  www.ppdi.com**
**Careers Website:  www.ppdi.com/careers**

---

**From:** Hacene Mekerri
**Sent:** Friday, February 23, 2018 10:31 AM
**To:** Chad St. John <Chad.St.John@ppdi.com>
**Subject:** FW: DRAFT: Reasonable Accommodations - Lisa Menninger

Hi Chad,

Thanks for providing the draft. As discussed, I am ok to accommodate points 1 and 5. Points 2, 3, 4 below are critical for her level and for the growth of the business.
I am happy to discuss further with Lisa of course to make sure this is understood.


1.  SLT Presentations, Town Hall, COO/EVP meeting:
*The accommodated expectation will now be to include a designee.

2. Client Bid Defense, Issue resolution calls, HH/Client site meetings, phone:
The expectation is for Lisa to participate in Client Bid Defense, Issue resolution calls, HH/Client site meetings, phone is critical for the business.

3.  Technical Sales presentation internal and external (i.e. internal Sales meeting), HH/Client site meetings, phone:
Lisa's participation as the Central Lab's technical leader is imperative in gaining perspective clients trust to obtain new business

4. For customer visits, Lunch/dinner and social interactions may occur (expected 60-80% of the time) in order to build business relationships:
Lisa's participation as the Central Lab's technical leader is imperative in gaining perspective clients trust to obtain new business.

5.  Travels: Up to 30%:
*The accommodated expectation will now be up to 15%.


---

**From:** Chad St. John
**Sent:** Friday, February 23, 2018 10:10 AM
**To:** Hacene Mekerri <Hacene.Mekerri@ppdi.com>
**Cc:** Chad St. John <Chad.St.John@ppdi.com>
**Subject:** DRAFT: Reasonable Accommodations - Lisa Menninger

Hacene,

I have drafted a response for you to review and tweak, as needed.  I would need to further understand you wishes since I am interpreting some our previous conversations on the topic.  Please let me know your thoughts.

PPD_MENNINGER 001202

Regards,
Chad

_____

**1. Hacene's Email Details:**

- SLT Presentations, Town Hall, COO/EVP meeting:
    - Attendees/Audience: Up to 500 employees
    - Frequency: Bi-weekly, monthly and/or quarterly

Lisa's Physician's Email Details:
- SLT Presentations, Town Hall, COO/EVP meeting:
    - Attendees/Audience: Up to 500 employees
    - Frequency: Bi-weekly, monthly and/or quarterly
    - Reasonable accommodation- responsible for all slides/handouts/ presentation material with necessary information but will require a reader to present to the group, or can pre record the audio / video and it can be played at the meeting
    - available for questions via email after the meeting.
    - 

**2. Hacene's Email Details:**

- Client Bid Defense, Issue resolution calls, HH/Client site meetings, phone:
    - Frequency: Once a month at a minimum for client
    - Attendees/Audience: Up to 50 attendees

Lisa's Physician's Email Details:

2. Client Bid Defense, Issue resolution calls, HH/Client site meetings, phone
    - Frequency: Once a month at a minimum for client
    - Attendees/Audience: Up to 50 attendees-
    - Reasonable accommodations – available via email/ text/ remote video conferencing for a representative of the client, 1-2 person audience maximum . If it is a site meeting, surrogate or reader with all necessary information / real time access to me will be available
- Client site meetings –
- Reasonable accommodation- would like a surrogate to attend, but will be responsible for all problem solving/ ideas for resolution if emailed/ communicated to me a few days before anticipated visit
- 

**3. Hacene's Email Details:**

- Technical Sales presentation internal and external (i.e. internal Sales meeting), HH/Client site meetings, phone:
    - Frequency: Monthly, Quarterly, as needed

**JA2831**

    o  Attendees/Audience: Potentially up to 100 attendees

**Lisa's Physician's Email Details:**

- Technical Sales presentation internal and external (i.e. internal Sales meeting), HH/Client site meetings, phone:
- Reasonable Accommodation: excused from sales presentations but again will provide any necessary data information for the reader/ surrogate to have at their disposal Frequency: Monthly, Quarterly, as needed
  - Attendees/Audience: Potentially up to 100 attendees
  -

**4. Hacene's Email Details:**

- For customer visits, Lunch/dinner and social interactions may occur (expected 60-80% of the time) in order to build business relationships.

**Lisa's Physician's Email Details:**

- For customer visits, Lunch/dinner and social interactions may occur (expected 60-80% of the time) in order to build business relationships. - surrogate, as this is not her strength/ skill set and her disability will flare with significant impairment . She is able to build business relationship in a more " behind the scenes" fashion and would like brainstorm other potential avenues where she can add value as she does understand this is an important part of the business.
-

**5. Hacene's Email Details:**

- Travels: Up to 30%

**Lisa's Physician's Email Details:**

- Travels: Up to 30%- Reasonable Accommodation- When possible traveling to the Brussels site vs stateside.

**Chad D. St. John**
*Associate Director, Human Resources*
**PPD Central Labs**
**2 Tesseneer Drive**
**Highland Heights, KY 41076**
**e-mail:  Chad.St.John@ppdi.com**
**Office #:  +1 859 815 6288**
**Cell #:  +1 513 703 3380**
**Fax #:  +1 859 486 0958**
**Website:  www.ppdi.com**
**Careers Website:  www.ppdi.com/careers**

| Message | |
|---|---|
| **From**: | Chad St. John [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=0D19504E2FF4481CBFAF08FAD5E3C25A-CHAD ST. JO] |
| **Sent**: | 2/5/2018 11:24:14 AM |
| **To**: | Hacene Mekerri [hacene.mekerri@ppdi.com] |
| **Subject**: | FW: Our call |

Hacene,

Please provide some documented clarity around your expectations for the role that Lisa is in since it wasn't completely clear to her.  Please be specific bucketing any new duties and existing duties that may have an increase beyond previous levels expected in the role as the CL business continues to grow.  We need clarity to obtain specific parameters from her physician within the buckets causing her concern (public speaking & social interaction).  This will give us a clearer picture in reviewing reasonable accommodation.

Regards,
Chad

Chad D. St. John
Associate Director, Human Resources
PPD Central Labs
2 Tesseneer Drive
Highland Heights, KY 41076
e-mail:  Chad.St.John@ppdi.com
Office #:  +1 859 815 6288
Cell #:  +1 513 703 3380
Fax #:  +1 859 486 0958
Website:  www.ppdi.com
Careers Website:  www.ppdi.com/careers

-----Original Message-----
From: Chad St. John
Sent: Monday, February 05, 2018 11:06 AM
To: Lisa Menninger <Lisa.Menninger@ppdi.com>
Subject: RE: Our call

Lisa,

I will ask that Hacene follow-up as soon as possible to provide documented clarification for you and I regarding the role expectations as the business continue to grow.  It will be important to understand all of the specific duties within your current role that are consistent with the areas of concern identified by your physician (public speaking & social interaction).

It is important for us to understand the specific limits that you can tolerate when performing duties consistent with public speaking and social interaction beyond previous levels.

Regards,
Chad

Chad D. St. John
Associate Director, Human Resources
PPD Central Labs
2 Tesseneer Drive
Highland Heights, KY 41076
e-mail:  Chad.St.John@ppdi.com
Office #:  +1 859 815 6288
Cell #:  +1 513 703 3380
Fax #:  +1 859 486 0958
Website:  www.ppdi.com
Careers Website:  www.ppdi.com/careers

-----Original Message-----
From: Lisa Menninger
Sent: Sunday, February 04, 2018 12:45 PM
To: Chad St. John <Chad.St.John@ppdi.com>
Subject: RE: Our call

Hi Chad,

Hacene and I had a general discussion concerning changes that he's considering to make my role "more visible." He didn't get into specifics, but suggested that this might include increased client visits/social interactions and presentations (internal and external). That's what prompted my initial email to him regarding my disability. We were supposed to have a follow-up conversation to discuss specifics, and I wanted him to understand my situation so that we could try to figure this out together. That conversation still hasn't happened, so I can't provide you much additional detail at this point.

Can you clarify what additional information you need from my doctor? I don't think she'll understand what you mean by "specific limits or maximum percentage related to the specific expected duties." Please let me know and I'll try to get you a response as quickly as possible.

Thanks,
Lisa

Lisa A. Menninger, M.D., DABP, FCAP, FASCP Executive Director Lab, Global Central Labs, PPD
Lisa.Menninger@ppdi.com
+ 1 (859) 462-2747 Mobile

-----Original Message-----
From: Chad St. John
Sent: Friday, February 02, 2018 12:02 PM
To: Lisa Menninger <Lisa.Menninger@ppdi.com>
Subject: RE: Our call

Lisa,

I hope your Friday is going well.

I need your assistance as we continue the dialog around exploring reasonable accommodation.  What are the specific expectations that Hacene shared with you for 2018 that you believe that you cannot or limitedly perform?

Your physician only indicates that the public speaking and social interaction be "Minimized".  To the extent that public speaking and social interaction is "deemed necessary" and that a plan be developed with your physician.

I would like to understand from your physicians perspective in-writing the specific limits or maximum percentage related to the specific expected duties.  Public speaking and social interactions were the only items specified in your physicians paperwork.

This information will be critical in the evaluation of how much of your role would be impacted and if any reasonable accommodation can be offered.

Regards,
Chad

Chad D. St. John
Associate Director, Human Resources
PPD Central Labs
2 Tesseneer Drive
Highland Heights, KY 41076
e-mail:  Chad.St.John@ppdi.com
Office #:  +1 859 815 6288
Cell #:  +1 513 703 3380
Fax #:  +1 859 486 0958
Website:  www.ppdi.com
Careers Website:  www.ppdi.com/careers

-----Original Message-----
From: Lisa Menninger
Sent: Wednesday, January 31, 2018 4:26 PM
To: Chad St. John <Chad.St.John@ppdi.com>
Subject: RE: Our call

Thanks Chad.

Lisa A. Menninger, M.D., DABP, FCAP, FASCP Executive Director Lab, Global Central Labs, PPD
Lisa.Menninger@ppdi.com
+ 1 (859) 462-2747 Mobile

PPD_MENNINGER 001228

-----Original Message-----
From: Chad St. John
Sent: Wednesday, January 31, 2018 4:25 PM
To: Lisa Menninger <Lisa.Menninger@ppdi.com>
Subject: RE: Our call

Thanks Lisa.  I received it.  I will move it forward while keeping all information confidential and will
get back to you as soon as possible.

Regards,
Chad

Chad D. St. John
Associate Director, Human Resources
PPD Central Labs
2 Tesseneer Drive
Highland Heights, KY 41076
e-mail:  Chad.St.John@ppdi.com
Office #:  +1 859 815 6288
Cell #:  +1 513 703 3380
Fax #:  +1 859 486 0958
Website:  www.ppdi.com
Careers Website:  www.ppdi.com/careers
-----Original Message-----
From: Lisa Menninger
Sent: Wednesday, January 31, 2018 1:26 PM
To: Chad St. John <Chad.St.John@ppdi.com>
Subject: RE: Our call

Hi Chad,

Please see attached the requested form regarding my medical condition. My physician should be sending her
form to you today as well.

Thanks,
Lisa

Lisa A. Menninger, M.D., DABP, FCAP, FASCP Executive Director Lab, Global Central Labs, PPD
Lisa.Menninger@ppdi.com
+ 1 (859) 462-2747 Mobile

-----Original Message-----
From: Chad St. John
Sent: Tuesday, January 16, 2018 2:29 PM
To: Lisa Menninger <Lisa.Menninger@ppdi.com>
Subject: RE: Our call

Ok.  Thanks Lisa.

-Chad

Chad D. St. John
Associate Director, Human Resources
PPD Central Labs
2 Tesseneer Drive
Highland Heights, KY 41076
e-mail:  Chad.St.John@ppdi.com
Office #:  +1 859 815 6288
Cell #:  +1 513 703 3380
Fax #:  +1 859 486 0958
Website:  www.ppdi.com
Careers Website:  www.ppdi.com/careers
-----Original Message-----
From: Lisa Menninger
Sent: Tuesday, January 16, 2018 10:52 AM
To: Chad St. John <Chad.St.John@ppdi.com>
Subject: RE: Our call

Thank you Chad. I'll review and let you know if I have any questions.

PPD_MENNINGER 001229

Lisa

Lisa A. Menninger, M.D., DABP, FCAP, FASCP Executive Director Lab, Global Central Labs, PPD
Lisa.Menninger@ppdi.com
+ 1 (859) 462-2747 Mobile


-----Original Message-----
From: Chad St. John
Sent: Monday, January 15, 2018 5:21 PM
To: Lisa Menninger <Lisa.Menninger@ppdi.com>
Subject: RE: Our call

Lisa,

I spoke with Hacene.  I fully appreciate the sensitivity in the information that you have disclosed.
Last Thursday (11Jan2018) you informed Hacene, of your limitation and eluded to a need for an
accommodation to be able to perform the essential functions of your job.

PPD complies with the Americans with Disabilities Act Amendments Act (ADAAA), and wants to support you in
continuing to perform your job duties.  This process is interactive and we are looking forward to talking
with you about your specific needs.

PPD has a formal process that will allow us to identify or substantiate your disability, limitations, and
effective accommodations. To start this process, we have 2 forms that are needed and are attached:
1)      Request for Accommodation Form (to be completed by you)
2)      Physician's Statement for Accommodation Form
-This form should be completed by your physician:  Please take your job description (attached) to your
medical provider and review how your medical condition may affect your job functions.
-This form includes information from your physician regarding what major life activities are limited and
offers suggestions, if any, for the type of accommodation(s) that will assist you with being able to
perform your essential job functions.
-Please be assured your medical information will remain confidential.

Please return the Request for Accommodation and Physician's Statement form back to me within 15 days.
If the forms are not returned during this timeframe, then your request will expire.  However, it can be
reopened when the required documentation is submitted.

You will not need to CC your manager on your submission of the documents and it would be helpful from
this point forward if you can direct any health information to me only.  I want to ensure your
information is kept confidential and shared only on a need to know basis.

Once you get your information to me, I will set up a meeting for us to discuss it so I can fully
understand your specific needs.

I have also included EAP information.  I can certainly share FMLA & STD information if you need to pursue
those avenues.  Please let me know if you have any questions.  We can connect in more detail once the
attached documents are completed and returned to me.

All of this information will remain confidential as we work through this together.

Regards,
Chad

Chad D. St. John
Associate Director, Human Resources
PPD Central Labs
2 Tesseneer Drive
Highland Heights, KY 41076
e-mail:  Chad.St.John@ppdi.com
Office #:  +1 859 815 6288
Cell #:  +1 513 703 3380
Fax #:  +1 859 486 0958
Website:  www.ppdi.com
Careers Website:  www.ppdi.com/careers
-----Original Message-----
From: Lisa Menninger
Sent: Monday, January 15, 2018 4:22 PM
To: Chad St. John <Chad.St.John@ppdi.com>
Subject: RE: Our call


Hi Chad,

PPD_MENNINGER 001230

I'm not sure how much Hacene disclosed to you about my medical condition, but I wanted to follow up to see what you need from an HR perspective.

Thanks,
Lisa

Lisa A. Menninger, M.D., DABP, FCAP, FASCP Executive Director Lab, Global Central Labs, PPD
Lisa.Menninger@ppdi.com
+ 1 (859) 462-2747 Mobile

-----Original Message-----
From: Lisa Menninger
Sent: Monday, January 15, 2018 4:12 PM
To: Hacene Mekerri <Hacene.Mekerri@ppdi.com>
Cc: Chad St. John <Chad.St.John@ppdi.com>
Subject: RE: Our call

Hi Hacene,

Thank you for the call today. Although it was difficult for me to disclose my condition, I'm relieved that I made you aware. I'll follow up with Chad regarding any documentation needed from an HR perspective.

Have a good trip!

Lisa

Lisa A. Menninger, M.D., DABP, FCAP, FASCP Executive Director Lab, Global Central Labs, PPD
Lisa.Menninger@ppdi.com
+ 1 (859) 462-2747 Mobile

-----Original Message-----
From: Hacene Mekerri
Sent: Monday, January 15, 2018 3:48 PM
To: Lisa Menninger <Lisa.Menninger@ppdi.com>
Cc: Chad St. John <Chad.St.John@ppdi.com>
Subject: Our call

Hi Lisa,

As discussed, could you please connect with Chad so he can assist you on the medical documents needed for the situation you described me. I made Chad aware and he will be able to assist accordingly.
Thank you and we will speak together again mid of this week.
Best regards,
Hacene

PPD_MENNINGER 001231

| Message | |
|---|---|
| **From:** | Chad St. John [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=0D19504E2FF4481CBFAF08FAD5E3C25A-CHAD ST. JO] |
| **Sent:** | 2/7/2018 12:16:05 PM |
| **To:** | Chris Fikry [chris.fikry@ppdi.com]; Hacene Mekerri [hacene.mekerri@ppdi.com] |
| **Subject:** | RE: |
| **Attachments:** | 1_1 follow up - ED role.msg |

Chris,

I am in favor of hiring Narine.

I do have a concern that Narine will push and question Lisa giving her additional anxiety and stress when it seems Lisa is currently in a delicate spot. The ball is now in Lisa and her doctors court to provide specific limitations linked with Lisa's anxiety of public speaking and social interactions. Hacene has recently provided specifics (See attached) in writing around what the business needs. These items are all constant with Lisa's job description. Once we have the reply from Lisa's doctor we can review them and determine if we want to provide any reasonable accommodation. If not, we can consider providing her a package to mover her out. We need to have some in the wings to provide CAP CLIA and NYS coverage for the CL business. Hacene and I have phone interviewed several candidates and the top candidates are being scheduled for on-site interviews.

Bottom line... The timing all of these moving parts need to be considered. We could offer Narine a position and move a start date out a bit to secure her while working on the next steps with Lisa.

Hacene,

Thoughts?

Regards,
Chad

**Chad D. St. John**
*Associate Director, Human Resources*
**PPD Central Labs**
**2 Tesseneer Drive**
**Highland Heights, KY 41076**
**e-mail: Chad.St.John@ppdi.com**
**Office #: +1 859 815 6288**
**Cell #: +1 513 703 3380**
**Fax #: +1 859 486 0958**
**Website: www.ppdi.com**
**Careers Website: www.ppdi.com/careers**

**From:** Chris Fikry
**Sent:** Wednesday, February 07, 2018 11:36 AM
**To:** Hacene Mekerri <Hacene.Mekerri@ppdi.com>; Chad St. John <Chad.St.John@ppdi.com>
**Subject:**

If we are aligned, can we move forward with an offer for Narine?

Christopher Fikry, M.D.
Executive Vice President, Global Lab Services

**PPD, Inc**
929 North Front Street
Wilmington, NC 28401
chris.fikry@ppdi.com
910 558-2175 (office)
215 432-6796 (cell)

Message

| | |
|---|---|
| **From**: | Hacene Mekerri [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=10B48A5837DB4ADD80CA03377F3EFB47-HACENE MEKE] |
| **Sent**: | 2/6/2018 5:46:39 PM |
| **To**: | Lisa Menninger [lisa.menninger@ppdi.com] |
| **CC**: | Chad St. John [chad.st.john@ppdi.com] |
| **Subject**: | 1:1 follow up - ED role |
| **Attachments**: | ED_Labs_LB020.pdf |

Hi Lisa,

It was nice discussing with you yesterday. As per our conversations, I am happy to explore potential reasonable accommodations depending the details that your physician will provide. I am listing below the specific duties within the job description along with the expectations to reach the business goals. As you already know, the percentage/scope of interactions, internal or external, is increasing in 2018 due to the needs of the business and our aggressive commercial goals.

- SLT Presentations, Town Hall, COO/EVP meeting:
    - Attendees/Audience: Up to 500 employees
    - Frequency: Bi-weekly, monthly and/or quarterly

- Client Bid Defense, Issue resolution calls, HH/Client site meetings, phone:
    - Frequency: Once a month at a minimum for client
    - Attendees/Audience: Up to 50 attendees

- Technical Sales presentation internal and external (i.e. internal Sales meeting), HH/Client site meetings, phone:
    - Frequency: Monthly, Quarterly, as needed
    - Attendees/Audience: Potentially up to 100 attendees

- For customer visits, Lunch/dinner and social interactions may occur (expected 60-80% of the time) in order to build business relationships.

- Travels: Up to 30%

Let me know if you need further details, happy to provide them and do my best to support you.

Thank you,

Hacene



# ED Labs

| | | | |
|---|---|---|---|
| **Division / Dept.:** | Labs | **Reports to Title:** | VP Labs |
| **Job Code:** | LB020 | **Job Family:** | Lab Ops |
| **Job Level:** | E1 | **FLSA Status:** | Exempt |

### Summarized Purpose:

Leads the growth of laboratory operations by integrating operational processes, business development, research & development and quality assurance functions. Sets operating standards, forecasts and establishes operating budgets. Maximizes operating profit by leveraging lab resources, space allocation, managing capital equipment, scientific instrumentation and staff management. Up to 30% travel.

### Essential Functions and Other Job Information:

| | |
|---|---|
| **Essential Functions** | • Provides operational leadership to laboratory services. Integrates operational processes, business development, research & development and quality assurance functions for optimal performance within the labs.<br>• Supports Business Development in obtaining new customers and maintaining relationships. Directs the development of new programs for revenue enhancement/cost expense reduction, including post-evaluation of new implementations for effectiveness.<br>• Performs financial reviews, establishes operating budget and develops forecasts maximizing operating profit. Provides business updates to senior leadership.<br>• Sets operational standards/goals and directs the implementation of laboratory goals and policies. Oversees resource allocation including space, capital equipment, scientific instrumentation and staff.<br>• Performs administrative responsibilities including HR functions, personnel development, facilities management, writing SOPs and PDs.<br>• Oversees the quality assurance and quality control aspects of the lab to ensure compliance with regulatory standards. |
| **Policy & Strategy** | Interprets and administers policies, processes, and procedures that may affect sections and subordinate work units. Acts as advisor to subordinate(s) to meet schedules and / or resolve technical problems.  Requires full knowledge of own area of functional responsibility. |
| **Freedom to Act** | Assignments are defined in terms of activities and objectives.  Work is reviewed upon completion for meeting timelines, adequacy, and objectives. |
| **Liaison** | Interacts frequently with internal personnel and outside representatives at various levels.  Participates and may present at meetings with internal and external representatives.  Interaction typically concerns resolution of operational and scheduling issues concerning projects and / or contractual clarifications. |



**Qualifications:**

Education and Experience:

Phd, MD or DrPh required.
Previous experience leading multi-departmental clinical or analytical laboratories and developing and executing protocols (comparable to 15+ years). Or equivalent and relevant combination of education, training, & experience that provides the knowledge, skills, and abilities to perform the job.

Advanced leadership skills to include 10+ years of management responsibility.
Expert business knowledge with comprehensive understanding of the organization and functional area(s).

*Years of experience refers to typical years of related experience needed to gain the required knowledge, skills, and abilities necessary to perform the essential functions of the job. Years of experience are not to be used as the only determining factor in establishing the job class or making employment selection decisions.*

Knowledge, Skills and Abilities:

- In-depth  knowledge of laboratory operations for pharmaceutical and biotech industries
- Proficient in analytical, bioanalytical or clinical chemistry platforms and methodologies
- In-depth knowledge of laboratory science, GxP, FDA and European regulations concerning relevant lab processes in drug development, method development, method validation, R&D, sample testing and data processing
- Excellent communication/interpersonal skills with ability to participate in business development activities, present capabilities and solutions to clients, respond to regulatory audits, prepare and present budgets/forecasts to senior management
- Expertise in budgeting, forecasting and fiscal management
- Demonstrated strategic planning skills
- In-depth global and cultural awareness
- Knowledgeable in mergers & acquisitions and integrating business units adding value to the overall portfolio
- Strong organizational agility and demonstrated drive for results
- Track record of building peer relationships and developing effective teams
- Excellent coaching and mentoring skills
- Detailed and process oriented, logical, but creative approach to problem solving
- Excellent marketing and negotiation skills

**Management Role:**

Manager role with significantly larger management scope (e.g. global or regional responsibilities or multiple departments) OR mastery of manager skills and responsibilities as demonstrated by consistent, multi-year successful performance.    In some instances may be responsible for a functional area (as determined by executive management) and not have subordinate supervisors or employees.



**Working Conditions and Environment:**

- Work is performed in an office and/or laboratory and/or clinic environment with exposure to electrical office equipment.
- Frequently drives to site locations, frequently travels within the United States, occasional international travel.
- Rare exposure to biological fluids with potential exposure to infectious organisms. Rare exposure to skin and lung irritants, radiation, toxic materials and hazardous waste.
- Personal protective equipment required in frequently such as protective eyewear, garments and gloves.
- Exposure to fluctuating and/or extreme temperatures on rare occasions.

**Physical Requirements:**

- Frequently stationary for 6-8 hours per day.
- Repetitive hand movement of both hands with the ability to make fast, simple, repeated movements of the fingers, hands, and wrists.
- Moderate mobility required.
- Occasional crouching, stooping, bending and twisting of upper body and neck.
- Light to moderate lifting and carrying (or otherwise moves) objects including luggage and laptop computer with a maximum lift of 15-20 lbs.
- Ability to access and use a variety of computer software developed both in-house and off-the-shelf.
- Ability to communicate complex information and ideas so others will understand; with the ability to listen to and understand information and ideas presented through spoken words and sentences.
- Frequently interacts with others, relates sensitive information to diverse groups both internally & externally.
- Ability to apply abstract principles to solve complex conceptual issues. Requires multiple periods of intense concentration.
- Performs a wide range of complex tasks as dictated by variable demands and changing conditions with little predictability as to the occurrence. Ability to perform under stress. Ability to multi-task.
- Regular and consistent attendance.

**Percent Billable:**

80% - 100%

| Created by / last revised by (Manager Name): | Various Lab Leaders | Title: | VP Labs |
|---|---|---|---|
| Compensation Review By: | Compensation Team | Title: | Compensation Team |
| Last Revision Date: | July 2014 | | |

*This document is intended to describe the general nature and level of work being performed by this job. This document is not intended to be construed as an exhaustive list of all responsibilities, duties and skills required. Individual responsibilities will be defined by your leadership team and will vary based on business needs.*



# Executive Director, Labs

# Job Description Addendum

| | |
|---|---|
| **Job Code:** | LB020 |
| **Specific Job /Working Title:** | ED, Labs |

The purpose of this Addendum is to provide further detail for a specific job / working title in addition to the language contained on the approved Job Description.

**Additional / Specific Job Responsibilities:**

- Serve as Laboratory Director for New York State accreditation
- Spend 70% of time on-site and be available 30% via telephone and/or computer as needed

**Additional / Specific Education / Experience:**

- Must have and maintain New York State Certificate Of Qualification (COQ) in all the testing areas listed in the laboratory's New York State Certification
- For the areas not covered by the personal Certificate of Qualification, arrange service from an outside consultant who has New York State Certificate of Qualification in that area.

| Last Revised By: | Lia Sheppard | Title: | Compensation Analyst |
|---|---|---|---|
| HR Review By: | Chad St. John | Title: | Sr. HR Manager |
| Last Revision Date: | July 2013 | | |

 PPD_MENNINGER 001243

| Message | |
|---|---|
| **From:** | Chad St. John [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=0D19504E2FF4481CBFAF08FAD5E3C25A-CHAD ST. JO] |
| **Sent:** | 1/31/2018 4:25:02 PM |
| **To:** | Lisa Menninger [lisa.menninger@ppdi.com] |
| **Subject:** | RE: Our call |

Thanks Lisa.  I received it.  I will move it forward while keeping all information confidential and will get back to you as soon as possible.

Regards,
Chad

Chad D. St. John
Associate Director, Human Resources
PPD Central Labs
2 Tesseneer Drive
Highland Heights, KY 41076
e-mail:  Chad.St.John@ppdi.com
Office #:  +1 859 815 6288
Cell #:  +1 513 703 3380
Fax #:  +1 859 486 0958
Website:  www.ppdi.com
Careers Website:  www.ppdi.com/careers

-----Original Message-----
From: Lisa Menninger
Sent: Wednesday, January 31, 2018 1:26 PM
To: Chad St. John <Chad.St.John@ppdi.com>
Subject: RE: Our call

Hi Chad,

Please see attached the requested form regarding my medical condition. My physician should be sending her form to you today as well.

Thanks,
Lisa

Lisa A. Menninger, M.D., DABP, FCAP, FASCP Executive Director Lab, Global Central Labs, PPD
Lisa.Menninger@ppdi.com
+ 1 (859) 462-2747 Mobile


-----Original Message-----
From: Chad St. John
Sent: Tuesday, January 16, 2018 2:29 PM
To: Lisa Menninger <Lisa.Menninger@ppdi.com>
Subject: RE: Our call

Ok.  Thanks Lisa.

-Chad

Chad D. St. John
Associate Director, Human Resources
PPD Central Labs
2 Tesseneer Drive
Highland Heights, KY 41076
e-mail:  Chad.St.John@ppdi.com
Office #:  +1 859 815 6288
Cell #:  +1 513 703 3380
Fax #:  +1 859 486 0958
Website:  www.ppdi.com
Careers Website:  www.ppdi.com/careers

-----Original Message-----
From: Lisa Menninger
Sent: Tuesday, January 16, 2018 10:52 AM

PPD_MENNINGER 001244

To: Chad St. John <Chad.St.John@ppdi.com>
Subject: RE: Our call

Thank you Chad. I'll review and let you know if I have any questions.

Lisa

Lisa A. Menninger, M.D., DABP, FCAP, FASCP Executive Director Lab, Global Central Labs, PPD
Lisa.Menninger@ppdi.com
+ 1 (859) 462-2747 Mobile


-----Original Message-----
From: Chad St. John
Sent: Monday, January 15, 2018 5:21 PM
To: Lisa Menninger <Lisa.Menninger@ppdi.com>
Subject: RE: Our call

Lisa,

I spoke with Hacene. I fully appreciate the sensitivity in the information that you have disclosed.
Last Thursday (11Jan2018) you informed Hacene, of your limitation and eluded to a need for an
accommodation to be able to perform the essential functions of your job.

PPD complies with the Americans with Disabilities Act Amendments Act (ADAAA), and wants to support you in
continuing to perform your job duties. This process is interactive and we are looking forward to talking
with you about your specific needs.

PPD has a formal process that will allow us to identify or substantiate your disability, limitations, and
effective accommodations. To start this process, we have 2 forms that are needed and are attached:
1)      Request for Accommodation Form (to be completed by you)
2)      Physician's Statement for Accommodation Form
-This form should be completed by your physician: Please take your job description (attached) to your
medical provider and review how your medical condition may affect your job functions.
-This form includes information from your physician regarding what major life activities are limited and
offers suggestions, if any, for the type of accommodation(s) that will assist you with being able to
perform your essential job functions.
-Please be assured your medical information will remain confidential.

Please return the Request for Accommodation and Physician's Statement form back to me within 15 days.
If the forms are not returned during this timeframe, then your request will expire. However, it can be
reopened when the required documentation is submitted.

You will not need to CC your manager on your submission of the documents and it would be helpful from
this point forward if you can direct any health information to me only. I want to ensure your
information is kept confidential and shared only on a need to know basis.

Once you get your information to me, I will set up a meeting for us to discuss it so I can fully
understand your specific needs.

I have also included EAP information. I can certainly share FMLA & STD information if you need to pursue
those avenues. Please let me know if you have any questions. We can connect in more detail once the
attached documents are completed and returned to me.

All of this information will remain confidential as we work through this together.

Regards,
Chad

Chad D. St. John
Associate Director, Human Resources
PPD Central Labs
2 Tesseneer Drive
Highland Heights, KY 41076
e-mail:  Chad.St.John@ppdi.com
Office #:  +1 859 815 6288
Cell #:  +1 513 703 3380
Fax #:  +1 859 486 0958
Website:  www.ppdi.com
Careers Website:  www.ppdi.com/careers

-----Original Message-----
From: Lisa Menninger

Sent: Monday, January 15, 2018 4:22 PM
To: Chad St. John <Chad.St.John@ppdi.com>
Subject: RE: Our call

Hi Chad,

I'm not sure how much Hacene disclosed to you about my medical condition, but I wanted to follow up to
see what you need from an HR perspective.

Thanks,
Lisa

Lisa A. Menninger, M.D., DABP, FCAP, FASCP Executive Director Lab, Global Central Labs, PPD
Lisa.Menninger@ppdi.com
+ 1 (859) 462-2747 Mobile


-----Original Message-----
From: Lisa Menninger
Sent: Monday, January 15, 2018 4:12 PM
To: Hacene Mekerri <Hacene.Mekerri@ppdi.com>
Cc: Chad St. John <Chad.St.John@ppdi.com>
Subject: RE: Our call

Hi Hacene,

Thank you for the call today. Although it was difficult for me to disclose my condition, I'm relieved
that I made you aware. I'll follow up with Chad regarding any documentation needed from an HR
perspective.

Have a good trip!

Lisa

Lisa A. Menninger, M.D., DABP, FCAP, FASCP Executive Director Lab, Global Central Labs, PPD
Lisa.Menninger@ppdi.com
+ 1 (859) 462-2747 Mobile


-----Original Message-----
From: Hacene Mekerri
Sent: Monday, January 15, 2018 3:48 PM
To: Lisa Menninger <Lisa.Menninger@ppdi.com>
Cc: Chad St. John <Chad.St.John@ppdi.com>
Subject: Our call

Hi Lisa,

As discussed, could you please connect with Chad so he can assist you on the medical documents needed for
the situation you described me. I made Chad aware and he will be able to assist accordingly.
Thank you and we will speak together again mid of this week.
Best regards,
Hacene

Message

| | |
|---|---|
| **From**: | Chad St. John [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=0D19504E2FF4481CBFAF08FAD5E3C25A-CHAD ST. JO] |
| **Sent**: | 2/5/2018 11:06:31 AM |
| **To**: | Lisa Menninger [lisa.menninger@ppdi.com] |
| **Subject**: | RE: Our call |

Lisa,

I will ask that Hacene follow-up as soon as possible to provide documented clarification for you and I regarding the role expectations as the business continue to grow.  It will be important to understand all of the specific duties within your current role that are consistent with the areas of concern identified by your physician (public speaking & social interaction).

It is important for us to understand the specific limits that you can tolerate when performing duties consistent with public speaking and social interaction beyond previous levels.

Regards,
Chad

Chad D. St. John
Associate Director, Human Resources
PPD Central Labs
2 Tesseneer Drive
Highland Heights, KY 41076
e-mail:  Chad.St.John@ppdi.com
Office #:  +1 859 815 6288
Cell #:  +1 513 703 3380
Fax #:  +1 859 486 0958
Website:  www.ppdi.com
Careers Website:  www.ppdi.com/careers

-----Original Message-----
From: Lisa Menninger
Sent: Sunday, February 04, 2018 12:45 PM
To: Chad St. John <Chad.St.John@ppdi.com>
Subject: RE: Our call

Hi Chad,

Hacene and I had a general discussion concerning changes that he's considering to make my role "more visible." He didn't get into specifics, but suggested that this might include increased client visits/social interactions and presentations (internal and external). That's what prompted my initial email to him regarding my disability. We were supposed to have a follow-up conversation to discuss specifics, and I wanted him to understand my situation so that we could try to figure this out together. That conversation still hasn't happened, so I can't provide you much additional detail at this point.

Can you clarify what additional information you need from my doctor? I don't think she'll understand what you mean by "specific limits or maximum percentage related to the specific expected duties." Please let me know and I'll try to get you a response as quickly as possible.

Thanks,
Lisa

Lisa A. Menninger, M.D., DABP, FCAP, FASCP Executive Director Lab, Global Central Labs, PPD
Lisa.Menninger@ppdi.com
+ 1 (859) 462-2747 Mobile


-----Original Message-----
From: Chad St. John
Sent: Friday, February 02, 2018 12:02 PM
To: Lisa Menninger <Lisa.Menninger@ppdi.com>
Subject: RE: Our call

Lisa,

I hope your Friday is going well.

**JA2848**

I need your assistance as we continue the dialog around exploring reasonable accommodation.  What are the specific expectations that Hacene shared with you for 2018 that you believe that you cannot or limitedly perform?

Your physician only indicates that the public speaking and social interaction be "Minimized".  To the extent that public speaking and social interaction is "deemed necessary" and that a plan be developed with your physician.

I would like to understand from your physicians perspective in-writing the specific limits or maximum percentage related to the specific expected duties.  Public speaking and social interactions were the only items specified in your physicians paperwork.

This information will be critical in the evaluation of how much of your role would be impacted and if any reasonable accommodation can be offered.

Regards,
Chad


Chad D. St. John
Associate Director, Human Resources
PPD Central Labs
2 Tesseneer Drive
Highland Heights, KY 41076
e-mail:  Chad.St.John@ppdi.com
Office #:  +1 859 815 6288
Cell #:  +1 513 703 3380
Fax #:  +1 859 486 0958
Website:  www.ppdi.com
Careers Website:  www.ppdi.com/careers

-----Original Message-----
From: Lisa Menninger
Sent: Wednesday, January 31, 2018 4:26 PM
To: Chad St. John <Chad.St.John@ppdi.com>
Subject: RE: Our call

Thanks Chad.

Lisa A. Menninger, M.D., DABP, FCAP, FASCP Executive Director Lab, Global Central Labs, PPD
Lisa.Menninger@ppdi.com
+ 1 (859) 462-2747 Mobile


-----Original Message-----
From: Chad St. John
Sent: Wednesday, January 31, 2018 4:25 PM
To: Lisa Menninger <Lisa.Menninger@ppdi.com>
Subject: RE: Our call

Thanks Lisa.  I received it.  I will move it forward while keeping all information confidential and will get back to you as soon as possible.

Regards,
Chad


Chad D. St. John
Associate Director, Human Resources
PPD Central Labs
2 Tesseneer Drive
Highland Heights, KY 41076
e-mail:  Chad.St.John@ppdi.com
Office #:  +1 859 815 6288
Cell #:  +1 513 703 3380
Fax #:  +1 859 486 0958
Website:  www.ppdi.com
Careers Website:  www.ppdi.com/careers

-----Original Message-----
From: Lisa Menninger
Sent: Wednesday, January 31, 2018 1:26 PM
To: Chad St. John <Chad.St.John@ppdi.com>
Subject: RE: Our call

Hi Chad,

Please see attached the requested form regarding my medical condition. My physician should be sending her form to you today as well.

Thanks,
Lisa

Lisa A. Menninger, M.D., DABP, FCAP, FASCP Executive Director Lab, Global Central Labs, PPD
Lisa.Menninger@ppdi.com
+ 1 (859) 462-2747 Mobile


-----Original Message-----
From: Chad St. John
Sent: Tuesday, January 16, 2018 2:29 PM
To: Lisa Menninger <Lisa.Menninger@ppdi.com>
Subject: RE: Our call

Ok.  Thanks Lisa.

-Chad

Chad D. St. John
Associate Director, Human Resources
PPD Central Labs
2 Tesseneer Drive
Highland Heights, KY 41076
e-mail:  Chad.St.John@ppdi.com
Office #:  +1 859 815 6288
Cell #:  +1 513 703 3380
Fax #:  +1 859 486 0958
Website:  www.ppdi.com
Careers Website:  www.ppdi.com/careers

-----Original Message-----
From: Lisa Menninger
Sent: Tuesday, January 16, 2018 10:52 AM
To: Chad St. John <Chad.St.John@ppdi.com>
Subject: RE: Our call

Thank you Chad. I'll review and let you know if I have any questions.

Lisa

Lisa A. Menninger, M.D., DABP, FCAP, FASCP Executive Director Lab, Global Central Labs, PPD
Lisa.Menninger@ppdi.com
+ 1 (859) 462-2747 Mobile


-----Original Message-----
From: Chad St. John
Sent: Monday, January 15, 2018 5:21 PM
To: Lisa Menninger <Lisa.Menninger@ppdi.com>
Subject: RE: Our call

Lisa,

I spoke with Hacene.  I fully appreciate the sensitivity in the information that you have disclosed. Last Thursday (11Jan2018) you informed Hacene, of your limitation and eluded to a need for an accommodation to be able to perform the essential functions of your job.

PPD complies with the Americans with Disabilities Act Amendments Act (ADAAA), and wants to support you in continuing to perform your job duties.  This process is interactive and we are looking forward to talking with you about your specific needs.

PPD has a formal process that will allow us to identify or substantiate your disability, limitations, and effective accommodations. To start this process, we have 2 forms that are needed and are attached:
1)      Request for Accommodation Form (to be completed by you)
2)      Physician's Statement for Accommodation Form
-This form should be completed by your physician:  Please take your job description (attached) to your medical provider and review how your medical condition may affect your job functions.

PPD_MENNINGER 001249

-This form includes information from your physician regarding what major life activities are limited and offers suggestions, if any, for the type of accommodation(s) that will assist you with being able to perform your essential job functions.
-Please be assured your medical information will remain confidential.

Please return the Request for Accommodation and Physician's Statement form back to me within 15 days. If the forms are not returned during this timeframe, then your request will expire.  However, it can be reopened when the required documentation is submitted.

You will not need to CC your manager on your submission of the documents and it would be helpful from this point forward if you can direct any health information to me only.  I want to ensure your information is kept confidential and shared only on a need to know basis.

Once you get your information to me, I will set up a meeting for us to discuss it so I can fully understand your specific needs.

I have also included EAP information.  I can certainly share FMLA & STD information if you need to pursue those avenues.  Please let me know if you have any questions.  We can connect in more detail once the attached documents are completed and returned to me.

All of this information will remain confidential as we work through this together.

Regards,
Chad

Chad D. St. John
Associate Director, Human Resources
PPD Central Labs
2 Tesseneer Drive
Highland Heights, KY 41076
e-mail:  Chad.St.John@ppdi.com
Office #:  +1 859 815 6288
Cell #:  +1 513 703 3380
Fax #:   +1 859 486 0958
Website:  www.ppdi.com
Careers Website:  www.ppdi.com/careers
-----Original Message-----
From: Lisa Menninger
Sent: Monday, January 15, 2018 4:22 PM
To: Chad St. John <Chad.St.John@ppdi.com>
Subject: RE: Our call

Hi Chad,

I'm not sure how much Hacene disclosed to you about my medical condition, but I wanted to follow up to see what you need from an HR perspective.

Thanks,
Lisa

Lisa A. Menninger, M.D., DABP, FCAP, FASCP Executive Director Lab, Global Central Labs, PPD
Lisa.Menninger@ppdi.com
+ 1 (859) 462-2747 Mobile

-----Original Message-----
From: Lisa Menninger
Sent: Monday, January 15, 2018 4:12 PM
To: Hacene Mekerri <Hacene.Mekerri@ppdi.com>
Cc: Chad St. John <Chad.St.John@ppdi.com>
Subject: RE: Our call

Hi Hacene,

Thank you for the call today. Although it was difficult for me to disclose my condition, I'm relieved that I made you aware. I'll follow up with Chad regarding any documentation needed from an HR perspective.

Have a good trip!

Lisa

**JA2851**

PPD_MENNINGER 001250

Lisa A. Menninger, M.D., DABP, FCAP, FASCP Executive Director Lab, Global Central Labs, PPD
Lisa.Menninger@ppdi.com
+ 1 (859) 462-2747 Mobile


-----Original Message-----
From: Hacene Mekerri
Sent: Monday, January 15, 2018 3:48 PM
To: Lisa Menninger <Lisa.Menninger@ppdi.com>
Cc: Chad St. John <Chad.St.John@ppdi.com>
Subject: Our call

Hi Lisa,

As discussed, could you please connect with Chad so he can assist you on the medical documents needed for
the situation you described me. I made Chad aware and he will be able to assist accordingly.
Thank you and we will speak together again mid of this week.
Best regards,
Hacene

PPD_MENNINGER 001251

| Message | |
|---|---|
| **From:** | Chad St. John [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=0D19504E2FF4481CBFAF08FAD5E3C25A-CHAD ST. JO] |
| **Sent:** | 1/24/2018 10:13:44 AM |
| **To:** | Jerry Williams [jerry.williams@ppdi.com] |
| **CC:** | Deborah Ballweg [deborah.ballweg@ppdi.com] |
| **Subject:** | Lisa Menninger Update... |

Jerry,

Quick update... FYI...

Synopsis...  Nothing specific from Lisa yet but she had an appointment to see her doctor on Monday afternoon of this week (22Jan2018).  I am sure reasonable accommodation will be discussed based on the information that I sent her previously.  I will continue to keep you and Deb posted when I get any communication and/or information back from Lisa or his physician.

Regards,
Chad

Chad D. St. John
Associate Director, Human Resources
PPD Central Labs
2 Tesseneer Drive
Highland Heights, KY 41076
e-mail:  Chad.St.John@ppdi.com
Office #:  +1 859 815 6288
Cell #:  +1 513 703 3380
Fax #:  +1 859 486 0958
Website:  www.ppdi.com
Careers Website:  www.ppdi.com/careers

-----Original Message-----
From: Lisa Menninger
Sent: Monday, January 22, 2018 11:33 AM
To: Chad St. John <Chad.St.John@ppdi.com>
Subject: RE: Our call

Hi Chad,

Sorry for the delay. It's been hard to get an appointment scheduled, but I actually have one set up for this afternoon. I hope to have more information soon. Thanks for your patience.

Lisa

Lisa A. Menninger, M.D., DABP, FCAP, FASCP Executive Director Lab, Global Central Labs, PPD
Lisa.Menninger@ppdi.com
+ 1 (859) 462-2747 Mobile

-----Original Message-----
From: Chad St. John
Sent: Monday, January 22, 2018 11:29 AM
To: Lisa Menninger <Lisa.Menninger@ppdi.com>
Subject: RE: Our call

Lisa,

I wanted to follow-up with you on this email from last week...  Did you have an opportunity to review your role and the expectations with your physician?

Regards,
Chad

Chad D. St. John
Associate Director, Human Resources
PPD Central Labs
2 Tesseneer Drive
Highland Heights, KY 41076

PPD_MENNINGER 001341

```
e-mail:  Chad.St.John@ppdi.com
Office #:  +1 859 815 6288
Cell #:  +1 513 703 3380
Fax #:  +1 859 486 0958
Website:  www.ppdi.com
Careers Website:  www.ppdi.com/careers
```

-----Original Message-----
From: Lisa Menninger
Sent: Tuesday, January 16, 2018 10:52 AM
To: Chad St. John <Chad.St.John@ppdi.com>
Subject: RE: Our call

Thank you Chad. I'll review and let you know if I have any questions.

Lisa

Lisa A. Menninger, M.D., DABP, FCAP, FASCP Executive Director Lab, Global Central Labs, PPD
Lisa.Menninger@ppdi.com
+ 1 (859) 462-2747 Mobile


-----Original Message-----
From: Chad St. John
Sent: Monday, January 15, 2018 5:21 PM
To: Lisa Menninger <Lisa.Menninger@ppdi.com>
Subject: RE: Our call

Lisa,

I spoke with Hacene.  I fully appreciate the sensitivity in the information that you have disclosed.  Last Thursday (11Jan2018) you informed Hacene, of your limitation and eluded to a need for an accommodation to be able to perform the essential functions of your job.

PPD complies with the Americans with Disabilities Act Amendments Act (ADAAA), and wants to support you in continuing to perform your job duties.  This process is interactive and we are looking forward to talking with you about your specific needs.

PPD has a formal process that will allow us to identify or substantiate your disability, limitations, and effective accommodations. To start this process, we have 2 forms that are needed and are attached:
1)      Request for Accommodation Form (to be completed by you)
2)      Physician's Statement for Accommodation Form
-This form should be completed by your physician:  Please take your job description (attached) to your medical provider and review how your medical condition may affect your job functions.
-This form includes information from your physician regarding what major life activities are limited and offers suggestions, if any, for the type of accommodation(s) that will assist you with being able to perform your essential job functions.
-Please be assured your medical information will remain confidential.

Please return the Request for Accommodation and Physician's Statement form back to me within 15 days.  If the forms are not returned during this timeframe, then your request will expire.  However, it can be reopened when the required documentation is submitted.

You will not need to CC your manager on your submission of the documents and it would be helpful from this point forward if you can direct any health information to me only.  I want to ensure your information is kept confidential and shared only on a need to know basis.

Once you get your information to me, I will set up a meeting for us to discuss it so I can fully understand your specific needs.

I have also included EAP information.  I can certainly share FMLA & STD information if you need to pursue those avenues.  Please let me know if you have any questions.  We can connect in more detail once the attached documents are completed and returned to me.

All of this information will remain confidential as we work through this together.

Regards,
Chad

Chad D. St. John
Associate Director, Human Resources
PPD Central Labs
2 Tesseneer Drive

<div style="text-align:center"><b>JA2854</b></div>

Highland Heights, KY 41076
e-mail: Chad.St.John@ppdi.com
Office #: +1 859 815 6288
Cell #: +1 513 703 3380
Fax #: +1 859 486 0958
Website: www.ppdi.com
Careers Website: www.ppdi.com/careers

-----Original Message-----
From: Lisa Menninger
Sent: Monday, January 15, 2018 4:22 PM
To: Chad St. John <Chad.St.John@ppdi.com>
Subject: RE: Our call

Hi Chad,

I'm not sure how much Hacene disclosed to you about my medical condition, but I wanted to follow up to
see what you need from an HR perspective.

Thanks,
Lisa

Lisa A. Menninger, M.D., DABP, FCAP, FASCP Executive Director Lab, Global Central Labs, PPD
Lisa.Menninger@ppdi.com
+ 1 (859) 462-2747 Mobile

-----Original Message-----
From: Lisa Menninger
Sent: Monday, January 15, 2018 4:12 PM
To: Hacene Mekerri <Hacene.Mekerri@ppdi.com>
Cc: Chad St. John <Chad.St.John@ppdi.com>
Subject: RE: Our call

Hi Hacene,

Thank you for the call today. Although it was difficult for me to disclose my condition, I'm relieved
that I made you aware. I'll follow up with Chad regarding any documentation needed from an HR
perspective.

Have a good trip!

Lisa

Lisa A. Menninger, M.D., DABP, FCAP, FASCP Executive Director Lab, Global Central Labs, PPD
Lisa.Menninger@ppdi.com
+ 1 (859) 462-2747 Mobile

-----Original Message-----
From: Hacene Mekerri
Sent: Monday, January 15, 2018 3:48 PM
To: Lisa Menninger <Lisa.Menninger@ppdi.com>
Cc: Chad St. John <Chad.St.John@ppdi.com>
Subject: Our call

Hi Lisa,

As discussed, could you please connect with Chad so he can assist you on the medical documents needed for
the situation you described me. I made Chad aware and he will be able to assist accordingly.
Thank you and we will speak together again mid of this week.
Best regards,
Hacene

PPD_MENNINGER 001343

| | |
|---|---|
| **Message** | |
| **From**: | Deborah Ballweg [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=88A985D246AF43A4B5F025D3C06938A3-DEBORAH J.] |
| **Sent**: | 6/25/2018 1:05:43 PM |
| **To**: | 'Jerry Williams (Jerry.Williams@ppdi.com)' [jerry.williams@ppdi.com] |
| **Subject**: | FW: Catch up |

Hi Jerry,

My/our comments below:

1. Spoke with Jon at length regarding his working relationship with Corey.  He expressed frustration that Corey is continuing in Bob's tradition and is resistant to thinking about the business in a different way.  When pressed, the two specific examples gave were around the utility of the Middleton BioA lab and his approach to staffing R&D positions.   In short, he does not see long term viability for the Middleton lab and would like to consolidate the work in Richmond.   Further, he is frustrated that Corey isn't doing more to flex resources from production to R&D to help with the current backlog.  I share his perspective on Middleton, but I am not convinced that anything can be done about the other issue in the short term.   I think the broader behavioral issue is around transparency.   Feels like Jon doesn't have real line of sight in to the bioa business yet and Corey is not helping that along (perhaps by design?).

   Have time with Corey today and will discuss all 3 issues with him.  Further, I'm going to encourage him to invite Jon to spend a week in Richmond to get a better feel for the business.   Think these 2 need to spend more time together.  I will also try and get Corey a win by getting Jon to loosen the reigns on the internal promotions.

   Thanks, Chris!  Appreciate you stepping in to assist.  A good idea for them to spend more time together as any new relationship needs more not less attention.  Deb/Brian will continue to coach through opportunities; will stay close to you on feedback loop.

2. Finance completed its analysis of the impact of the accounts shifted from Amy T.  Worked out to ~$2500 in Q1.   Id propose paying the difference for 4 qtrs and calling it done.  Also spoke with Steve and he said the noise has dropped off with regards to Amy.   I also put her on the diligence team for a potential M&A deal.  Between the money and extra attention, think we should be in a good place with her.   Agree on the approach?

   Great.  A positive outcome and good approach to resolving the issue.

3. Org changes in GCL.  Lot of ideas from Hacene and team following our quality meeting last week.   We should discuss on our next call.   Any update on Lisa's transition?   Also want to brainstorm a more centralized scientific affairs group.

   Lisa's leave of absence runs through July 6.  Anticipate her returning to work on July 9 but not 100% certain she won't extend (gut more than fact).  She has a lawyer who's asked for employment related documents.  Nothing official in terms of a complaint however, does open the door for conversations on transitioning.  The traditional route requires her to return to work, perform to level of expectation, be provided feedback on where she falls short then move forward with term request.  Again, her having an attorney who's made contact with us will lead to a faster route of resolution.

4. China GM – Simmons raised some concern about not having a Chinese national in the role.   Further, Hacene has expressed interest.   I think we should run a process rather than just moving Hitesh into the role.

   Interesting development with Hacene.  Fully support a robust process to ensure the best talent is selected.  Lots of great growth opportunities for GCD and Labs.

Also, we have a couple items:

1. Exceptional performance bonus part II. Attached is a spreadsheet provided by our comp colleagues outlining recipients with amounts for the bonus paid earlier this year along with recommendations for part II (same employees for part II). The timeline is draft and at this time planning for an August 23 payout. We recommend aligning with the formula used to determine part II payments that total $350k for global labs.
2. GMP July pay adjustments. File is being readied for payroll processing. Of the original 231 employees, four (4) have left the organization. In final audit of the spreadsheet, five (5) staff were left off that met criteria for the increase; received promotions during April to level being considered or promoted without using target pay for new title. Despite having 4 leave, adding these additional 5 results in an overspend of $13k. Deb is raising this to Jon today with the expectation of full support to proceed.

I'll let you add the hi's and other Jerry pleasantries!

Thanks.!

Deb

---

**From:** Chris Fikry
**Sent:** Monday, June 25, 2018 10:17 AM
**To:** Deborah Ballweg <Deborah.Ballweg@ppdi.com>; Jerry Williams <Jerry.Williams@ppdi.com>
**Subject:** Catch up

Morning both,

Sorry I missed Friday. We had an issue with a bioa client that needed some urgent attention. Few updates from my end:

1. Spoke with Jon at length regarding his working relationship with Corey. He expressed frustration that Corey is continuing in Bob's tradition and is resistant to thinking about the business in a different way. When pressed, the two specific examples gave were around the utility of the Middleton BioA lab and his approach to staffing R&D positions. In short, he does not see long term viability for the Middleton lab and would like to consolidate the work in Richmond. Further, he is frustrated that Corey isn't doing more to flex resources from production to R&D to help with the current backlog. I share his perspective on Middleton, but I am not convinced that anything can be done about the other issue in the short term. I think the broader behavioral issue is around transparency. Feels like Jon doesn't have real line of sight in to the bioa business yet and Corey is not helping that along (perhaps by design?).

   Have time with Corey today and will discuss all 3 issues with him. Further, I'm going to encourage him to invite Jon to spend a week in Richmond to get a better feel for the business. Think these 2 need to spend more time together. I will also try and get Corey a win by getting Jon to loosen the reigns on the internal promotions.

2. Finance completed its analysis of the impact of the accounts shifted from Amy T. Worked out to ~$2500 in Q1. Id propose paying the difference for 4 qtrs and calling it done. Also spoke with Steve and he said the noise has dropped off with regards to Amy. I also put her on the diligence team for a potential M&A deal. Between the money and extra attention, think we should be in a good place with her. Agree on the approach?

3. Org changes in GCL. Lot of ideas from Hacene and team following our quality meeting last week. We should discuss on our next call. Any update on Lisa's transition? Also want to brainstorm a more centralized scientific affairs group.

4. China GM – Simmons raised some concern about not having a Chinese national in the role. Further, Hacene has expressed interest. I think we should run a process rather than just moving Hitesh into the role.

Thanks,
Chris

_____

**Christopher Fikry, M.D.**
Executive Vice President, Global Lab Services

**PPD, Inc**
929 North Front Street
Wilmington, NC  28401
chris.fikry@ppdi.com
910 558-2175 (office)
215 432-6796 (cell)

**JA2858**

| Message | |
|---|---|
| **From**: | Jerry Williams [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=DEE07DE0ECA74699BA8FD20C6903CBBA-JERRY WILLI] |
| **Sent**: | 6/4/2018 2:55:08 PM |
| **To**: | Deborah Ballweg [deborah.ballweg@ppdi.com] |
| **Subject**: | RE: Wisconsin State Journal article: PPD boosts biopharma in the Madison area |

??? not good.....any reaction from Hacene yet? How do we cover and bridge until the new guy gets on board?

---

**From:** Deborah Ballweg
**Sent:** Monday, June 04, 2018 1:52 PM
**To:** Jerry Williams
**Subject:** RE: Wisconsin State Journal article: PPD boosts biopharma in the Madison area

Happy Monday indeed … hope you had a great weekend!

Nothing from the agency but Andy/Christina have finished their evaluation and provided feedback. We should be in good shape for when the email comes!

What did you think of Menninger's request? Interesting that she didn't send it to her manager nor comment on how to continue business operations during her absence ..

---

**From:** Jerry Williams
**Sent:** Monday, June 04, 2018 1:50 PM
**To:** Deborah Ballweg <Deborah.Ballweg@ppdi.com>
**Subject:** RE: Wisconsin State Journal article: PPD boosts biopharma in the Madison area

Yes, very nice, thanks for sharing. Anything back from the OFFCP yet?

Happy Monday !!

Jerry

---

**From:** Deborah Ballweg
**Sent:** Monday, June 04, 2018 1:35 PM
**To:** Jerry Williams
**Subject:** FW: Wisconsin State Journal article: PPD boosts biopharma in the Madison area

Fyi .. nice writeup but does fail to mention our BioA Middleton lab unfortunately..

---

**From:** Jen Schmidt
**Sent:** Monday, June 04, 2018 9:57 AM
**To:** DL-GMP SLT <gmpslt@ppdi.com>; Chris Fikry <Chris.Fikry@ppdi.com>
**Subject:** Wisconsin State Journal article: PPD boosts biopharma in the Madison area

The attached article was in this past Saturday's Wisconsin State Journal. Very nicely done!

The pdf isn't the best however going onto the WSJ website and trying to read brings up an unruly popup which does not allow for you to read.

Jen

**Jen Schmidt**
Executive Assistant for Jon Denissen, Ph.D.
Senior Vice President
PPD® Laboratories

8551 Research Way
Middleton, WI 53562
Phone +1 608 203 3272

Jen.Schmidt@ppdi.com
www.ppdi.com

Message

| | |
|---|---|
| **From**: | Lisa Menninger [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=30630EA465E34B9FBEE17C57284C84D5-LISA MENNIN] |
| **Sent**: | 6/2/2018 4:53:24 PM |
| **To**: | Chad St. John [chad.st.john@ppdi.com]; Deborah Ballweg [deborah.ballweg@ppdi.com] |
| **Subject**: | Medical Leave |

Hi Chad/Deb,

My doctor has advised me to take medical leave, effective immediately.  Please let me know if there are any specific forms that I need to have her fill out.

Thanks,
Lisa

**Lisa A. Menninger, M.D., DABP, FCAP, FASCP**
Executive Director Lab, Global Central Labs, PPD
OPERATIONS

**PPD**

Phone +1 859 462 2747
Lisa.Menninger@ppdi.com
www.ppdi.com



Early Development | Clinical Development | Laboratories | Post-Approval | Consulting

Message

| | |
|---|---|
| **From**: | Deborah Ballweg [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=88A985D246AF43A4B5F025D3C06938A3-DEBORAH J.] |
| **Sent**: | 5/18/2018 1:07:24 PM |
| **To**: | Lisa Menninger [lisa.menninger@ppdi.com] |
| **Subject**: | RE: Discussion |

Hi Lisa,

I had hoped to be in a position to give you a thorough analysis and feedback before the weekend but I've just received all the information I need to review.  Once I've had an opportunity to review and draw conclusions I will circle back, sometime next week.

Thanks.

Have a nice weekend.

Deb

**From:** Lisa Menninger
**Sent:** Friday, May 18, 2018 8:09 AM
**To:** Deborah Ballweg <Deborah.Ballweg@ppdi.com>
**Subject:** RE: Discussion

Hi Deb,

I wanted to follow up with you before the weekend to see if there is any update. When do you expect that your investigation will be completed?

Thanks,
Lisa

Lisa A. Menninger, M.D., DABP, FCAP, FASCP
Executive Director Lab, Global Central Labs, PPD
Lisa.Menninger@ppdi.com
+ 1 (859) 462-2747 Mobile

**From:** Deborah Ballweg
**Sent:** Friday, May 11, 2018 11:16 AM
**To:** Lisa Menninger <Lisa.Menninger@ppdi.com>
**Subject:** RE: Discussion

Hi Lisa,

I do have a few follow up questions and am waiting on some additional data.  I will need this additional data to ensure I have all follow up questions outlined for you vs piece meal.  That said, I won't be able to finalize the investigation until early next week.  I'll put time on our calendars for Monday for the follow up.

I had hoped to finish today but know you understand that being thorough is very important.

Take care and have a good weekend and Mother's Day!

PPD_MENNINGER 001677

Deb

---

**From:** Lisa Menninger
**Sent:** Wednesday, May 09, 2018 8:07 AM
**To:** Deborah Ballweg <Deborah.Ballweg@ppdi.com>
**Subject:** RE: Discussion

Thanks Deb. Let me know if you have any additional questions.

Lisa

Lisa A. Menninger, M.D., DABP, FCAP, FASCP
Executive Director Lab, Global Central Labs, PPD
Lisa.Menninger@ppdi.com
+ 1 (859) 462-2747 Mobile

---

**From:** Deborah Ballweg
**Sent:** Wednesday, May 09, 2018 9:05 AM
**To:** Lisa Menninger <Lisa.Menninger@ppdi.com>
**Subject:** RE: Discussion

Hi Lisa,

Thanks for the additional information.  I have a few individuals to speak with yet this week but hope to have final conclusions by Friday.

I'll be in touch soon.

Take care-

Deb

---

**From:** Lisa Menninger
**Sent:** Tuesday, May 08, 2018 8:44 PM
**To:** Deborah Ballweg <Deborah.Ballweg@ppdi.com>
**Subject:** RE: Discussion

Hi Deb,

I just remembered one other thing that may be important. While I was visiting HH Feb 28-Mar 1, Patrick Mann was apparently onsite for an interview. I was not introduced to him or asked to participate in his interview. As I was travelling back home over the weekend, Poluru (one of my direct reports) sent me the following text on March 4:

*Hi Good Morning Lisa! I hope your travel situation is improving. I just want to update you that we had consensus meeting for Director Level Candidates. It appears we are hiring two (Alex Ryder and Patrick Mann) of them. Have a Nice Weekend! Thanks PLR*

I remember feeling quite shocked about how quickly they moved to make an offer to two pathologists shortly after Chad and Hacene's conversation with me about an exit package. I felt like I was being forced out. I never mentioned to Hacene or Chad that Poluru sent me that text.

Lisa

Lisa A. Menninger, M.D., DABP, FCAP, FASCP
Executive Director Lab, Global Central Labs, PPD
Lisa.Menninger@ppdi.com
+ 1 (859) 462-2747 Mobile

---

**From:** Lisa Menninger
**Sent:** Tuesday, May 08, 2018 2:36 PM
**To:** Deborah Ballweg <Deborah.Ballweg@ppdi.com>
**Subject:** RE: Discussion

Hi Deb,

Are you able to share with me how long you expect the investigation to take?

Thanks,
Lisa

Lisa A. Menninger, M.D., DABP, FCAP, FASCP
Executive Director Lab, Global Central Labs, PPD
Lisa.Menninger@ppdi.com
+ 1 (859) 462-2747 Mobile

---

**From:** Deborah Ballweg
**Sent:** Wednesday, May 02, 2018 8:47 AM
**To:** Lisa Menninger <Lisa.Menninger@ppdi.com>
**Subject:** Discussion

Hi Lisa,

Hope you are doing well.

I would like to put some time on our calendars today to discuss your concerns with Hacene.  Is 11EST a good time for us to chat?  If so, what's the best number for me to reach you?

Thanks.

Deb

**Deborah Ballweg**
*Executive Director, Human Resources*
PPD
**Phone** +1 608 203 3233
**Cell** +1 608 692 2253
Deborah.Ballweg@ppdi.com
www.ppdi.com



Early Development | Clinical Development | Laboratories | Post-Approval | Consulting

PPD_MENNINGER 001679

PPD_MENNINGER 001680

Message

| | |
|---|---|
| **From**: | Deborah Ballweg [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=88A985D246AF43A4B5F025D3C06938A3-DEBORAH J.] |
| **Sent**: | 5/16/2018 4:39:10 PM |
| **To**: | Chad St. John [chad.st.john@ppdi.com] |
| **Subject**: | RE: Follow-up / 4:00pm Call Today |

Thank you for the update.  I had a 'painful' follow-up with her yesterday.  I expect to wrap up the investigation along with findings to her by end of week.  I will have to give Hacene feedback too – will let you know also to co-coach him on his supervisory challenges.

Deb

---

**From:** Chad St. John
**Sent:** Wednesday, May 16, 2018 3:36 PM
**To:** Deborah Ballweg <Deborah.Ballweg@ppdi.com>
**Subject:** RE: Follow-up / 4:00pm Call Today

Deb,

The call took place today as scheduled today.   In the call Lisa expressed to Hacene, Chris and I her view that CL was not compliant in Flow, PBMC's and Micro.  She shared that we do not have the expertise in-house.  Chris asked her about cost justifying or making room in the budget for the role with Hacene supporting Chris.  Chris shared that volumes were down and explored what cross training efforts have taken place to have the proper bench resources when needed.  Lisa shared that they have a training program and that they cross train yet didn't provide any related data.  Lisa shared a thought that outsourcing should be considered until we have expertise in-house to cover the non-compliant benches may be best.  Hacene asked her for a cost estimate for outsourcing.

She shared that recruitment moves slow if her additional MD position was approved.  I suggested exploring what a consultant would cost to compare it with outsourcing.  Lisa agreed with this and I shared that I would check into the viability of exploring this with PPD subject matter experts so that we leave no stone unturned.

The background of Alex was not mentioned on the call but Hacene mentioned to me after the call that we should send the background to her.  I will share with him that it may be best that he cover that with her directly in his upcoming one to one with her.

Overall the call was informative and seemed to lead to some follow-up for Lisa and was cordial.

Regards,
Chad

**Chad D. St. John**
*Associate Director, Human Resources*
**PPD Central Labs**
**2 Tesseneer Drive**
**Highland Heights, KY 41076**
**e-mail:  Chad.St.John@ppdi.com**
**Office #:  +1 859 815 6288**
**Cell #:  +1 513 703 3380**
**Fax #:  +1 859 486 0958**
**Website:  www.ppdi.com**

**Careers Website:  www.ppdi.com/careers**

---

**From:** Chad St. John
**Sent:** Tuesday, May 15, 2018 1:38 PM
**To:** Deborah Ballweg <Deborah.Ballweg@ppdi.com>
**Subject:** Follow-up / 4:00pm Call Today

Deb,

Hacene will be joining the 4:00pm call with Lisa.

Regards,
Chad

Chad D. St. John
*Associate Director, Human Resources*
**PPD Central Labs**
**2 Tesseneer Drive**
**Highland Heights, KY 41076**
**e-mail:  Chad.St.John@ppdi.com**
**Office #:  +1 859 815 6288**
**Cell #:  +1 513 703 3380**
**Fax #:  +1 859 486 0958**
**Website:  www.ppdi.com**
**Careers Website:  www.ppdi.com/careers**

| Message | |
|---|---|
| **From**: | Chad St. John [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=0D19504E2FF4481CBFAF08FAD5E3C25A-CHAD ST. JO] |
| **Sent**: | 5/14/2018 3:54:10 PM |
| **To**: | Deborah Ballweg [deborah.ballweg@ppdi.com] |
| **Subject**: | FW: Dr. Lisa Menninger End of year references |

**Chad D. St. John**
*Associate Director, Human Resources*
**PPD Central Labs**
**2 Tesseneer Drive**
**Highland Heights, KY 41076**
**e-mail:  Chad.St.John@ppdi.com**
**Office #:  +1 859 815 6288**
**Cell #:  +1 513 703 3380**
**Fax #:  +1 859 486 0958**
**Website:  www.ppdi.com**
**Careers Website:  www.ppdi.com/careers**

**From:** Hacene Mekerri
**Sent:** Monday, December 11, 2017 6:28 PM
**To:** Chad St. John <Chad.St.John@ppdi.com>
**Subject:** Fwd: Dr. Lisa Menninger End of year references

Only as FYI. Do not distribute.

H

> **From:** Susan Pattison <Susan.Pattison@ppdi.com>
> **Date:** December 11, 2017 at 17:57:42 EST
> **To:** Hacene Mekerri <Hacene.Mekerri@ppdi.com>
> **Subject: RE: Dr. Lisa Menninger End of year references**
>
> Thank-you Hacene.
>
> Does Well
>
> - Lisa is an effective behavioral coach.  Lisa has a good sense of business and individual behaviors at the team and individual level that foster cooperation, cross-lab, and cross-individual cooperation and understanding.  One example is for myself when I've not expressed myself with complete professional maturity, Lisa has been able to de-escalate the frustrated or angry feelings and offer helpful alternatives that can be used when one reaches a tipping point.  I also see Lisa use coaching to help individual staff think in terms of the global impact, and get additional input for strategic change / maneuvering.
>
> - Lisa is able to articulate performance expectations clearly.  This year, the company has focused heavily on financial performance.  Lisa has effectively communicated financial goals for myself and our colleagues appropriate to the area of work, that add an appropriate level of resolution to where money is spent and why.

- Lisa maintains a professional but approachable demeanor.  Lisa always conducts herself with others with complete professionalism, but also maintains at the individual level a warm and accurate style.  Lisa is thus able to communicate even constructive criticism accurately and warmly so as to not put most individuals on the defensive.  I find this helpful to have accurate feedback delivered in such a way as to feel confident I am receiving accurate feedback either positive or critical, but in both cases supported to continue achieving or to make necessary improvements, and always to feel welcome as part of her team and staff.  One always feels valued at the individual level.

Further Development
- One of the downfalls of a highly cooperative nature is a reduced likelihood to take a firm position with peers and colleagues in order to uphold existing quality, operational, and resourcing realities/standards. In the absence of a strong leadership presence,  Lisa indirectly has generated scope creep, deferred expectation setting, and resource deployment for the Dept to other more advocate-style leaders.
    - An example is Chris C, setting up a 3PL budget to burn dashboard, monitoring, reporting process and delivery expectations for SciTech that are neither technical or scientific, but served to relieve PM of the responsibility and time.  Lisa, had an opportunity to work with Christ to set a firm boundary between PM responsibilities and SciTEch, and create clear definition based on appropriate use of expertise, that simply failed.
    - I also feel our issues earlier this year with Acerta 001 and 002 were frustrating and disappointing for how little leadership support I had from her to influence her peers (Tracy Woolston, Chris C, John M) to join the Geneuity calls we were having weekly so they could hear the 3PL issues and be part of creating solutions, to enable Geneuity to produce reconciled data transfers on time weekly.  There was this over-arching perception being driven by Tracy and Chris that SciTech could solve the data reconciliation issue, if only we micromanaged it more closely, it was extremely demoralizing.  Ultimately John M eventually joined a call to hear for himself the Geneuity challenged and forward progress resumed rapidly thereafter.
    - We also saw the lack of respect for her leadership in human resource deployment, where another site head, activated a SciTech posting for an unintended global region not cited on the original req, and not tied to Lisa's review of the data to support the change.  The same site head has this year several times advocated SciTech to support validation of region specific lab changes at odds with ROW lab strategy.  It puts bidding and validations in a very bad position to have to set those expectations and boundaries for her.

**Susan Pattison, PhD, DABMGG, MHA**
DIR LAB TECHNICAL SCIENT AFFRS
OPERATIONS

**PPD**
2 TESSENEER DR,
HIGHLAND HEIGHTS, KY
41076

Cell: 859-391-8388



Early Development | Clinical Development | Laboratories | Post-Approval | Consulting

**From:** Hacene Mekerri
**Sent:** Monday, December 11, 2017 4:19 PM
**To:** Hacene Mekerri <Hacene.Mekerri@ppdi.com>
**Subject:** Dr. Lisa Menninger End of year references

Dear Colleague,

Dr. Lisa Menninger has identified you as someone with whom she has interacted this year and would value your input. I would also value your feedback so feel free to share only **few bullets** (with examples when possible) on what Lisa **does well** and where there are **areas for further development**.

Thank you,

Hacene

| | |
|---|---|
| **Message** | |
| **From:** | Chad St. John [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=0D19504E2FF4481CBFAF08FAD5E3C25A-CHAD ST. JO] |
| **Sent:** | 4/17/2018 3:46:31 PM |
| **To:** | Deborah Ballweg [deborah.ballweg@ppdi.com] |
| **Subject:** | FW: Confidential - Reasonable Accommodations - Lisa Menninger |
| **Attachments:** | RE_ 1_1 follow-up and Goals .msg |

Deb,

FYI...

Regards,
Chad

**Chad D. St. John**
*Associate Director, Human Resources*
**PPD Central Labs**
**2 Tesseneer Drive**
**Highland Heights, KY 41076**
**e-mail:  Chad.St.John@ppdi.com**
**Office #:  +1 859 815 6288**
**Cell #:  +1 513 703 3380**
**Fax #:  +1 859 486 0958**
**Website:  www.ppdi.com**
**Careers Website:  www.ppdi.com/careers**

---

**From:** Lisa Menninger
**Sent:** Tuesday, April 17, 2018 1:30 PM
**To:** Chad St. John <Chad.St.John@ppdi.com>
**Subject:** RE: Confidential - Reasonable Accommodations - Lisa Menninger

Chad,

Your note below does not provide any clarification. While you keep saying that you are committed to engaging in a dialogue with me, I feel like you just keep twisting my doctor's words and refusing to answer any of my questions. Again, there are certain types of tasks (e.g., formal group presentations) that are challenging due to my disability. If we can talk about the specific tasks that Hacene wants me to do, I feel like we can come up with some kind of a solution that works.

And now, to make matters worse, I feel like Hacene is starting to target me because of my disability. His tone has drastically changed, and he is going out of his way to "document" criticisms of my performance that are utterly baseless. See attached email. I don't want to assume the worst, but it looks like he's trying to build a case against me—like you previously coached us to do when dealing with a "problem" employee.

I'm not a problem employee. I have a disability, but I do a good job and I don't deserve to be treated this way. I just want to do my job and support my family.

Lisa

Lisa A. Menninger, M.D., DABP, FCAP, FASCP
Executive Director Lab, Global Central Labs, PPD
Lisa.Menninger@ppdi.com

+ 1 (859) 462-2747 Mobile

---

**From:** Chad St. John
**Sent:** Tuesday, April 03, 2018 9:52 AM
**To:** Lisa Menninger <Lisa.Menninger@ppdi.com>
**Subject:** RE: Confidential - Reasonable Accommodations - Lisa Menninger

Dear Lisa:

Thanks for your email.   Please note that while we are all busy, we are never too busy to address your requests for accommodation.  We, too, are committed to an open dialogue regarding your disability and accommodations that would enable you to do your job.  We'll continue to review these as  you raise them.

To be clear,
1. PPD has agreed to accommodate you by including a designee for internal meetings and working with you on travel.
2. PPD has denied certain other requests for accommodations, as they are not reasonable and go to the essential functions of your role as Executive Director, Lab Operations (outlined in the job description provided to you earlier): specifically, you asked to be excused from attending client bid defenses, technical sales presentations and customer visits/meetings and to have  a "surrogate"  attend in your stead, with you assisting solely in a "behind the scenes" role through text or email.  As explained to you earlier, this is not reasonable as your position requires you to be the leader and not operate "behind the scenes."

If you have additional requests for accommodation, we ask that you let us know.

Thanks,
Chad


Chad D. St. John
*Associate Director, Human Resources*
**PPD Central Labs**
**2 Tesseneer Drive**
**Highland Heights, KY 41076**
**e-mail:  Chad.St.John@ppdi.com**
**Office #:  +1 859 815 6288**
**Cell #:  +1 513 703 3380**
**Fax #:  +1 859 486 0958**
**Website:  www.ppdi.com**
**Careers Website:  www.ppdi.com/careers**

---

**From:** Lisa Menninger
**Sent:** Saturday, March 24, 2018 6:07 PM
**To:** Chad St. John <Chad.St.John@ppdi.com>
**Subject:** RE: Confidential - Reasonable Accommodations - Lisa Menninger

Hi Chad,

I'm writing to follow up on your email below regarding my disability and the potential need for reasonable accommodations.

While I appreciate you taking the time to highlight portions of my job description, I am familiar with the essential functions of my position and I am not requesting any changes to those functions. As I've stated previously, I am capable of performing all of my responsibilities with or without accommodation. There are, however, certain types of tasks (e.g., formal group presentations) that are challenging due to my disability, and I have asked that you consider possible reasonable accommodations with respect to those tasks.

As you know, that discussion led to Hacene identifying three broad categories of duties/responsibilities for which he believes no accommodation is possible (items 2, 3 and 4). In my last email to you, on March 1st, I noted that those categories are very broad, and asked that you and/or Hacene identify the specific tasks that might fall within those categories. As I explained in my March 1st email, that information is necessary in order to have a productive dialogue regarding which specific tasks implicate my disability and what reasonable accommodations may be available with respect to those specific tasks.

In any event, based upon my 1:1 with Hacene this past week, it does not appear that there are any activities or events in the near future that would implicate my disability. Given this, and how extremely busy we all are, it might make sense to table this discussion until a particular task arises. Dealing with these issues in context, I think, might make this whole issue seem less daunting and help us all engage in a more meaningful dialogue.

Thank you for your time and attention to this matter. I remain confident that we can work through this together, and I hope to have your continued support in doing so.

Lisa

Lisa A. Menninger, M.D., DABP, FCAP, FASCP
Executive Director Lab, Global Central Labs, PPD
Lisa.Menninger@ppdi.com
+ 1 (859) 462-2747 Mobile

---

**From:** Chad St. John
**Sent:** Monday, March 12, 2018 12:02 PM
**To:** Lisa Menninger <Lisa.Menninger@ppdi.com>
**Cc:** Chad St. John <Chad.St.John@ppdi.com>
**Subject:** Confidential - Reasonable Accommodations - Lisa Menninger

Dear Lisa,

Thank you for your email---we appreciate the ongoing dialogue regarding your requests for accommodations and want to get back to you on those requests.

I thought it would be helpful to attach a copy of your job description above for your reference.  As the job description provides, the Executive Director, Labs includes these essential functions:
- providing operational leadership
- supporting business development in obtaining new customers and maintaining relationships
- performing HR functions, personnel development and facility management.

The job description shows that the Executive Director is an integral part of the Highland Heights and Brussels central lab business.

As stated in the job description you are to "interact frequently with internal and outside representatives and participate and may present at meetings with both."   The position requires "excellent communication and interpersonal skills with ability to participate in business development activities, present capabilities and solutions to clients".   Your working conditions include "frequent drives to site locations, travels  within the United States and occasional international travel."

PPD has agreed to provide you certain accommodations that you're requested in terms of having  a designee for internal meetings and working with you on travel.    That said, it is not  reasonable for PPD to rewrite your job description and do away with core requirements such as  that you attend business development meetings, dinners, bid defenses, etc.  These are not "behind the scenes" functions and are absolutely essential to your  job.  It is not reasonable or acceptable to send a surrogate in your place to perform these essential functions.  That is why we are not agreeable to the requests for accommodation outlined in 2-4 below.

PPD has already worked with you to lessen the travel required by your job to some degree, but the position requires that you visit the lab in Highland Heights as well as the lab in Brussels and that you attend client meetings and attend to operational/personnel issues onsite from time to time.

Please take another look at the job description, discuss it with your health care provider and let us know if there are other accommodations that would allow you to perform the essential functions of your job as outlined above.

Thanks in advance.
Chad


Chad D. St. John
*Associate Director, Human Resources*
**PPD Central Labs**
**2 Tesseneer Drive**
**Highland Heights, KY 41076**
e-mail:  Chad.St.John@ppdi.com
Office #:  +1 859 815 6288
Cell #:  +1 513 703 3380
Fax #:  +1 859 486 0958
Website:  www.ppdi.com
Careers Website:  www.ppdi.com/careers

| Message |
| --- |

| **From**: | Lisa Menninger [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=30630EA465E34B9FBEE17C57284C84D5-LISA MENNIN] |
| **Sent**: | 4/17/2018 1:27:35 PM |
| **To**: | Hacene Mekerri [hacene.mekerri@ppdi.com] |
| **Subject**: | RE: 1:1 follow-up and Goals |

Hi Hacene,

I am happy to adapt my 2018 goals to address whatever concerns you may have. However, I think you may have some misunderstanding concerning the "recent lab issues" you reference in your email.

For Gedeon Richter, the lab tech failed to follow the SOP. NGSP was a similar issue, as the lab tech made a clerical error in labeling sample results for NGSP proficiency testing samples. And as for BMS, IT failed to perform end-to-end testing when the assay was initially set up in 2017 and later interfaced in January 2018. The lab tech also made an error due to confusion about the lack of interfacing when the first two samples arrived.

While errors such as these are common problems for all laboratories, we have been working proactively to minimize the risk and occurrence of such errors. For example, the SOP the lab tech failed to follow with respect to Gedeon Richter was updated just last year. We also have a sound process in place that we've significantly upgraded since I joined PPD to minimize human error in proficiency testing. We also initiated a POG project earlier this year to further refine and improve the process for proficiency testing sample handling, result reporting, investigation and documentation.

Of course, I agree that we should always be trying to learn from mistakes and endeavoring to improve upon our processes and procedures. And I am continuing to do just that. But I don't think it is fair to suggest that any of these "issues" were the result of me not providing my "full attention" or "dedication" or being sufficiently "proactive." That is completely untrue, and I am not aware of any facts concerning these "recent issues" that should give you any reason to doubt my performance in such a manner.

I sincerely hope that this is just a misunderstanding. I also hope that this has nothing to do with my recent request for accommodation on account of my medical disability. While I do not want to assume the worst, the timing concerns me very much.

With that said, and as noted above, I am happy to adapt my 2018 goals to address whatever new concerns you may have. As the areas that you have outlined are very broad and somewhat vague, I've taken some time to go through each one and highlight for you the actions that I am already taking to achieve/address your stated goals. It would be very helpful if you could review and provide me some specific direction as to why you believe that our current efforts are insufficient and/or how you think we can improve.

**1(a): Elimination of Lab Issues, client complain[ts] and audit findings.**

I'm not entirely clear what you are referring to here. As noted above and detailed further below, we are constantly striving to improve on our processes and procedures to eliminate such problems. If there is a particular issue or problem that you believe is not being appropriately addressed, please let me know.

**1(b): Process improvements in place to proactively eliminate quality issues.**

Process improvement is already a priority. It's why we have a quality management system that includes a CAPA program. It's why we implement quality control processes in the laboratory. While these processes cannot guarantee that error will never occur (I am not aware of any process that can) these measures help us monitor for pre-analytical, analytical and post-analytical issues. Continuous quality improvement is the essence of the ISO15189 Standard (Medical laboratories—Requirements for quality and competence) and the CAP15189 program, which as you know is something I am very passionate about and have a significant amount of experience in.

Again, I am not aware of any processes that reduce errors to 0%, but there is good evidence to suggest that my work in this area has been highly effective.  Last year, we had five successful inspections (US, EU and SG CAP Lab Accreditation, US CAP/ISO15189 and State of NY) for laboratories that I direct as the sole PPD medical lab director. These inspections covered thousands of regulatory standards per lab for which I am responsible for as the lab director. At the summation for these inspections, inspectors were highly complementary about the quality processes in each of our labs. All labs received recertification. In addition, the US Lab received CAP15189 accreditation, an achievement that was acknowledged at the corporate level.

Please let me know if you have any suggestions as to how I can improve my performance in this area.

**1(c):  System and SOPs to be upgraded where needed.**

SOPs have been and continue to be updated regularly. This is evidenced by the multiple revision numbers documented in our lab SOPs. I am not clear what you mean by "system," but I am not aware of any specific needs in this area.  Please let me know if you disagree.

**1(d):  People management goals and monitoring for higher proficiency.**

A laboratory training and competency assessment program is in place and is a regulatory requirement. This program was recently reviewed, enhanced and updated based on CAP/CLIA guidelines.

We develop goals for all lab staff that are prioritized based on lab objectives that I regularly communicate to my team/s. These goals are incorporated into employee goals set up in the PPD performance management system. Quality and compliance are always stressed as being my number one priority.

If you have any specific thoughts on what I could be doing to improve in this area, please let me know.

**2(a):  Decisive: Give clear directions to team and colleagues in acceptable timeline.**

At the start of 2018, I discussed lab goals and strategy with my team as I have done so in previous years. This year, we are focused on growing our APAC offerings, expanding molecular and AP capabilities, controlling costs/increasing efficiencies through metric and dashboard analytics, quality improvement initiatives supported through a POG project and pursuit of CAP15189 certification for the EU Lab. I have also been driving the molecular team to clear out the DNA/RNA extraction backlog to positively impact 2018 GCL revenue numbers.

As you know, the majority of laboratory technical questions, consults and concerns come directly to me for review and decision-making. To ensure that my directions are clear, compliant and based on sound medical guidelines, I will perform a literature review and consult medical references as needed.  As I cannot delegate responsibilities/tasks that require the lab director's review/approval, I prioritize tasks to ensure that my responses are provided in an acceptable timeline.

Again, please let me know if you have any specific suggestions as to how I can improve my performance in this area.

**2(b):  Solution oriented: Act as leader in researching and bringing innovative solutions to challenges.**

I believe I provide very effective leadership in this area.  I emphasize not only finding solutions to challenges, but finding solutions that are compliant.  This may not seem "innovative," but finding compliant solutions to challenges often requires a great deal of research and innovative thinking.  Under my leadership, we do this every day.

Please let me now if you have any specific examples or suggestions concerning how you think I can improve in this area.

**2(c):  Increase support to Sales team and PM team for client meetings, act as Lab Leader.**

I regularly provide support to the PM team by answering questions that come to me via email and joining client calls when needed. I took the initiative to request regular and recurring strategy meetings with Pat, but he has been unable to attend most of them due to his travel schedule.

Before Carolyn and Michelle departed PPD late last year, I had regular meetings with them to discuss lab strategy and offer support. I recently learned that Andy Supp has been named as Carolyn's replacement, and I intend to continue to provide him with similar support.

To date in 2018, aside from one client meeting, I have not been invited to participate in any internal or external sales meetings. I accepted the invite to participate in the WebEx for the client meeting, but it was later determined that I did not need to attend due to the outsourcing, non-technical nature of the audience and participants. I offered to still be available if needed.

Please let me know if you have any suggestions as to how I can improve my performance in this area.

Hacene, I appreciate your feedback, and I will do my best to achieve whatever goals you think are appropriate for 2018.

Thanks,

Lisa

Lisa A. Menninger, M.D., DABP, FCAP, FASCP
Executive Director Lab, Global Central Labs, PPD
Lisa.Menninger@ppdi.com
+ 1 (859) 462-2747 Mobile

---

**From:** Hacene Mekerri
**Sent:** Wednesday, April 11, 2018 9:24 AM
**To:** Lisa Menninger <Lisa.Menninger@ppdi.com>
**Subject:** 1:1 follow-up and Goals

Hi Lisa,

As discussed yesterday, I would like to adapt your goals for 2018 as I am concerned with the recent lab issues (Gedeon Richter, BMS and NGSP).
I need your full attention and dedication to resolve them and be more proactive to prevent any further issues.

1. Proactive approach and actions to increase lab quality: Lab process improvement, QCs, leadership empowerment, System enhancement.
   a. Elimination of Lab Issues, client complain and audit findings
   b. Process improvements in place to proactively eliminate quality issues.
   c. System and SOPs to be upgraded where needed
   d. People management goals and monitoring for higher proficiency

2. Ensure Lab goals and strategy is clear and well communicated:
   a. Decisive: Give clear directions to team and colleagues in acceptable timeline
   b. Solution oriented: Act as leader in researching and bringing innovative solutions to challenges
   c. Increase support to Sales team and PM team for client meetings, act as Lab Leader.

Please adapt your 2018 goals to include the above, I am happy to discuss them further with you at our next 1:1.
Goals may continue to adapt with on-going communication.

Thank you,

Hacene

| Message | |
|---|---|
| **From**: | Deborah Ballweg [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=88A985D246AF43A4B5F025D3C06938A3-DEBORAH J.] |
| **Sent**: | 4/11/2018 2:21:38 PM |
| **To**: | Jerry Williams [jerry.williams@ppdi.com] |
| **Subject**: | RE: Whats timing on Lisa Menninger's exit? Finance is trying to update the forecast. Thanks Jerry |

Hacene gave her some tough feedback on a recent issue and f/u with email.  ADAAA stalled – Menninger saying she can do all her duties despite Dr. note.  We are not close with term (3 rating for 2017 and just now starting to document)  unless she self selects..

**From:** Jerry Williams
**Sent:** Wednesday, April 11, 2018 1:14 PM
**To:** Deborah Ballweg <Deborah.Ballweg@ppdi.com>
**Subject:** FW: Whats timing on Lisa Menninger's exit? Finance is trying to update the forecast. Thanks Jerry

Where is Chad on this one…??

**From:** Chris Fikry
**Sent:** Wednesday, April 11, 2018 12:53 PM
**To:** Jerry Williams
**Subject:** Whats timing on Lisa Menninger's exit? Finance is trying to update the forecast. Thanks Jerry

_____

**Christopher Fikry, M.D.**
Executive Vice President, Global Lab Services

**PPD, Inc**
929 North Front Street
Wilmington, NC  28401
chris.fikry@ppdi.com
910 558-2175 (office)
215 432-6796 (cell)

| Message | |
|---|---|
| **From**: | Chad St. John [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=0D19504E2FF4481CBFAF08FAD5E3C25A-CHAD ST. JO] |
| **Sent**: | 3/26/2018 9:32:48 AM |
| **To**: | Deborah Ballweg [deborah.ballweg@ppdi.com] |
| **Subject**: | FW: Confidential - Reasonable Accommodations - Lisa Menninger |

Deb,

Happy Monday!

FYI…

We will want to discuss this further.

Regards,
Chad

**Chad D. St. John**
*Associate Director, Human Resources*
**PPD Central Labs**
**2 Tesseneer Drive**
**Highland Heights, KY 41076**
**e-mail:  Chad.St.John@ppdi.com**
**Office #:  +1 859 815 6288**
**Cell #:  +1 513 703 3380**
**Fax #:  +1 859 486 0958**
**Website:  www.ppdi.com**
**Careers Website:  www.ppdi.com/careers**

**From:** Lisa Menninger
**Sent:** Saturday, March 24, 2018 6:07 PM
**To:** Chad St. John <Chad.St.John@ppdi.com>
**Subject:** RE: Confidential - Reasonable Accommodations - Lisa Menninger

Hi Chad,

I'm writing to follow up on your email below regarding my disability and the potential need for reasonable accommodations.

While I appreciate you taking the time to highlight portions of my job description, I am familiar with the essential functions of my position and I am not requesting any changes to those functions. As I've stated previously, I am capable of performing all of my responsibilities with or without accommodation. There are, however, certain types of tasks (e.g., formal group presentations) that are challenging due to my disability, and I have asked that you consider possible reasonable accommodations with respect to those tasks.

As you know, that discussion led to Hacene identifying three broad categories of duties/responsibilities for which he believes no accommodation is possible (items 2, 3 and 4). In my last email to you, on March 1st, I noted that those categories are very broad, and asked that you and/or Hacene identify the specific tasks that might fall within those categories. As I explained in my March 1st email, that information is necessary in order to have a productive dialogue regarding which specific tasks implicate my disability and what reasonable accommodations may be available with respect to those specific tasks.

PPD_MENNINGER 001943

In any event, based upon my 1:1 with Hacene this past week, it does not appear that there are any activities or events in the near future that would implicate my disability. Given this, and how extremely busy we all are, it might make sense to table this discussion until a particular task arises. Dealing with these issues in context, I think, might make this whole issue seem less daunting and help us all engage in a more meaningful dialogue.

Thank you for your time and attention to this matter. I remain confident that we can work through this together, and I hope to have your continued support in doing so.

Lisa

Lisa A. Menninger, M.D., DABP, FCAP, FASCP
Executive Director Lab, Global Central Labs, PPD
Lisa.Menninger@ppdi.com
+ 1 (859) 462-2747 Mobile

---

**From:** Chad St. John
**Sent:** Monday, March 12, 2018 12:02 PM
**To:** Lisa Menninger <Lisa.Menninger@ppdi.com>
**Cc:** Chad St. John <Chad.St.John@ppdi.com>
**Subject:** Confidential - Reasonable Accommodations - Lisa Menninger

Dear Lisa,

Thank you for your email---we appreciate the ongoing dialogue regarding your requests for accommodations and want to get back to you on those requests.

I thought it would be helpful to attach a copy of your job description above for your reference.  As the job description provides, the Executive Director, Labs includes these essential functions:
- providing operational leadership
- supporting business development in obtaining new customers and maintaining relationships
- performing HR functions, personnel development and facility management.

The job description shows that the Executive Director is an integral part of the Highland Heights and Brussels central lab business.

As stated in the job description you are to "interact frequently with internal and outside representatives and participate and may present at meetings with both."   The position requires "excellent communication and interpersonal skills with ability to participate in business development activities, present capabilities and solutions to clients".   Your working conditions include "frequent drives to site locations, travels  within the United States and occasional international travel."

PPD has agreed to provide you certain accommodations that you're requested in terms of having  a designee for internal meetings and working with you on travel.    That said, it is not  reasonable for PPD to rewrite your job description and do away with core requirements such as  that you attend business development meetings, dinners, bid defenses, etc.  These are not "behind the scenes" functions and are absolutely essential to your  job.  It is not reasonable or acceptable to send a surrogate in your place to perform these essential functions.  That is why we are not agreeable to the requests for accommodation outlined in 2-4 below.

PPD has already worked with you to lessen the travel required by your job to some degree, but the position requires that you visit the lab in Highland Heights as well as the lab in Brussels and that you attend client meetings and attend to operational/personnel issues onsite from time to time.

Please take another look at the job description, discuss it with your health care provider and let us know if there are other accommodations that would allow you to perform the essential functions of your job as outlined above.

Thanks in advance.
Chad


Chad D. St. John
*Associate Director, Human Resources*
**PPD Central Labs**
**2 Tesseneer Drive**
**Highland Heights, KY 41076**
**e-mail:  Chad.St.John@ppdi.com**
**Office #:  +1 859 815 6288**
**Cell #:  +1 513 703 3380**
**Fax #:  +1 859 486 0958**
**Website:  www.ppdi.com**
**Careers Website:  www.ppdi.com/careers**

PPD_MENNINGER 001945

| Message | |
|---|---|
| **From**: | Deborah Ballweg [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=88A985D246AF43A4B5F025D3C06938A3-DEBORAH J.] |
| **Sent**: | 2/22/2018 12:47:40 PM |
| **To**: | Chad St. John [chad.st.john@ppdi.com] |
| **Subject**: | RE: reasonable accommodation request form |

Thanks, Chad.  I suggest you (HR generally takes the lead on these given the risk factor) draft a response on his behalf and have him review.

Thanks.

deb

---

**From:** Chad St. John
**Sent:** Wednesday, February 21, 2018 8:38 AM
**To:** Deborah Ballweg <Deborah.Ballweg@ppdi.com>
**Subject:** FW: reasonable accommodation request form

Deb,

I hope all is going well on your vacation.

Just an FYI… Hacene has been traveling so I sent him this email for him to craft a response.  I will follow-up with Lisa to let her know that a official response is still forthcoming due to Hacene's travel Schedule.  I will continue to keep you posted.

Regards,
Chad

Chad D. St. John
*Associate Director, Human Resources*
**PPD Central Labs**
**2 Tesseneer Drive**
**Highland Heights, KY 41076**
e-mail:  Chad.St.John@ppdi.com
Office #:  +1 859 815 6288
Cell #:  +1 513 703 3380
Fax #:  +1 859 486 0958
Website:  www.ppdi.com
Careers Website:  www.ppdi.com/careers

---

**From:** Chad St. John
**Sent:** Tuesday, February 20, 2018 4:02 PM
**To:** Hacene Mekerri <Hacene.Mekerri@ppdi.com>
**Subject:** FW: reasonable accommodation request form

Hacene,

I have reviewed the document that Lisa's physician sent to me and wanted to resent it to you with an overview comparison so that you can craft a response thoughtfully.

Regards,
Chad

**Hacene's Email Details:**

- SLT Presentations, Town Hall, COO/EVP meeting:
  - Attendees/Audience: Up to 500 employees
  - Frequency: Bi-weekly, monthly and/or quarterly

**Lisa's Physician's Email Details:**
- SLT Presentations, Town Hall, COO/EVP meeting:
  - Attendees/Audience: Up to 500 employees
  - Frequency: Bi-weekly, monthly and/or quarterly
  - Reasonable accommodation- responsible for all slides/handouts/ presentation material with necessary information but will require a reader to present to the group, or can pre record the audio / video and it can be played at the meeting
  - available for questions via email after the meeting.
  - 

    **Hacene's Email Details:**
    - Client Bid Defense, Issue resolution calls, HH/Client site meetings, phone:
      - Frequency: Once a month at a minimum for client
      - Attendees/Audience: Up to 50 attendees

    **Lisa's Physician's Email Details:**

    - 2. Client Bid Defense, Issue resolution calls, HH/Client site meetings, phone
      - Frequency: Once a month at a minimum for client
      - Attendees/Audience: Up to 50 attendees-
      - Reasonable accommodations – available via email/ text/ remote video conferencing for a representative of the client, 1-2 person audience maximum . If it is a site meeting, surrogate or reader with all necessary information / real time access to me will be available
    - Client site meetings –
    - Reasonable accommodation- would like a surrogate to attend, but will be responsible for all problem solving/ ideas for resolution if emailed/ communicated to me a few days before anticipated visit
    - 

**Hacene's Email Details:**
- Technical Sales presentation internal and external (i.e. internal Sales meeting), HH/Client site meetings, phone:
  - Frequency: Monthly, Quarterly, as needed
  - Attendees/Audience: Potentially up to 100 attendees

**Lisa's Physician's Email Details:**

PPD_MENNINGER 001979

- Technical Sales presentation internal and external (i.e. internal Sales meeting), HH/Client site meetings, phone:
- Reasonable Accommodation: excused from sales presentations but again will provide any necessary data information for the reader/ surrogate to have at their disposal Frequency: Monthly, Quarterly, as needed
  - Attendees/Audience: Potentially up to 100 attendees
  -

---

**Hacene's Email Details:**
  - For customer visits, Lunch/dinner and social interactions may occur (expected 60-80% of the time) in order to build business relationships.

**Lisa's Physician's Email Details:**

- For customer visits, Lunch/dinner and social interactions may occur (expected 60-80% of the time) in order to build business relationships. - surrogate, as this is not her strength/ skill set and her disability will flare with significant impairment . She is able to build business relationship in a more " behind the scenes" fashion and would like brainstorm other potential avenues where she can add value as she does understand this is an important part of the business.
-

---

**Hacene's Email Details:**
  - Travels: Up to 30%

**Lisa's Physician's Email Details:**

- Travels: Up to 30%- Reasonable Accommodation- When possible traveling to the Brussels site vs stateside.


Chad D. St. John
*Associate Director, Human Resources*
**PPD Central Labs**
**2 Tesseneer Drive**
**Highland Heights, KY 41076**
e-mail:  Chad.St.John@ppdi.com
Office #:  +1 859 815 6288
Cell #:  +1 513 703 3380
Fax #:  +1 859 486 0958
Website:  www.ppdi.com
Careers Website:  www.ppdi.com/careers

---

**From:** Chad St. John
**Sent:** Wednesday, February 14, 2018 11:16 AM
**To:** Hacene Mekerri <Hacene.Mekerri@ppdi.com>
**Subject:** FW: reasonable accommodation request form

Hacene,

FYI... I will connect with you soon to discuss the details in the document and next steps.

Regards,
Chad

**Chad D. St. John**
*Associate Director, Human Resources*
**PPD Central Labs**
**2 Tesseneer Drive**
**Highland Heights, KY 41076**
**e-mail:  Chad.St.John@ppdi.com**
**Office #:  +1 859 815 6288**
**Cell #:  +1 513 703 3380**
**Fax #:  +1 859 486 0958**
**Website:  www.ppdi.com**
**Careers Website:  www.ppdi.com/careers**

---

**From:** Marianna Kessimian [mailto:drkessimian@hartselleandassociates.com]
**Sent:** Wednesday, February 14, 2018 10:33 AM
**To:** Chad St. John <Chad.St.John@ppdi.com>
**Subject:** reasonable accommodation request form

This email originated outside PPD. Please use caution before clicking links.

Chad,

I have attached a document providing psychoeducation on social anxiety disorder as well as recommended reasonable accommodations for Lisa.

Please email me a confirmation that you have received and reviewed this email and its attachments.

Best,

Marianna Kessimian, MD

PPD_MENNINGER 001981

| Message | |
|---|---|
| **From:** | Chad St. John [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=0D19504E2FF4481CBFAF08FAD5E3C25A-CHAD ST. JO] |
| **Sent:** | 5/17/2018 8:42:49 AM |
| **To:** | Chris Clendening [chris.clendening@ppdi.com]; Hacene Mekerri [hacene.mekerri@ppdi.com] |
| **Subject:** | RE: AP and Flow |

Thanks Chris!

-Chad

Chad D. St. John
Associate Director, Human Resources
PPD Central Labs
2 Tesseneer Drive
Highland Heights, KY 41076
e-mail:  Chad.St.John@ppdi.com
Office #:  +1 859 815 6288
Cell #:  +1 513 703 3380
Fax #:  +1 859 486 0958
Website:  www.ppdi.com
Careers Website:  www.ppdi.com/careers

-----Original Message-----
From: Chris Clendening
Sent: Thursday, May 17, 2018 8:37 AM
To: Chad St. John <Chad.St.John@ppdi.com>; Hacene Mekerri <Hacene.Mekerri@ppdi.com>
Subject: RE: AP and Flow

After I review the Financials....I will put forth a recommendation that both of you can review and we can send to Lisa

Chris E. Clendening
ED of Global Project Management and Design Americas Site Head for PPD CL PPD® Laboratories
2 Tesseneer Drive
Highland Heights KY
Phone: +1 859 815 6301
Mobile 1 859 322 3623
Fax: +1 859 781 9310
Chris.Clendening@ppdi.com

-----Original Message-----
From: Chad St. John
Sent: Thursday, May 17, 2018 8:15 AM
To: Chris Clendening <Chris.Clendening@ppdi.com>; Hacene Mekerri <Hacene.Mekerri@ppdi.com>
Subject: RE: AP and Flow

Thanks Chris.  Good news...  The cost is now the question...

Lisa also mentioned PBMC's and Micro.  We should communicate this to Lisa and get her looped in.

Regards,
Chad

Chad D. St. John
Associate Director, Human Resources
PPD Central Labs
2 Tesseneer Drive
Highland Heights, KY 41076
e-mail:  Chad.St.John@ppdi.com
Office #:  +1 859 815 6288
Cell #:  +1 513 703 3380
Fax #:  +1 859 486 0958
Website:  www.ppdi.com
Careers Website:  www.ppdi.com/careers

-----Original Message-----
From: Chris Clendening
Sent: Wednesday, May 16, 2018 5:18 PM

To: Hacene Mekerri <Hacene.Mekerri@ppdi.com>; Chad St. John <Chad.St.John@ppdi.com>
Subject: AP and Flow

Neo would have both... we could potentially bake that into our agreement to serve as our licensure then
we can .....

Chris Clendening
Executive Director
Global Project Management & Design
PPD Global Central Labs
Office 859-815-6301
Cell 859-322-3623
Sent from my iPhone

Message

| | |
|---|---|
| **From**: | Lisa Menninger [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=30630EA465E34B9FBEE17C57284C84D5-LISA MENNIN] |
| **Sent**: | 5/14/2018 10:57:13 AM |
| **To**: | Hacene Mekerri [hacene.mekerri@ppdi.com]; Els Pluymers [els.pluymers@ppdi.com]; Chris Clendening [chris.clendening@ppdi.com] |
| **CC**: | Brent McKinnon [brent.mckinnon@ppdi.com]; Kathy Dick [kathy.dick@ppdi.com]; Chad St. John [chad.st.john@ppdi.com] |
| **Subject**: | RE: GSK Consumer Central Lab issue impact |

Hi Hacene,

Yes, I have been involved and was corresponding with Jay about this issue last week. We are meeting daily while the root cause for the latest issue involving improper sample storage temperature is under investigation.

Thanks,
Lisa

Lisa A. Menninger, M.D., DABP, FCAP, FASCP
Executive Director Lab, Global Central Labs, PPD
Lisa.Menninger@ppdi.com
+ 1 (859) 462-2747 Mobile

---

**From:** Hacene Mekerri
**Sent:** Monday, May 14, 2018 10:40 AM
**To:** Lisa Menninger <Lisa.Menninger@ppdi.com>; Els Pluymers <Els.Pluymers@ppdi.com>; Chris Clendening <Chris.Clendening@ppdi.com>
**Cc:** Brent McKinnon <Brent.McKinnon@ppdi.com>; Kathy Dick <Kathy.Dick@ppdi.com>; Chad St. John <Chad.St.John@ppdi.com>
**Subject:** FW: GSK Consumer Central Lab issue impact
**Importance:** High

Lisa, Els, involving you here as well to ensure you are on the top of this serious issue. I had conversation with Chris F. and this has been escalated at the C-Suite with potential financial impact.
You and Chris, please work together with QA to resolve the shared responsibilities. We will discuss at our SLT but I need all to stay well connected and solution this.
Chad, Let's get that resolved first and then I'd like to see actions/ownership on falling responsibilities.

Thank you,

Hacene

---

**From:** Kathy Dick
**Sent:** Monday, May 14, 2018 9:56 AM
**To:** Jay Dixon <Jay.Dixon@ppdi.com>; Chris Clendening <Chris.Clendening@ppdi.com>
**Cc:** Brent McKinnon <Brent.McKinnon@ppdi.com>; Bruce Peterson <Bruce.Peterson@ppdi.com>; Hacene Mekerri <Hacene.Mekerri@ppdi.com>; Olivia Aspite <Olivia.Aspite@ppdi.com>
**Subject:** RE: GSK Consumer Central Lab issue impact

Please see attached with impact added.

Will update as new information becomes available.

*Kathy Dick BS, MT(ASCP)*
DIR QA
PPD Laboratories, Central Labs
QUALITY AND ENTERPRISE LEARNING

**PPD**
2 Tesseneer Drive
Highland Heights KY 41076

Phone +1 859 815 6306
Cell +1 859 240 0520
Fax
Kathy.Dick@ppdi.com
www.ppdi.com



---

**From:** Jay Dixon
**Sent:** Monday, May 14, 2018 7:56 AM
**To:** Kathy Dick <Kathy.Dick@ppdi.com>; Chris Clendening <Chris.Clendening@ppdi.com>
**Cc:** Brent McKinnon <Brent.McKinnon@ppdi.com>; Bruce Peterson <Bruce.Peterson@ppdi.com>; Hacene Mekerri <Hacene.Mekerri@ppdi.com>; Olivia Aspite <Olivia.Aspite@ppdi.com>
**Subject:** RE: GSK Consumer Central Lab issue impact

Thanks Kathy.

Could you add the impact column as that would be great to have.   Appreciate you pulling this together.

Best,

Jay

James R. Dixon
Senior Vice President
Quality & Enterprise Learning
Wilmington, North Carolina, USA

| | |
|---|---|
| PPD<br>Corporate Headquarters | Phone    +1 910 558 5907<br>Cell      +1 919 675 8318<br>Fax      +1 919 654 8959<br>e-mail   James.Dixon@ppdi.com<br>Web site www.ppdi.com |

Early Development | Clinical Development | Laboratories | Post-Approval | Consulting

  Please consider the environment before printing this e-mail

---

**From:** Kathy Dick
**Sent:** Monday, May 14, 2018 7:51 AM
**To:** Jay Dixon <Jay.Dixon@ppdi.com>; Chris Clendening <Chris.Clendening@ppdi.com>
**Cc:** Brent McKinnon <Brent.McKinnon@ppdi.com>; Bruce Peterson <Bruce.Peterson@ppdi.com>; Hacene Mekerri <Hacene.Mekerri@ppdi.com>; Olivia Aspite <Olivia.Aspite@ppdi.com>
**Subject:** RE: GSK Consumer Central Lab issue impact

---

Attached is the log we have been keeping of the issues.  We have not added impact to project but can certainly do that.  The first 3 items that we have completed CAPA reports on, we were able to recover using back up samples or obtain the draw time data so there wasn't direct impact on trial integrity.  The 4th issue and 5th issue as still being determined in terms of impact.  GSK is reviewing the CAPA for CL-1256 and we are drafting CL-1284 as well as a cumulative report of all issues as per your request.

Chris/Olivia any additional update on impact?

*Kathy Dick BS, MT(ASCP)*
DIR QA
PPD Laboratories, Central Labs
QUALITY AND ENTERPRISE LEARNING

**PPD**
2 Tesseneer Drive
Highland Heights KY 41076

Phone +1 859 815 6306
Cell +1 859 240 0520
Fax
Kathy.Dick@ppdi.com
www.ppdi.com



---

**From:** Jay Dixon
**Sent:** Saturday, May 12, 2018 7:57 AM
**To:** Chris Clendening <Chris.Clendening@ppdi.com>
**Cc:** Brent McKinnon <Brent.McKinnon@ppdi.com>; Kathy Dick <Kathy.Dick@ppdi.com>; Bruce Peterson <Bruce.Peterson@ppdi.com>; Hacene Mekerri <Hacene.Mekerri@ppdi.com>; Olivia Aspite <Olivia.Aspite@ppdi.com>
**Subject:** Re: GSK Consumer Central Lab issue impact

Thanks.  I will be waiting to hear the outcome.

Kathy do we have a quick high level list of all the individual issues and impact to the project(s)?

Best,

Jay

Sent from my iPad

On May 12, 2018, at 7:45 AM, Chris Clendening <Chris.Clendening@ppdi.com> wrote:

> Hi Jay,
> We are in the office working on it now
>
> **Chris E. Clendening**
> *ED of Global Project Management and Design*
> *Americas Site Head for PPD CL*
> **PPD® Laboratories**
> 2 Tesseneer Drive
> Highland Heights KY
> Phone: +1 859 815 6301

Mobile 1 859 322 3623
Fax: +1 859 781 9310
Chris.Clendening@ppdi.com

---

**From:** Jay Dixon
**Sent:** Saturday, May 12, 2018 7:45 AM
**To:** Brent McKinnon <Brent.McKinnon@ppdi.com>; Kathy Dick <Kathy.Dick@ppdi.com>; Bruce Peterson <Bruce.Peterson@ppdi.com>
**Cc:** Chris Clendening <Chris.Clendening@ppdi.com>; Hacene Mekerri <Hacene.Mekerri@ppdi.com>
**Subject:** Fwd: GSK Consumer Central Lab issue impact

Team,

FYI. I want a deep dive into these GSK CH failures. This last one is huge based on potential impact.

Best,

Jay

Sent from my iPad

Begin forwarded message:

> **From:** Jay Dixon <Jay.Dixon@ppdi.com>
> **Date:** May 12, 2018 at 7:42:39 AM EDT
> **To:** Daniel Jones <Daniel.Jones@ppdi.com>
> **Cc:** Julie Rhino <Julie.Rhino@ppdi.com>, Chris Clendening
> <Chris.Clendening@ppdi.com>, Hacene Mekerri <Hacene.Mekerri@ppdi.com>, Chris
> Fikry <Chris.Fikry@ppdi.com>, Olivia Aspite <Olivia.Aspite@ppdi.com>, Jacqueline Ernst
> <Jacqueline.Ernst@ppdi.com>, Debora Fernandes <Debora.Fernandes@ppdi.com>,
> Sebastian Pacios <Sebastian.Pacios@ppdi.com>, Les Enterline
> <Les.Enterline@ppdi.com>
> **Subject: Re: GSK Consumer Central Lab issue impact**
>
> Daniel
>
> Appreciate the update. Terrible news that this latest issue could halt development of
> this assets.
>
> Chris we need to brief Bill, Judd, Diem and others as needed as to the financial /
> commercial and impact this has on us as well as the broader GSK impact to the
> partnership.
>
> Hacene/ Chris C when will know the answer to Marc's question?
>
> Not going to be a pretty SSC on the 4th.
>
> Best,
>
> Jay
>
> Sent from my iPad
>
> On May 11, 2018, at 11:42 AM, Daniel Jones <Daniel.Jones@ppdi.com> wrote:

---

Hi all,

I just spoke to Marc Renard, head of operations for GSK CH, regarding the latest central lab issue of the samples being stored in the refrigerator vs the freezer as per the study requirements. He is incredibly anxious regarding PPD feedback on the investigation whether these samples are still viable as they are to be used as the controls for their future development of the asset. If they are not viable, that essentially stops the progression of this asset and would have huge impact to the business side of GSK CH. Marc has not notified his business counterparts, pending the investigation, but indicated that if they are not viable, he would expect PPD retribution including commercial/financial concessions as they did not "get what they are paying for".

He also wanted to ensure we were opening an investigation of our lab practices, process, oversight, etc due to the issues trend on a relatively simple program, and I assured him this is in progress and being led by Jay's organization. **Hacene/Chris F** – I would recommend that you reach out to Marc, regardless if the samples are viable or not, to discuss his concerns as he is currently providing his feedback across the GSK business, including as recently as on our Quality Council call today, and this will have a huge impact on our future labs business across the GSK portfolio. If the samples are not viable, we will need to re-group internally on what PPD will offer as retribution as this will be critical in saving this Consumer partnership. Please let me know if you have any initial comments/questions.

Thanks,

**J. Daniel Jones**
Vice President
Development Operations Lead
Strategic Partnerships

**PPD, Inc**
3900 Paramount Pkwy
Morrisville, NC 27560

Phone +1 919 456 5288
Cell +1 919 434 3499
Fax +1 919 654 8759
Daniel.Jones@ppdi.com
www.ppdi.com

| Message | |
|---|---|
| **From**: | Lisa Menninger [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=30630EA465E34B9FBEE17C57284C84D5-LISA MENNIN] |
| **Sent**: | 4/27/2018 9:08:17 PM |
| **To**: | Hacene Mekerri [hacene.mekerri@ppdi.com] |
| **Subject**: | RE: 1:1 follow-up and Goals |

Hi Hacene,

I'm sorry if you were surprised or disappointed by my response.  I understood from your APR 11 email that you wanted me "to adapt my goals for 2018" to address your "concern[s] with recent lab issues."  As such, I was not trying to "change the conversation"—I just wanted to make sure we were on the same page as to what the "issues" are and what I am doing to address them.  I thought that would be the most productive way of discussing goals and ensuring that I'm addressing whatever concerns you have.

As for the "examples" you cite in your email below, here is my perspective:

On the Gideon Richter issue, I personally wrote the Executive Summary (when I asked for your approval to send it to Chris Fikry, you requested that Els send it on my behalf since she had been in communication with Chris).  While it is true that other leaders were involved in the process, I think the facts show that I did "take the lead" and "provide[d] proactive leadership."  We have a talented and dedicated team, and I tried to utilize appropriate members of that team to make sure the task was performed as well as possible.  For example, I used Lorraine as a resource as she was involved on the ground in Brussels and was most familiar with the details of the issue.  This is the same type of teamwork that I have employed throughout my tenure as Executive Director.

On GSK, that is correct that I was not aware of the issue until I received your email.  Per the Quality Event Management ("QEM") process, once a NCQE is entered, QA assigns a Responder and Authorizing Manager and sets up a meeting to discuss the impact and investigation.  The Responder conducts the investigation, assesses impact and formulates corrective actions to remediate the issue.  As soon as I received your email, which asked me to "check what happened and how could we have avoided that," I immediately contacted QA to confirm that an investigation was underway, identify the persons involved, and ascertain its status.  QA provided a full response via email less than 20 minutes later, which confirmed that an investigation was already underway in accordance with the QEM process and that a conference call with the client was scheduled for April 18th.  As you were copied on the email, I did not think I needed to do anything else to bring it to your attention.

That investigation is still ongoing, and I am continuing to supervise it appropriately.  I've asked Poluru as the assigned Authorizing Manager to ensure that the investigation is completed as promptly and thoroughly as possible.  He is keeping me apprised of the status and everything is progressing appropriately (the lab supervisor, Josh, who you reference in your email, is highly qualified and professional). I intend to provide you a summary of our findings at the conclusion of the investigation, but would be happy to provide you interim updates if you would prefer.

Please let me know if you think any of this is incorrect or would like further clarification/elaboration regarding anything.  Again, I'm not trying to "change the conversation"—I just want to make sure we are on the same page as to what the "issues" are and what I am doing to address them.  I want to meet your expectations, and I'll do my best to make whatever changes you think are needed.

Lisa

Lisa A. Menninger, M.D., DABP, FCAP, FASCP
Executive Director Lab, Global Central Labs, PPD
Lisa.Menninger@ppdi.com
+ 1 (859) 462-2747 Mobile

**From:** Hacene Mekerri
**Sent:** Wednesday, April 25, 2018 10:20 AM
**To:** Lisa Menninger <Lisa.Menninger@ppdi.com>
**Subject:** RE: 1:1 follow-up and Goals

Lisa,
I am very surprised and somehow disappointed by your response. PPD is asking all of its managers to meet with employees regarding goals and to use the "connect for success" model to coach and encourage employees.  As part of the goal setting exercise, I asked that you include effective communication and  to proactively work as a senior lab leader to improve quality, systems and processes.

In your response below, you have changed the discussion to one regarding current performance.  We have discussed these issues, but this goal setting exercise was not intended to get into the particular concerns, but incorporate areas for improvement.   If it is helpful, however, I will give you a couple of examples of issues that I have noted (and raised to you) before:

> 1. For one client, Gideon Richter: I personally asked for an executive summary from you to document the issues and reflect lab leadership. It was unfortunate to see that other leaders were fully involved even with direct discussions / email with Jay Dixon. You did not take the lead.  As the Executive Director of Operations, you are expected to stay on the top of the issues and provide proactive leadership.

> 2.  More recently, we had another client issue—this time with  GSK-- which goes to the leadership issues. As you know, GSK is a key client that our sales and operational team is courting and any issue can jeopardize future business. Apparently, you claim were not informed that some samples were discarded by mistake which impacted the client. I personally forwarded you the email and asked you to work with the team on resolution. In your position, you must  communicate within the lab-- greater involvement is needed from you. Until now I have not received any update from you on this issue. At one point, I learned there was a client meeting last week where the PPD lab representative was a supervisor with very limited experience with PPD.  This is your job---to handle these situations--- to lead the laboratory operations by integrating operational processes, business development, research and development and quality assurance.

Finally, in your email you mention that you are hoping that my email regarding your 2018 goals " has nothing to do with (your) recent request for accommodation on account of (your) medical disability" and cite the timing of the email.  I can assure you that it does not.  PPD has and will continue to consider any and all requests for accommodation to allow you to continue to work as its executive director of operations.  Please continue to work directly with Chad in Human Resources regarding any such requests.

Hacene

---

**From:** Lisa Menninger
**Sent:** Tuesday, April 17, 2018 1:28 PM
**To:** Hacene Mekerri <Hacene.Mekerri@ppdi.com>
**Subject:** RE: 1:1 follow-up and Goals

Hi Hacene,

I am happy to adapt my 2018 goals to address whatever concerns you may have.  However, I think you may have some misunderstanding concerning the "recent lab issues" you reference in your email.

For Gedeon Richter, the lab tech failed to follow the SOP. NGSP was a similar issue, as the lab tech made a clerical error in labeling sample results for NGSP proficiency testing samples. And as for BMS, IT failed to perform end-to-end testing when the assay was initially set up in 2017 and later interfaced in January 2018. The lab tech also made an error due to confusion about the lack of interfacing when the first two samples arrived.

While errors such as these are common problems for all laboratories, we have been working proactively to minimize the risk and occurrence of such errors. For example, the SOP the lab tech failed to follow with respect to Gedeon Richter was updated just last year. We also have a sound process in place that we've significantly upgraded since I joined PPD to minimize human error in proficiency testing. We also initiated a POG project earlier this year to further refine and improve the process for proficiency testing sample handling, result reporting, investigation and documentation.

Of course, I agree that we should always be trying to learn from mistakes and endeavoring to improve upon our processes and procedures. And I am continuing to do just that. But I don't think it is fair to suggest that any of these "issues" were the result of me not providing my "full attention" or "dedication" or being sufficiently "proactive." That is completely untrue, and I am not aware of any facts concerning these "recent issues" that should give you any reason to doubt my performance in such a manner.

I sincerely hope that this is just a misunderstanding. I also hope that this has nothing to do with my recent request for accommodation on account of my medical disability. While I do not want to assume the worst, the timing concerns me very much.

With that said, and as noted above, I am happy to adapt my 2018 goals to address whatever new concerns you may have. As the areas that you have outlined are very broad and somewhat vague, I've taken some time to go through each one and highlight for you the actions that I am already taking to achieve/address your stated goals. It would be very helpful if you could review and provide me some specific direction as to why you believe that our current efforts are insufficient and/or how you think we can improve.

**1(a): Elimination of Lab Issues, client complain[ts] and audit findings.**

I'm not entirely clear what you are referring to here. As noted above and detailed further below, we are constantly striving to improve on our processes and procedures to eliminate such problems. If there is a particular issue or problem that you believe is not being appropriately addressed, please let me know.

**1(b): Process improvements in place to proactively eliminate quality issues.**

Process improvement is already a priority. It's why we have a quality management system that includes a CAPA program. It's why we implement quality control processes in the laboratory. While these processes cannot guarantee that error will <u>never</u> occur (I am not aware of any process that can) these measures help us monitor for pre-analytical, analytical and post-analytical issues. Continuous quality improvement is the essence of the ISO15189 Standard (Medical laboratories—Requirements for quality and competence) and the CAP15189 program, which as you know is something I am very passionate about and have a significant amount of experience in.

Again, I am not aware of any processes that reduce errors to 0%, but there is good evidence to suggest that my work in this area has been highly effective. Last year, we had five successful inspections (US, EU and SG CAP Lab Accreditation, US CAP/ISO15189 and State of NY) for laboratories that I direct as the sole PPD medical lab director. These inspections covered thousands of regulatory standards per lab for which I am responsible for as the lab director. At the summation for these inspections, inspectors were highly complementary about the quality processes in each of our labs. All labs received recertification. In addition, the US Lab received CAP15189 accreditation, an achievement that was acknowledged at the corporate level.

Please let me know if you have any suggestions as to how I can improve my performance in this area.

**1(c): System and SOPs to be upgraded where needed.**

SOPs have been and continue to be updated regularly. This is evidenced by the multiple revision numbers documented in our lab SOPs. I am not clear what you mean by "system," but I am not aware of any specific needs in this area.  Please let me know if you disagree.

**1(d):  People management goals and monitoring for higher proficiency.**

A laboratory training and competency assessment program is in place and is a regulatory requirement. This program was recently reviewed, enhanced and updated based on CAP/CLIA guidelines.

We develop goals for all lab staff that are prioritized based on lab objectives that I regularly communicate to my team/s. These goals are incorporated into employee goals set up in the PPD performance management system. Quality and compliance are always stressed as being my number one priority.

If you have any specific thoughts on what I could be doing to improve in this area, please let me know.

**2(a):  Decisive: Give clear directions to team and colleagues in acceptable timeline.**

At the start of 2018, I discussed lab goals and strategy with my team as I have done so in previous years. This year, we are focused on growing our APAC offerings, expanding molecular and AP capabilities, controlling costs/increasing efficiencies through metric and dashboard analytics, quality improvement initiatives supported through a POG project and pursuit of CAP15189 certification for the EU Lab. I have also been driving the molecular team to clear out the DNA/RNA extraction backlog to positively impact 2018 GCL revenue numbers.

As you know, the majority of laboratory technical questions, consults and concerns come directly to me for review and decision-making. To ensure that my directions are clear, compliant and based on sound medical guidelines, I will perform a literature review and consult medical references as needed.  As I cannot delegate responsibilities/tasks that require the lab director's review/approval, I prioritize tasks to ensure that my responses are provided in an acceptable timeline.

Again, please let me know if you have any specific suggestions as to how I can improve my performance in this area.

**2(b):  Solution oriented: Act as leader in researching and bringing innovative solutions to challenges.**

I believe I provide very effective leadership in this area.  I emphasize not only finding solutions to challenges, but finding solutions that are compliant.  This may not seem "innovative," but finding compliant solutions to challenges often requires a great deal of research and innovative thinking.  Under my leadership, we do this every day.

Please let me now if you have any specific examples or suggestions concerning how you think I can improve in this area.

**2(c):  Increase support to Sales team and PM team for client meetings, act as Lab Leader.**

I regularly provide support to the PM team by answering questions that come to me via email and joining client calls when needed. I took the initiative to request regular and recurring strategy meetings with Pat, but he has been unable to attend most of them due to his travel schedule.

Before Carolyn and Michelle departed PPD late last year, I had regular meetings with them to discuss lab strategy and offer support. I recently learned that Andy Supp has been named as Carolyn's replacement, and I intend to continue to provide him with similar support.

To date in 2018, aside from one client meeting, I have not been invited to participate in any internal or external sales meetings. I accepted the invite to participate in the WebEx for the client meeting, but it was later determined that I did

not need to attend due to the outsourcing, non-technical nature of the audience and participants. I offered to still be available if needed.

Please let me know if you have any suggestions as to how I can improve my performance in this area.

Hacene, I appreciate your feedback, and I will do my best to achieve whatever goals you think are appropriate for 2018.

Thanks,

Lisa

Lisa A. Menninger, M.D., DABP, FCAP, FASCP
Executive Director Lab, Global Central Labs, PPD
Lisa.Menninger@ppdi.com
+ 1 (859) 462-2747 Mobile

---

**From:** Hacene Mekerri
**Sent:** Wednesday, April 11, 2018 9:24 AM
**To:** Lisa Menninger <Lisa.Menninger@ppdi.com>
**Subject:** 1:1 follow-up and Goals

Hi Lisa,

As discussed yesterday, I would like to adapt your goals for 2018 as I am concerned with the recent lab issues (Gedeon Richter, BMS and NGSP).
I need your full attention and dedication to resolve them and be more proactive to prevent any further issues.

1. Proactive approach and actions to increase lab quality: Lab process improvement, QCs, leadership empowerment, System enhancement.
   a. Elimination of Lab Issues, client complain and audit findings
   b. Process improvements in place to proactively eliminate quality issues.
   c. System and SOPs to be upgraded where needed
   d. People management goals and monitoring for higher proficiency

2. Ensure Lab goals and strategy is clear and well communicated:
   a. Decisive: Give clear directions to team and colleagues in acceptable timeline
   b. Solution oriented: Act as leader in researching and bringing innovative solutions to challenges
   c. Increase support to Sales team and PM team for client meetings, act as Lab Leader.

Please adapt your 2018 goals to include the above, I am happy to discuss them further with you at our next 1:1. Goals may continue to adapt with on-going communication.

Thank you,

Hacene

| Message | |
|---|---|
| **From**: | Hacene Mekerri [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=10B48A5837DB4ADD80CA03377F3EFB47-HACENE MEKE] |
| **Sent**: | 4/25/2018 10:19:49 AM |
| **To**: | Lisa Menninger [lisa.menninger@ppdi.com] |
| **Subject**: | RE: 1:1 follow-up and Goals |

Lisa,

I am very surprised and somehow disappointed by your response. PPD is asking all of its managers to meet with employees regarding goals and to use the "connect for success" model to coach and encourage employees.  As part of the goal setting exercise, I asked that you include effective communication and  to proactively work as a senior lab leader to improve quality, systems and processes.

In your response below, you have changed the discussion to one regarding current performance.  We have discussed these issues, but this goal setting exercise was not intended to get into the particular concerns, but incorporate areas for improvement.   If it is helpful, however, I will give you a couple of examples of issues that I have noted (and raised to you) before:

> 1. For one client, Gideon Richter: I personally asked for an executive summary from you to document the issues and reflect lab leadership. It was unfortunate to see that other leaders were fully involved even with direct discussions / email with Jay Dixon. You did not take the lead.  As the Executive Director of Operations, you are expected to stay on the top of the issues and provide proactive leadership.

> 2.  More recently, we had another client issue—this time with  GSK-- which goes to the leadership issues. As you know, GSK is a key client that our sales and operational team is courting and any issue can jeopardize future business. Apparently, you claim were not informed that some samples were discarded by mistake which impacted the client. I personally forwarded you the email and asked you to work with the team on resolution. In your position, you must  communicate within the lab-- greater involvement is needed from you. Until now I have not received any update from you on this issue. At one point, I learned there was a client meeting last week where the PPD lab representative was a supervisor with very limited experience with PPD.  This is your job---to handle these situations--- to lead the laboratory operations by integrating operational processes, business development, research and development and quality assurance.

Finally, in your email you mention that you are hoping that my email regarding your 2018 goals " has nothing to do with (your) recent request for accommodation on account of (your) medical disability" and cite the timing of the email.  I can assure you that it does not.  PPD has and will continue to consider any and all requests for accommodation to allow you to continue to work as its executive director of operations.  Please continue to work directly with Chad in Human Resources regarding any such requests.

Hacene

---

**From:** Lisa Menninger
**Sent:** Tuesday, April 17, 2018 1:28 PM
**To:** Hacene Mekerri <Hacene.Mekerri@ppdi.com>
**Subject:** RE: 1:1 follow-up and Goals

Hi Hacene,

I am happy to adapt my 2018 goals to address whatever concerns you may have.  However, I think you may have some misunderstanding concerning the "recent lab issues" you reference in your email.

For Gedeon Richter, the lab tech failed to follow the SOP.  NGSP was a similar issue, as the lab tech made a clerical error in labeling sample results for NGSP proficiency testing samples.  And as for BMS, IT failed to perform end-to-end testing when the assay was initially set up in 2017 and later interfaced in January 2018. The lab tech also made an error due to confusion about the lack of interfacing when the first two samples arrived.

While errors such as these are common problems for all laboratories, we have been working proactively to minimize the risk and occurrence of such errors.  For example, the SOP the lab tech failed to follow with respect to Gedeon Richter was updated just last year.  We also have a sound process in place that we've significantly upgraded since I joined PPD to minimize human error in proficiency testing.  We also initiated a POG project earlier this year to further refine and improve the process for proficiency testing sample handling, result reporting, investigation and documentation.

Of course, I agree that we should always be trying to learn from mistakes and endeavoring to improve upon our processes and procedures.   And I am continuing to do just that.  But I don't think it is fair to suggest that any of these "issues" were the result of me not providing my "full attention" or "dedication" or being sufficiently "proactive."  That is completely untrue, and I am not aware of any facts concerning these "recent issues" that should give you any reason to doubt my performance in such a manner.

I sincerely hope that this is just a misunderstanding.  I also hope that this has nothing to do with my recent request for accommodation on account of my medical disability.  While I do not want to assume the worst, the timing concerns me very much.

With that said, and as noted above, I am happy to adapt my 2018 goals to address whatever new concerns you may have.  As the areas that you have outlined are very broad and somewhat vague, I've taken some time to go through each one and highlight for you the actions that I am already taking to achieve/address your stated goals.  It would be very helpful if you could review and provide me some specific direction as to why you believe that our current efforts are insufficient and/or how you think we can improve.

**1(a): Elimination of Lab Issues, client complain[ts] and audit findings.**

I'm not entirely clear what you are referring to here.  As noted above and detailed further below, we are constantly striving to improve on our processes and procedures to eliminate such problems.  If there is a particular issue or problem that you believe is not being appropriately addressed, please let me know.

**1(b): Process improvements in place to proactively eliminate quality issues.**

Process improvement is already a priority. It's why we have a quality management system that includes a CAPA program. It's why we implement quality control processes in the laboratory. While these processes cannot guarantee that error will never occur (I am not aware of any process that can) these measures help us monitor for pre-analytical, analytical and post-analytical issues.  Continuous quality improvement is the essence of the ISO15189 Standard (Medical laboratories—Requirements for quality and competence) and the CAP15189 program, which as you know is something I am very passionate about and have a significant amount of experience in.

Again, I am not aware of any processes that reduce errors to 0%, but there is good evidence to suggest that my work in this area has been highly effective.  Last year, we had five successful inspections (US, EU and SG CAP Lab Accreditation, US CAP/ISO15189 and State of NY) for laboratories that I direct as the sole PPD medical lab director. These inspections covered thousands of regulatory standards per lab for which I am responsible for as the lab director. At the summation for these inspections, inspectors were highly complementary about the quality processes in each of our labs. All labs received recertification. In addition, the US Lab received CAP15189 accreditation, an achievement that was acknowledged at the corporate level.

Please let me know if you have any suggestions as to how I can improve my performance in this area.

**1(c):  System and SOPs to be upgraded where needed.**

SOPs have been and continue to be updated regularly. This is evidenced by the multiple revision numbers documented in our lab SOPs. I am not clear what you mean by "system," but I am not aware of any specific needs in this area.  Please let me know if you disagree.

**1(d):  People management goals and monitoring for higher proficiency.**

A laboratory training and competency assessment program is in place and is a regulatory requirement. This program was recently reviewed, enhanced and updated based on CAP/CLIA guidelines.

We develop goals for all lab staff that are prioritized based on lab objectives that I regularly communicate to my team/s. These goals are incorporated into employee goals set up in the PPD performance management system. Quality and compliance are always stressed as being my number one priority.

If you have any specific thoughts on what I could be doing to improve in this area, please let me know.

**2(a):  Decisive: Give clear directions to team and colleagues in acceptable timeline.**

At the start of 2018, I discussed lab goals and strategy with my team as I have done so in previous years. This year, we are focused on growing our APAC offerings, expanding molecular and AP capabilities, controlling costs/increasing efficiencies through metric and dashboard analytics, quality improvement initiatives supported through a POG project and pursuit of CAP15189 certification for the EU Lab. I have also been driving the molecular team to clear out the DNA/RNA extraction backlog to positively impact 2018 GCL revenue numbers.

As you know, the majority of laboratory technical questions, consults and concerns come directly to me for review and decision-making. To ensure that my directions are clear, compliant and based on sound medical guidelines, I will perform a literature review and consult medical references as needed.  As I cannot delegate responsibilities/tasks that require the lab director's review/approval, I prioritize tasks to ensure that my responses are provided in an acceptable timeline.

Again, please let me know if you have any specific suggestions as to how I can improve my performance in this area.

**2(b):  Solution oriented: Act as leader in researching and bringing innovative solutions to challenges.**

I believe I provide very effective leadership in this area.  I emphasize not only finding solutions to challenges, but finding solutions that are compliant.  This may not seem "innovative," but finding compliant solutions to challenges often requires a great deal of research and innovative thinking.  Under my leadership, we do this every day.

Please let me now if you have any specific examples or suggestions concerning how you think I can improve in this area.

**2(c):  Increase support to Sales team and PM team for client meetings, act as Lab Leader.**

I regularly provide support to the PM team by answering questions that come to me via email and joining client calls when needed. I took the initiative to request regular and recurring strategy meetings with Pat, but he has been unable to attend most of them due to his travel schedule.

Before Carolyn and Michelle departed PPD late last year, I had regular meetings with them to discuss lab strategy and offer support. I recently learned that Andy Supp has been named as Carolyn's replacement, and I intend to continue to provide him with similar support.

To date in 2018, aside from one client meeting, I have not been invited to participate in any internal or external sales meetings. I accepted the invite to participate in the WebEx for the client meeting, but it was later determined that I did

not need to attend due to the outsourcing, non-technical nature of the audience and participants. I offered to still be available if needed.

Please let me know if you have any suggestions as to how I can improve my performance in this area.

Hacene, I appreciate your feedback, and I will do my best to achieve whatever goals you think are appropriate for 2018.

Thanks,

Lisa

Lisa A. Menninger, M.D., DABP, FCAP, FASCP
Executive Director Lab, Global Central Labs, PPD
Lisa.Menninger@ppdi.com
+ 1 (859) 462-2747 Mobile

---

**From:** Hacene Mekerri
**Sent:** Wednesday, April 11, 2018 9:24 AM
**To:** Lisa Menninger <Lisa.Menninger@ppdi.com>
**Subject:** 1:1 follow-up and Goals

Hi Lisa,

As discussed yesterday, I would like to adapt your goals for 2018 as I am concerned with the recent lab issues (Gedeon Richter, BMS and NGSP).
I need your full attention and dedication to resolve them and be more proactive to prevent any further issues.

1. Proactive approach and actions to increase lab quality: Lab process improvement, QCs, leadership empowerment, System enhancement.
   a. Elimination of Lab Issues, client complain and audit findings
   b. Process improvements in place to proactively eliminate quality issues.
   c. System and SOPs to be upgraded where needed
   d. People management goals and monitoring for higher proficiency

2. Ensure Lab goals and strategy is clear and well communicated:
   a. Decisive: Give clear directions to team and colleagues in acceptable timeline
   b. Solution oriented: Act as leader in researching and bringing innovative solutions to challenges
   c. Increase support to Sales team and PM team for client meetings, act as Lab Leader.

Please adapt your 2018 goals to include the above, I am happy to discuss them further with you at our next 1:1. Goals may continue to adapt with on-going communication.

Thank you,

Hacene

| | |
|---|---|
| Message | |
| **From**: | Hacene Mekerri [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=10B48A5837DB4ADD80CA03377F3EFB47-HACENE MEKE] |
| **Sent**: | 4/10/2018 3:58:00 PM |
| **To**: | Lisa Menninger [lisa.menninger@ppdi.com]; Els Pluymers [els.pluymers@ppdi.com] |
| **Subject**: | RE: Executive summary - Flow - corrections |

I am ok. I would let Els to send it on your behalf since she started the conversation when she was in Wil.


Thanks,


Hacene


**From:** Lisa Menninger
**Sent:** Tuesday, April 10, 2018 3:52 PM
**To:** Hacene Mekerri <Hacene.Mekerri@ppdi.com>
**Subject:** RE: Executive summary - Flow - corrections

Thanks Hacene. I'll send to Chris with you and Els in copy if you approve.

Lisa A. Menninger, M.D., DABP, FCAP, FASCP
Executive Director Lab, Global Central Labs, PPD
Lisa.Menninger@ppdi.com
+ 1 (859) 462-2747 Mobile


**From:** Hacene Mekerri
**Sent:** Tuesday, April 10, 2018 3:43 PM
**To:** Lisa Menninger <Lisa.Menninger@ppdi.com>
**Subject:** RE: Executive summary - Flow - corrections

Hi Lisa,

Ok with me.

Thank you,

Hacene


**From:** Lisa Menninger
**Sent:** Tuesday, April 10, 2018 10:01 AM
**To:** Hacene Mekerri <Hacene.Mekerri@ppdi.com>
**Subject:** RE: Executive summary - Flow - corrections

Hi Hacene,

Please see the attached updated version of the executive summary per your recommendations. The Team has reviewed and reached consensus on this version. Let me know if you have additional recommendations or edits.

Thanks,
Lisa

Lisa A. Menninger, M.D., DABP, FCAP, FASCP
Executive Director Lab, Global Central Labs, PPD
Lisa.Menninger@ppdi.com
+ 1 (859) 462-2747 Mobile

---

**From:** Lisa Menninger
**Sent:** Monday, April 09, 2018 2:34 PM
**To:** Hacene Mekerri <Hacene.Mekerri@ppdi.com>
**Subject:** FW: Executive summary - Flow - corrections

FYI

Lisa A. Menninger, M.D., DABP, FCAP, FASCP
Executive Director Lab, Global Central Labs, PPD
Lisa.Menninger@ppdi.com
+ 1 (859) 462-2747 Mobile

---

**From:** Lisa Menninger
**Sent:** Monday, April 09, 2018 2:21 PM
**To:** Els Pluymers <Els.Pluymers@ppdi.com>; Lorraine McNamara <Lorraine.McNamara@ppdi.com>; David Berro <David.Berro@ppdi.com>
**Cc:** Kathy Dick <Kathy.Dick@ppdi.com>
**Subject:** RE: Executive summary - Flow - corrections

Good catch Els. I had edited that in the first version, but missed it in the final. Please see attached.

Lisa A. Menninger, M.D., DABP, FCAP, FASCP
Executive Director Lab, Global Central Labs, PPD
Lisa.Menninger@ppdi.com
+ 1 (859) 462-2747 Mobile

---

**From:** Els Pluymers
**Sent:** Monday, April 09, 2018 2:12 PM
**To:** Lisa Menninger <Lisa.Menninger@ppdi.com>; Lorraine McNamara <Lorraine.McNamara@ppdi.com>; David Berro <David.Berro@ppdi.com>
**Cc:** Kathy Dick <Kathy.Dick@ppdi.com>
**Subject:** RE: Executive summary - Flow - corrections

Lisa,
My only comment is the following – see in yellow.
We did not perform a manual review of any data. All the check done , outside of Gedeon, were done based on the data management rules.
I suggest we remove the reference to these 385 results

Otherwise, I think it reads better now, and I think it is OK to send to Hacene for his input.

**Conclusion**
The plausibility checks applied to flow cytometry studies ending in 2018 confirmed the errors previously identified and corrected as part of the Gedeon Richter investigation. Additional errors were not detected from the plausibility checks ~~and manual review of 385 results.~~

**From:** Lisa Menninger
**Sent:** maandag 9 april 2018 20:02
**To:** Els Pluymers <Els.Pluymers@ppdi.com>; Lorraine McNamara <Lorraine.McNamara@ppdi.com>; David Berro <David.Berro@ppdi.com>
**Cc:** Kathy Dick <Kathy.Dick@ppdi.com>
**Subject:** RE: Executive summary - Flow - corrections

Hi Team,

Please see the attached cleaned up version for final review.

Thanks,
Lisa


Lisa A. Menninger, M.D., DABP, FCAP, FASCP
Executive Director Lab, Global Central Labs, PPD
Lisa.Menninger@ppdi.com
+ 1 (859) 462-2747 Mobile


**From:** Els Pluymers
**Sent:** Monday, April 09, 2018 11:27 AM
**To:** Lisa Menninger <Lisa.Menninger@ppdi.com>; Lorraine McNamara <Lorraine.McNamara@ppdi.com>; David Berro <David.Berro@ppdi.com>
**Cc:** Kathy Dick <Kathy.Dick@ppdi.com>
**Subject:** RE: Executive summary - Flow - corrections

Hi Lisa,
Just FYI – the document I just sent was the earlier version, so does not yet include your updates. Can you add them to the version I just sent to you (because that contains additional corrections)
Thank you
Els

**From:** Lisa Menninger
**Sent:** maandag 9 april 2018 16:19
**To:** Els Pluymers <Els.Pluymers@ppdi.com>; Lorraine McNamara <Lorraine.McNamara@ppdi.com>; David Berro <David.Berro@ppdi.com>
**Cc:** Kathy Dick <Kathy.Dick@ppdi.com>
**Subject:** RE: Executive summary - Flow - corrections

Thank you team for your input. Els, I'll work on rewording the paragraph per your comment. Please see attached for my other comments.

Thanks,
Lisa


Lisa A. Menninger, M.D., DABP, FCAP, FASCP
Executive Director Lab, Global Central Labs, PPD
Lisa.Menninger@ppdi.com
+ 1 (859) 462-2747 Mobile

**From:** Els Pluymers
**Sent:** Monday, April 09, 2018 8:22 AM
**To:** Lorraine McNamara <Lorraine.McNamara@ppdi.com>; David Berro <David.Berro@ppdi.com>
**Cc:** Lisa Menninger <Lisa.Menninger@ppdi.com>; Kathy Dick <Kathy.Dick@ppdi.com>
**Subject:** Executive summary - Flow - corrections

Hi Lorraine, David,

See attached changes as we left tour call earlier. I will be available later to continue our review, but will be on the 'move'.

Call me on my cell phone (+32486-222-103) but I suggest you make further edits in the attached document while we speak over the phone.

Lisa – there is a comment added for you. Can you already review that comment and provide feedback?

David – can you verify with DM (by eg one global study) if the nr of results presented in table 1 are EU numbers or global numbers? We also still need to add that the studies selected were EU studies but that the data verification included global results. How many of the 10 studies were global?

Speak to you later

Regards,

**Els Pluymers**
**EXECUTIVE DIR, GLOBAL OPERATIONS & EU SITE HEAD**
**PPD LABS - OPERATIONS**
**Email: Els.Pluymers@ppdi.com**
**Phone** +32 2 725 21 27, ext. 4239
**Cell** +32 486 222 103


www.ppdi.com

PPD
Kleine Kloosterstraat 19
1932 Zaventem
Belgium

Early Development | Clinical Development | Laboratories | Post-Approval | Consulting

| Message | |
|---|---|
| **From**: | Lisa Menninger [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=30630EA465E34B9FBEE17C57284C84D5-LISA MENNIN] |
| **Sent**: | 3/1/2018 1:32:34 PM |
| **To**: | Chad St. John [chad.st.john@ppdi.com] |
| **CC**: | Hacene Mekerri [hacene.mekerri@ppdi.com] |
| **Subject**: | RE: Confidential - Reasonable Accommodations - Lisa Menninger |

Hi Chad/Hacene,

Thank you for taking the time yesterday to discuss my request for reasonable accommodations. As I stated during our conversation, while I greatly appreciate your agreement to provide accommodations with respect to items 1 and 5 on Hacene's list of duties/responsibilities, I need some additional detail regarding items 2, 3 and 4. As we discussed, I think there are many tasks that could fall within those items that would not implicate my disability. If you can be more specific regarding the tasks that you believe fall within these items, I think we could have a more productive dialogue regarding which specific tasks implicate my disability and what reasonable accommodations may be available with respect to those specific tasks.

Also, I wish to reiterate that I am capable of performing all functions of my job with or without accommodation. If you have any questions regarding this, or need confirmation from my physician that this is the case, please let me know.

I value my employment with PPD greatly and do not desire to leave the company. I was disappointed that the proposed options about an exit package and consulting arrangement were suggested yesterday. I hope that we can return to exploring accommodation options for the specific tasks that trigger panic attacks.

Thanks again for your consideration.

Lisa


Lisa A. Menninger, M.D., DABP, FCAP, FASCP
Executive Director Lab, Global Central Labs, PPD
Lisa.Menninger@ppdi.com
+ 1 (859) 462-2747 Mobile


**From:** Chad St. John
**Sent:** Monday, February 26, 2018 3:23 PM
**To:** Lisa Menninger <Lisa.Menninger@ppdi.com>
**Cc:** Hacene Mekerri <Hacene.Mekerri@ppdi.com>; Chad St. John <Chad.St.John@ppdi.com>
**Subject:** Confidential - Reasonable Accommodations - Lisa Menninger

Lisa,

Hacene has confirmed that he is ok to accommodate points 1 and 5.  Points 2, 3, 4 below are critical for your level and for the growth of the business.  Hacene is happy to discuss further of course to make sure this is understood.

Regards,
Chad

**Summary:**

1.  SLT Presentations, Town Hall, COO/EVP meeting:
*The accommodated expectation will now be to include a designee.

2. Client Bid Defense, Issue resolution calls, HH/Client site meetings, phone:
-The expectation is for Lisa to participate in Client Bid Defense, Issue resolution calls, HH/Client site meetings, phone is critical for the business.

3.  Technical Sales presentation internal and external (i.e. internal Sales meeting), HH/Client site meetings, phone:
-Lisa's participation as the Central Lab's technical leader is imperative in gaining perspective clients trust to obtain new business

4. For customer visits, Lunch/dinner and social interactions may occur (expected 60-80% of the time) in order to build business relationships:
-Lisa's participation as the Central Lab's technical leader is imperative in gaining perspective clients trust to obtain new business.

5.  Travels: Up to 30%:
*The accommodated expectation will now be up to 15%.

---

**1. Hacene's Email Details:**

- SLT Presentations, Town Hall, COO/EVP meeting:
  - Attendees/Audience: Up to 500 employees
  - Frequency: Bi-weekly, monthly and/or quarterly

Lisa's Physician's Email Details:
- SLT Presentations, Town Hall, COO/EVP meeting:
  - Attendees/Audience: Up to 500 employees
  - Frequency: Bi-weekly, monthly and/or quarterly
  - Reasonable accommodation- responsible for all slides/handouts/ presentation material with necessary information but will require a reader to present to the group, or can pre record the audio / video and it can be played at the meeting
  - available for questions via email after the meeting.
  -

**2. Hacene's Email Details:**
- Client Bid Defense, Issue resolution calls, HH/Client site meetings, phone:
  - Frequency: Once a month at a minimum for client
  - Attendees/Audience: Up to 50 attendees

Lisa's Physician's Email Details:

PPD_MENNINGER 002783

   2.  Client Bid Defense, Issue resolution calls, HH/Client site meetings, phone

- o Frequency: Once a month at a minimum for client
- o Attendees/Audience: Up to 50 attendees-
- o Reasonable accommodations – available via email/ text/ remote video conferencing for a representative of the client, 1-2 person audience maximum . If it is a site meeting, surrogate or reader with all necessary information / real time access to me will be available
- Client site meetings –
- Reasonable accommodation- would like a surrogate to attend, but will be responsible for all problem solving/ ideas for resolution if emailed/ communicated to me a few days before anticipated visit
- 

## 3. Hacene's Email Details:

- Technical Sales presentation internal and external (i.e. internal Sales meeting), HH/Client site meetings, phone:
  - o Frequency: Monthly, Quarterly, as needed
  - o Attendees/Audience: Potentially up to 100 attendees

  **Lisa's Physician's Email Details:**

- Technical Sales presentation internal and external (i.e. internal Sales meeting), HH/Client site meetings, phone:
- Reasonable Accommodation: excused from sales presentations but again will provide any necessary data information for the reader/ surrogate to have at their disposal Frequency: Monthly, Quarterly, as needed
  - Attendees/Audience: Potentially up to 100 attendees
  - 

## 4. Hacene's Email Details:

- For customer visits, Lunch/dinner and social interactions may occur (expected 60-80% of the time) in order to build business relationships.

  **Lisa's Physician's Email Details:**

- For customer visits, Lunch/dinner and social interactions may occur (expected 60-80% of the time) in order to build business relationships. - surrogate, as this is not her strength/ skill set and her disability will flare with significant impairment . She is able to build business relationship in a more " behind the scenes" fashion and would like brainstorm other potential avenues where she can add value as she does understand this is an important part of the business.
- 

## 5. Hacene's Email Details:

- Travels: Up to 30%

  **Lisa's Physician's Email Details:**

PPD_MENNINGER 002784

- Travels: Up to 30%- Reasonable Accommodation- When possible traveling to the Brussels site vs stateside.

**Chad D. St. John**
*Associate Director, Human Resources*
**PPD Central Labs**
**2 Tesseneer Drive**
**Highland Heights, KY 41076**
**e-mail:  Chad.St.John@ppdi.com**
**Office #:  +1 859 815 6288**
**Cell #:  +1 513 703 3380**
**Fax #:  +1 859 486 0958**
**Website:  www.ppdi.com**
**Careers Website:  www.ppdi.com/careers**

PPD_MENNINGER 002785

Appointment

| | |
|---|---|
| **From**: | Chad St. John [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=0D19504E2FF4481CBFAF08FAD5E3C25A-CHAD ST. JO] |
| **Sent**: | 3/1/2018 3:24:09 PM |
| **To**: | Hacene Mekerri [hacene.mekerri@ppdi.com]; Lisa Menninger [lisa.menninger@ppdi.com] |
| **Subject**: | Canceled: RA Follow-up Conversation |
| **Location**: | Hacene's Office |
| **Start**: | 3/1/2018 3:30:00 PM |
| **End**: | 3/1/2018 4:00:00 PM |
| **Show Time As**: | Free |
| **Required Attendees**: | Hacene Mekerri; Lisa Menninger |

Lisa,

I am cancelling this meeting since we will be considering the items conveyed in your email that you sent a little while ago and will get back to you soon.

Regards,
Chad

PPD_MENNINGER 002787

| Message | |
|---|---|
| **From**: | Hacene Mekerri [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=10B48A5837DB4ADD80CA03377F3EFB47-HACENE MEKE] |
| **Sent**: | 2/23/2018 10:30:55 AM |
| **To**: | Chad St. John [chad.st.john@ppdi.com] |
| **Subject**: | FW: DRAFT: Reasonable Accommodations - Lisa Menninger |
| **Attachments**: | Menninger- accomodations_.docx |

Hi Chad,

Thanks for providing the draft. As discussed, I am ok to accommodate points 1 and 5. Points 2, 3, 4 below are critical for her level and for the growth of the business.
I am happy to discuss further with Lisa of course to make sure this is understood.


1.  SLT Presentations, Town Hall, COO/EVP meeting:
*The accommodated expectation will now be to include a designee.

2. Client Bid Defense, Issue resolution calls, HH/Client site meetings, phone:
The expectation is for Lisa to participate in Client Bid Defense, Issue resolution calls, HH/Client site meetings, phone is critical for the business.

3.  Technical Sales presentation internal and external (i.e. internal Sales meeting), HH/Client site meetings, phone:
Lisa's participation as the Central Lab's technical leader is imperative in gaining perspective clients trust to obtain new business

4. For customer visits, Lunch/dinner and social interactions may occur (expected 60-80% of the time) in order to build business relationships:
Lisa's participation as the Central Lab's technical leader is imperative in gaining perspective clients trust to obtain new business.

5.  Travels: Up to 30%:
*The accommodated expectation will now be up to 15%.


**From:** Chad St. John
**Sent:** Friday, February 23, 2018 10:10 AM
**To:** Hacene Mekerri <Hacene.Mekerri@ppdi.com>
**Cc:** Chad St. John <Chad.St.John@ppdi.com>
**Subject:** DRAFT: Reasonable Accommodations - Lisa Menninger

Hacene,

I have drafted a response for you to review and tweak, as needed.  I would need to further understand you wishes since I am interpreting some our previous conversations on the topic.  Please let me know your thoughts.


Regards,
Chad

**1. Hacene's Email Details:**

- SLT Presentations, Town Hall, COO/EVP meeting:
  - Attendees/Audience: Up to 500 employees
  - Frequency: Bi-weekly, monthly and/or quarterly

**Lisa's Physician's Email Details:**
- SLT Presentations, Town Hall, COO/EVP meeting:
  - Attendees/Audience: Up to 500 employees
  - Frequency: Bi-weekly, monthly and/or quarterly
  - Reasonable accommodation- responsible for all slides/handouts/ presentation material with necessary information but will require a reader to present to the group, or can pre record the audio / video and it can be played at the meeting
  - available for questions via email after the meeting.
  - 

**2. Hacene's Email Details:**

- Client Bid Defense, Issue resolution calls, HH/Client site meetings, phone:
  - Frequency: Once a month at a minimum for client
  - Attendees/Audience: Up to 50 attendees

**Lisa's Physician's Email Details:**

2. Client Bid Defense, Issue resolution calls, HH/Client site meetings, phone

   - Frequency: Once a month at a minimum for client
   - Attendees/Audience: Up to 50 attendees-
   - Reasonable accommodations – available via email/ text/ remote video conferencing for a representative of the client, 1-2 person audience maximum . If it is a site meeting, surrogate or reader with all necessary information / real time access to me will be available
- Client site meetings –
- Reasonable accommodation- would like a surrogate to attend, but will be responsible for all problem solving/ ideas for resolution if emailed/ communicated to me a few days before anticipated visit

- 

**3. Hacene's Email Details:**
- Technical Sales presentation internal and external (i.e. internal Sales meeting), HH/Client site meetings, phone:
  - Frequency: Monthly, Quarterly, as needed
  - Attendees/Audience: Potentially up to 100 attendees

PPD_MENNINGER 002818

Lisa's Physician's Email Details:

- Technical Sales presentation internal and external (i.e. internal Sales meeting), HH/Client site meetings, phone:
- Reasonable Accommodation: excused from sales presentations but again will provide any necessary data information for the reader/ surrogate to have at their disposal Frequency: Monthly, Quarterly, as needed
    - Attendees/Audience: Potentially up to 100 attendees
    -

## 4. Hacene's Email Details:
- For customer visits, Lunch/dinner and social interactions may occur (expected 60-80% of the time) in order to build business relationships.

Lisa's Physician's Email Details:

- For customer visits, Lunch/dinner and social interactions may occur (expected 60-80% of the time) in order to build business relationships. - surrogate, as this is not her strength/ skill set and her disability will flare with significant impairment . She is able to build business relationship in a more " behind the scenes" fashion and would like brainstorm other potential avenues where she can add value as she does understand this is an important part of the business.
-

## 5. Hacene's Email Details:
- Travels: Up to 30%

Lisa's Physician's Email Details:

- Travels: Up to 30%- Reasonable Accommodation- When possible traveling to the Brussels site vs stateside.

**Chad D. St. John**
*Associate Director, Human Resources*
**PPD Central Labs**
**2 Tesseneer Drive**
**Highland Heights, KY 41076**
**e-mail:  Chad.St.John@ppdi.com**
**Office #:  +1 859 815 6288**
**Cell #:  +1 513 703 3380**
**Fax #:  +1 859 486 0958**
**Website:  www.ppdi.com**
**Careers Website:  www.ppdi.com/careers**

PPD_MENNINGER 002819

**Marianna Kessimian, MD**
**Hartselle & Associates**
**10 Elmgrove Ave**
**Providence, RI 02906**
**Ph: 401-267-8850  Fax: 888-975-3157**
**drkessimian@hartselleandassociates.com**

Psychoeducation regarding disability and accommodation requests

Social Anxiety Disorder: Lisa's difficulty with socializing and public speaking is not a manifestation of shyness.  Social anxiety disorder is a neurobehavioral disorder with biological and genetic risk factors that lead to  physical, behavioral and cognitive symptoms which are pernicious and chronic in nature.

In the past, Lisa endured these work events and presentations with intense discomfort and with the use of a sedative. The sedative did help take the edge off, but it also came with side effects, including  impaired attention, concentration, short term memory deficits , lethargy and an extended length of time to return to her cognitive baseline to complete the more analytical and medical facets of her work .

 It is also important to note that the weeks leading to the expected speaking engagement/ social event resulted in insomnia, panic symptoms, GI discomfort, and weight loss.

A concrete way of thinking of this disability is that her brain and body are not able to tolerate public speaking engagements/ socializing ,  and it is as if her vocal cords and brain become paralyzed while her blood pressure, heart rate and breathing all increase and it is for all of the above reasons that I am recommended the following reasonable accommodations.

Below are reasonable accommodations for Lisa so she can continue to be a productive and healthy member of your team.

1.      SLT Presentations, Town Hall, COO/EVP meeting:

        Attendees/Audience: Up to 500 employees

        Frequency: Bi-weekly, monthly and/or quarterly

        Reasonable accommodation- responsible for  all slides/handouts/ presentation material  with necessary information but will require a reader to present to the group, or  can pre record the audio / video and it can be played at the meeting

**JA2915**

available for questions via email after the meeting.

2.  Client Bid Defense, Issue resolution calls, HH/Client site meetings, phone
    Frequency: Once a month at a minimum for client

    Attendees/Audience: Up to 50 attendees-

    Reasonable accommodations – available via email/ text/ remote video conferencing for a representative of the client, 1-2 person audience  maximum .   If it is a site meeting, surrogate or reader with all necessary information / real time access to me will be available

3. Client site meetings –

Reasonable accommodation- would like a surrogate to attend, but will be responsible for all problem solving/ ideas for resolution if emailed/ communicated to me a few days before anticipated visit

4. Technical Sales presentation internal and external (i.e. internal Sales meeting), HH/Client site meetings, phone:

Reasonable Accommodation: excused from sales presentations but again will provide any necessary data information for the reader/ surrogate to have at their disposal Frequency: Monthly, Quarterly, as needed

Attendees/Audience: Potentially up to 100 attendees

5. For customer visits, Lunch/dinner and social interactions may occur (expected 60-80% of the time) in order to build business relationships.  - surrogate, as this is not her strength/ skill set and her disability will flare with significant impairment .  She is able to build business relationship in a more " behind the scenes"  fashion and would like  brainstorm other potential avenues where she can add value as she does understand this is an important part of the business.

6. Travels: Up to 30%- Reasonable Accommodation- When possible traveling to the Brussels site vs stateside.

Thank you for reviewing the above requested accommodations.  I am available for further discussion.


Best,



Marianna Kessimian, MD

PPD_MENNINGER 002821

PPD_MENNINGER 002822

Message

| | |
|---|---|
| **From**: | Hacene Mekerri [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=10B48A5837DB4ADD80CA03377F3EFB47-HACENE MEKE] |
| **Sent**: | 2/6/2018 5:46:39 PM |
| **To**: | Lisa Menninger [lisa.menninger@ppdi.com] |
| **CC**: | Chad St. John [chad.st.john@ppdi.com] |
| **Subject**: | 1:1 follow up - ED role |
| **Attachments**: | ED_Labs_LB020.pdf |

Hi Lisa,

It was nice discussing with you yesterday. As per our conversations, I am happy to explore potential reasonable accommodations depending the details that your physician will provide. I am listing below the specific duties within the job description along with the expectations to reach the business goals. As you already know, the percentage/scope of interactions, internal or external, is increasing in 2018 due to the needs of the business and our aggressive commercial goals.

- SLT Presentations, Town Hall, COO/EVP meeting:
    - Attendees/Audience: Up to 500 employees
    - Frequency: Bi-weekly, monthly and/or quarterly

- Client Bid Defense, Issue resolution calls, HH/Client site meetings, phone:
    - Frequency: Once a month at a minimum for client
    - Attendees/Audience: Up to 50 attendees

- Technical Sales presentation internal and external (i.e. internal Sales meeting), HH/Client site meetings, phone:
    - Frequency: Monthly, Quarterly, as needed
    - Attendees/Audience: Potentially up to 100 attendees

- For customer visits, Lunch/dinner and social interactions may occur (expected 60-80% of the time) in order to build business relationships.

- Travels: Up to 30%

Let me know if you need further details, happy to provide them and do my best to support you.

Thank you,

Hacene

PPD_MENNINGER 002904



# ED Labs

| | | | |
|---|---|---|---|
| **Division / Dept.:** | Labs | **Reports to Title:** | VP Labs |
| **Job Code:** | LB020 | **Job Family:** | Lab Ops |
| **Job Level:** | E1 | **FLSA Status:** | Exempt |

**Summarized Purpose:**

Leads the growth of laboratory operations by integrating operational processes, business development, research & development and quality assurance functions. Sets operating standards, forecasts and establishes operating budgets. Maximizes operating profit by leveraging lab resources, space allocation, managing capital equipment, scientific instrumentation and staff management. Up to 30% travel.

**Essential Functions and Other Job Information:**

| Essential Functions | <ul><li>Provides operational leadership to laboratory services. Integrates operational processes, business development, research & development and quality assurance functions for optimal performance within the labs.</li><li>Supports Business Development in obtaining new customers and maintaining relationships. Directs the development of new programs for revenue enhancement/cost expense reduction, including post-evaluation of new implementations for effectiveness.</li><li>Performs financial reviews, establishes operating budget and develops forecasts maximizing operating profit. Provides business updates to senior leadership.</li><li>Sets operational standards/goals and directs the implementation of laboratory goals and policies. Oversees resource allocation including space, capital equipment, scientific instrumentation and staff.</li><li>Performs administrative responsibilities including HR functions, personnel development, facilities management, writing SOPs and PDs.</li><li>Oversees the quality assurance and quality control aspects of the lab to ensure compliance with regulatory standards.</li></ul> |
|---|---|
| Policy & Strategy | Interprets and administers policies, processes, and procedures that may affect sections and subordinate work units. Acts as advisor to subordinate(s) to meet schedules and / or resolve technical problems.  Requires full knowledge of own area of functional responsibility. |
| Freedom to Act | Assignments are defined in terms of activities and objectives.  Work is reviewed upon completion for meeting timelines, adequacy, and objectives. |
| Liaison | Interacts frequently with internal personnel and outside representatives at various levels.  Participates and may present at meetings with internal and external representatives.  Interaction typically concerns resolution of operational and scheduling issues concerning projects and / or contractual clarifications. |

PPD_MENNINGER 002905



**Qualifications:**

<u>Education and Experience:</u>

Phd, MD or DrPh required.
Previous experience leading multi-departmental clinical or analytical laboratories and developing and executing protocols (comparable to 15+ years). Or equivalent and relevant combination of education, training, & experience that provides the knowledge, skills, and abilities to perform the job.

Advanced leadership skills to include 10+ years of management responsibility.
Expert business knowledge with comprehensive understanding of the organization and functional area(s).

*Years of experience refers to typical years of related experience needed to gain the required knowledge, skills, and abilities necessary to perform the essential functions of the job. Years of experience are not to be used as the only determining factor in establishing the job class or making employment selection decisions.*

<u>Knowledge, Skills and Abilities:</u>

- In-depth  knowledge of laboratory operations for pharmaceutical and biotech industries
- Proficient in analytical, bioanalytical or clinical chemistry platforms and methodologies
- In-depth knowledge of laboratory science, GxP, FDA and European regulations concerning relevant lab processes in drug development, method development, method validation, R&D, sample testing and data processing
- Excellent communication/interpersonal skills with ability to participate in business development activities, present capabilities and solutions to clients, respond to regulatory audits, prepare and present budgets/forecasts to senior management
- Expertise in budgeting, forecasting and fiscal management
- Demonstrated strategic planning skills
- In-depth global and cultural awareness
- Knowledgeable in mergers & acquisitions and integrating business units adding value to the overall portfolio
- Strong organizational agility and demonstrated drive for results
- Track record of building peer relationships and developing effective teams
- Excellent coaching and mentoring skills
- Detailed and process oriented, logical, but creative approach to problem solving
- Excellent marketing and negotiation skills

**Management Role:**

Manager role with significantly larger management scope (e.g. global or regional responsibilities or multiple departments) OR mastery of manager skills and responsibilities as demonstrated by consistent, multi-year successful performance.    In some instances may be responsible for a functional area (as determined by executive management) and not have subordinate supervisors or employees.

PPD_MENNINGER 002906



**Working Conditions and Environment:**

- Work is performed in an office and/or laboratory and/or clinic environment with exposure to electrical office equipment.
- Frequently drives to site locations, frequently travels within the United States, occasional international travel.
- Rare exposure to biological fluids with potential exposure to infectious organisms. Rare exposure to skin and lung irritants, radiation, toxic materials and hazardous waste.
- Personal protective equipment required in frequently such as protective eyewear, garments and gloves.
- Exposure to fluctuating and/or extreme temperatures on rare occasions.

**Physical Requirements:**

- Frequently stationary for 6-8 hours per day.
- Repetitive hand movement of both hands with the ability to make fast, simple, repeated movements of the fingers, hands, and wrists.
- Moderate mobility required.
- Occasional crouching, stooping, bending and twisting of upper body and neck.
- Light to moderate lifting and carrying (or otherwise moves) objects including luggage and laptop computer with a maximum lift of 15-20 lbs.
- Ability to access and use a variety of computer software developed both in-house and off-the-shelf.
- Ability to communicate complex information and ideas so others will understand; with the ability to listen to and understand information and ideas presented through spoken words and sentences.
- Frequently interacts with others, relates sensitive information to diverse groups both internally & externally.
- Ability to apply abstract principles to solve complex conceptual issues. Requires multiple periods of intense concentration.
- Performs a wide range of complex tasks as dictated by variable demands and changing conditions with little predictability as to the occurrence. Ability to perform under stress. Ability to multi-task.
- Regular and consistent attendance.

**Percent Billable:**

80% - 100%

| Created by / last revised by (Manager Name): | Various Lab Leaders | Title: | VP Labs |
| --- | --- | --- | --- |
| Compensation Review By: | Compensation Team | Title: | Compensation Team |
| Last Revision Date: | July 2014 | | |

*This document is intended to describe the general nature and level of work being performed by this job. This document is not intended to be construed as an exhaustive list of all responsibilities, duties and skills required. Individual responsibilities will be defined by your leadership team and will vary based on business needs.*

PPD_MENNINGER 002907



# Executive Director, Labs

# Job Description Addendum

| | |
|---|---|
| **Job Code:** | LB020 |
| **Specific Job /Working Title:** | ED, Labs |

The purpose of this Addendum is to provide further detail for a specific job / working title in addition to the language contained on the approved Job Description.

**Additional / Specific Job Responsibilities:**

- Serve as Laboratory Director for New York State accreditation
- Spend 70% of time on-site and be available 30% via telephone and/or computer as needed

**Additional / Specific Education / Experience:**

- Must have and maintain New York State Certificate Of Qualification (COQ) in all the testing areas listed in the laboratory's New York State Certification
- For the areas not covered by the personal Certificate of Qualification, arrange service from an outside consultant who has New York State Certificate of Qualification in that area.

| Last Revised By: | Lia Sheppard | Title: | Compensation Analyst |
|---|---|---|---|
| HR Review By: | Chad St. John | Title: | Sr. HR Manager |
| Last Revision Date: | July 2013 | | |

PPD_MENNINGER 002908

| Message | |
|---|---|
| **From**: | Hacene Mekerri [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=10B48A5837DB4ADD80CA03377F3EFB47-HACENE MEKE] |
| **Sent**: | 1/12/2018 4:43:14 PM |
| **To**: | Lisa Menninger [lisa.menninger@ppdi.com] |
| **Subject**: | RE: Confidential |
| **Sensitivity**: | Company Confidential |

Hello Lisa,

Sorry to hear that and thank you for informing me.
I am traveling today but will be back Monday morning, I will setup some time for us to discuss.

Thank you and best regards,

Hacene

---

**From:** Lisa Menninger
**Sent:** Thursday, January 11, 2018 6:49 PM
**To:** Hacene Mekerri <Hacene.Mekerri@ppdi.com>
**Subject:** Confidential
**Sensitivity:** Confidential

Hi Hacene,

It was great catching back up with you this week after the holidays.  As you mentioned that you'd like to discuss some ideas you have regarding how to make my role more visible, I think it's important that I make you aware of a medical condition that I've been suffering from.  This is very difficult for me to discuss, as it's not something I openly share with others.

I have a generalized anxiety disorder that includes social anxiety disorder and panic attacks. It's something that I've been dealing with my entire life.  I'd rather not get into all of the details, but I am particularly affected by social interactions, which often cause panic attacks.  I've received treatment in the past and continue to take medication as needed when my panic attacks become severe.

As you've seen, my medical condition has not prevented me from accomplishing the essential functions of my job.  However, some of the new tasks you've suggested will be difficult in light of my disability, as they would include increased client visits/social interactions and presentations (internal and external).

I am, of course, open to discussing whatever ideas you have for my role.  But my condition presents some very significant challenges for me, and I thought it would be most productive for me to openly and honestly share those with you.  I would have done so sooner, but this is something that I really have a hard time talking about. I hope you understand.

I'm confident that we can work through this together, and I really hope to have your support in doing so.

Lisa

**Lisa A. Menninger, M.D., DABP, FCAP, FASCP**
Executive Director Lab, Global Central Labs, PPD
OPERATIONS

**PPD**

PPD_MENNINGER 002982

Phone +1 859 462 2747
Lisa.Menninger@ppdi.com
www.ppdi.com



Early Development | Clinical Development | Laboratories | Post-Approval | Consulting

PPD_MENNINGER 002983

| | |
|---|---|
| **Message** | |
| **From**: | Poluru Reddy [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=66E68E1125564DD583E46C00B1B6F90B-POLURU REDD] |
| **Sent**: | 12/13/2017 9:14:32 PM |
| **To**: | Hacene Mekerri [hacene.mekerri@ppdi.com] |
| **Subject**: | Re: Dr. Lisa Menninger End of year references |

Hi Hacene,

Thank you for your e-mail. Here are my comments about Lisa:

1. Lisa really helped me to settle in my role by introducing to key people in the organization, arranging 1:1 meetings, having lively discussions.
2. Lisa is always friendly and is ready to talk to me any time.
3. Lisa guided me to become familiar with various PPD procedures, softwares including e-sign on SOPs of content server.
4. Lisa is a team player and encourages the input from the team before making decision.
5. Lisa recognizes and appreciates the accomplishments.


With regards
PLR
Poluru Lakshmi Reddy, Ph.D DABCC, ASCP (MB)
Director of Global Molecular Services
PPD GCL-US
2 Tesseneer Dr.
Highland Heights,
KY 41076
859-815-7853 (Office)
312-699-7027 (Cell)
e-mail: Poluru.Reddy@ppdi.com

**From:** Hacene Mekerri
**Sent:** Monday, December 11, 2017 4:19:00 PM
**To:** Hacene Mekerri
**Subject:** Dr. Lisa Menninger End of year references

Dear Colleague,

Dr. Lisa Menninger has identified you as someone with whom she has interacted this year and would value your input. I would also value your feedback so feel free to share only **few bullets** (with examples when possible) on what Lisa **does well** and where there are **areas for further development**.

Thank you,

Hacene

| Message | |
|---|---|
| **From**: | Lisa Menninger [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=30630EA465E34B9FBEE17C57284C84D5-LISA MENNIN] |
| **Sent**: | 11/28/2017 6:59:38 PM |
| **To**: | Hacene Mekerri [hacene.mekerri@ppdi.com] |
| **Subject**: | Responsibilities List |
| **Attachments**: | Lisa General Responsibilities.docx |

Hi Hacene,

Sorry for the delay in getting this list to you. It's not all inclusive, but it captures the bulk of what takes up my time on a day-to-day basis. Let me know if you have any questions.

Thanks,
Lisa

**Lisa A. Menninger, M.D., DABP, FCAP, FASCP**
Executive Director Lab, Global Central Labs, PPD
OPERATIONS

**PPD**

Phone +1 859 462 2747
Lisa.Menninger@ppdi.com
www.ppdi.com



Early Development | Clinical Development | Laboratories | Post-Approval | Consulting

**Lisa's Responsibilities/Activities (general, list is not all inclusive)**

| Emails | 75-100+ daily |
|---|---|
| Meetings (weekly) | Average around 4hr/day |
| Validation plans/summaries, stability studies, test maps, technical memos, other | 326 (2017 to date, reviewed, approved, in progress) |
| Analytical Investigations, CAP/Alt PT, Linearity, GLASS, misc. | 1,032 (2017 to date) |
| Shipping condition test cases and validations docs | 73 (past 8 months) |
| SOP review and approval | 217 (2017 to date, not including rejected SOPs for resubmission) |
| Safety Minutes review/Lab KPIs | 44 (2017 to date) |
| **Total technical documents for review and approval** (not including quality, six-month instrument-to-instrument correlation, IT and misc. docs) | **1,692 (average around 8/day during business days)**<br><br>I typically have to work on these on the weekends and after hours when I'm not interrupted with emails, meetings and other activities |
| **SciTech projects and questions requiring lab director input and approval (examples):**<br><br>Pediatric reference ranges<br>Tox grades<br>MTM data review<br>Pricing for bids<br>Selective bid reviews for technical capability, compliance, strategic review<br>Calculations<br>Referral lab questions/consults<br>Analytical technical questions<br>Memos to clients | Daily (estimated 1-2 hrs) |
| Internal/external technical consultations (to include literature review and reference docs) | Daily (Time depends on complexity of questions/requests and amount of research required) |
| Purchase requests, invoices and expense reports review and approval | Daily (Most of these were previously handled by Meredith) |

**Other Daily, Weekly and Monthly Activities**

IT documents for lab

Six-month instrument-to-instrument correlations (majority of all automated assays)

Monthly updates

LMS

Quality docs (CAPAs, CAPA letters, events) and input related to client escalations (Time spent can be significant for this one)

Lab Financial Data Reviews

Direct Reports 1:1s, performance reviews, coaching

Sysmex/Iricell global validation project

CAP, NY, ISO technical standards review for compliance and inspection prep

Recruiting activities, job postings, interview screens and follow up

Slides for presentations

| Message | |
|---|---|
| **From**: | Chad St. John [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=0D19504E2FF4481CBFAF08FAD5E3C25A-CHAD ST. JO] |
| **Sent**: | 6/7/2017 10:28:59 AM |
| **To**: | Jerry Williams [jerry.williams@ppdi.com]; Deborah Ballweg [deborah.ballweg@ppdi.com] |
| **CC**: | Hacene Mekerri [hacene.mekerri@ppdi.com]; Lisa Menninger [lisa.menninger@ppdi.com] |
| **Subject**: | Update: CL Global Lab Org Chart Change Communication Effort |
| **Attachments**: | CL Global Lab Org Charts - Icludes Interim Plan - 07JUN2017.pptx |

Jerry / Deb,

I have attached the most recent Lab org chart PowerPoint slides that Lisa is now sharing with her team.  In the attachment you will find the central org chart with all new additions as well as the interim plan that Hacene reviewed with Lisa and approved.  The feedback from the Lab staff, CL department leaders and key stakeholders has been very positive.   You will note that Sihe Wang, (PhD DABCC FACB) wasn't listed by name in the org chart slides just yet since we are still finalizing some small acceptance details but all indications are very positive from what Tara has shared.  CL folks know that an update regarding that open role will be forthcoming very soon.

Lisa has also shared with all CL key stakeholders that she will be moving to the Providence area / NE region for compelling personal reasons the weekend of June 24th.  No concerns regarding her physical move have been expressed or detected at this time.  I believe that it is due to her adding this information to the new org chart technical resource addition conversations.  I/We will continue to monitor the CL temperature around these announcements / changes and keep you posted.

Hacene, Lisa and I along with other key CL key stakeholders have been discussing a plan to get all new folks up to speed expeditiously as they join us in July.


Regards,
Chad

**Chad D. St. John**
***Associate Director, Human Resources***
**PPD Central Labs**
**2 Tesseneer Drive**
**Highland Heights, KY 41076**
**e-mail:  Chad.St.John@ppdi.com**
**Office #:  +1 859 815 6288**
**Cell #:  +1 513 703 3380**
**Fax #:  +1 859 486 0958**
**Website:  www.ppdi.com**
**Careers Website:  www.ppdi.com/careers**



# Lab Organizational Updates

Lisa Menninger

**PPD**

1    HELPING DELIVER LIFE-CHANGING THERAPIES

PPD_MENNINGER 003522



# Global Lab Operations Leadership - Central Lab Draft – June 2017

HELPING DELIVER LIFE-CHANGING THERAPIES

PPD

# Global Lab Operations Leadership - Central Lab Draft – June 2017



HELPING DELIVER LIFE-CHANGING THERAPIES

**PPD**

Message

| | |
|---|---|
| **From**: | William Sharbaugh [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=032FBE874BF54D69B56C1358396B54A5-WILLIAM SHA] |
| **Sent**: | 5/22/2017 2:27:16 PM |
| **To**: | Lisa Menninger [lisa.menninger@ppdi.com] |
| **CC**: | Hacene Mekerri [hacene.mekerri@ppdi.com] |
| **Subject**: | Equity Statement |
| **Attachments**: | Equity Value Statement__Menninger.pdf |

Lisa,

Attached is your Equity Statement we will discuss today.

Regards,

Bill


*William J. Sharbaugh*
Chief Operating Officer
PPD, Inc
929 North Front Street
Wilmington, NC 28401
william.sharbaugh@ppdi.com
910 558-2154 (office)

PPD_MENNINGER 003552



Dear Fellow PPD Executive Leader,

On behalf of our owners and PPD's executive committee, congratulations! Working together over the past five years under private equity ownership, we have written the first chapter of a remarkable business success story. Through our efforts, we have substantially grown PPD, expanded our capabilities and enabled our company to provide real solutions to the challenges our customers face in today's market. In the process of doing that, we also generated superb investment returns for our shareholders and created value in our equity plan. We should all be extremely proud of our individual contributions and our team accomplishments. I know I am.

All of us are aware of PPD's significant growth during this five-year period, and we have seen various metrics that evidence this growth. The numbers are so impressive though, they bear repeating and celebrating! Consider the following:

| Growth Metric | As of 12/31/11 | As of 3/31/17 | % Increase |
|---|---|---|---|
| Professionals | 11,618 | 19,424 | 67% |
| Backlog | $3.8B | $6.2B | 63% |
| Revenue | $1.5B | $2.6B | 73% |
| EBITDA | $350M | $699M | 100% |

However measured, PPD's growth is a significant business achievement, especially for a company of this size and scale. With our impressive growth, new and expanded capabilities and recent business momentum, we have a very solid foundation for success as we enter the next chapter in our company's history.

I am excited to continue serving as your chairman and CEO. By working together in pursuit of our purpose, mission and strategy, I am convinced we will achieve true industry leadership. We have the talent to do so as well as the full and complete support of our new owners. I invite you to join us on this journey, and encourage you to embrace this opportunity and sign on for Chapter 2!

In the following pages, we summarize the value your option grant generated for you in Chapter 1 and outline your new equity grant and the potential it holds. We want to be sure you understand both the Chapter 1 result and your Chapter 2 equity grant potential. After presenting this to you, we will reach back out to each of you individually to ensure you fully understand this important component of your compensation at PPD and answer any questions you may have.

Congratulations again on a great Chapter 1, and thank you for your hard work, commitment, dedication and passion. This is what PPD is all about, and it's what sets us apart. I look forward to working with you and leading PPD as we continue our pursuit of CRO industry leadership.

Sincerely,

David Simmons
Chairman and CEO

PPD_MENNINGER 003553

## PPD Option Holder FAQs

**Q1:  When can I expect to receive my Chapter 1 cash stock option related proceeds?**

Cash stock option related proceeds will be paid in June in most countries.

For PPD US option holders, payment will be made on 9 June. For PPD option holders outside the US, payment will be made in the regular June payroll.

*Option holders in Evidera, Radiant, Synexus and PPD-SNBL should contact their local HR or payroll contact.*

**Q2:  How will my cash proceeds be paid?**

Payments will be made in the same method as your regular payroll - e.g. direct deposit or check.

**Q3:  Will I be able to see the breakdown of the transaction proceeds on my pay statement?**

PPD US option holders will see the following payroll descriptions on their pay statement (as applicable):

- **Bonus related distribution** – This is the pre-tax amount of the option bonuses originally scheduled to be paid in December 2017.  **This is taxable income.**
- **Cash option settlement** - This is the pre-tax cash settlement for the exit value of your outstanding options.  For option holders required to reinvest a portion of their proceeds in Eagle I shares, this amount is reduced by the non-cash proceeds (i.e. the reinvestment amount).  **This is taxable income.**
- **Non-cash option settlement** - This is the pre-tax value of non-cash proceeds that will be reinvested in Eagle I shares (applies to those option holders required to reinvest a portion of their Chapter 1 proceeds).  **This is taxable income.**

PPD is working with payroll vendors outside the US to create similar pay statement descriptions.

*Option holders in Evidera, Radiant, Synexus and PPD-SNBL should contact their local HR or payroll contact.*

**Q4:  How will my transaction proceeds be taxed through payroll?  (For PPD US Option Holders)**

PPD will use supplemental withholding rates as follows:

- Cash proceeds up to $1 million = 25% federal plus 6% state plus Social Security [1] and Medicare [2]
- Cash proceeds in excess of $1 million = 39.6% federal plus 6% state plus Social Security [1] and Medicare [2]
- Although fully taxable, for the non-cash proceeds (i.e. amount being reinvested in Eagle I shares), PPD will only withhold Social Security [1] and Medicare [2] from the proceeds.

**PPD cannot provide tax advice or assist in calculating additional taxes that may be owed. You are strongly urged to contact a tax advisor for assistance.**

*Additional information is forthcoming for PPD option holders outside the US. Option holders in Evidera, Radiant, Synexus and PPD-SNBL should contact their local HR or payroll contact.*

---

[1] *6.2% Social Security on wages up to $127,200 (some taxpayers may have already met the Social Security wage base limit)*
[2] *1.45% Medicare plus an additional 0.9% on wages over $200k*

1

**JA2935**

**Q5:    What are my options for having additional taxes withheld or making additional tax payments? (For PPD US Option Holders)**

Your options are:

1. Email the PPD US Payroll department at Payroll@PPDI.com **_no later than 9:00 am EST on 5 June_** and provide the lump-sum incremental tax withholding dollar amount(s) you want deducted from your transaction proceeds;
2. Change your tax exemptions for the remaining pay periods in 2017 via the EIP (Employee Information Portal);
3. Have an additional dollar amount withheld for the remaining pay periods in 2017 via the EIP; or
4. Send estimated tax payments to the IRS or applicable state revenue department.

**PPD cannot provide tax advice or assist in calculating additional taxes that may be owed. You are strongly urged to contact a tax advisor for assistance.**

**Q6:    Are the cash proceeds eligible compensation under the 401(k) plan? (For US Option Holders)**

For PPD US 401(k) participants, cash payments are not 401(k) eligible compensation under the PPD Retirement Savings Plan.  This means that the transaction proceeds will not be considered in your 401(k) deferral or the corresponding company matching contribution.

*Participants in the 401(k) plans sponsored by Radiant and Evidera should contact the HR department for information.*

**Q7:    I purchased Jaguar Holding Company I ("Jag I") shares in the 2012 stock offering. When will I receive those cash proceeds?  Have taxes been withheld from those proceeds?**

Those gross proceeds were payable at close (11 May 2017) by the transfer agent, US Bank.  You will receive an IRS 1099 form for your 2017 income tax filing.  Taxes will not be withheld from these proceeds and therefore you are responsible for accounting for and paying all taxes due on those proceeds.

**PPD cannot provide tax advice or assist in calculating additional taxes that may be owed. You are strongly urged to contact a tax advisor for assistance.**

**Q8:    For PPD employees who received options from the spin-off of X-Co, does this transaction have any impact on those options?**

No, this transaction has no impact on the X-Co options outstanding.  They will continue to vest in accordance with the terms of the X-Co Holdings, LP Equity Incentive Plan and Option Agreements.

**Q9:  Who will provide the stock certificate for the Eagle Holding Company I ("Eagle I") shares?**

For option holders who have reinvested a portion of their Chapter 1 proceeds in Eagle I shares, PPD Legal will provide a copy of the stock certificate in the next several weeks.

**Q10:    When will I receive more information about the new Chapter 2 equity plan?**

Your grant agreement and additional information will be provided to you over the next several weeks.

**Q11:    Will option holders be able to purchase Eagle I shares?**

We expect that there will be a window during which option holders will be able to purchase Eagle I shares. Information about this offering will be provided when available.

PPD_MENNINGER 003555

| Name | Menninger, Lisa A. |
|------|--------------------|
| Title | ED Labs |

Case: 23-2030   Document: 00118134415   Page: 308   Date Filed: 04/19/2024   Entry ID: 6636782

## PPD "Chapter 1" – Value Creation Summary

**Option Package**

| | |
|---|---|
| Total # of Options | 25,000 |
| Original Take-Private Strike Price | $10.00 |
| "Strike Value" Based on Original Investment Thesis | $250,000 |
| *Time Options* | *$175,000* |
| *Performance Options* | *$75,000* |

**Actual Option Package Value**

| | |
|---|---|
| Options Bonus Already Received | $35,000 |
| Options Bonus Payable (Dec 17 bonus accelerated & paid at close) | $35,000 |
| Exit Value of Options (paid at close) | $226,650 |
| **Option Package Value** | **$296,650** |
| # Jag 1 Shares Purchased | -- |
| Dividends Already Received on Purchased Equity | -- |
| Exit Value of Purchased Equity | -- |
| **Purchased Equity Value** | **--** |
| | |
| **Total 5-Year Equity Value** | **$296,650** |

**Delivery of Transaction Proceeds**

| | |
|---|---|
| Total Option Exit Value (Pre-tax) (Options + Option Bonus) (1), (2), (6), (7) | $261,650 |
| % to be Reinvested in Eagle I Shares | -- |
| $ to be Reinvested in Eagle I Shares (3), (7) | -- |
| **$ Cash Options Proceeds Paid at Close (Pre-tax) (4), (7)** | **$261,650** |
| Exit Value of Purchased Equity (5), (6) | -- |
| **$ Total Cash Proceeds Paid at Close (Pre-tax) (4), (5), (6), (7)** | **$261,650** |
| REFER TO FOOTNOTES ON LAST PAGE | |

| | |
|---|---|
| **Equity Value MoM Achieved (MoM = Multiple of Money)** | **4.1x** |
| **Total Enterprise Value MoM Achieved** | **2.5x** |

### Callout boxes

**1.** Strike Value represents the amount of capital or money "at work". It is the # of options granted multiplied by the original $10 strike price of a Jag I option, based on the Sponsor's original investment thesis (regardless of your actual strike price at grant)

**2.**

**3.** VPs and above at time of go-private transaction were offered the opportunity to purchase Jag 1 shares

**4.** Actual Value Received for Enterprise "Beat the Plan" Performance

**5.** Multiple of Money ("MoM") represents how the Sponsors calculate their investment. MoM is what an investor receives as a multiple of their initial investment. If you invest $10 and it is now worth $30, you have a 3.0x MoM ($30/$10 = 3.0x MoM)

**9.** The difference between **Enterprise Value** and **Equity Value** is analogous to the difference (in the case of buying a home with a mortgage) between the total value of the home vs. the down payment amount. For example, for a $100k home, one would often put $20k down and borrow $80k. If the value of the home then increases by 20% or $20k (a 1.2x Enterprise Value MoM on the $100k starting value), the value of your down payment amount (or Equity Value) will also increase from $20k to $40k, yielding a 2x Equity Value MoM.

On a relative basis, PPD has far less debt than the norm for a home mortgage, closer to 50% of the Enterprise Value vs. the 80% norm for home mortgages. So when PPD increases Enterprise Value by 20% (a 1.2x Enterprise Value MoM), PPD's Equity Value increases by 40%, or 1.4x MoM. **PPD achieved an impressive 2.5x Enterprise Value MoM and 4.1x Equity Value in Chapter 1!**

### Backup to Exit Value of Options

| # Options | Strike | Exit Price | Net Value | Total Value |
|-----------|--------|-----------|-----------|-------------|
| | | Per Share Value | | |
| 17,500 | $18.02 | $27.086 | $9.07 | $158,655 |
| 7,500 | $18.02 | $27.086 | $9.07 | $67,995 |
| 25,000 | | Total | | $226,650 |

### 10. Chapter 1 Enterprise & Equity Value Creation

| | Entry | Exit | MoM |
|---|-------|------|-----|
| EBITDA | 399 | 725 | |
| x Multiple | 9.0x | 12.5x | |
| **Enterprise Value** | **3,587** | **9,050** | **2.5x** |
| (-) Net Debt | (1,861) | (4,357) | |
| **Equity Value** | **1,726** | **4,693** | |
| Cumulative Dividends Received | -- | 2,118 | |
| *Potential Value to Come in Future* | | | |
| X-Co and venture capital investments | -- | 242 | |
| Transaction tax benefits | -- | 99 | |
| **Equity Value** | **1,726** | **7,152** | **4.1x** |

**Name** Menninger, Lisa A.
**Title** ED Labs

| PPD "Chapter 1" – Value Creation Summary | 1 |
|---|---|

**Option Package**

| | |
|---|---|
| Total # of Options | 25,000 |
| Original Take-Private Strike Price | $10.00 |
| "Strike Value" Based on Original Investment Thesis | $250,000 |
| *Time Options* | *$175,000* |
| *Performance Options* | *$75,000* |

**Actual Option Package Value**

| | |
|---|---|
| Equity Value MoM Achieved (MoM = Multiple of Money) | 4.1x |
| Total Enterprise Value MoM Achieved | 2.5x |
| | |
| Options Bonus Already Received | $35,000 |
| Options Bonus Payable (Dec 17 bonus accelerated & paid at close) | $35,000 |
| Exit Value of Options (paid at close) | $226,650 |
| Option Package Value | $296,650 |
| | |
| # Jag 1 Shares Purchased | -- |
| Dividends Already Received on Purchased Equity | -- |
| Exit Value of Purchased Equity | -- |
| Purchased Equity Value | -- |
| | |
| Total 5-Year Equity Value | $296,650 |

**Delivery of Transaction Proceeds**

| | |
|---|---|
| Total Option Exit Value (Pre-tax) (Options + Option Bonus) (1), (2), (6), (7) | $261,650 |
| % to be Reinvested in Eagle I Shares | -- |
| $ to be Reinvested in Eagle I Shares (3), (7) | -- |
| $ Cash Options Proceeds Paid at Close (Pre-tax) (4), (7) | $261,650 |
| | |
| Exit Value of Purchased Equity (5), (6) | -- |
| $ Total Cash Proceeds Paid at Close (Pre-tax) (4), (5), (6), (7) | $261,650 |

REFER TO FOOTNOTES ON LAST PAGE

**Terms and Conditions** 6

A. Final grant subject to approval by post-closing Board of Directors. Please also see the disclaimer on next page.
B. Grant will be expressed as a number of options in formal grant package to be sent after closing.
C. Time and Performance Options vest 20% per year over 5 years consistent with the last plan. Performance Option vesting also subject to achieving the applicable EBITDA targets.
D. There will be a "catch-up" provision for Performance Options same as the current equity plan.

| PPD "Chapter 2" – Value Creation Potential |
|---|

**Option Package**

| | |
|---|---|
| "Strike Value" | $605,000  2 |
| *Time Options (50%)* | *$302,500* |
| *Performance Options (50%)* | *$302,500* |
| | 3 |

**Hypothetical Option Package Value**

| | Miss the Plan | | Meet the Plan | Beat the Plan | Match Chapter 1 |
|---|---|---|---|---|---|
| Equity Value MoM | 2.00x | 2.50x | 2.85x | 3.50x | 4.00x |
| Enterprise Value MoM | 1.39x | 1.64x | 1.81x | 2.11x | 2.35x |
| | | | | | |
| Illustrative EBITDA Growth | 8.4% | 10.1% | 11.3% | 13.9% | 14.7% |
| Illustrative Exit Multiple | 11.0x | 12.0x | 12.5x | 13.0x | 14.0x |
| | | | | | |
| Option Package Value | $605,000 | $907,500 | $1,121,973 | $1,512,500 | $1,815,000 |

**Hypothetical Value of Owned Eagle I Shares**  4

| | | | | | |
|---|---|---|---|---|---|
| Exit Value of Owned Eagle I Shares | -- | -- | -- | -- | -- |
| Total 5-Year Equity Value | $605,000 | $907,500 | $1,121,973 | $1,512,500 | $1,815,000 |

5

**Chapter 2 "Meet the Plan" Enterprise & Equity Value Projections**

| | Entry | Exit | MoM |
|---|---|---|---|
| EBITDA | 725 | 1,310 | |
| x Multiple | 12.5x | 12.5x | |
| **Enterprise Value** | 9,050 | 16,346 | 1.81x |
| (-) Net Debt | (4,844) | (4,345) | |
| **Equity Value** | 4,206 | 12,001 | 2.85x |

*Chapter 2 "Meet the Plan" projections yield a 5-year return of roughly 1.81x on a TEV basis which is 2.85x on an equity value basis*

PPD_MENNINGER 003557

Case: 23-2030   Document: 00118134415   Page: 309   Date Filed: 04/19/2024   Entry ID: 6636782

**Management Compensation**

| | |
|---|---|
| **Name** | Menninger, Lisa A. |
| **Title** | ED Labs |

**FOOTNOTES:**

(1) Includes acceleration of options bonuses originally scheduled to be paid Dec 2017 and exit value of all options.

(2) **This total amount is taxable and subject to all taxes. Tax rate will depend on every individual's personal tax circumstances and additional withholding may be required, including to payroll withholding taxes. We strongly encourage you to consult a tax advisor for guidance.**

(3) A copy of the stock certificate for the shares owned in Eagle Holding Company I will be sent from the PPD Legal Department after closing.

(4) For PPD, the options-related cash proceeds will be paid through payroll on 9 June 2017 for option holders in the US and on the regular June payroll date for option holders outside the U.S. Option holders in Evidera, Radiant, Synexus and PPD-SNBL should contact their local payroll department for payment dates.

(5) Gross cash proceeds for the purchased shares will be paid by the Exchange Agent. You will owe taxes on this amount. **We strongly encourage you to consult a tax advisor for guidance.**

(6) Additional proceeds may be distributed in the future to Chapter 1 shareholders and option holders relating to transaction tax benefits and venture capital investments.

(7) This statement reflects payment amounts in US Dollars; however, amounts will be converted to local currency based on prevailing exchange rates on the closing date, as determined by the Company. See chart below for exchange rates.

| Country | 11 May 2017 Fx Rate | Currency |
|---|---|---|
| Canada | 0.732172 | CAD |
| UK | 1.293828 | GBP |
| Argentina | 0.064472 | ARS |
| Belgium | 1.086957 | EUR |
| Bulgaria | 0.559441 | BGN |
| Brazil | 0.315726 | BRL |
| Germany | 1.086957 | EUR |
| Denmark | 0.146079 | DKK |
| Spain | 1.086957 | EUR |
| France | 1.086957 | EUR |
| UK | 1.293828 | GBP |
| Ireland | 1.086957 | EUR |
| Netherlands | 1.086957 | EUR |
| Singapore | 0.708918 | SGD |
| Japan | 0.00875 | JPY |
| Poland | 0.258065 | PLN |
| UK | 1.293828 | GBP |

**Disclaimer**

The hypothetical examples included herein are for reference purposes only, and do not constitute a guarantee or promise that the results outlined in the examples will actually occur. Actual value realized on the equity may be materially higher or lower than those illustrated in this document (or may be none at all) based on various factors, including the actual performance of the company, the actual multiple to EBITDA that the company is valued at the time that the equity is sold and changes to the capitalization structure of the company. In addition, this summary does not purport to identify the numerous risks inherent in participation in the option plan, and is qualified in its entirety by the underlying documents governing the options, including the option plan, option award agreement and shareholders agreement. You are urged to consult your own financial, legal and tax advisors including for questions regarding the application of applicable income tax laws to your particular situation.

Case: 23-2030   Document: 00118134415   Page: 310   Date Filed: 04/19/2024   Entry ID: 6636782

PPD_MENNINGER 003558

| | |
|---|---|
| **From:** | Marianna Kessimian <drkessimian@hartselleandassociates.com> |
| **Sent:** | Wednesday, January 31, 2018 12:39 PM |
| **To:** | Chad St. John |
| **Subject:** | Lisa Menninger |
| **Attachments:** | LM completed Form .pdf; Menninger Release of information .pdf |

This email originated outside PPD. Please use caution before clicking links.

Chad,

Per our conversation the forms are attached.  If you could please just email me back a confirmation email that would be great.

Thanks again,

Marianna Kessimian

1

PPD_MENNINGER 000030

## Request for Accommodation (to be completed by Health Care Provider)

Dear Health Care Provider:

The employee named above requested an accommodation under the ADAAA (Americans with Disabilities Act Amendment Act) or applicable state or local law, to enable the employee to perform the essential functions of his/her position and/or assess a benefit of employment. We ask that you complete the following assessment to help us substantiate that this employee has an impairment that qualifies as a disability under applicable law and whether he/she is capable of performing the essential functions of his/her job and/or assessing a benefit of employment with or without an accommodation.

Please provide a detailed evaluation and recommendation based on the attached employee's job profile.

Please confirm you have examined the employee and are familiar with the employee's medical history (Yes) No
Please confirm you have reviewed the job description or equivalent information for the employee. (Yes) No

---

1.  Does the employee have a physical or mental impairment that substantially limits one or more major life activities; a record (or past history) of such an impairment; or being regarded as having a disability without the consideration of mitigating measures? Yes

---

2.  If the answer to Question 1 was "Yes" please specify if the disability is

    A   _____   a physical impairment

    B   __X__   a mental impairment

3.  What is the impairment

**Panic disorder with agoraphobia , Social Anxiety Disorder , Generalized Anxiety Disorder**

4.  Is the impairment permanent, long-term, or temporary? If it is not permanent, what is the expected duration of impairment? Impairment is long-term , with a chronic course.

---

5.  What condition(s)/limitation(s) is/are interfering with the employee's ability to perform the essential functions of his/her job, based on the attached job profile and/or assessing a benefit of employment?

    Lisa suffers from Panic Disorder with agoraphobia, Social Anxiety Disorder, and Generalized Anxiety Disorder. This disability significantly interferes with Lisa's ability to perform major life activities, such as thinking, concentrating, communicating and working. Lisa is most affected in social situations and when she is required to speak in front of others. Despite these limitations, Lisa reports that she has historically fulfilled the essential functions of her job without accommodation. However, she frequently suffers from anxiety and other somatic symptoms triggered by social interactions and public speaking incident to her job. Further, Lisa's supervisor recently identified potential changes to her role involving more public speaking and social interactions. This has caused Lisa to experience increased anxiety with somatic symptoms, including diarrhea, heart racing, sweatiness, and increased respiratory rate.

---

6.  Based on the condition(s)/limitations listed in Question No. 5; which, if any, essential job functions is the employee having trouble performing or accessing, as described in the attached job profile?

    Lisa's disability makes it extremely difficult for her to engage in public speaking and social interactions. While Lisa has been able to tolerate these types of activities to the extent that they have been necessary for

PPD_MENNINGER 000031

her job, they often cause her to suffer from anxiety and other somatic symptoms. Any changes to her role that increase the need for public speaking and/or social interactions will increase her anxiety and worsen her somatic symptoms, which would make it substantially more difficult, if not impossible, for Lisa to perform her job.

7.  If the employee cannot perform the essential job functions of his/her job or access a benefit of employment, what accommodation(s) would you recommend which could allow the employee to better perform his/her job functions? Please specify.
    Given Lisa's disability, I recommend that any social interaction or public speaking incident to her role be minimized to the extent possible. Additionally, I recommend that her role not be changed to require any increased public speaking or social interactions.

    To the extent that social interactions and/or public speaking is deemed necessary for Lisa's job, I recommend that a plan be developed for these activities in consultation with me or another qualified health care provider.

8.  How would your recommended accommodation(s) improve the employee's job performance?

    Given Lisa's disability, I recommend that any social interaction or public speaking incident to her role be minimized to the extent possible. Additionally, I recommend that her role not be changed to require any increased public speaking or social interactions.

    To the extent that social interactions and/or public speaking is deemed necessary for Lisa's job, I recommend that a plan be developed for these activities in consultation with me or another qualified health care provider

9.  What restrictions, if any, do you place on the employee's ability to perform the functions of the employee's job, as described in the attached job profile?

    Social interactions and public speaking should be minimized as much as possible. To the extent Lisa is required to engage in social interactions and/or public speaking, these activities should be planned in consultation with her medical provider in hopes of minimize Lisa's anxiety and somatic symptoms.

**Health Care Provider Information:**

| | |
|---|---|
| *Print Provider Name: Marianna Kessimian, MD* | *Facility/Speciality: Psychiatry* |
| *Address: 10 Elmgrove Avenue Providence, R 02906* | *Phone: 401-267-8850*<br>*Fax:888-975-3157* |

**GINA Notification to Health Care Providers:** The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting, or requiring, genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information. "Genetic information," as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

_____    1/31/18
*Signature of Health Care Provider*                     Date

PPD_MENNINGER 000032

**From:** Marianna Kessimian <drkessimian@hartselleandassociates.com>
**Sent:** Wednesday, February 14, 2018 10:33 AM
**To:** Chad St. John
**Subject:** reasonable accommodation request form
**Attachments:** Menninger- accomodations .docx

This email originated outside PPD. Please use caution before clicking links.

Chad,

I have attached a document providing psychoeducation on social anxiety disorder as well as recommended reasonable accommodations for Lisa.

Please email me a confirmation that you have received and reviewed this email and its attachments.

Best,

Marianna Kessimian, MD

1

PPD_MENNINGER 000035

MARIANNA KESSIMIAN, MD
HARTSELLE & ASSOCIATES
10 ELMGROVE AVE
PROVIDENCE, RI 02906
PH: 401-267-8850  FAX: 888-975-3157
DRKESSIMIAN@HARTSELLEANDASSOCIATES.COM

Psychoeducation regarding disability and accommodation requests

Social Anxiety Disorder: Lisa's difficulty with socializing and public speaking is not a manifestation of shyness.  Social anxiety disorder is a neurobehavioral disorder with biological and genetic risk factors that lead to  physical, behavioral and cognitive symptoms which are pernicious and chronic in nature.

In the past, Lisa endured these work events and presentations with intense discomfort and with the use of a sedative. The sedative did help take the edge off, but it also came with side effects, including  impaired attention, concentration, short term memory deficits , lethargy and an extended length of time to return to her cognitive baseline to complete the more analytical and medical facets of her work .

It is also important to note that the weeks leading to the expected speaking engagement/ social event resulted in insomnia, panic symptoms, GI discomfort, and weight loss.

A concrete way of thinking of this disability is that her brain and body are not able to tolerate public speaking engagements/ socializing , and it is as if her vocal cords and brain become paralyzed while her blood pressure, heart rate and breathing all increase and it is for all of the above reasons that I am recommended the following reasonable accommodations.

Below are reasonable accommodations for Lisa so she can continue to be a productive and healthy member of your team.

1.     SLT Presentations, Town Hall, COO/EVP meeting:

Attendees/Audience: Up to 500 employees

Frequency: Bi-weekly, monthly and/or quarterly

Reasonable accommodation- responsible for  all slides/handouts/ presentation material  with necessary information but will require a reader to present to the group, or  can pre record the audio / video and it can be played at the meeting

PPD_MENNINGER 000036

available for questions via email after the meeting.

2. Client Bid Defense, Issue resolution calls, HH/Client site meetings, phone
Frequency: Once a month at a minimum for client

Attendees/Audience: Up to 50 attendees-

Reasonable accommodations – available via email/ text/ remote video
conferencing for a representative of the client, 1-2 person audience  maximum .  If it
is a site meeting, surrogate or reader with all necessary information / real time access
to me will be available

3. Client site meetings –

Reasonable accommodation- would like a surrogate to attend, but will be responsible
for all problem solving/ ideas for resolution if emailed/ communicated to me a few
days before anticipated visit

4. Technical Sales presentation internal and external (i.e. internal Sales meeting),
HH/Client site meetings, phone:

Reasonable Accommodation: excused from sales presentations but again will provide
any necessary data information for the reader/ surrogate to have at their disposal
Frequency: Monthly, Quarterly, as needed

Attendees/Audience: Potentially up to 100 attendees

5. For customer visits, Lunch/dinner and social interactions may occur (expected 60-
80% of the time) in order to build business relationships.  - surrogate, as this is not
her strength/ skill set and her disability will flare with significant impairment .  She is
able to build business relationship in a more " behind the scenes"  fashion and would
like  brainstorm other potential avenues where she can add value as she does
understand this is an important part of the business.

6. Travels: Up to 30%- Reasonable Accommodation- When possible traveling to the
Brussels site vs stateside.

Thank you for reviewing the above requested accommodations.  I am available for further
discussion.


Best,



Marianna Kessimian, MD

PPD_MENNINGER 000037

**JA2945**

| | |
|---|---|
| Date: | May 02, 2018 |
| RE: | Complaint of discriminatory behavior based on disability |
| Discussion with: | Lisa Menninger, Executive Director Central Lab |
| By: | Deb Ballweg, Executive Director HR |

---

Concerns with change in behavior by Hacene towards Lisa:

1. Work issues with Gedeon Richter, NGSP, BMS and GSK: issues are no more / no less severe than historic issues yet Hacene has made them an issue; emails.

    a. (5/15) Follow up with Lisa: Lisa indicated that Hacene now will ask her in an accusatory way about issues, like she did something wrong. Lisa feels that Hacene is going out of his way to document her performance and feels the goals she has are impossible to meet. Hacene, in response to GSK issue, sent her and Els an email asking them to be involved when she had a conversation(s) with him about this issue and fully understood what her role was and what was needed from her.

2. Not invited to participate in recruiting like in the past; hiring of Patrick Mann to report to Lisa without her formally interviewing. Other interviews, Narine, not involved but dotted line reporting relationship.

    a. (5/15) Follow up with Lisa: Hacene did have a conversation with Lisa at the end of December. Her recollection was that due to Lisa vetting candidates for technical abilities and then passing along to Hacene for his thoughts ended with him declining candidates and stalling the process.

3. New expectation to attend bid defense and client visits. Is being asked to speak about topics that she is not knowledgeable (molecular, micro and analytical pathology)

    a. (5/15) Follow up with Lisa: Lisa indicated that she had a discussion with Hacene in November about being overwhelmed. She sent Hacene a list of responsibilities but there was no follow-up by either her or Hacene. She feels that Hacene doesn't have an overall awareness of what her job as Lab Director entails.

4. Not invited to 2018 sales / marketing routine meetings. Asked to have meeting request forwarded but has not happened.

5. Townhall with Sharbaugh – not included in planning, no introduction while on site.

**CONFIDENTIAL**

PPD_MENNINGER 000323

6. 2017 – no performance review discussion.  Not much commentary in the review but lower ratings.  360 feedback discussion with Hacene but nothing more on overall review from 2017.

   a. (5/15) Follow up with Lisa:  Lisa indicated that typically, Hacene would walk through her comments on the year-end/mid-year review and type comments as they worked through the document.  He rescheduled her review many times and agreed it probably was due to his travel schedule.

7. Discussion of exit package and / or consulting role during review of accommodations.

**CONFIDENTIAL**

PPD_MENNINGER 000324

Date:               May 04, 2018

RE:                 Complaint of discriminatory behavior based on disability

Discussion with:    Chad St. John, Associate Director HR

By:                 Deb Ballweg, Executive Director HR

---

1. Work issues with Gedeon Richter, NGSP, BMS and GSK: issues are not more / no less severe than historic issues yet Hacene has made them as issue: emails.

   a. Chad: Hacene shared that he discussed lab related issues with Lisa during their 1:1 meetings but Chat was not involved with those discussions.

2. Not invited to participate in recruiting like in the past; hiring of Patrick Mann to report to Lisa without her formally interviewing. Other interviews, Narine, not involved but dotted line reporting relationship.

   a. Chad: Conscious effort to reduce Lisa's role from Chris Fikry because she is very specific on her needs for the role and the time position was open was far too long to support the business. Chad was in that meeting and counseled Hacene to share this with her. Lisa has expressed high work load and Hacene feels not involving her in recruiting is helping her work load issue. Hacene indicated that he shared that with Lisa.

3. New expectation to attend bid defense and client visits. Is being asked to speak about topics that she is not knowledgeable (molecular, micro and analytical pathology)

   a. Chad: Not party to the discussion only passed along by Hacene.

4. Not invited to 2018 sales / marketing routine meetings. Asked to have meeting request forwarded but has not happened.

   a. Chad: not part of these meetings.

5. Townhall with Sharbaugh – not included in planning, no introduction while on site.

   a. Chad: No formal intro's for anyone.

6. 2017 – no performance review discussion. Not much commentary in the review but lower ratings. 360 feedback discussion with Hacene but nothing more on overall review from 2017.

   a. Chad: Hacene talked to her about her performance, about all the goals/behaviors, but not the review itself.

7. Discussion of exit package and / or consulting role during review of accommodations.

**CONFIDENTIAL**

PPD_MENNINGER 000325

JA2948

a. Chad: Talking about disability and if it couldn't be accommodated fully they'd be open to creative ways to maintain her expertise such as (like Frank Tadeo – consulting) consulting, etc. Lisa is not creative in suggesting ideas or what she needs so Chad filled in the blanks. Lisa said she would have to give that some thought. Chad felt Lisa was making an assumption that PPD would accommodate all her requests. How can she service the licensure and still work effectively?

**CONFIDENTIAL**

Date:              May 07, 2018

RE:                Complaint of discriminatory behavior based on disability

Discussion with:   Hacene Mekerri, VP Central Labs

By:                Deb Ballweg, Executive Director HR

---

Concerns with change in behavior by Hacene towards Lisa:

1. Work issues with Gedeon Richter, NGSP, BMS and GSK: issues are no more / no less severe than historic issues yet Hacene has made them an issue; emails.

   a. Hacene: Discussed prior issues verbally with her and her team. Current issues have happened close together and are concerning. More severe issue than historically. One led to employee termination – specific client data (Gedeon Richter) critical event involving Jay Dixon and Chris Fikry. Asked her for exec summary on corrections made which Lisa has provided. One new issues not raised in past (GSK) with discarded samples. Overall business expectations outlined that we should eliminate or minimize all errors. Lisa cancelled meeting to discuss goals rather sent long email. Last week discussed goals – asked her to send Hacene revised goals but nothing sent from Lisa. Today: asked if she can see other goals at ED level? Willing to accommodate but she said no – didn't want to share her own and would feel uncomfortable with sharing so agreed not to disclose Clendening and Pluymers goals to Lisa.

2. Not invited to participate in recruiting like in the past; hiring of Patrick Mann to report to Lisa without her formally interviewing. Other interviews, Narine, not involved but dotted line reporting relationship.

   a. Hacene: No conscious effort to exclude her in interview process. She is involved and aware of all candidates. She was made aware of Patrick Mann. Not directly involved with hiring Narine or Patrick but made aware. Lisa expressed concern about her workload and this is one area to help work/life balance. Hacene had a verbal conversation about Lisa's role in recruiting and with her stating she felt overwhelmed took on the initiative to recruit.

3. New expectation to attend bid defense and client visits. Is being asked to speak about topics that she is not knowledgeable (molecular, micro and analytical pathology)

   a. Hacene: She needs to be involved at her level with all these activities and to support growth of business. Clendening working directly with client's weekly. Very clear that sales number was low in 2017 and high expectations in 2018. Bringing in new

PPD_MENNINGER 000327

technologies in US and Europe/APAC – asked her to understand these new capabilities to help sell. Revenue is not on target yet so need everyone pulling their weight.

4. Not invited to 2018 sales / marketing routine meetings. Asked to have meeting request forwarded but has not happened.

   a. Hacene: Andy Supp's meeting held bi-weekly (marketing log call). Lisa in not included on this week's meeting – but 3 members of her team are invited. Expect her to discuss with her team if she cannot attend. No request from her to have her added.

5. Townhall with Sharbaugh – not included in planning, no introduction while on site.

   a. Hacene: No formal intro's. Introduced to Mark from Pfizer by Hacene.

6. 2017 – no performance review discussion. Not much commentary in the review but lower ratings. 360 feedback discussion with Hacene but nothing more on overall review from 2017.

   a. Hacene: Had a formal discussion but document was not included. Went ok but not an easy discussion. Shared feedback on 360 gathered information; good and constructive. Did gather 360 feedback on other direct reports not just Lisa.

7. Discussion of exit package and / or consulting role during review of accommodations.

   a. Hacene: Her next step and future. No recollection of discussing package or new role. Hacene recalls questioning her on what she wanted to do. Misalignment in agreeing on path forward – high level discussion on alternative options. General direction but nothing firm or specific to her. Predicated on her / PPD not being able to accommodate her.

CONFIDENTIAL

PPD_MENNINGER 000328

Date:                    May 11, 2018

RE:                      Complaint of discriminatory behavior based on disability

Discussion with:         Andy Supp, ED BD Central Labs

By:                      Deb Ballweg, Executive Director HR

---

Concerns with change in behavior by Hacene towards Lisa:

4. Not invited to 2018 sales / marketing routine meetings. Asked to have meeting request
   forwarded but has not happened.

   a. Andy Supp: In his role of ED BD Andy reviewed attendee list for bi-weekly Marketing
      Log Meeting. He removed terminated employees and vetted some that had multiple
      attendees from same department. He worked with the department, including
      management, to determine appropriate representation. For the annual sales meeting
      (first week of March in Wilm), Andy worked with Hacene to determine best participants.
      They discussed the content of 'break out session' and who'd be best to represent the
      topic of new technologies. They agreed that Clendening would be best person to speak
      to related to preclarus and client portal. Chris attended the meeting afternoon of last
      session but not entire meeting. No others from CL participated or were vetted as key to
      the meeting.

CONFIDENTIAL

Talking points by phone:

- I reviewed all of the matters you raised in your complaint that Hacene Mekerri was treating you differently following your request for accommodations due to your disability.
- In short, I did not find any discriminatory treatment:
    - The performance issues that Hacene pointed out were legitimate concerns:
        - Quality events in the lab doubled over the past year, including one with a major client (GSK)
        - Bid Defense/Client visit expectations are not new but a required function of your job
    - Other things raised---the amount of documentation in your review, you're not being included in recruiting a new manager were not related to your disability---and actually occurred prior to your mention of any disability.
    - Finally, other concerns were reviewed---such as you're not being invited to the internal sales meeting---this decision was made by Business Development, not Hacene.  As a side note, you may reach out to the BD representative (Andy Supp) to let him know if you are interested in attending these internal sales meetings.

CONFIDENTIAL

PPD_MENNINGER 000330

Date:                May 15, 2018

RE:                  Complaint of discriminatory behavior based on disability

Discussion with:     Brent Mann, Sr. Recruiter

By:                  Deb Ballweg, Executive Director HR

---

2. Not invited to participate in recruiting like in the past; hiring of Patrick Mann to report to Lisa without her formally interviewing. Other interviews, Narine, not involved but dotted line reporting relationship.

   a. Brent Mann: Confirmed meeting occurred on December 12 2017 between Hacene, Chad, Brent and Chris Fikry. It was mutually agreed that Hacene would become the hiring manager and requirements for the opening would be reviewed for better candidate alignment with business needs. After one year of the position being open, Chris Fikry wanted Hacene to take it over to get it filled quicker. Brent's opinion is that Lisa Menninger was overly picky with candidates and sought to find the perfect one at the expense of filling the important role i.e. didn't evaluate a learned skill vs one necessary at hire.

**CONFIDENTIAL**

PPD_MENNINGER 000331

| | |
|---|---|
| Date: | May 17, 2018 |
| RE: | Complaint of discriminatory behavior based on disability |
| Discussion with: | Brent McKinnon, ED QA |
| By: | Deb Ballweg, Executive Director HR |

Concerns with change in behavior by Hacene towards Lisa:

1. Work issues with Gedeon Richter, NGSP, BMS and GSK:  issues are no more / no less severe than historic issues yet Hacene has made them an issue; emails.

    a. Brent McKinnon: Consistent application of minor, major and critical events across functions.  Currently lack of accountability by business on working to close events timely.  Hacene, through leadership team meetings, is asking everyone to give this priority and to work towards closing all events timely.  There will be a routine discussion (quarterly) to ensure appropriate attention is being given.  Brent to send me emails of who received this information and when.  Current GSK issue has 5 CAPA's and is categorized as a major event; Sample Management and Lab groups.  Brent expressed concern with the data in three catagories:

        i. Weakness in holding employees accountable to timelines across all groups.

        ii. Lack of oversight and not acting with sense of urgency within Lab area. Supervisors are not doing routine rounds in lab to ensure proper process is followed, answer questions, coach or give guidance to limit events.  This has been shared with Hacene multiple times.

        iii. Training is not consistent or completed during timelines causing non-conformance issues.

    Brent continues to raise awareness of these areas of improvement.  He also cited that the current structure within the lab group i.e. Lorraine McNamara reporting to Lisa Menninger and Narine Khachatryan reporting to Hacene causes concern that there is not a unified and global direction to the overall business.  In his opinion the structure is clear but lacks leadership presence and contributes to lack of alignment.

CONFIDENTIAL

PPD_MENNINGER 000332

Date:                    May 18, 2018

RE:                      Complaint of discriminatory behavior based on disability from Lisa Menninger,
                         Executive Director Central Lab

By:                      Deb Ballweg, Executive Director HR

---

Primary concerns provided by Lisa Menninger:

1. Work issues with Gedeon Richter, NGSP, BMS and GSK: issues are no more / no less severe than historic issues yet Hacene has made them an issue with her performance.

    a. Findings: major quality issues/events (QE's) were more than double from mid-2017 to April 2018 (25) than the prior mid-2016 to mid-2017 (11). GSK situation specifically raised to level of executives in Wilmington.

    b. Communication to Lisa: Above information with 'increased events and high visibility issues certainly align with added involvement from Hacene'.

2. Not invited to participate in recruiting like in the past; hiring of Patrick Mann to report to Lisa without her formally interviewing. Other interviews, such as Narine (reports to Hacene with dotted line to Lisa), she was not involved but dotted line reporting relationship.

    a. Findings: Hacene communicated to Lisa in December 2017 that he would be hiring manager for open Director position (Patrick Mann) due to discussion with Lisa on being overwhelmed in her duties and process taking over a year with no prospects.

    b. Communication to Lisa: Above information with 'during a follow up discussion on May 15, you indicated having sent Hacene a list of responsibilities in November 2017 at his request after telling him you felt overwhelmed in your job. His becoming the hiring manager in December for the open Dir role occurred prior to your raising awareness of your disability and therefore is not directly linked to your request for accommodation.'

3. New expectation to attend bid defense and client visits. Is being asked to speak about topics that she is not knowledgeable (molecular, micro and analytical pathology)

    a. Findings: Expectation to attend bid defenses is not new (refer to JD; essential functions). Hacene made it very clear that sales numbers and revenue were low in 2017 and he had high expectations in 2018 for CL BD and leaders. The go forward strategy is to bring in new technologies in US and Europe/APAC and the corresponding need to understand these new capabilities to help sell is a reasonable expectation for the ED Lab role.

CONFIDENTIAL

PPD_MENNINGER 000333

    b. Communication to Lisa:  Above information.

4. Not invited to 2018 sales meeting and marketing log routine meetings.  Asked to have meeting request forwarded but has not happened.

    a. Findings: **Sales meeting** in Wilmington in early March was a meeting hosted by Chris Fikry and his sales team.  Andy Supp was decision maker on attendee list not Hacene. Andy and Hacene determined focus of breakout session and determined that Clendening would be best participant.

    b. Findings: **Marketing log meetings** are run by Andy Supp or delegate.  Andy vetted the attendee list.  Where there are multiple participants from same team asked them to determine who best to represent.  Lorraine McNamara is current lab representative.

    c. Communication to Lisa: 'Sales meeting and marketing log meetings are run by BD and attendance determined by them and not Hacene.  You should feel empowered to reach out to Andy if you want to attend routine meetings and/or work with Lorraine on a process to pass along pertinent information.  Also, sales meeting in 2018 was driven by Fikry and BD.  They determined agenda, attendees etc.'

5. Townhall with Sharbaugh – not included in planning meeting and no introductions of any visitors while on site.

    a. Findings:  No formal meeting prior to townhall where any introductions were had.

    b. Communication to Lisa:  Above information.

6. 2017 – no performance review discussion.  Not much commentary in the review but lower ratings.  360 feedback discussion with Hacene but nothing more on overall review from 2017.

    a. Findings:  Hacene's discussion in December 2017 which focused on 360 feedback was the basis of the year-end review.  The process, discussion without seeing review and system forced approval, was also conducted with 2 other colleagues.  The discuss and ensuing performance ratings occurred prior to raising an accommodation request in January 2018.

    b. Communication to Lisa:  Above information.

7. Discussion of exit package and / or consulting role during initial review of accommodations.

    a. Findings:  January discussion in Highland Heights with Chad and Hacene related to accommodations requested started as working session.  When the conversation evolved to 'what if I can't perform the duties of my job' Chad discussed a hypothetical picture of what it may look like.  He discussed, to protect the business with the licensures needed, potentially moving into a consulting role or providing an opportunity to seek alternative employment through an agreement.  This was not driven by Hacene rather Chad.

CONFIDENTIAL

b. Communication to Lisa:  Above information and reinforcing the discussion I had with Lisa on 5/15 where she asked the same question of 'what if I can't perform the essential functions of my job'.  If she is asking a 'what if' type question she'll get a 'what if response' that doesn't mean that's the path forward at this current moment or should be translated that you are being forced out of the organization.

CONFIDENTIAL

# EXHIBIT A

TABLE 2
SALARY, BONUS AND BENEFIT LOSSES
SUFFERED BY DR. LISA MENNINGER

| YEAR | AGE | EXPECTED WAGES & BONUS | EXPECTED BENEFITS | EXPECTED TOTAL | ACTUAL/MITIGATION WAGES & BONUS | ACTUAL/MITIGATION BENEFITS | ACTUAL/MITIGATION TOTAL | LOSSES WAGES & BONUS | LOSSES BENEFITS | LOSSES TOTAL | CUMULATIVE NOMINAL | CUMULATIVE NPV |
|------|-----|------------|----------|---------|------------|----------|--------|------------|----------|--------|-----------|-----------|
| 2018 | 50 | $ 312,200 | $ 23,092 | $ 335,292 | $ 285,029 | $ 19,148 | $ 304,176 | $ 27,171 | $ 3,944 | $ 31,115 | $ 31,115 | |
| 2019 | 51 | 323,949 | 23,840 | 347,789 | - | - | - | 323,949 | 23,840 | 347,789 | 378,904 | |
| 2020 | 52 | 332,621 | 24,621 | 357,242 | - | - | - | 332,621 | 24,621 | 357,242 | 736,146 | |
| 2021 | 53 | 341,524 | 25,353 | 366,877 | - | - | - | 341,524 | 25,353 | 366,877 | 1,103,023 | $1,099,931 |
| 2022 | 54 | 350,665 | 26,107 | 376,772 | - | - | - | 350,665 | 26,107 | 376,772 | 1,479,796 | 1,470,379 |
| 2023 | 55 | 360,052 | 26,884 | 386,936 | - | - | - | 360,052 | 26,884 | 386,936 | 1,866,731 | 1,847,613 |
| 2024 | 56 | 369,689 | 27,684 | 397,373 | - | - | - | 369,689 | 27,684 | 397,373 | 2,264,105 | 2,231,758 |
| 2025 | 57 | 379,585 | 28,509 | 408,094 | - | - | - | 379,585 | 28,509 | 408,094 | 2,672,198 | 2,622,942 |
| 2026 | 58 | 389,745 | 29,359 | 419,104 | - | - | - | 389,745 | 29,359 | 419,104 | 3,091,302 | 3,021,293 |
| 2027 | 59 | 400,177 | 30,234 | 430,411 | - | - | - | 400,177 | 30,234 | 430,411 | 3,521,713 | 3,426,944 |
| 2028 | 60 | 410,889 | 31,136 | 442,025 | - | - | - | 410,889 | 31,136 | 442,025 | 3,963,738 | 3,840,029 |
| 2029 | 61 | 421,887 | 32,066 | 453,953 | - | - | - | 421,887 | 32,066 | 453,953 | 4,417,691 | 4,260,685 |
| 2030 | 62 | 433,180 | 33,024 | 466,203 | - | - | - | 433,180 | 33,024 | 466,203 | 4,883,895 | 4,689,053 |
| 2031 | 63 | 444,774 | 34,011 | 478,785 | - | - | - | 444,774 | 34,011 | 478,785 | 5,362,680 | 5,125,273 |
| 2032 | 64 | 456,680 | 35,028 | 491,708 | - | - | - | 456,680 | 35,028 | 491,708 | 5,854,387 | 5,569,491 |
| 2033 | 65 | 468,904 | 36,076 | 504,980 | - | - | - | 468,904 | 36,076 | 504,980 | 6,359,367 | 6,021,854 |
| 2034 | 66 | 481,455 | 37,156 | 518,611 | - | - | - | 481,455 | 37,156 | 518,611 | 6,877,978 | 6,482,512 |
| 2035 | 67 | 494,342 | 38,269 | 532,611 | - | - | - | 494,342 | 38,269 | 532,611 | 7,410,589 | 6,951,619 |
| 2036 | 68 | 32,683 | 3,768 | 36,451 | - | - | - | 32,683 | 3,768 | 36,451 | 7,447,039 | 6,983,453 |
| | | $ 7,204,998 | $ 546,217 | 7,751,216 | $ 285,029 | $ 19,148 | 304,176 | 6,919,970 | $ 527,070 | $ 7,447,039 | | |

0.85%

| | | |
|---|---|---|
| PAST | $ 736,146 | (2018-20) |
| FUTURE | 6,247,306 | (2021-2036) |
| TOTAL LOSSES | $ 6,983,453 | |

# EXHIBIT B

### TABLE 4
### SALARY, BONUS AND BENEFIT LOSSES
### SUFFERED BY DR. LISA MENNINGER

| | | EXPECTED | | | ACTUAL/MITIGATION | | | LOSSES | | | CUMULATIVE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| YEAR | AGE | WAGES & BONUS | BENEFITS | TOTAL | WAGES, BONUS & SSD/LTD | BENEFITS | TOTAL | WAGES & BONUS | BENEFITS | TOTAL | NOMINAL | NPV |
| 2018 | 50 | $ 312,200 | $ 23,092 | $ 335,292 | $ 285,029 | $ 19,148 | $ 304,176 | $ 27,171 | $ 3,944 | $ 31,115 | $ 31,115 | |
| 2019 | 51 | 323,949 | 23,840 | 347,789 | 85,573 | - | 85,573 | 238,376 | 23,840 | 262,216 | 293,331 | |
| 2020 | 52 | 332,621 | 24,621 | 357,242 | 29,945 | - | 29,945 | 302,676 | 24,621 | 327,297 | 620,629 | |
| 2021 | 53 | 341,524 | 25,353 | 366,877 | 30,610 | - | 30,610 | 310,914 | 25,353 | 336,267 | 956,896 | $954,062 |
| 2022 | 54 | 350,665 | 26,107 | 376,772 | 31,290 | - | 31,290 | 319,376 | 26,107 | 345,483 | 1,302,379 | 1,293,746 |
| 2023 | 55 | 360,052 | 26,884 | 386,936 | 31,985 | - | 31,985 | 328,067 | 26,884 | 354,951 | 1,657,330 | 1,639,797 |
| 2024 | 56 | 369,689 | 27,684 | 397,373 | 32,695 | - | 32,695 | 336,994 | 27,684 | 364,679 | 2,022,008 | 1,992,336 |
| 2025 | 57 | 379,585 | 28,509 | 408,094 | 33,421 | - | 33,421 | 346,163 | 28,509 | 374,672 | 2,396,681 | 2,351,483 |
| 2026 | 58 | 389,745 | 29,359 | 419,104 | 34,163 | - | 34,163 | 355,581 | 29,359 | 384,940 | 2,781,621 | 2,717,362 |
| 2027 | 59 | 400,177 | 30,234 | 430,411 | 34,922 | - | 34,922 | 365,255 | 30,234 | 395,489 | 3,177,110 | 3,090,100 |
| 2028 | 60 | 410,889 | 31,136 | 442,025 | 35,698 | - | 35,698 | 375,191 | 31,136 | 406,327 | 3,583,437 | 3,469,824 |
| 2029 | 61 | 421,887 | 32,066 | 453,953 | 36,491 | - | 36,491 | 385,396 | 32,066 | 417,462 | 4,000,900 | 3,856,666 |
| 2030 | 62 | 433,180 | 33,024 | 466,203 | 37,301 | - | 37,301 | 395,878 | 33,024 | 428,902 | 4,429,802 | 4,250,760 |
| 2031 | 63 | 444,774 | 34,011 | 478,785 | 38,130 | - | 38,130 | 406,645 | 34,011 | 440,656 | 4,870,457 | 4,652,240 |
| 2032 | 64 | 456,680 | 35,028 | 491,708 | 38,977 | - | 38,977 | 417,703 | 35,028 | 452,731 | 5,323,188 | 5,061,246 |
| 2033 | 65 | 468,904 | 36,076 | 504,980 | 39,842 | - | 39,842 | 429,061 | 36,076 | 465,137 | 5,788,326 | 5,477,918 |
| 2034 | 66 | 481,455 | 37,156 | 518,611 | 40,727 | - | 40,727 | 440,728 | 37,156 | 477,884 | 6,266,209 | 5,902,400 |
| 2035 | 67 | 494,342 | 38,269 | 532,611 | 27,754 | - | 27,754 | 466,587 | 38,269 | 504,856 | 6,771,066 | 6,347,062 |
| 2036 | 68 | 32,683 | 3,768 | 36,451 | - | - | - | 32,683 | 3,768 | 36,451 | 6,807,517 | 6,378,896 |
| | | $ 7,204,998 | $ 546,217 | 7,751,216 | $ 924,552 | $ 19,148 | 943,699 | 6,280,447 | $ 527,070 | $ 6,807,517 | | |

0.85%

| | | |
|---|---|---|
| PAST $ | 620,629 | (2018-20) |
| FUTURE | 5,758,267 | (2021-2036) |
| TOTAL LOSSES $ | 6,378,896 | |

JONASANDWELSCH



September 1, 2015

Lisa A. Menninger
11323 West 132nd Court
Overland Park, KS 66213

Dear Lisa,

    PPD Development, L.P., a Delaware limited partnership, (the "Company" or "PPD") is pleased to offer you the position of Executive Director Lab based in Highland Heights, KY effective August 31, 2015. You will be paid at a semi-monthly rate of $10,416.67 in a full-time regular position. In addition, we will pay you a sign on bonus of $20,000.00, less normal withholdings, to be paid to you in two installments (1) $10,000.00 during the first month of your employment and (2) the remaining $10,000.00 payable after 90 days of employment. To be eligible for the bonus, you must be an employee of the Company on the date the bonus payment is made. We are enthusiastic about the prospect of you joining the Company and look forward to hearing from you.

    Because of the level of responsibility and increased knowledge that you will have in the position being offered to you, we are asking that you agree not to compete with PPD for a period of six months after you leave the company and that you agree not to solicit clients or other employees of PPD for a period of twelve months following your last day of employment with PPD. If you accept this offer, please sign the Company's standard Non-Competition and Non-Solicitation Agreement and return.

    Prior to beginning employment with PPD, we require all applicants to submit to a background investigation and drug test. This offer of employment is contingent on a favorable result in both the background check and the drug test.

    You have already provided your consent for the background check, and we are in the process of contacting your references and conducting the background investigation. We need your consent to conduct the drug test. Within the next several days you will receive a separate e-mail with a link and login details for the "New Hire Portal". Please access the portal, review the Pre-Employment Drug Test Consent Form and sign the Pre-Employment Drug Test Consent Form electronically. You will also receive additional information from Alyssa Bennett via email regarding next steps. Please note, a unique email directly from HireRight customer service, our drug testing provider, will also be sent to you with specific instructions for scheduling your drug test. When accessing the Hireright portal, our Pre-Employment Drug Screening Policy will be available for review.

    Also in connection with employment at PPD, we require all employees to sign a confidentiality agreement. Please sign the Proprietary Information and Inventions Agreement and bring it with you on your first day of employment.

    As a Company employee, you will be entitled to participate in all benefits or benefit plans made available generally by the Company to its employees, subject to qualification and eligibility requirements of the plan or plans establishing such benefits. A summary of the benefits which the Company presently provides is attached, but you understand that the Company's Board of Directors or management may change these benefits from time to time. Additionally, you will be subject to the policies stated in the Company's policy and procedures manual as they may be changed from time to time by the Board of Directors or management.

PPD_MENNINGER000059

MENNINGER000423

The Company has established the PPD Employee Incentive Compensation Plan (EICP) for regular full-time and part-time employees. Employees hired before October 1 may be eligible for a bonus payment under the 2015 EICP. Employees hired October 1 or later will be eligible to participate in the 2016 EICP. The bonus target for your position is 21% of your base salary earned in a given year.  Awards made under this Plan are based on the Company's success in achieving corporate and financial goals and your individual performance. Please note that any amount of bonus paid may not be at the target level as it is based on Company goals as well as your individual performance. Both the decision to pay any bonus and the determination of the amount of any bonus payment are made by the Company, in its sole discretion. Finally, to be eligible for a bonus award, you must be an employee of the Company on the date the bonus payment is made.

Our offer includes a one-time non-qualified stock option grant to purchase 25,000 shares of common stock of Jaguar Holding Company I ("Jaguar I"), the parent company of PPD, subject to (a) the terms and conditions of Jaguar I's Amended and Restated 2011 Equity Incentive Plan adopted by the Board of Directors of Jaguar I, as may be amended or supplemented from time to time (the "Plan"), (b) approval of the stock option grant by the Compensation Committee of the Board of Directors of Jaguar I and (c) your execution of all documents required to effectuate your stock option grant.  Your option will consist of the following types and percentages of options: 70% time options and 30% performance options.  The difference between time and performance options is how and when they vest and become exercisable by you.  Your time options will vest in five equal annual installments beginning on the first anniversary of the grant date, subject only to your continued employment with PPD through the applicable vesting date. Your performance options will vest in annual installments over a five year period, subject, however, to Jaguar I achieving its annual EBITDA target for the applicable calendar year, in addition to your continued employment.   The exercise price of your options will be set at the fair market value of Jaguar I's common stock on the date your options are approved, as determined by the Compensation Committee of the Board of Directors of Jaguar I.

Your performance will be monitored for the first three months, which is your introductory period of employment, to insure that you are effectively handling your responsibilities and making a positive contribution to the Company. It is understood that this provision in no way constitutes an expressed or implied employment contract for any period of time. As part of PPD's performance review process, all employees are eligible for a salary review normally effective April 1 of each calendar year. Additional performance reviews may be conducted as deemed appropriate by the Company. Finally, it is agreed that this offer letter will be governed by North Carolina law.

You will receive a new hire orientation on your first day, please remember to bring documents required to show that you are authorized to work in the United States. For your convenience, a list of such documents is provided in your New Hire Portal. If you have questions about the appropriate documents, please call Alyssa Bearden at 910-558-7166. We will also ask you to sign a statement that you have never been debarred by the Food and Drug Administration.

We believe the opportunity that the Company offers you will provide you with an excellent challenge, growth potential and the highest standards of professionalism.  We look forward to you joining us!

Sincerely,


Daniel Rogers
Principal Recruiter, HR
PPD

PPD_MENNINGER000060

MENNINGER000424

**SIGN ON BONUS AGREEMENT**

PPD Development, L.P.
929 North Front Street
Wilmington, NC 28401

I, Lisa A. Menninger, understand that PPD will issue me a sign-on bonus in the amount of $20,000.00, less normal withholdings. This sign-on bonus will be paid during the first month of employment.

I agree that if I voluntarily terminate my employment with PPD or my employment is terminated for cause prior to the end of two years of employment based on my start date of July 1, 2015, I will reimburse PPD for my sign-on bonus according to the following schedule:

| | |
|---|---|
| Employed for fewer than 6 months | 100% |
| Employed at least 6 months, but less than 12 months | 75% |
| Employed at least 12 months, but less than 18 months | 50% |
| Employed at least 18 months, but less than 24 months | 25% |

To the extent I have not reimbursed PPD as set forth above prior to my termination date, I hereby authorize PPD to withhold any such sums owed as reimbursement from any compensation due to me.

It is understood that this provision in no way constitutes an express or implied employment contract for any period of time.  If my employment is terminated due to any reason other than my voluntary termination or for cause, I will not be required to reimburse PPD for these costs.

Signed: _____    Date: _____
       Lisa A. Menniger

PAYROLL WITHHOLDING AUTHORIZATION AND REPAYMENT AGREEMENT    Page 1 of 2

Mandatory fields are marked with a red indicator.
PAYROLL WITHHOLDING AUTHORIZATION AND REPAYMENT AGREEMENT

PAYROLL WITHHOLDING AUTHORIZATION
        AND REPAYMENT AGREEMENT
I understand that, while an employee of PPD Development, L.P., ("the Company"), I may receive certain benefits depending on my status, including payment of moving expenses, payment for sign-on bonuses, reimbursement for certain credit card expenses, educational assistance and advances of unearned leave. I understand that, in some circumstances, I am obligated to repay the moving expenses and sign-on bonuses to the Company when my employment terminates. I also understand that, in all circumstances, I must reimburse the Company for any unpaid credit card bills on my Company credit card and any advances of unearned leave before my employment terminates. I agree that, at the conclusion of my employment, I will repay the Company for any such unpaid credit card bills, moving expenses, sign-on bonuses, educational assistance and unearned leave. If, at any time during my employment and/or at the conclusion of my employment with the Company, I have not reimbursed the Company in accordance with Company policy for the above items, I hereby authorize the Company to withhold the amount of such reimbursable expenses from my paycheck.

## Default section title

 ✱First Name                                              ✱Work Location
 Lisa                                                     Highland Heights, KY
 ✱Last Name
 Menninger

 ✱I have read this Payroll Withholding Authorization and Repayment Agreement. I understand that by entering
   my profile password into the space below I am providing my e-signature and agree to be bound by the terms
 and conditions of this Payroll Withholding Authorization and Repayment Agreement.
 ✱✱✱✱✱✱
 Date Signed
 8/17/15, 10:26:31 PM, Greenwich Mean Time

© 2014 Pharmaceutical Product Development, LLC. All rights reserved.

PPD_MENNINGER000062
8/21/2015
MENNINGER000426

**JA2964**

PPD_MENNINGER000063
8/21/2015
MENNINGER000427

JA2965

# PPD RELOCATION AGREEMENT

| Employee's Full Name (First, MI, Last)<br>Lisa A. Menninger | Job Title<br>Executive Director Lab | |
|---|---|---|
| Street Address<br>11323 West 132nd Court | Home Phone<br>913-387-9451 | Cell Phone<br>913-387-9451 |
| City, State, Zip Code<br>Overland Park, KS 66213 | Department<br>GCL | LAU #<br>53529131 |
| E- Mail Address:<br>lisa@vectorforest.com | Start Date<br>August 31, 2015 | |
| Work Location (Address, City , State, Zip Code)<br>Highland Heights, KY | | |

I, Lisa A. Menninger, understand that PPD Development, L.P., a Delaware limited partnership, (the "Company" or "PPD") will provide relocation assistance to me as follows:

- **Moving of household goods and personal effects** - Eligible expenses include packing, crating and transporting goods, **to include the shipment of one automobile if needed**
- **Transportation expenses for employee and family to new location** - Eligible expenses include reasonable lodging and $45 per diem per family member for meals and tips and mileage reimbursement for one automobile
- **Temporary housing for up to 90 days, if needed** - Eligible expenses include reasonable lodging and utility expenses

to complete my move from **Overland Park, KS** to **Highland Heights, KY** within one year of my start date.

I agree that I will reimburse PPD Development, L.P. for any moving/relocation expenses which are paid by PPD Development, L.P. on my behalf and/or which fall outside of those stated in the prior paragraph. I agree to repay any such expenses within one month of my move, either by personal check or by payroll deduction.

I further agree that if I voluntarily terminate my employment with PPD Development, L.P. prior to the end of two years of employment from the time of receipt of my relocation services. The 24 month period will begin at the time each relocation service is provided and each relocation service will be tracked separately. I will reimburse PPD Development, L.P. for my moving relocation expenses according to the following schedule:

| | |
|---|---|
| Employed less than 12 months | 100% |
| Employed at least 12 months, but less than 24 months | 50% |

To the extent I have not reimbursed PPD Development, L.P. as set forth above prior to my termination date, I hereby authorize PPD Development, L.P. to withhold any such sums owed as reimbursement from any compensation due to me.

PPD_MENNINGER000064

MENNINGER000428

It is understood that this provision in no way constitutes an express or implied employment contract for any period of time. If my employment is terminated due to any reason other than my voluntary termination, I will not be required to reimburse PPD Development, L.P. for these relocation costs.

It is further understood that PPD Development, L.P will not initiate relocation nor pay for any relocation expenses unless and until I return a signed copy of this agreement to Human Resources.

This agreement shall be governed by the laws of the State of North Carolina (exclusive of conflicts of law provisions), which shall be the venue for resolution of any dispute related to this Agreement.

Signed: _Lisa A. Menninger_    Date: _7/27/2015_

PPD_MENNINGER000065

MENNINGER000429

**SIGN ON BONUS AGREEMENT**

PPD Development, L.P.
929 North Front Street
Wilmington, NC 28401

I, Lisa A. Menninger, understand that PPD will issue me a sign-on bonus in the amount of $20,000.00, less normal withholdings. This sign-on bonus will be paid to you in two installments (1) $10,000.00 during the first month of your employment and (2) the remaining $10,000.00 payable after 90 days of employment.

I agree that if I voluntarily terminate my employment with PPD or my employment is terminated for cause prior to the end of two years of employment based on my start date of August 31, 2015, I will reimburse PPD for my sign-on bonus according to the following schedule:

| | |
|---|---|
| Employed for fewer than 6 months | 100% |
| Employed at least 6 months, but less than 12 months | 75% |
| Employed at least 12 months, but less than 18 months | 50% |
| Employed at least 18 months, but less than 24 months | 25% |

To the extent I have not reimbursed PPD as set forth above prior to my termination date, I hereby authorize PPD to withhold any such sums owed as reimbursement from any compensation due to me.

It is understood that this provision in no way constitutes an express or implied employment contract for any period of time. If my employment is terminated due to any reason other than my voluntary termination or for cause, I will not be required to reimburse PPD for these costs.

Signed: _Lisa A. Menninger_    Date: _7/27/2015_
       Lisa A. Menninger

| | |
|---|---|
| **From:** | Marianna Kessimian |
| **To:** | Lisa Menninger |
| **Subject:** | Re: thinking traps |
| **Date:** | Sunday, February 4, 2018 1:56:01 PM |

Lisa,

We are all set for Friday 9th at 1 pm, and i will get the details of how to conduct this remotely.

I am going to ask Chad ( after I consult with Patrick) if he could list what the specific expected duties so that i could talk with you regarding a percentage.  Another options would be to ask what percentage of your job duties could remain remote, as we are seeking 100 %.

I am glad you are listening to Quiet and remember pace is important and the back and forth emails and questions is a GOOD sign that they are looking for more clarity and specifics.

I will talk to Patrick tomorrow and with you on Friday.

Best,

Dr. K

On Sat, Feb 3, 2018 at 11:38 AM, Lisa Menninger <lisa@vectorforest.com> wrote:
> Hi Dr. K,
>
> Thanks for the list of thinking traps. I'll work on these this week. Would an appointment time on Friday, Feb 9th at 1 PM work for you? If not I can find some other days/times that I'm available next week.
>
> During our appointment yesterday, Chad sent an email response to the forms that were submitted. Reading it triggered an instant panic attack and make it hard for me to focus on anything else for the rest of the day. I copy and pasted his email below and also forwarded it to Patrick for guidance. I've realized that the thought of face-to-face interaction with my US colleagues on any level is triggering a significant amount of anxiety/panic that I've been trying to avoid at all costs. As you mentioned yesterday, travel in and of itself does not trigger panic, but visiting the US lab does. The ideal arrangement for me would be to interact with them on a remote basis only once the interim US lab director is in place March 1st. I don't know if they will allow this, however.
>
> Here's Chad's email:
>
> ```
> Lisa,
>
> I hope your Friday is going well.
>
> I need your assistance as we continue the dialog around exploring reasonable
> accommodation.  What are the specific expectations that Hacene shared with
> you for 2018 that you believe that you cannot or limitedly perform?
>
> Your physician only indicates that the public speaking and social
> interaction be "Minimized".  To the extent that public speaking and social
> interaction is "deemed necessary" and that a plan be developed with your
> physician.
> ```

MENNINGER000636

I would like to understand from your physicians perspective in-writing the specific limits or maximum percentage related to the specific expected duties.  Public speaking and social interactions were the only items specified in your physicians paperwork.

This information will be critical in the evaluation of how much of your role would be impacted and if any reasonable accommodation can be offered.

Regards,
Chad

FYI- I got the audio version of Quiet today so that I can listen to it on the treadmill.

Have a great weekend!

Lisa


On 2/2/2018 3:34 PM, Marianna Kessimian wrote:

Lisa,

Below is a list of thinking traps, for the next week please take note of a few examples from the present or past.

Also please email me with the date and time that works for our next session which will be remote.

Thinking Traps

1.  Black and white/ All or nothing thinking-  one clue to this type of thinking are the words always and never
2.  Magical thinking: " If i say a certain things or the right things, i can control the situation/ outcome/ protect my loved ones from harm"
3.  Overestimating risk and danger:
4.  Perfectionism: Whatever I do, it is intolerable unless I do it perfectly
5.  Hypermorality- " I'll certainly be labeled as a loser forever for the slightest mistake, error or miscue
6.  Over responsibility for others- I must always, at all times guard against making a mistake that could possibly even remotely harm another person
7.  Thought/ Action fusion- If I think it , must be true ,
If I think it- it will happen
8.  Over importance of thought: I think this way, it must be true
9.  Exclusivity error: my family and loved ones are at particularly high risk
10. What if thinking
11. Intolerance of uncertainty- Can't relax until I am 100 % certain

of everything

CONFIDENTIAL

MENNINGER000638

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

LISA MENNINGER,

             Plaintiff,

v.                                                            Civil Action No.  1:19-CV-11441-LTS

PPD DEVELOPMENT, L.P.,

             Defendant.

## <u>NOTICE OF APPEAL</u>

Notice is hereby given that Defendant PPD Development, L.P. ("PPD") in the above-captioned matter hereby appeals to the United States Court of Appeals for the First Circuit from the Judgment entered in this action by the District Court on May 12, 2023 (Dkt. 170) in favor of Plaintiff Lisa Menninger and adverse to PPD; from the Order denying PPD's Motions for Judgment as a Matter of Law and for New Trial or Remittitur (Dkt. 193); from the Order denying-in-part PPD's Motion for Summary Judgment (Dkt. 81); and from any and all underlying and/or interlocutory orders, findings, determinations, conclusions, opinions, or decisions that merge therein or are pertinent or ancillary to the foregoing, including without limitation: the Court's Jury Instructions and Verdict Form and orders on objections to the same; and from any and all related adverse Orders, rulings, and judgments.

This Notice of Appeal is filed with payment of the required $505.00 fee.  This fee includes the $500.00 fee for docketing a case on appeal and $5.00 fee for filing a notice of appeal as required by 28 U.S.C. §§ 1913 and 1917, and Federal Rule of Appellate Procedure 3(e).

Dated: November 29, 2023

/s/ *Douglas H. Hallward-Driemeier*

Douglas H. Hallward-Driemeier (BBO# 627643)
ROPES & GRAY LLP
2099 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Telephone: (202) 508-4600
Facsimile: (202) 508-4650

John P. Bueker (BBO# 636435)
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199
Telephone: (617) 951-7000
Facsimile: (617) 951-7050

*Counsel for Defendant PPD
DEVELOPMENT, L.P.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this document filed through the Electronic Case Filing ("ECF") system on November 29, 2023 will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

/s/ *Douglas H. Hallward-Driemeier*
Douglas H. Hallward-Driemeier

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 8, 2024, a copy of the foregoing was electronically filed with the United States Court of Appeals for the First Circuit by using the Court's CM/ECF system and will be sent electronically to the registered participants.


Dated: April 8, 2024                     /s/ Douglas Hallward-Driemeier
                                          Attorney

                                          *Attorney for Defendant-*
                                          *Appellant PPD Development,*
                                          *L.P.*