## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1, the National Association of Manufacturers ("NAM") states that it is a non-profit, tax-exempt organization located in the District of Columbia. The NAM has no parent corporation, and no publicly held company has 10% or greater ownership in it.