# United States Court of Appeals
## For the First Circuit

No. 23-2030

LISA MENNINGER,

Plaintiff - Appellee,

v.

PPD DEVELOPMENT, L.P.,

Defendant - Appellant.

### ORDER OF COURT

Entered: April 30, 2024
Pursuant to 1st Cir. R. 27.0(d)

    No objections having been filed, the motion of National Association of Manufacturers for leave to file an amicus curiae brief in support of the Appellant and reversal is granted, and the brief is accepted for filing this day.

By the Court:

Maria R. Hamilton, Clerk

cc:
Patrick J. Hannon
John P. Bueker
Douglas H. Hallward-Driemeier
Rachel Reingold Mandel
Patrick Michael Curran Jr.
Douglas W. Baruch
Stephanie Schuster
Jennifer M. Wollenberg