## **CORPORATE DISCLOSURE STATEMENT**

      Defendant-Appellant PPD Development, L.P., is a wholly owned subsidiary of Thermo Fisher Scientific, Inc., which is a publicly traded corporation.