# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

---

No. 23-2030

LISA MENNINGER,

*Plaintiff-Appellee,*

v.

PPD Development, L.P.,

*Defendant-Appellant.*

---

## ASSENTED-TO MOTION FOR 7-DAY EXTENSION OF TIME FOR PLAINTIFF-APPELLEE TO FILE BRIEF

Pursuant to Federal Rules of Appellate Procedure 26 and 27, Plaintiff-Appellee respectfully requests a 7-day extension to file her brief, to and including June 6, 2024. Defendant-Appellee has assented to this request.

1. Plaintiff-Appellee's brief is presently due on May 30, 2024.

2. Due to various other commitments and deadlines, undersigned counsel requires an additional seven days in

order to adequately complete and file Plaintiff-Appellee's brief.

3. Plaintiff-Appellee has not previously sought any extensions, this requested extension will not appreciably delay the resolution of this case, and counsel will exercise diligence in preparing the brief within the time requested.

4. Defendant-Appellant has assented to this request.

## CONCLUSION

For the foregoing reasons, Plaintiff-Appellee respectfully requests that the Court grant this assented-to motion for a 7-day extension of time, to and including June 6, 2024, to file her brief.

Respectfully submitted,

*/s/ Patrick J. Hannon*
Patrick J. Hannon (BBO #664958)
Hartley Michon Robb Hannon LLP
101 Federal Street, Suite 1810
Boston, MA 02110
phannon@hmrhlaw.com
P: (617) 723-8000
Attorneys for Plaintiff-Appellee

## CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rule of Appellate Procedure 32(g)(1), I hereby certify that this motion complies with Federal Rule of Appellate Procedure 27(d)(1)(E) because it was prepared with Century Schoolbook 14-point, a proportionally spaced font with serifs, and the motion complies with Federal Rule of Appellate Procedure 27(d)(2) because it contains 137 words, according to the word count of Microsoft Word.

*/s/ Patrick J. Hannon*
Patrick J. Hannon