# United States Court of Appeals
## For the First Circuit

No. 23-2030

LISA MENNINGER,

Plaintiff - Appellee,

v.

PPD DEVELOPMENT, L.P.,

Defendant - Appellant.

**ORDER OF COURT**

Entered: May 30, 2024
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of motion, it is ordered that the time for Appellee Lisa Menninger to file a brief be enlarged to and including **June 6, 2024**.

By the Court:

Maria R. Hamilton, Clerk

cc:
Douglas W. Baruch
John P. Bueker
Patrick Michael Curran Jr.
Douglas H. Hallward-Driemeier
Patrick J. Hannon
Rachel Reingold Mandel
Stephanie Schuster
Jennifer M. Wollenberg