# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

---

No. 23-2030

LISA MENNINGER,

*Plaintiff-Appellee,*

v.

PPD Development, L.P.,

*Defendant-Appellant.*

---

## ASSENTED-TO MOTION FOR ADDITIONAL 7-DAY EXTENSION OF TIME FOR PLAINTIFF-APPELLEE TO FILE BRIEF

Pursuant to Federal Rules of Appellate Procedure 26 and 27, Plaintiff-Appellee respectfully requests an additional 7-day extension to file her brief, to and including June 13, 2024. Defendant-Appellee has assented to this request.

1.    Plaintiff-Appellee's brief is presently due on June 6, 2024.

2.    Undersigned counsel learned earlier today that his sister—who is currently on hospice and for whom he serves as

primary caretaker—has significantly deteriorated and is likely reaching end of life.

3.    Due to the change in condition, undersigned anticipates being unavailable for the next 24-48 hours, making it difficult to adequately complete and file Plaintiff-Appellee's brief by the current deadline.

4.    Although Plaintiff-Appellee previously sought and received a one-week extension, undersigned did not anticipate this sudden change to his sister's condition.

5.    The requested extension will not appreciably delay the resolution of this case, and counsel will exercise diligence in preparing the brief within the time requested.

6.    Defendant-Appellant has assented to this request.

## CONCLUSION

For the foregoing reasons, Plaintiff-Appellee respectfully requests that the Court grant this assented-to motion for an additional 7-day extension of time, to and including June 13, 2024, to file her brief.

Respectfully submitted,


*/s/ Patrick J. Hannon*

Patrick J. Hannon (BBO #664958)
Hartley Michon Robb Hannon LLP
101 Federal Street, Suite 1810
Boston, MA 02110
phannon@hmrhlaw.com
P: (617) 723-8000
Attorneys for Plaintiff-Appellee

## CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rule of Appellate Procedure 32(g)(1), I hereby certify that this motion complies with Federal Rule of Appellate Procedure 27(d)(1)(E) because it was prepared with Century Schoolbook 14-point, a proportionally spaced font with serifs, and the motion complies with Federal Rule of Appellate Procedure 27(d)(2) because it contains 323 words, according to the word count of Microsoft Word.

/s/ Patrick J. Hannon
Patrick J. Hannon