UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

———————————

No. 23-2030

LISA MENNINGER,

*Plaintiff-Appellee,*

v.

PPD Development, L.P.,

*Defendant-Appellant.*

———————————

**ASSENTED-TO MOTION FOR ADDITIONAL 2-DAY EXTENSION OF TIME FOR PLAINTIFF-APPELLEE TO FILE BRIEF**

Pursuant to Federal Rules of Appellate Procedure 26 and 27, Plaintiff-Appellee respectfully requests an additional 2-day extension to file her brief, to and including June 17, 2024. Defendant-Appellee has assented to this request.

1.  Plaintiff-Appellee's brief is presently due on June 13, 2024.

2.  Last week, undersigned counsel sought and received a 7-day extension after learning that his sister— who was on

hospice and for whom he served as primary caretaker—had significantly deteriorated and was likely reaching end of life.

3. Undersigned's sister subsequently passed away, and undersigned has been occupied with attending to her affairs, making it difficult to adequately complete and file Plaintiff-Appellee's brief by the current deadline.

4. The requested extension will not appreciably delay the resolution of this case, and counsel is certain that he will be able to complete the brief within the time requested.

5. Defendant-Appellant has assented to this request.

## CONCLUSION

For the foregoing reasons, Plaintiff-Appellee respectfully requests that the Court grant this assented-to motion for an additional 2-day extension of time, to and including June 17, 2024, to file her brief.

Respectfully submitted,

/s/ *Patrick J. Hannon*
Patrick J. Hannon (BBO #664958) Hartley Michon Robb Hannon LLP 101 Federal Street, Suite 1810 Boston, MA 02110
phannon@hmrhlaw.com
P: (617) 723-8000
Attorneys for Plaintiff-Appellee

## CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rule of Appellate Procedure 32(g)(1), I hereby certify that this motion complies with Federal Rule of Appellate Procedure 27(d)(1)(E) because it was prepared with Century Schoolbook 14-point, a proportionally spaced font with serifs, and the motion complies with Federal Rule of Appellate Procedure 27(d)(2) because it contains 313 words, according to the word count of Microsoft Word.

*/s/ Patrick J. Hannon*
Patrick J. Hannon