# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

———————————

No. 23-2030

LISA MENNINGER,

*Plaintiff-Appellee*,

v.

PPD Development, L.P.,

*Defendant-Appellant.*

———————————

## MOTION TO ALLOW LATE-FILING OF PLAINTIFF-APPELLEE'S BRIEF

Pursuant to Federal Rules of Appellate Procedure 26 and 27, Plaintiff-Appellee respectfully requests leave for late-filing of her brief, which was tendered for filing on June 19, 2024. Defendant-Appellee has assented to this request.

1.  Plaintiff-Appellee's brief was due on June 17, 2024.

2. As noted in prior motions, undersigned counsel has been dealing with the recent death of his sister, whose funeral was on June 15, 2024.

3. Although undersigned had anticipated being able to complete and file Plaintiff-Appellee's brief by June 17, 2024, he was unexpectedly deterred due to circumstances surrounding his sister's passing, and therefore unable to do so. Accordingly, undersigned tendered the brief at his earliest possible opportunity, which was the early morning hours of June 19, 2024.

## CONCLUSION

For the foregoing reasons, Plaintiff-Appellee respectfully requests that her late-tendered brief be accepted for filing.

Respectfully submitted,

*/s/ Patrick J. Hannon*

Patrick J. Hannon (BBO #664958)
Hartley Michon Robb Hannon LLP
101 Federal Street, Suite 1810
Boston, MA 02110
phannon@hmrhlaw.com
P: (617) 723-8000
Attorneys for Plaintiff-Appellee

CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rule of Appellate Procedure 32(g)(1), I hereby certify that this motion complies with Federal Rule of Appellate Procedure 27(d)(1)(E) because it was prepared with Century Schoolbook 14-point, a proportionally spaced font with serifs, and the motion complies with Federal Rule of Appellate Procedure 27(d)(2) because it contains 270 words, according to the word count of Microsoft Word.

*/s/ Patrick J. Hannon*
Patrick J. Hannon