# United States Court of Appeals
## For the First Circuit

---

No. 23-2030

LISA MENNINGER,

Plaintiff - Appellee,

v.

PPD DEVELOPMENT, L.P.,

Defendant - Appellant.

---

### ORDER OF COURT

Entered: June 25, 2024
Pursuant to 1st Cir. R. 27.0(d)

The brief filed by appellee Lisa Menninger on June 20, 2024 is not in compliance with the following Federal Rule of Appellate Procedure and Local Rules of this court:

- **1st Cir. R. 12.0(a) and 46.0(a)(2)**, requiring that an attorney file an appearance form in order to file briefs in this court. *<u>Attorney Patrick J. Hannon is directed to file an appearance form by July 2, 2024.</u>*

- **Fed. R. App. P. 32(a)(2)(D)**, requiring that the front cover of the brief contain the nature of the proceeding (<u>e.g.</u>, Appeal, Petition for Review) and the name of the court, agency or board below. *<u>The front cover of the appellee's brief does not contain the nature of the proceeding and the name of the court below.</u>*

Appellee Lisa Menninger is ordered to file a conforming brief by **July 2, 2024**. The corrected brief must be served on all parties to the appeal, and the certificate of service must be updated to include the new date of service. The due date for appellant's reply brief shall run from service of the corrected brief, in accordance with Fed. R. App. P. 31.

By the Court:

Maria R. Hamilton, Clerk

cc:
Douglas W. Baruch
John P. Bueker
Patrick Michael Curran, Jr.
Douglas H. Hallward-Driemeier
Patrick J. Hannon
Rachel Reingold Mandel
Stephanie Schuster
Jennifer M. Wollenberg