# United States Court of Appeals
## For the First Circuit

No. 23-2030

LISA MENNINGER,

Plaintiff - Appellee,

v.

PPD DEVELOPMENT, L.P.,

Defendant - Appellant.

### ORDER OF COURT

Entered: June 25, 2024
Pursuant to 1st Cir. R. 27.0(d)

In light of the order issued on this day directing Appellee Lisa Menninger to file a conforming brief, appellee's motion for an extension of time to file a brief is denied as moot.

By the Court:

Maria R. Hamilton, Clerk

cc:
Douglas W. Baruch
John P. Bueker
Patrick Michael Curran, Jr.
Douglas H. Hallward-Driemeier
Patrick J. Hannon
Rachel Reingold Mandel
Stephanie Schuster
Jennifer M. Wollenberg