# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 23-2030        **Short Title:** Menninger v. PPD Development, L.P.

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Lisa Menninger _____ as the

[ ] appellant(s)        [✔] appellee(s)        [ ] amicus curiae

[ ] petitioner(s)        [ ] respondent(s)        [ ] intervenor(s)

/s/ Patrick J. Hannon                                    7/2/2024
Signature                                                        Date

Patrick J. Hannon
Name

Hartley Michon Robb Hannon LLP            6174472819
Firm Name (if applicable)                         Telephone Number

101 Federal Street, Suite 1810
Address                                                          Fax Number

Boston, MA 02110                                     phannon@hmrhlaw.com
City, State, Zip Code                                 Email (required)

Court of Appeals Bar Number: 1157064

Has this case or any related case previously been on appeal?

[✔] No        [ ] Yes   Court of Appeals No. _____

=================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).

Print        Reset