# United States Court of Appeals
## For the First Circuit

No. 23-2030

LISA MENNINGER,

Plaintiff, Appellee,

v.

PPD DEVELOPMENT, L.P.,

Defendant, Appellant.

**JUDGMENT**

Entered: July 24, 2025

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's final judgment and its order denying PPD Development, L.P.'s posttrial motions are affirmed.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Patrick J. Hannon
John P. Bueker
Douglas H. Hallward-Driemeier
Rachel Reingold Mandel
Patrick Michael Curran Jr.
Douglas Warren Baruch
Stephanie Schuster
Jennifer M. Wollenberg